## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SKANSKA USA BUILDING, INC., | Civil Action No. _____ |
| Plaintiff, | **COMPLAINT AND JURY DEMAND** |
| v. | |
| UTICA NATIONAL INSURANCE COMPANY OF OHIO, | |
| Defendant. | |

## COMPLAINT AND JURY DEMAND

Plaintiff, SKANSKA USA BUILDING, INC. ("Skanska"), brings this action under a commercial general liability policy issued by the Defendant, UTICA NATIONAL INSURANCE COMPANY OF OHIO ("Utica"). Skanska seeks monetary relief for Utica's breach of contract and breach of the implied covenant of good faith and fair dealing; declaratory judgment under the Federal Declaratory Judgment Act, 18 U.S.C. § 2201(a); and such other relief as the Court deems appropriate.

## I.
## PARTIES

1.      Plaintiff, Skanska, is a corporation organized under the laws of the state of Delaware with a principal place of business at 389 Interpace Parkway, 5th Floor, Parsippany, New Jersey.

2.      Defendant, Utica, is an insurance company incorporated in the state of Ohio with a principal place of business located at 2 Easton Oval, Suite 225, Columbus, Ohio.

## II.
## JURISDICTION  AND  VENUE

3.      This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), as there is complete

diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4.      Venue is proper in this Court under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in New Jersey, including that the insurance policy at issue insured Skanska at its principal place of business in New Jersey.

5.      Utica is subject to the personal jurisdiction of this Court because Utica is licensed to conduct business in New Jersey, and has conducted, and continues to conduct business within the state.

### III.
### FACTUAL BACKGROUND

### The Project and the Subcontract Agreement

6.      Skanska is engaged in the business of providing general contractor services for construction projects.

7.      Skanska was hired by the City of New York and the New York City Department of Parks and Recreation (collectively, the "City") to serve as the general contractor for a transportation expansion and improvement project referred to as the Citywide Ferry Service Project (the "Project").

8.      On or about May 21, 2021, Skanska entered into a written subcontract agreement with KND Licensed Electrical Contractors & Service Corp. ("KND") to perform work on the Project, described in the subcontract as "Coney Island Creek Ferry Landing Electrical Work" (the "Subcontract Agreement," a copy of which is attached hereto as **Exhibit A**).

9.      Pursuant to the terms of the Subcontract Agreement, KND was obligated to procure and maintain general liability insurance with minimum limits of $1,000,000 per occurrence, providing additional insurance coverage to Skanska and the City on a primary and non-

contributory basis for, among other things, damages that Skanska and/or the City becomes legally obligated to pay because of bodily injury caused by an occurrence that arises out of the work performed by KND on the Project.

### The Utica Policy

10.     In accordance with the Subcontract Agreement, KND procured commercial general liability insurance from Utica with additional insured coverage for Skanska and the City.

11.     Utica entered into an insurance contract with KND referenced as policy no. CPP 5272732 (the "Utica Policy"), which has an effective policy period of June 30, 2021 to June 30, 2022, with a limit of $1,000,000 per occurrence.

12.     In consideration of premiums paid by KND for the Utica Policy, Utica agreed to provide commercial general liability coverage, including a defense and indemnity, for sums KND becomes obligated to pay because of, among other things, bodily injury caused by an occurrence pursuant to the terms of the Utica Policy.

13.     In addition, Utica agreed to provide additional insured coverage to Skanska and the City on a primary and non-contributory basis, as required by the written subcontract between KND and Skanska, including a defense and indemnity for sums Skanska and/or the City becomes legally obligated to pay as damages because of bodily injury caused by an occurrence arising out of KND's work on the Project.

### The Underlying Incident

14.     On May 25, 2022, the City was sued by Michael Houck ("Houck") in the Supreme Court of New York, County of Bronx (the "Underlying Action") (a copy of the complaint is attached hereto as **Exhibit B**).

15.     According to the allegations in the Underlying Action, Houck was employed by

KND.

16.    Allegedly, on October 22, 2021, Houck was performing construction work at the Project within the scope of his employment with KND when he "stepped backwards and fell approximately 3 feet down into an open trench," sustaining injuries (the "Underlying Incident").

17.    The Underlying Action alleges a cause of action for negligence and two causes of action arising out of New York Labor Law sections 200 and 240(1) against the City in connection with the Underlying Incident.

### The City's Claim for Additional Insured Coverage

18.    The City tendered the Underlying Action to Utica on June 26, 2024, demanding defense, indemnification, and additional insured status for the City under the Utica Policy.

19.    Utica refused to accept its coverage obligation under the Utica Policy in a letter to the City dated August 19, 2024 (attached hereto as **Exhibit C**).

20.    Thereafter, the City tendered the Underlying Action to Skanska's commercial general liability carrier, Zurich American Insurance Co. ("Zurich"), under policy no. GLO 489601814 (the "Zurich Policy").

21.    Zurich accepted its obligation to defend and indemnify the City as an additional insured under the Zurich Policy.

22.    Thereafter, Zurich formally demanded that Utica honor its contractual obligation to assume the defense and indemnity of the City as an additional insured at Utica's sole expense, as set forth in Zurich's letter dated December 12, 2025 (attached hereto as **Exhibit D**).

23.    To date, Utica has refused and failed to defend or indemnify the City in direct contravention of the additional insured coverage owed under the Utica Policy.

24.    Utica's refusal and failure to honor its obligation to defend and indemnify the City

has caused Skanska to substantial and unnecessary liability, including the cost of defending the City and deductible exposure under the Zurich Policy, that the additional insured coverage afforded to the City under the Utica Policy was expressly intended to prevent.

## IV.
## FIRST CAUSE OF ACTION
### (Breach of Contract)

25.     The allegations in paragraphs 1 through 24 are repeated and realleged as if set forth fully herein.

26.     Pursuant to the Utica Policy, Utica promised to pay those sums that the City, as an additional insured, becomes legally obligated to pay as damages because of bodily injury caused by an occurrence during the policy period arising out of the work performed by KND.

27.     Pursuant to the Utica Policy, Utica promised to defend the City as an additional insured in connection with any suit alleging a covered occurrence during the policy period.

28.     The City demanded that Utica defend and indemnify it in connection with the Underlying Action as an additional insured under the Utica Policy.

29.     Utica denied the City's demand for additional insured coverage under the Utica Policy.

30.     After Utica's denial, the City tendered the Underlying Action to Zurich seeking defense and indemnity as an additional insured under the Zurich Policy.

31.     Zurich accepted the City's tender and demanded that Utica defend and indemnify the City as an additional insured under the Utica Policy.

32.     To date, Utica has failed and/or refused to provide coverage to the City under the Utica Policy.

33.     Utica's failure and/or refusal to provide coverage to the City under the Utica Policy constitutes a breach of contract.

34. As a direct and proximate result of Utica's breach, Skanska has been and continues to be damaged, including but not limited to: (1) out of pocket deductible exposure attributable to the City's tender of the Underlying Action to Zurich under the Zurich Policy; (2) defense-related costs and expenses that Utica was obligated to pay as part of a complete defense of the City under the Utica Policy; and (3) loss of the benefit of the bargain of the insurance KND was required to (and did) procure for the City in connection with the Project.

## V.
## <u>SECOND CAUSE OF ACTION</u>
### (Breach of the Implied Covenant of Good Faith and Fair Dealing)

35. The allegations in paragraphs 1 through 34 are repeated and realleged as if set forth fully herein.

36. The Utica Policy contains an implied covenant of good faith and fair dealing.

37. Utica breached the implied covenant of good faith and fair dealing in the following ways:

a. Utica denied the City of the benefits of the Utica Policy without a reasonable basis to do so;

b. Utica knew or should have known that there was no reasonable basis to deny the City of the benefits of the Utica Policy;

c. Utica willfully ignored the additional insured endorsement contained in the Utica Policy when rendering a coverage decision.

38. As a result of Utica's reckless indifference to the plain language of the additional insured endorsement in the Utica Policy, Skanska has and continues to suffer damages.

## VI.
## <u>THIRD CAUSE OF ACTION</u>
### (Declaratory Judgment)

39. The allegations in paragraphs 1 through 38 are repeated and realleged as if set forth

fully herein.

40.    Pursuant to the terms of the Utica Policy, Utica is obligated to defend and indemnify the City for all covered costs in connection with the Underlying Action and Underlying Incident.

41.    A dispute has arisen between Skanska and Utica regarding whether, and the extent to which, Utica is obligated to defend, reimburse past defense costs, and/or indemnify the City under the Utica Policy in connection with tender of the Underlying Action.

42.    An actual case and justiciable controversy exists between Skanska and Utica regarding Utica's obligations under the Utica Policy to defend and indemnify the City for the losses incurred in connection with the Underlying Action. A declaratory judgment, pursuant to 28 U.S.C. § 2201, is necessary and appropriate to determine the rights and duties of Skanska and Utica pursuant to the Utica Policy.

## VII.
## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, SKANSKA USA BUILDING, INC., respectfully requests that the Court enter judgment in its favor and against Defendant, UTICA NATIONAL INSURANCE COMPANY OF OHIO, as follows:

A.  All direct, actual, and consequential damages resulting from Utica's breach of the Utica Policy;

B.  All direct, actual, and consequential damages resulting from Utica's breach of the implied covenant of good faith and fair dealing;

C.  A declaration that Utica is obligated to indemnify the City with respect to the Underlying Action;

D.  A declaration that Utica is obligated to provide the City with a defense with respect to the Underlying Action;

E.  Attorneys' fees and costs;

F.  Pre-judgement and post-judgement interest as permitted by law;

G.  All costs of Court; and

H.  Such other relief, at law or in equity, to which Skanska is justly entitled.

## VIII.
## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Skanska hereby demands a trial by jury in this action of all issues so triable.

Respectfully submitted,

SAXE DOERNBERGER & VITA, P.C.

Dated: February 4, 2026          By: /s/ Bethany L. Barrese
                                 SAXE DOERNBERGER & VITA, P.C.
                                 Bethany L. Barrese
                                 New Jersey Federal Bar No. 017622012
                                 233 Mount Airy Road
                                 Basking Ridge, NJ 07920
                                 T: (973) 446-7302
                                 F: (203) 287-8847
                                 E: BBarrese@sdvlaw.com

                                 Attorneys for Plaintiff,
                                 *Skanska USA Building, Inc.*

# EXHIBIT A

# SKANSKA

# Subcontract Agreement

**THIS SUBCONTRACT** (the "Subcontract") is made as of this **May 21, 2021** ("Effective Date") by and between the Contractor and Subcontractor as identified below. Capitalized terms used in this document entitled Subcontract Agreement and not defined herein shall have the meanings assigned to them in Exhibit E.

| PROJECT NAME:<br>NYCEDC Citywide Ferry Service Project | PROJECT NUMBER: | 1215024-100 |
| | SUBCONTRACT NO.: | 1215024-100.030 |
| PROJECT ADDRESS:<br>N/A | VENDOR NO.: | 2130531 |
| | BUDGET CODE: | 200.16000030.5020 |

| CONTRACTOR:<br>Skanska USA Building Inc. | SUBCONTRACTOR:<br>KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP |
| HOME OFFICE<br>ADDRESS:<br>350 Fifth Avenue<br>32nd Floor<br>New York, NY 10118 | ADDRESS:<br>120 B Brook Ave<br>Deer Park, NY, 11729<br>USA |
| CONTACT:<br>Nichol Nunez | CONTACT:<br>Nanci-jean DeNapoli |
| TELEPHONE:<br>(718) 634-2362 | TELEPHONE:<br>(631) 242-1708 |
| EMAIL:<br>nichol.nunez@skanska.com | EMAIL:<br>nanci-jean@kndelectric.com |
| CONTRACTOR'S LICENSE NUMBER (IF REQUIRED): | SUBCONTRACTOR'S LICENSE NUMBER (IF REQUIRED): |

**WHEREAS**, Contractor has entered into a contract with **New York City Economic Development Corporation** (the "Owner") dated as of the **July 15, 2015** (the "Owner Contract") to perform the construction and related work and services at the project commonly referred to as **NYCEDC Citywide Ferry Service Project** (the "Project"):

| OWNER:<br>New York City Economic Development Corporation | ARCHITECT:<br>M.G. McLaren, P.C. |
| ADDRESS:<br>1 Liberty Plaza, 14th Floor<br>New York, NY 10006 | ADDRESS:<br>530 Chestnut Ridge Road<br>Woodcliff Lake, NJ 07677 |
| | TELEPHONE:<br>(845) 353-6400 |
| | EMAIL:<br>N/A |

**WHEREAS**, Subcontractor desires to perform, and Contractor has agreed to enter into this Subcontract with Subcontractor for the performance of, a portion of the work required to complete the Project.

**NOW THEREFORE**, for and in consideration of the covenants and agreements of the parties contained herein, Contractor and Subcontractor agree as follows:

1.  Subcontractor agrees to perform and complete the work required by this Subcontract, which is generally described as **Coney Island Creek Ferry Landing Electrical Work** and more specifically described in **Exhibit A**.

Subcontract Agreement No. 1215024-100.030, dated May 21, 2021, by and between KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP and Skanska USA Building Inc. for Coney Island Creek Ferry Landing Electrical Work at NYCEDC Citywide Ferry Service Project, N/A.

2. As full consideration for complete performance of the Work, and except for increases or decreases by Change Order as provided for in Exhibit E, Subcontractor shall be paid by Lump Sum the amount of **Six Hundred Twenty Seven Thousand Seven Hundred Thirty Two and 00/100 Dollars**, $**627,732** (the "Subcontract Amount").

3. If listed below, subcontractor is required to provide performance and payment bonds (P&P) securing the performance of the Work and the payment of Sub-subcontractors.  If listed below, subcontractor is required to enroll in Contractor's subcontractor default insurance program.

   Bonding for this agreement:  Subcontractor Default Insurance

4. Subcontractor shall perform the Work in accordance with and comply with all requirements contained in the following Exhibits, each of which is included as an integral part of the Subcontract:

   **SUBCONTRACT EXHIBITS**
   **Exhibit A (2020) - Scope of Work - Supply and Clarifications, Qualifications**
   **Exhibit B (2020) - Drawings and Sketches, Specifications, Addenda and Other Documents**
   **Exhibit B-01 (2020) - Addendum 1**
   **Exhibit C (2020)  - Alternates, Unit Prices and Labor Rates**
   **Exhibit D (2020)  - Project Schedule/Milestones**
   **Exhibit E (2020)  - Standard Subcontract Terms and Conditions**
   **Exhibit F (2020) - Code of Conduct**
   **Exhibit G (2020) - Standard Insurance Requirements**
   **Exhibit H (2020) - Standard Interim Estimate for Payment, Waiver and Release**
   **Exhibit I (2020) - Standard Final Estimate for Payment, Unconditional Waiver and Release**
   **Exhibit J (2020) - Standard Subcontractor Environmental Health and Safety Requirements**
   **Exhibit K (2020) - Standard Change Order**
   **Exhibit M (2020) - Project Specific Requirements**
   **Exhibit N (2020) - State Specific Requirements for use in the State of NY**
   **Exhibit T1, T2, T3 (2020) - Disadvantaged Enterprises Participation Requirements**
   **Exhibit T-01 (2020) - KND - CIC MWBE-DBE Participation Plan 4-12-21**
   **Exhibit T-02 (2020) - NYC Dept Small Bus exp2-22-2022**
   **Exhibit U (2020) - Sub-Subcontractor Identification**
   **Exhibit V (2020) - Guarantee to Owner**
   **Exhibit W (2020) - Owner Confidentiality and Non-Disclosure Requirements**
   **Exhibit X (2020) - Site Requirements and Logistics**
   **Exhibit PS-01 (2020) - Supplemental Terms and Conditions to Agreement**
   **Exhibit PS-01.1 - Tax Forms and Pay Req Forms**
   **Exhibit PS-02 (2020)  - Supplemental Terms and Conditions to Agreement**
   **Exhibit PS-02.1 - Citywide Ferry Service NYCEDC-Skanska Redacted Contract**
   **Exhibit PS-03 (2020)  - Supplemental Terms and Conditions to Agreement**
   **Exhibit PS-03.1 - Skanska Marine Manual Final**
   **Exhibit PS-04 (2020) - Supplemental Terms and Conditions to Agreement**
   **Exhibit PS-04.1 - EHS Manual-NYCEDC - CITYWIDE FERRY SVC-1215024-000-Rev.9.16.20**
   **Exhibit PS-05 (2020) - Supplemental Terms and Conditions to Agreement**
   **Exhibit PS-06 (2020) - PS-06 Rider KND R.3-17-2021**

**Version 0.1, Draft for Review**

Subcontract Agreement No. 1215024-100.030, dated May 21, 2021, by and between KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP and Skanska USA Building Inc. for Coney Island Creek Ferry Landing Electrical Work at NYCEDC Citywide Ferry Service Project, N/A.

**IN WITNESS WHEREOF**, Contractor and Subcontractor have executed this Subcontract to be effective as of the Effective Date.

| Contractor:<br>**SKANSKA USA BUILDING INC.** | Subcontractor:<br>**KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** |
|---|---|
| By: *Sean A Szatkowski*<br><small>DocuSigned by:</small><br><small>504B850EE8EC473</small> | By: *Nanci-Jean DeNapoli*<br><small>DocuSigned by:</small><br><small>D2A8C781A642431</small> |
| (Signature) | (Signature) |
| May 27, 2021 | May 27, 2021 |
| (Date) | (Date) |
| Sean A Szatkowski | Nanci-Jean DeNapoli |
| (Printed Name) | (Printed Name) |
| Sr VP – Account Manager | Vice President |
| (Title) | (Title) |

**Subcontract Agreement**
**(08.2020 ed. Rev. 0)**

Version 0.1, Draft for Review

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

## SCOPE OF WORK/SUPPLY AND CLARIFICATIONS/QUALIFICATIONS

**Scope of Work/Supply**

The term **"Contract Documents"** shall mean, collectively, the Subcontract Agreement and all its exhibits (both mandatory and applicable optional exhibits); the drawings, the specifications, all reports and permits.

The terms **"Contract"** or **"Subcontract"** used in the Contract Documents shall mean this Subcontract Agreement unless otherwise specifically noted on a per item bases.

The term **"The Contractor/Seller"** used in the drawings and specifications means this **"Subcontractor"** unless otherwise specifically noted on a per item basis in this contract.

**The terms "Construction Manager" or "Skanska" used in the Contract Documents shall mean Skanska USA Building** unless otherwise specifically noted on a per item bases.

**The terms "Client" or "Owner" used in the Contract Documents shall mean New York City Economic Development Corporation (NYCEDC)** unless otherwise specifically noted on a per item bases

The Term **"Construction Manager/Buyer"** used in these specifications and design documents mean "Skanska USA", unless otherwise specifically noted on a per item basis in this contract.

The term **"provide"** used in this document means furnish and install.

It is the intent of this Subcontract to provide for all *[Coney Island Creek Electrical Work] as set forth in Exhibit "A"* and ~~related~~ *reasonably inferable* work required to complete the Project. It is further understood that the Project Drawings and Specifications listed in Exhibit B may not be fully developed, and that the Subcontract amount will include whatever is required beyond same to provide a complete and functional installation to the satisfaction of Skanska USA and the Owner *subject to Subcontractor's entitlement to a change order as set forth in this Agreement.* It is understood that the work specifics listed below apply to all *[Coney Island Creek Electrical Work]* indicated in the contract documents. It is also understood that the work required by this Subcontractor shall include but not be limited to the following items. It is not to be construed to mean that if a detail or sequence is not identified herein that it is not to be included. The descriptions and explanations contained are not meant to limit the requirements of this Subcontractor.

1. **General Items**

    1.1.   It is understood that this subcontractor is engaging into a standard contract with Skanska USA Building Inc., and as part of this agreement if a conflict should arise between said contract and Skanska's contract with NYCEDC, the conditions set forth in the NYCEDC contract may be followed.

    1.2.   The Subcontractor/Seller shall be responsible for examining all of the Documents listed in Exhibit B. All items ~~related~~ *reasonably inferable* to this Subcontractor's Work and indicated in these Documents shall be included in the Subcontract Amount.

    1.3.   The execution of this subcontract shall mean that the Subcontractor has acquainted himself with the jobsite conditions, and has visited the site and familiarized himself with all local conditions surrounding the actual project sites.

    1.4.   Information regarding the project schedule, milestones and specific timelines for this scope of work is located in Exhibit D.

**Exhibit A, Page 1 of 12**

**Scope of Work/Supply and Clarifications/Qualifications**                              **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

1.5.  All exclusions are as listed in "Exclusions" section below.  No exclusions submitted with the bid or through correspondence during the bid process will be considered valid any longer if not incorporated in that section.

1.6.  Where an element provided by this subcontract is required to be designed, it shall be designed by a Professional Engineer, drawings and/or calculations will be required to be submitted with the signature and seal of an engineer licensed in the State of New York Professional Liability Insurance must also be provided. (*see Exhibits G*)

1.7.  General Insurance requirements are noted in Exhibit G.  The subcontractor acknowledges that failure to secure required insurance coverage or to comply with any insurance provisions of the Subcontract Agreement or Contract Documents shall in no way relieve the subcontractor of its obligations under the Subcontract Agreement or Contract Documents, or of its requirements to maintain the job schedule.

1.8.  Subcontractor agrees to comply with Skanska's Safety & Health Management Program, and its requirements.   Refer to Exhibit J and SHMP.

1.9.  Skanska USA has made a commitment to the Owner, that a significant percentage of M/WBE firms and individuals representing that segment of the population will be utilized in the implementation and construction of this project as fully defined in Exhibit 'M' and Exhibit 'T'.

    1.9.1. All good faith effort documentation is to be tracked via log (phone log, emails, correspondence, etc.)

    1.9.2. NYCEDC will only accept DSBS M/WBE firms towards the participation goal, excluding suppliers.

    1.9.3. The participation goal for this contract is 100% MWBE DSBS certified.

1.10.   The Subcontractor is responsible for obtaining all permits, equipment use permits, all inspection approvals, and letter of completion from the **NYC DSBS, NY State Parks and/or NYC DPR, NYC DOT, NYC DOB & BEC,** etc. for work under this subcontract as applicable for their trades only. General Building permit will be obtained by the Owner.  Permits with FDNY will be required if any chemicals/fuel are stored on site.

1.11.  As part of the Bidding and Contract Selection process, Skanska will request that each bidder provide information and a commitment as to the contribution that firm will make toward that goal should they be awarded the work.  That information is requested in Exhibit T and will weigh heavily in the award process.  Each of the firms that the Bidder includes in their contribution may be contacted throughout the Bidding, Award and Construction processes by Skanska or by Skanska's Agents.  Subcontractor shall refer to Exhibit 'U' to list all firms.  Bidders that choose not to participate or to make a good faith effort at participating shall be advised that the weighting that will be used to select the successful subcontractor is greatly affected by the level of M/WBE participation that is offered.

1.12.  The Subcontractor has included **costs for permits** and local fees.  Include all traffic control and municipal permits, if necessary, to bring any rigging, cranes, materials, equipment etc.

1.13.  The Subcontractor is responsible to obtain licenses, pay fees, charges and obtain all necessary approvals in a timely fashion in order to maintain the schedule and progress of the work, and in accordance with all legal requirements.

1.14.  The Subcontractor shall **plan and sequence the work** with full knowledge of the restrictions noted in the drawings and specifications and shall coordinate the work with all other subcontractors that are affected by this work.  The Subcontractor will give notices as required for commencement of their portion of the work as required by Skanska, the Engineer, Engineer, local or state municipalities, or other governing bodies.  The subcontractor is to provide an updated 2-week look ahead every week, to reflect the anticipated work.

1.15.  Skanska shall provide a general **schedule** as attachment to Exhibit 'D' for use in coordination of this contract work.  The subcontractor shall still be responsible to provide their own work schedule and keep it updated as work progresses.  The subcontractor is to submit an updated schedule to Skanska on a monthly basis.

Exhibit A, Page 2 of 12

Scope of Work/Supply and Clarifications/Qualifications                                    Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

1.16. This subcontractor is aware that they are to **meet the requirements of the Contract Documents** including this Contract without exception.  This subcontractor shall perform Work in accordance with job specifications and contract drawings.

1.17. The subcontractor shall perform all work under this subcontract in **full cooperation** with other trade**s** and coordinate the schedule and sequence of all work with other trades under the direction of Skanska USA.  When directed the subcontractor shall temporarily omit of perform portions of the work out of their preferred sequence in order to accommodate the overall job.  The subcontractor understands there will be multiple mobilizations and demobilizations during the course of the job, and his work shall comply with such direction at no additional cost to the project.  Such mobilizations and demobilizations shall not significantly vary from the project Schedule.

1.18. This subcontractor is responsible for leaving the work area in a **'broom-swept'** condition at the end of each work day. This subcontractor recognizes that many of these work sites are in the direct vicinity of public areas, all proper care must be taken to ensure safed off work and proper clean up every day.  When needed subcontractor shall install barriers and or 8' fence to keep public safe from work zones.  Use of flagmen, caution tape and other pedestrian safety measures will be required as deemed necessary by Skanska.

1.19. The work of this subcontractor will be in accordance with all Federal, State, Local Codes and Requirements and regulations as interpreted by the Agency or Authority having such jurisdiction.

1.20. This subcontractor shall be responsible for all necessary protection of surroundings, materials, and other trades as required during this subcontractor's specified portion of work to ensure and optimal working environment for all parties involved.

1.21. The subcontractor will submit all filings for NYC PASSPort approval, either a new application or Certificate of No Change, immediately upon notification of award.

1.22. This subcontractor is to participate in a monthly safety meeting with Skanska, Project Safety Leadership Training, tailored to discuss any safety problems and ways to mitigate safety concerns.

1.23. Weekly progress meetings will also be held with Skanska, subcontractor and any key vendor's or sub-tier subcontractors may be required to attend.

1.24. This subcontractor is to submit on a monthly basis an updated schedule and change order log.

1.25. This subcontractor is to perform emergency drills as requested by Skanska.

1.26. PlanIt platform will be used to log daily reports, construction work plans, etc.

## 2. Safety

2.1. Skanska USA Building Inc. is committed to an **Injury Free Environment (IFE)**.  Everyone goes to work with the expectation that they will go home safe at the end of the day.  We all have a name, family and loved ones waiting for us to come home. Everyone must recognize that by risking incident or injury to themselves and others, they are putting in jeopardy everything and everyone they care for and value. Safety is everyone's job on or and off the jobsite.  All activities on the site require pre-planning with emphasis on zero tolerance for unsafe working conditions. Skanska USA Building Inc.'s commitment to IFE is creating an environment absent of safety incident and injury.  We have a mindset intolerant of any level, frequency or severity of incident or injury.  We embrace the notion that all injuries are preventable.  Skanska will not rank cost or productivity over IFE.  We ask that all our employees, Owners, Subcontractors, Vendors and Suppliers join in our journey to provide an Injury Free Environment.

2.2. It will be the responsibility of this Subcontractor to install and maintain personal **fall arrest systems** necessary for execution of the Work.  Details of the fall protection program must be included in the project specific safety plan submitted for approval.  Fall protection shall be provided for ALL employees (No Exceptions) involved in the erection at heights of 6' or greater.  Full body harnesses

Exhibit A, Page 3 of 12

**Scope of Work/Supply and Clarifications/Qualifications**                          **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

must be worn as part of the fall protection system.  Safety belts are not acceptable. For operations over open water life jackets are required. If over open water and there isn't a clear path to the water (i.e. a barge in the vicinity, etc.) a harness shall be required.

2.3. The Subcontractor shall take all **reasonable safety precautions** with respect to its work, shall comply with all safety measures initiated by the Construction Manager and with all applicable laws, ordinances, rules, regulations and orders of any public authority for the safety of persons or property and in accordance with the requirements of the Contract Documents.  The Subcontractor shall report immediately to the Construction Manager any injury to any of the Subcontractor's employees at the site.  The Subcontractor shall indemnify the Owner, Engineer and Construction Manager against loss by fines, penalties or corrective measures resulting from acts of commission or omission by the Subcontractor, its agents, employees or assigns, with respect to violation of safety requirements of this Contract.

2.4. Skanska will also conduct a **Project and Safety Orientation** on the first day of work (at each site) for each employee.  The Orientation process could take as long as 1 hour.

2.5. All contractors will be required to attend a site **Safety and EMS (Environmental Management System) Orientation** before starting any work on site. This contractor shall adhere to all Exhibit J requirements.

2.6. This contractor will provide their personnel who are working on the waterway or within ten feet of the water, with approved US Coast Guard Life Safety and EMS and EMS Devices. This contractor shall adhere to Exhibit J Requirement.

2.7. This contractor recognizes that Skanska USA, at any time, has the right to stop any and all operation they deem dangerous.

2.8. This contractor recognized that Skanska USA, at any time, has the right to stop any and all operations due to pending or on-going weather conditions. The Cost of these interruptions in the schedule, due to weather related conditions, will not be passed along to the owner or Skanska USA.

2.9. Any safety violation caused by this Subcontractor shall be corrected to the satisfaction of the Construction Manager immediately.  All of the Subcontractor's employees shall be required to attend safety meetings and to abide with Skanska USA Building Inc.'s Safety Program.

2.10. From time to time, when warranted Skanska may conduct all hands safety meetings. Attendance is required for all of the subcontractors Safety Foreman/Manager, Superintendents, Project Engineers, General Foremen, Foremen, Craftsmen, Apprentices and Laborers.

2.11. Skanska retains the right to stop the work for any **unsafe condition**, including poor housekeeping; the subcontractor will be responsible for all such stoppages.

2.12. This Subcontractor will include flagmen and traffic control for the work of this subcontract as defined in Exhibit 'J'.

2.13. Skanska USA requires that the contractors be in compliance with this NYS Department of Labor regulation regarding the **OSHA 30** Hour certification when starting work on this project.  Skanska is not responsible for providing the training.

2.14. FIRE DEPARTMENT: This contractor is aware of and will cooperate with the Fire Department of New York.  Skanska USA will invite the FDNY to the site for review of the project and to review Skanska USA's Life Safety and EMS procedures, fire fighting and setting up of safe zones.

2.15. Due to **COVID-19**, Skanska now requires all individuals on our jobsites to wear a facial barrier for every activity in addition to protective measures and guidelines already implemented, including social distancing and practicing personal hygiene.

    2.15.1.        Option 1: Fabric face covering and face shield that covers the eyes, nose and mouth

    2.15.2.        Option 2: KN95 or greater respiratory protection (with no face shield required)

        2.15.2.1.    Respirators must not be a classification specifically reserved for medical professionals.

        2.15.2.2.    Half-face respirators with N95, P100 or organic vapor cartridges are acceptable.

Exhibit A, Page 4 of 12

Scope of Work/Supply and Clarifications/Qualifications                                                    Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

3. **Environmental Requirements / Protection**

3.1. Skanska USA Building Inc. is committed to run all operations in a manner that is protective of human health and the environment. Skanska USA Building Inc has implemented on each of its projects an environmental management system in compliance with the International Standards Organization, Standard 14001 (ISO 14001). The Subcontractor shall be responsible to abide by requirements of the Skanska USA Building Inc. Environmental Policy.

3.2. In order to prevent and to provide for abatement and control of environmental pollution arising from the construction activities of the Subcontractor and his subcontractors in the performance of this Contract, they shall comply with applicable federal, state, and local laws, and regulations concerning environmental pollution control and abatement as well as the specific requirements stated elsewhere in the Contract Documents.

3.3. In the event that the Subcontractor encounters on-the-site material reasonably believed to be asbestos or polychlorinated biphenyl (PCB) or other hazardous materials which have not been rendered harmless, Subcontractor shall immediately stop work in the area affected and report the condition to Skanska USA in writing.

3.4. Each Subcontractor shall be responsible to provide **Safety Data Sheets (SDS)** to the Construction Manager for any substance deemed hazardous to health per OSHA Hazard Communications Standard and/or New York Right-To-Know Law two (2) weeks prior to material arriving on site.

3.5. Items having apparent historical or archaeological interest that are discovered in the course of construction activities shall be carefully preserved. The Subcontractor shall leave the archaeological find undisturbed and shall immediately report the find to Skanska so that the proper authorities may be notified.

3.6. **No Subcontractor shall pollute water resources** with fuels, oils, bitumen's, calcium chloride, acids or harmful materials. It is the responsibility of each Subcontractor to investigate and comply with applicable federal, state, county, and municipal laws concerning pollution of rivers and streams. Work under this Contract shall be performed in such a manner that objectionable conditions will not be created in water resources through or adjacent to the project areas. The current requirements, laws and ordinances prohibiting disposal of any contaminants and contaminated substances on site will be rigidly enforced.

3.7. **Spillages**: Throughout the duration of the Project, special measures shall be taken to prevent chemicals, fuels, oils, grease, bituminous materials, waste washings, herbicides and insecticides, and cement from entering water resources. Subcontractors having hazardous materials on site shall be responsible to have on site spill clean up kits of adequate size to clean up a worst case spillage.

3.8. **Disposal**: If waste material is dumped in unauthorized areas, the Subcontractor shall remove the material and restore the area to the condition of the adjacent undisturbed area. If necessary, contaminated ground shall be excavated, disposed of as directed by the Engineer, and replaced with suitable fill material, compacted and finished with topsoil, at the expense of the Subcontractor.

3.9. This contractor will be responsible for any and all of their **debris** entering the water and shall take measures to prevent debris from leaving the piers, upland areas and barges by installing an approved system to prevent debris from entering the water. System will be designed by this subcontractor and approved by the Skanska USA Safety and EMS team to insure that all liquids from the construction and demolition activities do NOT enter the water stream of the River or the Sewer systems. This contractor will provide their plan that meets all NYC and EPA, NYSDEC, USACE, and NYCDEP codes relative to protection of the environment to the Skanska USA team for review and approval prior to any work. All required paper work is to be in place and filed in the Skanska Trailer relative to all permits.

**Exhibit A, Page 5 of 12**

Scope of Work/Supply and Clarifications/Qualifications                    **Version 0.1, Draft for Review**
(08.2020 ed. Rev. 0)

# EXHIBIT "A"

**Attachment to Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

3.10.  This contractor will keep all debris inside the foot print of the site, and keep the perimeter road ways clear, clean and available for traffic flow (for construction needs) and emergencies.

3.11.  **No material may be stored on land without Skanska consent, for final sign-off by NYCEDC and DPR.**

3.12.  Subcontractor is responsible to hold permits for the storage or use of any combustibles on and off site (i.e. fuel, acetylene, etc.)

## 4. **General Scope**

4.1.  Subcontractor MUST review Exhibit 'X' for all site logistics information and clarifications (i.e. shanties, temp toilets, and water/electric).  This subcontractor shall submit a detailed logistics plan for approval by Skanska and NYCEDC.

4.2.  The Subcontractor or their Sub-subcontractors may **not approach or take direction from**, the Owner, its agents, consultants, designers or any others directly. If approached by one of these parties, the subcontractor is to immediately contact Skanska.

4.3.  Where **material and/or equipment** is to be furnished and/or installed by the Subcontractor, the Subcontractor shall be totally responsible for scheduling the delivery, receiving, unloading, inspecting, inventorying, storing, handling, relocating, hoisting, distributing, laying out, installing, cleaning and protection of said material and/or equipment; except if provided by Owner.

4.4.  During **inclement weather** conditions the Subcontractor will be required to protect all of his work from the elements.

    4.4.1.This subcontractor is responsible for project site **snow removal**.

4.5.  **Disposal of debris** – please see Exhibit 'X'.

4.6.  Include all **scaffolding, ladders, manlifts**, etc. to complete the work.  All documentation of worker training to operate equipment/machinery will be provided to Skanska prior to commencing work. All Scaffold installers and scaffold workers must have a current and valid NYC Scaffold Certificate. Where possible this subcontractor eliminate the use of ladders and use man lifts, it is understood that man lifts can't be used in all applications but all efforts will be made to avoid use of ladders.

    4.6.1.Effective January 1st, 2016 all boom type aerial work platforms must be equipped with secondary guarding to prevent crush injuries.

4.7.  This subcontractor shall include all **coordination** drawings, as-built, as defined in Exhibit 'M' on a hardcopy and digital copy in accordance with the project scopes, sign-offs to the Engineer of record will review these documents.

4.8.  All Trades will **protect their work**, until accepted by the Skanska USA and the owner in writing; no exceptions.

4.9.  This subcontractor understands the importance of performing **quality work**.  This subcontractor shall furnish and install all work at or better than industry standards.

4.10.  Review **site logistics** for all trades; this subcontractor will develop, with Skanska USA, an evacuation plan for all the workers on the site as described in Exhibit 'X'.

4.11.  This subcontractor will Tag all systems at the point of disconnection, decommissioning or detachment indicating the date the service was decommissioned and disconnected.

4.12.  This subcontractor will repair any and all systems disturbed, damaged and /or caused by their work and repair same at their own expense.

4.13.  This subcontractor is aware that they are to follow the **Testing/Inspections** procedures as outlines in the project specifications and the design documents.  All testing and inspections will be brought to the attention of Skanska USA in writing 48 hours prior to these inspections for schedule and management requirements.

**Exhibit A, Page 6 of 12**

**Scope of Work/Supply and Clarifications/Qualifications**                         **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

4.14. This contractor will maintain copies of **certified test results**, including those for any failed tests, at project site, in the Skanska USA Trailer.

4.15. This Contractor shall maintain **one complete and updated set of Drawings and Specifications on-site** that shall be available to Owner and/or Engineers Representatives and Skanska USA, at all times. This set shall be maintained as the "As-Built" set and shall be returned at the end of work.

4.16. During the performance of the Work, this subcontractor shall take all necessary precautions to adequately **protect existing facility** operations, structures, overhead structures and utilities. Where existing Work is damaged by this subcontractor, that Work shall be repaired, or otherwise restored, as approved by Skanska USA and at no additional cost or burden to the owner.

4.17. Anything mentioned in the Specification and not shown on the Drawings, or shown on the Drawings and not mentioned in the Specifications, shall be in effect as if shown and mentioned in both and shall be included by the subcontractor; ( i.e. Complimentary). Drawings are diagrammatic, and indicate the general arrangement of systems and work included in this contract and have been made to scale with the best knowledge of conditions, dimensions, and space requirements based on Engineers' field investigations. These drawings shall be followed, as closely as actual building construction will permit.

4.18. This subcontractor shall follow **approved drawings** in laying out work, and verify spaces in which work shall be installed.

4.19. If proposed by the Engineer and directed by Skanska, this subcontractor shall, without extra charge, make modifications in the layout as needed for proper execution of work.

4.20. All Drawings and Specifications made or furnished by the Engineer are the property of the owner, and this subcontractor will use copies solely in connection with the Work and not for any other project or purpose and will return all copies except the signed contract upon completion of Work.

4.21. The subcontractor shall provide and include all engineering *and* layout ~~and survey~~ for the subcontractor's work. The construction drawings shall provide control lines and benchmarks but the subcontractor must provide all layouts beyond what is established by the construction drawings.

4.22. This subcontractor shall submit a **detailed schedule** within 5 days of contract award, for review and approval by Skanska USA. The Schedule and sequence submittals will be done in a logical and sequential manner to facilitate ease of review and prompt turnaround by reviewer. This subcontractor will participate in the development of the total project schedule with the project team and Skanska USA.

4.23. This subcontractor will be responsible for coordinating with Skanska USA personnel regarding access to the site and use thereof. The cost of remobilization, resulting from new coordination shall be borne by this contractor.

4.24. This subcontractor shall include all **'comeback'** costs associated with construction which may be performed out of sequence, *but only to the extent such costs were caused by Subcontractor.*

4.25. All fueling will be in designated areas, as defined by Skanska USA. All fueling system will have secondary containment as per local jurisdiction and applicable codes. Any refueling systems on the site for vehicles and / or equipment must have proper permits and comply with all Local and national Codes, prior to proceeding with the operation. All Vehicles will have spill containment systems on board, for possible vehicle spillage of vehicle fluids and containment and clean up. This contractor will be responsible for the clean up and remediation of all spills and /or leaks from their equipment and their subcontractors equipment, at no cost to the owner nor increase to the approved schedule. All vehicles will be inspected upon entry into the site for vehicle fluid leaks; this contractor will repair all leaks before the vehicles will be allowed on site.

4.26. All trades, including this Subcontractor, are responsible to protect against run off into applicable waterways and the Sewer system in conformance and compliance with the requirements of the Contract Documents.

**Exhibit A, Page 7 of 12**

Scope of Work/Supply and Clarifications/Qualifications                                         **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

4.27.  This subcontractor will provide **"C" Box** (Covered and secured Trailer compartment or storage bin) for storage of their materials including storage of existing signs and other turn over items.

4.28.  The Subcontractor shall provide all temporary partitions required to properly safe off its various work areas within the existing site in compliance with Div 1 specification section 01500 construction Facilities and Temporary controls.

4.29.  Temporary Utilities: Please see Exhibit 'X'.

4.30.  The cost of Master **Mechanics, Maintenance Foreman, Teamsters,** etc will be borne by this subcontractor if one is required for this scope of work.  Oilers for the individual equipment shall be provided and paid for by this Subcontractor.

4.31.  This subcontractor is responsible for all overtime for the Labor Foreman, Teamster, Master Mechanics, Maintenance Foreman, Oiler etc. if this Subcontractor necessitates Overtime work.  Overtime is per applicable union rules.

4.32.  ~~This subcontractor is also responsible for paying for any overtime of other trades necessary to remain on site to assist in the timely completion of this Subcontractor's work.~~

4.33.  The Subcontractor is advised that this is a **union project**.  The subcontractor will make every effort to maintain labor harmony on the Project.

4.34.  All **construction debris** resulting from this contract is the responsibility of this subcontractor to remove and dispose of legally.

4.35.  This subcontractor will be responsible to maintain a **full time representative on-site**, who is empowered to make all decisions on behalf of their company, including extra costs, schedule, manpower and work approach. It will be up to the subcontractor to determine which personnel will be required on the project. If Skanska determines that the on-site representative is not qualified or able to meet these needs they may direct the replacement with someone who can.

5.  **Specific Scope**

    5.1.  **This package shall consist of all work relating to the Ferry Point Park Ferry Landing Electrical Construction scope.**

        5.1.1. This subcontractor is responsible for the complete upland electrical construction scope for the new ferry landing at Coney Island Creek within Kaiser Park in Brooklyn, NY, as shown on the applicable drawings and specifications *and as set forth in this Exhibit A. Subcontractor further acknowledges and agrees that the Work includes the provision of all equipment, components, systems, materials, documentation and other services and items required to perform the Work and make it complete functional and operational, notwithstanding the fact that each service or item may not be expressly mentioned.* ~~This subcontractor shall furnish all labor, materials and equipment as needed for the performance of this work to upgrade the site for the ferry landing and provide a functional electrical system.~~

        5.1.2. The general scope of work is to connect to existing Con-Ed power at Bayview Ave and distribute power to the new ferry landing as per the drawings and specifications.

            5.1.2.1.  This includes, but not limited to:

                5.1.2.1.1.  Coordinate saw-cutting and mark outs with Upland contractor for utility trenching,

                    5.1.2.1.1.1. Assume trenching will occur in phases: Phase 1 – Sidewalk and Phase 2 – Park as to limit the disturbance to community within the Park.

                5.1.2.1.2.  Furnish and install all upland electrical and lighting equipment – conduit, panels, breakers, transformers, enclosures, junction boxes, hand holes and covers, switches, splice boxes, meters, light poles and fixtures, storage shed light fixtures, underground conduits, drag lines, pin and sleeve connections, etc.

                5.1.2.1.3.  Connect to existing unmetered lighting service within the Park and provide power to new lightpoles on pier, including furnish and install of all light poles and fixtures

Exhibit A, Page 8 of 12

**Scope of Work/Supply and Clarifications/Qualifications**                                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

## EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

5.1.2.1.4.    Furnish and install all power and lighting connections on existing pier and at ferry security gate, including kindorf,

5.1.2.1.5.    Etc, as shown on all applicable drawings and specifications.

5.2.    All equipment installed by this subcontractor shall be "UL" listed.

5.3.    All electrical components to be per local and state codes.

5.4.    It is understood that not all electrical components are shown on the design drawings; this contractor shall complete the requirements and provide details in their shop drawings. It is also understood that this contractor is the last contractor to install any electrical components on site and they should not assume anything will be included by others unless specifically qualified.

5.5.    This subcontractor is responsible for connection of upland electrical components to flexible power connections/cables mounted on the gangways.

5.5.1. This subcontractor is responsible for furnish and install pin and sleeve connections and backboxes for the electrical equipment mounted on the gate.

5.5.1.1. Coordinate with marine electrician on pin and sleeve connections.

5.6.    All work activities are to be coordinated and executed so as not to disturb/disrupt any existing tenant activities nor water traffic.

5.7.    Contractor shall include costs to 'come back' once gangways, intermediate platform and ferry security gate is installed for final electrical tie-ins.

5.8.    Contractor shall include all costs to coordinate with ConEd and set up applicable inspections and accounts for their scope of work.

5.8.1. Assume final tie-in during off-hours.

5.9.    This contractor is responsible for mounting conduit along the new pier where shown on the contract documents. This contractor is to utilize personnel that are familiar with working in marine conditions to perform any work on the water. Skanska's Marine Manual (exhibit PS3) and Safety Manual (exhibit PS4) and subcontract Exhibit J must be followed for all work on and near the water.

5.10.    This contractor to furnish and install light poles and fixtures on the existing pier per the contract drawings and specifications This contractor is to coordinate the light pole layout with the upland contractor installing new railings.

5.11.    It is the responsibility of this Subcontractor to maintain the stability of all applicable structures during construction operations.

5.11.1. This is included, but not limited to shoring, bracing, connections, formwork and related construction procedures.

5.11.2. This includes any existing structures and any temporary structures built during the performance of this work, installed by this subcontractor or any other at the site.

5.11.3. It is the responsibility of this subcontractor to field verify all dimensions, clearances, existing tie-ins and elevations prior to purchasing materials and installation. Any deviations from the contract drawings will require approval from the engineer. This contractor has visited all sites and or is familiar with the existing site conditions. Any modifications required beyond what is shown in the contract drawings are accounted for in this scope of work. This is to include all "foreseen" conditions; unforeseen conditions will be addressed separately.

5.12.    This subcontractor is responsible for providing a site logistics plan. It must include at minimum the following items

5.12.1. Identify all land and water activities as needed, i.e. pump truck locations with entry and egress details and pedestrian activities.

5.12.2. All barriers, ramps, traffic cones, egress paths, emergency muster points etc.

5.12.3. All environmental precautions so as to prevent contamination. All soil erosion and sediment control measures in accordance with NYS DEC regulations.

**Exhibit A, Page 9 of 12**

Scope of Work/Supply and Clarifications/Qualifications                                                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

5.12.4. Any phasing of work that is not concurrent must be shown with approximate timeframes of each phase.

5.12.5. A site logistics plan is required per site and shall include the following:

5.12.5.1. Proposed site trailer location

5.12.5.2. Proposed material laydown

5.12.5.3. Temporary fence locations

5.12.5.3.1. All area disturbed by this subcontractor shall be restored to preconstruction condition.

5.13. This Subcontractor will keep area open to the public and minimize traffic impacts due to construction related activities, including material deliveries/unloading.

5.13.1. This subcontractor will submit temporary traffic plans to Skanska for approval.

5.13.2. This subcontractor is responsible for any traffic lane closures, traffic protection plans and permits that may be required to perform this scope of work. Lane closures will be kept to a minimum amount of time.

5.14. This subcontractor shall coordinate any DOT permits for roadway and lane closings as needed to perform this work. This includes any labor related to lane closures, traffic cones, signs, etc. for the duration of the work AND maintaining the lane closure, barricades and housekeeping of closed lane throughout the duration of the contract lane closure.

5.15. Any construction debris from this Subcontractor that falls into applicable waterways is to be removed at this subcontractor's expense.

5.16. This subcontractor is responsible for providing water, power and sanitary facilities as per OSHA regulations.

5.17. This subcontractor shall include all labor as necessary to perform the scope of work, Skanska will not be hiring field labor.

5.18. This subcontractor shall coordinate work with all Skanska contractors on site.

5.19. This subcontractor must recognize that if this scope of work creates a confined space at any point in the schedule this subcontractor must provide all equipment and manpower for any workers entering the confined space; all employees working in the area must be properly trained and accredited with proof of training submitted to Skanska in advance. A confined space plan must be submitted to Skanska prior to working in a confined space.

5.20. All excess material shall be the property of the owner and assumed to be delivered to an EDC facility within the NYC metro area.

5.21. During work near the water, contractor to review Skanska's SHMP for safety standards. Contractor to provide anchor point and life line as well as Personal Flotation Devices (PFDs).

5.22. This subcontractor is to protect existing property. Any damages shall be repaired or replaced in-kind at no additional cost to Skanska or NYCEDC.

5.22.1. Contractor to use equipment with rubber tires to minimize disturbance to the property.

5.22.2. Plywood for tracks shall also be used.

5.23. This contractor is responsible for Quality Control and shall keep proof of QC inspections which can be made available upon request.

5.24. Testing requirements for all systems is to conform to the drawings and specifications and local and state codes. This includes testing and adjusting all equipment and systems installed and demonstrate proper operation to NYCEDC, Skanska, and EOR present.

5.25. Megger tests and reports to be performed and submitted by the subcontractor on their own work.

5.26. Short circuit and full coordination study on the entire ferry electrical system, including barge and gangway, shall be completed and report submitted by this subcontractor.

5.26.1. This contractor shall only be responsible for adjustments to their own portion of the electrical work at the ferry landing.

**Exhibit A, Page 10 of 12**

**Scope of Work/Supply and Clarifications/Qualifications**                                          **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

5.27. Testing of the Ferry Landings – This Subcontractor acknowledges that there will be a 2 week testing period prior to operations officially starting at each landing. This Subcontractor shall have personnel and equipment available to correct any issues discovered during this testing period.

6. Allowances

   6.1. The Allowance Items listed in Tables A-1 below have been identified because of the uncertainty in quantifying the actual amount of materials and/or labor that will be required to complete the scope of Work associated with each Allowance Item. Contractor and Subcontractor have collaborated to identify Allowance Items and associated Allowance Values set forth in Table A-1 based on information available prior to the Effective Date. Subcontractor will inform Contractor if Subcontractor believes that any materials and/or labor qualifying for use of the Allowance Item funds is necessary and will obtain Contractor's written approval before performing any Work that will require compensation from an Allowance Item. Subcontractor agrees that the applicable Allowance Values are reasonable estimates based on information available as of the Effective Date. If any information subsequently obtained leads Subcontractor to anticipate or conclude that an Allowance Value will not be sufficient to complete the associated scope of Work, Subcontractor must immediately notify Contractor and request an increase to the Allowance Value.

   6.2. The Allowance Values in Table A-1 include the direct costs of labor, materials, equipment, handling, storage, transportation and taxes. Cost elements for the applicable Allowance Items not expressly identified in this Section 6.2 are deemed to be included in the Subcontract Amount.

   6.3. If the actual cost of an Allowance Item exceeds or is less than the stated Allowance Value, the Subcontract Amount shall be adjusted accordingly by Change Order and reflect the difference between the actual cost of the Work associated with a particular Allowance Item and the associated Allowance Value.

   6.4. The pricing of these Allowances shall be included in the base bid price of the Subcontractor. Subcontractor must submit proper documentation in order to use allowance funding. These Allowance items are to be used only at the written direction of authorized Skanska personnel. Payment for these Allowance items shall be requisitioned as a separate line item, on a time and material basis, and shall include all labor, material, overhead and profit:

| Table A-1 - Labor and Material Allowances | | | |
|---|---|---|---|
| **No.** | **Allowance Item Description** | **Unit Price (If Applicable)** | **Quantity (If Applicable)** | **Allowance Value** |
| 1 | General Allowance | N/A | N/A | $150,000 |

7. **Clarifications/Qualifications**

   7.1. *KND assumes light poles are to be supported with fish plated through pier method. Detail 3 on drawing CIC:E4.0 is excluded as the pier does not support this detail.*

   7.2. *KND includes PVC Schedule 80 and PVC coated rigid pipe as shown on the drawings. Incoming service to the Trans-S meter may require Fiber Glass conduit which is excluded at this time.*

8. **Alternates (See Exhibit C)**

   8.1. No Alternates included.

**Exhibit A, Page 11 of 12**

Scope of Work/Supply and Clarifications/Qualifications                    Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

# EXHIBIT "A"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

9.  **Exclusions**

    9.1.  Barge electrical and gangway electrical is excluded.

    9.2.  Marine, Canopy work and amenities on the barge.

    9.3.  Civil, Landscaping and Misc. Metals scope by others.

    *9.4.  Temporary power for other  trades is excluded.*

**Exhibit A, Page 12 of 12**

**Scope of Work/Supply and Clarifications/Qualifications**          **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "B"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## DRAWINGS & SKETCHES, SPECIFICATIONS, ADDENDA and OTHER DOCUMENTS

The documents listed in this Exhibit B comprised part of the Contract Documents.

**Drawings & Sketches**

| Drawing or Sketch No. | Description | Rev No. | Date |
|---|---|---|---|
| | **GENERAL** | | |
| **CIC:G0.0** | **Cover Sheet** | **0** | **02/09/2021** |
| **CIC:G0.1** | **Index of Drawings** | **0** | **02/09/2021** |
| **CIC:G1.0** | **General Notes – 1** | **0** | **02/09/2021** |
| **CIC:G1.1** | **General Notes – 2** | **0** | **02/09/2021** |
| **CIC:G2.0** | **FIRM Map Panel** | **0** | **02/09/2021** |
| **CIC:G2.1** | **PFIRM Map Panel** | **0** | **02/09/2021** |
| **CIC:G3.0** | **Coney Island Tax Map** | **0** | **02/09/2021** |
| **CIC:G3.1** | **Coney Island Creek Zoning Map** | **0** | **02/09/2021** |
| **CIC:G4.0** | **Existing Site Survey** | **0** | **02/09/2021** |
| **CIC:G4.1** | **Existing Conditions Plan – 1** | **0** | **02/09/2021** |
| **CIC:G4.2** | **Existing Conditions Plan – 2** | **0** | **02/09/2021** |
| | BORINGS | | |
| CIC:B1.0 | Boring Location Plan | 0 | 02/09/2021 |
| CIC:B1.1 | Boring Logs – 1 | 0 | 02/09/2021 |
| CIC:B1.2 | Boring Logs – 2 | 0 | 02/09/2021 |
| | DEMOLITION AND REMOVALS | | |
| CIC:DM1.0 | Site Demolition Plan | 0 | 02/09/2021 |
| CIC:DM1.1 | Site Demolition Section and Elevation | 0 | 02/09/2021 |
| | MARINE | | |
| **CIC:MR0.1** | **Coney Island Creek Overall Site Plan** | **0** | **02/09/2021** |
| **CIC:MR1.0** | **Coney Island Creek Proposed Site Plan** | **0** | **02/09/2021** |
| CIC:MR1.1 | Proposed Elevations | 0 | 02/09/2021 |
| CIC:MR2.0 | Pile Repair Plan and Pier Deck Repairs | 0 | 02/09/2021 |
| CIC:MR2.1 | Pier Railing Plan | 0 | 02/09/2021 |
| CIC:MR3.0 | Pile Layout Plan | 0 | 02/09/2021 |
| CIC:MR4.0 | Barge Plan and Elevations | 0 | 02/09/2021 |
| CIC:MR4.1 | Barge Well Location Plan | 0 | 02/09/2021 |
| CIC:MR5.0 | Gangway Landing Plan, Sections, and Details | 0 | 02/09/2021 |
| CIC:MR5.1 | Gangway Landing 5th Wheel Details | 0 | 02/09/2021 |
| CIC:MR6.0 | Bowloader Fender Details – 1 | 0 | 02/09/2021 |
| CIC:MR6.1 | Bowloader Fender Details – 2 | 0 | 02/09/2021 |
| CIC:MR6.2 | Bowloader Ramp Details – 1 | 0 | 02/09/2021 |
| CIC:MR6.3 | Bowloader Ramp Details – 2 | 0 | 02/09/2021 |
| CIC:MR6.4 | Bowloader Ramp Details – 3 | 0 | 02/09/2021 |
| CIC:MR7.0 | Anchor Pile Collar Details | 0 | 02/09/2021 |
| CIC:MR7.1 | Anchor Pile, Monopile, and Gangway Landing Details | 0 | 02/09/2021 |
| CIC:MR8.0 | Cathodic Protection Details | 0 | 02/09/2021 |
| CIC:MR9.0 | Typical Barge Details – 1 | 0 | 02/09/2021 |
| CIC:MR9.1 | Typical Barge Details – 2 | 0 | 02/09/2021 |
| CIC:MR10.0 | Gangway Details – 1 | 0 | 02/09/2021 |
| CIC:MR10.1 | Gangway Details – 2 | 0 | 02/09/2021 |
| CIC:MR11.0 | Terminal Embarking and Disembarking Plan | 0 | 02/09/2021 |

## EXHIBIT "B"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at NYCEDC Citywide Ferry Service Project, N/A.

| | | | |
|---|---|---|---|
| CIC:MR11.1 | Terminal Waiting Area Plan | | |
| CIC:MR12.0 | Barge Gate Plan and Elevations | 0 | 02/09/2021 |
| CIC:MR12.1 | Barge Gate Details | 0 | 02/09/2021 |
| CIC:MR12.2 | Gateway Signage Details | 0 | 02/09/2021 |
| | CANOPY | | |
| CIC:CP1.0 | General Notes | 0 | 02/09/2021 |
| CIC:CP2.0 | Proposed Plan and Reactions | 0 | 02/09/2021 |
| CIC:CP3.0 | General Section, Elecvations, and Column Types | 0 | 02/09/2021 |
| CIC:CP4.0 | Framing and Member Sizes | 0 | 02/09/2021 |
| CIC:CP5.0 | Connection Details | 0 | 02/09/2021 |
| CIC:CP6.0 | CWFC-Frame (Wind Screen Details-Glass) | 0 | 02/09/2021 |
| CIC:CP7.0 | WS-50 FT. Assembly (Glass) | 0 | 02/09/2021 |
| CIC:CP8.0 | CWFC-Frame (Wind Screen Details-Polycarbonate) | 0 | 02/09/2021 |
| CIC:CP9.0 | WSL-20 FT. Assembly (PolyCarbonate) | 0 | 02/09/2021 |
| | CIVIL | | |
| CIC:C100 | Civil General Notes | 0 | 02/09/2021 |
| **CIC:C200** | **Coney Island Creek – Utility Plan and Profile** | **0** | **02/09/2021** |
| **CIC:C300** | **Upland Site Details and Abbreviations** | **0** | **02/09/2021** |
| CIC:L100 | Coney Island Creek Proposed Landscape Plan | 0 | 02/09/2021 |
| | ELECTRICAL | | |
| CIC:E001 | Coney Island Creek – General Notes, Symbols, Abbreviations | 0 | 02/09/2021 |
| CIC:E101 | Coney Island Creek – Barge Plan – Electrical | 0 | 02/09/2021 |
| CIC:E501 | Coney Island Creek – Electrical Riser Diagram | 0 | 02/09/2021 |
| CIC:E701 | Coney Island Creek – Electrical Gangway Details | 0 | 02/09/2021 |
| | **UPLAND ELECTRICAL** | | |
| **CIC:UE1.0** | **Coney Island Creek – General Notes, Symbols, Abbreviations** | **0** | **02/09/2021** |
| **CIC:UE2.0** | **Coney Island Creek – Site Plan** | **0** | **02/09/2021** |
| **CIC:UE3.0** | **Coney Island Creek – Upland Riser Diagram** | **0** | **02/09/2021** |
| **CIC:UE4.0** | **Coney Island Creek – Electrical Details** | **0** | **02/09/2021** |
| | CONSTRUCTION | | |
| CIC:TC1.0 | Typical Temporary Construction Fence Details | 0 | 02/09/2021 |

***Bold drawings are specific scope for this Subcontract Agreement; however, subcontractor is responsible for all drawings, coordination and documents within this agreement.**

**Specifications**

| Specification Section | Description | Rev No. | Date |
|---|---|---|---|
| 26 | **CWFS – Coney Island Creek - Electrical** | **0** | **October 2020** |

**Addenda**

| Addendum No. | Description | Rev No. | Date |
|---|---|---|---|
| 1 | **Pre-bid RFI Responses** | **0** | **3/8/21** |

**Exhibit B, Page 2 of 2**

Drawings, Sketches, Specifications, Addenda, and Other Documents                    Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

# SKANSKA

ADDENDUM #1

To:      File

From:    Nancy DeLorenzo

Date:    March 8, 2021

Subject: Citywide Ferry Service Program – Coney Island Creek Electrical

---

Attention Respondents:

The following revisions and/or clarifications are to be made to the proposal documents for "Citywide Ferry Service Program – Coney Island Creek Electrical RFP":

- **Pre-bid RFI Responses**
- **A reminder that this is a confidential project.**

Please ensure to indicate receipt of this addendum by signing the document at the space provided and attaching with the proposal.

Contact me with any questions.
Best Regards,

Nancy DeLorenzo
Project Manager
Mobile: (646) 369-9675
E-Mail: Nancy.DeLorenzo@skanska.com


_____                    3/9/21
Signature of Officer of Proposing Firm                              Date
NANCI-JEAN DENAPOLI
VICE PRESIDENT


_____
Name of Proposing Firm

DocuSign Envelope ID: 2011B65A-97FA-49F2-972D-ABEB45E3293E

# SKANSKA

Project: Citywide Ferry Service Program

RFP Package: Coney Island Creek – Electrical

Document: Responses to Respondent RFI's

Date: March 8, 2021

| QUESTION | ANSWER |
|---|---|
| 1. Is the scale accurate on the electrical drawings? Does it match the civil drawings? | Scale is shown on plans. Electrical drawings are 1" = 40'. |
| 2. What permits are required? | DOB/BEC, DOT, ConEdison coordination, any general permits needed to complete your scope. |
| 3. Is there a lighting schedule or spec for drawing  CIC_E101? | No. Electrical scope on the gangway and barge are not included in this RFP. Upland Electrical scope ends with the pin and sleeve connections at the Ferry Security Gate. |
| 4. Is there a lighting schedule for the pier? | The lighting schedule for the pier can be found on CIC:EU3.0. |
| 5. Is there a communication duct bank being installed? See (1) Communication hand hole being installed by the ConEd manhole. | No comm hand hole needed. |
| 6. Drawing CIC:UE2.0 shows (3) light poles being installed on a Pier, while Drawing CIC: UE4.0, detail 3 shows a Concrete Light Pole Base. The pier is concrete while the base detail is meant for an in-ground, on land installation. Will a detailed Pier Installation Method for the light pole along with required grounding be provided? | Installation detail still being coordinated with DOT. Grounding method is to be by DOT standard. The (3) light poles on the pier will be connected to an existing light pole splice box in the park, and all work pertaining to the (3) lights must follow NYC DOT Street Lighting Drawing standards. Drawings to be updated once design intent is approved by DOT. |

DocuSign Envelope ID: 2011B65A-97FA-49F3-972D-ABEB45E3293F

# SKANSKA

| | |
|---|---|
| 7. Drawing CIC:UE2.0 shows an electrical pull "E" (noted as NYC DOT splice box on drawing CIC:UE1.0) on land as well as on pier. Will a detail Pier Installation Method be provided for these pull boxes be provided? | The design intent is still under coordination with DOT. NYCDOT splice box may be moved upland, and conduits will be installed either under or into the pier. |
| 8. Drawing CIC:200, note 10 mentions a telecom Pull Box. Will any conduit be required to and from this box. If so what type, size and how many? | No comm hand hole needed. |
| 9. Will the electrical contractor be responsible for utility trenching? | No, scope by Upland contractor; however, coordination is to be included. |
| 10. Where is staging permitted? | Adjacent to existing pier. Minimal footprint. |
| 11. Where is the property line box? | See drawing UE2.0. It is shown. Property line box is to be located within 5ft from sidewalk, in the grassy area. Final location to be coordinated with ConEdison and upland contractor. |
| 12. Where is the upland equipment pad location? | See drawing UE2.0. It is shown. |
| 13. Will temporary power be available? | Not guaranteed; therefore, assume working off generators. |
| 14. Is there an approved manufacturer for lighting fixtures on the barge? | The barge and gangway electrical and lighting is not included in this RFP. |
| 15. Which components of the Temporary power mentioned on 1.12 will be required for this project. If required where are we to pick-up this power? We could assume existing park lighting if available when needed. Timer/Sensor maybe an issue. | Not guaranteed; therefore, assume working off generators as well as staging. |

# SKANSKA

| | |
|---|---|
| 16. To be consistent with other ferry projects. Could we assume all concrete pads and concrete work will be by upland contractor. | Correct, concrete work by upland. Coordination to be included with upland contractor. |
| 17. Page 15 (PDF page 29). Spec section 1.22 and 1.31 mentions painted conduit. We installing PVC Coated Rigid pipe. Is painting required? | Gray finish. (If using T&B OCAL system, the default finish is gray. If using something else, the finish must be gray.) |
| 18. Page 21 (PDF page 35). Spec section 1.33. Will the five days instruction be needed or less? | This minimum 5-day period is so that the contractor can train the owner's rep on the operation of the scope installed. Yes, minimum 5 days is required. See Exhibit A 5.27, days may not be consecutive. |
| 19. Who will be performing the sea-wall / Rip-Rap wall, core drilling? | This scope is by the Upland contractor. |
| 20. Please confirm that there is no hazardous/contaminated soil at this location. | The December 2019 investigation performed by Matrix encountered soil and fill materials containing concentrations of SVOCs, metals, and pesticides, which exceed the regulatory guidelines, specifically the NYSDEC RRSCOs and UUSCOs. Please see RAP. Contractor responsible for all safety measures. |

# EXHIBIT "C"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## ALTERNATES, UNIT PRICES, AND LABOR RATES

Note:  For the purposes of this Exhibit C, the term "Scope" means the scope of Work to be provided by Subcontractor under the Subcontract or the Goods and Services to be supplied and performed by Seller under the Purchase Order, as applicable.

**I.      ALTERNATES**
          No Alternates

**II.     UNIT PRICES**

If Contractor/Buyer elects to change the quantities of one or more of the following items to be provided by Subcontractor/Seller as part of its Scope, or a change otherwise occurs in the quantity of any such item and Subcontractor/Seller is entitled to a Subcontract Adjustment or Purchase Order adjustment, as applicable, in connection with that change, Contractor/Buyer may in its sole discretion utilize the following "ADD" or "DEDUCT" Unit Prices as the basis for adjusting the Subcontract Amount/Purchase Order Amount.  Each Unit Price is inclusive of all of Subcontractor's/Seller's costs and expenses to provide the specified quantity of the item in accordance with all requirements of the Subcontract/Purchase Order.  Changed quantities (e.g. lbs, LF, SF, pieces, etc.) will be numerically netted (plus or minus) prior to the application of the appropriate dollar unit rate for each listed Unit Price.

| Item | Unit Price ADD | | Unit Price DEDUCT | |
|------|----------------|--|-------------------|--|
| 1.   NEMA 4X Enclosure (12"x12"x4") | $480 | /EA | $432 | /EA |
| 2.   200A Pin & Sleeve Connector | $2,612 | /EA | $2,350 | /EA |
| 3.   Light Pole & Fixtures | $ | /EA | $ | /EA |
| 4.   Hand holes & Covers (DOT) | $2,410 | /EA | $2,169 | /EA |

If requested, Subcontractor/Seller shall submit Unit Prices for additional items that may be utilized by Contractor/Buyer.

Alternates, Unit Prices, and Labor Rates
(08.2020 ed. Rev. 0)

Version 0.1, Draft for Review

# EXHIBIT "C"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

### III.   ALLOWABLE MARKUPS

Subcontractor/Seller shall apply the following overhead and profit markups for changes in the Scope:

| | | % Markup |
|---|---|---|
| **A.** | **Labor** | **10** |
| | The markup on labor shall be reflected in the labor rates stated in Section V and shown in the Labor Rate Breakdown. | |
| **B.** | **Material** | **10** |
| | The markup on material shall be applied after all applicable discounts and rebates due Subcontractor/Seller are considered. | |
| **C.** | **Third Party Rentals** | **5** |
| | The markup on third party rentals shall be applied to the direct invoiced cost.  Equipment owned by the Subcontractor/Seller is not eligible for markup, and is subject to the rates shown in Section IV. | |
| **D.** | **Sub-subcontractor/Subsupplier Work/Supply** | **5** |
| | The markup on Sub-subcontractor/Subsupplier work/supply in connection with a change in Scope shall be applied to the direct invoiced cost from the Sub-subcontractor/Subsupplier. Sub-subcontractor's/Subsupplier's markup for its own direct cost shall not exceed the percentages listed above for labor, material, and third party rentals. | |
| **E.** | **Additional Bond Premium (if required)** | **5** |
| | The additional bond premium (if required) on a change in Scope shall be applied to the direct cost of the change. | |

Overhead and profit shall be inclusive of the following: home office costs, management supervision, training, vehicles and pickups, travel, reproduction, temporary facilities, computers, office equipment, small tools, and other incidentals. Small tools are defined as tools that do not have a new unit cost in excess of $750.00. OH&P shall not exceed 20%.

Exhibit C, Page 2 of 5

Alternates, Unit Prices, and Labor Rates                                                   Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

# EXHIBIT "C"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## IV.    EQUIPMENT RATES

Contractor/Buyer may elect to have Subcontractor/Seller provide any of the following equipment in connection with its Scope at the applicable "Hourly", "Daily", "Weekly", or "Monthly" rate specified. Each specified rate is inclusive of all of Subcontractor's/Seller's costs and expenses to furnish the equipment (not including operator) in accordance with all requirements of the Subcontract/Purchase Order, including but not limited to the following: transportation, delivery, pickup, fuel, energy costs, consumables, connections, maintenance, wear and tear, repair, depreciation, storage, tax, overhead, and profit.  If an hourly rate is used, equipment shall be charged based upon actual usage within ½ hour.

| Equipment Description | Rate | | | |
|---|---|---|---|---|
| | Hourly | Daily | Weekly | Monthly |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Rental costs of Subcontractor/Seller-owned equipment not shown on the list above shall be charged as follows:
- 80% of the rates shown in the latest edition of "AED Green Book" prepared by EquipmentWatch,  San Jose, CA ("AED"); or if not shown in AED,
- 80% of the rates shown in the latest edition of "Tool and Equipment Rental Guide" prepared by Mechanical Contractors Association of America ("MCA"); or if not shown in MCA,
- 60% of the rates shown in the latest edition of "Rental Rate Blue Book for Construction Equipment" published by EquipmentWatch, San Jose, CA ("Blue Book"); or if not shown in the Blue Book,
- 60% of the rates shown in the latest edition of "Tool and Equipment Rental Schedule" published by National Electrical Contractors Association, Bethesda, MD ("NECA").

Subcontractor/Seller shall not be reimbursed for the cost of leasing/renting an individual tool or piece of equipment in excess of its fair market value as determined above.

Exhibit C, Page 3 of 5

Alternates, Unit Prices, and Labor Rates                                          Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

# EXHIBIT "C"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

**V.    LABOR RATES**

Note:  Complete only the applicable paragraph and related Labor Rate Breakdown table below.

> Contractor/Buyer may elect to have Subcontractor/Seller provide labor (or additional labor) in connection with its Scope.  All labor/additional labor shall be billed at the applicable rate as required by law, if any.  Each specified rate is inclusive of all of Subcontractor's/Seller's costs and expenses (excluding overhead and profit) to furnish the additional labor in accordance with all requirements of the Subcontract/Purchase Order.  Subcontractor/Seller shall provide Contractor/Buyer a breakdown for each rate specified below.

**LABOR RATE BREAKDOWN**

| Title/Labor Classification | Rate Straight Time | | Rate Premium Time | | Rate Double Time | |
|---|---|---|---|---|---|---|
| 1.    Electrical Foreman | $ 173.88 | /hr | $ 54.13 | /hr | $ _____ | /hr |
| 2.    Electrical Journeyman | $ 164.29 | /hr | $ 50.64 | /hr | $ _____ | /hr |
| 3.    Electrical Apprentice | $ 60.79 | /hr | $ 19.86 | /hr | $ _____ | /hr |

# EXHIBIT "C"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

The following are hourly labor rates for all field labor classifications which may be used in pricing any changes in the Work that may be required. Rates are total hourly billing rates **exclusive of overhead and profit**. Rates are actual wages, taxes, fringes and applicable insurance. Overhead and profit will be applied in accordance with the terms of the Subcontract/Purchase Order. Hourly rates indicated by the Subcontractor/Seller are those which are in effect at the time of the award of the Subcontract/Purchase Order. As new labor agreements take effect, wages and fringes will be adjusted accordingly to reflect the actual change in cost.

| LABOR RATE BREAKDOWN | |
|---|---|
| **PROJECT:** | **CIC Ferry Landing** |
| **WORK CLASSIFICATION:** | **Electrical Work** |
| **SUBCONTRACTOR:** | **KND Electric** |
| **DATE:** | **February 2021** |
| **EFFECTIVE DATES:** | **February 2021-September 2021** |

| | **FOREMAN** | | | **JOURNEYMAN** | | | **APPRENTICE** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Straight | Premium 1½ | Premium 2 | Straight | Premium 1½ | Premium 2 | Straight | Premium 1½ | Premium 2 |
| **BASE RATE**  $_____ **BENEFITS**  $_____ | | | | | | | | | |
| | | | | | | | | | |
| (EMPLOYER PAID) Health & Welfare | | | | | | | | | |
| Pension | | | | | | | | | |
| Apprentice | | | | | | | | | |
| Annuity | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **PAYROLL TAXES** @ $___ | | | | | | | | | |
| FICA ____% | | | | | | | | | |
| FUTA ____% | | | | | | | | | |
| SUTA ____% | | | | | | | | | |
| | | | | | | | | | |
| **INSURANCES** @ $_____ | | | | | | | | | |
| Workers' Comp. ____% General Liability____% | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTALS** | | | | | | | | | |
| | | | | | | | | | |

Alternates, Unit Prices, and Labor Rates
(08.2020 ed. Rev. 0)

Version 0.1, Draft for Review

# EXHIBIT "D"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## PROJECT SCHEDULE/MILESTONES

### 1. PROJECT SCHEDULE

1.1. The Subcontractor agrees to supply sufficient manpower, resources, and all necessary means to meet activity duration's, as well as the objectives of the attached project schedule. ~~This subcontractor includes shift work, extended work days and other overtime work as required to meet the schedule and durations indicated.~~ *Except as provided in Exhibit E, as amended, the Subcontract Amount includes all shift work, extended work days and other overtime work as required to meet the schedule and durations indicated.*

1.2. This Subcontractor agrees to provide to Skanska USA all necessary scheduling information that shall include manpower and cost loading of activities in order to produce a detailed CPM Schedule.

1.3. The time frames and activity durations include all related work necessary to complete this scope.

1.4. ~~The Subcontractor agrees to meet the indicated activity durations should the actual start times be changed by Skanska without any additional compensation. Subcontractor specifically acknowledges potential delays related to permitting and signoffs and will make no claim for delay related to these permits or signoffs.~~ *The subcontractor agrees to meet the indicated activity durations should the actual start times be changed by Contractor to meet the schedule and durations indicated, as may be amended pursuant to Exhibit E.*

### 2. SCHEDULE MILESTONES

The following is a list of schedule milestones for the project:

| Activity | Milestone Date | Revised Milestone Date |
|---|---|---|
| NTP for Submittals | April 20, 2021 | May 21, 2021 |
| Contract Execution | May 2021 | May 2021 |
| Mobilization | May 2021 | June 21, 2021 |
| Upland Trench Phase 1 – Sidewalk Completion | June 14, 2021 | July 14, 2021 |
| Upland Trench Phase 2 – Park | July 22, 2021 | August 2, 2021 |
| Pier Work | August 25, 2021 | August 25, 2021 |
| Substantial Completion/Final Tie-In | August 25, 2021 | August 25, 2021 |
| Testing & Final Completion | September 3, 2021 | September 3, 2021 |

"Substantial Completion" shall be as defined in the Owner Contract unless otherwise defined or clarified as follows:

Substantial Completion is when the Engineer of Record certifies that the Work or designation portion thereof is sufficiently complete in accordance with the Contract Documents so that the Owner utilizes the ferry landing at its fully intended capacity, allowing it to be integrated into the Citywide Ferry Service Program.

### 3. REQUIRED LEAD TIME AFTER SUBMITTAL APPROVAL

| Item Description | Lead Time |
|---|---|

**Exhibit D, Page 1 of 2**

**Project Schedule/Milestones**
**(08.2020 ed. Rev. 0)**                                                                                    **Version 0.1, Draft for Review**

# EXHIBIT "D"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

| | | | |
|---|---|---|---|
| **1.** | NEMA 4X Enclosures | 4 | Weeks |
| **2.** | Trans S Cabinet | 8 | Weeks |
| **3.** | Disconnect Switch | 8 | Weeks |
| **4.** | Circuit Breaker | | Weeks |
| **5.** | Pin & Sleeve Connector | 2 | Weeks |
| **6.** | Light Pole & Fixture | 12-14 | Weeks |
| **7.** | 1" PVC Conduit | | Weeks |

| | | |
|---|---|---|
| **List other items over four (4) weeks** | | |
| **1.** | | Weeks |
| **2.** | | Weeks |
| **3.** | | Weeks |

**4.  ANTICIPATED DURATIONS FOR KEY SUBCONTRACTOR ACTIVITIES**

| Activity | | Workdays | Craft Hours |
|---|---|---|---|
| **1.** | Upland Trench Phase 1 - Sidewalk | | |
| **2.** | Upland Trench Phase 2 - Park | | |
| **3.** | Upland Electrical Equipment Pad | | |
| **4.** | Pier Work | | |
| **5.** | Final Tie-In & Testing | | |

**5.  ANTICIPATED CRAFT LOADING**

**Average Crew Size**  4  **Peak Crew Size**  10

**Average Crew Duration (in days)**  _____  **Peak Crew Duration (in days)**  _____

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

## STANDARD SUBCONTRACT TERMS AND CONDITIONS
## TABLE OF CONTENTS

Article 1 - DEFINITIONS, CONTRACT DOCUMENTS AND RELATED MATTERS PERTAINING TO SUBCONTRACTOR'S WORK ............................................................................3
1.1    Definitions. ....................................................................3
1.2    Safety. ............................................................................3
1.3    Contract Documents. ..................................................4
1.4    Contract Documents are Complementary. ...........4
1.5    Obligation to Study the Contract Documents. ......4
1.6    Rights and Remedies under the Owner Contract. .4
1.7    The Architect. ..............................................................4
Article 2 - SCOPE OF SUBCONTRACTOR'S WORK ................4
2.1    All Items Required to Perform the Work are Included. .........................................................................4
2.2    Project Investigation. ..................................................4
2.3    Existing Conditions. .....................................................4
2.4    Duty to Coordinate. .....................................................5
2.5    Protection of Work. ......................................................5
2.6    Quality and Protection of Equipment, Materials and Supplies. ...................................................................5
2.7    Protection of On Site Property. ................................5
2.8    Protection of Other Property. ....................................5
2.9    Housekeeping. ...............................................................5
2.10   Clean-Up Crews. ..........................................................6
2.11   Temporary Structures and Facilities. ......................6
2.12   Layout and Field Measurements. .............................6
2.13   Cutting, Fitting and Patching. ...................................6
2.14   Use of Contractor's Equipment. ...............................6
2.15   Meetings. ........................................................................6
2.16   Daily Reports. ...............................................................6
2.17   Testing. ...........................................................................6
2.18   Equipment, Material and Supply Deliveries. .........6
2.19   Parking and Storage. ...................................................6
2.20   Royalties and License Fees. ........................................6
2.21   Sub-Contractors. ..........................................................6
2.22   Monthly Status Reports. .............................................7
2.23   Prohibition on Certain Work and Dealings. ...........7
Article 3 - TIME FOR PERFORMANCE OF THE WORK ...........7
3.1    Time for Performance. .................................................7
3.2    The Project Schedule. ..................................................7
3.3    Work Plan. .....................................................................7
Article 4 - PROGRESS PAYMENTS ............................................7
4.1    Schedule of Values. ......................................................7
4.2    Progress Payments. ......................................................7
4.2.1  Estimates for Payment. ...............................................7
4.2.2  Basis for Calculating Payment. ................................7
4.2.3  Payment for Stored Materials. .................................8
4.3    Joint Checks. .................................................................8
4.4    Subcontractor's Use of Payments. ...........................8
4.5    Estimates for Payment and Partial Waivers and Release of Liens and Claims Required. ...................8

4.6    Payment is not a Release by the Contractor. .........8
4.7    Payment Withholding. .................................................8
Article 5 - FINAL PAYMENT .......................................................8
5.1    Final Payment. .............................................................8
5.2    Effect of Final Payment. .............................................9
Article 6 - SUBMITTALS AND SUBSTITUTIONS .....................9
6.1    Submittal Requirements. ............................................9
6.2    Submittal Progress Reports. ......................................9
6.3    Work Progress Documents and As-Builts. .............9
6.4    Revisions to Submittals. .............................................9
6.5    Professional Certifications. .......................................9
6.6    Coordination Drawings. .............................................9
6.7    Contractor's Review of Submittals. .........................9
6.8    Substitutions. ................................................................9
6.9    Ownership and Use of Documents ...........................9
Article 7 - LABOR AND SUPERINTENDENCE ..........................10
7.1    Labor. ...........................................................................10
7.2    Supervision. ................................................................10
7.3    Technical Services. .....................................................10
7.4    Compliance with Owner Requirements for Supervision. .................................................................10
7.5    Subcontractor Labor Relations. .............................10
7.6    Removal of Workmen. ................................................10
Article 8 - DETERMINATION AND INSPECTION OF THE WORK ....10
8.1    Determinations of Compliance with Contract Documents. ..................................................................10
8.2    Access for Inspection. ................................................10
8.3    Rejection of Work. .....................................................10
8.4    Compliance with Additional Architectural Instructions. ................................................................10
8.5    Failure of Sources of Supply. ..................................11
Article 9 - PROGRESS AND COMPLETION ..............................11
9.1    Commencement of Work. ..........................................11
9.2    Compliance with Owner's Scheduling Requirements. .............................................................11
9.3    Recovery Plan. ...........................................................11
9.4    Substantial and Final Completion of Work. ........11
9.5    Punchlist. .....................................................................11
9.6    Use and Acceptance of Portions of Work Prior to Final Completion of Work. ....................................11
Article 10 - CHANGES AND IMPACTS .......................................11
10.1   Changes in the Work. ................................................11
10.2   Change Requests. .......................................................11
10.3   Requirements for Pricing Changes. .....................12
10.4   Change Directive. .......................................................12
10.5   Impacts to the Work. .................................................12
10.6   Requirements for all Impact Claims. ...................12
10.7   No Presumption of Validity. ....................................12
10.8   Allowable Mark-Ups. ................................................12

Exhibit E, Page 1 of 19

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

10.9   Required Documentation in Support of Change Orders or Claims. ...............13
Article 11 - DELAYS ...............13
11.1   Liability for Delays. ...............13
11.2   Liquidated Damages. ...............13
11.3   Impact Events Caused by Contractor. ...............13
11.4   Force Majeure. ...............13
Article 12 – DEFAULT AND REMEDIES. ...............13
12.1   Default. ...............13
12.2   Remedies for Default. ...............13
12.3   Cessation of Payments Upon Termination. ..........14
12.4   Termination for Convenience. ...............14
Article 13 - DISPUTES ...............14
13.1   Contractor's Initial Decision on Disputes. ..........14
13.2   Continued Performance Required. ...............14
13.3   Disputing Owner and Architect Actions or Decisions. ...............14

Subject to Section 10.5.2, if Subcontractor wishes to dispute any action or decision by the Architect, Owner or another Owner representative that adversely affects Subcontractor's interests, Contractor may permit Subcontractor to prosecute such dispute, provided that Contractor's interests are unaffected, Subcontractor satisfies all conditions precedent under the Contract Documents for prosecuting the claim or dispute, and Subcontractor bears all costs associated with such claim or dispute and assumes sole responsibility for its prosecution. ...............14

13.4   Method of Dispute Resolution. ...............14
13.5   Governing Law, Jurisdiction, Venue, and Jury Waiver. ...............15
13.6   Joinder in Related Proceedings. ...............15
Article 14 - REGULATORY COMPLIANCE ...............15
14.1   Compliance with Applicable Law Generally. ......15
14.2   Safety Compliance. ...............15
14.3   Environmental Compliance. ...............15
14.4   Tax Compliance. ...............15
14.5   Affirmative Action and Non-Discrimination. ......15
14.6   Harassment and Offensive Behavior. ...............15
14.7   Supplier Code of Conduct. ...............16
Article 15 - BONDING AND SUBCONTRACT ...............16
PERFORMANCE INSURANCE ...............16
15.1   Payment and Performance Bonds. ...............16
15.2   Subcontractor Default Insurance (SDI). ...............16
15.3   Pre-Qualification. ...............16

Whether Contractor elects to secure Subcontractor's obligations under this Subcontract through performance and payment bonds or SDI, Subcontractor shall comply with Contractor's qualification procedures, including providing documentation and information as and when required by the SDI insurer involving financial, technical, management and other matters relating to Subcontractor and its operations. ...............16

15.4   Failure to Meet SDI Requirements. ...............16
15.5   Work Not to Commence Until Bonds Issued or SDI Enrollment Completed. ...............16
Article 16 - ENCUMBRANCES ...............16
16.1   No Liens or Encumbrances. ...............16
16.2   Subcontractor and Sub-subcontractor Information. ...............17
16.3   Assignment and Delegation Not Permitted Without Prior Written Consent. ...............17
Article 17 - WARRANTIES AND GUARANTEES. ...............17
17.1   Work Warranties and Guarantees and Correction of Defects or Deficiencies. ...............17
17.2   No Period of Limitation Established. ...............17
17.3   Sub-subcontractor Warranties, Guarantees, and Correction of Work Obligations. ...............17
17.4   Backcharges. ...............17
17.5   Costs and Damages Resulting from Defects or Deficiencies in the Work. ...............17
Article 18 - INDEMNITY AND INSURANCE ...............17
18.1   Indemnity. ...............17
18.2   Insurance. ...............18
18.3   Environmental Insurance. ...............18
Article 19 - MISCELLANEOUS REQUIREMENTS AND SPECIAL PROVISIONS ...............18
19.1   Headings for Convenience Only. ...............18
19.2   Calculation of Time Periods. ...............18
19.3   Audit and Record Retention. ...............18
19.4   Confidentiality. ...............18
19.5   Contractor's Remedies Are Not Exclusive. ........18
19.6   Damages Limitation. ...............18
19.7   Title to the Work. ...............18
19.8   Reformation of Unenforceable Provisions. ..........19
19.9   Survival. ...............19
19.10  Notices. ...............19
19.11  Subcontract Document. ...............19
19.12  Frivolous Claims. ...............19
19.13  Publicity. ...............19
19.14  Entire Agreement and Waiver. ...............19

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

### SUBCONTRACT TERMS AND CONDITIONS

### Article 1 - DEFINITIONS, CONTRACT DOCUMENTS AND RELATED MATTERS PERTAINING TO SUBCONTRACTOR'S WORK

*1.1*    *Definitions.*

The following definitions apply internally to these terms and conditions and the Subcontract:

(a)    "Applicable Law" all laws, treaties, ordinances, judgments, decrees, injunctions, writs and orders of any court or governmental agency or authority, and rules, regulations, codes, orders, interpretations of any federal, state, county, municipal, regional, environmental or other governmental body, instrumentality, agency, authority, or court having jurisdiction over the Project or any activity conducted at or in connection with the Project or in connection with the Subcontract.

(b)    "Architect" means the architect employed by the Owner in connection with the Project as identified in the Subcontract Agreement.

(c)    "Certificate of Final Completion" means the certificate indicating that the Work other than potential warranty obligations has been completed as required by the Owner Contract.

(d)    "Certificate of Substantial Completion" means the certificate indicating that the Work has been substantially completed as required by the Owner Contract.

(e)    "Change" means an addition, reduction, acceleration, suspension or other modification in the scope of or time for the performance of Subcontractor's Work.

(f)    "Change Directive" has the meaning set forth in Section 10.4.

(g)    "Change Order" means a written amendment to the Subcontract signed by both Contractor and Subcontractor in the form set forth in Exhibit K.

(h)    "Contract Documents" has the meaning set forth in Section 1.3.

(i)    "Contractor" means the entity identified as such in the Subcontract Agreement. It is understood that Skanska USA Building Inc. may also be referred to in the Owner Contract as the "Construction Manager", "Design-Builder", etc. In all such instances, the term "Contractor" shall be deemed interchangeable with the terminology used in the Owner Contract to refer to Skanska USA Building Inc..

(j)    "Damages" means, individually and collectively, as applicable, any and all losses, costs, expenses, damages, injuries, claims, demands, obligations, liabilities, judgments, fines, penalties, interest and causes of action, including, without limitation, administrative costs, consultant fees, legal costs, reasonable attorney's fees and any damages assessed against Contractor under the Owner Contract.

(k)    "Effective Date" shall mean the date defined as such in the heading portion of the Subcontract Agreement.

(l)    "Impact Event" shall mean any acceleration, disruption, inefficiency, delay, suspension, interference or other adverse impact to the Work that is not caused by Subcontractor or anyone for whom Subcontractor is responsible.

(m)    "Indemnified Parties" means the Owner, Contractor, any entity or individual that Contractor is required to indemnify under the Owner Contract, and their respective directors, officers, employees, parents and subsidiaries of any tier, representatives, agents, successors and assigns, and any and all representatives, agents, directors, officers, employees of any of the foregoing.

(n)    "Owner" means Contractor's customer in connection with the Project as identified in the Subcontract Agreement.

(o)    "Owner Contract" means the contract between Contractor and the Owner for the Project identified in the Subcontract Agreement, and all written amendments, change orders, modifications and supplements thereto.

(p)     "Proceeding" has the meaning set forth in Section 13.6.

(q)    "Project" means the project in connection with the parties have entered into this Subcontract as identified in the Subcontract Agreement.

(r)    "Schedule" has the meaning set forth in Section 3.2.

(s)    "Subcontract" means the agreement between Contractor and Subcontractor for the Project and is comprised of the Contract Documents.

(t)    "Subcontract Agreement" means the document entitled Subcontract Agreement and executed by Contractor and Subcontractor.

(u)    "Subcontract Amount" means the amount to be paid by Contractor to Subcontractor for Subcontractor's performance of the Work as identified in the Subcontract Agreement. The Subcontract Amount includes all federal, state, county and municipal taxes imposed by Applicable Law upon labor, services, equipment, materials, supplies or other items acquired, performed, furnished or used in connection with or arising out of the Subcontractor's Work, including, but not limited to, transportation, sales, use, gross receipts, excise, unemployment, and personal property taxes, whether payable by or levied or assessed against Contractor, Owner or Subcontractor. If Applicable Law requires any such taxes to be stated and charged separately, Subcontractor shall include a separate line item on any applications for payment or invoices indicating the amount of such taxes. The total price of all items included in Subcontractor's Work plus the amount of all taxes applicable thereto, shall not exceed the Subcontract Amount.

(v)    "Subcontract Adjustment" has the meaning set forth in Section 10.1.

(w)    "Subcontract Exhibits" means the Exhibits marked in the Subcontract Agreement as applicable to the Subcontract.

(x)    "SDI" has the meaning set forth in Section 15.2 referring to subcontractor default insurance.

(y)    "Subcontractor" means each vendor, supplier, materialmen, consultant, contractor or other person or entity performing a portion of the Work and/or providing equipment or services directly or indirectly in connection with the Work as defined in the Contract Documents as set forth in Section 1.3 hereunder.

(z)    "Sub-subcontractor" means each lower tier vendor, supplier, materialmen, consultant, contractor, subcontractor or other person or entity performing a portion of the Work for Subcontractor hereunder and/or providing equipment or services directly or indirectly in connection with the Work or Subcontract.

(aa)    "Work" means the work to be performed by Subcontractor under the Subcontract as generally described in Section 1 of the Subcontract Agreement and more specifically described in **Exhibit A**.

*1.2*    *Safety.*

Subcontractor acknowledges that the safety of persons and property on and off the Project site in connection with performance of the Work is of prime importance to Contractor and Owner, and Subcontractor shall cooperate with Contractor and Owner in efforts to prevent injuries to persons and property and to comply with all

**Exhibit E, Page 3 of 19**

**Standard Subcontract Terms and Conditions**
**(08.2020 ed. Rev. 0)**

**Version 0.1, Draft for Review**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

applicable safety rules and regulations, including as set forth in Section 14.2, to create and maintain an injury-free environment.

**1.3** **_Contract Documents._**
The Subcontract is comprised of the following "Contract Documents": the Subcontract Agreement; the Subcontract Exhibits; all written modifications, amendments and Change Orders to the Subcontract, if any, executed by Contractor and Subcontractor; and the Owner Contract, but only with respect to those obligations that are applicable (directly or indirectly) to the Work to be performed by Subcontractor under the Subcontract and Owner's rights, redress and remedies as provided in Section 1.6. Subcontractor assumes toward the Contractor and the Owner all the obligations that the Contractor assumes toward the Owner in the Owner Contract with respect to the Work to be performed by Subcontractor under the Subcontract. Notwithstanding the foregoing, the payment and dispute resolution provisions contained in the Owner Contract are specifically excluded from the Contract Documents.

**1.4** **_Contract Documents are Complementary._**
The Contract Documents are intended to be read as a whole, and any Work required by one part and not mentioned in another (e.g., item shown in drawing and not mentioned in the specifications, or mentioned in the specifications and not shown in drawing), shall be executed to the same extent as though required by all. The addition, omission or incorrect placement of a word or character in one part of the Subcontract shall not change the intent of the Subcontract as a whole, and shall not constitute the basis for a claim by the Subcontractor for an increase in the Subcontract Amount or an extension of time within which to perform and complete the Work. In the event of a conflict between one or more provisions of the Contract Documents, the provision imposing the more demanding term, condition, duty or standard of performance, or the greater limitation on the nature and type of relief or damages allowed to Subcontractor, shall control. A conflict exists in the Contract Documents when the same subject matter is addressed by two or more provisions of the Contract Documents in a manner that cannot be reconciled to give effect to all provisions. In the various parts of the Contract Documents where reference is made to applicable codes and standards, the Work shall, except as otherwise specified, conform to the latest issue of the referenced code or standard available at the time the Work is performed.

**1.5** **_Obligation to Study the Contract Documents._**
Subcontractor shall carefully study and compare the Contract Documents and notify Contractor in writing of any error, inconsistency, omission or ambiguity prior to executing any affected Work. Contractor's determination of the Subcontract requirements in view of the error, inconsistency, omission or ambiguity shall be final and Subcontractor shall perform the Work consistent with that determination, subject to dispute resolution under Article 13. Subcontractor shall be liable for any added costs or damage resulting from its performance of any Work involving an error, inconsistency, omission or ambiguity in the Contract Documents that has not been reported to Contractor, including any re-performance and related costs of correction and any additional costs incurred by the Contractor.

**1.6** **_Rights and Remedies under the Owner Contract._**
Contractor shall have the benefit of all rights, redress and remedies against Subcontractor that Owner has against Contractor under the Owner Contract.

**1.7** **_The Architect._**
If Owner does not engage an Architect on the Project, the parties' rights and obligations under the Subcontract shall be determined without regard to any certificates, determinations or other functions

the Contract Documents anticipate the Architect will issue, make or perform. The Owner may at any time substitute the Architect employed by Owner in connection with the Project.

**Article 2 - SCOPE OF SUBCONTRACTOR'S WORK**

**2.1** **_All Items Required to Perform the Work are Included._**
Subcontractor and its Sub-subcontractors shall strictly comply with all requirements of the Subcontract in the performance of the Work and other activities in connection with the Subcontract, performing all technical, professional or other services and providing all supervision, labor, equipment, material, supplies, permits, insurance, hoisting, scaffolding, systems, tools, apparatus, transportation, shop drawings, samples and submittals, and all other items necessary to perform and complete the Work required by this Subcontract. Subcontractor acknowledges and agrees that it can perform and complete the Work in strict compliance with the Subcontract requirements, including the Subcontract Amount and Project Schedule, and acknowledges and agrees that it can do so even though certain drawings, specifications, addenda and bulletins, may not be fully developed at the time of contracting. Subcontractor further acknowledges and agrees that the Work includes the provision of all equipment, components, systems, materials, documentation and other services and items required to perform the Work and make it complete, functional and/or operational, notwithstanding the fact that each such service or item may not be expressly mentioned in the Contract Documents.

**2.2** **_Project Investigation._**
Subcontractor represents that it has, or has had full opportunity to, examine the Project site and Contract Documents; that it has satisfied itself as to the requirements of the Work and all conditions which may affect the Work, including but not limited to the availability and costs of labor, services, equipment, materials, supplies and other items required for the Work, the observable condition of the Project site and access thereto to perform the Work and actual and anticipated local weather conditions; that the Subcontract Amount and Schedule have been determined with due regard for all such requirements and conditions which do or may affect the Work; and that its entry into the Subcontract has not been induced either wholly or in part by any promises, representations or statements by or on behalf of Contractor, Owner and/or the Architect, other than those set forth in the Subcontract. Subcontractor acknowledges and accepts the risk of mistake or error with respect to all matters within the scope of its Project investigation, and agrees that it shall not be entitled to, and shall make no claim for, any additional compensation or damages of any kind or character or an extension of time for performance should any requirements or conditions applicable to the Work be different from or in addition to those identified by Subcontractor through such reasonable investigation.

**2.3** **_Existing Conditions._**
Subcontractor shall inspect the work provided by others onto which the Work is to be placed or to which the Work is to be applied or attached and shall notify Contractor in writing of any observable defect or other detrimental condition in any such work prior to the performance of the affected Work. If Subcontractor fails to so notify Contractor, Subcontractor shall be deemed to have accepted the condition of such work as suitable for its Work. Subcontractor shall be liable for any Damages resulting from its performance of any Work involving any unsuitable work provided by others of which Subcontractor has not notified Contractor as required, including any re-performance and related costs of correction and any additional costs incurred by the Contractor, Owner or their respective other contractors.

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

**2.4**    **Duty to Coordinate.**
Subcontractor agrees that Owner and Contractor shall have the right to perform or have performed other work in or about the Project site during the time when Subcontractor is performing its Work. Subcontractor shall: coordinate its Work activities at the Project site with those of Contractor, Owner, and their respective other contractors; afford a reasonable opportunity for the introduction and storage of materials and the execution of such work; and make every reasonable effort to enable both its Work and such other work to be completed without hindrance or interference. Subcontractor shall, notify Contractor in writing of any potential conflicts between its Work or performance of its Work and such other work within five (5) days of discovering such conflict or two (2) business days before the expiration of the time allowed, if any, under the Owner Contract to notify Owner of such conflict, whichever occurs first. Subcontractor shall be fully responsible to participate in all necessary coordination meetings and to timely and properly prepare coordination drawings in accordance with Section 6.6. In situations where a conflict arises between the Subcontractor's Work and the work of others, Contractor will determine in its discretion which work has the highest priority and direct the performance of the Work accordingly. Subcontractor shall not be entitled to an adjustment of the Subcontract Amount or an extension of time for its field coordination activities as the Subcontractor shall anticipate and provide for such activities in the Subcontract Amount and agreed time for performance.

**2.5**    **Protection of Work.**
Subcontractor shall protect the Work at all times prior to its acceptance by Owner. Subcontractor shall bear the risk of loss or any damage to the Work or a portion thereof prior to Owner's acceptance (regardless of the holder of title thereto), and Subcontractor shall promptly replace, repair, restore or rebuild any such damaged Work so that it conforms to the requirements of the Subcontract. If the damage is recognized by the insurer to be covered by a first party property insurance policy maintained by Owner or Contractor for the Project, Contractor will reimburse Subcontractor its direct costs to replace, repair, restore or rebuild damaged Work to the extent of insurance proceeds Contractor actually receives for that Work, less Contractor's cost to prepare and adjust the claim. Subcontractor shall cooperate with Contractor and Owner in connection with the preparation and adjustment of any insurance claim for damage to the Work. Under no circumstances will Contractor or Owner be required to take any legal action to pursue coverage for damage to the Work in the event the insurer fails or refuses to recognize the existence or applicability of coverage for such damage. If requested by Subcontractor, Contractor shall assign and shall request that the Owner assign to Subcontractor its rights in connection with any such coverage issues, but only to the extent thereof.

**2.6**    **Quality and Protection of Equipment, Materials and Supplies.**
Unless otherwise expressly agreed, all equipment, material, supplies and other items furnished by Subcontractor and incorporated into the Work shall be new, unused, of first rate quality, suitable for use in the Work and in strict conformity with the requirements of the Subcontract. Subcontractor shall at all times cover and protect from damage and theft all equipment, materials, supplies and other items that are to be used in the performance of, or incorporated into, the Work at the Project. Subcontractor is solely responsible for and shall bear the risk of loss for all equipment, materials, supplies and other items stored by it at the Project site (regardless of the holder of title thereto), and Subcontractor shall replace any shortages thereof at its expense. If any damage or theft is recognized by the insurer to be covered by a first party property insurance policy maintained by Owner or Contractor for the Project, Contractor will reimburse Subcontractor its direct costs to replace damaged or stolen

equipment, materials, supplies or other items to the extent of insurance proceeds Contractor actually receives for that replacement, less Contractor's cost to prepare and adjust the claim. Subcontractor shall cooperate with Contractor and Owner in connection with the preparation and adjustment of any insurance claim for any damage or theft. Under no circumstances will Contractor or Owner be required to take any legal action to pursue coverage for any damaged or stolen equipment, materials, supplies or other items in the event the insurer fails or refuses to recognize the existence or applicability of coverage for the damage or loss in question. If requested by Subcontractor, Contractor shall assign and shall request that the Owner assign to Subcontractor its rights in connection with any such coverage issues, but only to the extent thereof.

**2.7**    **Protection of On Site Property.**
Subcontractor shall at all times protect the Project, Project site and the work and property of Owner, Contractor and their other contractors on the Project site from any damage arising out of its operations. Subcontractor shall be responsible for any such damage and Contractor shall be entitled to backcharge Subcontractor the amount of any deductible payable under any first party property insurance maintained by Contractor or Owner for the Project in connection with such damage. Subcontractor shall at its expense promptly replace, repair, restore or rebuild any damage to the Project, Project site and the work and property of Owner, Contractor and their other contractors on the Project site arising out of its operations if so directed by Contractor. If the damage is recognized by the insurer to be covered by a first party property insurance policy maintained by Owner or Contractor for the Project, Contractor will reimburse Subcontractor its direct costs to replace, repair, restore or rebuild to the extent of insurance proceeds Contractor actually receives for that work, less Contractor's cost to prepare and adjust the claim. Subcontractor shall cooperate with Contractor and Owner in connection with the preparation and adjustment of any insurance claim. Under no circumstances will Contractor or Owner be required to take any legal action to pursue coverage for damage to the Project, Project site and the work and property of Owner, Contractor and the other contractors on the Project site in the event the insurer fails or refuses to recognize the existence or applicability of coverage for such damage. If requested by Subcontractor, Contractor shall assign and shall request that the Owner assign to Subcontractor its rights in connection with any such coverage issues, but only to the extent thereof.

**2.8**    **Protection of Other Property.**
Subcontractor shall at all times take all necessary precautions to protect all third party property not covered by Sections 2.5, 2.6 and 2.7 from any damage arising out of its operations, including the property of adjacent landowners, utilities, roads, bridges, waterways and railroads. If any such third party property is damaged as a result of Subcontractor's operations, Subcontractor shall promptly replace, repair, restore or rebuild it at its expense.

**2.9**    **Housekeeping.**
Proper housekeeping is an essential component of creating and maintaining an injury-free environment. Subcontractor shall observe proper housekeeping controls for construction debris, waste materials and rubbish arising from its operations and shall cleanup and remove all such items from the Project site on a continuous basis (or shorter interval if required for safety or if directed by Contractor). If Contractor allows Subcontractor to temporarily store debris, waste materials or rubbish at a designated location on or near the Project site, Subcontractor shall ensure that the items are at all times stored safely and shall remove them from the designated location immediately following Contractor's direction that it do so. Fire exits, corridors, ladder ways, doorways and exit paths in general shall be clear and open to pedestrian and handicapped access traffic at all

Exhibit E, Page 5 of 19

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

times, specifically including nights and weekends. As part of the completion of its Work and as a condition precedent to final payment, Subcontractor shall perform a final cleaning to remove all stains, splatter and dirt from its Work (and adjacent surfaces and work performed by Contractor's other contractors to the extent arising from Subcontractors or Sub-subcontractors operations) and to remove any remaining construction debris, waste materials and rubbish arising from its operations from the Project site. If Subcontractor fails to observe proper housekeeping within twenty-four (24) hours of Contractor's written notice (or shorter time if necessary and specified in the notice) to properly correct a deficiency which compromises the maintenance of an injury-free environment, Contractor may properly clean up and remove any such construction debris, waste materials or rubbish by the most expeditious means available and backcharge Subcontractor for the costs incurred. Subcontractor shall schedule deliveries of all temporary and permanent materials, equipment and other items used in the performance of or incorporated into the Work by such Subcontractor and/or Sub-subcontractors in a manner that, in Contractor's determination, minimizes the amount of materials, equipment and other items stored on the Project site.

**2.10**   *Clean-Up Crews.*
Contractor reserves the right, upon twenty-four (24) hours written notice to all responsible subcontractors, to clean-up one or more areas of the Project site and remove unidentifiable construction debris, waste materials and rubbish from the area. Contractor shall backcharge the costs incurred for this work on a pro-rata basis to each subcontractor working in the affected area.

**2.11**   *Temporary Structures and Facilities.*
Subcontractor shall provide all temporary offices, structures, sheds, storage facilities and other temporary structures or facilities required for the Work, complete with all required utility hookups and services, including gas, telephone and water. Subcontractor shall maintain temporary structures and facilities in a safe and orderly condition and in accordance with any applicable federal, state or local requirements.

**2.12**   *Layout and Field Measurements.*
Subcontractor shall provide any layouts, field measurements and verifications required for the performance of its Work and shall be responsible for their accuracy.

**2.13**   *Cutting, Fitting and Patching.*
Subcontractor shall perform all cutting, fitting, patching, sleeving, grouting, and sealing of its Work that may be required to fit it to, or to receive, the work of others.

**2.14**   *Use of Contractor's Equipment.*
Unless Contractor has expressly agreed in the Contract Documents to allow Subcontractor to use Contractor's equipment without charge, Subcontractor shall pay Contractor its rental cost for such equipment or, if the equipment is owned by Contractor, Contractor's charge out rate for that equipment. Subcontractor acknowledges that Contractor has no obligation to allow Subcontractor to use any of Contractor's equipment on the Project and that Subcontractor is solely responsible for supplying all equipment required to perform and complete the Work.

**2.15**   *Meetings.*
At weekly safety and other subcontractor meetings held by Contractor, Subcontractor shall be represented by personnel who are authorized to make binding decisions on Subcontractor's behalf in connection with the performance of the Work and its other obligations under the Subcontract, including committing to safe work practices, staffing levels, equipment, material and supply deliveries,

and coordination of the Work. Subcontractor may be required by Contractor to attend, and Subcontractor agrees to actively participate in, any such meetings prior to commencement date of the Work, including meetings and safety orientations for the maintenance of an injury-free environment.

**2.16**   *Daily Reports.*
Subcontractor shall submit a daily report to the Contractor, in a form prescribed by Contractor, which shall include a work force count by trade for Subcontractor and its Sub-subcontractors and additional information, if any,   required by the Owner Contract. Subcontractor's daily report is due by noon the following day. Subcontractor's daily reports shall not serve as a substitute for, or relieve Subcontractor of its obligation to provide, formal written notice to Contractor as required elsewhere in the Contract Documents of any Delay Event or other matter that has or may adversely impact Subcontractor's ability to perform the Work in accordance with the Subcontract.

**2.17**   *Testing.*
Where testing agency standards are referenced in the Contract Documents, all materials to be incorporated into the Work shall be tested and certified by an approved, independent testing firm acceptable to the Contractor. Subcontractor is responsible for the cost of all required testing.

**2.18**   *Equipment, Material and Supply Deliveries.*
Subcontractor shall be responsible for offloading, storing and protecting any equipment, materials, supplies and other items for the Work at the Project site and shall make the appropriate provisions to receive, unload and safely store all such items. Subcontractor shall coordinate deliveries of equipment, materials, supplies and other items with Contractor in advance and shall only schedule such deliveries during hours designated for that purpose by Contractor. Equipment, material, supplies and other items stored on the Project site shall be in the care and custody of the Subcontractor and shall not be removed from the site without the written consent of the Contractor. Subcontractor agrees to keep Contractor fully informed regarding its delivery schedule for any equipment, materials, supplies or other items and shall immediately advise Contractor in writing of any delay or anticipated delay that may affect the progress of the Work or the work of Contractor, Owner, or their other contractors.

**2.19**   *Parking and Storage.*
The locations for employee and equipment parking, material and supply storage and temporary trailers shall be designated and approved by Contractor if on the Project site or on another site arranged by the Contractor. Contractor reserves the right to change any designated or approved location and Subcontractor shall promptly advise its employees of the change and relocate any materials, supplies and temporary trailers to the newly designated location at no cost to Contractor.

**2.20**   *Royalties and License Fees.*
Except as otherwise provided by the Contract Documents, Subcontractor shall pay all royalties and license fees required as a result of its Work. Subcontractor shall defend, indemnify and hold harmless the Indemnified Parties as provided in Section 18.1 in connection with any suits or claims for infringement of any patent or other intellectual property rights.

**2.21**   *Sub-Subcontractors.*
Subject to the written approval of the Contractor, Subcontractor shall select Sub-subcontractors with a demonstrable commitment to safe work practices supportive of an injury-free environment as is required of Subcontractor and shall bind all Sub-subcontractors to the provisions of the Subcontract applicable to the subcontracted Work.

**Exhibit E, Page 6 of 19**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

Neither the Subcontract nor any subcontract with a Sub-subcontractor shall create any contractual relationship between any Sub-subcontractor and either Owner or Contractor, nor any payment or other obligation on the part of either Owner or Contractor to any Sub-subcontractor. Notwithstanding the existence of any sub-subcontract, Subcontractor shall be fully responsible for performance of the entire Work, including ensuring the safe performance of the Work. Each subcontract, purchase order or other agreement entered into by Subcontractor in connection with the Work shall be assignable and shall be assigned to Contractor on written request.

**2.22** **Monthly Status Reports.**
If required by Contractor, Subcontractor's monthly estimates for payment shall be accompanied by a status report from Subcontractor, which shall include the following: (i) a submittal progress report as required by Section 6.2; (ii) information on the status of materials and equipment that may be in the course of preparation or manufacture (if requested by Contractor, a complete up-to-date procurement schedule shall be submitted on forms acceptable to the Contractor); and (iii) an updated schedule and a narrative progress update on Subcontractor's Work, including a description of any Impact Event or other matter that has or may adversely impact Subcontractor's ability to perform the Work in accordance with the Subcontract and its actual or anticipated impact on the Work.

**2.23** **Prohibition on Certain Work and Dealings.**
Until final completion of Contractor's work under the Owner Contract, Subcontractor shall not perform any work in connection with the Project directly for the Owner or any of Owner's tenants (if applicable), or deal directly with the Owner's representatives or its other contractors in connection with the Project unless permitted to do so in writing by Contractor.

## Article 3 - TIME FOR PERFORMANCE OF THE WORK

**3.1** **Time for Performance.**
Subcontractor acknowledges that the dates required in the Schedule for the performance and completion of the Work are essential conditions of the Subcontract and agrees that Subcontractor's failure to perform and complete the Work consistent with such dates shall constitute a material violation of the Subcontract. Subcontractor represents that it has taken into consideration and made allowances for all hindrances and delays incident to its Work as provided in Sections 2.2 and 2.4.

**3.2** **The Project Schedule.**
If not prepared and attached to the Subcontract as an Exhibit, Contractor will develop a Project schedule that will schedule and coordinate the times required for each area of work on the Project, including the Work (the "Schedule"). Subcontractor shall participate and cooperate with Contractor in scheduling the times and sequences required to perform Subcontractor's Work, and Subcontractor agrees to perform its Work in accordance with the Schedule, as it may be revised and amended from time to time by Contractor, including as provided in Section 9.2. The terms "Schedule", "Project Schedule", "Contractor's Schedule", "CPM Schedule" and like terms are used interchangeably in the Contract Documents and each shall refer to the "Schedule" pursuant to this Section 3.2.

**3.3** **Work Plan.**
If required by Contractor, Subcontractor shall, as a condition precedent to Contractor's obligation to process Subcontractor's first estimate for payment, furnish Contractor with an itemized breakdown of Subcontractor's Work, which shall to the extent requested by Contractor include the anticipated sequence of the Work and durations in terms of days and man-hours for the work activities necessary to complete the Work in the time required to

support the Project Schedule. Subcontractor represents that it shall: (i) prepare documents that are feasible and realistic for the planning, scheduling and coordination of the Work, and (ii) prepare schedules, updates, revisions and reports that accurately reflect Subcontractor's reasonable expectations as to the sequence of activities, duration of activities, productivity or efficiency, projected and actual completion of any Work item or activity, and delays or problems expected or encountered and specified float time, including as necessary, accounting for any direction provided by Contractor under Section 9.2.

## Article 4 - PROGRESS PAYMENTS

**4.1** **Schedule of Values.**
Within fifteen (15) days after the Effective Date, Subcontractor shall submit for Contractor's approval Subcontractor's itemized schedule of values that allocates the Subcontract Amount to the various portions of the Work. The schedule of values shall be in the form and supported by data to substantiate its accuracy as required by the Contract Documents, or as Contractor may reasonably require. Upon acceptance by Contractor, Subcontractor will use the schedule of values as the basis for its periodic estimates for payment. If it is later determined that the schedule of values is unbalanced, the Subcontractor shall revise the schedule as necessary and submit a revised schedule of values for Contractor's approval. Subcontractor's submission of the required schedule of values is a condition precedent to Contractor's obligation to make payments to the Subcontractor. By submitting a schedule of values to Contractor for approval, Subcontractor represents to Contractor that said schedule of values is acceptable to Subcontractor's surety, if applicable.

**4.2** **Progress Payments.**
Contractor shall pay Subcontractor the Subcontract Amount on a monthly basis as follows:

**4.2.1** **Estimates for Payment.**
Unless otherwise stipulated by Contractor, on or before the earlier of: (i) the 25th day of each month; or (ii) no later than five (5) days prior to the date, if any, in the Owner Contract for the submission of estimates for payment, Subcontractor shall submit a written estimate for payment to Contractor in the form annexed as **Exhibit H** along with all substantiating data and information required by the Contract Documents or as reasonably requested by Contractor**.** The amount due Subcontractor on each estimate shall be calculated as provided in Section 4.2.2. If approved by Owner and Contractor, Contractor shall pay the net amount due to Subcontractor within fourteen (14) days after Owner pays the corresponding amount to Contractor under the Owner Contract. Subcontractor acknowledges and agrees that Owner's payment to Contractor under the Owner Contract of amounts due Subcontractor under the Subcontract is a condition precedent to Contractor's obligation to pay such amounts to Subcontractor. Subcontractor further acknowledges that it is relying on the credit and ability of the Owner to pay for Work performed and not Contractor and accepts the risk that Subcontractor will not be paid by Contractor for Work performed in the event Contractor is not paid by Owner for such Work.

**4.2.2** **Basis for Calculating Payment.**
The amount due Subcontractor on each estimate for payment shall be calculated based on the percentage of Work completed by Subcontractor to the date of the estimate as approved by the Contractor, Owner and/or Architect. The amount of the payment shall be the sum of: (a) the proportionate value of completed Work based on Subcontractor's approved schedule of values; less (b) the following amounts: (1) retainage of 10%; (2) all previous payments; (3) all charges for materials and services furnished by Contractor to

**Exhibit E, Page 7 of 19**

Standard Subcontract Terms and Conditions
(08.2020 ed. Rev. 0)

Version 0.1, Draft for Review

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

Subcontractor; and (4) any other charges and deductions as provided for in the Subcontract.

### 4.2.3    *Payment for Stored Materials.*
Payments made on account of materials not incorporated in the Work but delivered to and accepted by Contractor and suitably stored (on or off the Project site), shall be made, if at all, in accordance with the Contract Documents. Sub-subcontractor invoices itemizing respective quantities and unit costs of such stored material shall accompany all requests for payments for stored materials. At its option, Contractor may make payment for stored material by joint check to Subcontractor and the applicable Sub-subcontractor and require as a condition precedent to payment for stored materials that a bill of sale, any necessary Uniform Commercial Code documentation and/or proof of proper insurance be furnished from Subcontractor and the applicable Sub-subcontractor. Materials accepted by Contractor and stored off the Project site with Contractor's prior written approval shall be stored at a secured location approved by Contractor and as otherwise provided in the Owner Contract. All stored materials shall be: (i) fully insured; (ii) segregated from other material; and (iii) clearly marked with the Project name and Contractor's name as such names are listed in the applicable boxes on the first page of the Subcontract Agreement.

### 4.3    *Joint Checks.*
Prior to submitting its first estimate for payment, Subcontractor shall provide Contractor with a statement identifying the name, address and telephone number of each known Sub-subcontractor. Subcontractor shall update its statement with each monthly estimate for payment as required to identify any new Sub-subcontractors and any name, address or telephone number changes for existing Sub-subcontractors. Contractor may, in its sole discretion make payment for any portion of Subcontractor's Work by joint check to Subcontractor and the applicable Sub-subcontractor or benefit fund to which Subcontractor has an outstanding obligation. Any payments made by Contractor by joint check as provided in this Section 4.3 shall be deemed to have been made directly to Subcontractor.

### 4.4    *Subcontractor's Use of Payments.*
Subcontractor shall promptly pay for all labor, services, equipment, materials, supplies and other items acquired, performed, furnished or used in connection with the performance of the Work covered by payments received from Contractor, and shall furnish evidence satisfactory to verify compliance with this requirement when requested by Contractor. All funds paid to Subcontractor in connection with the Project constitute funds held in trust by Subcontractor. Subcontractor agrees to apply first to the payment of: (i) taxes owed by Subcontractor based on labor, services, equipment, materials supplies and other items acquired, performed, furnished or used in connection with the performance of the Work; (ii) Subcontractor bond and insurance premiums; and (iii) Sub-subcontractors and any applicable Sub-subcontractor benefit funds.

### 4.5    *Estimates for Payment and Partial Waivers and Release of Liens and Claims Required.*
As condition precedent to receipt of any progress payments, Subcontractor shall provide Contractor with its duly executed "Standard Interim Estimate for Payment, Waiver and Release" in the form annexed as **Exhibit H.**

### 4.6    *Payment is not a Release by the Contractor.*
No progress payment made by Contractor shall be deemed conclusive evidence that Subcontractor has satisfied its obligations in connection with all or part of the Work covered by such payment, and Contractor shall not by virtue of having made any such payment be deemed to have accepted any Work not meeting the requirements of the Subcontract or to have waived any claims against

Subcontractor in connection therewith. All payments are provisional and any overpayment by Contractor to Subcontractor shall be deemed to be a mistake of fact and shall be promptly repaid to Contractor upon demand. The acceptance by Subcontractor of each progress payment from Contractor shall constitute a waiver and release by Subcontractor of all claims of any kind against the Contractor for payment for Work performed up to the date of Subcontractor's estimate for payment against which payment was made and accepted, excluding only Subcontractor's entitlement to retainage withheld in connection with such payment and any disputed amount withheld from payment by Contractor.

### 4.7    *Payment Withholding.*
Contractor may withhold the whole or any part of any payment to Subcontractor to such extent as Contractor reasonably deems necessary to protect it from loss as a result of: (a) incomplete, defective or damaged Work not remedied; (b) Contractor backcharges; (c) claims filed or reasonable evidence indicating probable filing of claims, including lien claims, involving or arising out of Subcontractor's Work; (d) damage to Contractor's, Owner's or their respective other contractors' work; (e) failure of Subcontractor to make payments when due to Sub-subcontractors; (f) reasonable insecurity regarding Subcontractor's intention or ability to continue with the proper and timely performance of the Work; (g) failure of the Subcontractor to perform or comply with any of its obligations under the Contract Documents; or (h) Damages arising from frivolous claims against Contractor. Contractor may also at any time on written notice to Subcontractor offset against any payment due to Subcontractor under the Subcontract any amount due from Subcontractor to Contractor under any other agreement between the parties.

## Article 5 - FINAL PAYMENT

### 5.1    *Final Payment.*
Subcontractor shall submit its final estimate for payment to Contractor when it has completed the Work, including punch list items, in accordance with all requirements of the Subcontract as approved by the Contractor and Owner and/or Architect. Subcontractor's final estimate for payment shall be in the form annexed as **Exhibit I**, and shall include all substantiating data and information required by the Contract Documents or as reasonably requested by Contractor. Subcontractor's final estimate for payment shall show the Work as one hundred percent (100%) complete and shall be calculated in the same manner as Subcontractor's periodic progress payments under Section 4.2, provided that retention shall not be deducted to arrive at the net amount due. If approved by Owner and Contractor, Contractor shall pay the net amount due to Subcontractor within ten (10) days after Owner pays the corresponding amount to Contractor under the Owner Contract, provided all conditions precedent to final payment under the Contract Documents, including the following, have been met: (i) any conditions precedent in the Owner Contract to Subcontractor's entitlement to final payment have been satisfied; (ii) Subcontractor's surety, if any, has consented in writing to the making of final payment; (iii) Subcontractor has provided Contractor with a statement that it has: (a) paid all federal, state, county and municipal taxes, duties and other amounts imposed by Applicable Law upon any labor, services, equipment, materials, supplies or other items acquired, performed, furnished or used in connection with Subcontractor's performance of the Work, including, but not limited to, sales, use, gross receipts, excise, unemployment, and personal property taxes; and (b) completed the Work and performed all other obligations as required under the Subcontract through the date of its final estimate for payment; (iv) Subcontractor has provided Contractor all: as-built drawings, certifications, maintenance manuals, operating instructions, statement of estimates and reports and

**Exhibit E, Page 8 of 19**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

other final submittals; software; written guarantees and warranties; and bonds required to be provided by Subcontractor under the Subcontract; and (v) Subcontractor has provided a duly executed "Standard Final Estimate for Payment, Unconditional Waiver and Release" in the form annexed as **Exhibit I.** Contractor may require a final waiver and release of liens and claims from Sub-subcontractors. Subcontractor acknowledges and agrees that Owner's payment to Contractor under the Owner Contract of the final payment due Subcontractor under the Subcontract is a condition precedent to Contractor's obligation to pay such amount to Subcontractor. Subcontractor further acknowledges that it is relying on the credit and ability of the Owner to pay for Work performed and not Contractor and accepts the risk that Subcontractor will not be paid by Contractor for Work performed in the event Contractor is not paid by Owner for such Work.

**5.2**    **Effect of Final Payment.**
As provided in **Exhibit I,** Subcontractor's acceptance of final payment from Contractor shall constitute a final waiver and release of all liens and claims by Subcontractor against the Contractor and Owner arising out of or relating to the Subcontract.

## Article 6 - SUBMITTALS AND SUBSTITUTIONS

**6.1**    **Submittal Requirements.**
Subcontractor shall furnish all required shop drawings, cut sheets, samples, material lists, as-builts, data or other submittals for approval with the required number of copies prior to fabricating or ordering any equipment, material, supply or other item requiring an approved submittal. Submittal data shall be complete, submitted promptly and in such sequence as to ensure scheduled delivery of the applicable equipment, material, supply or other item and to cause no delay in the Work or in the activities of Contractor or its other contractors. All submittals, data, reports and other documents shall be in the English language.

**6.2**    **Submittal Progress Reports.**
Within ten (10) days after the Effective Date, Subcontractor shall submit to Contractor a complete list of all submittals required to be furnished by Subcontractor under the Subcontract and their anticipated submittal date. Thereafter, Subcontractor shall furnish Contractor on a monthly basis (or more frequently if requested by Contractor), a progress report on the status of the submittals, including any delay or anticipated delay in their issuance, revision or completion as the case may be.

**6.3**    **Work Progress Documents and As-Builts.**
Subcontractor shall maintain construction drawings and other data and documents at the Project site and update them each workday as required to accurately reflect the progress of the Work. Subcontractor shall make such drawings, data and documents available for the Contractor's review at the Project site upon request, and at least on a monthly basis in connection with the Subcontractor's estimates for payment. Subcontractor shall furnish final as-built drawings to Contractor as part of its completion of the Work. Subcontractor's compliance with this Section 6.3 is a condition precedent to the Contractor's obligation to make interim progress payments and final payment to Subcontractor.

**6.4**    **Revisions to Submittals.**
Subcontractor shall specifically advise Contractor in writing when transmitting a revised shop drawing or other submittal of any revisions that are in addition to, or differ from, those requested by the Contractor or the Architect on prior versions of the submittal. If Subcontractor does not provide written notice of such additional or different revisions to Contractor, Contractor's and/or Architect's approval of the submittal shall not include such additional or

different revisions. Notwithstanding the foregoing, Subcontractor acknowledges that the Project Schedule does not allow for the resubmission of shop drawings and other submittals and that Subcontractor is required to ensure its initial submittals meet the requirements of the Contract Documents. Subcontractor shall be liable for any added Damages resulting from its failure to furnish submittals when and as required by the Subcontract, including any re-performance and related costs of correction and any additional costs incurred by the Contractor, Owner or their other contractors.

**6.5**    **Professional Certifications.**
When professional certification of performance or design criteria of equipment, materials, systems or other items is required to be furnished by Subcontractor under the Subcontract, Contractor shall be entitled to rely upon such certification and shall not be expected or required to make any independent examination with respect thereto.

**6.6**    **Coordination Drawings.**
If applicable to Subcontractor's Work, Subcontractor shall, consistent with Section 2.4, prepare coordination drawings (or their equivalent through Building Information Modeling, if utilized by Contractor) showing exact alignment, physical location and other required details for those portions of its Work that must be coordinated with the work of Contractor, Owner or their other contractors, and shall participate in any related coordination efforts by Contractor. Subcontractor shall fully comply with and participate in any Building Information Modeling process requirements established by Contractor. Subcontractor shall not proceed with Work that deviates from the coordination drawings and/or Building Information Modeling model without a Change Order or Change Directive.

**6.7**    **Contractor's Review of Submittals.**
Contractor's or Architect's review or approval of any Subcontractor submittals shall not relieve Subcontractor of any of its obligations under the Subcontract.

**6.8**    **Substitutions.**
Subcontractor shall not substitute any equipment, materials, supplies, specified by the Contract Documents, or any procedures or methods specified by the Contract Documents for performing the Work unless it first submits a written proposal to Contractor for substitution that complies with all applicable Subcontract requirements and Contractor thereafter approves the substitution in writing. Subcontractor acknowledges that unless expressly permitted by the Contract Documents, Subcontractor shall not be entitled to substitute any equipment, materials, supplies, procedures or methods specified by the Contract Documents. Subcontractor shall be solely responsible for any increased cost to Contractor and/or its other contractors arising from the substitution to the extent any such increased cost is not identified by Subcontractor in the approved substitution request.

**6.9**    **Ownership and Use of Documents**
To the extent not inconsistent with the Owner Contract, all submittals and other documents furnished by Subcontractor under the Subcontract, including any designs, drawings, specifications, calculations, sketches, models, reports, computer programs, computer discs, diskettes or tapes, charts, photographs and other documents, are instruments of Subcontractor's service and all intellectual property rights in such documents shall belong to Subcontractor; provided, however, Subcontractor hereby grants to Contractor and Owner a transferable, irrevocable and perpetual royalty-free license to retain and use all such documents for any purpose in connection with the Project. Subcontractor warrants and represents that any submittal or other document furnished by Subcontractor or any of its Sub-subcontractors do not infringe any

**Exhibit E, Page 9 of 19**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

patent, copyright, trademark or other intellectual property rights of any person or entity.

### Article 7 - LABOR AND SUPERINTENDENCE

**7.1** *Labor.*
Subcontractor shall engage a sufficient number of skilled workers to perform the Work promptly, diligently, and in accordance with the requirements of the Subcontract. If required by Contractor, Subcontractor shall provide Contractor with copies of its policies regarding the furnishing of labor including copies of all wage agreements, working rules, and regulations, if applicable, affecting the Work. Subcontractor warrants that it is now, and will continue to be, in full compliance with the Immigration Reform and Control Act of 1986 (IRAC), specifically including all of its I-9 employer verification provisions. Subcontractor warrants that it will continue to properly train its staff regarding the execution and retention of these I-9 employment verification forms. Subcontractor warrants that it has an I-9 verification policy which it implements throughout the company. Further, Subcontractor agrees to indemnify Contractor and Owner for any legal fees, public relations costs, work stoppages, and any damages resulting from Subcontractor's employment of any unauthorized workers.

**7.2** *Supervision.*
Subcontractor shall engage a sufficient number of competent supervisory personnel as are necessary to perform the Work in accordance with the requirements of the Subcontract. Subcontractor shall further have a competent superintendent continuously on the Project site during work hours and readily available on call. The superintendent shall be fully acquainted with the Work and shall have the authority to administer the Subcontract on Subcontractor's behalf and shall not be changed except with the consent of Contractor.

**7.3** *Technical Services.*
Subcontractor shall provide all technical personnel required to start-up, test, commission and operate any equipment and to test and use any material, supplies or other items used or supplied by Subcontract in connection with the Work and to instruct Contractor's and Owner's personnel in the operation and maintenance of any such equipment, materials, supplies or other items.

**7.4** *Compliance with Owner Requirements for Supervision.*
Subcontractor shall comply with any superintendence or project management obligations imposed upon Contractor under the Owner Contract to the extent necessary to ensure Contractor's compliance with such obligations to Owner.

**7.5** *Subcontractor Labor Relations.*
Subcontractor shall be responsible for all labor relations matters relating to its performance of the Work and shall at all times maintain harmony among the personnel employed by it and its Sub-subcontractors in connection with the Project with those of Contractor, Owner and their other contractors. Subcontractor shall at all times use all reasonable efforts and judgment as a skilled and experienced contractor to adopt and implement policies and practices designed to avoid work stoppages, slowdowns, disputes and strikes. Subcontractor shall notify Contractor as promptly as possible of any actual or potential labor dispute that may affect the Work. If a labor condition threatens the timely completion of any portion of the Work and Subcontractor fails to give satisfactory assurance of its ability to complete the Work in a timely manner, or Subcontractor fails to employ labor that is compatible and in harmony with other labor employed on the Project, or Subcontractor fails to continue to perform the Work without interruption or delay during a strike, picket, walkout, or other work stoppage or slowdown caused by a

labor dispute, Contractor may, at its option, terminate Subcontractor's right to proceed with Work for default in accordance with Section 12.2 or employ workmen to perform the affected Work and backcharge Subcontractor the cost thereof.

**7.6** *Removal of Workmen.*
If Contractor notifies Subcontractor in writing that any employee or agent of Subcontractor or one of its Sub-subcontractors is incompetent, disorderly, or otherwise unsatisfactory, such person shall immediately be removed, at Subcontractor's cost, from the Work and shall not thereafter be employed in the performance of the Work.

### Article 8 - DETERMINATION AND INSPECTION OF THE WORK

**8.1** *Determinations of Compliance with Contract Documents.*
Contractor, along with the Owner and Architect, shall determine the requirements of the Contract Documents in connection with the Work and whether the Work has been performed and completed in accordance with those requirements. These determinations shall be final and Subcontractor shall perform the Work consistent with them, subject to dispute resolution under Section 13.4.

**8.2** *Access for Inspection.*
Subcontractor shall at all times provide Contractor, Owner, the Architect and their authorized representatives safe and sufficient facilities and access to review or inspect the Work on the Project site and, upon request, at Subcontractor's and its Sub-subcontractor's off-site facilities where any Work is being performed. Contractor shall have no obligation to review or inspect Subcontractor's Work, and any such review or inspection shall not relieve Subcontractor of its obligations under this Subcontract.

**8.3** *Rejection of Work.*
Contractor, Owner or the Architect may reject any Work performed or equipment, materials, supplies or other items furnished by Subcontractor that are determined not to comply with the requirements of the Contract Documents. Within two (2) business days, or sooner if required by the Owner Contract, after receiving Contractor's written notice rejecting any Work performed or equipment, materials, supplies or other items furnished, Subcontractor shall remove the rejected Work, including any equipment, materials, supplies or other items from the Project site. Subcontractor shall promptly re-perform any rejected Work and replace any rejected equipment, materials, supplies or other items as necessary to comply with the requirements of the Contract Documents. If requested by Contractor, Subcontractor shall also correct any work of Contractor, Owner or their other contractors as required in connection with any rejected Work. All costs associated with re-performing rejected Work and replacing rejected equipment, materials, supplies or other items shall be borne by the Subcontractor without any increase in the Subcontract Amount or time for performance of the Work.

**8.4** *Compliance with Additional Architectural Instructions.*
Subcontractor shall conform to and abide by any additional specifications, drawings, or explanations furnished by the Architect to illustrate the Work to be done, subject to the provisions of Article 10.

**8.5** *Failure of Sources of Supply.*
In the event of a partial failure of the Subcontractor's sources of supply of the equipment, materials, supplies or other items to be furnished under the Contract Documents, whether due to allocation or otherwise, the Subcontractor shall make all reasonable efforts to fully meet its obligations under this Subcontract prior to making any allocations among the Subcontractor's other customers.

**Exhibit E, Page 10 of 19**

**Standard Subcontract Terms and Conditions (08.2020 ed. Rev. 0)**                    **Version 0.1, Draft for Review**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

## Article 9 - PROGRESS AND COMPLETION

**9.1    *Commencement of Work.***
Except as otherwise provided elsewhere in the Contract Documents, Subcontractor shall commence the Work in accordance with the Schedule immediately upon receipt of verbal or written notice to proceed from Contractor.    Subcontractor shall diligently and continuously prosecute its Work or any portion thereof in an efficient fashion and at a rate so as not to cause delay in the progress of the work of Contractor, Owner, or their other contractors.    If requested by Contractor, Subcontractor shall maintain and update on a monthly basis (or more frequently if requested) a cost and resource loaded critical path method schedule for the Subcontractor's Work, which depicts Subcontractor's Work activities with logic ties for preceding/restraining work, duration, cost and/or crew size.

**9.2    *Compliance with Owner's Scheduling Requirements.***
Contractor shall be entitled to decide the time, order and priority for performance of the various portions of Subcontractor's Work to the extent necessary, in Contractor's judgment, to assure Contractor's compliance with the scheduling requirements imposed on Contractor under the Owner Contract, and to direct the performance of the Work accordingly.    Subcontractor shall not be entitled to an adjustment of the Subcontract Amount or an extension of time in connection with any such direction by Contractor as the Subcontractor shall anticipate and provide for such activities in the Subcontract Amount and agreed time for performance.

**9.3    *Recovery Plan.***
If Contractor determines that Subcontractor has fallen behind in the progress of the Work or is in danger of falling behind at its then current rate of progress, or is responsible for any Project Schedule delays, Contractor may direct Subcontractor on written notice to take the steps Contractor deems necessary to improve the rate of progress of the Work, including requiring Subcontractor to increase its labor force, number of shifts and/or overtime operations, days of work, or to provide additional equipment or materials, all without additional cost to the Contractor.    Within two (2) business days of such written notice from Contractor, Subcontractor shall submit for Contractor's approval a recovery plan, including, but not limited to, schedule, resources, manpower, safety assessment, additional equipment, and all other required steps to attain the required rate of progress while maintaining an injury-free environment.    Subcontractor will implement the recovery plan immediately upon Contractor's approval.  If Subcontractor fails to provide a recovery plan within the required time period or Contractor determines that Subcontractor's proposed plan will not attain the required rate of progress, Subcontractor will take the steps Contractor directs in that regard and perform the Work accordingly.  If Subcontractor fails to submit or follow a recovery plan as required or to perform the Work in accordance with Contractor's directives, Contractor may, upon written notice to Subcontractor, perform all or part of the Work through supplementing the workforce, hiring of a supplemental subcontractor, or as Contractor otherwise deems necessary to attain the required rate of progress.    Contractor may backcharge Subcontractor for all Damages incurred by Contractor as a result of Subcontractor's failure to comply with the requirements of this Section.  In the event the Subcontract balance is insufficient to cover the Damages, Subcontractor shall pay the difference to the Contractor within ten (10) days of Contractor's demand for payment of same.

**9.4    *Substantial and Final Completion of Work.***
The Work will be deemed substantially and finally complete as of the dates indicated in the Certificate of Substantial Completion and

Certificate of Final Completion, respectively, or earlier date agreed by Contractor in a written notice to Subcontractor.

**9.5    *Punchlist.***
When Subcontractor deems its Work substantially complete, Subcontractor shall give written notice thereof to Contractor along with a punch list of remaining items to be performed to achieve final completion.  Subcontractor shall revise its punch list to include any items Contractor advises Subcontractor should be included on that list and shall perform the punch list Work as directed by Contractor.

**9.6    *Use and Acceptance of Portions of Work Prior to Final Completion of Work.***
At any time prior to final completion of all the Work, Contractor may temporarily take possession of and use any part of the Work.  Contractor may return any such Work to Subcontractor for completion.  The Contractor may at any time request in writing that Subcontractor permit Contractor to accept any part of the Work and Subcontractor shall make that part of the Work available for Contractor's inspection as soon as reasonably possible, and in no event later than five (5) days following the request.  If Contractor agrees, following the inspection by the Owner and/or Architect, that the part of the Work in question can be accepted, Contractor shall issue a Certificate of Completion for such portion of the Work.  The use or acceptance of part of the Work by Contractor as provided in this Section 9.6 shall not relieve Subcontractor of any of its responsibilities under the Subcontract.  Subcontractor shall not use any portion of the Work other than as approved in writing by Contractor.  In the case Subcontractor uses any of the Work, Subcontractor shall recondition such portion of the Work to meet the requirements of the Subcontract.

## Article 10 - CHANGES AND IMPACTS

**10.1    *Changes in the Work.***
Contractor shall have the right to implement a Change on written notice to Subcontractor (and without notice to Subcontractor's sureties) and at any time prior to final completion of the Work.  In the event of a Change, the Subcontract Amount and/or Subcontractor's time for performance shall be adjusted ("Subcontract Adjustment"), if at all, by way of a Change Order as set forth in Sections 10.2 and 10.3.  Subcontractor shall submit a written request to Contractor for a Subcontract Adjustment as provided in Section 10.2 prior to proceeding with a Change, unless directed by Contractor to proceed immediately with a Change in accordance with Section 10.4.  Subcontractor shall not be entitled to a Subcontract Adjustment if Subcontractor proceeds with a Change absent a Change Order or Change Directive.

**10.2    *Change Requests.***

(a) Contractor Initiated Change: For any Contractor-initiated Change request, Subcontractor shall submit its written request for a Subcontract Adjustment within ten (10) days of receipt of Contractor's Change request or as otherwise stated therein.  Subcontractor's request shall include documentation sufficient to enable the Contractor to determine the factors necessitating the Subcontract Adjustment(s) being requested.  If Contractor decides to proceed with the Change, and Contractor and Subcontractor agree upon the Subcontract Adjustment, if any, Contractor shall issue a written Change Order.  If Contractor and Subcontractor do not agree as to the appropriate Subcontract Adjustment, Contractor may issue a Change Directive in accordance with Section 10.4. Subcontractor shall have no right to suspend or delay the performance of its obligations under the Subcontract while the Contractor is reviewing Subcontractor's request for a Subcontract Adjustment.

**Exhibit E, Page 11 of 19**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

(b) Owner Initiated Change: For any Change request initiated by the Owner or Architect, Subcontractor shall submit its written request to Contractor for a Subcontract Adjustment, if any, no later than two (2) business days prior to the expiration of the time period by which Contractor must submit such request in accordance with the Owner Contract and shall include all information required under the Owner Contract. Contractor shall process Subcontractor's request for Subcontract Adjustment in accordance with the change order process in the Owner Contract. Subcontractor's entitlement to a Subcontract Adjustment in connection with a Change described in this Section (b) shall be limited to the cost and schedule adjustments approved by Owner for Subcontractor's Work in Owner's change order to Contractor under the Owner Contract.

(c) Contractor may at any time in its discretion decide not to proceed with a Change without obligation to Subcontractor.

**10.3    Requirements for Pricing Changes.**
10.3.1 Unless the Owner Contract requires different pricing, the amount of additional compensation paid to Subcontractor, if any, shall be determined by one of the following methods at the sole discretion of the Contractor:

    (a) Lump sum price in an amount proposed by Subcontractor (properly itemized and supported by sufficient substantiating data to permit evaluation) and accepted by Contractor;

    (b) Unit Prices or Alternates as set forth in **Exhibit C** (if applicable); or

    (c) Time and material basis.

10.3.2 If a Change is performed by Subcontractor on other than a lump sum basis, Subcontractor shall furnish documentation sufficient for Contractor to verify the actual costs reasonably incurred by Subcontractor, including, but not limited to, daily time sheets, receiving and inspection reports, purchase orders, invoices, and Sub-subcontractor quotes. Subcontractor shall obtain the signature of Contractor on a daily basis for time sheets and field tickets. Notwithstanding the above, Contractor's signature shall not entitle Subcontractor to a Subcontract Adjustment, but shall only serve to document the hours reported by Subcontractor. All labor, services, equipment, materials, supplies and other items provided by Subcontractor on other than a lump sum basis shall be purchased at competitive market prices and reflect Subcontractor's actual cost after rebates and discounts. Subcontractor acknowledges and agrees that any request for an adjustment will be inclusive of all additional costs and time extensions related to the Change, whether resulting from delays, inefficiencies, interferences or any other impact to Subcontractor's performance of the Work. Subcontractor's failure to request a Subcontract Adjustment in connection with a Change shall constitute a representation by Subcontractor that no such adjustment is required and shall constitute a waiver by Subcontractor of its right to any Subcontract Adjustment.

10.3.3 Subcontractor's failure to timely submit a proposed credit for deleted Work shall render Contractor's and/or Owner's or Architect's determination of the proper credit final and binding.

**10.4    Change Directive.**
A written "Change Directive" may be used by Contractor in the absence of total agreement on the terms of a Change Order. Upon receipt of Change Directive from Contractor, Subcontractor shall proceed with the Change and provide Contractor the information and documents required under Section 10.3.2 to support its request for any Subcontract Adjustment beyond that specified in the Change

Directive, if any. When the Change has been completed, Contractor shall determine the appropriate adjustment, or for claims resulting from the Owner or Architect, shall refer the matter to the Architect or Owner's representative to determine the appropriate Subcontract Adjustment. Said decision shall be binding on Subcontractor unless Subcontractor notifies the Contractor in writing that it disputes the decision within the shorter of: (i) two (2) business days before the expiration of the time allowed, if any, under the Owner Contract to contest the decision; or (ii) two (2) business days after Subcontractor's receipt of the decision. If Subcontractor properly disputes the decision, the matter shall be subject to dispute resolution under Section 13.4.

**10.5    Impacts to the Work.**
10.5.1 If Subcontractor wishes to assert a claim concerning an adverse Impact Event attributable to the Owner or the Architect or their separate contractors, Subcontractor shall furnish Contractor with written notice of such claim and appropriate supporting documentation in a manner that will enable Contractor to satisfy its corresponding claim notice and submission requirements under the Owner Contract. To that end, Subcontractor shall furnish Contractor with written notice of and supporting documentation for any such claim within the earlier of: (i) the time periods set forth in Section 10.5.2; or (ii) two (2) business days before the expiration of the time period(s) specified, if any, under the Owner Contract. Contractor's liability to the Subcontractor for any adverse Impact Event to Subcontractor's performance under the Subcontract attributable to the Owner, Architect or their separate contractors is limited to the cost, schedule or other relief, if any, actually granted by the Owner.

10.5.2 If Subcontractor wishes to assert a claim concerning an adverse Impact Event that is not attributable to the Owner or the Architect or their separate contractors, Subcontractor shall, subject to Section 11.3, give written notice for all claims for any Subcontract Adjustment due to an Impact Event under the Subcontract within two (2) business days following the occurrence of the event giving rise to the claim. All claims shall be supported by appropriate documentation and, in the case of requests for extensions of time, sufficiently detailed to demonstrate that the impact is to work activities on the critical path, and all such documentation shall be submitted within five (5) business days after Subcontractor's written notice of claim. Notwithstanding the foregoing, in the event the Subcontractor suffers an Impact Event because of the acts or omissions of any other subcontractor or contractor on the Project, the Subcontractor and each subcontractor or other contractor shall be directly responsible to the other and shall look solely to the other for compensation.

**10.6    Requirements for all Impact Claims.**
Subcontractor's timely compliance with the notice requirements in Section 10.5 shall be a condition precedent to Subcontractor's entitlement to a Subcontract Adjustment. Subcontractor hereby expressly waives and releases any claim for a Subcontract Adjustment in the event that Subcontractor does not so comply.

**10.7    No Presumption of Validity.**
No action or inaction by Contractor or Owner shall be construed as an acknowledgment or acceptance of the accuracy or validity of any Subcontract Adjustment requested by Subcontractor until a Change Order is executed by Subcontractor and Contractor.

**10.8    Allowable Mark-Ups.**
Subcontractor's overhead and profit mark-up percentages on additional costs incurred in connection with Changes and impacts to the Work for which Subcontractor is entitled to a Subcontract Adjustment shall in no event exceed the mark-ups allowed to Contractor for changes under the Owner Contract. Subcontractor

**Exhibit E, Page 12 of 19**

**Standard Subcontract Terms and Conditions**
**(08.2020 ed. Rev. 0)**

**Version 0.1, Draft for Review**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030**, dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

shall not apply a mark-up to any costs the Owner Contract provides are not subject to mark-up.

**10.9**    _**Required Documentation in Support of Change Orders or Claims.**_
Subcontractor shall allow Contractor to review any data Contractor may reasonably request to assist the Contractor, Owner and/or Architect to determine the validity of a Subcontract Adjustment requested by Subcontractor. Data that may be reviewed includes, but is not limited to: (i) Subcontractor's payroll records for each employee working on the Project (which shall contain the employee's name, address, social security number, hourly wage, daily and weekly number of hours worked, gross wages earned, deductions made and actual wages paid); (ii) Subcontractor's Project estimate(s) and supporting calculations; (iii) Subcontractor work schedules and related documents; and (iv) Sub-subcontractor related documents (which Contractor may obtain from Subcontractor or directly from the Sub-subcontractor). If Subcontractor claims and Impact Event, Subcontractor may only rely upon documentation demonstrating the actual costs incurred as a result of such Impact Event and agrees that no reports, analyses, data, industry or academic studies or any other documents that do not exclusively rely on and pertain to the Work performed at the Project shall be used or in any way considered, in whole or in part, in connection with the resolution of any such Impact Event, whether by Contractor or any forum for dispute resolution. To the extent that Subcontractor fails to keep or maintain such documentation, it waives its claim(s).

### Article 11 - DELAYS

**11.1**    _**Liability for Delays.**_
Subcontractor shall be liable to Contractor for any and all loss or damage Contractor sustains as a result of Subcontractor's delay in the performance of the Work or delay to the Project attributable to Subcontractor, including any amounts due from Contractor to Owner under the Owner Contract. Permitting the Subcontractor to continue to perform its Work after the agreed time for performance has expired shall not be construed as or constitute a waiver by Contractor of any claims for any Damages it may have against Subcontractor as a result of such delay.

**11.2**    _**Liquidated Damages.**_
Subcontractor shall be liable for any specific liquidated damages negotiated and agreed to by Contractor and Subcontractor in the Subcontract and that portion of any liquidated damages payable by Contractor under the Owner Contract attributable to Subcontractor's failure to discharge one or more of its obligations when and as required under the Subcontract. Subcontractor acknowledges that any liquidated damages payable by it are reasonable and appropriate in light of the probable increased costs and other anticipated damage to Contractor in the event of the performance failure by Subcontractor in connection with which such damages become payable. Subcontractor agrees to and does hereby waive any defense as to the validity or enforceability of any liquidated damages payable by it under the Subcontract on the grounds that such damages are void as penalties or are not reasonably related to actual damages, whether the damages were specifically established by Contractor and Subcontractor under the Subcontract or were established by Contractor and Owner under the Owner Contract. Subcontractor further agrees that Contractor shall be entitled to recover from Subcontractor any Damages Contractor incurs as a result of Subcontractor's failure to discharge a Subcontract obligation that exceeds any liquidated damages paid by Subcontractor in connection with that failure.

**11.3**    _**Impact Events Caused by Contractor.**_
To the fullest extent permitted by Applicable Law, the full and complete compensation to, and sole and exclusive remedy of, Subcontractor in the event of any Impact Event caused by the Contractor shall be an extension of time for performance of the Work.

Subcontractor acknowledges that in agreeing to the Subcontract Amount it has assessed the potential impact of the limitations in this Section 11.3 on its ability to recover additional compensation in connection with an Impact Event and agrees that these limitations will apply regardless of the accuracy of Subcontractor's assessment or actual costs incurred by Subcontractor.

**11.4**    _**Force Majeure.**_
Subcontractor shall not be liable for a delay in the performance of one or more of its obligations under the Subcontract due to events of force majeure, but only to the extent the Owner Contract contains a force majeure provision upon which Subcontractor can base a claim for relief and upon the conditions that Subcontractor's written notice to Contractor of the event for which it seeks relief: (a) meets the force majeure notice and other requirements under the Owner Contract, if any; and (b) is provided to Contractor no later than two (2) business days prior to the date Contractor is required to submit such notice to Owner under the Owner Contract. Subcontractor shall so far as possible avoid and/or remedy the effects of any event of force majeure on its performance. Subcontractor shall use its best efforts to eliminate and/or mitigate the consequences of any force majeure event. Subcontractor's relief for a force majeure event shall be limited to the force majeure relief Contractor actually receives from the Owner under the Owner Contract in connection Subcontractor's Work.

### Article 12 – DEFAULT AND REMEDIES

**12.1**    _**Default.**_
Subcontractor shall be in default under this Subcontract if Subcontractor: (a)(i) becomes insolvent or is unable to meet its debts as they mature; (ii) admits its inability to pay its debts generally; (iii) institutes or has instituted against it under any law relating to bankruptcy, insolvency or reorganization or relief of debtors, a proceeding which seeks the adjustment, protection or composition of Subcontractor or its debts or an order providing for the appointment of a receiver, trustee, or other similar official for Subcontractor or a substantial part of its property; or (iv) violates Exhibit J and/or any safety-related obligations imposed by Owner; or (b)(i) fails to supply enough properly skilled workmen or proper materials or equipment or to make sufficient progress, in each case so as to endanger the timely or proper performance of the Work; (ii) abandons the Work; (iii) repeatedly or persistently disregards Applicable Law or Contractor's instructions; (iv) fails to make payment to a Sub-subcontractor when due; or (v) otherwise breaches any provision of the Subcontract.

**12.2**    _**Remedies for Default.**_

12.2.1 In addition to Contractor's rights under Applicable Law to terminate Subcontractor's right to the proceed with the Work, Contractor may on written notice to Subcontractor at any time after it is in default: (a) supplement the Subcontractor's workforce or hire a supplemental subcontractor as necessary to progress or complete the Work; or (b) terminate Subcontractor's right to proceed with all or part of the remaining Work, take possession of the Work and any and all of Subcontractor's materials, tools, appliances, equipment and other items at the Project site, and complete the Work by whatever method Contractor may deem expedient, including without limitation entering into agreements with Sub-subcontractors. Contractor shall deduct all Damages incurred by Contractor as a result of Subcontractor's default from the Subcontract balance. In the event the Subcontract balance is insufficient to cover the Damages, Subcontractor shall pay the difference to the Contractor within ten (10) days of Contractor's demand for payment of same. If the Subcontract balance exceeds the Damages, the difference shall be paid to Subcontractor, subject to Owner's acceptance of the Work as provided in Section 12.3. Any termination of Subcontractor for

**Exhibit E, Page 13 of 19**

**Standard Subcontract Terms and Conditions**
**(08.2020 ed. Rev. 0)**

**Version 0.1, Draft for Review**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

default that is subsequently determined to have been erroneous shall be deemed to have been termination for convenience under Section 12.4 and the party's rights and obligations shall be adjusted accordingly.

12.2.2 Prior to exercising its remedies under Section 12.2.1 with respect to Subcontractor's default under clauses (b)(i), (ii), (iii), (iv) or (v) of Section 12.1, Contractor will provide Subcontractor written notice of the default and an opportunity to cure the default. If Subcontractor fails to commence curing the default within two (2) business days after receipt of said written notice and thereafter diligently proceed to fully cure the default and provide Contractor with reasonable evidence of such cure, Contractor may exercise its remedies under Section 12.2.1

12.2.3 In the event Subcontractor's performance under the Subcontract is secured by a surety performance bond or other guarantee of performance, Contractor may, in the event of a Subcontractor default, demand that Subcontractor's surety or guarantor complete performance of the Work. In the event the surety or guarantor fails to perform and complete Subcontractor's Work and other obligations in accordance with the Subcontract and bond or guarantee (as applicable), Contractor may proceed to remedy Subcontractor's default in accordance with this Section 12.2. To the extent Contractor's damages exceed the Subcontract balance at time the Subcontract is terminated, Contractor shall be entitled to pursue its remedies against Subcontractor's surety or guarantor for breach of its bond or guarantee obligations.

**12.3    _Cessation of Payments Upon Termination._**
If the Contractor terminates Subcontractor's right to proceed with all or part of the remaining Work, Subcontractor shall not be entitled to further payment, if any, until Subcontractor's Work has been finally completed and accepted by Owner.

**12.4    _Termination for Convenience._**
Contractor may upon written notice to Subcontractor, without cause and without prejudice to any other right or remedy, elect to terminate the remaining Work for Contractor's convenience. The termination shall be effective in the manner specified in Contractor's notice. Unless Contractor's notice directs otherwise, Subcontractor shall immediately discontinue performance of the Work and the placing of orders for equipment, materials, supplies and other items and demobilize from the Project. Subcontractor shall take the steps necessary to preserve and protect Work in progress and shall use its best efforts to mitigate its costs in connection with the termination. Contractor shall pay Subcontractor a termination payment as Subcontractor's sole and exclusive remedy in connection with Contractor's convenience termination. The termination payment shall be comprised of: (i) amounts invoiced and due for Work performed but not yet paid; (ii) payment for Work satisfactorily completed but not yet invoiced by Subcontractor prior to the termination; (iii) retainage held by Contractor at the date of termination; and, (iv) all reasonable, actual termination costs incurred by Subcontractor in terminating the Work (but excluding any and all costs and expenses incurred by Subcontractor from and after the date of termination for those of its employees who are not directly performing required termination activities); provided, that if the termination was effected by Contractor due to the elimination or termination of work by Owner under the Owner Contract or other Owner action, or, as a result of the order of a court or public authority, then Subcontractor's termination payment shall be limited to the amount paid by Owner to Contractor for the terminated Work under the Owner Contract, less Contractor's costs to obtain that amount from Owner. Retainage held by the Owner on account of Work performed by Subcontractor shall be released in accordance

with the terms of the Owner Contract. In no event shall Subcontractor be entitled to recover any profit or overhead on terminated Work. Subcontractor's termination payment under this Section 12.4 will constitute its final payment for the Work and will be processed and become due to Subcontractor in accordance with Section 5.1.

### Article 13 - DISPUTES

**13.1    _Contractor's Initial Decision on Disputes._**
Except as otherwise provided in the Subcontract, Contractor may, at its discretion, render a written decision initially deciding any dispute arising out of the Subcontract. Contractor's decision shall be final and conclusive unless Subcontractor advises Contractor in writing within two (2) business days after receiving the decision of the bases for its disagreement with the decision. Subcontractor agrees that if it does not contest the Contractor's decision within the time and in the manner required under this Section 13.1, Contractor's decision shall be final and conclusive and the Subcontractor shall be deemed to have waived any right to contest the decision. Contractor decisions properly contested by Subcontractor shall be resolved in accordance with Section 13.4.

**13.2    _Continued Performance Required._**
Subcontractor acknowledges the importance of performing and completing the Work and its other obligations under the Subcontract in a timely manner. Subcontractor agrees that its rights in connection with any claim or dispute with Contractor in connection with the Subcontract shall be determined as provided in this Article 13 or elsewhere in the Subcontract, and that it shall not be entitled to suspend or otherwise delay its performance and completion of the Work or the performance of its other obligations under the Subcontract based on any alleged breach by Contractor or claim or dispute between the parties, regardless of whether such breach, claim or dispute is the subject of dispute resolution between Contractor and Subcontractor.

**13.3    _Disputing Owner and Architect Actions or Decisions._**
Subject to Section 10.5.2, if Subcontractor wishes to dispute any action or decision by the Architect, Owner or another Owner representative that adversely affects Subcontractor's interests, Contractor may permit Subcontractor to prosecute such dispute, provided that Contractor's interests are unaffected, Subcontractor satisfies all conditions precedent under the Contract Documents for prosecuting the claim or dispute, and Subcontractor bears all costs associated with such claim or dispute and assumes sole responsibility for its prosecution.

**13.4    _Method of Dispute Resolution._**
Claims and disputes between Contractor and Subcontractor arising out of or in connection with the Subcontract or the Work shall be resolved by litigation unless Contractor, at its sole option, advises Subcontractor in writing prior to Contractor's institution of litigation with respect to a claim or dispute, or within thirty (30) days after either party has served a complaint on the other party in litigation, that Contractor elects to have the claim or dispute resolved by arbitration. In such event, Subcontractor shall be bound by Contractor's election and any litigation filed shall be stayed by stipulation of the parties pending the conclusion of the arbitration proceedings. The arbitration proceedings shall be conducted pursuant to the Construction Industry Arbitration Rules issued by the American Arbitration Association then in effect; provided, however, Contractor and Subcontractor shall provide discovery consistent with Rules 26 and 30 of the Federal Rules of Civil Procedure and written Interrogatories pursuant to Rule 33 shall not be permitted. Should a discovery dispute arise during the course of the proceeding, the

Exhibit E, Page 14 of 19

**Standard Subcontract Terms and Conditions**
**(08.2020 ed. Rev. 0)**                                                              Version 0.1, Draft for Review

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

Arbitrator(s) shall decide the dispute consistent with the Federal Rules of Civil Procedure.

**13.5** _**Governing Law, Jurisdiction, Venue, and Jury Waiver.**_
This Subcontract shall be governed by and construed in accordance with the laws of the state in which the Project is located, excluding the conflicts of laws principles thereof; provided, however, that in the event the Contractor and Owner have elected to have the laws of another state govern the Owner Contract, then this Subcontract shall be governed by and construed in accordance with the laws of such state, excluding the conflicts of laws principles thereof. **Subject to Section 13.6, for any action or proceeding involving claims and disputes between Contractor and Subcontractor arising out of or in connection with the Subcontract or the Work, Contractor and Subcontractor expressly and unconditionally: (a) agree that the presiding federal or state court in the district or state in which the Project is located shall have exclusive jurisdiction over the action or proceeding; and (b) WAIVE THE RIGHT TO A TRIAL BY JURY IN THE ACTION OR PROCEEDING.** If Contractor elects to resolve a claim or dispute by arbitration, the venue and locale for the arbitration proceeding shall be in the state and county in which the Project is located.

**13.6** _**Joinder in Related Proceedings.**_
In the event Contractor is involved in an arbitration, litigation, mediation or other legal proceeding (individually or collectively the "Proceeding") in which any aspect of the Subcontractor's Work or entitlement to payment is at issue, or questions of law or fact common to the Subcontractor's performance under the Subcontract are involved; or, if complete relief cannot be afforded in such Proceeding without the Subcontractor's participation therein, Subcontractor hereby consents, upon written demand by Contractor, to its joinder in that Proceeding and to the rules and procedures applicable to such Proceeding; and hereby waives any objections to the location or forum in which the Proceeding is pending. In the event that an arbitration, litigation or other legal proceeding has been previously commenced by the Subcontractor against Contractor, Subcontractor agrees to consolidate such proceeding with the Proceeding or, if that is not possible, withdraw or dismiss such proceeding and participate in the Proceeding. To the extent the Subcontractor asserts any claim in the Proceeding arising from the acts or omissions of any other party to the Proceeding, its recovery shall be limited to the amount recovered by the Contractor on behalf of the Subcontractor, or by the Subcontractor directly from such other party.

**Article 14 - REGULATORY COMPLIANCE**

**14.1** _**Compliance with Applicable Law Generally.**_
Subcontractor, its Sub-subcontractors, and all Work provided under the Subcontract shall strictly comply with Applicable Law. Subcontractor shall, to the fullest extent permitted by law, indemnify, defend, and hold harmless the Indemnified Parties against and from any and all Damages resulting from or arising out of or in connection with any actual or alleged violation of Applicable Law by Subcontractor or its Sub-subcontractors concerning the Work. Subcontractor's compliance with Applicable Law shall include but not be limited to the specific compliance required under this Article 14.

**14.2** _**Safety Compliance.**_
Subcontractor shall support and participate in the creation and maintenance of an injury-free environment and shall be responsible for safety precautions and training programs and shall take all actions necessary to provide for the safety of persons and property on or off the Project site in connection with the performance of the Work. Subcontractor shall comply with all Subcontract requirements relating to safety, including as set forth in **Exhibit J** and the Owner Contract, and all requirements under Applicable Law relating to safety,

including the Williams-Steiger Occupational Safety and Health Act of 1970. Subcontractor shall immediately report in writing to Contractor any injury to any Subcontractor or Sub-subcontractor employee, or any property damage at the Project site in connection with Subcontractor's or one of its Sub-subcontractor's activities.

**14.3** _**Environmental Compliance.**_
Subcontractor shall comply with Contractor's environmental requirements as set forth in **Exhibit J** and Applicable Law relating to the protection or preservation of the environment from hazardous material or waste, toxic substance, pollution or contamination or the discharge or release of, or exposure to, materials (including energy, odors, noise, soil, dust, etc.) into the environment. Subcontractor shall not under any circumstance apply to or enter into negotiations with any governmental authority or agency for acceptance of variations from or revisions to air, water or noise pollution or similar environmental laws or regulations relating to the Subcontract or the performance thereof, without Contractor's prior written approval.

**14.4** _**Tax Compliance.**_
Subcontractor agrees to pay all taxes, fees and contributions on or measured by the income, gross receipts or assets of Subcontractor or any of its Sub-subcontractors and all taxes, fees and contributions on or measured by employees or other labor costs of Subcontractor or any of its Sub-subcontractors, including without limitation all payroll or employment compensation tax, social security tax or similar taxes for Subcontractor's or any of its Sub-subcontractor's employees. Subcontractor further agrees to pay all sales and use taxes, and all import, export and other customs duties, charges, levies and fees imposed or incurred in connection with the shipping and delivery of any equipment, materials, supplies or other items required for the Work to the Project site. In the event that Contractor should pay or be required to pay any of the foregoing items or any portion thereof, Contractor may deduct the amount from the Subcontract balance or invoice Subcontractor therefor. Subcontractor shall pay any such Contractor invoice in full within five (5) days of receipt.

**14.5** _**Affirmative Action and Non-Discrimination.**_
Subcontractor shall comply with Contractor's affirmative action programs and any affirmative action obligations imposed upon Contractor under the Owner Contract. Subcontractor shall comply with all equal opportunity employment requirements, and shall not, under any circumstances, discriminate against any person because of race, creed, color, age, sex, national origin, marital status, sexual orientation, status with regard to public assistance, or the presence of a physical, sensory or mental disability.

**14.6** _**Harassment and Offensive Behavior.**_
Contractor is committed to maintaining a work environment that is free of harassment and offensive behavior, and such behavior is strictly prohibited by Contractor. Harassment and offensive behavior prohibited by this policy includes but is not limited to requests to engage in illegal, immoral, or unethical conduct, or negative comments or actions based on any person's race, creed, color, age, sex, national origin, marital status, sexual orientation, status with regard to public assistance, or the presence of a physical, sensory or mental disability. Neither Subcontractor nor any of its Sub-subcontractor's shall engage in any harassment or offensive behavior in connection with the Subcontract or the Project. Subcontractor shall immediately address any claim of harassment or offensive behavior involving it or its Sub-subcontractors, properly discipline any person determined to have engaged in such conduct, including dismissal or removal from the Project where appropriate, and use its best efforts to ensure that such conduct does not reoccur.

**Exhibit E, Page 15 of 19**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

**14.7** **Supplier Code of Conduct.**
Subcontractor agrees that it shall operate and its employees shall conduct themselves in a manner consistent with the principles contained in the Supplier Code of Conduct attached as **Exhibit F,** as relevant to the Work. Accordingly, Subcontractor agrees that at no time during its performance of the Work of this Subcontract will Subcontractor or any of its affiliates or owners be listed on any sanctions list issued by the United States of America, the Security Council of the United Nations, the European Union (including any of its member states and member states of the European Economic Area), the United Kingdom and the governments and official institutions or agencies of any of such institutions or countries, including the Specially Designated Nationals and Blocked Persons list maintained by the Office of Foreign Assets Control of the US Department of the Treasury (OFAC) or any similar list maintained by any of the foregoing governmental authorities, each as amended, supplemented or substituted from time to time during the performance of this Subcontract. Furthermore, Subcontractor shall take reasonable steps to ensure that its lower-tier subcontractors and suppliers involved in the Work also abide by the principles contained in the Supplier Code of Conduct.

**14.8** **Lacey Act Compliance.**
Subcontractor shall comply with all terms of the Lacey Act, 16 U.S.C. § 3371, et seq. (hereinafter the "Lacey Act"), applicable to the Work. By submitting each interim and final estimate for payment under this Subcontract, Subcontractor represents to Contractor that Subcontractor has exercised due care to confirm compliance with the Lacey Act by its lower tier subcontractors and suppliers. If requested by Contractor, Subcontractor shall, as a condition precedent to payment, promptly furnish to Contractor appropriate documentation demonstrating its due care and compliance, including, but not limited to, copies of import declarations.

## Article 15 - BONDING AND SUBCONTRACT PERFORMANCE INSURANCE

**15.1** **Payment and Performance Bonds.**
If bonds are required by the Subcontract, Subcontractor shall furnish separate performance and payment bonds to secure its obligations under the Subcontract, each with a penal amount equal to one hundred percent (100%) of the Subcontract Amount. The bonds shall be written on the forms attached as **Exhibit O.** Subcontractor shall pay the premium for the bonds and the cost thereof is included in the Subcontract Amount. Unless more stringent requirements are imposed by the Owner Contract, all bonds issued by Subcontractor shall be issued by a surety acceptable to Contractor that is listed in the most current Federal Register listing of approved surety companies (Department of Treasury Circular 570) with an A.M. Best Rating of "A-" or better, and is authorized to issue the bonds in the state where the Project is located.

**15.2** **Subcontractor Default Insurance (SDI).**
In lieu of requiring Subcontractor to provide payment and performance bonds, Contractor, at its sole option, may secure Subcontractor's obligations under the Subcontract by obtaining subcontractor default insurance (also known as "SDI"), to insure Contractor against a Subcontractor default. SDI shall be for the exclusive benefit of Contractor and the existence of SDI coverage shall not in any way limit or restrict any of Contractor's rights or remedies in the event of a Subcontractor default, nor shall it in any manner inure to the benefit of, or provide any rights or remedies to, Subcontractor or any of its Sub-subcontractors or any of their respective employees or agents.

**15.3** **Pre-Qualification.**
Whether Contractor elects to secure Subcontractor's obligations under this Subcontract through performance and payment bonds or **SDI,** Subcontractor shall comply with Contractor's qualification procedures, including providing documentation and information as and when required by the **SDI** insurer involving financial, technical, management and other matters relating to Subcontractor and its operations.

**15.4** **Failure to Meet SDI Requirements.**
If Subcontractor fails to qualify for SDI coverage, Contractor may elect to require Subcontractor to furnish performance and payment bonds to secure Subcontractor's obligations under the Subcontract, and Subcontractor shall provide those bonds in the manner and time specified by Contractor and otherwise in accordance with Section 15.1.

**15.5** **Work Not to Commence Until Bonds Issued or SDI Enrollment Completed.**
If bonds or SDI coverage are required for Subcontractor, Subcontractor shall not commence performance of the Work before it has furnished the required performance and payment bonds or qualified for and been enrolled in the SDI program, as applicable. If Subcontractor commences performance of the Work in violation of this Section 15.5, Subcontractor shall be deemed to have done so at its own risk and shall not be entitled to payment until the bonds are furnished to Contractor or Subcontractor is qualified for and enrolled in the SDI program, it being understood and agreed that Subcontractor's compliance with the applicable bond or SDI requirements is a condition precedent to Contractor's obligation to pay Subcontractor for Work performed.

## Article 16 - ENCUMBRANCES

**16.1** **No Liens or Encumbrances.**
Subcontractor warrants and guarantees free and clear title to the Work and all equipment, materials, supplies and others items supplied by Subcontractor for incorporation into the Work shall pass to Contractor and Owner, and that the Work, the Project site and the Project and any and all interests and estates therein and any and all improvements and materials placed on the Project site by Subcontractor or its Sub-subcontractors shall be free and clear of, all liens, claims, security interests and other encumbrances made by, through or under Subcontractor or any of its Sub-subcontractors. In the event of any nonconformity with the requirements of this Section 16.1, Subcontractor shall promptly: (i) defend Contractor's and Owner's title to the Work, the Project site and Project and such interests, estates, improvements and materials, as the case may be; (ii) remove and discharge any such lien, claim, security interest or other encumbrance by paying the claimant, by posting a bond or other instrument as required by Applicable Law, or by providing Contractor collateral that is satisfactory in form and substance to Contractor and Owner; and (iii) fully indemnify and hold harmless Contractor and Owner from and against any Damages resulting from such encumbrance. Contractor may withhold from any amount due or to become due to Subcontractor an amount sufficient to remove and discharge such encumbrance until Subcontractor has removed and discharged such encumbrance as required by Section 16.1. If Subcontractor has not removed and discharged a lien, claim, security interest or other encumbrance covered by this Section 16.1 within ten (10) days after it has been made or filed, Contractor may cause the encumbrance to be removed and discharged with the moneys withheld, or by posting a bond, whereupon for purposes of this Subcontract such moneys or bonding costs (along with other costs incurred by Contractor in connection with the encumbrance), shall be deemed to have been paid to Subcontractor hereunder.

Exhibit E, Page 16 of 19

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

**16.2** **_Subcontractor and Sub-subcontractor Information._**
In addition to the requirements of Section 4.5, Subcontractor shall, as often as requested by Contractor, furnish a statement identifying each party that has furnished or is furnishing any services, labor, equipment, materials, supplies or other items to Subcontractor in connection with the Project, along with other pertinent information including such party's address, the value of and the party's contract, the amount paid to date and the amount due or to become due thereunder. Contractor may also request Subcontractor from time to time to obtain similar information from one or more of its Sub-subcontractors and Subcontractor shall do so and provide it to Contractor within five (5) days of Contractor's written request. Contractor may alternatively request such information directly from one or more Sub-subcontractors, and Subcontractor expressly consents to Contractor contacting its Sub-subcontractors for this purpose. Subcontractor shall furnish Contractor within five (5) days of Contractor's written request evidence that Subcontractor has paid all amounts incurred by the Subcontractor for services, labor, equipment, materials supplies and other items used or furnished by Subcontractor in connection with the Project, or other liability incurred by Subcontractor for the purpose of performing the Work.

**16.3** **_Assignment and Delegation Not Permitted Without Prior Written Consent._**
Subcontractor acknowledges and agrees that none of its rights or obligations under the Subcontract may be assigned or delegated without the prior written consent of the Contractor. Any assignment or delegation by Subcontractor of a right or obligation hereunder without Contractor's prior written consent shall be null and void and of no force or effect. Contractor shall have the right on written notice to Subcontractor to assign this Subcontract in whole or in part to the Owner or its designee (including Owner's lender) if Owner terminates Contractor's performance under the Owner Contract for any reason or other circumstances exist under the Owner Contract requiring such assignment. Subcontractor will cooperate with Contractor as required to effect any such assignment.

**Article 17 - WARRANTIES AND GUARANTEES**

**17.1** **_Work Warranties and Guarantees and Correction of Defects or Deficiencies._**
17.1.1 Subcontractor warrants and guarantees that all Work (i) shall be free of defects in design, workmanship and material, (ii) shall be performed in accordance with the generally accepted industry codes and standards applicable to the Work, (iii) shall be performed in a good and workmanlike manner; and (iv) shall strictly conform to the requirements of the Subcontract (including any warranties required of the Contractor under the Owner Contract to the extent applicable to the Work).

17.1.2 Upon receipt of written notice of a defect or deficiency in the Work, Subcontractor shall, at no cost to Contractor, promptly repair, replace, or re-perform such defective or deficient Work so that it conforms to the requirements of the Subcontract. Subcontractor's obligation to repair, replace, or re-perform defective or deficient Work under this Section 17.1.2 shall extend: (i) for the period(s) established for correction of Work specifically established in the Subcontract; or, (ii) if no such period(s) has been established, for the period(s) for correction of Work established for Contractor's work under the Owner Contract. Notwithstanding the foregoing, if Contractor deems it inexpedient or if Subcontractor indicates, by its actions or inactions, that it is unable or unwilling to proceed with corrective action in a reasonable time, Contractor may deduct the cost of the repair, replacement and re-performance from the Subcontract Amount. Subcontractor shall provide information and execute documents as requested or required by Contractor to assign any Subcontractor warranty or guarantee to Owner or another party.

**17.2** **_No Period of Limitation Established._**
Nothing contained in Section 17.1 shall be construed to establish a period of limitation with respect to other obligations the Subcontractor has under the Subcontract. Establishment of the period for correction of Work as described in Section 17.1.2 relates only to the specific obligation of the Subcontractor to correct the Work, and has no relationship to the time within which the obligation to comply with the Contract Documents may be sought to be enforced, nor to the time within which proceedings may be commenced to establish the Subcontractor's liability with respect to Subcontractor's other obligations under the Subcontract.

**17.3** **_Sub-subcontractor Warranties, Guarantees, and Correction of Work Obligations._**
Subcontractor shall impose upon its Sub-subcontractors warranty, guaranty and correction of Work obligations that are consistent with those of Subcontractor under Section 17.1. Subcontractor's Sub-subcontractor's warranties, guarantees and correction of Work obligations shall be expressly stated to be for the benefit of and be enforceable by Contractor and Owner and assignable to Contractor and Owner on Contractor's demand therefor.

**17.4** **_Backcharges._**
Contractor shall have the right to, by written notice, backcharge Subcontractor for any amounts for which Contractor is entitled to deduct from the Subcontract Amount or for other Damages for which Subcontractor is liable in accordance with the Subcontract.

**17.5** **_Costs and Damages Resulting from Defects or Deficiencies in the Work._**
Subcontractor shall be liable for all Damages incurred by Contractor and its other contractors as a result of defects or deficiencies in the Work. This liability is in addition to Subcontractor's repair, replacement and re-performance obligations under Section 17.1.2.

**Article 18 - INDEMNITY AND INSURANCE**

**18.1** **_Indemnity._**
In addition to any other defense, indemnity or hold harmless obligation imposed on Subcontractor by the Subcontract or Applicable Law, Subcontractor shall, to the fullest extent permitted by law, indemnify, defend and hold harmless the Indemnified Parties from and against any Damages involving the following:

(a)    Any actual or alleged infringements of any patent, trademark, copyright or other intellectual property or proprietary right by Subcontractor, its Sub-subcontractor or the Work furnished by Subcontractor;

(b)    Injury or death to any person, or damage to or destruction of any property (including loss of use thereof), or any other damage or loss by whomsoever suffered resulting from or arising out of or in connection with the Work, whether or not any such damage or loss is due to the negligence of any kind or character or other fault of any one or more of the Indemnified Parties or breach of any statutory duty, contractual obligation or other obligation by one or more of the Indemnified Parties.

(c)    Any failure of the Subcontractor or the Work to comply with the requirements of the Subcontract;

(d)    Any lien, claim, security interest or other encumbrance made or filed against: (i) the Work, Project site and the Project; any and all interests and estates therein and any and all improvements and materials placed on the Project site by Subcontractor or its Sub-subcontractors; or, (ii) any payment, performance, lien prevention, or lien discharge bond posted by any of the Indemnified Parties; and,

**Exhibit E, Page 17 of 19**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

(e)  Any hazardous material or waste, toxic substance, pollution or contamination brought to or generated on the Project site by Subcontractor or its Sub-subcontractor, or used, handled, transported, stored, removed, remediated, disturbed or disposed of by Subcontractor or its Sub-subcontractor.

The foregoing obligations of Subcontractor shall not be affected or limited in any way by any insurance required of or provided to Subcontractor under the Subcontract. If a temporary restraining order or preliminary injunction is granted in any proceeding involving a claim, demand or cause of action covered by clause (a) above, Subcontractor shall make every reasonable effort at its expense to secure the suspension of the restraining order or injunction by giving a satisfactory bond or otherwise. If any portion of the Work is held in such proceeding to constitute an infringement and the use thereof is permanently enjoined, Subcontractor shall at its expense promptly secure a license authorizing Contractor's and Owner's continued use of such Work or, if Subcontractor is unable to secure such license, replace the affected Work or modify it so that it is non-infringing. Subcontractor shall not be required to defend, indemnify and hold harmless any Indemnified Party for Damages resulting from that Indemnified Party's sole negligence or intentional misconduct. If Subcontractor breaches its obligation to defend a claim against the Owner and/or Contractor pursuant to this Section 18.1 or any other provision of the Subcontract, the defense shall be provided through counsel selected by Contractor, and Subcontractor agrees to pay upon demand all Damages incurred by the Contractor and/or Owner.

**18.2    _Insurance._**
Subcontractor shall strictly comply with all of Contractor's standard insurance requirements set forth in **Exhibit G** to the Subcontract.

**18.3    _Environmental Insurance._**
If Subcontractor's Work involves the remediation, removal or disposal of any hazardous material or waste, toxic substance, pollution or contamination, Subcontractor shall also strictly comply with all of the environmental insurance requirements set forth in **Exhibit Q** to the Subcontract.

## Article 19 - MISCELLANEOUS REQUIREMENTS AND SPECIAL PROVISIONS

**19.1    _Headings for Convenience Only._**
The Article and Section headings in these terms and conditions have been inserted for convenience or reference only and shall not in any manner affect the construction, meaning or effect of anything contained herein nor govern the rights and liabilities of the parties.

**19.2    _Calculation of Time Periods._**
Unless specifically stated otherwise, all references in the Subcontract to days, or requirements that action be taken or notice be provided within a certain number of days, are to calendar days.

**19.3    _Audit and Record Retention._**
Subcontractor's records related to the Project and the Subcontract shall be subject to audit and shall be made available to Contractor for that purpose upon five (5) days prior written notice. To the extent the foregoing audit provisions are different than, or inconsistent with, any audit provisions found in the Owner Contract, the more stringent requirement shall control. Unless the Contract Documents or Applicable Law requires a longer period, Subcontractor shall maintain its entire Project and Subcontract related records, financial and otherwise, for a period of at least six (6) years after the Contractor achieves final completion of its work at the Project.

**19.4    _Confidentiality._**
Subcontractor acknowledges and agrees that it is bound by and obligated to comply with any and all confidentiality and/or nondisclosure requirements in the Owner Contract, including, but not limited to, the terms, if any, included in the attached **Exhibit W**. Subcontractor further acknowledges and agrees that Contractor may disclose certain information to Subcontractor for purposes of the Work that Contractor and/or Owner considers to be confidential or proprietary or to constitute trade or business secrets (collectively "Confidential Information"). In the absence of more stringent requirements contained in the Owner Contract, when Contractor and/or Owner discloses any information designated as Confidential Information to Subcontractor, Subcontractor agrees that:

19.4.1    the Confidential Information shall be used solely for the purpose of performance under the Subcontract and disclosed only to those of Subcontractor's employees who have a need to know the information for that purpose;

19.4.2    it shall not disclose Confidential Information to any third party without Contractor's prior written consent;

19.4.3    it will take precautions to prevent the disclosure of the Confidential Information that are no less stringent than those employed to preserve the secrecy of its own confidential business information or trade secrets, and in no event less than reasonable precautions; and,

19.4.4    upon completion of the Work it will return all documents containing Confidential Information to the Contractor and/or Owner without retaining any copies thereof.

Unless a longer period is established by the Contract Documents, the provisions of this Section 19.4 shall remain in force for a period of five (5) years after Contractor's final completion of its work at the Project. Subcontractor agrees that in the event of its breach or threatened breach of its obligations under this Section 19.4, Contractor shall be entitled to equitable relief in order to restrain any continued or threatened breach.

**19.5    _Contractor's Remedies Are Not Exclusive._**
The remedies provided to Contractor in the Subcontract are cumulative and not exclusive and additional to any other remedies available to Contractor under Applicable Law.

**19.6    _Damages Limitation._**
In no event shall any of the Indemnified Parties be liable to Subcontractor or any of its Sub-subcontractors, whether based on delay, contract, tort, negligence, warranty, indemnity, strict liability, error or omission or otherwise, for any consequential, special, incidental, indirect, exemplary, multiple or punitive damages or damages arising from or in connection with loss of use or loss of revenue or profit, actual or anticipated or otherwise, and Subcontractor hereby releases each of the Indemnified Parties from any such liability. Subcontractor shall obtain similar releases from each of its Sub-subcontractors.

**19.7    _Title to the Work._**
Title to the Work, or portions thereof, shall pass to Contractor upon the occurrence of the earliest of the following events, as applicable: a) when such Work or portion is delivered to the Contractor or the Project Site pursuant to the Subcontract; b) when Subcontractor has been paid any sum to which it may become entitled in respect to such Work or portion; c) when such Work or portion is identifiable to the Subcontract; or d) when the Certificate of Final Completion for all Work is issued by Contractor on behalf of the Owner and/or Architect. All equipment, materials, supplies and other items to

**Exhibit E, Page 18 of 19**

# EXHIBIT "E"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

which Contractor has title shall not be removed from the Project site without Contractor's prior written consent.

**19.8**    _Reformation of Unenforceable Provisions._
Subcontractor acknowledges that Contractor conducts business on a nationwide basis and that it is Contractor's intent that the requirements of the Subcontract comply with and are fully enforceable under the laws of all jurisdictions where it conducts business. The parties agree that if any provision of the Subcontract is determined by a court to be unenforceable in whole or in part under Applicable Law, that determination shall not affect the validity and enforceability of the remainder of the Subcontract and that only the provision (or part thereof) in question shall be deemed unenforceable. Accordingly, in the event that any one or more of the provisions of the Subcontract shall be found to be contrary to public policy and unenforceable, the remaining provisions of this Subcontract shall remain in full force and effect, and such term or provision shall be deemed stricken to the extent and in the jurisdictions necessary for compliance with Applicable Law.

**19.9**    _Survival._
The applicable provisions of Articles 12, 13, 14, 15, 16, 17, 18 and 19 and any other provision of the Subcontract that either: (1) provides for limitation of or protection against liabilities between Contractor and Subcontractor; or (2) expressly or by implication comes into or continues in force and effect after Subcontractor's completion of the Work, shall survive assignment or termination of the Subcontract and Subcontractor's completion of the Work.

**19.10**    _Notices._
All notices required or permitted pursuant to this Subcontract shall be in writing and shall, consistent with the delivery requirements set forth in this Section, be sent to the physical and/or electronic address designated for each party in the Subcontract Agreement. Notice may be sent via: (i) email, provided that for notices pertaining to allegations of breach of the obligations under the Subcontract, or termination or suspension of the Work and/or performance under the Subcontract, the party sending the email simultaneously sends a copy of said notice via one of the other delivery methods specified herein; (ii) U.S. Mail with a return receipt requested; or (iii) Federal Express or other recognized courier or delivery service, provided that such service provides written confirmation of delivery. Notice shall be deemed delivered upon the date of receipt, which may be evidenced by the applicable confirmation of delivery. Notwithstanding any other terms of the contrary in the Subcontract, Contractor may take any reasonably necessary actions prior to providing notice, as required, to Subcontractor in the case of exigent circumstances that pose an imminent threat of injury or damage to person or property.

**19.11**    _Subcontract Document._
The Subcontract shall be construed without regard to any presumption or other rule requiring construction or interpretation against the party who caused it to have been drafted. The Subcontract may be executed in counterparts, each of which will be considered an original.

**19.12**    _Frivolous Claims._
In the event the Subcontractor asserts any frivolous claim against Contractor (or submits a Subcontractor adjustment request that has no substantial merit or that is based in whole or in part upon materially inaccurate assertions), Contractor shall be entitled to collect from Subcontractor by offset, backcharge or otherwise any and all Damages incurred by Contractor in investigating, responding to, defending against and resolving such claim or request.

**19.13**    _Publicity._
Subject to any applicable terms in the Owner Contract, any news release, public announcement, advertisement, website content or publicity proposed to be released or used by Subcontractor concerning the Project, the existence of this Subcontract, the activities of Subcontractor in connection with the Project and/or the use of the name of Contractor and/or the Owner shall be subject to the written approval of Contractor, which may be granted or denied in its sole discretion.

**19.14**    _Entire Agreement and Waiver._
The Subcontract represents the entire integrated agreement between the parties with respect to the Project and supersedes all prior negotiations, proposals, correspondence, representations or agreements, whether written or oral, express or implied. This Subcontract may only be amended or modified in a Change Order or other writing signed by both Contractor and Subcontractor. The failure of Contractor to enforce at any time or for any period of time any one or more of the provisions of the Subcontract shall not be construed as a waiver of any such provision or provisions.

# EXHIBIT "F"

Attachment to Agreement No. **1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

# SUPPLIER CODE OF CONDUCT

Skanska USA Building Inc. strives to achieve mutually beneficial supplier relationships built on common values and expected behaviors. The Skanska USA Building Inc. Code of Conduct (our Code) outlines the behaviors we expect from our employees. This Skanska USA Building Inc. Supplier Code of Conduct (our Supplier Code) contains relevant portions of our Code that apply to you as an important part of our supply chain. We encourage our suppliers to engage in constructive dialogue with us regarding our Supplier Code and doing business together.

## Foundation of the Supplier Code
Skanska USA Building Inc. is committed to conducting business in a responsible and sustainable way. We require the same of our suppliers. Our Code and our Supplier Code are based on our Skanska USA Building Inc. Values, described here:

## Care for Life
We care for life of people and the environment. We work safely, or not at all. We never walk by if we notice unsafe actions. We support health and well-being. We promote green solutions and conduct our operations in a green way. We are accountable to future generations.

## Act Ethically and Transparently
We do business with a high degree of integrity and transparency. We live by our Code of Conduct and never accept shortcuts. We foster a working climate where everyone can speak their mind.

## Be Better – Together
We always strive to be better in all we do. We are a learning organization and generously share our expertise. We take pride in quality and innovation. We build One Skanska USA Building Inc. teams together with customers, partners and communities. We leverage diversity to deliver the best solutions. We foster inclusive cultures where we are open and fair, showing trust and respect for each other.

## Commit to Customers
We help our customers to be successful in their business. We strive to understand their needs and their customers' needs. We are here to help our customers turn their visions into reality. Importantly, Skanska is a signatory to the United Nations (UN) Global Compact, and we adhere to its Ten Principles reflecting human rights, labor, the environment and anti-corruption. We further support the rights of all people as described in the Universal Declaration of Human Rights adopted by the UN and in the conventions of the UN's International Labour Organization. In addition, as a founding member of the World Economic Forum's Partnering Against Corruption Initiative (PACI), we subscribe to the principles supported by PACI.

## Who the Code applies to
This Supplier Code applies to providers of goods and services – and their employees – in their work with Skanska USA Building Inc. through a contractual agreement. It is not applicable to single transactions such as a taxi ride, dinner at a restaurant, purchasing a railway ticket, or any similar type of transaction not subject to a frame agreement.

The group that we collectively call "suppliers" includes suppliers, subcontractors, service providers, professional service providers, consultants, intermediaries and agents. As a supplier, you must ensure that the practices and principles outlined in Skanska USA Building Inc.'s Supplier Code are flowed down throughout your own supply chain.

## Compliance with laws
You are required to comply with all applicable laws and with our Supplier Code, including when our Supplier Code sets a higher standard than, but does not conflict with, legal requirements. Customs or local practices never take precedence over legal requirements. If you find that our Supplier Code is in conflict with applicable legal requirements, you should inform the relevant Skanska USA Building Inc. manager.

# EXHIBIT "F"

Attachment to Agreement No. **1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

**Reporting misconduct**

Skanska USA Building Inc. believes that a strong ethical culture depends in part upon creating an environment in which employees feel free to report instances of non-compliance with our Code or Supplier Code. Such non-compliance might include suspected illegal or unethical conduct (collectively called misconduct). We are committed to investigating reports of suspected or known misconduct, and to taking appropriate action based on our findings. Similarly, you – including your employees and your supply chain – are obligated to report to us suspected or known misconduct. Suspected or known misconduct must be reported by speaking with the relevant Skanska USA Building Inc. manager, or to the Ethics Committee of the Business Unit or Reporting Unit (Skanska USA Building Inc. Unit) for which you are working. If you prefer, you may report suspected or known misconduct confidentially and anonymously to the Skanska USA Building Inc. Code of Conduct Hotline, either by telephone or online (instructions appear near the end of this Supplier Code).

**No retaliation**

Skanska USA Building Inc. does not retaliate against anyone for submitting in good faith a report of suspected or known misconduct, nor do we tolerate others retaliating. Similarly, you must not retaliate or tolerate retaliation against anyone who, in good faith, reports suspected or known misconduct. "Good faith" means that to the best of a person's knowledge and belief, everything reported is true and that everything known is reported.

**Auditing**

Skanska USA Building Inc. reserves the right to monitor and audit each supplier's compliance with our Supplier Code. Accordingly, you must cooperate by providing relevant information that we request, and by making individuals accessible so Skanska USA Building Inc. can conduct a meaningful audit. Similarly, you are required to evaluate your supply chain to ensure compliance with our Supplier Code, and to conduct audits of your supply chain when requested by Skanska USA Building Inc.. Any non-compliance by you or your supply chain must be effectively remediated both in a timely manner and at no additional cost to us or our customers. Breaches of the Supplier Code may negatively impact your business relationship with Skanska USA Building Inc.. Potential consequences may include but are not limited to contract termination. This provision for Auditing does not relieve or limit a supplier's obligations or responsibilities.

**Health, safety and well-being**

We care for our people and the people affected by our workplaces, and we continuously strive to develop a work environment that promotes health, safety and well-being. We aim to lead our industry in health and safety performance, with continuous, measurable improvements toward our goal of an injury-free environment. We promote and share sound personal safety and accident prevention practices with our supply chain and throughout our industry.

> *What does it mean for you?*
> - You work together with Skanska USA Building Inc. and other suppliers to ensure a healthy and safe working environment.
> - You ensure that your employees and others in your supply chain are adequately trained and provided with the proper equipment to safely carry out their work.
> - You recognize that all employees have a right and an obligation to stop unsafe work.
> - You report to Skanska USA Building Inc. all health and safety incidents related to our project sites and in our workplaces.

**Fair working conditions**

We support recognized global human rights and fair working conditions for persons working on our projects, in our workplaces, and in our supply chain.

> *What does it mean for you?*
> - You ensure that working conditions, hours, wages and benefits comply with applicable national and local laws and relevant ILO conventions.
> - You have zero tolerance for any form of human trafficking or child, forced or compulsory labor, including such practices as the unlawful or illegitimate withholding of wages. A child is anyone below the age of 15, or below any higher minimum age specified by local law.

DocuSign Envelope ID: 2811B65A-97FA-49F3-9729-ABED4EE3292E

# EXHIBIT "F"

Attachment to Agreement No. **1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

- You do not allow any practice that would restrict free movement of employees. Such practices can include requiring that employees hand over identification documents, passports or work permits as a condition of employment.
- You recognize and respect employees' right to freedom of association and collective bargaining, where permissible by law.
- You recognize the special needs of employees under the age of 18, and your duty of care toward them.

**No discrimination or harassment**

We respect all individuals and strive to work as one team, and to foster open, straightforward and respectful communication. We provide equal treatment and employment opportunities, and we do not tolerate any form of harassment or discrimination.

*What does it mean for you?*
- You do not tolerate disrespectful behavior, bullying, discrimination, harassment or unwanted sexual advances.
- You do not discriminate, and you provide equal treatment and opportunities for employees and job applicants.
- You embrace and promote an inclusive culture.

**Climate and Environment**

We are committed to protecting the environment and believe that we can make major contributions to a more sustainable world. We actively work to improve the environmental performance of our operations, projects, products and services during their entire life cycles.

*What does it mean for you?*
- You conduct your operations in an environmentally responsible manner and in accordance with applicable environmental laws.
- You comply with standards required by Skanska USA Building Inc.'s environmental management system.

**Protection of assets, property and equipment**

We safeguard and protect our assets from damage, theft, loss and misuse, as they are essential to our business. Assets are either tangible or intangible. Examples of tangible assets are raw materials, money, products, machines and equipment, computers and real estate. Examples of intangible assets are our brand, patents, trademarks, knowhow, trade secrets and copyrights.

*What does it mean for you?*
- You respect the assets of Skanska USA Building Inc. and our stakeholders.
- You only use assets belonging to Skanska USA Building Inc. and others as and when appropriately authorized.
- You do not tolerate theft of assets.

**Confidentiality**

We respect confidential information relating to Skanska USA Building Inc. and our stakeholders, and take all reasonable measures to prevent confidential information from being disclosed to any person who does not need and have a right to that information in the course of their work.

*What does it mean for you?*
- You ensure the protection of confidential information entrusted to you by Skanska USA Building Inc., our customers and others.
- You do not act on confidential information received in error, whether it has come from Skanska USA Building Inc., our customers or others. You contact the sender and disclose the situation to Skanska USA Building Inc..

**Protection of personal data (data protection)**

We respect everyone's right to the protection of his or her personal data and the right to his/ her integrity in connection with processing of personal data. The definition of personal data, and the legal requirements for safeguarding it, varies by country. It could include someone's names, personal healthcare information, photographs or identity number.

*What does it mean for you?*

Supplier Code of Conduct
(08.2020 ed. Rev. 0)                                              Version 0.1, Draft for Review

# EXHIBIT "F"

Attachment to Agreement No. **1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

- ▪ You ensure that all uses of personal data – such as collection, registration, comparison, storage and deletion, or a combination of these – take place in accordance with applicable laws and regulations.

## Anti-corruption and anti-bribery

We are committed to conducting business with a high level of integrity, and we do not tolerate any form of bribery or corruption, including embezzlement, money laundering, kickbacks, extortion, fraud, nepotism (family) or cronyism (friends).

*What does it mean for you?*
- ▪ You conduct business with integrity, and you likewise do not tolerate any form of bribery or corruption.
- ▪ You never request, accept, pay, offer or authorize bribes, either directly or indirectly, under any circumstances. This includes never seeking to improperly influence or bribe a Skanska USA Building Inc. employee, customer, or public official (including foreign public officials) or any other individual or entity.
- ▪ You do not offer or make facilitation payments, nor do you permit others to offer or make such payments on your behalf. Facilitation payments are bribes – often small – paid to public officials to speed up non-discretionary bureaucratic processes and access services to which the payer is lawfully entitled.
- ▪ You ensure that all reports, records and invoices are complete and accurate and not false or misleading.

## Fair competition

We believe fair competition benefits Skanska USA Building Inc., our stakeholders and society as it drives efficiency and innovation, which are the basis of a well-functioning market economy. We are committed to fair competition and do not tolerate any violation of antitrust laws, competition laws or related regulations.

*What does it mean for you?*
- ▪ You practice fair competition.
- ▪ You do not participate in bid rigging by way of bid suppression, complementary or cover bidding, bid rotation, or other mechanisms that limit fair competition in tender situations.
- ▪ You do not participate in any other form of cartel practices with competitors, such as dividing or allocating markets or customers or price fixing.

## Conflict of interest

When acting as a representative of an employer or other party, we all are responsible for making decisions in the best interest of that employer or party without regard for personal gain. Conflicts of interest can be rooted in hospitality and entertainment, gifts, charitable contributions, political contributions, sponsorships and close personal relationships. Skanska USA Building Inc. strives to operate in a manner in which conflicts of interests are actively avoided, and we require our supply chain to do the same.

*What does it mean for you?*
- ▪ You avoid situations that – in your work with Skanska USA Building Inc. – may present a conflict of interest or appear to do so.
- ▪ You notify Skanska USA Building Inc. if you become aware of an actual or perceived conflict of interest in your work with Skanska USA Building Inc..

## Hospitality and gifts

We do not request, accept, offer, authorize or provide hospitality or gifts that may improperly influence – or create the appearance of improperly influencing – our business decisions, or decisions by our customers or others with whom we work. Each Skanska USA Building Inc. Unit has established a hospitality and gifts policy that outlines acceptable circumstances and monetary limits for hospitality and gifts.

*What does it mean for you?*
- ▪ You do not offer or accept hospitality or gifts that may improperly influence – or create the appearance of improperly influencing – your business decisions or those of Skanska USA Building Inc., our customers or others.
- ▪ You respect and observe the hospitality and gifts policy of the Skanska USA Building Inc. Unit with which you are working.

**Exhibit F, page 4 of 5**

# EXHIBIT "F"

Attachment to Agreement No. **1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

- ▪ If a Skanska USA Building Inc. employee requests any type of hospitality, gift or personal service for free or at less than fair market value, you report it to Skanska USA Building Inc..

**Sanctions**

Sanctions are legal instruments used by governments and multinational bodies to influence foreign policy by prohibiting business dealings with certain countries, individuals, entities or sectors. Sanctions lists are maintained by the United Nations, the EU, and the United States among others.

*What does it mean for you?*
- ▪ You respect that Skanska USA Building Inc. needs to know its external parties and you are transparent about the real beneficial owners with whom Skanska USA Building Inc. conducts business.
- ▪ You respect and observe that Skanska USA Building Inc. is vigilant in watching for external parties who may be on a sanctions list or may have a related company in a country subject to sanctions.
- ▪ You report to Skanska USA Building Inc. if you have questions or concerns regarding sanctions laws and regulations.

**How to report a concern**

You can report a concern to the relevant Skanska USA Building Inc. manager, or the following information can be used to report suspected or known misconduct to the respective Skanska USA Building Inc. Ethics Committee (email addresses). Alternatively, you can confidentially and anonymously submit a report to the Skanska USA Building Inc. Code of Conduct Hotline, either by phone or online. The Hotline is available globally, and is independently administered by an external organization.

Skanska's US Ethics Hotline
- • Toll free phone: 877 516 3385
- • Web: www.tnwgrc.com/skanska

Skanska AB's Code of Conduct Hotline
- • Toll free phone: 866 250 6706
- • Web: www.speakupfeedback.eu/web/xwrsyft/us
  Access code: 71447

Language: English or Spanish

**Exhibit F, page 5 of 5**

**Supplier Code of Conduct**                                                                 **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

DocuSign Envelope ID: 2811B65A-97FA-49F3-972D-ABED4EE3292E

# EXHIBIT "G"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## STANDARD INSURANCE REQUIREMENTS

### SECTION I:      DEFINITIONS

As used in this Exhibit G:

(a)  "Project" means the project that is the subject of the Subcontract/Purchase Order.

(b)  "Scope" means the scope of Work to be provided by Subcontractor under the Subcontract or the Goods and Services to be supplied and performed by Seller under the Purchase Order, as applicable.

(c)  "State" means a state of the United States or the District of Columbia or the Commonwealth of Puerto Rico, as applicable.

Capitalized terms used in this Exhibit G and not defined in the Subcontract/Purchase Order shall have the meanings generally ascribed to such terms in the commercial insurance industry in the United States.

### SECTION II:     STANDARD INSURANCE COVERAGES

Subcontractor/Seller shall comply with the following:

1.  Standard Insurance Coverages: Unless higher limits or additional coverages are required by the Subcontract/Purchase Order or Owner Contract, Subcontractor/Seller shall secure and maintain from the earlier of commencement of work or the effective date of the Subcontract/Purchase Order the minimum insurance coverages and limits required by this Exhibit G.  Failure of the Contractor/Buyer to identify deficiencies in any insurance provided by Subcontractor/Seller shall not relieve Subcontractor/Seller from any insurance obligations.  Required coverages are as follows:

1.1  Workers Compensation and Employer's Liability:

On-site exposures will be insured through: **Standard**

| | |
|---|---|
| Standard | The Subcontractor/Seller's own Worker's Compensation Insurance and Employer's Liability Insurance policy.  (Refer to the same limits, terms and conditions as set forth below under "Off-site Worker's Compensation Insurance and Employer's Liability Insurance".) |
| OCIP | An Owner Controlled Insurance Program ("OCIP").  The manual explaining these coverages is attached hereto as Exhibit G-1. |
| CCIP | A Contractor Controlled Insurance Program ("CCIP").  The manual explaining these coverages is attached hereto as Exhibit G-1. |

Off-site Worker's Compensation Insurance and Employer's Liability Insurance (including occupational disease) to cover statutory benefits and limits under the Worker's Compensation laws of any applicable jurisdiction in which the Scope is to be performed, and Employers' Liability Insurance with minimum limits of $500,000 each accident; $500,000 for disease, each employee and $500,000 disease, policy limit.

Policy coverage terms and conditions to include:
- USL&H – where applicable.
- Jones Act – where applicable.
- All states endorsement – where applicable.
- Employers Liability/Stop Gap Liability if work is performed in the State of Washington, Wyoming, Ohio, North Dakota or the Commonwealth of Puerto Rico.
- For the attainment of Workers Compensation in monopolistic states and Puerto Rico, coverage must be secured through the state fund of that state.
- Certificate must clearly identify that coverage applies in the State in which the Project is located.

**Exhibit G, page 1 of 11**

Standard Insurance Requirements                                                                    Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

# EXHIBIT "G"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

1.2    Commercial General Liability Insurance:

On-site exposures will be insured through this type of insurance:   **Standard**

| | |
|---|---|
| Standard: | The Subcontractor/Seller's own Commercial General Liability Insurance ("CGL") policy. (Refer to the same limits, terms and conditions as set forth below under "Off-site Commercial General Liability Insurance".) |
| OCIP: | An Owner Controlled Insurance Program ("OCIP"). The manual explaining these coverages is attached hereto as Exhibit G-1. |
| CCIP: | A Contractor Controlled Insurance Program ("CCIP"). The manual explaining these coverages is attached hereto as Exhibit G-1. |

Off-site Commercial General Liability Insurance ("CGL") written on ISO form CG 00 01 Edition date 10/01 or prior ISO edition occurrence form or equivalent for hazards of: (a) Construction Operation, (b) Subcontractors and Independent Contractors, (c) Products and Completed Operations applicable to the Additional Insured (with Completed Operations coverage to remain in force from the date of final completion of the Scope until the expiration of the statute of repose of the State in which the Project is located). The insurance shall include: (1) insured contract coverage sufficient to meet the requirements of the Subcontract/Purchase Order (including defense costs and attorney's fees assumed under contract, which shall be payable in addition to the limit of liability); (2) Personal Injury Liability (with the standard contractual and employee exclusions deleted); (3) Notice and Knowledge of Occurrence; (4) no subsidence exclusion; (5) no professional services exclusion broader than ISO form CG 22 79, and (6) no restriction on liability assessed pursuant to any labor law or other worker protection statute.

If marked as required, Subcontractor's/Seller's CGL Insurance is required to provide the following coverages:

| | Required |
|---|---|
| • Mold | No |
| • EIFS | No |
| • Operations (performed within) 50' of railroad property | No |
| • Residential operations | No |
| • Pollution Coverage (Exhibit Q Required) | No |

If the Subcontractor's/Seller's CGL insurance excludes any of the required coverages, a separate policy acceptable to Contractor/Buyer must be obtained.

For each insurance category checked 'Yes' above, Subcontractor/Seller's CGL insurer and/or broker will evidence, through Policy endorsement, or provide written confirmation, that such coverage is intact, even if each respective insurance Certificate of Insurance ("COI") lists that type of coverage and describes its liability limits.

The insurance shall have the following minimum limits of liability, which shall be available to the Project:

| | | |
|---|---|---|
| EACH OCCURRENCE | $ | 1,000,000 |
| PRODUCTS-COMP/OP AGG. | $ | 2,000,000 |
| PERSONAL & ADV INJURY | $ | 1,000,000 |
| GENERAL AGGREGATE | $ | 2,000,000 |

The general aggregate coverage limits shall be per project general aggregate and shall be evidenced on Subcontractor's/Seller's COI.

1.3    Commercial Auto Liability Insurance:

Commercial Automobile Liability insurance covering all owned, leased and non-owned vehicles used in connection with the Scope with limits of:  $1,000,000 combined single limit per accident for bodily injury and

# EXHIBIT "G"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

property damage.  The policy must include coverage for bodily injury, death and property damage arising out of ownership, maintenance or use of any motorized vehicle on or off the site of the Project, and Contractual Liability coverage.   Coverage must include loading and unloading.   If transportation of hazardous waste, materials, substances, contaminants, or pollutants is part of the Scope, the Commercial Automobile Liability Insurance with a $1,000,000 shall include an MCS 90 endorsement and ISO Form CA 9948 (Pollution Liability Broadened Coverage for Business Automobile) or its equivalent.

If CGL 12/04 or later edition is provided, the CA0051 1204: Mobile Equipment Subject to Motor Vehicles Laws shall also be provided.  This additional endorsement is not required if the 2006 ISO Auto form is provided.

1.4    Commercial Umbrella Liability Insurance:

On-site exposures will be insured through: **Standard**

| Standard: | The Subcontractor/Seller's own Commercial Umbrella Liability Insurance policy.  (Refer to the same limits, terms and conditions as set forth below under "Off-site Commercial Umbrella Liability Insurance".) |

OCIP:        An Owner Controlled Insurance Program ("OCIP").  The manual explaining these coverages is attached hereto as Exhibit G-1.  Commercial Automobile Liability Insurance is NOT included in the OCIP policy.  Refer to Section 1.3 for the requirements of the Commercial Automobile Liability Insurance coverage.

CCIP:        A Contractor Controlled Insurance Program ("CCIP").   The manual explaining these coverages is attached hereto as Exhibit G-1.  Commercial Automobile Liability Insurance is NOT included in the CCIP policy.   Refer to Section 1.3 for the requirements of the Commercial Automobile Liability Insurance coverage.

Off-site Commercial Umbrella Liability Insurance for bodily injury and property damage liability over Subcontractor/Seller's primary Employer's Liability Insurance, CGL Insurance and Commercial Automobile Liability Insurance with limits available to the Project in the amount of $5,000,000 each occurrence and aggregate.   All coverages and terms required under the CGL Insurance, Automobile Liability Insurance and Employer's Liability Insurance (sections 1.1, 1.2, and 1.3 above) must be included on the Commercial Umbrella Liability Insurance.

Higher limits may be required by Contractor/Buyer or Owner on a project by project basis.

Subcontractor/Seller's Commercial Umbrella Liability Insurance shall evidence, through a policy endorsement, that it will provide liability coverage in excess of Subcontractor/Seller's primary insurance coverage before any primary or excess insurance issued to any Additional Insured or Indemnified Party is utilized, and shall not seek contribution from any primary or excess insurance issued to any Additional Insured or Indemnified Party.

Subcontractor/Seller's Commercial Umbrella Liability Insurance shall "drop down" for defense and indemnity in the event of exhaustion or insolvency of the underlying insurance.

1.5    Leased Employee Liability:

If Subcontractor/Seller leases one or more employees through the use of a payroll, employee management, professional employer organization (a.k.a. a "PEO") or other company, Subcontractor/Seller must directly procure workers compensation/employer's liability insurance.  The insurance shall be written on a "Minimum Premium" or "If Any" policy form.  In addition, the workers compensation/employer's liability coverage provided **to and for the leased employees** by the payroll, employee management or other company must be evidenced and include an Alternate Employer/Leased Employee Endorsement, naming Subcontractor/Seller as the alternate employer.  The employer's liability must be scheduled under a $5,000,000 umbrella (except in states where employer's liability is unlimited).

**Exhibit G, page 3 of 11**

**Standard Insurance Requirements**                                                                                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "G"

Attachment to **Agreement No. 1215024-100.030**, dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

1.6    Property Insurance:

Property Insurance coverage for tools and equipment owned, leased or used by the Subcontractor/Seller in the performance of the Scope. The Property Insurance shall extend to equipment, materials and supplies stored off the Project site or in transit to the Project site to be furnished as part of the Scope and incorporated into the Project.

1.7    Professional Liability Insurance:                                    Required
                                                                              No

If marked as required, the Scope involves professional services and Professional Liability Insurance is required covering liability for claims that arise from the errors, omissions or acts of the Subcontractor/Seller or any entity for which the Subcontractor/Seller is legally responsible, in the performance of professional services. The policy shall be primary and non-contributory, with the insuring agreement to read: "to pay on behalf of" and shall be effective (retroactively, if applicable) from the date of commencement of all professional activities in connection with the Scope. The coverage shall be maintained for a period not less than the statute of repose applicable to the Scope or 3 years following final acceptance of the Project, whichever is shorter. Minimum limits are: (1) Prime Subcontractor Design Professional: $2,000,000 per claim/annual aggregate; (2) Lower-Tier Subcontractor-Design Professional: $1,000,000 per claim/annual aggregate. A copy of the policy shall be provided to the Contractor/Buyer upon request.

Coverages shall **not** include any exclusions or other limitations related to:

- scope of the services.
- delays in project completion and cost overruns.
- who can notify the carrier of a claim or potential claim.
- mold, fungus, asbestos, pollutants or other hazardous substances.

For the purposes of Professional Liability Insurance, the term "Prime Design Professional" means the architect/engineer providing architectural, engineering and/or other professional services under a contract directly with Contractor/Buyer, and the term "Sub-Design Professional" means any architect/engineer providing architectural, engineering and/or other professional services directly or indirectly to a Prime Design Professional in connection with the Project. A Prime Design Professional is also a Subcontractor/Supplier and a Sub-Design Professional is also a Sub-subcontractor/Sub-supplier.

1.8    Riggers Liability Required:                                         Required
                                                                              No

If marked as required, the Scope involves the rigging, hoisting, lowering, raising or moving of property or equipment belonging to others and Riggers Liability Insurance is required to insure against physical loss or damage to the property or equipment.

1.9    Aircraft/Watercraft:                                                Required
                                                                              No

If marked as required, the Scope involves the use of any owned, leased, chartered or hired aircraft or watercraft of any type and Aircraft Liability Insurance or Watercraft Liability Insurance, as applicable, is required in an amount of not less than $10,000,000 per occurrence, including Passenger Liability for bodily injury and property damage.

2.    Insurer Requirements:    Each insurer providing insurance coverage as required in this Exhibit G shall be a licensed admitted insurer authorized to issue such coverages in each State in which any part of the Scope is performed. The insurer shall have an AM Best rating of "A-VI" or better. Contractor/Buyer shall have the right to reject any insurance company selected by Subcontractor/Seller.

**Exhibit G, page 4 of 11**

**Standard Insurance Requirements**                                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "G"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

3. <u>Certificate of Insurance</u>: Prior to commencing its performance and throughout the warranty period under the Subcontract/Purchase Order, Subcontractor/Seller shall provide Contractor/Buyer a current COI evidencing the coverages required by this Exhibit G (a sample COI is attached for reference purposes).

4. <u>Sub-subcontractor/Sub-supplier</u>: Before permitting any Sub-subcontractor/Sub-supplier to perform Scope under the Subcontract/Purchase Order, the Subcontractor/Seller shall require the Sub-subcontractor/Sub-supplier to maintain insurance in like form and amounts to that required herein. Subcontractor/Seller shall be responsible to ensure that Sub-subcontractor/Sub-supplier maintains insurance in like form and amounts and shall provide evidence of same to Contractor/Buyer if requested.

5. <u>Notice of Cancellation</u>: All insurance coverages required by this Exhibit G shall contain a provision that the coverage afforded hereunder cannot be cancelled, non-renewed, allowed to lapse, materially changed unless at least thirty (30) days prior written notice has been given to the Contractor/Buyer.

6. <u>Additional Insureds</u>: To the fullest extent permitted by law, all insurance required by this Exhibit G (excluding only Workers Compensation Insurance and Professional Liability Insurance) shall name the Indemnified Parties and any other parties as required by the Owner Contract as additional insureds (the "Additional Insureds"), and shall be primary and non-contributory to any insurance or self-insurance maintained by the Additional Insureds and any other parties as required by Owner Contract, all of which shall be stated on the Certificate of Insurance provided by the Subcontractor. The additional insured endorsement for the CGL Insurance shall be on Form CG 20 10 11 85, or CG 20 10 10 01 plus CG 20 37 10 01, or equivalent and shall include ongoing and completed operations. The insurance required by this Exhibit G shall not eliminate or restrict coverage for claims or suits between named insureds and additional insureds. The coverage provided to the Additional Insureds must be at least as broad as that provided to the first named insured on each policy. In the event that any policy provided in compliance with this Exhibit G states that the coverage provided to an Additional Insured shall be no broader than that required by contract, or words of similar meaning, the parties agree that nothing in this Exhibit G is intended to restrict or limit the breadth of such coverage. Furthermore, the limits of insurance provided by Subcontractor/Seller shall be the greater of the limits maintained in the normal course of Subcontractor's/Seller's business or the minimum limits specified in this Exhibit G. The limits of insurance stated above for each type of insurance are minimum limits only. In the event Subcontractor's/Seller's policy provides greater limits, then the Additional Insureds shall be entitled to the full limits of such policy, and this Exhibit G shall be deemed to require such full limits. **Evidence, by endorsement or policy language, of additional insured and primary and non-contributory coverage must be provided with the COI for CGL Insurance.**

7. <u>Deductibles/Denial of Claims</u>: Subcontractor/Seller shall be solely responsible for the payment of any deductibles or self-insured retention in connection with the insurance coverages required by this Exhibit G both for itself and all Additional Insureds. Any self-insured retention or deductible in excess of $25,000 must be declared at the time Subcontractor/Seller submits its bid and must be specifically approved by Contractor/Buyer prior to execution of the Subcontract/Purchase Order. Subcontractor/Seller shall be responsible for any loss arising out of coverage denial by its insurance carrier.

8. <u>Dilution of Limits</u>: For those policies containing an aggregate, as soon as incurred loss activity (paid plus reserve) depletes the aggregate by 50% or more, written notice must be sent to the Contractor/Buyer by certified mail return receipt requested.

9. <u>OCIP/CCIP Program</u>: Subcontractor/Seller may be required by Contractor/Buyer to enroll in an Owner Controlled Insurance Program ("OCIP") or Contractor Controlled Insurance Program ("CCIP"). Subcontractor/Seller shall strictly comply with all requirements of the program in which it is required to enroll and the Subcontract Amount/Purchase Order Amount shall be reduced by the amount included therein by Subcontractor/Seller for insurance coverage replaced by the OCIP or CCIP as provided in the manual. If the insurance provided by Subcontractor/Seller (or its Sub-subcontractors or Sub-suppliers) excludes or limits coverage for named insureds because an OCIP or CCIP has been provided for this Project, such limitation or exclusion may only apply to the extent of valid and collectible insurance available from the OCIP or CCIP. No such exclusion or limitation may apply to Contractor/Buyer or any other Additional Insured.

10. <u>Waiver of Subrogation</u>: All insurance coverages maintained by Subcontractor/Seller shall include a waiver of any right of subrogation of the insurers thereunder against Indemnified Parties and Additional Insureds and all of their respective

**Exhibit G, page 5 of 11**

Standard Insurance Requirements                                                                                          Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

DocuSign Envelope ID: 2811B65A-97FA-49F3-9729-ABED4EE3292E

# EXHIBIT "G"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

assigns, subsidiaries, affiliates, employees, insurers and underwriters, and of any right of the insurers to any set-off or counterclaim or any other deduction, whether by attachment or otherwise, in respect of any liability of any person insured under any such policy (Workers Compensation – where permitted). Subcontractor/Seller further waives all claims and all rights of subrogation against Indemnified Parties' and Additional Insureds' other contractors and all of their respective assigns, subsidiaries, affiliates, employees, insurers and underwriters for loss of, or damage to, Subcontractor's/Seller's Scope, tools, machinery, equipment, material, supplies, or any other losses within the scope of any insurance maintained by Subcontractor/Seller. If any of the Indemnified Parties or Additional Insureds is partially or wholly self insured, then the waiver of subrogation shall apply as if they were in fact covered by their own insurance.

11. No Limitation: The insurance coverages maintained by Subcontractor/Seller shall not limit any of Subcontractor's/Seller's indemnity obligations or other liabilities under the Subcontract/Purchase Order. Insurance coverages maintained by Subcontractor/Seller that exceed the minimum requirements in this Exhibit G shall be applicable to the Subcontract/Purchase Order.

12. Severability of Interests (Cross Liability): All insurance required by this Exhibit G (excluding only Workers Compensation Insurance and Professional Liability Insurance) shall be endorsed to provide that, in asmuchas the policy is written to cover more than one insured, all terms, conditions, insuring agreements and endorsements, with the exception of limits of liability, shall operate in the same manner as if there were a separate policy covering each insured. No cross liability exclusion will be accepted. Nor shall there be any restrictions in any policies that limit coverage for a claim brought by an Additional Insured against a named insured.

13. Insurance Policy Review/Exclusions/Copies: Contractor/Buyer has the right to receive copies of all insurance policies upon request. Policies shall not contain any exclusions that are not acceptable to Contractor/Buyer and Owner. If requested by Contractor/Buyer or Owner, all policies must be certified by the insurance carrier as being true and complete. Policies shall not contain any exclusions that are not acceptable to Contractor/Buyer and Owner, in their sole discretion. Contractor/Buyer's right to review and approve all insurance policies will not constitute a waiver of any rights created by or provisions contained in this Exhibit G should they differ from these contained in such policies.

14. Claims-Made Policies: Except for Professional Liability Insurance and Pollution Insurance, if applicable, claims-made policies are not acceptable.

15. Effect of Specified Coverages: In specifying minimum requirements herein, neither Contactor nor Owner assert or recommend this insurance as adequate to Subcontractor's/Seller's requirements. Subcontractor/Seller is solely responsible to inform itself of types of insurance it may need beyond these minimum requirements to protect itself from loss, damage or liability.

16. Breach of Insurance Requirements: Subcontractor's/Seller's failure to obtain and maintain insurance coverages as required by this Exhibit G or any other Exhibit or attachment shall constitute a material breach of the Subcontract/Purchase Order. In such event, in addition to any and all other rights and remedies contained in the Subcontract/Purchase Order or available under applicable law, (i) Contractor/Buyer may, at its option, terminate the Subcontractor/Seller for default; (ii) Contractor/Buyer may, at its option, purchase such coverage and backcharge the premium and associated costs to Subcontractor/Seller; and/or (iii) any of the Indemnified Parties or Additional Insureds can require that Subcontractor and/or its subcontractors to pay for all attorney's fees, expenses and liability as a result of any claim or lawsuit for which coverage would have been provided to the Indemnified Parties or Additional Insureds under Subcontractor's/Seller's insurance program but for a breach by Subcontractor/Seller or any of its subcontractors. Furthermore, to the extent of their respective interests, the insurers of those entities that were to be included as Additional Insureds are deemed to be third-party beneficiaries of the insurance procurement obligation and as such have the same rights against the breaching party as the Indemnified Parties or Additional Insureds.

# EXHIBIT "G"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

## CERTIFICATE OF LIABILITY INSURANCE

Issue Date MM/DD/YYYY

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFODED BY THE POLICES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESETATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: |
| | PHONE (A/C, No, Ext): FAX (A/C, No): |
| | E-MAIL ADDRESS: |
| | PRODUCER CUSTOMER ID #: |

| | INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|---|
| INSURED | INSURER A: | |
| | INSURER B: | |
| | INSURER C: | |
| | INSURER D: | |
| | INSURER E: | |
| | INSURER F: | |

| COVERAGES | CERTIFICATE: | REVISION NUMBER: |

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFFECTIVE (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| | **GENERAL LIABILITY** | | | POLICY NUMBER | | | EACH OCCURRENCE | $1,000,000 |
| X | COMMERCIAL GENERAL LIABILITY | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $300,000 |
| | CLAIMS MADE  X  OCCUR. | X | | PER PROJECT AGGREGATE ENDORSEMENT 50' RAILROAD EXCLUSION ELIMINATED (10/01 & PRIOR OR EQUIVALENT) | | | MED EXP (Any one person) | $5,000 |
| X | ISO FORM CG0001 | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| X | CONTRACT'L LIAB. | | | | | | GENERAL AGGREGATE | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: POL-ICY X PRO-JECT X LOC | | | | | | PRODUCTS – COMP/OP AGG | $2,000,000 |
| | **AUTOMOBILE LIABILITY** | | | POLICY NUMBER | | | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| X | ANY AUTO | | | | | | | |
| | ALL OWNED AUTOS | X | X | | | | BODILY INJURY (Per person) | $ |
| | SCHEDULED AUTOS | | | | | | | |
| X | HIRED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| X | NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | **UMBRELLA LIAB**  X  OCCUR | | | POLICY NUMBER | | | | |
| | **EXCESS LIAB**  CLAIMS-MADE | X | X | PER PROJECT ENDORSEMENT INCLUDED | | | EACH OCCURRENCE | $5,000,000 |
| | DEDUCTIBLE | | | | | | AGGREGATE | $5,000,000 |
| | RENTENTION  $ | | | | | | | |
| | **WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED **(Mandatory in NH)** If yes, describe under special provisions below | N/A | Y/N | POLICY NUMBER COVERAGE APPLIES IN STATE OF JOBSITE OPERATION UNDER THIS SUBCONTRACT USL&H COVERAGE IS INCLUDED WHERE NEEDED | | | X  WC STATU-TORY LIMITS  OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | * $500,000 |
| | | | | | | | E.L. DISEASE-EA EMPLOYEE | * $500,000 |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | * $500,000 |
| | **OTHER** The coverages provided shall be pursuant to insurance requirements contained in the Subcontract. | | | | | | *EXCEPT WHERE UNLIMITED | |

DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES (Attach ACORD 101, Additional Remarks Schedule, if more space is required)

All operations performed under NYCEDC Citywide Ferry Service Project, N/A, Skanska USA Building Inc. Project Number 1215024. All insurance (excluding only Workers Compensation Insurance and Professional Liability Insurance) include Owner, Skanska USA Building Inc., Skanska USA Inc., Indemnified Parties, any other parties as required by the Owner Contract, New York City Economic Development Corporation, The City of New York and their respective directors, officers, employees and affiliates as Additional Insureds, and shall be primary and non-contributory to any insurance maintained by Additional Insureds. The General Liability Additional Insured Endorsement shall be on Form CG 2010 11/85, or CG 20 10 10/01 plus CG 20 37 10/01, or equivalent and shall include ongoing and completed operations. Waiver of Subrogation applies to all policies for all additional insureds. Umbrella policy applies excess of General Liability, Automobile Liability, and Employers Liability. This Project is insured by a Standard insurance program. **Evidence by endorsement, or policy language, of Additional Insured and Primary & Non-Contributory coverage on General Liability and waivers of subrogation on General Liability and Worker's Compensation must be provided with the certificate of insurance.**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Skanska USA Building Inc. 350 Fifth Avenue 32nd Floor New York, NY 10118 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE |

**Exhibit G, page 7 of 11**

# EXHIBIT "G"

**Attachment to Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

POLICY NUMBER:                                   COMMERCIAL GENERAL LIABILITY
                                                                        CG 2010 11/85

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - - OWNERS, LESSEES OR CONTRACTORS (FORM B)

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART

                                        SCHEDULE

  Name of Person or Organization:

  Owner, Skanska USA Building Inc., Skanska USA Inc., Indemnified Parties, any other parties as required by
  the Owner Contract, New York City Economic Development Corporation, The City of New York

        Any other parties as required by the owner contract

  (If no entry appears above, information required to complete this endorsement will be shown in the
  Declarations as applicable to this endorsement)

  WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization
  shown in the Schedule, but only with respect to liability arising out of **"your work"** for that insured by
  **or for you.**

**Exhibit G, page 8 of 11**

**Standard Insurance Requirements**                                                      **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

CG 2010 11/85          Copyright, Insurance Services Office, Inc., 1984

# EXHIBIT "G"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

ISO | Commercial General Liability Forms | 10/01/01

POLICY NUMBER:                                          COMMERCIAL GENERAL LIABILITY
                                                                                    CG 2010 10/01

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Person or Organization: |
| --- |
| Owner, Skanska USA Building Inc., Skanska USA Inc., Indemnified Parties, any other parties as required by the Owner Contract, New York City Economic Development Corporation, The City of New York<br><br>         Any other parties as required by the owner contract |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

A.   Section II - Who Is An Insured is amended to include as an additional insured the person or organization shown in the Schedule, but only with respect to liability arising out of  your ongoing operations performed for that insured.

B.   With respect to the insurance afforded to these additional insureds, the following exclusion is added:

2.   **Exclusions**

This insurance does not apply to "bodily injury" or "property damage" occurring after:

(1)  All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

(2)  That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

CG 2010 10/01                              © ISO Properties, Inc., 2000

**Standard Insurance Requirements**                                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "G"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

| | |
|---|---|
| POLICY NUMBER: | COMMERCIAL GENERAL LIABILITY |
| | CG 2037 10/01 |

THIS ENDORSEMENT CHANGES THE POLCY.  PLEASE READ IT CAREFULLY.

## ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS - COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**
Owner, Skanska USA Building Inc., Skanska USA Inc., Indemnified Parties, any other parties as required by the Owner Contract, New York City Economic Development Corporation, The City of New York
        Any other parties as required by the owner contract

**Location And Description of Completed Operations:**



**Additional Premium:**



(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

**Section II - Who is An Insured** is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of "your work" at the location designated and described in the schedule of this endorsement performed for that insured and included in the "products-completed operations hazard".

CG 2037 10/01
Standard Insurance Requirements
(08.2020 ed. Rev. 0)

Exhibit G, page 10 of 11

Version 0.1, Draft for Review

## EXHIBIT "G"

**Attachment to Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and Skanska USA Building Inc. for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

COMMERCIAL GENERAL LIABILITY
CG 20 01 04 13

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRIMARY AND NONCONTRIBUTORY - OTHER INSURANCE CONDITION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following is added to the Other Insurance Condition and supersedes any provision to the contrary:

**Primary And Noncontributory Insurance**

This insurance is primary to and will not seek contribution from any other insurance available to an additional insured under your policy provided that:

1) The additional insured is a Named Insured under such other insurance; and

2) You have agreed in writing in a contract or agreement that this insurance would be primary and would not seek contribution from any other insurance available to the additional insured.

CG 20 01 04 13                    © Insurance Services Office, Inc., 2012

# EXHIBIT "H"

Attachment to Agreement No. **1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## INTERIM ESTIMATE FOR PAYMENT, WAIVER AND RELEASE

TO:          **Skanska USA Building Inc. ("Contractor")**

FROM:      KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP  ("Subcontractor/Seller")

Project Name:     NYCEDC Citywide Ferry Service Project
Project Site
Address:          N/A ("Property")

| Contract Description: | JDE Contract No. |
|---|---|
| JDE Vendor No.: | Period No: |
| Requisition No.: | Period From: |
| Project No.: | Period To: |
| Subcontract No.: | |

## STATEMENT OF SUBCONTRACT AMOUNT/PURCHASE ORDER AMOUNT:

1. **ORIGINAL CONTRACT SUM** _____
2. Net change by Change Order _____
3. **CONTRACT SUM TO DATE** (Line 1 ± 2) _____

4. **TOTAL COMPLETED & STORED TO DATE** _____
5. RETAINAGE _____
6. **TOTAL EARNED LESS RETAINAGE** (Line 4 less Line 5 Total) _____

7. LESS PREVIOUS CERTIFICATES for PAYMENT (line 6 from prior estimate for payment) _____
8. CURRENT PAYMENT DUE _____

9. **BALANCE TO FINISH, INCLUDING RETAINAGE** (Line 3 less Line 6) _____

10. GROSS THIS PERIOD _____
11. RETAINAGE THIS PERIOD _____

CONTRACTOR'S PROJECT MANAGEMENT APPROVAL

_____ DATE_____

**CERTIFICATION OF SUBCONTRACTOR/SELLER**:  In order to induce payment by Contractor, I, the Undersigned, on behalf of the Subcontractor/Seller, hereby certify that:
(1) the "Total Completed & Stored to Date" as shown above represents the actual amount due to Subcontractor/Seller under the terms of the Subcontract/Purchase Order for all Work performed or Goods and Services (as such initially capitalized terms are applicable and defined in the Subcontract/Purchase Order) supplied and performed, as applicable (including all authorized changes thereto), up through and including the period covered by this Estimate for Payment; (2) Subcontractor/Seller has paid all amounts due to its Sub-subcontractors/Sub-suppliers (as applicable and as defined in the Subcontract/Purchase Order respectively) for the periods covered by previous payments received from Contractor; and (3) Subcontractor/Seller has complied with all Federal, State and Local laws, including without limitation, income, sales and use tax laws, Social Security laws, Unemployment Compensation laws, and Workers' Compensation laws insofar as applicable to Subcontractor/Seller's performance under the Subcontract/Purchase Order.

**WAIVER and RELEASE BY SUBCONTRACTOR/SELLER**: Conditioned only upon payment of the amount of this request, or such other amount that is approved and paid by Contractor and/or Owner, and in order to induce such payment, I, the Undersigned, on behalf of the Subcontractor/Seller, do hereby release and waive the following rights and claims with respect to all Work, Goods and Services that have been performed or provided by, or on behalf of, Subcontractor/Seller in connection with the Project and/or the Property up through and including the period covered by this Estimate for Payment:  (a) all rights and claims that Subcontractor/Seller has under the mechanic's lien, materialmen's lien and other similar lien statutes of the State in which the Project is located; (b) all rights and claims that Subcontractor/Seller has against any labor, material, payment, performance or lien discharge bond pertaining to the Project, and all rights and claims that Subcontractor/Seller has under the Miller Act (40 U.S.C. §§ 3131-3133) or any similar State statute that requires a material and/or payment bond for the Project; and (c) all other claims for additional compensation of any kind, including delay, disruption, interference, impact, and acceleration, except for those unresolved claims for which Subcontractor/Seller has complied with the notice requirements of the Subcontract/Purchase Order.

**Exhibit H - Interim Estimate for Payment, Waiver and Release**                    **Version 0.1, Draft for Review**

**(08.2020 ed. Rev. 0)**

# EXHIBIT "H"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

| | |
|---|---|
| **ACKNOWLEDGED BY AND AGREED TO** by the Subcontractor/Seller, through its authorized Undersigned representative, as of the date set forth below. | **Notarizing only required if document is <u>not</u> signed electronically with DocuSign.**<br><br>Signed, sworn to and subscribed before the undersigned witness and notary public: |
| **SUBCONTRACTOR/SELLER:** | **Signature of Notary Public:** |
| **Signature:** | **Notary Public/Notary Seal:** |
| **Printed Name and Title:** | |
| **Date:** | **My Commission Expires:** |

Exhibit H - Interim Estimate for Payment, Waiver and Release Review
(08.2020 ed. Rev. 0)                                                    Version 0.1, Draft for

# EXHIBIT "I"

Attachment to Agreement No. **1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## FINAL ESTIMATE FOR PAYMENT, UNCONDITIONAL WAIVER AND RELEASE

TO:          **Skanska USA Building Inc. ("Contractor")**

FROM:        KND LICENSED ELECTRICAL CONTRACTING &
             SERVICES CORP ("Subcontractor/Seller")

Project Name:    NYCEDC Citywide Ferry Service Project
Project Site
Address:         N/A  ("Property")

| Contract Description: | JDE Contract No. |
|---|---|
| JDE Vendor No.: | Period No: |
| Requisition No.: | Period From: |
| Project No.: | Period To: |
| Subcontract No.: | |

## STATEMENT OF SUBCONTRACT AMOUNT/PURCHASE ORDER AMOUNT:

1.  **ORIGINAL CONTRACT SUM** _____
2.  Net change by Change Order _____
3.  **CONTRACT SUM TO DATE** (Line 1 ± 2) _____

4.  TOTAL COMPLETED & STORED TO DATE _____
5.  RETAINAGE _____
6.  **TOTAL EARNED LESS RETAINAGE** (Line 4 less Line 5 Total) _____

7.  LESS PREVIOUS CERTIFICATES for PAYMENT (line 6 from prior estimate for payment)
8.  CURRENT PAYMENT DUE _____

9.  **BALANCE TO FINISH, INCLUDING RETAINAGE** (Line 3 less Line 6) _____

10. GROSS THIS PERIOD _____
11. RETAINAGE THIS PERIOD _____

CONTRACTOR'S PROJECT MANAGEMENT APPROVAL

_____ DATE_____

**CERTIFICATION OF SUBCONTRACTOR/SELLER**: In order to induce payment by Contractor, I, the Undersigned, on behalf of the Subcontractor/Seller, hereby certify that:

(1) the "Total Completed & Stored to Date" as shown above represents the total amount due and owing to Subcontractor/Seller under the terms of the Subcontract/Purchase Order for all Work and Services performed, and all Goods supplied, as applicable (including all authorized changes thereto);

(2) Subcontractor/Seller has paid all amounts due and owing to its Sub-subcontractors (as applicable and as defined in the Subcontract/Purchase Order respectively) or will pay and satisfy all amounts due and owing in full from and promptly following receipt of the above-referenced funds; and there are no outstanding claims of any kind or character by any such Sub-subcontractors arising out of, or related to, the Subcontractor/Seller's activities on, or improvements to, the Property;

(3) Subcontractor/Seller has fully complied with all Federal, State and Local laws, including without limitation income, sales and use tax laws, Social Security laws, Unemployment Compensation laws, and Workers' Compensation laws insofar as applicable to Subcontractor/Seller's performance under the Subcontract/Purchase Order;

(4) Subcontractor/Seller has not sold, assigned, or otherwise transferred or conveyed to any third party any claims, causes of action, suits, damages, judgments or demands arising out of or in connection with the Subcontract/Purchase Order or the performance of the Work or Services, or the supply of Goods (as such initially capitalized terms are applicable and defined in the Subcontract/Purchase Order);

(5) I, the Undersigned, have the authority to execute this instrument on behalf of the Subcontractor/Seller, have personal knowledge of the facts stated herein, and represent that such facts are true and correct; and

(6) Subcontractor/Seller acknowledges and recognizes that this Final Estimate for Payment, Unconditional Waiver and Release is an independent covenant and shall operate and be effective with respect to all labor and services provided and all materials furnished by, through, or on behalf of Subcontractor/Seller in connection with the Project, whether for Work, Goods or Services under the original scope of the Subcontract/Purchase Order or any supplemental contracts or agreements (oral or written) for extra or additional work, labor, services, equipment, materials or supplies, or any other items furnished at any time by the Subcontractor/Seller or any of its Sub-subcontractors/Sub-suppliers.

# EXHIBIT "I"

Attachment to Agreement No. **1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

**FINAL ESTIMATE FOR PAYMENT, UNCONDITIONAL WAIVER AND RELEASE**

TO:           **Skanska USA Building Inc. ("Contractor")**

FROM:      KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP ("Subcontractor/Seller")

Project Name:   NYCEDC Citywide Ferry Service Project
Project Site
Address:       N/A  ("Property")

| Contract Description: | JDE Contract No. |
|---|---|
| JDE Vendor No.: | Period No: |
| Requisition No.: | Period From: |
| Project No.: | Period To: |
| Subcontract No.: | |

**UNCONDITIONAL WAIVER and RELEASE BY SUBCONTRACTOR/SELLER**: for and in consideration of, and upon receipt of, final payment under the Subcontract/Purchase Order in the amount stated above, Subcontractor/Seller, through its Undersigned authorized representative, and on behalf of itself and its employees and Sub-subcontractors/Sub-suppliers, hereby:

(a) waives and releases all notices and liens it filed or issued pursuant to, and all rights and claims it has under, the mechanic's, materialmen's and all other similar lien statutes of the State in which the Project is located to the extent such notices, liens, rights and claims relate or apply to the Project, the Property or any improvements thereon; further, Subcontractor/Seller shall execute and file a lien discharge or appropriate discharge notice in the applicable registry or property records office for any previously filed liens on the Property, and shall provide proof thereof to Contractor and the Owner, as a condition precedent to final payment hereunder;

(b) waives and releases any and all rights and claims it has against or under any labor, material, payment, performance or lien discharge bond pertaining to the Project, and, with respect to the Project, further waives and releases any and all rights and claims it has under the Miller Act (40 U.S.C. §§ 3131-3133) or any similar State statute that requires a material and/or payment bond for the Project; and

(c) waives and releases any and all claims, causes of action, suits, damages, judgments and demands of any kind, character and description, whether known, unknown, asserted or unasserted against Contractor, Contractor's bonding company, the Owner and their respective directors, officers, principals, general and limited partners, employees, agents, subsidiaries, parents and related corporations, successors and assigns, arising out of or in any way related to the Project, the Subcontract/Purchase Order or the performance of the Work or Services, or the supply of the Goods.

**NOTICE: THIS DOCUMENT WAIVES AND RELEASES RIGHTS UNCONDITIONALLY. BY SIGNING THIS DOCUMENT THE UNDERSIGNED, ON BEHALF OF SUBCONTRACTOR/SELLER, AGREES THAT THE FINAL PAYMENT TO BE MADE TO SUBCONTRACTOR/SELLER BY CONTRACTOR AS PROVIDED ABOVE IS ADEQUATE CONSIDERATION FOR WAIVING AND RELEASING SUCH RIGHTS AND THAT SUCH WAIVER AND RELEASE SHALL BE EFFECTIVE UPON SUBCONTRACTOR/SELLER'S RECEIPT OF SUCH FINAL PAYMENT.**

# EXHIBIT "I"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

| | |
|---|---|
| **ACKNOWLEDGED BY AND AGREED TO** by the Subcontractor/Seller, through its authorized Undersigned representative, as of the date set forth below. | **Notarizing only required if document is not signed electronically with DocuSign.** |
| | Signed, sworn to and subscribed before the undersigned witness and notary public: |
| **SUBCONTRACTOR/SELLER:** | **Signature of Notary Public:** |
| **Signature:** | **Notary Public/Notary Seal:** |
| **Printed Name and Title:** | |
| **Date:** | **My Commission Expires:** |

**Exhibit I, Page 3 of 3**

Exhibit I – Final Estimate for Payment, Unconditional Waiver and Release (08.2020 ed. Rev. 0)

Version 0.1, Draft for Review

# EXHIBIT "J"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

Note: If this Exhibit J is annexed to a Purchase Order, the term "Subcontract" means the Purchase Order, the term "Contractor" means Buyer, the term "Subcontractor" means Seller, the term "Sub-subcontractors" means Sub-suppliers and the term "Work" means the Goods and Services, each as defined in the Purchase Order terms and conditions.

## STANDARD SUBCONTRACTOR ENVIRONMENTAL HEALTH and SAFETY REQUIREMENTS

Contractor is dedicated to providing an Injury-Free Environment® (IFE). Contractor expects Subcontractor management, supervision and workers to embrace environmental health and safety (EHS) as a core value. Contractor's EHS requirements are contained in this **Exhibit J** as well as in Contractor's EHS Manual for the Project, which is hereby incorporated into this Subcontract. Subcontractor understands its responsibility to maintain a safe and healthy working environment and Subcontractor and its Sub-subcontractors shall abide by the requirements contained in the EHS Manual. The EHS Manual is available to Subcontractor upon Subcontractor's request. In addition, Subcontractor and its Sub-subcontractors shall, at no additional cost to Contractor, comply with the following requirements:

**Regulatory Compliance:**
Subcontractor agrees that the prevention of accidents to workmen engaged upon or in the vicinity of the project is its responsibility. Subcontractor agrees to comply with all federal, state, county and municipal laws, ordinances, rules, regulations, codes, standards, orders and requirements concerning environmental, health and safety that are applicable to the Work, including, among others, the Federal Occupational Safety and Health Act of 1970 ("OSHA") and the policies and guidelines set forth by the Environmental Protection Agency ("EPA") , as amended, and all standards, rules, regulations and orders which have been and shall be adopted or issued there under, and with EHS standards established by Contractor and the Owner. The most stringent of the aforementioned laws, ordinances, rules, regulations, codes, standards, orders and requirements shall prevail.

**EHS Planning:**
Subcontractor and its Sub-subcontractors will fully utilize Contractor's PlanIt safety management system  to develop a Construction Work Plan for each activity identifying the controls Subcontractor will employ to mitigate hazards and potential environmental impacts associated with Subcontractor's Work, including the work of its Sub-subcontractors. Construction Work Plans will be submitted to Contractor prior to commencing Work. Subcontractor and its Sub-subcontractors will also prepare a Daily Hazard Analysis outlining the activities, hazards and controls associated with the Work and related activities that will be performed that shift. Subcontractor and its Sub-subcontractors will review Daily Hazard Analysis with their employees at the start of each shift and as required throughout the shift.

**Minimum Working Apparel:**
Subcontractor agrees that the minimum working apparel includes hardhat meeting the current version of ANSI Standard Z89.1, safety glasses and side shields meeting the current version of ANSI Standard Z87.1, high visibility attire meeting ANSI Class 2 requirements (ANSI Class 3 requirements must be met when working in traffic and/or at night), ANSI cut level 3 gloves, shirt with three inch or longer sleeves and long pants. All workers shall wear safety-toed work boots with a minimum of six inch ankle support and a puncture resistant sole. Refer to the Personal Protection Equipment section of the EHS Manual for more specific requirements.

**EHS Orientation, Training and Programs:**
Subcontractor agrees that all of its employees and its Sub-subcontractors' employees will attend a Project-specific EHS orientation provided by or authorized by Contractor prior to beginning work. Subcontractor shall provide training as required by all federal, state, county and municipal laws, ordinances, rules, regulations, codes, standards, orders and requirements concerning environmental, health and safety that are applicable to the Work, including, but not limited to, the Federal Occupational Safety and Health Act of 1970 ("OSHA") and the policies and guidelines set forth by the Environmental Protection Agency (EPA), as amended, and all standards, rules, regulations and orders which have been and shall be adopted or issued thereunder, and with EHS standards established by Contractor and the Owner, including Contractor's  IFE program and Stretch and Flex Program. Documentation of training shall be provided to Contractor. The most stringent of the aforementioned laws, ordinances, rules, regulations, codes, standards, orders and requirements shall prevail.

# EXHIBIT "J"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

**Housekeeping and Orderliness:**
Subcontractor agrees that all equipment, tools, and materials will be stored, stacked, placed, or setup in such a manner as to maintain safe access and egress, as well as a clean and orderly workplace. Subcontractor agrees to remove all debris and trash daily. Should Contractor deem the Subcontractor in nonconformance with these requirements, Contractor will direct Subcontractor to take corrective action immediately. Should the Subcontractor neglect to take such corrective measures, Contractor may do so at the expense of Subcontractor and may deduct the cost thereof from any payments due or to become due to Subcontractor.

**Fall Prevention and Protection Policy:**
Subcontractor shall ensure that workers exposed to a fall hazard of six (6) feet or greater will work with continuous fall protection. Subcontractor will take all practical measures to eliminate, prevent and control fall hazards of six (6) feet or more before resorting to a personal fall arrest system. All connectors must be self-retracting lifelines ("SRL") with a locking snap hook that has a gate rated for 3,600 pounds. Trauma straps with full body harnesses shall be used in conjunction with SRLs. Decelerating lanyards will not be permitted. If there is potential for sharp or leading edges, leading edges rated SRLs shall be used. When personal fall arrest is required, Subcontractor shall provide such proper equipment for this purpose and all necessary instruction and training in the care and use of the equipment, including refresher training. All training shall be documented and made available to Contractor.

**Aerial Work Platforms:**
Subcontractor shall ensure that all boom lifts are fitted with appropriate primary or secondary guarding devices in an effort to eliminate operator crushing incidents. A primary guarding device is a physical structure that prevents the operator from being crushed. A secondary guarding device is an alarm and/or sensor bar that alerts ground personnel when the operator is in a potential crush hazard. Employees will wear a full body harness and be tied off with a SRL to the manufacturer's designated anchorage point at all times while operating all boom lifts and scissor lifts.

**Ladders:**
Subcontractor agrees to evaluate all tasks that require Work at heights with the expectation that these tasks will be performed using methods other than a ladder. Subcontractor agrees to use portable scaffold devices, scissor lifts, scaffold towers, podium/platform ladders (acceptable only with the top rail at least 30 inches above the platform), lift pods, etc. as the primary means to work at heights. Contractor may permit ladder use when Subcontractor demonstrates it is unfeasible to use all other options to complete the task and must be documented in the CWP and DHA.

**Hazard Communication:**
Prior to mobilization, Subcontractor will provide Contractor with Project specific hazardous material inventory list and Safety Data Sheets (SDS) for each hazardous material Subcontractor and its Sub-subcontractors will bring onto the Project site.

**Subcontractor EHS Representative:**
Prior to mobilization, each Subcontractor that is expected to always have less than thirty (30) workers, including workers of any Sub-subcontractors, on the Project site must identify an EHS representative who has completed the OSHA ten (10) hour outreach training. This individual will have the authority to ensure the Subcontractor's implementation, compliance with and enforcement of the EHS Manual. The EHS representative may also have other onsite duties.

Each Subcontractor that is expected to have thirty (30) or more workers, including workers of any Sub-subcontractors, on the Project site at any time must provide a full-time, onsite EHS professional upon mobilization of the first employee. Subcontractor will submit documentation to Contractor that the proposed EHS professional has the following minimum qualifications:
- Three (3) years construction EHS experience
- Specialized training relevant to scope of work
- OSHA 30-hour outreach training
- Working knowledge of EHS regulations and hazard control methods
- Demonstrated ability to conduct EHS training

Additional EHS professionals may be required if the Subcontractor performs high risk activities defined by Contractor or have more than 150 workers. Contractor reserves the right to reject Subcontractor's proposed EHS representative/professional.

# EXHIBIT "J"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

Contractor reserves the right to require Subcontractor to replace its Project EHS representative/professional if Contractor determines the individual is not qualified, is ineffective, or is not fulfilling all applicable EHS responsibilities.

**Work Hours Report:**
By the fifth day of each month, Subcontractor shall submit total hours worked for the previous month to Contractor. Monthly payment requests will not be processed until hours worked are submitted to Contractor.

**Injuries and Incidents:**
Subcontractor shall notify Contractor of any incident or injury involving an employee of Subcontractor or one of its Sub-subcontractors on the day of the injury or incident. Subcontractor shall conduct a comprehensive incident investigation and submit a written report to Contractor within twenty-four (24) hours of the incident or injury. Subcontractor agrees that all injuries and incidents will be investigated to determine root cause, corrective action and preventative action to ensure similar injuries or incidents do not occur.

**Post Incident Drug and Alcohol Screening:**
Subcontractor and Sub-subcontractors agree that all workers involved in any incident, where damage to property or an injury treated by a physician occurred, will, as local law allows, be subject to post-incident drug and alcohol testing within three (3) hours. Subcontractor will transport the workers involved to an appropriate collection facility.

**Accountability:**
All Subcontractor or Sub-subcontractor are expected to comply with the EHS Manual and all applicable laws, ordinances, rules, regulations, codes, standards, orders and requirements noted under Regulatory Compliance above. As discussed in the Accountability section of the EHS Manual, Subcontractors and Sub-subcontractors who have workers that fail to comply with applicable laws, rules, regulations, codes, standards, orders and requirements are responsible for disciplining their respective workers.

**EHS Nonconformance:**
When ordered by Contractor, Subcontractor shall stop any part of the Work that Contractor in its discretion deems unsafe, unhealthy and/or may have an adverse environmental impact until corrective measures satisfactory to Contractor have been taken. Subcontractor agrees that it shall not have or make any claim for damages growing out of such stoppages. Should Subcontractor neglect to take such corrective measures, Contractor may do so at the expense of the Subcontractor and deduct the cost thereof from any payments due or to become due to Subcontractor. Failure on the part of Contractor to stop unsafe or unhealthy practices shall in no way relieve Subcontractor of its responsibility therefor. Within twenty-four (24) hours of being ordered by Contractor to stop the Work, Subcontractor will develop and submit to Contractor a written Corrective Action Plan and Preventative Action Plan for any unsafe, unhealthy and/or environmentally adverse practice(s) that are the subject of Contractor's notice.

**Prohibited Articles:**
Subcontractor and Sub-subcontractors will, consistent with applicable law, prohibit the use, possession, control, sale, purchase, transportation, and distribution of the following on Contractor projects:
- Illegal and illicit drugs, including but not limited to marijuana, mood and mind altering substances, "look-alike" substances, designer and synthetic drugs, and certain inhalants and over-the-counter drugs
- Prescription drugs not prescribed by a physician
- Drug paraphernalia, equipment, and literature related to illegal drugs and substance use
- Alcohol products and beverages
- Weapons, firearms, ammunition, explosives, and fireworks

**Illegal Acts:**
The theft, conversion, misappropriation, unauthorized removal, possession, or use of property or equipment belonging to Contractor, Owner, Subcontractor, or other worker, including but not limited to materials, tools documents, and propriety information, is prohibited.

**Searches:**

# EXHIBIT "J"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

Subcontractor and Sub-subcontractors understand that Contractor may, consistent with applicable law and regulations, conduct reasonable unannounced searches of the Work and/or Project area and personal searches of workers and others on the Project, including but not limited to personal effects, vehicles, lockers, gang boxes, tool boxes, clothing, meal containers, and baggage. Searches will be performed by authorized personnel and may include the use of scent-trained dogs.

**Penalties:**
Subcontractor and Sub-subcontractors agree that anyone found using, possessing, selling, distributing, transporting any prohibited article; at the project site while under the influence of a prohibited drug or alcohol; engaged in an illegal act; refuses to submit to a lawful search of property or person; or refused, delayed, diluted or otherwise altered a lawfully required urine and/or blood analysis may be immediately removed from the Project by Contractor and also may be prohibited from working on other Contractor projects.

**Regulatory Inspections:**
If Contractor is fined by any regulatory inspection by a Federal, State, County or Municipal agency or body as a result of any act or omission of Subcontractor or one of its Sub-subcontractors, Contractor will deduct the amount thereof and associated costs from any payments due or to become due to Subcontractor.

# EXHIBIT "K"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

## STANDARD CHANGE ORDER

| | | | |
|---|---|---|---|
| **To:** | **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** | **Date:** | |
| **Address:** | 120 B Brook Ave<br>Deer Park, NY, 11729<br>USA | **Project No.:** | 1215024-100 |
| | | **Project Name:** | NYCEDC Citywide Ferry Service Project |
| **Subcontract/Purchase Order No.:** | 1215024-100.030 | | |
| **Change Order No.:** | | **Cost Code:** | 200.16000030.5020 |

**1. CHANGE IDENTIFICATION:** The following changes are hereby made to the above-referenced Subcontract/Purchase Order:

*[Describe changes made]*

**2. ADJUSTMENT TO SUBCONTRACT/PURCHASE ORDER AMOUNT**:   As consideration for the change(s) identified in Section 1, the Subcontract/Purchase Order Amount is increased / decreased by:

| | **DOLLARS** | **$** | |
|---|---|---|---|

|  | |
|---|---|
| Original Subcontract/Purchase Order Amount: | $            627,732 |
| Net of Previous Change Orders<br>     No. 1 through No.        : | $ |
| Subcontract/Purchase Order Amount before<br>     this Change Order: | $ |
| The Amount of this Change Order: | $ |
| Revised Subcontract/Purchase Order Amount: | $ |

**IF NO ADJUSTMENT IS MADE, THE SUBCONTRACT/PURCHASE ORDER AMOUNT REMAINS UNCHANGED.**

**3.  ADJUSTMENT TO TIME FOR PERFORMANCE**: In connection with the change(s) noted in Section 1, Subcontractor/Seller agrees that its time for performance under the Subcontract/Purchase Order will be adjusted as follows:

*[If the Change Order extends the schedule, identify the number of days of the extension; if there is a new Substantial Completion date, identify the date; if there is any change to any parts of the Work (e.g. submittals, equipment delivery dates, etc., identify the new dates.]*

**IF NO ADJUSTMENT IS MADE, SUBCONTRACTOR'S/SELLER'S TIME FOR PERFORMANCE REMAINS UNCHANGED.**

By executing this Change Order, Subcontractor/Seller attests that the Subcontract Adjustment/Purchase Order adjustment provided herein is adequate and constitutes compensation in full for all costs, claims, markup, and expenses, direct or indirect, attributable to this or any other prior Change Orders.  Subcontractor/Seller further attests that the Subcontract Adjustment/Purchase Order adjustment provided herein constitutes compensation in full for any delays, acceleration, or loss of efficiency encountered by Subcontractor in the

**Exhibit K, Page 1 of 2**

**Standard Change Order**                                                                                          **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "K"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

performance of the Work, or the Seller in the performance of Services and/or delivery of Goods, as applicable, through the date of this Change Order, and for the performance of this and any prior Change Orders by or before the date of Substantial Completion.

**EXCEPT AS EXPRESSLY MODIFIED HEREIN, THE TERMS AND CONDITIONS OF THE SUBCONTRACT / PURCHASE ORDER REMAIN UNCHANGED.**

| **Contractor/Buyer:** | **Subcontractor/Seller:** |
|---|---|
| **Skanska USA Building Inc.** | **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** |
| By: _____ | By: _____ |
| (Signature)          (Date) | (Signature)          (Date) |
| _____ | _____ |
| (Printed Name)          (Title) | (Printed Name)          (Title) |

*IF NOT SIGNED AND RETURNED WITHIN TEN (10) DAYS, THIS DOCUMENT IS SUBJECT TO CANCELLATION.*

**Standard Change Order
(08.2020 ed. Rev. 0)**                                                      **Version 0.1, Draft for Review**

# EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## PROJECT SPECIFIC REQUIREMENTS

1.  TAXES AND LAWS .................................................................................2
    1.1.   Taxes                                                            2
    1.2.   Compliance with Laws                                            2
    1.3.   Corporation/City Requirements                                   3
2.  LABOR REQUIREMENTS ........................................................................4
    2.1.   Labor Jurisdiction                                              4
    2.2.   Equal Employment Opportunity/Employment Reports                 4
    2.3.   M/WBE Requirements                                              5
3.  LAYOUT, TESTING, AND INSPECTION ........................................................5
    3.1.   Layout                                                          6
    3.2.   Testing                                                         6
    3.3.   Inspection                                                      6
4.  DOCUMENTATION AND COMMUNICATION ..................................................6
    4.1.   Construction Documents                                          6
    4.2.   Printing                                                        6
    4.3.   Submittals                                                      6
    4.4.   Requests for Information                                        6
    4.5.   Closeout Documents                                              6
    4.6.   Software                                                        6
    4.7.   E-mail                                                          7
5.  SCHEDULE ......................................................................................7
    5.1.   Subcontractor Schedule Submission                               7
    5.2.   Three-Week Look Ahead Schedules                                 7
6.  COORDINATION DRAWINGS ..................................................................7
    6.1.   Coordination Drawings                                           7
    6.2.   Drawing Backgrounds                                             7
    6.3.   Failure to Produce Drawings                                     7
    6.4.   Acceptance of Coordination Drawings                             7
7.  SUBMITTALS ....................................................................................8
    7.1.   Submittal Delivery                                              8
    7.2.   Submittals for Related Elements                                 8
    7.3.   Informational Submittals                                        8
8.  SUBSTITUTIONS .................................................................................8
    8.1.   Substitution Requirements                                       8
    8.2.   Substitution Considerations                                     8
9.  MATERIALS & EQUIPMENT ...................................................................8
    9.1.   Subcontractor Responsibilities                                  8
    9.2.   Owner Furnished Equipment and Materials                         9
    9.3.   Owner Review of Equipment Pricing                               9
    9.4.   Equipment Maintenance                                           9
10. QUALITY CONTROL .............................................................................9
    10.1.  Inspection Attendance                                           9
    10.2.  Inspection Notice and Witness                                   9

# EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

| | | |
|---|---|---|
| 10.3. | Manufacture/Fabrication Inspection | 9 |
| 11. | CLOSEOUT PROCEDURES | 9 |
| 11.1. | Project Closeout Requirements | 9 |
| 11.2. | As-Built Drawings | 10 |
| 12. | APPENDIX L, OUTSIDE FUNDING SOURCE PROVISIONS | 10 |
| 12.1. | General Terms. | 10 |
| 12.2. | Termination or Suspension Related to Unavailability of Funds. | 10 |

## TAXES AND LAWS

### 1.1.    Taxes

Sales and Use Tax shall be considered as follows:

The New York City Economic Development Corporation and the City of New York are exempt from sales and use taxes imposed by Article 28 of the NYS State Tax Law.  Purchases of tangible personal property by Subcontractor arising out of this Subcontract are exempt from the sales and use taxes to the extent that such property is used to alter, maintain or improve, and becomes an integral component part of real property.  This exemption does not apply to tools, machinery, equipment or other real property leased by the Subcontractor, or to supplies, materials or other property that are consumed in the construction or for any reason not incorporated into the real property.

| NY Form | Description | Provision |
|---|---|---|
| ST-119.1 | Exempt Organization Exempt Purchase Certificate | Certification that a Project Owner has been designated an Exempt Organization. |
| ST-120.1 | Contractor Exempt Purchase Certificate | Exemption from sales tax on a contractor's purchases of services, and building materials which are incorporated into real property owned by an exempt organization. |
| ST-124 | Certificate of Capital Improvement | The contractor is not required to collect sales tax on repair labor from the owner. |
| | Exempt Organization Appointment of Agent Form | Exemption from sales tax on a contractor's purchases of taxable services all consumable costs including equipment rental, office supplies, and safety apparel. |

### 1.2.    Compliance with Laws

Where the Contract Documents or any part thereof conflict with Applicable Law, it is intended that Applicable Law be followed.  Subcontractor shall at once report to Contractor any inconsistency with any Applicable Law prior to proceeding with the affected Work.  Subcontractor shall comply with all federal requirements for federally funded Project Assignments.  Subcontractor shall comply with all applicable laws, rules, terms, provisions, conditions or other requirements required by the governmental entity providing funding for a Project awarded under this Subcontract.

**Exhibit M, Page 2 of 11**

Project Specific Requirements                                                                                    Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

## EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

**1.3.    Corporation/City Requirements**

(a)   The Subcontractor shall comply with the registration requirements of the New York City Economic Development Corporation ("Corporation") and the City of New York ("City"). For Subcontractor amount totals less than $100,000.00, the Subcontractor shall comply with the Corporation's internal qualification and background investigation forms. For Subcontract amount totals of $100,000.00 or more, the Subcontractor shall comply with the Mayor's Office of Contracts Investigations Forms. All private carters employed by any Subcontractor (or subcontractors of Subcontractors) must comply with the registration requirements of the City of New York Business Integrity Commission.

(b)   The Corporation's and/or City's approval of this Subcontract, if required, is a precondition to the validity of this Subcontract.

(c)   The personnel of Subcontractor shall cooperate fully with the personnel of the Corporation including, without limitation, the Corporation's Director, and, in the event any personnel of the Subcontractor fails to cooperate, the Subcontractor shall relieve them of their duties of performance under this Subcontract.

(d)   The Corporation, the City Comptroller, or their designees shall have the right on reasonable notice to inspect the operations and records of Subcontractor relating to this Subcontract.

(e)   Tropical hardwoods, as defined in Section 165 of the New York State Finance Law, shall not be used in the performance of this Subcontract except as expressly permitted by the foregoing provision of law. The Subcontractor shall comply with the MacBride Principles. The provisions of Section 24-216 (relating to noise control) of the City's Administrative Code apply to the same extent as if the Corporation were a "contracting agency" under such Section 24-216.

(f)   Subcontractor shall hold all Confidential Information provided by the Contractor or Corporation in the strictest confidence. Confidential Information means any and all information, records, data, materials, documents, electronic files or Work Product of the Corporation and/or the City or any of its agencies provided to the Subcontractor or developed by the Subcontractor in the performance of its duties hereunder, except that which (i) shall have otherwise become publicly available through no fault of Subcontractor; (ii) becomes available to the Subcontractor on a non-confidential basis from a source other than the Contractor, Corporation, the City or any of its agencies; or (iii) is known by the Subcontractor prior to its receipt from the Contractor, Corporation, the City or any of its agencies without any obligations of confidentiality with respect thereto. Subcontractor agrees to:

(i)      use the Confidential Information solely for evaluation and the performance of its Work under this Subcontract;

(ii)     not disclose the Confidential Information outside of its sub-subcontractors who have agreed in advance in writing to be bound by the terms of this Section 1.3 (e) and its employees and to limit dissemination to only those sub-subcontractors and employees who have a need to know it in order to accomplish the services;

(iii)    execute any confidentiality agreements required by any governmental or other entities or individuals which provide any information, records, data, materials, documents or electronic files to Subcontractors for use in performance of the services; and

(iv)     not disclose the Confidential Information for three (3) years following Final Completion of the Project.

Subcontractor represents that it has adequate safeguards and procedures to protect the confidentiality of records and information and to limit dissemination only to authorized employees as necessary for the performance of its Work. All Confidential Information provided to Subcontractor shall remain the property of the Corporation.

Subcontractor agrees that money damages would not be a sufficient remedy in the event of any breach of this Section and that, in addition to all other remedies which may be available, the Contractor and/or Corporation shall be entitled to specific performance and injunctive or other equitable relief as a remedy for any such breach. Subcontractor shall defend, hold harmless and indemnify the Contractor and Corporation for any and

**Project Specific Requirements**
**(08.2020 ed. Rev. 0)**

Exhibit M, Page 3 of 11

**Version 0.1, Draft for Review**

DocuSign Envelope ID: 2811B65A-97EA-97FA-49F3-9729-ABED4EE3292E

# EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

all claims, losses, expenses and/or damages arising out of breach of this Section or unauthorized use of the Confidential Information.

(g) Subcontractor acknowledges that there is no privity of contract between the Subcontractor and the Corporation or the City, and that neither the Corporation nor the City will incur any liability by virtue of any act, omission, negligence, or obligation of the Subcontractor or the Contractor. Neither the Subcontractor nor any of its employees nor any of the Subcontractor's subcontractors is or shall be an agent, servant or employee of the Corporation (or, if applicable, its affiliate) or the City by virtue of the Construction Subcontract or by virtue of any approval, permit, license, grant, right or other authorization given by the Corporation (or, if applicable, its affiliate), or the City or any of its officers, agents or employees.

(h) The Subcontractor shall indemnify, defend and hold harmless the Corporation and the City, their agents, employees, members, directors, officials and officers against any and all claims, judgments or liabilities to which they may be subject (including, without limitation, any and all claims for injuries to persons (including death) and damage to property) because of any negligence or any fault or default of the Subcontractor, its agents, employees or subcontractors or the breach of the Subcontractor's obligations under the Subcontract.

(i) The Subcontract may be assigned without the written consent of the Subcontractor to the City, the Corporation or any other corporation, agency or instrumentality having authority to accept the assignment

# LABOR REQUIREMENTS

## 2.1. Labor Jurisdiction

The Subcontractor and all its Sub-subcontractors engaged in on-site construction work shall insofar as permitted by law employ crafts properly having proper jurisdiction.

## 2.2.    Equal Employment Opportunity/Employment Reports

The Subcontractor shall comply with the applicable provisions of the Equal Employment and Affirmative Action Compliance for Non-Construction Contracts Addendum (the "Executive Order No. 50 (1980) Supply and Service Rider" or "E.O. 50"). Subcontractor agrees that it:

(1) will not discriminate unlawfully against any employee or applicant for employment because of race, creed, color, national origin, sex, age, handicap, marital status, sexual orientation or citizenship status with respect to all employment decisions including, but not limited to recruitment, hiring, upgrading, demotion, downgrading, transfer, training, rates of pay or other forms of compensation, layoff, termination, and all other terms and conditions of employment;

(2) will not discriminate in the selection of sub-subcontractors on the basis of the owner's, partners' or shareholders' race, color, creed, national origin, sex, age, handicap, marital status, sexual orientation or citizenship status;

(3) will state in all solicitations or advertisements for employees placed by or on behalf of the subcontractor that all qualified applicants will receive consideration for employment without regard to race, creed, color, national origin, sex, age, handicap, marital status, sexual orientation or citizenship status or is an equal employment opportunity employer;

(4) will send to each labor organization or representative of workers with which it has a collective bargaining agreement or other contract or memorandum of understanding, written notification of its equal employment opportunity commitments under E.O. 50 (§ 10-14) and the rules and regulations promulgated thereunder;

(5) will furnish before the subcontract is awarded all information and reports including an Employment Report which are required by E.O. 50 (§ 10-14) the rules and regulations promulgated thereunder, and orders of the Director of the Office of Labor Services ("Division"). Copies of all required reports are available upon request from the contracting agency; and

(6) will permit the Division to have access to all relevant books, records and accounts by the Division for the purposes of investigation to ascertain compliance with such rules, regulations, and orders.

# EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

The Subcontractor understands that in the event of its noncompliance with the nondiscrimination clauses of this subcontract or with any of such rules, regulations, or orders, such noncompliance shall constitute a material breach of the contract and noncompliance with E.O. 50 (§ 10-14) and the rules and regulations promulgated thereunder. After a hearing held pursuant to the rules of the Division, the Director may direct the imposition by the contracting agency head of any or all of the following sanctions:

(i) disapproval of the Subcontractor;

(ii) suspension or termination of the Subcontract;

(iii) declaring the Subcontractor in default; or

(iv) in lieu of any of the foregoing sanctions, the Director may impose an employment program.

The Director of the Division may recommend to the contracting agency head that a subcontractor who has repeatedly failed to comply with E.O. 50 (§ 10-14) and the rules and regulations promulgated thereunder be determined to be nonresponsible.

The Subcontractor further agrees that it will refrain from entering into any contract or contract modification subject to E.O. 50 (§ 10-14) and the rules and regulations promulgated thereunder with a sub-subcontractor who is not in compliance with the requirements of E.O. 50 (§ 10-14) and the rules and regulations promulgated thereunder.

The Subcontractor shall complete and submit Employment Reports (as required by E.O. 50) in forms approved by the Corporation to the Contractor.  Subcontractors that provide any on-site activity shall complete and submit Payroll Reports to the Contractor in forms approved by the Corporation.

The foregoing provisions shall be deemed supplementary to, and not in lieu of,  or in substitution for, the applicable provisions of the New York State Labor Law relating to non-discrimination, and other applicable legal requirements.  Subcontractor shall be liable to Contractor  if  Subcontractor fails to comply with  the Corporation's  E.O. Requirements, and as a result of such failure Owner imposes fines and penalties upon Contractor.  Subcontractor agrees to indemnify and hold Contractor harmless and to reimburse Contractor for any and all costs, fines and penalties directly attributable to Subcontractor's breach of the Corporation's E.O. Requirements.

## 2.3.  M/WBE Requirements

Subcontractor agrees at no additional cost to Contractor and as a material term of this Subcontract, to fully comply with all requirements of the Corporation's M/WBE Program applicable to this Subcontract based on Local Law Section 6-129 of the Administrative Code of the City of New York.  The Local Law creates a program for participation by minority and women-owned business enterprises (MBEs and WBEs) in City procurement.  Subcontractor further agrees to require its sub-subcontractors to follow these requirements in the award of lower tier contractors in connection with the Project.  Subcontractor shall comply with the Corporation's M/WBE reporting requirements, and shall be required to report to Contractor with each monthly payment requisition, or otherwise as requested, the value of minority contracts as a percentage of the total value of the Subcontract.  Subcontractor shall submit to Contractor its Affirmative Action Plan which demonstrates its best efforts to provide for equal employment opportunities for Minorities and Women, and a goal oriented Utilization Plan for Minority Business Enterprises ("MBE") and Woman Business Enterprises ("WBE") participation in the form and substance as may be required by the Corporation.  Subcontractor represents that it will meet any commitments to utilize MBE/WBE firms made to Contractor at time of Subcontract award and acknowledges that such commitments were a critical component in Contractor's decision to award the Work to Subcontractor.  Subcontractor shall be liable  to Contractor  if  Subcontractor fails to comply with  the Corporation's  M/WBE Requirements, and as a result of such failure Owner imposes fines and penalties upon Contractor. Subcontractor agrees to indemnify and hold Contractor harmless and to reimburse Contractor for any and all costs, fines and penalties directly attributable to Subcontractor's breach of the Corporation's M/WBE Requirements.

## LAYOUT, TESTING, AND INSPECTION

DocuSign Envelope ID: 2811B65A-97FA-49F3-9729-ABED4EE3292E

# EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## 3.1. Layout

Subcontractor shall include all layout required for its Work. Property line boundaries, two reference coordinates, and a datum bench will be provided for use by all requiring such. Subcontractor shall provide all field measurements and verification necessary to complete the Work.

## 3.2. Testing

Unless stated otherwise in the Contract Documents, the Owner will retain an independent agent to perform all on site testing and inspection. Subcontractor shall assist the agent in obtaining samples and gathering data as needed relative to its work.

## 3.3. Inspection

Subcontractor is responsible for all coordination and scheduling/calling in of all local, state, and federal building inspections. Contractor must be notified of all scheduled inspections at least twenty-four (24) hours in advance. Subcontractor also shall submit to Contractor all inspection reports. Subcontractor shall be responsible for all costs for re-inspection or re-testing due to deficiencies of the Work.

## DOCUMENTATION AND COMMUNICATION

### 4.1. Construction Documents

Subcontractor will receive one (1) set of the Contract Documents listed in Exhibit B for construction. Extra sets can be obtained from Contractor at Subcontractor's expense

### 4.2. Printing

Subcontractor is responsible for all printing costs necessary to complete the Work and to comply with all documentation requirements of the Contract Documents, including but not limited to shop drawings, as-builts, and additional sets of plans and specifications.

### 4.3. Submittals

Submittal data shall be provided in the following quantity:
- Shop Drawings – Six (6) prints plus two (2) correctable translucent reproducible prints
- Product Data – Eight (8) sets
- Samples – Four (4) of each type

At a minimum, one (1) reviewed copy or print will be returned for Subcontractor's use. Subcontractor shall allow a maximum of ten (10) working days for review and return of submittals.

### 4.4. Requests for Information

Interpretations requested by Subcontractor for the proper execution or progress of the Work, in the form of drawings or otherwise, will be requested by Subcontractor in writing, using Contractor's "Request for Information" (RFI) forms. Contractor will issue its response in writing.

### 4.5. Closeout Documents

Closeout documents shall be provided in the following quantity:
- As-Built Drawings – One (1) original plus one (1) copy
- O&M Manuals – Six (6) sets
- All other documents – One (1) original plus one (1) copy

### 4.6. Software

Subcontractor will implement and prepare all documents using the project standard software as follows:
- Word processing and spreadsheets: Microsoft Office 2000
- Scheduling – Primavera SureTrak Project Manager (2.0 or higher)

**Exhibit M, Page 6 of 11**

**Project Specific Requirements**                                                                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

---

- ▪ Drafting – AutoCAD (2000 or higher)

**4.7.    E-mail**

Subcontractor must use e-mail for transmitting and receiving project documentation to and from Contractor. This will include, but is not limited to such items: General Communications, RFIs, Field Directives, Meeting Minutes, Pencil-copy Requisitions, and when applicable, Submittals.  Subcontractor must have at least a 256K connection to the Internet.

## SCHEDULE

**5.1.  Subcontractor Schedule Submission**

Within fifteen (15) calendar days after Subcontract award, Subcontractor will be required to submit a man-loaded bar chart schedule indicating the work execution plan within the guidelines and dates set forth by the Contractor.  The schedule shall show Work commencing at Subcontract award and, as a minimum, shall include activities for submittal preparation, review and approval, significant procurement items, and all construction activities for each of the several and distinct portions of the Work.  The time frames and activity durations shall include all related work necessary to complete this scope.  All known construction constraints must be indicated on the Subcontractor schedule.  Examples of constraints would be equipment deliveries by Contractor or Owner, or material deliveries by Subcontractor, plant shutdowns required, work performed by others, and constraints between activities.

**5.2.    Three-Week Look Ahead Schedules**

Subcontractor shall prepare a three (3) week look-ahead schedule each week and submit it to Contractor one (1) day prior to the weekly job coordination meeting.  The estimated percent complete for activities in progress during the current week are to be included.  For activities that extend beyond the three (3) week window, a forecast current finish date is to be estimated.  Forms shall be provided by the Contractor.

## COORDINATION DRAWINGS

**6.1.    Coordination Drawings**

Coordination drawing plans (minimum 1/4" scale) and sections (minimum 1/2" scale) shall show all horizontal and vertical dimensions of the Work for building room layouts, structural elements, sprayed fireproofing, pipe with insulation and/or conduit over 1-1/2", racks of more than three (3) pipes or conduit and all ductwork including insulation thickness, regardless of size.

**6.2.    Drawing Backgrounds**

Electronic copies of selected CAD (Computer Aided Design) drawing files with architectural backgrounds will be given to Subcontractor upon request.  Subcontractor will be responsible for any cost to convert electronic CAD files furnished by Contractor.

**6.3.    Failure to Produce Drawings**

If Subcontractor fails to produce all of its initial coordination drawings within the time allocated and in the manner required, Contractor may produce the drawings and all costs incurred by Contractor to do so will be backcharged to Subcontractor.

**6.4.    Acceptance of Coordination Drawings**

If Subcontractor participates in the production of coordination drawings, Subcontractor will be required to sign off on the final coordination drawings to indicate its acceptance thereof prior to the commencement of its Work or any other contractor's work in any given area.  All costs attributable to failure of a Subcontractor to provide its timely approval of the coordination drawings or failure to cooperate in the production or assembly of input for said drawings shall be borne by the Subcontractor.

**Exhibit M, Page 7 of 11**

**Project Specific Requirements**                                                                      **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

DocuSign Envelope ID: 2811B65A-97FA-49F3-9729-ABED4EE3292E

# EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## SUBMITTALS

### 7.1. Submittal Delivery

Submittals shall be provided by Subcontractor using a Submittal Cover Sheet. All submittals shall be delivered via overnight service or hand delivery.

### 7.2. Submittals for Related Elements

Subcontractor shall coordinate its transmittal of different submittals to Contractor involving related elements so processing will not be delayed by need to postpone review of submittals until related submittals are received. Contractor reserves the right to withhold action of submittals requiring coordination with other submittals until related submittals are received.

### 7.3. Informational Submittals

Subcontractor submittals that are not required by the Contract Documents to be acted upon may be returned without action.

## SUBSTITUTIONS

### 8.1. Substitution Requirements

In order for Contractor to consider a substitution to the Subcontract requirements, Subcontractor shall complete a Request for Substitution form and provide supporting documentation as required to allow for a full and complete review of the request by Contractor.

### 8.2. Substitution Considerations

Contractor will consider proposed substitutions when specified as "or equal" or "or approved equal" provisions are stated in the Contract Documents. Contractor will also consider substitutions if:
- Specified product is not obtainable
- Delivery date of specified product is such that the scheduled date of substantial completion of Work will be delayed.
- At any time during construction, and after an order has been placed, circumstances beyond control of Subcontractor affecting manufacture or delivery of product may cause delay.
- For any other reason Subcontractor believes a substitution may be in the best interest of Contractor.

Contractor will NOT consider proposed substitutions if:
- Contract Documents do not allow for substitutions.
- Substitution will not provide the same or better warranty.
- Substitutions are indicated or implied on the submittals without having been formally requested.
- Substitution implementation requires major revision in Work in order to use proposed substitution.
- Substitution materially alters design concept including color, size, or function originally intended by specified product.

The decision to accept or reject a Subcontractor request for a substitution, other than a substitution of an "or equal" or an "or approved equal" as provided in the Contract Documents, will be made by Contractor in its sole discretion.

## MATERIALS & EQUIPMENT

### 9.1. Subcontractor Responsibilities

Subcontractor shall be responsible for proper removal, disposal, scheduling, delivery, receiving, unloading, inspecting, inventorying, storing, handling, protecting, relocating, hoisting, distributing, laying out, installing, cleaning, and protection for items to be furnished and/or installed by Subcontractor as part of the Work.

**Exhibit M, Page 8 of 11**

**Project Specific Requirements**
**(08.2020 ed. Rev. 0)**

**Version 0.1, Draft for Review**

# EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

9.2.    **Owner Furnished Equipment and Materials**
The Owner reserves the right to procure, under its name and on its forms, equipment and materials. Such equipment and material will be provided to Subcontractor for installation in a timely manner to support construction.

9.3.    **Owner Review of Equipment Pricing**
Prior to purchasing major pieces of equipment, Contractor reserves the right to require Subcontractor to reveal pricing from all specified vendors, in order to allow the Owner the option of selecting a preferred vendor.

9.4.    **Equipment Maintenance**
Subcontractor shall service and maintain equipment installed as part of the Work under the Subcontract until acceptance by the Owner. On, or just prior to the date of Owner's acceptance, Subcontractor shall refurbish and return the respective equipment to "Like New" condition. When the equipment has been refurbished as required, the equipment shall be turned over to the Owner and any specified warranty period shall begin.

## QUALITY CONTROL

10.1.    **Inspection Attendance**
Subcontractor shall attend inspections applicable to its Work. Subcontractor shall provide the required materials, supervision, and personnel to facilitate these inspections and fully demonstrate the operation of systems and equipment installed.

10.2.    **Inspection Notice and Witness**
Subcontractor shall give Contractor sufficient advance written notice (not less than seven (7) working days) of when and where inspection and/or testing will be performed by Subcontractor or by its independent testing agency so that the Contractor, Architect, and/or Owner may observe same. Contractor will witness and sign off on any successful test; any test not witnessed by a Contractor representative due to Subcontractor's failure to provide notice as required may have to be repeated. Subcontractor shall comply with all valid directives of any testing and inspection agency, engineers, etc. Any observation or sign off by Contractor, the Architect, and/or the Owner of any inspection or testing shall not relieve Subcontractor of its obligations under this Subcontract.

10.3.    **Manufacture/Fabrication Inspection**
Contractor, Owner, the Architect and their authorized representatives shall have the right on twenty-four (24) hours notice to visit the premises of the Subcontractor and its Sub-subcontractors to inspect all material or equipment in process of manufacture or fabrication with regard to material, design, quality of workmanship and progress of the work. Subcontractor and its Sub-subcontractors shall provide Contractor, Owner, the Architect and their authorized representatives with all assistance practicable, including drawings and other documents, as well as a guide who is familiar with the work in progress.

## CLOSEOUT PROCEDURES

11.1.    **Project Closeout Requirements**
Project closeout procedures shall consist of the following:
- Complete construction and provide start-up testing of equipment
- Conduct a final walk-through inspection to ensure completion of punchlist items
- Provide on-site instruction and training as required
- Remove all temporary facilities and utilities
- Repair or replace property damaged by construction activities or temporary facilities
- Complete final cleaning activities
- Submit as-built drawings and other record documents in required quantity
- Store spare parts and products and submit list of items stored

## EXHIBIT "M"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

- ▪ Provide sets in the required quantity of O&M data, spare parts lists, warranties, guarantees, instruction manuals, users manuals, etc. for equipment provided and as required by the Contract Documents
- ▪ Submit a final billing with final release of lien and other required paperwork for processing
- ▪ Submit a list that includes name, address, and telephone number of each entity installing product or equipment.  Include local representatives and service organizations most convenient to the Project site.

### 11.2.  As-Built Drawings

The following shall define the requirements when completing as-built drawings:

- ▪ The initials of the person making the entry and the date change shall be recorded for the each revision.
- ▪ All construction changes authorized by change order and not incorporated into the Contract Documents shall be recorded.
- ▪ Dimensions of buried or concealed Work not originally shown on the drawings shall be indicated.

## APPENDIX L, OUTSIDE FUNDING SOURCE PROVISIONS

### 12.1. General Terms.

This Contract will be funded in whole or in part by the Funds identified in Part I, Section 4.1 of this Contract. The receipt of such Funds is conditioned upon the Consultant's compliance with certain mandatory federal, State and City terms and conditions. The Consultant must comply with all applicable mandatory terms and conditions set forth in the Applicable Statutes and Applicable Agreements including, without limitation, those set forth in Part I, Section 4.4, 4.5, this Appendix, Appendix J and in Appendix K. This Appendix shall be annexed to and made a part of any subcontract entered into by the Consultant pursuant to this Contract, and shall be binding on any Subcontractor. To the extent any terms and conditions set forth in this Appendix conflict with any other terms of this Contract, the terms and conditions of this Appendix shall govern. In the event any terms and conditions set forth in this Appendix conflict with the terms and conditions of Appendix J or Appendix K, the more stringent of the conflicting provisions shall govern.

Consultant acknowledges and agrees that the Corporation has the right to delegate the responsibilities of the Director to the City or such agency of the City as may be appropriate.

The Funds have been made available for the Project under the Applicable Statutes and Applicable Agreements including, without limitation, those listed in Part I, Section 4.4 and 4.5, and any other governing statute or agreement related to the Funds, the Project and/or the Contract.

Notwithstanding anything to the contrary in this Contract, the Corporation shall be under no obligation to make such payments except when, and to the extent, such Funds are available. The Corporation shall not be liable to the Consultant in the event any or all of such Funds are not made available.

### 12.2. Termination or Suspension Related to Unavailability of Funds.

In addition to any other right to postpone, delay suspend or terminate the Services or the Contract set forth in this Contract, if, pursuant to the Applicable Statutes or Applicable Agreements or otherwise, there shall be a suspension, termination or reduction of the Funds funding this Contract as a result of which Funds are not available for some or all payments under this Contract, the Corporation shall so notify the Consultant and the Consultant shall, and agrees to, cease to perform the activities specified in the notice (permanently or temporarily, as specified in the notice) on the date set forth therein, which may be immediately. The Consultant shall assume no further binding obligations in connection with any Services specified in the notice to be stopped, after the date set forth in the notice, except that such cessation need only be for the period of suspension if the Services are suspended rather than terminated. The award of Funds funding this Contract may be suspended or

**Exhibit M, Page 10 of 11**

**Project Specific Requirements**                                                                                          **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "M"

**Attachment to Agreement No. 1215024-100.030,** dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

terminated if the Consultant materially fails to comply with any term of such award. The award may also be terminated for convenience in accordance with the Applicable Statutes and Applicable Agreement.

**Exhibit M, Page 11 of 11**

**Project Specific Requirements**
**(08.2020 ed. Rev. 0)**

**Version 0.1, Draft for Review**

# EXHIBIT "N"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## SUPPLEMENTAL TERMS AND CONDITIONS TO SUBCONTRACT
## FOR USE IN THE STATE OF NEW YORK

**Subcontract No. 1215024-100.030 between Skanska USA Building Inc. and KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP dated May 21, 2021, is hereby modified as follows:**

**Exhibit "E" to the Subcontract, entitled "STANDARD SUBCONTRACT TERMS AND CONDITIONS," is modified as follows:**

**Insert the following new section:**

***5.1.1    New York Specific Payment Provision.***
The payment terms provided in this Subcontract are intended to constitute a lawful agreement which is permitted under New York General Business Law § 756(a) et seq. To the extent it is not legally permissible to make this agreement, all payment terms are modified to comply with the provisions of New York law, both as to the receipt and review of progress requisitions and to interim and final payments, once received from the Owner.

Subcontractor and Contractor acknowledge that there is a risk that the Owner, in breach of its obligations to Contractor, may make late payments or may, under certain circumstances such as insolvency, not make required payments to Contractor. As a consequence of the foregoing, and consistent with the Contractor's and Subcontractor's allocation of risk under this Subcontract, and as a result of the fact that Subcontractor accepts the risks of the creditworthiness and solvency of the Owner and has taken such risks into consideration in agreeing to the terms of this Subcontract, including the Subcontract Amount, the Subcontractor agrees that Contractor's receipt of payment from the Owner on account of the Work of Subcontractor and its requisitions for payment (whether interim requisitions or a final requisition, including retainage) shall be, to the fullest extent allowed by law, a condition precedent to Subcontractor's right to receive payment from Contractor. In the event that Contractor has not received payment from the Owner on account of the Work of Subcontractor, Contractor may, in its sole discretion, assign to Subcontractor, the rights of Contractor to pursue claims against the Owner for the payment due to Contractor on account of the Work performed by Subcontractor, which assignment Subcontractor must accept in full and complete liquidation of Contractor's payment obligations to Subcontractor. Contractor and Subcontractor further acknowledge that notwithstanding the condition precedent payment protection afforded to Contractor by this Subcontract, Subcontractor is entitled to pursue any and all rights it has under the Lien Law of the State of New York in the event that Subcontractor is not paid the amounts earned under this Subcontract; and that for the sole purpose of ascertaining the date upon which payment is due to Subcontractor under the Lien Law of the State of New York, it shall be the date upon which payment would be due if Contractor was timely paid by the Owner on account of Subcontractor's unpaid requisition(s) for payment. To the extent that the provisions of this Section are inconsistent with any rights under the Lien Law of the State of New York, the provisions of this Section shall be affected only with respect to those matters that protect Subcontractor's rights to maintain and enforce a mechanic's lien against the Project. Subcontractor agrees that its filing of a mechanic's lien in full accordance with the Lien Law of the State of New York and its prosecution of its mechanic's lien claim in a court of law, and its collection, if any, of any such judgment upon foreclosure and sale of the Project, shall fully satisfy all claims that Subcontractor has against Contractor. If the foregoing is deemed unenforceable by a court of law, then Subcontractor's prosecution of its mechanic's lien claim and collection, if any, of any such judgment upon foreclosure and sale of the Project, shall be a condition precedent to the right of Subcontractor to pursue any claim against Contractor. Nothing herein is intended to limit Contractor's rights against Subcontractor under any other terms of this Subcontract.

## Section 18.1(b) is deleted in its entirety and replaced with the following:

(b)    Any actual or alleged injury or death to any person or damage to or destruction of any property (including loss of use thereof) or any other damage or loss by whomsoever suffered resulting from or arising out of or in connection with or as a consequence of, the provision of the Work, as well as any additional, extra or add-on work, which were caused, in whole or in part, by Subcontractor, or any person or entity employed, either directly or indirectly, by the Subcontractor, including any Sub-subcontractors and their employees. Subcontractor and Contractor expressly agree that this indemnification agreement contemplates: (i) full indemnity in the event of liability imposed by the Indemnified Parties without negligence and solely by reason of statute, operation of law or otherwise; and (ii) partial indemnity in the event of any actual negligence on the part of the Indemnified Parties either causing or contributing to the underlying claim, in which case indemnification will be limited to any liability imposed over and above that percentage attributable to actual fault, whether by statute, by operation of law or otherwise. Where partial indemnity is provided under this Subcontract, all costs, professional fees, attorneys' fees, expenses and disbursements and other litigation or investigative expenses shall be paid by Subcontractor on a pro rata basis.

**Exhibit N, Page 1 of 2**

# EXHIBIT "N"

**Attachment to Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

**END OF DOCUMENT**

**Exhibit N, Page 2 of 2**

**Supplemental Terms and Conditions to Subcontract**                    **Version 0.1, Draft for Review**
**State of New York (08.2020 ed. Rev. 0)**

# EXHIBIT "T1"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

## DISADVANTAGED BUSINESS ENTERPRISES PROGRAM SUMMARY

**Note**: If this Exhibit is annexed to a Purchase Order, the term "Subcontract" means the Purchase Order, the term "Contractor" means Buyer, the term "Subcontractor" means Seller, the term "Sub-subcontractors" means Sub-suppliers and the term "Work" means the Goods and Services, each as defined in the Purchase Order terms and conditions.

### 1. **Owner's Program.**
As set forth in the Owner Contract and any related program rules incorporated therein by reference or by Applicable Law ("Owner's Program"), Contractor and its Subcontractors are required to make good faith efforts to meet or exceed Owner established Project contracting hiring goals with persons or firms that are eligible for participation credit **under** the Owner's Program. These persons or firms are referred to collectively as "Disadvantaged Business Enterprises" ("DBE").and include but are not limited to minority business enterprises, small business enterprises or women-owned business enterprises.

### 2. **Participation Goals.**
Subcontractor acknowledges that the Owner has established contracting hiring goals for this Project. In support of Contactor's efforts to reach those goals, Subcontractor shall, consistent with the requirements of the Owner's Program, make good faith efforts to meet or exceed the following goals as a percentage of the value of its Subcontract amount for this Project (hereinafter "Subcontractor's Participation Goal"):

| Cumulative Goal | | |
|---|---|---|
| 100% MWBE DSBS Certified | | |
| **Accepted Designations** *List all* | **Segmented Goals** *(if applicable)* | |
| | | % |
| | | % |
| | | % |
| | | % |
| | | % |
| | | % |

If the Subcontract amount is increased as a result of change orders, Subcontractor shall use good faith efforts to achieve a commensurate increase in Subcontractor's Participation Goal for the Project.

Subcontractor shall take reasonable steps to ensure that qualified and certified DBEs are provided opportunities to compete for work under this Subcontract. Subcontractor shall carry out all requirements of Applicable Law in the award, administration and participation of certified DBEs to achieve the Subcontractor's Participation Goal. Contractor shall have the right to disqualify a Subcontractor proposed DBE from Subcontractor's Participation Goal if, in Contractor's judgment, the DBE would not qualify for credits under the Owner's Program. In such event, Subcontractor shall be required to make alternative arrangements to meet Subcontractor's Participation Goal.

### 3. **Good Faith Efforts.**
It is the responsibility of the Subcontractor to document its good faith efforts to meet its DBE participation goals under the Owner Program. Subject to the definition of "good faith efforts" in the Owner Program, if any, examples of good faith efforts include, but are not limited to,

- Soliciting Disadvantaged Business Enterprise business through all reasonable and available means. Including, without limitation:
  - Obtaining lists of certified DBE businesses maintained by the certifying agency;
  - Contacting DBEs by phone, email or in person to request quotes; and
  - Attendance at DBE outreach fairs.
- Structuring the Project Work to maximize potential for DBE participation Including, without limitation;
  - Selecting portions of work suitable for DBEs to perform to increase the likelihood that the project's DBE utilization goals will be achieved. This includes, where appropriate, breaking out the contract work into economically feasible units to facilitate DBE participation.

### 4. **Liquidated Damages.**

**The Owner Contract provides for potential liquidated damages with respect to failure to achieve the Owner's hiring goals:**

X Yes

    No

Insofar as the Owner Contract provides for potential liquidated damages with respect to a failure to achieve the Owner's hiring goals for this Project, the Owner may assess liquidated damages against Contractor.
In such event, Subcontractor shall, on the same basis, be liable to Contractor for any such liquidated damages assessed against Contractor that are attributable to Subcontractor or anyone for whom Subcontractor is responsible, and such liability shall be without prejudice to any other remedies available to Contractor under the terms of this Subcontract, at law or in equity.

### 5. **Subcontractor's Participation Plan.**
Attached hereto as **Exhibit T-2** is Subcontractor's plan for meeting Subcontractor's Participation Goal ("Subcontractor's Participation Plan"), which identifies, to the extent known, the certified DBEs that Subcontractor plans to engage to satisfy Subcontractor's Participation Goal, and which includes a copy of each identified DBEs certification. Subcontractor warrants that

**Exhibit T1, T2 & T3**
**(08.2020 ed. Rev. 0)**

**Version 0.1, Draft for Review**

# EXHIBIT "T1"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

each DBE listed in Subcontractor's Plan is certified by the Owner or appropriate agency as of the execution date of this Subcontract. Throughout the course of the Project and whenever requested by Contractor in writing, Subcontractor shall update the Subcontractor's Participation Plan, demonstrating the level of DBE participation necessary to achieve Subcontractor's Participation Goal. Subcontractor represents with respect to each DBE listed in its Subcontractor's Participation Plan that:

(a) based on information known to Subcontractor after reasonable inquiry, Subcontractor believes the person or business entity listed to be a bona fide Disadvantaged Business Enterprise within the meaning of the Owner's Program that is independently, technically and financially qualified to perform the scope of work or services specified in Subcontractor's Participation Plan; and,

(b) Subcontractor will enter into a written agreement with the DBE or with an approved substitute (see Article 7 of this Exhibit) for procedures to make changes to Subcontractor's Plan), subject to the terms and conditions of the Subcontract for the work described in Subcontractor's Participation Plan.

**6. Procedure for Changes to Subcontractor's Plan and/or Utilization Reports.**
Subcontractor agrees that it will make no changes to Subcontractor's Participation Plan or terminate an agreement with a DBE identified in Subcontractor's Participation Plan or Utilization Reports without delivering written notice to Contractor at least ten (10) calendar days in advance. In the event that Skanska is required to obtain the Owner's approval before termination or substitution of a DBE of any tier, Subcontractor shall not proceed with substitution or termination until Contractor has received Owner's approval.

Should a DBE fail to complete its work for any reason, Subcontractor shall secure a replacement DBE to attain the same type and amount of Participation Credit. If Subcontractor is unable to secure a replacement DBE, Subcontractor shall notify Contractor in writing immediately so that Contractor may, if appropriate, request a waiver from the Owner for the portion of Subcontractor's Participation Goal allocable to that scope.

**7. Utilization Reports and DBE Status Verifications.**
Subcontractor shall submit to Contractor with each monthly estimate for payment a written utilization report (the "Utilization Report") in the form annexed hereto as **Exhibit T-2**, listing all lower-tier DBEs for which Subcontractor is seeking payment and identifying its progress towards meeting Subcontractor's Participation Goal.

In addition, Subcontractor shall furnish to Contractor a DBE Status Verification ("DBE Status Verification") in the form annexed hereto as **Exhibit T-3** signed by each DBE for which Subcontractor is claiming participation credit in any utilization report. The DBE Status Verification shall be submitted by Subcontractor with the first estimate for payment that includes amounts payable to the DBE. Subcontractor acknowledges that Contractor may withhold amounts allocable to the DBE in said estimate for payment and any subsequent estimates for payment

until such time as Subcontractor submits the DBE Status Verification on behalf of the DBE.

Subcontractor acknowledges that Contractor shall have the right to verify Subcontractor's payments to lower tier DBEs identified in Subcontractor's Utilization Reports in order to track progress toward achievement of Subcontractor's Participation Goal.

Subcontractor understands that Contractor is relying upon the information contained in Subcontractor's Participation Plan, Utilization Reports and DBE Status Verification. By submitting each Participation Plan, Utilization Report, and DBE Status Verification, Subcontractor and each DBE, as applicable, certifies that the information contained therein is current, full, truthful, accurate and complete to the best of the Subcontractor's knowledge, information and belief, and further represents and warrants to Contractor that it is in compliance with Applicable Law and Owner's Program. Subcontractor shall promptly notify Contractor should there be any material change to the Participation Plan, Utilization Reports or DBE Status Verification submitted. The making of false statements and/or submission of incorrect information to Contractor in any of said documents constitutes a material breach of this Subcontract, which, at the option of Contractor, shall subject Subcontractor to the default and termination provisions of this Subcontract and any other remedies available to Contractor under the terms of this Subcontract, at law, or in equity.

**8. Participation Shortfall.**
Subcontractor acknowledges that it must meet or exceed Subcontractor's Participation Goal or, if it fails to do so, furnish to Contractor and Owner documentation demonstrating that Subcontractor has made satisfactory good faith efforts to meet Subcontractor's Participation Goal. If Subcontractor is unable to identify a DBE to perform a specific scope of work in furtherance of meeting Subcontractor's Participation Goal, Subcontractor shall notify Contractor in writing immediately so that Contractor may, if appropriate, request a waiver from the Owner for the portion of Subcontractor's Participation Goal allocable to that scope. In such event, Subcontractor shall promptly furnish Contractor with documentation demonstrating its good faith efforts with respect to the scope of work that is the subject of the requested waiver.

**9. Subcontractor's Compliance.**
Subcontractor shall comply with all Applicable Laws, including but not limited to those relating to the Owner's Program, and whether or not provided for by the Plans, Specifications, General Conditions, or other Contract Documents. Subcontractor shall remedy any violations or instances of non-compliance at its own expense, and shall, upon written demand by Contractor, furnish such evidence as Contractor or Owner may require demonstrating that such violation or non-compliance has been remedied. Subcontractor agrees that Contractor has the right, at no additional cost to Contractor, to direct Subcontractor to take necessary corrective and remedial actions.

Exhibits T1, T2 & T3, Page 2 of 6

Exhibit T1, T2 & T3
(08.2020 ed. Rev. 0)

Version 0.1, Draft for Review

# EXHIBIT "T2"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## INSTRUCTIONS TO BIDDERS

**At time of bid:** Subcontractor will submit this form as its initial DBE Participation Plan with the blue-colored sections of the form completed, identifying, to the extent known, the certified DBEs that Subcontractor plans to engage to satisfy Subcontractor's Participation Goal. When names of DBEs are not known, Subcontractor shall identify the scope(s) of work it anticipates DBEs will perform.

**After work commences:** Subcontractor will submit this form as a monthly written Utilization Report with all sections of the form completed, providing a monthly report Subcontractor is making progress toward fulfillment of its DBE Participation Goal.
If an Owner provides forms for monthly reporting, Exhibit T-2 will serve as the Subcontractor's initial DBE Participation Plan only and the Owner's forms shall be used for monthly reporting.

**Exhibit T-2**

**Prime Subcontractor's Initial DBE Participation Plan and Monthly Utilization Report**

| Skanska project name | | | | | | | At time of bid | |
|---|---|---|---|---|---|---|---|---|
| Prime subcontractor name | | | Change orders | $ | 9,000,000.00 | | Updated monthly | |
| Prime subcontract no. | | | Prime percent complete | 25% | | | No action necessary | |
| Prime scope of work | | | Adjusted contract amount | $ | 10,000,000 | | | |
| Submission date/reporting period | | | Planned DBE participation | 0.0% | $ | - | | |
| | | | Paid to date (PTD) to DBEs: | 0.0% | $ | - | | |

| Disadvantaged Business Enterprise (DBE) Name | DBE Scope of Work | Tier | Certification *(select one)* | Planned DBE % | Planned DBE $ | Monthly Payment | DBE PTD % | DBE PTD $ |
|---|---|---|---|---|---|---|---|---|
| | | Select | | 0% | $ - | $ - | #DIV/0! | $ - |
| | | Select | | 0% | $ - | $ - | #DIV/0! | $ - |
| | | Select | | 0% | $ - | $ - | #DIV/0! | $ - |
| | | Select | | 0% | $ - | $ - | #DIV/0! | $ - |
| | | Select | | 0% | $ - | $ - | #DIV/0! | $ - |
| | | Select | | 0% | $ - | $ - | #DIV/0! | $ - |
| | | Select | | 0% | $ - | $ - | #DIV/0! | $ - |
| | | Select | | 0% | $ - | $ - | #DIV/0! | $ - |
| **Totals** | | | | **0.00%** | $ - | $ - | | $ - |

The Original contract amount is $ 1,000,000.

**Note:** The term Disadvantaged Business Enterprise (DBE) refers to any enterprise type that is eligible for participation credit under the Owner's Program.

**Exhibits T1, T2 & T3, Page 3 of 6**

**Exhibit T1, T2 & T3
(08.2020 ed. Rev. 0)**                                                                 **Version 0.1, Draft for Review**

**EXHIBIT "T3"**

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

# Exhibit "T-3"
# Disadvantaged Business Enterprise Status Verification

As set forth in the Owner Contract and any related program rules incorporated therein by reference or by Applicable Law ("Owner's Program"), Contractor and its Subcontractors are required to make good faith efforts to meet goals established by the Owner for hiring persons or firms that are eligible for participation credit under the Owner's Program. Such a person or firm is referred to as a "Disadvantaged Business Enterprise" ("DBE"). DBEs include but are not limited to minority business enterprises, small business enterprises or women-owned business enterprises. Consistent with the Contractor's Disadvantaged Enterprises Program Summary for the above-referenced Project, this Disadvantaged Enterprise Status Verification (hereinafter "Verification") is required to be completed by every lower-tier DBE for which a Subcontractor claims participation credit under the Owner's Program. The Subcontractor shall collect and submit the Verification from each lower-tier DBE utilized

on the Project with the first estimate for payment that includes amounts payable to said DBE. Contractor may withhold from Subcontractor payments of amounts allocable to the DBE until this Verification is received by Contractor.

| | |
|---|---|
| **DBE company name:**<br>(hereinafter the "Enterprise") | |
| **Enterprise address:** | |
| **Enterprise phone:** | |
| **Email address of Company Officer executing this** | |

I,_____(Company Officer executing this Verification) **am employed by the aforementioned Enterprise as**_____(title) **of the Enterprise and verify the following:**

1. The Enterprise has been engaged by_____("Subcontractor"), a Subcontractor to_____("Contractor"), to furnish_____for the
_____ project (hereinafter the "Project").

2. As of the date of this Verification, the Enterprise holds the following valid and current certifications (list all that apply), for the listed scopes of work, with the following industry classification codes designated by the certifying agency:

| Enterprise Type | Certifying Agency | Industry Classification | Approved Scope of Work |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Exhibits T, T1, T2 & T3, Page 4 of 6**

Exhibit T3 – Disadvantaged Enterprise Affidavit       Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

## EXHIBIT "T3"

**Attachment to Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

3.   For each certification identified above, attached hereto are true and accurate copies of documents issued by the certifying agency confirming said certification. (Attach documents)    Attached

4.   Have you ever been decertified? (Check one)

Yes    No

If the answer to this question is "Yes", please include a written explanation of the change in status and identify the date on which the Enterprise ceased to be certified.

5.   Does the Enterprise intend to subcontract or in any other way use another entity ("Other Entity") to perform any portion of the Enterprise's work on this Project? (Check one)

Yes    No

If the answer to this question is "Yes", please include the following information:

   i.   Name of the Other Entity; _____

   ii.   Description of the work the Other Entity will perform;

   _____

   iii.   Dollar value of the Other Entity's work; _____

   iv.   Explanation of the reason the Enterprise will not perform the work itself;

   _____

   v.   State whether and explain to what extent there is any relationship between the Enterprise and the Other Entity such as ownership interest or shared facilities, employees or equipment; and,

   _____

   i.   A copy of the agreement between the Enterprise and the Other Entity for this work. (Attach documents)

        Attached

6.   Is the Enterprise compliant with all Applicable Laws, including those but not limited to those relating to the Owner's Program, as of the date of the execution of this Verification? (Check one)

Yes    No

7.   Enterprise agrees that, if any of the Enterprise's circumstances materially change causing modifications to any answers provided in this form, then the Enterprise has an affirmative duty and must immediately notify the Subcontractor with whom the Enterprise is contracted and the Contractor, in writing, at the time such information changes. Such updated information shall be certified by the Enterprise as current, full, accurate and complete when submitted.

I, an Officer of the Enterprise, hereby certify that I have supplied truthful, accurate and complete responses to each item in this form to the best of my knowledge, information and belief. The Enterprise and I understand that both the Subcontractor with whom the Enterprise is contracted and the Contractor will rely upon the information supplied in this Verification in claiming DBE Participation credit under the Owner's Program for the Project.

Exhibits T, T1, T2 & T3, Page 5 of 6

**Exhibit T3 – Disadvantaged Enterprise Affidavit
(08.2020 ed. Rev. 0)**                                                                                    **Version 0.1, Draft for Review**

# EXHIBIT "T3"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

**Signature:**_____    **Date:** _____

**Printed Name:** _____

**Officer Title:** _____

Exhibits T, T1, T2 & T3, Page 6 of 6

**Exhibit T3 – Disadvantaged Enterprise Affidavit (08.2020 ed. Rev. 0)**                                    **Version 0.1, Draft for Review**

# MWBE/DBE Participation Plan

4/13/2021

The purpose of this form is to ensure that appropriate planning and consideration go into the consultant and contractor utilization process, and to serve as documentation of your commitment to attain the level of MWBE/DBE Participation set forth in this plan. The solicitation materials indicate whether MWBE or DBE goals apply for this contract and this form should be filled out accordingly. Please complete the forms and return (1) an executed PDF to opportunityMWBE@nycedc.com. Any questions should also be directed to this email address.

I affirm that the following statements are true and accurate:

1.1. I will make and thoroughly document every good faith effort to meet the MWBE/DBE Participation Goal set forth herein.

2. This MWBE/DBE Participation Plan lists all consultants and contractors that are expected to work on this project as of the date above , whether MWBE/DBE or not.

3. I have verified that firms listed as MWBE/DBE below are certified by the appropriate entity.

4. I have included an Intent to Perform as Subcontractor Form for each firm listed below as part of this submission.

Signature of Authorized Representative/Preparer

**NANCI-JEAN DENAPOLI**
**VICE PRESIDENT**
Name & Title

Date 4/13/21

**NYCEDC Approval :**

x
Signature of NYCEDC Opportunity M/W/DBE Representative

Name & Title

Date

**Cells in orange are filled in automatically**

## Project Information

| | |
|---|---|
| Contract # | 1215024-100.030 |
| Project Name | Coney Island Creek Electrical |
| Business Name | KND Electric |
| Email | nanci-jean@kndelectric.com |
| Phone | 631 242-1708 |

## Project Calculations

| | |
|---|---|
| Project Award Amount | $627,732.00 |
| Total Amount to Count toward MWBE/DBE Goal | $627,732.00 |
| Projected MWBE/DBE Goal Attainment | 100.00% |

## Contractor/Consultant Award Information

| Contractor/ Consultant | MWBE/DBE? ("Y" or "N") | Award Amount | Services to be Provided | Contracting Party Please indicate the name of the party subcontracting for the services | Is Contracting Party MWBE/DBE? ("Y" or "N") | Amount to Count |
|---|---|---|---|---|---|---|
| KND Electric | Y | $627,732.00 | CIC Electrical Work | N/A | N | $627,732.00 |
| | | | | | | $0 |
| | | | | | | $0 |
| | | | | | 0 | $0 |



**NYC** | Small Business Services
careers | businesses | neighborhoods

WBE

# Certificate

## KND Licensed Electrical Contracting & Services Corp.

This certificate acknowledges that this company has met the criteria as established by the WBE Program at the NYC Department of Small Business Services and is therefore certified as a Woman-owned Business Enterprise (WBE).

Certificate Number

**MWCERT-3801**

Expires on

**2/27/2022**

_Bill de Blasio_
Bill de Blasio, Mayor

_Gregg Bishop_
Gregg Bishop, Commissioner

# EXHIBIT "U"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

## SUB-SUBCONTRACTOR IDENTIFICATION

**1.**

Name:         N/A

Address:

**2.**

Name:

Address:

**3.**

Name:

Address:

**4.**

Name:

Address:

**5.**

Name:

Address:

**6.**

Name:

Address:

**7.**

Name:

Address:

**8.**

Name:

Address:

**9.**

Name:

Address:

**10.**

Name:

Address:

**11.**

Name:

Address:

**12.**

Name:

Address:

Note:        Continue on the next page, if necessary.

Exhibit U, Page 1 of 1

# EXHIBIT "V"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A.**

## GUARANTEE TO OWNER

PROJECT NAME and ADDRESS:     NYCEDC Citywide Ferry Service Project, N/A ("Project")

OWNER:                                        New York City Economic Development Corporation (Owner, its successors and
assigns (if any), ("Owner"))

CONTRACTOR/BUYER:              Skanska USA Building Inc.

SUBCONTRACTOR/SELLER:      KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP

SCOPE OF WORK/GOODS AND SERVICES:     Coney Island Creek Ferry Landing Electrical Work

START DATE OF WARRANTY PERIOD:

END DATE OF WARRANTY PERIOD:

(NOTE: Notwithstanding the dates listed above, Subcontractor/Seller is responsible to provide warranties and guarantees in accordance with the Owner Contract, the Subcontract/Purchase Order or other governing document and Applicable Law.)

In consideration of the amounts paid by Contractor/Buyer to Subcontractor/Seller under the above referenced Subcontract/Purchase Order for the Project, the undersigned on behalf of Subcontractor/Seller hereby: (1) warrants and certifies to the Owner, as applicable, that: (a) all "Work" (as defined in the Subcontract) strictly conforms to all requirements of the Subcontract; or (b) all "Goods" and "Services" (as defined in the Purchase Order) strictly conform to all requirements of the Purchase Order; and (2) guarantees to Owner that in the event any of the Work or Goods or Services do not so conform to the requirements of the Subcontract/Purchase Order, that Subcontractor/Seller shall remedy such nonconformity in the time and manner required in the Subcontract/Purchase Order.

The undersigned on behalf of Subcontractor/Seller agrees that this guarantee is an independent obligation between Subcontractor/Seller and Owner and that Owner may enforce this guarantee directly against Subcontractor/Seller and require that any nonconforming Work or Goods or Services be remedied by Subcontractor/Seller as required by the Subcontract/Purchase Order at no cost to Owner. The undersigned on behalf of Subcontractor/Seller further agrees that in the event Subcontractor/Seller fails to remedy nonconforming Work or Goods or Services as required in the Subcontract/Purchase Order within seventy-two (72) hours after Owner has provided notice thereof (or shorter period of time if required in the Subcontract/Purchase Order), then the Owner may, at its option, remedy such nonconformity by whatever method it reasonably deems expedient and charge the costs incurred in connection therewith to Subcontractor/Seller. The undersigned on behalf of Subcontractor/Seller further agrees that if the Owner, in its sole judgment, determines that an emergency situation exists in connection with a nonconformity in the Work or Goods or Services requiring immediate corrective action, then Owner may, without notice to Subcontractor/Seller, remedy the nonconformity by whatever method it reasonably deems expedient and charge the costs incurred in connection therewith to Subcontractor/Seller.

KND LICENSED ELECTRICAL
ACTING & SERVICES CORP
_____
(Subcontractor/Seller)

BY: _____

_____
(Name and Title Printed)

Local Representative to be contracted for     Name:
service:
                                                                    Address:

                                                                    Telephone:
                                                                    Email:

Bonding/Surety Company:                        Name:
                                                                    Address:

                                                                    Telephone:
                                                                    Bond No.:
                                                                    Contract No.:

**Exhibit V, Page 1 of 1**

# EXHIBIT "W"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## OWNER CONFIDENTIALITY & NONDISCLOSURE REQUIREMENTS

Subcontractor acknowledges and agrees that it will execute the following confidentiality and nondisclosure agreement provided by the Owner, subject to Article 19.4 of Exhibit E.

**Exhibit W, Page 1 of 1**

**Owner Confidentiality and Nondisclosure Requirements**                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT "X"

**Attachment to Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## SITE REQUIREMENTS AND LOGISTICS

If this Exhibit X is annexed to a Purchase Order, Rental Agreement or Professional Services Agreement the term "Subcontract" means the Purchase Order, Rental Agreement or Professional Services Agreement. The following terms are also revised (to the extent applicable) to the following terms as defined in each agreement. The term "Subcontractor" means Seller, Lessor or Consultant. The term "Sub-subcontractors" means Subsuppliers or sub-consultants. The term "Work" means the Goods and/or Services or Equipment. The term "Contractor" means Buyer or Lessee.

## 1. TEMPORARY MEASURES

### 1.1. Temporary Trailers

Subcontractor shall place and relocate its office and storage trailers, at its own expense, when and where directed by Contractor, and is responsible for acquisition, permits, maintenance, utilities, and demobilization. All utility hookups and consumption charges will be Subcontractor's responsibility.

### 1.2. Temporary Water

Subcontractor shall provide its own temporary water supply as required. Piping material used must be approved by Contractor before installation. Subcontractor shall be responsible for supplying its own extensions from the temporary water supply. The cost of water consumption will be by others.

### 1.3. Drinking Water

Subcontractor shall provide its own drinking water, ice, and cups.

### 1.4. Temporary Sanitary Facilities

Temporary toilets shall be provided by Contractor for use by all site contractors except as noted otherwise.

### 1.5. Temporary Electric and Lighting

Subcontractor shall provide its own temporary electrical power and lighting as required. Once initial service installation is completed, temporary power, wiring, lighting and distribution will be provided in accordance with then current OSHA requirements. Any requirements in excess of these shall be at the expense of the Subcontractor. Subcontractor shall bear the cost of hook-up of its tools and equipment to the power distribution system. Any electrical service in excess of single phase, 120V power shall be the responsibility of Subcontractor.

### 1.6. Temporary Heat

Subcontractor shall provide temporary heat necessary to maintain minimum temperature and humidity conditions required for the Work. All temporary heating methods and ventilation requirements shall be approved by Contractor.

### 1.7. Telephone

Public pay telephones have not been installed on site. Subcontractor must provide its own telephone service and other communication needs. Use of Contractor field office phones will not be permitted.

### 1.8 Installation, Maintenance, Protection and Removal

The Subcontractor providing temporary service(s) shall install, maintain, protect, and remove the service(s) in accordance with any directives issued by Contractor in connection therewith.

### 1.9 Permits and Fees.

The Subcontractor providing temporary service(s) shall obtain and maintain all necessary permits for such service(s) and pay all fees required for same.

## 2. DESIGNATED AREAS

### 2.1. Trailer Laydown & Storage

**Exhibit X, Page 1 of 5**

Site Requirements and Logistics
(08.2020 ed. Rev. 0)                                                        Version 0.1, Draft for Review

## EXHIBIT "X"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

The location of all trailers, equipment, and stored materials must be submitted to and approved by Contractor prior to delivery to the site. Contractor reserves the right to direct Subcontractor to relocate any said trailers, equipment and materials at no cost to Contractor.

### 2.2.    Break and Eating Areas
Eating will be allowed only in areas so designated by Contractor. Designated break areas must be cleaned daily by all Subcontractors.

### 2.3.    Access
Subcontractor's and its Sub-subcontractor's employees, including office staff, shall be assigned access to the project site through the main employee entrance, and shall sign in and out with plant security. A Subcontractor vehicle pass will be issued. All on-site speed signs and speed limits must be obeyed. All vehicles driven on site must have a current license, registration, and valid inspection sticker. All drivers entering the facility must have a valid driver's license.

### 2.4.    Deliveries
Subcontractor's material deliveries and supplies will be assigned access through a designated gate by Contractor only during the times of 6:30 AM and 3:00 PM. Deliveries should be scheduled with the Contractor who will designate the area for unloading and storage of the material. Contractor reserves the right not to allow trailers onto the Project site if the material delivery is improperly scheduled.

### 2.5.    Parking
No parking within Kaiser Park will be permitted.

### 2.6.    Traffic Control
Subcontractor shall be responsible for any and all traffic control measures to safeguard construction activities from pedestrian and vehicular traffic.

### 2.7.    Storage
The site is limited in storage capability. Subcontractor shall limit materials on hand to those scheduled for imminent installation. Any materials to be stockpiled must receive prior approval of the Contractor. All materials stored on site shall be kept on elevated supports and covered to provide protection from dust, water, mud, snow, and other debris.

### 2.8.    Owner's Facilities
Access to the existing facilities (such as cafeterias, restrooms, lobbies) is prohibited to Subcontractor and its Sub-subcontractor's personnel except as required for the performance of the Work.

## 3.    SITE POLICIES

### 3.1.    Drug Screening and Orientation
Every Subcontractor and Sub-subcontractor employee on the Project site will be required to attend an orientation program and drug screening prior to the start of Work. Subcontractor shall allow for one (1) hour per employee for this requirement. Each employee will be required to sign the "Acknowledgment" page stating that this employee understands all the rules, regulations, and procedures as a condition of their employment on the project.

### 3.2.    Badges
Badges must be worn at all times, above the waist and in full view. All badges must be turned in to the Contractor by the Subcontractor upon completion of any employees' assignment on the Project.

### 3.3.    Smoking/Tobacco Products
Smoking and the use of tobacco products is prohibited in all buildings, trailers, and on all building roofs. Smoking is permitted only in designated areas and is not permitted during a site emergency. Subcontractor shall police its and its Sub-subcontractor's employees to ensure compliance with this policy.

**Exhibit X, Page 2 of 5**

**Site Requirements and Logistics**                                                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

## EXHIBIT "X"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

**3.4.    Security**
Skanska will provide on-site security staff.

**3.5.    Visitors**
No visitors shall be admitted to the jobsite by the Subcontractor, except as necessary to perform the Work , without first obtaining the approval of the Contractor.

**3.6.    Confidentiality**
Subcontractor shall abide by the Owner's policy, which prohibits both the possession of a camera and the taking of photographs on the Owner's property without written permission from the Owner through the Contractor.  Neither Subcontractor nor its Sub-subcontractor shall publish, advertise, or otherwise divulge information with respect to the Work without prior written approval from the Contractor or Owner.

**3.7.    Searches**
Subcontractor and its Sub-subcontractors shall abide by Owner's site security regulations and procedures.  Security personnel are authorized to search vehicles, lunch pails, toolboxes, and persons without prior notification.

**3.8.    Harassment**
In the event any Subcontractor or Sub-subcontractor employee is accused of harassment, Subcontractor shall remove the employee from the Project site.  Retaliating in any way against employees who report harassment is strictly prohibited.

**3.9.    Dumpsters**
Dumpsters shall be provided by the Contractor for all trades.

**3.10.    Cleanup**
Subcontractor shall provide continuous/progressive cleanup necessitated by its operations including daily sweeping of all work areas.  Subcontractor shall provide adequate labor, brooms, shovels, mobile trash containers, carts, buggies, and other cleaning equipment to support the quantity of trash and waste generated by the Work.  All trash and debris shall be deposited in the designated dumpsters on a daily basis.

**3.11.    Noise and Dust**
Contractor reserves the right to stop any operation on the Project site causing excessive noise, dust, etc. at sensitive times or areas.  If a justified compliant is received from the Owner or site neighbor, Subcontractor shall immediately take whatever steps are necessary to correct the situation.  Subcontractor agrees that it will not submit any claim for extra compensation resulting from excessive noise, dust, or other similar scope related stoppage.

**3.12.    Radios**
No radios or walkmans will be permitted on the jobsite.  Subcontractor shall provide cellphones for its on-site foreman and project manager.

## 4.    HOURS OF WORK

**4.1.    Start Time**
At 7:00 a.m. all Subcontractor and Sub-subcontractor employees are to be at their workstations ready to start work.

**4.2.    Break Time**
All Subcontractor and Sub-subcontractor employees shall have a ten (10) minute morning "coffee break" at their workstations unless their work is in a "finished" area.  If job circumstances permit and as determined by the employer, this "coffee break" shall be scheduled for a ten (10) minute period between 9:30 a.m. and 9:50 a.m.  The coffee or non-alcoholic beverages shall be ordered through and delivered to each employee by a designated person.

**4.3.    Lunch Time**

**Exhibit X, Page 3 of 5**

Site Requirements and Logistics                                    Version 0.1, Draft for Review
(08.2020 ed. Rev. 0)

# EXHIBIT "X"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

All Subcontractor and Sub-subcontractor employees shall leave their workstations for lunch break, to an area designated by the Contractor, at 12:00 p.m. Lunch break shall finish at 12:30 p.m. and all employees shall proceed immediately to their workstation ready to start work.

### 4.4.    Finish Time
No Subcontractor or Sub-subcontractor employee shall stop work and leave their workstation prior to 3:15 p.m. to secure tools and/or clean up.

### 4.5.    Loitering
No Subcontractor or Sub-subcontractor employee shall be permitted to enter the Project site sooner than thirty (30) minutes before beginning work, nor permitted to stay longer than thirty (30) minutes after completing work.

### 4.6.    Overtime Requests
Subcontractor shall not perform any work at the Project site other than the times stipulated above, Monday through Friday, unless it has given prior written notification to the Contractor. Subcontractor shall give Contractor at least two (2) hours of notice if it or its Sub-subcontractor's employees will be working after hours or during a weekend or holiday. The notice shall be given, in writing, to the Contractor and shall include the type, location, and timing of the work to be performed, including any heavy equipment to be used.

### 4.7.    Standby Trades
Subcontractor shall be responsible for all costs of standby trades should Subcontractor work other than normal working hours.

## 5.    SITE SAFETY INFORMATION

### 5.1.    Emergency Contact Numbers
From Contractor Field Office: Dial 9-1-1
From exiting plant phones:      Dial Skanska Superintendent TBD

### 5.2.    First Aid
First aid supplies are available at the Contractor field trailer.

### 5.3.    Inclement Weather
In the event of inclement weather prior to departing from home, the Skanska Superintendent can be contacted to determine whether the site is open as usual, having a delayed opening, or closed. During the workday, Contractor will inform Subcontractor to have site personnel depart the site early in cases of heavy snow and/or ice.

## 6.    HOISTING AND TRANSPORTATION

### 6.1.    Hoisting
Contractor will NOT be providing a hoist, crane, or lifts for general use by Subcontractor. Subcontractor shall provide all means and methods for hoisting material, equipment, etc., as required to perform its Work.

### 6.2.    Elevator Usage
N/A

## 7.    COMMUNICATIONS

### 7.1.    Equipment Removal
Subcontractor shall notify the Contractor at least two (2) working days prior to any day it proposes to move heavy equipment into or away from the Project site. Subcontractor shall not proceed until receipt of written approval from the Contractor.

**Exhibit X, Page 4 of 5**

**Site Requirements and Logistics**                                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

## EXHIBIT "X"

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

### 7.2.    Excavation

Subcontractor shall notify Contractor at least two (2) working days prior to date proposed to commence any excavation and shall not commence any such excavation until receipt of written approval from Contractor. When excavation work endangers the stability of known existing facilities, Subcontractor shall provide adequate shoring, bracing, and temporary guying to protect the facilities until backfilling is completed. This protection shall be at Subcontractor's expense. Any excavation (other than pavement or concrete removal) within five (5) feet of existing underground services shall be by hand tools and in strict accordance with any excavation permit that may be issued. Prior to commencement of backfill operations, Subcontractor shall notify Contractor.

### 7.3.    Tie-Ins

When a mechanical, electrical, or instrumentation tie-in is required in existing systems, Subcontractor shall notify Contractor at least two (2) working days prior to the desired tie-in date. The purpose of such notification is to provide time for review of safety considerations, to establish conditions for the Work, and to arrange for permits, orders, and clearances.

### 7.4.    Existing Services

All work relating to the disruption of existing services shall be performed at such times as scheduled by the Owner and Contractor. Subcontractor shall accomplish modifications, relocations, and tie-ins of equipment and piping with minimum downtime of existing operations. Subcontractor shall schedule all such tie-ins with Contractor in advance and obtain approval in writing as required. Subcontractor shall work continuously until tie-ins to existing systems are complete, unless otherwise approved by Contractor.

## 8.    SITE LOGISTICS PLAN

8.1.    To be reviewed further with Skanska and all stakeholders, minimal impact to park and community.

**Exhibit X, Page 5 of 5**

**Site Requirements and Logistics**                                              **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

## EXHIBIT PS-01

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

### SUPPLEMENTAL TERMS AND CONDITIONS TO AGREEMENT

**Agreement No. 1215024-100.030 between Skanska USA Building Inc. and KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP dated May 21, 2021 is hereby modified as follows:**

See attached Tax Exemption Forms and NYCEDC required paperwork to be submitted with all monthly payment requisitions.

New York State Department of Taxation and Finance

**New York State and Local Sales and Use Tax**

# Exempt Organization
# Exempt Purchase Certificate

**ST-119.1**

(10/11)

| | |
|---|---|
| ☐ Single purchase certificate | Your exempt organization number **is not your federal employer identification number** (*see instructions*). |
| ☑ Blanket certificate | |

Exempt organization number (*6-digit number issued by the New York State Tax Department*)

EX - | 1 | 7 | 8 | 1 | 1 | 1 | 7 |

| Name of seller | Name of exempt organization/purchaser |
|---|---|
| Skanska USA Building Inc. | New York City Economic Development Corporation |

| Street address | Street address |
|---|---|
| 350 Fifth Avenue | 110 William Street |

| City | State | ZIP code | City | State | ZIP code |
|---|---|---|---|---|---|
| New York | NY | 10118 | New York | NY | 10038 |

**The exempt organization must be the direct purchaser and payer of record.**

**You may not use this form to purchase motor fuel or diesel motor fuel exempt from tax.**

**Representatives of governmental agencies or diplomatic missions may not use this form.**

**Carefully read** the instructions and other information on the back of this document.

I certify that the organization named above holds a valid Form ST-119, *Exempt Organization Certificate*, and is exempt from New York State and local sales and use taxes on its purchases.

**Certification:** I certify that the above statements are true, complete, and correct, and that no material information has been omitted. I make these statements and issue this exemption certificate with the knowledge that this document provides evidence that state and local sales or use taxes do not apply to a transaction or transactions for which I tendered this document and that willfully issuing this document with the intent to evade any such tax may constitute a felony or other crime under New York State Law, punishable by a substantial fine and a possible jail sentence. I understand that this document is required to be filed with, and delivered to the vendor as agent for the Tax Department for the purposes of section 1838 of the Tax Law and is deemed a document required to be filed with the Tax Department for the purpose of prosecution of offenses. I also understand that the Tax Department is authorized to investigate the validity of tax exclusions or exemptions claimed and the accuracy of any information entered on this document.

| Print or type name of officer of organization | Title |
|---|---|
| Fred D'Ascoli | Assistant Treasurer |
| Signature of officer of organization  | Date issued 10/15/2015 |

---

## Need help?



Visit our Web site at *www.tax.ny.gov*
- get information and manage your taxes online
- check for new online services and features

**Telephone assistance**

Sales Tax Information Center:   (518) 485-2889

To order forms and publications:   (518) 457-5431

**Text Telephone (TTY) Hotline** (for persons with hearing and speech disabilities using a TTY): If you have access to a TTY, contact us at (518) 485-5082. If you do not own a TTY, check with independent living centers or community action programs to find out where machines are available for public use.



**Persons with disabilities:** In compliance with the Americans with Disabilities Act, we will ensure that our lobbies, offices, meeting rooms, and other facilities are accessible to persons with disabilities. If you have questions about special accommodations for persons with disabilities, call the information center.

# APPENDIX C2
## SUBCONTRACTOR / SUPPPLIER
## INTERIM RELEASE, WAIVER AND AFFIDAVIT OF PAYMENTS

| | |
|---|---|
| Name of Project: | |
| Project Address: | |
| Owner: | **NYCEDC/City of New York** |
| Construction Manager: | |
| Name of Subcontractor/Supplier (collectively, "Subcontractor"): | |
| Subcontract/Purchase Order/Service Agreement ("Agreement") Date: | |
| Invoice Date: | |

1. Pursuant to the Agreement reference above, Subcontractor was hired to furnish certain work, labor, materials, equipment and/or other goods and/or services in connection with the Project (the "Work").

2. The following is a statement of all amounts due and paid to the Subcontractor as of the date of this statement covering all labor, materials and equipment used or procured, from commencement of the Project to the date of this statement.

| **Prior Payments** | | |
|---|---|---|
| **1.** | **Total amount paid to date:** | $ |
| **2.** | **Date (up to and including):** | |

3. Subcontractor has received to date the amount stated in Line Item #1, which constitutes full payment of all amounts, costs, charges and expenses due to it under the Agreement and for any procured material, equipment, labor or services, or for any other claims, losses or expense that Subcontractor owes including money on other accounts, billings, invoices or the like in connection with the Project through and including the date stated in Line Item #2.

| **Current Application and Prior Months Outstanding Payments** | | |
|---|---|---|
| **3.** | **Current net payment due:** | $ |
| **4.** | **Prior month(s) net payment due:** | $ |
| **5.** | **TOTAL NET DUE (add lines 3 + 4):** | $ |
| **6.** | **Total Retention withheld:** | $ |

4. The sum of the amounts stated in both Line Item #3 & #4, which represents the current and prior month(s) payments due to Subcontractor, are the only other rights and possible liens that the Subcontractor may have with respect to the Project plus the retention amount stated in Line Item #6 and the items stated in the attached Open Change Log.

5. All taxes due and all payments of fringe and union benefits in connection with the Project payable to date have been paid in full through the date hereof.

6. There are no mechanic's liens or other claims, security interest or other interests, encumbrances or liens with respect to, against or on the Project property, the Project or the Work, arising out of or in connection with the Work, outstanding or known to exist as of the date hereof.

CONTRACT NO. 61550001

## SUBCONTRACTOR / SUPPPLIER
## INTERIM RELEASE, WAIVER AND AFFIDAVIT OF PAYMENTS

| | |
|---|---|
| Name of Project: | |
| Project Address: | |
| Owner: | **NYCEDC/City of New York** |
| Construction Manager: | |
| Name of Subcontractor/Supplier (collectively, "Subcontractor"): | |
| Subcontract/Purchase Order/Service Agreement ("Agreement") Date: | |
| Invoice Date: | |

Upon receipt of payment from the Construction Manager and/or Owner, in the sum of the amounts stated in Line Item #5, Subcontractor for itself and its successors and assigns, does hereby forever release, waive and quitclaim in favor of Construction Manager, Owner, each and every party acquiring title to the property or Project, and any and all of their employees, agents, officers, directors, members, successors and assigns (collectively, the "Released Parties") any and all claims, causes of action, suits, demands, rights pursuant to New York State lien law to file a lien or notice of lien and other rights arising (whether presently existing or accruing hereafter) by reason of any Work performed or labor, materials or equipment provided in the construction of the Project or otherwise arising by reason of any other cause, matter or thing relating to the Project, through the date hereof, except for any retention amount stated in Line #6, and the items stated in the attached Open Change Log ("Released Claims").

The undersigned hereby agrees to indemnify, defend and hold harmless the Released Parties from and against any and all damages, costs, judgments, liabilities, demands, suits and expenses (including reasonable legal fees) directly or indirectly relating to any cause of action, claim or lien filed by any person or entity with respect to (i) any Work performed in the construction of the Project through the date hereof, (ii) any rights waived or released herein, and (iii) any misrepresentation or breach of any certification, affirmation, covenant or warranty made by the undersigned. Upon the request of a Released Party, the undersigned will undertake to defend such causes of action, claims or liens with counsel reasonably acceptable to such Released Party at the sole cost and expense of the undersigned. None of the representations, warranties or covenants in this affidavit are intended to limit any representations, warranties or covenants given prior to the date hereof. This affidavit shall be binding upon the undersigned and its successors and assigns and shall inure to the benefit of Construction Manager, Owner, each and every party acquiring title to the property or Project, and their respective successors and assigns.

I make this statement as _____ of Subcontractor to represent and warrant to the Owner and Construction Manager, and their agents, that the property is free from any other claims or potential claims, including but not limited to construction liens, or the possibility of construction liens except as provided herein.

IN WITNESS WHEREEOF, the undersigned has hereto set its hand this ___ day of _____, 20_____.

Sworn to before me this _____
Day of _____, 20___

_____
**Notary Public**

**Subcontractor:** _____

By (signature): _____

Print Name: _____

Title: _____

CONTRACT NO.  61550001

## SUBCONTRACTOR / SUPPLIER
## INTERIM RELEASE, WAIVER AND AFFIDAVIT OF PAYMENTS

| | |
|---:|:---|
| Name of Project: | |
| Project Address: | |
| Owner: | **NYCEDC/City of New York** |
| Construction Manager: | |
| Name of Subcontractor/Supplier (collectively, "Subcontractor"): | |
| Subcontract/Purchase Order/Service Agreement ("Agreement") Date: | |
| Invoice Date: | |

**Open Change Log (Non – Executed Change Orders)**

List all Open Changes.  DO NOT LIST APPROVED CHANGE ORDERS, **ONLY OPEN ITEMS**

| | Date Initiated | Description | Proposed Value | Has the Work Been Performed or Currently Underway in the Field (YES/NO) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| | Total Value of Pending/Open items listed above | $ | | |

CONTRACT NO. 61550001

Appendix C - 8

## <u>CONTRACTOR'S FINAL RELEASE</u>

TO WHOM IT MAY CONCERN:

_____ (the "Contractor"), in consideration of the receipt from New York City Economic Development Corporation ("the Corporation ") of all monies due to the Contractor under the Contract hereinafter described, releases and discharges the Corporation and The City of New York, their successors and assigns from all actions, debts, claims, mechanics' liens, public improvement liens and demands whatsoever, in law or equity, which the Contractor, its successors and assigns ever had, now have or hereafter may have arising from or related to the Contract (the "Contract") dated _____ between the Corporation and the Contractor for **(describe work and site)** _____ including all change orders thereto.

This FINAL RELEASE may not be changed orally.

IN WITNESS WHEREOF, the Contractor has caused this FINAL RELEASE to be executed by its duly authorized officers on _____, 20___.

CONTRACTOR


By:_____
    Name:
    Office:


STATE OF NEW YORK    )
                      ) ss:
COUNTY OF             )


On _____, 20___, before me personally came _____, to me known, who, by me duly sworn, did depose and say that he or she resides at _____ _____; that he or she is the _____ of the Contractor, the corporation described in and which executed the foregoing FINAL RELEASE and that he or she signed his or her name thereto by like order.


_____
NOTARY PUBLIC


CONTRACT NO. 61550001

Appendix C - 11

Updated 2/22/2013

## NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION
## SUBCONTRACTOR PAYMENT VERIFICATION FORM

| MWBE?<br><br>YES _____ ☐<br><br>NO _____ ☐ | NYCEDC CONTRACT NUMBER | TYPE OF WORK | DATE |
|---|---|---|---|

| CONTRACTOR | SUBCONTRACTOR |
|---|---|
| **NAME** _____ | **NAME** _____ |
| **ADDRESS** _____ | **ADDRESS** _____ |
| _____ | _____ |
| **PHONE** _____ | **PHONE** _____ |
| **FED. ID No.** _____ | **FED. ID No.** _____ |

**AWARD AMOUNT $** _____

**AMOUNT TO BE PAID (THIS PERIOD)$** _____

**AMOUNT PENDING $** _____

**AMOUNT PAID TO DATE**
**(not including Amount to be Paid or Amount Pending) $** _____

**ADDITIONAL NOTES (Use this space to explain special circumstances)**

### CERTIFICATION

I certify that the total payments above reflect the value of the work and that the work was performed solely by the Subcontractor named above, through employees of the Subcontractor who were under direct supervision of employees of the Subcontractor; that payments have been made by the Contractor and received by the Subcontractor as specified above; that there were no rebates, refunds or offsets applied to any payments unless the same is noted above; and that it is known to me to be true of my own knowledge. I understand that providing false information shall be grounds for the application of any applicable criminal and/or civil penalties for perjury

_____          _____
**Contractor's Signature**                    **Subcontractor's Signature**

**Title:** _____          **Title:** _____

**Date:** _____ , 20 _____          **Date:** _____ , 20 _____



## NYCEDC M/W/DBE COMPLIANCE REPORT                                            4/24/2013

The purpose of this form is to track actual payments to subcontractors and monitor progress towards MWBE /DBE goals. .It is your responsibility to know whether MWBE or DBE goals apply to your project, and to choose subcontractors accordingly. Follow the steps below to ensure timely payment.

1. Electronically complete the requested information for all of the subcontractors being paid on this requisition, including non-M/W/DBE firms.

2. *Amount to be Paid* field should show the actual funds to be disbursed to subcontractors, less any subtractions.

3. *Amount Paid to Date* field should capture the cumulative amount of all payments that have already been made, not including the current request.

4. Print and sign form and submit with paperwork for Payment Requisition. Include **Subcontractor Payment Verification Forms or applicable federal forms** for each subcontractor receiving payment. **Failure to complete this form or omitting Subcontractor Payment Verification or applicable federal forms will delay payment**.

5. FOR CONSTRUCTION MANAGEMENT CONTRACTS ONLY: Second-tier subcontractors are counted toward M/W/DBE goals on Construction Management projects. Construction Managers must submit a separate Compliance Report for each direct subcontractor listed who will subcontract work for this project. The direct subcontractor must provide information below for each second-tier subcontractor.  EAch direct subcontractor's plan should be received by Opportunity M/W/DBE prior to the date that subcontractor commences work on the project.

I hereby affirm that the proceeds from this requisition will be distributed according to the schedule below and that all the information provided is true and accurate:

x_____               _____

Authorized Person                                              Date

*Per "Statements" section in RFP/IFB and Contract document, any statements made in any instrument submitted to NYCEDC in connection with the Corporation's M/WBE Program shall be submitted under penalty of perjury and any false or misleading statement or*

| Project Information | | Payment Calculations- *Automatically Calculated* <br> *NOTE FOR CMs: Calculations do not take into account information provided in first-Tier subcontractor payment data. That information will be factored in manually.* | |
|---|---|---|---|
| Contract Number: | | Total Requisition Amount | $0.00 |
| Project Number: | | Payments to Subcontractors (this period) | $0.00 |
| Project Name: | | Payments to M/W/DBE Subcontractors (this period) | $0.00 |
| Firm Name: | | Percentage of Subcontract Payments to M/W/DBEs (this period) | **0%** |
| Project Manager: | | Payments to Subcontractors (all previous periods) | $0.00 |
| Email: | . | Pmts to M/W/DBE Subcontractors (all previous periods) | $0.00 |
| Phone: | | Percentage of Total Pmts to M/W/DBEs (all previous periods) | **0%** |

| Payment Data | | | | | | |
|---|---|---|---|---|---|---|
| **Business Name** | **M/W/DBE?** ("Y" or "N") | **Amount to be Paid** (this period) | **Amount Pending** (billed to date but not yet paid) | **Amount Paid to Date** (all previous periods) | **Award Amount** (include change orders) | **Is this Business Paying Subcontractors this Period?** ("Y" or "N") *CM Projects Only* (if yes, require M/W/DBE Compliance Report from business) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

# SKANSKA

## Appendix A: Subcontractor Monthly Incident Summary Report

Project: _____

Subcontractor Name: _____

Sub-Tier Subcontractor To: _____

Reporting Period:    Month: _____    Year: _____

This form must be submitted to Skanska no later than the 5th of each month. It is to be submitted even if no accidents occurred.

**Note: Subcontractors that fail to submit this report may not receive payment.**

**Directions:** *Report all injuries, no matter how minor as indicated below!* When reporting number of OSHA recordable medical cases that had lost work days, enter number of calendar days away from work (do not count first day of injury, but the weekends must be counted). Carry over days from a previously reported lost time case where the worker is still off work in this reporting period. Report the number of OSHA recordable medical cases that had restricted or light duty work and the total number of calendar days or restricted or light duty (do not count the first day of injury, but the weekend must be counted). Carry over days from a previously reported restricted or light duty case where the worker is still on restricted or light duty. Report number of first aid only cases for period as well.

|  | Man-hours Worked | First Aid Injuries | Medical Treatment Only | Lost Time Injuries | Days Lost | Restricted Work Injuries | Days of Restricted Work |
|---|---|---|---|---|---|---|---|
| Month |  |  |  |  |  |  |  |
| YTD |  |  |  |  |  |  |  |

**Person Making Report:** _____    **Phone Number:** _____

63

## <u>CONTRACTOR'S PREVAILING WAGE CERTIFICATION</u>

New York State Labor Law, Section 220 and 230
Contractor's Certification:

I, _____, hereby certify to the New York City Economic
Development Corporation ("<u>NYCEDC</u>") and the City of New York, as follows:

1.  that I am an officer of _____ and
    I am duly authorized to make this affidavit on behalf of the contractor under NYCEDC
    Contract No. _____;

2.  that I fully comprehend the terms and provisions of Section 220 and 230 of the NYS Labor
    Law;

3.  that except as herein stated, there are no amounts due and owing to or on behalf of any
    employee of the contractor or any employee of its subcontractor(s) who performs services of
    a type described in a job classification that is listed in the "Office of the Comptroller, City of
    New York, Labor Law Section 220 and 230 Prevailing Wage Schedule" (the "<u>Schedule</u>") and
    that such employees shall be paid with regard to such services at least the same wage as
    provided for that classification in effect at the time the services are performed on the project.
    (Set forth any unpaid wages or supplements, if none, so state);

    **Name**                                              **Amount**

    _____          _____

    _____          _____

    _____          _____

    _____          _____

4.  that the contractor hereby files every verified statement(s) required to be obtained by the
    contractor from the subcontractor(s);

5.  that, except as stated herein, all employees of the contractor or any employee of its
    subcontractor(s) who performs services of a type described in the Schedules employed on the
    project have been paid the prevailing wages and supplements for their services
    through_____  (if more than one subcontractor, list the name and date separately
    and the last day worked on the project by their subcontractor(s).  Set forth any unpaid wages
    and supplements, if none, so state); and

CONTRACT NO. 61550001

| Name | Amount |
|------|--------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

6. that in the event it is determined by the NYC Comptroller that the wages or supplements or both of any such contractor or subcontractor(s) have not been paid or provided pursuant to the Schedules, then the contractor shall be responsible for payments of such wages and supplements, including interest of up to 16% from the date of underpayments to the date of restitution and a penalty up to 25% of the wages, supplements and interest due.

_____

Name: _____

Title: _____

STATE OF NEW YORK
COUNTY OF _____

On the _____ day of _____ in the year _____ before me personally came _____ to me known, who, being by me duly sworn, did depose and say that he/she/they reside(s) in _____ (if the place of residence is in a city, include the street and street number, if any, thereof); that he/she/they is (are) the _____ (president or other officer or director or attorney in fact duly appointed) of the _____ (name of corporation), the corporation described in and which executed the above instrument; and that he/she/they signed his/her/their name(s) thereto by authority of the board of directors of said corporation.

_____
Notary Public
Printed Name: _____
My Commission Expires: _____

CONTRACT NO. 61550001

# EXHIBIT PS-02

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## SUPPLEMENTAL TERMS AND CONDITIONS TO AGREEMENT

**Agreement No. 1215024-100.030 between Skanska USA Building Inc. and KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP dated May 21, 2021 is hereby modified as follows:**

See the attached Skanska/NYCEDC Redacted CM Services Agreement.

**NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION**
**CITYWIDE FERRY SERVICE PROGRAM**
**CONSULTANT CONTRACT**
**FOR CONSTRUCTION MANAGEMENT SERVICES**
**NYCEDC CONTRACT NO.  61550001**
**PROJECT CODE NO. 6155**

**PART II**
**GENERAL TERMS AND CONDITIONS**

CONTRACT NO. 61550001

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

> **NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION**
> **CITYWIDE FERRY SERVICE PROGRAM**
> **CONSULTANT CONTRACT**
> **FOR CONSTRUCTION MANAGEMENT SERVICES**
> **NYCEDC CONTRACT NO. 61550001**
> **PROJECT CODE NO. 6155**

## PART II
## GENERAL TERMS AND CONDITIONS

ARTICLE 1 PERFORMANCE OF SERVICES ............................................................................1

ARTICLE 2 COMPENSATION ...........................................................................................4

ARTICLE 3 SUSPENSION OR TERMINATION .....................................................................5

ARTICLE 4 PERSONNEL AND SUBCONTRACTORS.............................................................8

ARTICLE 5 DOCUMENTS AND MATERIALS ....................................................................11

ARTICLE 6 INDEMNIFICATION, CLAIMS AND INSURANCE ............................................14

ARTICLE 7 REPRESENTATIONS AND WARRANTIES........................................................18

ARTICLE 8 APPLICABLE LAWS, RULES AND REGULATIONS...........................................19

ARTICLE 9 M/WBE REQUIREMENTS .............................................................................22

ARTICLE 10 EMPLOYMENT OPPORTUNITIES PROGRAM.................................................27

ARTICLE 11 MISCELLANEOUS ......................................................................................28

CONTRACT NO. 61550001

DocuSign Envelope ID: 2941B65A-97FA-49F2-972D-AB5D4EE3292E

> **NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION**
> **CITYWIDE FERRY SERVICE PROGRAM**
> **CONSULTANT CONTRACT**
> **FOR CONSTRUCTION MANAGEMENT SERVICES**
> **NYCEDC CONTRACT NO. 61550001**
> **PROJECT CODE NO. 6155**

## PART II
## GENERAL TERMS AND CONDITIONS

The Corporation and the Consultant agree as follows:

## ARTICLE 1
## PERFORMANCE OF SERVICES

1.1    <u>Services</u>.  The Corporation hereby retains and engages the Consultant and the Consultant agrees to perform the Services as described in Appendix B (Scope of Services), attached hereto.

1.2    <u>Time for Performance of Services/Term/Delays and Force Majeure</u>.

    1.2.1    The Consultant shall commence the Services upon or promptly after the Commencement Date and shall complete the Services and each phase of the Services within the time or times stated for Final Completion as set forth in Appendix B, and in accordance with any directive given and Progress Schedule approved by the Corporation, unless this Contract is earlier terminated pursuant to Article 3 hereof.

    1.2.2    This Contract shall be for the Term as set forth in Part I, Section 1.5 unless sooner terminated pursuant to Article 3 hereof.

    1.2.3    If the Consultant has been delayed and as a result will be unable to complete performance fully and satisfactorily within the time fixed therefor, the Consultant may be granted an extension of time fixed for performance equal to the period the Consultant was actually and necessarily delayed upon submission of evidence of the causes of the delay, subject to the written approval of the Director in his or her sole discretion.  The decision of the Director as to the granting of the extension and its length shall be binding upon the Consultant.

    1.2.4    Subject to the Corporation's determination and approval, the Corporation may extend the time or times for performance of the Services where such performance has been substantially obstructed, hindered or delayed by reason of acts of Force Majeure.  The Consultant shall have no claim against the Corporation or the City for any loss or damage sustained by the Consultant nor for any extra compensation in the form of an increase in the Maximum Contract Price, or otherwise, through such delay, hindrance or obstruction.

1.3   Complete Work and Timing and Sequence/Meetings.  It is the intent of the parties that the provisions of this Contract shall not be construed so as to limit the Services, but that the Services shall include all acts necessary to fully and finally complete the work described in **Appendix B** hereof.  The Consultant shall schedule and perform the Services in a manner so as to permit their completion diligently and expeditiously.  The Principal, the Person in Charge and such other Representatives of the Consultant as may be required under the circumstances shall be available to meet with the Director or her or his designee as often as necessary to effectively perform the Services, and as often as may be specified in Appendix B.

1.4   Authority of Director/Performance of Services.

   1.4.1   The Services to be performed by the Consultant shall at all times be subject to the review, direction and control of the Director, whose decision shall be final and binding upon the Consultant.  The Director shall have the right to determine the amount, quality, acceptability and fitness of the Services and her or his approval shall be a condition precedent to the right of the Consultant to receive any compensation under this Contract.  The Director shall act reasonably in exercising her or his authority under this Contract.  The Director and any other person or agent duly authorized to act for and on behalf of the Corporation shall not, by virtue of such authority or action, be liable in any manner to the Consultant.

   1.4.2   The Consultant shall perform all of the Services in a prudent and professional manner and in accordance with standards and practices as are customary for such Services in the New York City Metropolitan Statistical Area.

1.5   Changes to the Services.

   1.5.1   The Consultant shall not make any changes in the Services without prior authorization in writing from the Director.  The Consultant shall revise or correct any Work Product submitted in accordance with this Contract until accepted by the Director and accepted by all agencies whose approval is required by law, without additional compensation or time extension.  Any changes to the performance of the Services or the Work Product which are necessary due to improper performance of the Services, a defect of design, unworkability of details or other fault or error of the Consultant shall be made by the Consultant, also without additional compensation or time extension.

   1.5.2   The Director shall have the right to alter the Services, provided however, that if the Consultant believes that any work or services that it has been directed to perform as a result of such alteration is beyond the Scope of Services and constitutes Extra Work, the Consultant shall so Notify the Director within three (3) days of such directive.  The Director shall determine whether such altered Services are (i) within the Scope of Services; or (ii) Extra Work that is substantially within the general purview of the Scope of Services and constitutes an increase in Subcontractor's Costs, General Conditions and/or Construction Management Fee; or (iii) Extra Work requiring an amendment to the Scope of Services and the Contract.  The Director's determination shall be final, binding and conclusive.

   1.5.3   The Director reserves the right to reduce the Scope of Services under this Contract by Notice to the Consultant specifying the nature and extent of such reduction.  The

2

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

Consultant shall be compensated for all Services satisfactorily performed prior to the reduction and for Services satisfactorily performed thereafter. If said reduction results in a credit for the Corporation, such credit shall be immediately due and owing to Corporation, and the Consultant shall either pay such credit to the Corporation or the Corporation may withhold the credit amount from any future payments by the Corporation to the Consultant, at the exclusive option of the Corporation.

1.6   Equipment.

1.6.1   The Consultant, at its own expense, shall secure all supplies, materials and equipment required to perform and complete the Services.

1.6.2   The Consultant, at its sole cost and expense, shall bear the risk of loss for any supplies, materials and equipment used to perform the Services whether such loss arises by reason of fire, theft, vandalism, negligence or any other cause whatsoever. Consultant, at its sole cost and expense, shall promptly replace or repair all such lost, stolen or damaged supplies, materials and equipment.

1.6.3   The Consultant, at its sole cost and expense, shall maintain all of its supplies, materials and equipment in good working and serviceable order so as to enable the Consultant to perform the Services in a first-class and professional manner.

1.6.4   The Consultant shall be solely responsible for the means and methods and the safety and protection of all its employees and shall assume all liability for injuries, including death that may occur to such employees due to the act, omission, negligence, fault or default of the Consultant.

1.7   Services Subject to City Contract, Indemnification and Third Party Beneficiary. This Contract is a subcontract under the City Contract. The Consultant acknowledges that it has reviewed the City Contract and agrees to comply with the City Contract with respect to the Services and not to violate, or through its acts or failure to act cause the Corporation to violate, the City Contract. The Consultant agrees to defend, indemnify and hold harmless the Corporation from any claim, liability or judgment to which the Corporation may be subject because of any such action or failure to act. The City shall be a third party beneficiary of this Contract and shall have a direct cause of action against the Consultant in the event that any claim be made or any cause of action be brought against the Corporation or City or if the Consultant breaches this Contract.

1.8   Acts to be Performed by the Corporation. The Corporation shall perform the following acts in connection with this Contract:

1.8.1   The Corporation shall make available to the Consultant all relevant technical data (subject to the provisions of Part II, Section 5.3 herein) in regard to the Contract which is in the possession of the Corporation.

1.8.2   The Corporation shall designate a Project Manager to serve as a liaison between the Corporation and the Consultant.

CONTRACT NO. 61550001

## ARTICLE 2
## COMPENSATION

2.1    <u>Payments</u>.

2.1.1    Subject to, and in accordance with this Article 2, the Corporation shall pay to the Consultant, and the Consultant agrees to accept, in full consideration for the Services, and for all expenses of the Consultant in connection therewith, including Subcontractors' Costs, General Conditions and the Construction Management Fee, an amount not to exceed the Maximum Contract Price, payable as provided for in this Section 2.1 and in Appendix C.

2.1.2    Requisitions shall be in a form reasonably acceptable to the Corporation and shall be supported by any appropriate or necessary documentation or other evidence relating to the amounts set forth in the Requisition, as the Corporation may reasonably require including, but not limited to invoices, receipts, vouchers, releases and lien waivers from Subcontractor and suppliers, information related to M/WBEs required under Section 9.6 and, where applicable, the time sheets and/or certified payroll reports of the Consultant's staff and its Principal.

2.1.3    Each Requisition submitted to the Corporation by the Consultant shall constitute a representation that, except as specifically set forth in the Requisition, as of the date of the Requisition, all representations and warranties made by the Consultant in Article 7 are true, complete and accurate as if made as of the date of the submission of the Requisition.

2.1.4    The Director shall review the Requisitions and the Work Product.  If, in her or his judgment, the Services have been satisfactorily performed in accordance with this Contract, the Director will approve the Requisition.  All payments to the Consultant will be made in accordance with this Article 2.

2.1.5    Subject to Section 3.5, Final Payment will be due only upon Final Completion.

2.1.6    The Consultant, with the Director's prior approval, may exceed the Maximum Payment allocated to a particular portion of the Services if the Consultant by Notice determines that the Maximum Payment initially allocated to the portion is insufficient to adequately perform the portion of the Services and if the Consultant demonstrates to the Director a savings with respect to another portion of the Services which is at least equal to the amount of such excess. However, notwithstanding the above, in no event shall the Corporation pay the Consultant more than the Maximum Contract Price.

2.2    <u>Miscellaneous Payment Provisions</u>.

2.2.1    In addition to its rights under Section 9.10, if the Corporation shall have reasonable grounds for believing that:

(i)    the Consultant will be unable to perform the Services or any portion thereof fully and satisfactorily in accordance with any Progress Schedule, or

4

(ii)  a meritorious claim exists or will exist against the Corporation, the Consultant or the City arising out of the act, omission or negligence of the Consultant or the Consultant's breach of any provision of this Contract,

then the Corporation may withhold payment of any amount otherwise due and payable to the Consultant hereunder other than for Subcontractor's Costs which have been incurred to the date Consultant has been notified that payment will be so withheld.  Any amount so withheld may be retained by the Corporation for such period as it may deem advisable to protect the Corporation and the City against any loss and may, after Notice to the Consultant, be applied in satisfaction of any claim herein described.

2.2.2    The Corporation shall not be deemed to have released the Consultant from any claim or liability, or to have waived any cause of action arising from any breach of this Contract by virtue of making payments to the Consultant.

2.2.3    Upon acceptance by the Consultant of the Final Payment to be paid pursuant to this Contract, the Consultant agrees that it shall be deemed to have fully released the Corporation and the City from any and all claims, demands and causes of action whatsoever which the Consultant has or may have against the Corporation or the City in connection with this Contract and, upon the request of the Corporation, shall execute a release to such effect.

2.2.4    All payments to the Consultant under this Contract shall be subject to all applicable Legal Requirements.

2.3    Electronic Funds Transfers.  All payments due under this Contract in excess of $100,000 shall be made by Electronic Funds Transfer ("EFT").  Upon execution of this Contract, and in no event later than its submission of its first Requisition, the Consultant shall complete and submit to the Corporation the "EFT Vendor Payment Enrollment Form" annexed to Appendix C.  The Consultant shall update such information to the extent necessary for EFT payments to be made. The Corporation shall not be obligated to make any payment in excess of $100,000 unless such information is provided and shall be entitled to rely solely on the information provided by the Consultant.  Payments to the Corporation shall be made by check unless the Corporation Notifies the Consultant to make payments by EFT.

## ARTICLE 3
## SUSPENSION OR TERMINATION

3.1    Delay, Postponement or Suspension of Work.

3.1.1    The Corporation shall have the right to delay, postpone or suspend the Services, or any portion thereof, immediately or upon a specified date, for a period of not more than ninety (90) days, upon Notice to the Consultant, for any reason deemed by the Corporation to be in its interest.  The Consultant and all of its Subcontractors and Representatives shall cease all Services, or any specified portion thereof, immediately or as of the date specified in the Notice.

3.1.2    Any such delay, postponement or suspension shall not give rise to any cause of action for damages against the Corporation or the City, but the Term specified in Part I of this

5

DocuSign Envelope ID: 29A1B65A-97FA-49F2-972D-AB5D4EE3292E

Contract and the Consultant's time for performance of the Services shall be extended for the period of the delay, postponement or suspension.

3.1.3   In the event of any delays, postponements or suspensions, the Consultant shall resume the Services upon the date specified in the Notice or upon such other date as the Corporation may thereafter specify by Notice.

3.2   <u>Termination for Convenience</u>.  The Corporation shall have the right to terminate the Services, or any portion thereof, immediately or upon a specified date, upon Notice to the Consultant and for any reason deemed by the Corporation to be in its interest.

3.3   <u>Defaults and Termination for Cause</u>.

3.3.1   In addition to any other right that the Corporation may have, upon the occurrence of an Event of Default, the Corporation shall have the right to declare the Consultant in default and terminate this Contract, in whole or in part, for cause, by giving Notice to the Consultant of the cause and the date of such termination.

3.3.2   An Event of Default shall be deemed to have occurred if any of the following events has occurred, each an "Event of Default":

(i)   The Consultant fails to assign workers, order materials or enter into subcontracts in a manner sufficient to permit completion of the Services, or any portion thereof, within the time limits of the Progress Schedule or in accordance with any Progress Schedule approved by the Corporation;

(ii)   The Consultant fails to complete the Services, or any portion thereof, within the time limits provided in this Contract or any Progress Schedule approved by the Corporation;

(iii)   The Consultant materially violates any term, covenant or provision of this Contract;

(iv)   The Consultant materially fails to comply with any Applicable Statutes or any Applicable Agreements;

(v)   Any representation or warranty made by the Consultant in Article 7 or in any other Article in this Contract shall prove to be untrue or be breached;

(vi)   The Consultant becomes insolvent, files for bankruptcy or is adjudged a debtor in possession;

(vii)   The Consultant voluntarily, or by operation of law, assigns, transfers, conveys or otherwise disposes of its interest in this Contract or its right to receive funds hereunder without the prior written consent of the Corporation;

(viii)   The Consultant fails to comply with the M/WBE Requirements in Article 9;

(ix)   The Consultant fails to comply with the EOP Requirements set forth in Article 10; or

(x)   The Consultant or any of its officers, directors, partners, members, five (5%) percent shareholders, principals or other persons substantially involved in its activities, commits

CONTRACT NO. 61550001

any of the acts or omissions specified as the grounds for debarment in the City's *Procurement Policy Board Rules*.

3.4    Effects of Termination for Convenience or for Cause.

    3.4.1    The Contract, or such portion of the Contract described in the Notice of termination, shall terminate as of the termination date set forth in the Notice given pursuant to Section 3.3.1, or immediately if no date is specified.

    3.4.2    Upon receipt of a Notice of termination for cause or for convenience, the Consultant shall cease any or all Services, immediately or on the date specified, in accordance with the terms of the Notice.

    3.4.3    Termination, whether for convenience or for cause, shall not give rise to any cause of action for damages against the Corporation or the City.

    3.4.4    Within ten (10) days after the effective date of termination, the Consultant shall surrender and turn over to the Corporation all Work Product and any other materials related to this Contract requested by the Corporation including, without limitation, all materials, equipment and supplies purchased by the Consultant on behalf of the Corporation in connection with this Contract.

3.5    Payment Upon Termination.

    3.5.1    Upon termination with or without cause, the Consultant shall promptly present to the Corporation a verified statement of all costs actually incurred prior to the date of termination, together with all documents in the Consultant's possession related thereto that the Corporation may demand in order to verify such statement of costs including, without limitation, canceled checks, Subcontracts, and paid receipts and bills from Subcontractors. The Corporation will review the statement of costs and review or audit any supporting documentation provided by or in the Consultant's possession. The Corporation will Notify the Consultant of the results of such review or audit and the amount approved for payment.

    3.5.2    If the termination was without cause, the Consultant shall receive such equitable compensation for such Services as shall, in the judgment of Director, have been satisfactorily performed by the Consultant up to the date of the termination, such compensation to be fixed by the Corporation after consultation with the Consultant, subject to any rights of audit provided herein. Such payment will be processed by the Corporation after Consultant provides all information and documentation required hereunder. Such payment shall constitute full and Final Payment to the Consultant.

    3.5.3    If the termination was for cause, the Consultant shall receive such equitable compensation for such Services as shall, in the judgment of Director, have been satisfactorily performed by the Consultant up to the date of the termination, such compensation to be fixed by the Corporation, subject to any rights of audit provided herein, and subject to set-off by the Corporation for any additional expenses the Corporation incurs to complete the Project satisfactorily, including the expenses of engaging another consultant and the costs set forth in

Section 9.10(ii). The sum of (i) such additional expenses incurred to the Corporation for the completion of the Project, and (ii) payments made to the Consultant prior to the termination of the Contract shall hereafter be referred to as the "Contract Completion Costs".

If the Contract Completion Costs exceed the Maximum Contract Price, Consultant shall pay such difference to the Corporation, as described in Section 3.5.4 below.

If the Contract Completion Costs are less than the Maximum Contract Price, provided that the Consultant has provided all information and documentation required by this Section, the Corporation will pay to the Consultant, an amount equal to the lesser of (a) the difference between the Maximum Contract Price and the Contract Completion Costs, or (b) such amount, when added to sums previously paid to Consultant, equitably compensates Consultant for Services satisfactorily performed up to the date of termination. Such payment will be made as further described in Section 3.5.4 below.

    3.5.4    If the termination was for cause, the Corporation will, upon full completion of the Project, deliver a written notice to the Consultant advising the Consultant that the Project has been completed and setting forth the Contract Completion Costs. If the Contract Completion Costs exceed the Maximum Contract Price, the Consultant shall promptly pay such difference to the Corporation upon receipt of such notice. If the Contract Completion Costs are less than the Maximum Contract Price, then, subject to (i) the Consultant's providing to the Corporation all information and documentation required by this Section, and (ii) any other applicable provisions of this Contract including, without limitation, Sections 3.5.5 and 3.5.6 hereof, the Corporation will pay the Consultant the amount described in Section 3.5.3(ii). Such payment shall constitute full and Final Payment to the Consultant.

    3.5.5    The Corporation need not wait until the completion of the Services to seek the enforcement of its rights against the Consultant if there has been a termination for cause, but no monies shall be due or payable to the Consultant terminated for cause until the Services are completed.

    3.5.6    The provisions of this Section 3.5 shall be in addition to any other rights the Corporation may have under this Contract, any Applicable Statute, any Applicable Agreement, or otherwise, in law or in equity.

3.6    No Release. Termination of this Contract, whether by expiration of its Term or otherwise, shall not release the Consultant from any liability to the Corporation or from the Consultant's indemnification and other obligations under this Contract that have not been specifically terminated pursuant to this Article of the Contract.

## ARTICLE 4
## PERSONNEL AND SUBCONTRACTORS

4.1    Personnel.

    4.1.1    The Consultant shall employ at its own expense all personnel and retain all Subcontractors as may be required to perform the Services, and shall be solely responsible for

their work, compensation, direction and conduct during the performance of this Contract.  The personnel of the Consultant and any Subcontractor shall cooperate fully with the personnel of the Corporation including, without limitation, the Director, and, in the event any personnel of the Consultant or any Subcontractor fails to cooperate, the Consultant shall relieve them of their duties of performance under this Contract.

4.1.2    The Consultant shall submit to the Director, prior to performance of Services by such personnel, resumes of the Consultant's personnel and those of its Subcontractors' personnel who will perform the Services.  The experience and training of such personnel is a material inducement for the Corporation to enter into this Contract and make payment for the Services. The Consultant and its Subcontractors are expected to use such personnel to perform the Services.  If the Consultant or a Subcontractor proposes to substitute any other personnel for those heretofore identified, it shall assign persons with equivalent or better experience and training and shall submit the resumes of such proposed substitute personnel to the Director and obtain the Director's prior approval of the substitution.  Notwithstanding anything contained herein to the contrary, all personnel furnished by the Consultant as required under this Contract shall be employees of the Consultant or approved Subcontractors of the Consultant and not employees or subcontractors of the Corporation or the City.

4.2    Subcontractors.

4.2.1    Consultant shall prepare, negotiate and procure contracts to be entered into by the Consultant, with independent contractors or consultants, for all work, labor, services, materials, supplies and equipment necessary to construct the Project as specified in the Scope of Services. All Subcontracts are subject to the express written approval of the Director as to the Subcontractor, the Scope of Services, compensation, and the Principal or other member(s) of the Consultant's staff responsible for supervising the performance of the Subcontractor's activities, and shall contain all necessary provisions as required by this Contract.  All procurement of Subcontracts shall be undertaken in accordance with the provisions of Appendix D hereto.  The Consultant shall not enter into any Subcontract without first notifying and obtaining the approval of the Director, in writing, unless there is an immediate threat to public health, welfare, safety or property; provided, that the Consultant will make efforts as may be reasonable under the circumstances to contact the Corporation's management staff prior to entering into any Subcontract.  The Consultant, and not the Corporation, is responsible for the Subcontractor's work, acts and omissions.

4.2.2    The Consultant shall pay any Subcontractors approved by the Corporation for work that has been satisfactorily performed no later than thirty (30) days from the date of Consultant's receipt of payments from the Corporation.

4.2.3    The Consultant is solely responsible for the payments to the Subcontractors. Upon receipt of evidence of Consultant default hereunder with respect to its obligations to make payments to its Subcontractors, the Corporation reserves the right, after three (3) calendar days prior Notice, to retain any money due the Consultant and pay directly for labor, materials, equipment, Services and all other obligations of the Consultant and to deduct the amount of any such direct payments from any payments or amounts then due or thereafter to become due to the Consultant.

4.2.4   Consultant shall, without any delay, cause the discharge of any mechanic's lien against the Property filed by any of its Subcontractors and shall cause any such lien to be discharged of record within thirty (30) days after the notice of filing thereof by payment, deposit, bond, order by a court of competent jurisdiction or otherwise.  The Consultant shall inform all Subcontractors fully of the terms and conditions of this Contract.  All Subcontracts shall provide that:

(i)     there is no privity of contract between the Subcontractor and the Corporation or the City;

(ii)    neither the Corporation nor the City will incur any liability by virtue of any act, omission, negligence, or obligation of the Subcontractor or the Consultant;

(iii)   the Subcontractor shall indemnify, defend and hold harmless the Corporation and the City, their agents, employees, members, directors, officials and officers against any and all claims, judgments or liabilities to which they may be subject (including, without limitation, any and all claims for injuries to persons (including death) and damage to property) because of any negligence or any fault or default of the Subcontractor, its agents, employees or subcontractors or the breach of the Subcontractor's obligations under the Subcontract;

(iv)    the Subcontractor's Requisitions shall conform to the same requirements and include the representations, warranties and agreements set forth in Sections 2.1.2 and 2.1.3;

(v)     the "Events of Default" set forth in Section 3.3.2 as grounds for termination for cause shall be "Events of Default" and grounds for termination of the Subcontractor for cause;

(vi)    the Subcontract may be assigned without the written consent of the Subcontractor to the City, NYCEDC or any other corporation, agency or instrumentality having authority to accept the assignment; and

(vii)   all work and services performed under the Subcontract shall strictly comply with the requirements of this Contract.

If the Consultant fails to include the provisions set forth in this Section 4.2.4 in any Subcontract, the Consultant hereby agrees to indemnify, defend and hold harmless the Corporation and the City and their Representatives against any and all claims, damages, awards, judgments, liabilities, expenses, fines, penalties, costs and/or fees incurred by or imposed upon the Corporation and the City and their Representatives, including reasonable fees, as a result of said failure.

CONTRACT NO. 61550001

DocuSign Envelope ID: 2941B65A-975A-49F2-972D-AB5D4EE3292E

4.2.5   The Consultant shall provide the Corporation with a list of all Subcontractors employed for the performance of the Services whose Subcontract amount totals $25,000 or more. The Consultant will furnish each such Subcontractor whose Subcontract amount totals less than $100,000 with the Corporation's internal qualification and background investigation forms. The Consultant will furnish each such Subcontractor whose Subcontract amount totals $100,000 or more with the Mayor's Office of Contracts Investigations Forms. These forms will be provided by the Corporation to the Consultant. The Consultant shall cause each such Subcontractor to fill out and complete the forms in a timely fashion but in no event later than the commencement of the Services performed by such Subcontractor pursuant to its Subcontract.

4.3   Person in Charge.

The Consultant has designated a Person-in-Charge who will have primary responsibility to perform and/or supervise and coordinate the performance of the Services. Substitution of said person shall be made only with the prior written approval of the Director. Failure to make such person(s) available to the extent necessary to perform the Services skillfully and promptly shall be a material violation of the terms of this Contract.

**ARTICLE 5**
**DOCUMENTS AND MATERIALS**

5.1   Approval. All Work Product to be prepared or furnished by the Consultant pursuant to this Contract or publicizing the work of the Consultant hereunder must be:

(i)   approved in writing by the Director before any Work Product or publication as to the work of the Consultant shall be considered accepted and before any distribution;

(ii)   revised by the Consultant in accordance with the directions of the Director prior to approval; and

(iii)   prepared so as not to violate any provisions of law including, without limitation, the City Charter and the Administrative Code of the City.

5.2   Work Product.

5.2.1   All Work Product is the exclusive property of the Corporation. The Corporation may use any Work Product prepared by the Consultant in such manner, for such purposes, and as often as the Corporation may deem advisable, in whole, in part or in modified form, in all formats now known or hereafter to become known, without further employment of or additional compensation to the Consultant.

5.2.2   The Consultant shall not use, transmit, display, publish or otherwise license such Work Product without the Corporation's prior written consent.

5.2.3   The Work Product shall be considered "work-made-for-hire" within the meaning and purview of Section 101 of the United States Copyright Act, 17 U.S.C. § 101, and the Corporation is the copyright owner thereof and of all aspects, elements and components thereof in which copyright protection might subsist. To the extent that the Work Product does not

CONTRACT NO. 61550001

qualify as a "work-made-for-hire", the Consultant hereby irrevocably transfers, assigns and conveys exclusive copyright ownership in and to the Work Product to the Corporation, free and clear of any liens, claims or other encumbrances. The Consultant shall retain no copyright or other intellectual property interest in the Work Product.

5.2.4    To the extent that the Work Product does not qualify as a "work-made-for hire", Consultant acknowledges the existence, if any, of its statutory moral rights as those rights are described in 17 U.S.C. § 106A(a), and knowingly executes this Contract on the following terms: (i) this waiver applies to the Work Product and to any promotional materials connected with the Work Product; (ii) the Consultant hereby expressly and forever waives any and all rights under 17 U.S.C. § 106A, and any rights arising under U.S. federal or state law or under the laws of any other country that conveys rights of the same nature as those conveyed by 17 U.S.C. § 106A, or any other type of moral right or *droit moral*.

5.2.5    The Consultant represents and warrants that, except for material which is in the public domain and non-original material that meets the requirements of §5.2.6, the Work Product

(i)    shall be wholly original material not published elsewhere;

(ii)    shall not violate any copyright, trademark or other applicable law; and

(iii)    shall not, to the best of Consultant's knowledge, constitute a defamation or invasion of the right of privacy or publicity, or an infringement of any kind, of any rights of any third party.

5.2.6    The Consultant represents and warrants that to the extent that the Work Product incorporates non-original material, the Consultant shall obtain and provide the Corporation with copies of all necessary permissions and clearances, in writing, for the use of such non-original material under this Contract. Since some licenses for materials may be for a limited duration, the Consultant shall provide and/or specify the following to the Corporation with respect to all non-original materials included in its Work Product:

(i)    all information as to any durational limitations on use;

(ii)    any requirement that a notice be displayed in connection with display, including the specific owner of the rights to be credited, and any limitation on the use under the Consultant's license; and

(iii)    a statement certified by the Principal verifying the foregoing in the form annexed hereto as Appendix E.

The Consultant will update the foregoing information and promptly provide such updates to the Corporation during the Contract Term.

5.2.7    The Consultant acknowledges that the Corporation or the City may, in their sole discretion, register copyright in the Work Product with the U.S. Copyright Office or any other government agency authorized to grant registrations to copyright. The Consultant will cooperate in this effort, and agrees to provide any further documentation necessary to accomplish this.

CONTRACT NO. 61550001

2E5

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

5.2.8   The Consultant agrees that the Corporation and the City may use the Consultant's name and the names, biographies and likenesses of its members, in advertising and promotion related to the Work Product, and in any and all ancillary products related to the Services regardless of the format in which such use occurs.

5.2.9   Prior to acceptance of any Work Product by the Director, upon the Director's request and within a reasonable time following delivery of the Work Product, the Consultant shall submit revised Work Product incorporating any revisions, changes or alterations reasonably requested by the Director.  If the original Work Product or the revised Work Product is not acceptable to the Director, the Corporation shall have the right to use the Work Product, to prepare or finalize the Work Product or to commission a third party to do so without further employment of or compensation to the Consultant.

5.2.10   The Consultant acknowledges that the decision to accept the Work Product for use, incorporation, transmission, display or publication is within the sole discretion of the Director.

5.2.11   Consultant agrees that it will cooperate in providing any other documentation necessary to effectuate the intent of this Section of the Contract.

5.2.12   The Consultant shall not make any unauthorized use of copyrighted, trademarked or other protected materials or intellectual property and agrees to defend, indemnify and hold harmless the Corporation and the City and their respective officers, officials, agents, members, directors, and employees against any damage or liability arising out of the Consultant's infringement or unauthorized use of any such material or property.

5.3   Confidential Information.

5.3.1   The Consultant shall hold all Confidential Information provided by the Corporation in the strictest confidence.  Consultant agrees to:

(i)   use the Confidential Information solely for evaluation and the performance of the Services under this Contract;

(ii)   not disclose the Confidential Information outside of its Subcontractors who have agreed in advance in writing to be bound by the terms of this Section 5.3 and its employees and to limit dissemination to only those Subcontractors and employees who have a need to know it in order to accomplish the Services;

(iii)   execute any confidentiality agreements required by any governmental or other entities or individuals which provide any information, records, data, materials, documents or electronic files to Consultant for use in performance of the Services; and

(iv)   not disclose the Confidential Information for three (3) years following Final Completion.

5.3.2   Consultant represents that it has adequate safeguards and procedures to protect the confidentiality of records and information and to limit dissemination only to authorized

employees as necessary for the performance of the Services. All Confidential Information provided to Consultant shall remain the property of the Corporation.

5.3.3    Consultant agrees that money damages would not be a sufficient remedy in the event of any breach of this Section 5.3 and that, in addition to all other remedies which may be available, the Corporation shall be entitled to specific performance and injunctive or other equitable relief as a remedy for any such breach. Consultant shall defend, hold harmless and indemnify the Corporation for any and all claims, losses, expenses and/or damages arising out of breach of this Section 5.3 or unauthorized use of the Confidential Information.

**ARTICLE 6**
**INDEMNIFICATION, CLAIMS AND INSURANCE**

6.1    Indemnification of the Corporation and the City.

6.1.1    The Consultant shall indemnify, defend and hold harmless the Corporation and the City, their agents and employees from any and all claims, judgments or liabilities to which they may be subject because of any negligence or any fault or default of the Consultant, its agents, employees or Subcontractors or the breach of the Consultant's obligations under the Contract.

6.1.2    The Consultant shall be solely responsible for all injuries to persons, including death, or damage to property sustained during its operations and work under this Contract resulting from any negligence, fault or default of the Consultant or of its employees, authorized agents, servants, independent contractors or Subcontractors retained by the Consultant pursuant to this Contract. The Consultant agrees to indemnify, defend and hold the Corporation and the City harmless from any liability upon any and all claims for injuries to persons (including death) and damage to property on account of negligence, fault or default of the Consultant, its employees, authorized agents, servants, independent contractors and Subcontractors retained by the Consultant.

6.2    Claims or Actions Against the Corporation.

6.2.1    The Consultant shall look solely to the funds appropriated by the Corporation for this Contract for the satisfaction of any claim or cause of action the Consultant may have against the Corporation in connection with this Contract or the failure of the Corporation to perform any of its obligations hereunder. In no event shall the Corporation's aggregate liability hereunder in connection herewith or related to the performance of the Services exceed the Maximum Contract Price.

6.2.2    Upon acceptance by the Consultant of the Final Payment to be paid pursuant to this Contract, the Consultant agrees that it shall be deemed to have released the Corporation from any and all claims, causes of action, and liability to the Consultant, its Representatives, successors and assigns, in connection with this Contract or the performance of the Services.

6.2.3    No member, director, employee, servant, officer, agent or other person authorized to act on behalf of the Corporation shall have any personal liability in connection with this Contract or any failure of the Corporation to perform its obligations hereunder.

14

6.2.4    No person or entity shall have any right against the Director or any member, director, employee, servant or officer, agent of the City or the Corporation or other person authorized to act on their behalf or any claim against the City or the Corporation by reason of the failure or refusal to withhold money pursuant to Section 2.2.1 hereof.

6.2.5    The Consultant agrees that no cause of action against the Corporation in connection with this Contract or the Services shall lie or be maintained by the Consultant, its successors or assigns unless such action is commenced within six months after (i) the termination of this Contract, or (ii) the accrual of the cause of action, whichever is earlier.

6.2.6    If any claim is made or any action brought relating to this Contract or the Services, whether or not the Consultant is a party, the Consultant shall diligently render to the Corporation any and all assistance that the Corporation may require of the Consultant, without compensation.

6.2.7    The provisions of this Section shall not waive, limit or in any way prejudice any other right of the Corporation or the City.

6.3    <u>Insurance</u>.

6.3.1    At all times during the performance of the work or Services in connection with this Contract or for such other time periods as the Corporation may require, the Consultant, at its sole cost and expense, shall purchase and maintain the insurance described in this Section 6.3, Appendix D(II) (Subsection E) and Appendix F (collectively, the "Insurance Provisions"), as may be applicable and as may be required by the Corporation, from time to time.

6.3.2    Consultant shall purchase and maintain insurance with insurance companies that:

    (i)    are acceptable to the Corporation;

    (ii)    are rated A:X or better by A.M. Best Company; and

    (iii)    are licensed to issue such insurance by the New York State Insurance Department.

6.3.3    The insurance policies purchased and maintained by the Consultant shall:

    (i)    be in form and substance satisfactory to the Corporation;

    (ii)    be in the minimum face policy amounts set forth in the Insurance Provisions, which amounts may be increased at Corporation's discretion, from time to time;

    (iii)    list all individuals and entities identified in the Insurance Provisions including, without limitation, their Representatives, as Additional Insureds except in the case of any workers' compensation, U.S. Harbor Workers' Long Shoremens' Compensation Act, automobile liability and professional liability policies required to be maintained hereunder; and

DocuSign Envelope ID: 29A1B65A-97FA-49F2-972D-A95D4EE3292E

(iv)  contain the provisions set forth in the Insurance Provisions.

6.3.4   Coverage for the individuals and entities identified in the Insurance Provisions as Additional Insureds shall be written into those policies set forth in Section 6.3.3(iii) above as an endorsement  at least as broad as ISO Form CG 20 10.

6.3.5   The Consultant shall make and maintain timely premium payments for all policies required hereunder.

6.3.6   The Consultant shall require that each of its Subcontractors as part of Subcontractor costs, prior to the commencement of their work, purchase and maintain, or be covered by, at no cost or expense to the Corporation or the City, the same types and amounts of insurance and meet all of the same requirements as required of the Consultant as set forth in the Insurance Provisions.  The Consultant hereby covenants and warrants that its Subcontractors shall purchase and maintain the policies required by this Section in the amounts and for the periods required by this Section.  Notwithstanding the requirements of this Section 6.3.6, if requested by a Subcontractor, the Corporation may agree to a lesser amount of insurance for a Subcontractor pursuant to an approval letter between the Corporation and the Construction Manager.

6.3.7   Prior to the commencement of the Services the Consultant shall forward to the Corporation's Contract Administration and Procurement Department at least three (3) original certificates of insurance for each policy required for compliance with this Contract, for itself and its Subcontractors substantially as set forth in the Insurance Provisions.  The Consultant shall also provide an original certificate of insurance to each of the Additional Insureds.

6.3.8   The Consultant shall provide the Corporation and the Additional Insureds written confirmation of the renewal of any policy required hereunder at least thirty (30) days prior to the expiration of any such policy.

6.3.9   Unless otherwise agreed to in writing by the Corporation, the types of insurance to be purchased and maintained by the Consultant and its Subcontractors are as follows:

(i)   Workers' Compensation, Disability Benefits, and Employer's Liability Insurance.  The Consultant shall purchase and maintain and shall require each of its Subcontractors to purchase and maintain workers' compensation and disability benefits insurance in statutory amounts, and employer's liability insurance, for all of its employees engaged in the Services.  The failure of the Consultant to comply with this Section 6.3.9(i) shall make this Contract voidable at the option of the Corporation.

(ii)  Commercial General Liability.  The Consultant shall purchase and maintain commercial general liability insurance to protect the Corporation, the City, the Additional Insureds and the Consultant and its consultants (if any) against any and all claims for property damage, personal injury and death arising out of the Services performed by the Consultant, and any

16

DocuSign Envelope ID: 2941B65A-97FA-40F2-972D-AB5D4EE8292E

work incidental thereto.  The certificate of insurance must indicate that such insurance is on a "per occurrence" and a "per project" aggregate basis.  The commercial general liability policy shall be in a form at least as broad in coverage as ISO Form CG 00 01.  The liability policy(ies) certificate of insurance must indicate cross-liability coverage providing severability of interests so that, except with respect to the limits of insurance, and any rights or duties specifically assigned to the first named insured, coverage will respond as if separate policies were in force for each insured.  If at any time the commercial general liability policy should be canceled, terminated, or modified so that the insurance is not in effect as above required, then the Consultant shall suspend performance of the Services if the Corporation shall so direct.  If the Contract is so suspended, no extension of time shall be due on account thereof.  If the Contract is not suspended, whether or not because of omission of the Corporation to order suspension, then the Corporation may, at its sole option, obtain insurance affording coverage equal to that required hereunder, the cost of such insurance to be payable by the Consultant to the Corporation.

(iii)    Automobile Liability Insurance.  The Consultant shall purchase and maintain automobile liability insurance covering all automobiles used in connection with the work or Services under this Contract whether owned, non-owned and/or hired automobiles.

(iv)    Umbrella/Excess Liability Coverage.  The Consultant shall purchase and maintain umbrella/excess liability insurance, specifically listing commercial general liability, comprehensive automobile liability and employer's liability as primary coverages, to protect the Corporation, the City, the Additional Insureds, the Consultant and its subconsultants (if any) from any and all claims in excess of the underlying policy limits for such primary coverages.  The certificate of insurance must indicate that such insurance afforded by this Section 6.3.9(iv) is on a "per occurrence" basis and an aggregate basis.

(v)    Builders Risk Insurance.  The Consultant shall purchase and maintain (if the Services involve new construction or improvements to real property) builders "all risk" insurance (completed value none reporting form or installation floater, as applicable) as indicated in the Insurance Provisions.

(vi)    If applicable, the additional policies described in the Insurance Provisions.

6.3.10  As a condition precedent to payment of any amounts owing to the Consultant by the Corporation, the Consultant shall, unless otherwise expressly agreed to in writing by the Corporation, provide to the Corporation the original certificates of insurance required under this Contract and shall on demand provide true copies of policies and endorsements to policies

CONTRACT NO. 61550001

showing compliance with the insurance requirements set forth in the Insurance Provisions.

      6.3.11  The policies to be maintained by the Consultant hereunder that are subject to the Additional Insured requirements set forth in Section 6.3.3 (iii) above shall constitute the primary coverage for claims arising out of this Contract, and shall state that insurance, if any, carried by the Corporation, the City or the Additional Insureds will not be called upon to contribute to a loss that would otherwise be paid by the Consultant's insurer.  The Consultant shall comply with the provisions of all policies required pursuant to this Contract, and shall give the insurer, the Corporation, the City and the Additional Insureds due and timely Notice of all claims, accidents and losses promptly upon its acquiring knowledge of the same.

      6.3.12  The Insurance Provisions shall be in addition to any rights that the Corporation, the City and the Additional Insureds may have under any hold harmless and indemnification provisions of this Contract and any other right provided by this Contract or by law.  The Consultant shall not violate or permit to be violated any term or condition of the policies.

## ARTICLE 7
## REPRESENTATIONS AND WARRANTIES

The Consultant represents and warrants that:

7.1   The Consultant is duly organized, validly existing and in good standing under the laws of its jurisdiction of formation, and has all requisite power and authority to authorize, execute, deliver and perform this Contract in accordance with its terms.  The Consultant is authorized to do business in the City.

7.2   The authorization, execution and delivery of this Contract, and compliance with the provisions hereof, do not and will not conflict with or constitute a violation of or default under any statute, indenture, mortgage, deed of trust or other agreement or instrument to which the Consultant is bound, or, to the knowledge of the Consultant, any order, rule or regulation of any court or governmental agency or body having jurisdiction over the Consultant or any of its activities or properties.

7.3   The Consultant has not been asked to pay, and has neither offered to pay, nor paid, any illegal consideration, whether monetary or otherwise, in connection with the procurement of this Contract.

7.4   The Consultant has not employed any person to solicit or procure this Contract, and has not made and shall not make, except to full-time employees of the Consultant, any payment or any agreement for the payment of any commission, percentage, brokerage, contingent fee or any other compensation in connection with the procurement of this Contract.

7.5   The Consultant has not acquired nor will it acquire any interest of any nature, direct or indirect (including any interest in land in an area related to the Services or any interest in any corporation, partnership, or other entity with any such interest), which would conflict in any manner or degree with the performance of the Services.  The Consultant further represents and covenants that in the performance of this Contract no person having any such conflicting interest shall be employed by the Consultant.

7.6   The Consultant is not in arrears to the City upon any debt, contract or taxes and is not a defaulter, as surety or otherwise, upon any obligation to the City, and has not been declared not responsible, or disqualified, by any agency of the City, nor is there any proceeding pending relating to the responsibility or qualification of the Consultant to receive public contracts. The Consultant represents that it has paid all applicable New York City income, excise and other taxes for all years it has conducted business activities in New York City.

7.7   All questionnaires and/or disclosure forms delivered by the Consultant and its Representatives to the Corporation to date are, to the best of the Consultant's knowledge, true and correct in all material respects; no material change has occurred in the circumstances of the Consultant, or any of its principals or affiliated persons or entities since the respective dates upon which such disclosure forms were executed that would otherwise require disclosure on such forms; and such disclosure forms do not contain any untrue statement of a material fact or omit to state a material fact necessary in order to make any statement contained in such form not misleading.

### ARTICLE 8
### APPLICABLE LAWS, RULES AND REGULATIONS

8.1   <u>New York Law Governs; New York Courts</u>.  The Contract shall be governed by and construed in accordance with the laws of the State of New York.  Any and all claims asserted by or against the Corporation arising under this Contract or related hereto shall be heard and determined either in the Federal Courts, located in the City or in the New York State Courts located in the City and County of New York.  To effect this agreement and intent, the Consultant agrees as follows:

8.1.1   If the Corporation initiates any action against the Consultant in Federal Court or in New York State Court, service of process may be made on the Consultant in person, wherever the Consultant may be found, or by registered mail addressed to the Consultant at its address as set forth in this Contract, or to such other address as the Consultant shall have provided to the Corporation in writing.

8.1.2   With respect to any action between the Corporation and the Consultant in New York State Court, the Consultant hereby expressly waives and relinquishes any rights it might otherwise have (i) to move to dismiss on grounds of <u>forum non conveniens</u>, and (ii) to move for a change of venue to a New York State Court outside New York County.

8.1.3   With respect to any action between the Corporation and the Consultant in Federal Court located in the City, the Consultant expressly waives and relinquishes any right it might otherwise have to move to transfer the action to a Federal Court outside the City.

8.1.4   If the Consultant commences any action against the Corporation in a court located other than in the City and State of New York, then, upon request of the Corporation, the Consultant shall either consent to a transfer of the action to a court of competent jurisdiction located in the City and State of New York or, if the court where the action is pending will not or cannot transfer the action, the Consultant shall consent to dismiss such action without prejudice and may thereafter reinstitute the action in a court of competent jurisdiction in the City.

8.2   Modification Required by Law.  The parties agree that each and every provision of federal or state or local law, rule, regulation or order, required to be inserted in this Contract, is deemed by this reference to be so inserted in its correct form, and upon the application of either party, this Contract shall be amended by the express insertion of any such provision not so inserted or so inserted incorrectly so as to comply strictly with the law, without prejudice to the rights of either party.

8.3   Compliance with the Law.  The Consultant agrees that all acts to be performed by it in connection with this Contract shall be performed in strict conformity with all Legal Requirements, including without limitation, Applicable Statutes and Applicable Agreements. Failure by the Consultant to abide by such Legal Requirements shall be a material default under this Contract.

8.4   Equal Employment Opportunity/Employment Reports.

8.4.1   The Consultant shall comply with the applicable provisions of the Equal Employment and Affirmative Action Compliance for Non-Construction Contracts Addendum (the "Executive Order No. 50 (1980) Supply and Service Rider" or "E.O. 50") attached hereto as Appendix G and made a part hereof.  Appendix G shall be attached to and made a part of any Subcontract entered into by the Consultant pursuant to this Contract which exceeds $100,000.

8.4.2   The Consultant covenants that it shall complete and submit and shall require all Subcontractors to complete and submit Employment Reports (as required by E.O. 50) to the Corporation which can be found at www.nycedc.com in the section identified in Appendix H.  If the Consultant cannot access or download these forms, the Corporation shall, upon request, send the Consultant the required forms.

8.4.3   The Consultant and any Subcontractors that provide any on-site construction activity shall complete and submit the Payroll Report to the Corporation in the form annexed to this Contract as Appendix I.

8.4.4   The Consultant shall give consideration to employing City residents who are economically disadvantaged or are eligible under any applicable Legal Requirements including, without limitation, the Workforce Investment Act of 1998, and who have qualifications and skills commensurate with the requirements for the position available.  To the greatest extent feasible, the Consultant shall give opportunities for training and employment to lower income persons in the Project area.

8.4.5   The provisions of this Section 8.4 shall be deemed supplementary to, and not in lieu of, or in substitution for, the applicable provisions of the New York State Labor Law relating to non-discrimination, and other applicable Legal Requirements.

8.5   Minimum Wages.  Except for any employees whose prevailing wage is required to be fixed pursuant to Section 220, et seq. and Section 230, et seq. of the New York State Labor Law, which employees shall be paid such prevailing wage, all persons employed by the Consultant or any Subcontractor in the manufacture or furnishing of the supplies, materials, or equipment, or the furnishing of work, labor or services, used in the performance of this Contract, shall be paid, without subsequent deduction or rebate unless expressly authorized by

law, not less than the minimum hourly rate required by law, unless a higher amount is required pursuant to any other provision of this Contract.

8.6    No Tropical Hardwoods.  Tropical hardwoods, as defined in Section 165 of the New York State Finance Law, shall not be used in the performance of this Contract except as expressly permitted by the foregoing provision of law.

8.7    Sales and Use Tax.

8.7.1    The Consultant acknowledges that the Corporation and the City are exempt from sales and use taxes imposed by Article 28 of the New York State Tax Law for purchases of tangible personal property, to the extent that such property is used to alter, maintain or improve, and becomes an integral component part of real property.  This exemption does not apply to tools, machinery, equipment or other property leased by the Corporation's contractors and subcontractors or to supplies, materials or other property that are consumed in the construction or for any reason not incorporated into real property.

8.7.2    The Consultant shall inform its Subcontractors of this exemption and shall advise its Subcontractors to exclude sales and use taxes from their bids, as applicable.

8.8    Whistleblowers.

8.8.1    In accordance with Section 12-113 of the New York City Administrative Code (the "Administrative Code"),

8.8.1.1    The Consultant shall not take an adverse personnel action with respect to an officer or employee in retaliation for such officer or employee making a report of information concerning conduct which such officer or employee knows or reasonably believes to involve corruption, criminal activity, conflict of interest, gross mismanagement or abuse of authority by any officer or employee of the Consultant or any of its Subcontractor to (i) the Corporation, (ii) the City's Department of Investigation, (iii) a member of the New York City Council, the City's Public Advocate or the Comptroller, or (iv) the City Chief Procurement Officer, DSBD Chief Contracting Officer ("DSBS ACCO") or DSBS Commissioner.

8.8.1.2    If any of the Consultant's officer or employees believes that s/he has been the subject of an adverse personnel action in violation of paragraph 8.8.1.1 above, s/he shall be entitled to bring a cause of action against the Consultant to recover all relief necessary to make him or her whole.  Such relief may include but is not limited to: (i) an injunction to restrain continued retaliation, (ii) reinstatement to the position such employee would have had but for the continued retaliation, (iii) reinstatement of full fringe benefits and seniority rights, (iv) payment of two times back pay, plus interest, and (v) compensation for any special damages sustained as a result of the retaliation, including litigation costs and reasonable attorney's fees. An officer or employee described in this paragraph may bring an action in any court of competent jurisdiction for relief.  An officer or employee who brings a cause of action pursuant to this paragraph shall notify the Corporation of such action; provided however, that failure to provide such notice shall not be a jurisdictional defect, and shall not be a defense to an action brought pursuant to this paragraph.  This paragraph shall not be deemed to create a right of action against the

DocuSign Envelope ID: 2941B65A-97FA-4953-972D-AB5D4EE3292F

Corporation, the City, and any public agency or entity nor shall the Corporation, the City or any other public agency or entity be made a party to an action brought pursuant to this paragraph.

8.8.2    In accordance with Section 6-132 of the Administrative Code, the Consultant shall post a notice in the form annexed hereto at Appendix P.

8.8.3    For purposes of this Section, "adverse personnel action" includes dismissal, demotion, suspension, disciplinary action, negative performance evaluation, any action resulting in loss of staff, office space, equipment or other benefit, failure to appoint, failure to promote, or any transfer or assignment or failure to transfer or assign against the wishes of the affected office or employee.

8.9    <u>MacBride Principles</u>.  The Consultant stipulates and agrees to comply with the MacBride Principles.

8.10    <u>Iran Divestment Act</u>.  The Contractor shall comply with Section 165-a of the New York State Finance Law.

8.11    <u>Doing Business Data Form Requirements</u>.

8.11.1 Local Law No. 34 of 2007 amended the City's Campaign Finance Law and required the City to establish a database containing the names of any "person" that has "business with the city", as such terms are defined in LL 34.  The Consultant shall comply with all requirements of LL 34 applicable to this Contract.

8.11.2 The Consultant shall complete and submit a Doing Business Data Form which can be found at www.nycedc.com in the section identified in Appendix N.  If the Consultant cannot access or download these forms, the Corporation may, upon request, send the Consultant the required forms.

8.11.3 The Consultant's failure to complete and submit a Doing Business Data Form and/or its submission of a form that is not accurate or complete may result in appropriate sanctions.

## ARTICLE 9
## M/WBE REQUIREMENTS

9.1    <u>M/WBE Program</u>.  Local Law No. 129 of 2005 added and Local Law 1 of 2013 amended Section 6-129 of the Administrative Code of the City of New York (hereinafter "Section 6-129").  Section 6-129 establishes a program for participation in City procurement by minority-owned business enterprises ("MBEs") and women-owned business enterprises ("WBEs", together with "MBEs" collectively referred to as "M/WBEs"), certified in accordance with Section 1304 of the City Charter.  As stated in the Section 6-129, the intent of the program is to address the impact of discrimination on the City's procurement process, and to promote the public interest in avoiding fraud and favoritism in the procurement process, increasing competition for City business and lowering contract costs. The Corporation endorses these goals and has adopted an M/WBE Program to further participation by MBEs and WBEs in the

provision of the Services.  All Consultants shall comply with all requirements of the Corporation's M/WBE Program applicable to this Contract.

9.2    Minority and Women -Owned Business Enterprises.  M/WBE firms must be certified by DSBS to credit such firms' participation toward attainment of the Participation Goals.  Such certification must occur prior to the firms' commencement of work.

9.3    Participation Goal.

9.3.1    The Participation Goal for this Contract is set forth in Part I, Section 1.12.  The Participation Goal represents a percentage of the total dollar value of the Contract that may be achieved by awarding subcontracts to firms certified with DSBS as MBEs or WBEs, and/or by crediting the participation of the Consultant.

9.3.2    The Participation Goal is a material term of the Contract and the Consultant shall be subject to the Participation Goal.

9.3.3    A consultant that is an M/WBE shall be permitted to count its own participation toward fulfillment of the Participation Goal, provided that the value of the Consultant's participation shall be determined by subtracting from the total value of the Contract any amounts that the Consultant pays to direct Subcontractors.  A Consultant may not subcontract more than 50% of the total value of the Contract unless it working under a retainer contract or a construction management contract.  The value of an M/WBE Consultant's participation shall be determined by subtracting from the total value of the Contract any amounts that the respondent will pay to direct Subcontractors.  If the Consultant is not an M/WBE, it must meet the Participation Goal through the awarding of subcontracts to firms certified with DSBS as MBEs or WBEs.

9.3.4    A Consultant that is a Qualified Joint Venture shall be permitted to count a percentage of its own M/WBE participation toward fulfillment of the Participation Goal.  The value of the Qualified Joint Venture's participation shall be determined by first subtracting from the total value of the Contract, any amounts that the Qualified Joint Venture will pay to direct Subcontractors.  Thereafter, the M/WBE percentage of the Qualified Joint Venture shall be applied to the remaining value of the Contract to determine the overall Participation Goal.

9.4    Subcontractors Participation Plan.

9.4.1    The Subcontractors Participation Plan for this Contract is annexed hereto as Appendix H.

9.4.2    In the event that the Corporation does not approve a Subcontractor proposed by the Consultant, the Consultant shall have a reasonable time to propose alternate Subcontractors.

9.5    M/WBE Compliance Reports.

CONTRACT NO. 61550001

9.5.1    The Consultant shall provide the Corporation with written statements ("M/WBE Compliance Reports"), certified under penalty of perjury, reporting the status of the Consultant's compliance with its M/WBE Subcontractor Participation Plan as set forth in this Section 9.5.

9.5.2    The Consultant shall submit a M/WBE Compliance Report to the Corporation:

    (i)    with each Requisition for payment; and/or
    (ii)    on a periodic basis as the Corporation may require.

9.5.3    Each M/WBE Compliance Report shall set forth the following for the period covered by the report:

    (i)    the total amount paid to Subcontractors (including Subcontractors that are not MBEs or WBEs);
    (ii)    the names, addresses and contact numbers of each MBE or WBE hired as a Subcontractor pursuant to such plan as well as the dates and amounts paid to each MBE or WBE.

9.5.4    In addition to the foregoing, the Consultant shall submit a final, cumulative M/WBE Compliance Report to the Corporation with its Requisition for Final Payment. The Consultant shall set forth in such final report the information required by Section 9.5.3 in connection with all Services rendered by the Consultant and its Subcontractors during the entire Contract Term.

9.6    Change Orders. If the Consultant requests a change order having a value that exceeds ten percent (10%) of the Contract, the Corporation will establish an M/WBE participation goal for the work to be performed pursuant to the change order.

9.7    Modification of the Consultant's Subcontractors Participation Plan.

9.7.1    The Consultant may request modification of its Subcontractors Participation Plan after the award of the Contract. The Corporation may grant such request if it determines that the Consultant has established, with appropriate documentary and other evidence, that the Consultant has made all reasonable, good faith efforts to meet the Participation Goal set for the Contract.

9.7.2    Good Faith Efforts. Good faith efforts should be documented by Consultant requesting a modification and such documentation provided to the Corporation upon the Corporation's request. In determining whether the Consultant has made all reasonable good faith efforts to meet the Participation Goal, the Corporation will consider, along with any other relevant factors, evidence submitted by the Consultant showing that the Consultant has, without limitation, conducted the following:

9.7.2.1    Direct Outreach. The Consultant provided timely notice to M/WBEs of specific opportunities to participate in the Contract;

24

9.7.2.2    NYCEDC Assistance. The Consultant submitted timely requests for assistance to the Corporation's M/WBE liaison officer and provides the Corporation with a description of how the Corporation's recommendations were acted upon and an explanation of how action upon such recommendations did not lead to the desired level of participation of M/WBEs;

9.7.2.3    Advertised Opportunities. The Consultant advertised opportunities to participate in the Contract in general circulation media, trade and professional association publications, small business media and publications of M/WBE organizations;

9.7.2.4    Follow Up with M/WBEs. The Consultant sent timely written notices to advise M/WBEs that their interest in the Contract was solicited;

9.7.2.5    Substitution of Work. The Consultant made efforts to identify portions of the Contract Work that could be substituted for portions originally designated for the participation by M/WBEs in the M/WBE Subcontractors Participation Plan and for which the Consultant claims an inability to retain M/WBEs;

9.7.2.6    Meeting with M/WBEs. The Consultant held meetings with M/WBEs prior to the date their proposals were due, for the purpose of explaining in detail the scope and requirements of the work for which their proposals were solicited;

9.7.2.7    Negotiated with M/WBEs. The Consultant made efforts to negotiate with M/WBEs as relevant to perform specific subcontracts, or acts as suppliers or service providers; and

9.7.2.8    Interested Subcontractor List. The Consultant made efforts to contact interested M/WBEs listed on the Website's Interested Subcontractor list.

9.7.3    The Corporation's M/WBE Director and Chief Contracting Officer will provide written notice to the Consultant of the determination on whether the Consultant has made all reasonable good faith efforts to meet the Participation Goal.

9.8    Compliance Audits. This Contract may be audited by the Corporation, DSBS and the City Comptroller to determine the Consultant's compliance with the requirements of the Corporation's M/WBE Program and the Consultant's M/WBE Subcontractors Participation Plan.

9.9    Enforcement. In the event the Corporation determines that the Consultant or its Subcontractors have violated the requirements of the Corporation's M/WBE Program or the M/WBE Subcontractors Participation Plan including, without limitation, a determination that the Consultant has made payments to or awarded work to M/WBE Subcontractors in amounts less than the amounts specified in the Consultant's M/WBE Subcontractor Participation Plan (unless the Corporation has permitted the Consultant to modify the Consultant's M/WBE Subcontractors Participation Plan in accordance with Section 9.7), the Corporation may:

(i)    terminate the Contract;
(ii)    assess actual and consequential damages for and/or exercise its right to set off any additional expenses the Corporation incurs to complete the Project satisfactorily in

CONTRACT NO. 61550001

accordance with the Corporation's M/WBE Program and in order to meet the Participation Goal including, without limitation, the actual and administrative costs of:

> (a) meeting the Participation Goal through additional procurements;
> (b) payments made to any other consultant retained to complete the Services; and
> (c) investigation and enforcement; or

> (iii)   assert any other right or remedy it has under the Contract.

9.10    <u>Liquidated Damages for Failure to Fulfill Approved Participation Goals</u>.  If the Consultant fails to fulfill its Participation Goals set forth in its Subcontractors Participation Plan or the Participation Goals as modified by the Corporation pursuant to Section 9.7, the Corporation may assess liquidated damages in the amount of ten percent (10%) of the difference between the dollar amount of work required to be awarded to M/WBEs to meet the Participation Goal and the dollar amount the Consultant actually awarded and paid to M/WBEs.  In view of the difficulty of accurately ascertaining the loss which the Corporation will suffer by reason of the Consultant's failure to meet the Participation Goals, the foregoing amount is hereby fixed and agreed as the liquidated damages that the Corporation will suffer by reason of such failure, and not as a penalty.  The Corporation may deduct and retain out of any monies which may become due under this Contract the amount of any such liquidated damages; and in case the amount which may become due under this Contract shall be less than the amount of the liquidated damages suffered by the Corporation, the Consultant shall be liable to pay the difference.

9.11    <u>Statements</u>.  Statements made in any instrument submitted to the Corporation in connection with the Corporation's M/WBE Program shall be submitted under penalty of perjury and any false or misleading statement or omission shall be grounds for the application of any applicable criminal and/or civil penalties for perjury.

9.12    <u>Evaluations</u>.  The Consultant's record in implementing its M/WBE Subcontractor Participation Plan shall be a factor in the evaluation of its performance.

CONTRACT NO. 61550001

## ARTICLE 10
## EMPLOYMENT OPPORTUNITES PROGRAM

10.1 <u>The EOP</u>. NYCEDC has established the Employment Opportunities Program (the "**EOP**") to provide opportunities for construction training and employment in public construction projects for members of the Target Population, as defined herein. NYCEDC encourages its contractors on public construction projects to provide construction related training and employment opportunities for the Target Population.

10.2 <u>Target Population</u>. The "Target Population" is comprised of individuals who have an income that is below 200% of the poverty level as defined by the New York City Center for Economic Opportunity ("CEO"). A description of the income level meeting the threshold requirement for the EOP is available at
http://www.nyc.gov/html/ceo/downloads/pdf/ceo_poverty_measure_2005_2012.pdf

10.3 <u>Subcontractor EOP Participation</u>. The Consultant shall be required to notify potential bidders of the EOP Program and encourage participation in the EOP by the Subcontractors. Participation by Subcontractors shall be the basis for the Consultant's EOP Goal determination and EOP Plan, as set forth below.

10.4 <u>EOP Goal</u>. The EOP Goal is expressed as a percentage of the total construction work training hours and labor hours the Consultant estimates will be performed by members of the Target Population. The Consultant should assess the EOP Goal prior to submitting a final EOP Plan, which will reflect how the Consultant intends to achieve the EOP Goal.

10.5 <u>EOP Plan</u>. The Consultant will be required to submit a final EOP Plan, in the form attached hereto at Appendix O. The EOP Plan must be approved by the Corporation and shall be submitted by the Consultant to the Corporation with its subcontractor award letters for the Project. The EOP Plan shall set forth the proposed EOP Goal and detail the training and employment opportunities to be filled by the Target Population. Specifically, the EOP Plan shall include, without limitation, the following:

10.5.1 The Consultant's proposed EOP Goal;

10.5.2 The name and contact information for the Consultant's designated liaison for the EOP Program;

10.5.3 The name and contact information for the Subcontractors who will provide training and employment opportunities for the Target Population;

10.5.4 The trade classifications under which the members of the Target Population will perform work;

10.5.5 The estimated number of anticipated work hours for each specified construction trade;

10.5.6 Any additional information NYCEDC may reasonably request.

CONTRACT NO. 61550001

10.6  <u>EOP Compliance Reports</u>. The Consultant shall submit to the Corporation, upon request, written reports in a form to be determined by the Corporation providing the status of the EOP Plan, its implementation and the Consultant's good faith efforts to meet the EOP Goal.

10.7  <u>Good Faith Efforts</u>.  The Consultant shall make good faith efforts to implement the EOP Program, including, without limitation:

10.7.1  Advertising or causing it Subcontractors to advertise for construction training and employment opportunities for the Target Population on the Project;

10.7.2  Making  efforts to identify construction training and employment opportunities for the Target Population in advance of subcontracting;

10.7.3  Forming collaborations with community organization, not-for-profits or other organization that serve the Target Population to promote construction training and employment opportunities on the Project; and

10.7.4  Any other methods for promoting and implementing the EOP Program that the Corporation may establish.

10.8  <u>Enforcement</u>. The EOP Goal is a material term of the Contract. Failure to make good faith efforts or the submission of false statement may be cause for default pursuant to Article 3 of the Contract.

**ARTICLE 11**
**MISCELLANEOUS**

11.1  <u>Consultant as Independent Contractor</u>.  Notwithstanding anything contained herein to the contrary including, without limitation, the provisions of Section 5.2 hereof, it is specifically understood and agreed that in the performance of the terms, covenants and conditions of this Contract, the Consultant and its Representatives shall not be deemed to be acting as agents, servants or employees of the Corporation or the City by virtue of this Contract or by virtue of any approval, permit, license, grant, right, or other authorization given by the City or the Corporation or any of their Representatives in connection with this Contract, but shall be deemed to be independent contractors performing work or professional services for the Corporation, and shall be deemed solely responsible for all acts taken by them pursuant to this Contract.

11.2  <u>Assignment</u>.  This Contract is intended to secure the Services of the Consultant or a competent Representative or Representatives of the Consultant approved by the Director.  The Consultant shall not assign, convey, subcontract, or transfer this Contract or the Consultant's rights hereunder without the written consent of the Director, which Consent shall be manifested by Notice.  The Corporation shall have the right to assign, convey, subcontract or transfer this Contract or the Corporation's rights hereunder without the written consent of the Consultant to the City or any other corporation, agency or instrumentality having authority to accept the assignment.

28

11.3 <u>Right to Inspect</u>. The Corporation, the City Comptroller, the Inspectors and any other individual or entity authorized under any Legal Requirement shall have the right on reasonable Notice to inspect the operations and records of the Consultant and its Subcontractors relating to this Contract.

11.4 <u>Maintenance of Records</u>. In order to facilitate any audit provided herein, the Consultant agrees to maintain accurate, readily auditable records and accounts with supporting documentation in accordance with generally accepted accounting principles of the Services performed by it, its employees, and its Subcontractors under this Contract and of all financial accounts and transactions maintained or undertaken in connection with this Contract, including, but not limited to, time cards and records reflecting the nature of the work performed and time consumed, bank statements, cancelled checks, bills and receipts, Requisitions, and deposit slips, and to make such records available for inspection and audit in the City by the Corporation, the City, the Inspectors and any other individual or entity authorized under any Applicable Statute or Applicable Agreement upon reasonable Notice. Said records shall be maintained for a period of six (6) years after termination of this Contract.

11.5 <u>Modification in Writing</u>. No modification, amendment, waiver or release of any provision of this Contract or of any right, obligation, claim or cause of action arising hereunder shall be valid or binding for any purpose unless in writing and duly executed by the party against whom the same is asserted.

11.6 <u>Captions</u>. The tables of contents and captions of this Contract are for convenience of reference only and in no way define, limit or describe the scope or intent of the Contract or in any way affect this Contract.

11.7 <u>Completeness</u>. This Contract contains all the terms and conditions agreed upon by the parties hereto, and no other agreement, oral or otherwise, regarding the subject matter of this Contract shall be deemed to exist or to bind either of the parties hereto.

11.8 <u>Severability</u>. If any clause, provision or section of this Agreement be ruled invalid by any court of competent jurisdiction, the invalidity of such clause, provision or section shall not affect any of the remaining provisions hereof.

11.9 <u>Notices</u>.

11.9.1 Each Notice, demand, request or other communication in connection with this Contract shall be either: (i) served in person, with delivery of service acknowledged in writing by the party receiving the same; (ii) sent by nationally known overnight delivery service or telefax; or (iii) deposited in the U.S. mails, first class mail, postage prepaid, and addressed to the respective address herein set forth in Part I, Section 3 or to such other address as may be specified by Notice sent in accordance herewith.

11.9.2 Every Notice hereunder shall be deemed to have been given: (i) at the date of receipt by the respective party in the case of personal delivery, overnight delivery or telefax and (ii) five (5) business days after the date of deposit in the first class U.S. mails.

DocuSign Envelope ID: 2941B65A-975A-49F2-972D-A95D4EE3292E

11.10    <u>Non-Waiver</u>. Failure of the Corporation or its Representatives to enforce or otherwise require the performance of any of the terms and conditions of this Contract, at the time or in the manner that said terms and conditions are set forth herein, shall not be deemed a waiver of any such terms or conditions by the Corporation and the same may be selectively enforced or raised as a basis of a claim or cause of action at the option of the Corporation.

11.11    <u>Refusal to Testify</u>.

11.11.1    The Consultant agrees to cooperate fully and faithfully with any investigation, audit or inquiry conducted by a State or City governmental agency or authority that is empowered, directly or by designation, to compel the attendance of witnesses and to examine witnesses under oath, or conducted by the Inspector General of a governmental agency that is a party in interest to the transaction, submitted bid, submitted proposal, contract, lease, permit, or license that is the subject of the investigation, audit or inquiry.

11.11.2    If:

(i)    any person who has been advised that her or his statement, and any information from such statement, will not be used against her or him in any subsequent criminal proceeding refuses to testify before a grand jury or other governmental agency or authority empowered directly or by designation to compel the attendance of witnesses and to examine witnesses under oath concerning the award of, or performance under, any transaction, agreement, lease, permit, contract, or license entered into with the City, the State, or any political subdivision or public authority thereof, or the PANYNJ, or the Corporation, or any local development corporation within the City, or any public benefit corporation organized under the laws of the State of New York, or

(ii)    any person refuses to testify for a reason other than the assertion of her or his privilege against self- incrimination in an investigation, audit or inquiry conducted by a City or State governmental agency or authority empowered directly or by designation to compel the attendance of witnesses and to take testimony under oath, or by the Inspector General of the governmental agency that is a party in interest, and is seeking testimony concerning the award of, or performance under, any transaction, agreement, lease, permit, contract, or license entered into with the City, the State, or any political subdivision thereof, or the Corporation, or any local development corporation within the City,

then the commissioner or agency head (each of which is hereinafter referred to as the "Commissioner") whose agency is a party in interest to the transaction, submitted bid, submitted proposal, contract, lease, permit, or license involved in such investigation, audit or inquiry shall convene a hearing, upon not less than five (5) days written notice to the parties involved, to determine if any penalties should attach for the failure of a person to testify.

11.11.3    If any non-governmental party to the hearing requests an adjournment, the Commissioner who convened the hearing or the Corporation may, upon the Commissioner granting the adjournment, suspend any contract, lease, permit, or license pending the final determination pursuant to subsection 10.11.5 below without the City or the Corporation incurring any penalty or damages for delay or otherwise.

11.11.4    The Corporation or the City may impose the following penalties after a final determination by the Commissioner that penalties should attach for the failure of a person to testify:

(i)    the disqualification for a period not to exceed five (5) years from the date of an adverse determination of any person, or any entity of which such person was a member at the time the testimony was sought, from submitting bids for, or transacting business with, or entering into or obtaining any contract, lease, permit or license with or from the City or the Corporation, as the case may be; and/or

(ii)    the cancellation or termination of any and all such existing City or Corporation contracts, leases, permits or licenses that the refusal to testify concerns and that have not been assigned as permitted under this Contract, nor the proceeds of which pledged, to an unaffiliated and unrelated institutional lender for fair value prior to the issuance of the notice scheduling the hearing, without the City or the Corporation incurring any penalty or damages on account of such cancellation or termination; monies lawfully due for goods delivered, work done, rentals, or fees accrued prior to the cancellation or termination shall be paid by the City or the Corporation, as the case may be.

11.11.5    The Commissioner shall consider and address, in reaching her or his determination, and the Corporation and the Commissioner shall consider and address, in assessing an appropriate penalty, the factors in subparagraphs (i) and (ii) below. The Commissioner and the Corporation may also consider, if relevant and appropriate, the criteria established in subparagraphs (iii) and (iv) below in addition to any other information which may be relevant and appropriate:

(i)    The entity's good faith endeavors or lack thereof to cooperate fully and faithfully with any governmental investigation or audit, including, but not limited to, the discipline, discharge, or disassociation of any person failing to testify, the production of accurate and complete books and records, and the forthcoming testimony of all other members, agents, assignees or fiduciaries whose testimony is sought.

(ii)    The relationship of the person who refused to testify to any entity that is a party to the hearing, including, but not limited to, whether the person whose testimony is sought has an ownership interest in the entity and/or the degree of authority and responsibility the person has within the entity.

(iii)    The nexus of the testimony sought to the subject entity and its contracts, leases, permits or licenses with the City or the Corporation.

(iv)    The effect a penalty may have on an unaffiliated and unrelated party or entity that has a significant interest in an entity (subject to penalties under subsection 10.11.4 above), provided that the party or entity has given actual notice to the Commissioner upon the acquisition of the interest, or at the hearing called for in subsection 10.11.2(2) above gives notice and proves that such interest was previously acquired. Under either circumstance the party or entity must present evidence at the hearing demonstrating the potential adverse impact a penalty will have on such person or entity.

11.11.6    The term "license" or "permit" as used herein shall be defined as a license, permit, franchise or concession not granted as a matter of right.

CONTRACT NO. 61550001

11.11.7    The term "entity" as used herein shall mean any firm, partnership, corporation, association, joint venture or person that receives monies, benefits, licenses, leases or permits from or through the City or otherwise transacts business with the City.

11.11.8    The term "member" as used herein shall mean any person associated with another person or entity as a partner, director, officer, principal or employee.

11.11.9    The term "person" as used herein shall mean any natural person doing business alone or associated with another person or entity as a partner, director, officer, principal or employee.

11.12    <u>No Political Activity</u>.  The Consultant agrees that there shall be no political activity or any activity to further the election or defeat of any candidate for public, political or party office as a part of or in connection with this Contract, nor shall any of the funds provided under this Contract be used for such purposes.

# EXHIBIT PS-03

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## SUPPLEMENTAL TERMS AND CONDITIONS TO AGREEMENT

**Agreement No. 1215024-100.030 between Skanska USA Building Inc. and KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP dated May 21, 2021 is hereby modified as follows:**

See the attached Skanska Marine Operations Safety Requirements.

**PS-03 – Supplemental Terms and Conditions to Agreement**                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

**SKANSKA**

## 31    Marine Operations Safety Requirements

## 31.1 Purpose

The purpose of this Program is to protect our employees from the hazards of working in or around water.  Since our Company cannot guarantee that all of our employees are proficient swimmers, the Company must provide preventative measures first, and then protection in case an emergency arises and our employees' safety is jeopardized.

## 31.2    Applicable Regulations

OSHA 29 CFR 1926.605

OSHA 29 CFR 1926.106

OSHA 29 CFR 1910.401

OSHA 29 CFR 1926 Subpart CC

OSHA 29 CFR 1910 Subpart T

USACE EM 385

United States Coast Guard Diving Policies and Procedures Manual, June 2009

Federal Aviation Administration (FAA)

## 31.3    Responsibilities

### 31.3.1    Project Management shall:

- Enforce the requirements of this program;
- Designate specific employees to respond to water emergencies and operate lifesaving boats;
- Ensure any boats on site meet the Coast Guard (and project Owner) requirements;
- Ensure that barges meet the requirements stated in this program; and
- Ensure diving operations meet the requirements stated in this program.

### 31.3.2    Employees shall:

- Wear all personal protective equipment at times deemed necessary by the Competent Person; and
- Comply with the requirements of this program.

1

## 31.4   General Requirements

## 31.4.1   Personal Protective Equipment:

- All employees shall wear Coast Guard-approved life vests when they are on boats, barges, within six feet of the water's edge, or when over water

- The vests shall be zipped and clipped, in good condition, inspected daily and shall be of a highly visible orange/red color and have at least 31 sq. in. of retro-reflective markings on both the front and back of the vest (USCG 46 CFR Part 25.25-15)
  - o   Exception: Crane Operators may remove their vests while seated in the crane cab.  The vest shall be worn at all times when outside the cab
  - o   When on-shore, and protected by a standard handrail system
  - o   When remaining 100% behind a warning line on-shore that is posted at least six feet from the edge of a deck or floor edge.  ALL persons on barge decks shall wear PFDs (Personal Flotation Devices) at all times.

- Many people cannot swim; accordingly, workers shall work in pairs, particularly in isolated areas;

- Projects must consider float coats and pants in high hazard and cold weather conditions

- A whistle shall be attached to each life vest. Safety Beacon Lights must be white in color and provide a minimum of 0.75cd of illumination for a minimum of 8hrs.  Lights must be located on the upper hemisphere of the body to provide maximum visibility.  Flash rates must be more than 50 and no more than 70 flashes per minute.  (L)

- If working nights, a small flashlight or other portable lighting device shall be attached to the individual so he/she can signal for help in an emergency.

## 31.4.2 Access

- No foot traffic permitted between barges or between barges and piers or wharves unless gangways are used

- Gangways shall have a minimum width of 20 inches, and shall have handrails on both sides with a minimum height of 33 inches.

- Gangways shall be secured on at least one end. Non-slip surfaces shall be provided on working decks, stair treads, ship ladders, platforms, catwalks and walkways.

- No storage of any kind is permitted on a gangway

- Gangways shall be adequately illuminated along the entire length. A minimum of Five (5) Foot Candle is required. (L)

- No foot traffic between watercraft, including boat to barge where the deck differential exceeds 18 inches unless ladders are used.

- Ladders shall have at least one handrail that extends at least 33 inches above the upper deck.

- Jumping between decks is not permitted

## 31.4.3   Fall Protection

This section does not replace the fall protection requirements in the Skanska standard fall protection section of the SHMP. The standard requirements shall apply unless modified below. Specific requirements for marine work include:

- On decks or work surfaces 6 feet or more above adjacent vessel decks, docks or other hard surfaces (submerged objects, pier caps, projecting rebar) shall have fixed railings. Engineered Portable rail systems are acceptable where fixed rails cannot be used.

- Wharf/pier/shore to barge – six foot rule applies

- Between barges – edge railings required if deck height differential reaches six feet or more

- Barges should have fenders large enough to protect deck edges and to prevent crushing of persons falling between barges

- Sloped walkways should have non-skid surfaces or cleats

## 31.4.4   Rescue

## 31.4.4.1   Lifesaving Boats:

- A boat shall be kept ready and immediately available for emergency rescue and shall meet Owner's requirements (e.g. requirements with regard to steam cleaning prior to launch in order to eliminate introduction of invasive marine life such as zebra mussels);

- A boat (rescue skiff) shall be in the water, moored at an accessible point or can be quickly launched by one person, to be used exclusively for water rescues.   A Competent Person should determine the specifics for rescue boat size and location(s), power systems and any other needs based on the exposures.  The boat must be equipped with both a motor (e.g., restrictions in certain waterways, no 2-stroke engines in NYCDEP waterways) and oars. Oars are a back-up to the motor only.  Rescue skiffs shall have oarlocks attached to the gunwales or oars, shall have one ball-pointed boat hook, one ring buoy with 70 feet of line attached and a fire extinguisher.   Vessels should be able to

reach the person in the water within Five (5) minutes (including time to launch the vessel if it is stored on the deck).  (BP).

- There must be at least one person present and specifically designated to respond to water emergencies and operate the boat at all times when there are employees above water Each DPIC shall be noted on the Pre-Task plan

- When the operator is on break, another operator must be designated to provide the coverage while employees are exposed to  water;

- The designated operator must either man the boat at all times or remain in the immediate area such that the operator can quickly reach the boat and get underway;

- The boat operator may be assigned other tasks provided the tasks do not interfere with the operator's ability to quickly reach the boat and get underway;

- A communication system, such as a radio on the jobsite frequency must be used to inform the rescue boat operator of an emergency and to inform the operator where the boat is needed

- Boats must not be overloaded and should be secured to prevent theft or joy rides to prevent use by unauthorized individuals during non-working hours. Employees must stay seated when traveling in small boats to keep them stable.

- The Contractor shall provide training for persons designated qualified for watercraft operation, first aid and CPR, and means and methods to extricate persons from the water. These persons must be present in the area whenever work is underway on, near or over water.

- Ring buoys shall be posted on each barge and watercraft, and along the open edges of buildings, decks, piers and wharves.  The maximum travel distance to reach a ring buoy shall not exceed 100 feet (may be spaced up to 200 feet apart.)  Each buoy shall have a minimum of 90 feet of line.

- Vessels shall have at least one portable or permanent ladder of sufficient length to allow a person to self-rescue by boarding the ladder from the water.  Other means or methods designed to assist in the rescue of an incapacitated person overboard shall be available.

- Where personnel may be using personal fall arrest equipment near or over water, rescue procedures shall be in place to reach and retrieve persons who may be suspended by their gear.  Rescue crews shall be trained on means and methods for rescue.  (BP)

## 31.5 U.S. Coast Guard Requirements for Boats:

All Vessels Must Have:                                                                                          4
- Anchor or mooring lines
S:\Health & Safety Plan

- Horn or whistle (boats over 12 meters, more for boats over 65 meters)

- Lights for night operation, including at-anchor lights

- Life ring and 90 feet of rope (tug or other large boat).

- Fire protection – boats less than 26 feet shall have at least one type B1 extinguisher. Boats from 26 to 40 feet shall have two B1 or one B2 extinguisher. Boats 40 to 65 feet shall have three B1 or one B1 and one B2 extinguisher. (B1 is equivalent to a 2 lb dry chemical extinguisher, and B2 is equivalent to a 10 lb dry chemical extinguisher)

- At minimum Boats less than 16 feet shall carry a distress signal if operated at night. Boats over 16 feet shall carry a distress signal at all times. (S

- At minimum Boats less than 39.4 feet shall carry a sound producing device. Boats 39.4 feet or greater shall carry a bell and a whistle.

- Inspection – at least annually by an accredited marine surveyor – checks for seaworthiness, conditions, overall vessel safety.

## 31.6  Barges

### 31.6.1  General:

- Each barge shall be equipped with:

  o Life rings with 90 feet of rope secured either to a stationary anchor or stanchion;

  o Two 20 pound ABC dry chemical fire extinguishers. In addition, maintain at least two fully charged, 20 pound, ABC dry chemical fire extinguishers on near each major piece of equipment;

  o A First Aid kit and stokes basket (stretcher (designed for marine sue) with removable back board and neck brace/stabilizer;

  o A gangplank with a hand rail (see section 31.4.2)

  o Mooring lines;

  o Spill kits;

  o Flashlights;

  o Additional Type III or IV PFD's: Minimum of 1:2 ratio (one additional PFD per each 2 crew members)

  o A two-way radio tuned to a frequency used on the jobsite

5

- o Ladders for access and rescue must be of sufficient length to be able to reach the water to enable boarding and self-rescue

- The foreman on each barge is responsible for keeping a supply of personal protective equipment on hand. This will reduce time wasted traveling to find supplies and eliminate the urge to work without protective equipment that develops when it is not readily available

- All superintendents, engineers, and foremen shall have up-to-date First Aid/CPR/AED training;

- Adequate first-aid supplies shall be kept on each manned barge to handle severe injuries.

- Signs should be posted on the barge with company name and emergency contact phone number so the company can be contacted should the barge break free;

- "NO WAKE" signs shall be posted. We typically work with float stages and the wake can cause the workers to lose their balance and fall into the water

- Fenders should be maintained on the sides of the barge in the areas of the ladders. This will help prevent damage to the ladder and provides a crushing safe zone if someone falls into the water

- Barges that have fuel storage compartments must have a "Shipboard Oil Pollution Emergency Plan (SOPEP)".

## 31.6.2  Vehicle and Equipment Access to Barges

- Ramps for access of vehicles or equipment to or between barges shall be Engineer designed and approved for adequate strength, provided with sideboards, well maintained, and properly secured

- Prior to driving or walking any equipment onto or off of any barge, plans shall be approved by a Competent Person. Considerations include:
  - o Barge mooring
  - o Barge deck loading (deck load capacity and barge list)
  - o Means to secure the equipment on deck
  - o Capacity of transfer ramps
  - o Securing of transfer ramps

- No vehicles or equipment may be driven or walked onto or off of any barge without the use of ramps.

- Prior to any transfer of vehicles or equipment by the use of ramps, barges shall be positively secured by the use of adequate mooring lines to prevent barge separation. 6

DocuSign Envelope ID: 2941B65A-97EA-49F2-972D-A95D4EE3292E

- Prior to transferring heavy equipment onto or off of a barge deck by crane or hoist, a competent person shall review the task plans.  Considerations include:
  - Barge mooring
  - Barge deck loading (deck load capacity and barge list)
  - Means to secure the equipment on deck

### 31.6.3   Working Surface of Barges:

- Three-foot clear walkway, grab rail or taut hand line shall be provided around the perimeter of barges, and all equipment.  Housekeeping must be maintained to keep the walkways clear of any and all tripping hazards

- Marine superintendents shall have an access and lay-down area on each barge to assist in housekeeping

- Barge decks shall be kept clear of ice, snow, oil, grease, silt, water and any other slippery surface.  Any accumulation of substances that may increase the slip and fall exposure shall be reviewed by a Competent Person prior to allowing work to commence

- Fuel and oil tanks must not be filled beyond the manufacturer's capacity due to thermal expansion of fluids. Absorbent materials must be kept readily available to immediately contain and clean up spills. Contact an environmental clean-up service before storing large quantities of fuel or oil on a barge. They must be able to respond immediately if a spill occurs that is too large for us to handle.  In addition to contacting local environmental authorities, the U.S. Coast Guard and Construction Manager must be contacted.
- Spill kits shall be kept within close proximity to any and all fuel or chemical storage including each vessel/barge.

### 31.6.4 Securing of Barges:

- Each barge, tug, crew boat, or other sizeable vessel should be secured with at least two spuds, anchors, or mooring lines.  Rope lines need to be inspected on a daily basis so that rotted, worn, or undersized ropes will be replaced before they break.  DO NOT leave a vessel until it has been properly secured

- Superintendents must monitor the rise and fall of the tide and make sure that mooring lines have enough slack, so they will not be stretched to the breaking point

- Areas where anchor lines cross our barge decks will be painted with bright colored striping.  Do not sit or stand on anchor lines, or use them as a handhold.

- Do not stand where a cable can strike you if it snaps.  Also do not stand in the "v" made by a cable that runs through a snatch block or fairlead.  The cable will strike you if the

snatch block or fairlead fails. Make sure everyone is clear before winching a cable

- Lights are required to warn boaters of our barges, anchor lines, and other marine obstructions.  When lights aren't possible, buoys, flags, signs, Styrofoam ® (or equivalent) blocks, balls, or other visual warnings must be used

- Written notice shall be given to the U.S. Coast Guard requesting that they publish the location of our barges and other marine obstructions in the "Notice to Mariners".  The names and phone numbers of the U.S. Coast Guard representatives shall be posted in case of an emergency

- Berms or sideboards shall be used on docks, roads, ramps, flexi-floats, barges, etc., where vehicles or equipment are being driven or operated.  Berms or sideboards shall be of adequate strength and height to keep equipment from driving off into the water;

- All rubber tired equipment and unstable objects that can roll or be thrown overboard by wind, waves, or vandals, should be bolted, locked, tied, chocked, welded or otherwise secured in place

- Stub ups and tie downs that are no longer in use shall be removed from the decks of our barges to prevent us from tripping.  Protrusions that cannot be removed shall be marked with a bright colored paint, flat, cone or other obvious marking;

- Boats, barges, and Flexifloats ® (or equivalent) must be loaded and unloaded carefully to keep them stable and balanced.  Even large marine vessels can flip over and sink if they become severely unbalanced

- The Competent Person on each shift shall visually check our floating equipment for listing or instability due to leaks or unbalanced loads

- Pumps need to be kept readily available to pump out leaking boats and barges.  Repair leaks as soon as practical, before they become severe

- Never enter a barge hold unless it has been thoroughly ventilated.  The rusting process uses up oxygen inside a barge, making it a deadly place to enter.  Properly ventilate said hold/chamber, and wear appropriate PPE including respirator or supplied air.

- Install handrails or temporary barricades around all open hatches

- Develop a flood and hurricane plan that is appropriate for your job before you need it. Determine what conditions will halt the use of small boats, such as strong currents or large waves. Must be submitted as a formal submittal.

## 31.6.5 Cranes on Barges:

8

S:\Health & Safety Plan

Note: All regulations for land based cranes that are listed in OSHA 1926 Subpart CC, or where applicable, USACE EM 385 shall apply to cranes on barges, except where exemptions apply. Unique or special requirements for the operation of cranes on barges are listed below:

- Control lines, warning lines, railings or similar barriers to mark the boundaries of the hazard areas, including the crane's swing radius, or the hazard areas shall be clearly marked by a combination of warning signs and high visibility markings on the equipment that identify the hazard areas. In addition, the employer shall train the employees to understand what these markings signify.

- If the barge has a device to adjust list and trim, controls shall be located in the cab or, where there is no cab, at the operator's station

- Do not store material on the crane barge other than what is necessary to perform the hoisting task

- Cranes shall not travel on a barge deck with any load on the hook, unless the movement is designed and signed off by a Licensed Naval Architect/Marine Engineer

- Cranes with boom lengths over 200' require a beacon light and notification to the FAA. The FAA may require additional safety measures dependent on proximity to Airports/Heliports.

- A competent person, typically the crane operator, shall determine if wind is a factor that needs to be considered for any pick. The crane operator shall have access to current wind speed information. Preferably, an anemometer should be mounted on the boom tip, and a digital indicator should be in the operator's cab.

- An anti-two-block device is required for barge cranes only when hoisting personnel or hoisting over an occupied cofferdam or shaft.

- Critical Picks are defined in *(Skanska's SHEMS Manual)*. Criteria include, but are not limited to picks that exceed 75% of the crane's NET HOOK CAPACITY, lifting personnel, picks originating with the load under water, unique or expensive loads. Any Critical Pick must be documented on the appropriate planning forms, and shall be reviewed and approved by the Lift Planner, a PE, a designated Competent Person on the site, and the Crane Operator, any one of which who may refuse the pick.

- In addition to meeting the requirements of 1926.1412 for inspecting the crane/derrick, the following additional inspections shall be made with full supporting documentation:

  ○ The barge, pontoons, vessel or other means of flotation used to support a floating crane/derrick or land crane/derrick is inspected as follows:
    ▪ Each shift the means used to secure/attach the equipment to the vessel/flotation device shall be inspected for proper condition, 9

including wear, corrosion, loose or missing fasteners, defective welds, and (where applicable) insufficient tension

- Each month the barge shall be inspected to determine if it is taking on water; deck loads shall be checked for proper securing; chain lockers, storage, fuel compartments and battening of hatches for serviceability as a water tight appliance: firefighting and lifesaving equipment is in place and functional. Skanska Checklist to be completed and submitted to Project team.

- Each shift and monthly inspection shall be made by a Competent Person.  If any deficiency is identified, an immediate determination shall be made by a qualified person as to whether the deficiency constitutes a hazard. If the deficiency is determined to constitute a hazard, the vessel/flotation device shall be removed from service until it has been corrected.

- Annually, the external portion of the barge, pontoons, vessel or other means of flotation used shall be inspected by a Qualified Person who has expertise with respect to vessels/flotation devices. The inspection shall include the following items:

  ➢ Each of the items described for shift and monthly inspections above

  ➢ Cleats, bitts, chocks, fenders, capstans, ladders, and stanchions, for significant: corrosion, wear, deterioration, and deformation

  ➢ External evidence of leaks and structural damage.

  ➢ Four-corner draft readings

  ➢ Firefighting equipment for serviceability.

  ➢ Rescue skiffs, lifelines, work vests, life preservers and ring buoys shall be inspected for proper condition.

If any deficiency is identified, an immediate determination shall be made by the qualified person as to whether the deficiency constitutes a hazard or, though not yet a hazard, needs to be monitored in the monthly inspections. If the deficiency is determined to constitute a hazard, the vessel/flotation device shall be removed from service until it has been corrected.

- The monthly and annual inspections shall be documented.  Monthly inspection documents shall be retained for at least three months, annual inspections shall be retained until the next annual inspection is completed and documented.

10

- The internal portion of the barge, pontoons, vessel or other means of flotation used shall be surveyed once every 4 years by a marine engineer, marine architect, licensed surveyor, or other qualified person who has expertise with respect to vessels/flotation devices. If any deficiency is identified, an immediate determination shall be made by the surveyor as to whether the deficiency constitutes a hazard or, though not yet a hazard, needs to be monitored in the monthly or annual inspections, as appropriate. If the deficiency is determined to constitute a hazard, the vessel/flotation device shall be removed from service until it has been corrected. If the surveyor determines that, though not presently a hazard, the deficiency needs to be monitored, the employer shall ensure that the deficiency is checked in the monthly or annual inspections, as appropriate.

- The quadrennial inspection shall be retained for a minimum of 4 years.  All documents shall be readily available at the jobsite.

- No crane mounted on a barge or other watercraft shall be operated by the manufacturer's original land-based capacity chart.  If the manufacturer provides a "list chart", that shall be used to determine the crane's GROSS CAPACITY, based upon the indicated machine list. If the indicated machine list exceeds that chart limitations, the crane shall not be used.

- If the manufacturer does not provide a list chart, a chart that de-rates the crane capacity may be calculated by a Qualified Person, using guidelines provided by the manufacturer.

- The maximum allowable list and the maximum allowable trim shall not exceed the least of the following: 5 degrees, the amount specified by the crane/derrick manufacturer, or where an amount is not so specified, the amount specified by the qualified person.

- For each pick, the crane operator or lift planner shall calculate the crane's NET HOOK CAPACITY.  This is determined by locating the crane's GROSS CAPACITY from the applicable chart, then deducting required items such as the load block, ball and any other attachments to the boom.  Deductions shall also be made for dynamic loading and environmental parameters.  The crane shall not make any pick that exceeds 75% of the NET HOOK CAPACITY without full compliance with the CRITICAL PICK requirements described in a section above.

- All deck surfaces of the barge, pontoons, vessel or other means of flotation used shall be above water. The entire bottom area of the barge, pontoons, vessel or other means of flotation used shall be submerged.

- The barge, pontoons, vessel or other means of flotation used shall be structurally sufficient to withstand the static and dynamic loads of the crane/derrick when operating at the crane/derrick's maximum rated capacity with all anticipated deck loads and ballasted compartments. The barge shall have a subdivided hull with one or more longitudinal watertight bulkheads for reducing the free surface effect. The barge shall have access to void compartments to allow for inspection and pumping.[1]

- A Naval Architectural Analysis shall be performed to evaluate the parameters of crane load ratings to include design standard; machine trim; machine list; dynamic loading; environmental loading to generate the load rating.

- The crane/derrick shall be physically attached to the barge, pontoons, vessel or other means of flotation. Methods of physical attachment include crossed-cable systems attached to the crane/derrick and vessel/flotation device (this type of system allows the crane/derrick to lift up slightly from the surface of the vessel/means of flotation), bolting or welding the crane/derrick to the vessel/flotation device, strapping the crane/derrick to the vessel/flotation device with chains, or other methods of physical attachment. A coral system may be used in place of a tie down system; the means used to secure the crane to the deck shall be designed by a Marine Engineer or a Professional Engineer.

## 31.7 Diving

- Diving operations will be performed only by qualified subcontractors. Any support of diving operations by Company personnel must be approved by senior project management.
- Prior to commencement of diving operations, the diving subcontractor shall coordinate activities with the Skanska USA Inc. Project Team.

- A site-specific diving plan shall be developed;

- Divers shall not be used if work can be accomplished by other means;

- Surface supplied air shall be utilized whenever possible in accordance with the practical constraints of diving operations;

- Breathing air shall be provided in accordance with the type of work being performed and shall be Grade D or higher;

- Contractors shall develop and maintain a safe practice manual that encompasses the entire diving program;

- If required a decompression chamber must be on-site for divers to use;

- Arrangements shall be made with the local facility associated with the Diver's Alert Network;

  o See US Army Corps of Engineers EM 385-1-1 Safety and Health Requirements Manual Section 30;

## 31.7.1 Divers/Dive Team:

- Contractors shall demonstrate that:
  o Each diver is medically fit as attested by a licensed physician; and
  o Each diver team member has documented training.                    12

- Divers must wait a minimum of 12-hours before flying after every dive. This must be extended to 24 hours after multiple days of repetitive diving;

- Each dive team shall have nationally recognized certification in First Aid and CPR. The use of oxygen systems must be part of the training;

- Diving logs must be completed daily, maintained, and available for review upon request by the Skanska project team.

- During diving operations, no pile driving will be permitted.

- The dive area shall be designated by the diving subcontractor, and the only watercraft permitted in the dive area shall be operated by the diving subcontractor.

- All divers must wear proper PPE including hardhat, gloves, and a PFD (on a barge) or safety vest (on land) outside of the designated dive area.

- No crane picks or other material movement shall be permitted over the dive area, or the diving support area.

- The United States Navy Diving Manual SS521-AG-PRO-010, 0910-LP-106-0957, and The United States Coast Guard Diving Policies and Procedures Manual, USACE EM 385 Section 30, and OSHA 1910 Subpart T shall be used.

## 31.8 Environmental requirements

- Barge decks, piers, docks, wharves, boat decks and floor edges shall be kept clear of any materials that may fall overboard.  Where needed, toe boards or similar structures shall be erected to prevent materials from reaching the water. The Three (3') foot rule previously stated must be followed

- All fuel tanks shall be double-walled, or shall be stored inside dikes.

- All fuel using equipment such as generators, compressor, chainsaws, etc. shall have a liner tray as a secondary spill containment device.

- All chemicals, fuels, lubricants and similar materials shall be stored inside protective enclosures such that any container spill or rupture shall not extend outside the protected area.

- Subcontractor must provide fueling/refueling procedures.

- Spill kits shall be maintained near all fuel and chemical storage area.

- All employees expected to work on watercraft, barges or near water shall be trained on spill avoidance and spill response.

13

DocuSign Envelope ID: 2941B65A-97EA-49F3-973D-A95D4EE3292E

- Store waste and secure appropriately to ensure that it does not reach the water.

- Avoid large stockpiles of materials and/or waste on site.

- Minimize the risk of erosion and disturbance to soils/land caused by machinery.

- Protect storm water drains from contamination.

## 31.8.1 Spill reporting requirements

- Petroleum /oil Spills and releases, including underground storage tank leaks or overfills shall be immediately reported to NYDEC (NY Department of Environmental Conservation 1-800-457-7362) unless the Spill or release meets all of the following criteria:

    i)   The Spill is known to be less than five (5) gallons of Petroleum/Oil;

    ii)  The Spill is contained and under control by the spiller or BSC employee;

    iii) The Spill has not or will not reach the NY State's waters or any land; and

    iv)  The Spill is cleaned up within 2 hours of discovery.

- Written notification to U.S. EPA Regional office/ NRC (National Response Center at 1-800-424-8802 or 1-202-426-2675) for Petroleum/Oil Spills meeting the following criteria:

    i)  A single Discharge of Petroleum/Oil into or upon Navigable Waters of the U.S. or adjoining shoreline that exceeds 1,000 gallons; or

    ii) Within a twelve (12) month period, two (2) Discharges of more than 42 gallons of Oil into or upon Navigable Waters of the U.S. or adjoining shorelines.

14

# EXHIBIT PS-04

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

## SUPPLEMENTAL TERMS AND CONDITIONS TO AGREEMENT

**Agreement No. 1215024-100.030 between Skanska USA Building Inc. and KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP dated May 21, 2021 is hereby modified as follows**:

See the attached NYCEDC Citywide Ferry Environmental, Health, and Safety Manual.

**PS-04 – Supplemental Terms and Conditions to Agreement**            **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-AB5D4EE3292E

**SKANSKA**

# Environmental, Health and Safety Manual

## NYCEDC - CITYWIDE FERRY SVC

Release Date: August 2020



# Table of Contents

## Introduction                                                          5

    Care for Life                                      6

## SHEMS                                                                10

    SHEMS Program                                     10

    Identification and Management of EHS Impacts       19

    Determining Legal and Other Requirements           23

    Training                                           24

    Communication                                      32

    Incident Investigation                             35

    Audits                                             37

    Nonconformance, Corrective Actions and Preventative Action    40

    Emergency Preparedness                             42

    Management Review/Meetings                         43

    Document/Record Control                            51

## Policies                                                             53

    Accountability Policy                              53

    Cell Phone / Tablets / Smart Device User Policy    56

    Vehicle Policy                                     59

    Fit For Duty Policy                                64

    Personal Protection Equipment (PPE) Policy         65

    Stop Work Authority                                68

    EHS Policies Specific to Subcontractors            69

    Substance Abuse Policy                             76

## Safety                                                               80

Concrete and Masonry                                                             80

Confined Spaces                                                                  87

Cranes and Crane Rigging                                                         94

Demolition                                                                      207

Dropped Object Protection                                                       211

Electrical                                                                      213

Excavation and Trenching                                                        217

Fall Prevention and Protection                                                  222

Fire Prevention and Protection                                                  230

Housekeeping                                                                    237

Illumination – Project Lighting                                                 240

Maintenance and Protection of Traffic (Vehicular and Pedestrian)                244

Marine and Diving Operations                                                    252

Material Handling and Storage                                                   259

Mobile Elevating Work Platforms                                                 273

Motor Vehicles and Mechanized Equipment                                         277

Pile Driving                                                                    281

Rigging                                                                         285

Signs, Signals, and Barricades                                                  290

Stairways and Ladders                                                           293

Steel Erection                                                                  297

Temporary Works                                                                 302

Tools – Hand and Power                                                          304

Welding and Cutting (Hot Work)                                                  309

**Environmental**                                                               **314**

Biodiversity Protection                                                          314

Community Impacts: Transportation and Local Economy            316

Materials and Waste Management                                       318

Noise and/or Vibration                                                      320

Outdoor Air Quality                                                          322

Potential and Unforeseen/Take 5 Conditions (e.g. Spills / Leaks)     324

Water Impacts                                                                 326

## Health                                                                      **328**

First Aid and Bloodborne Pathogens                                  328

Hazard Communication                                                     332

Heat and Cold Related Illness                                           334

Infectious Disease Prevention and Response                        337

Noise Exposure                                                              343

Respiratory Protection                                                      346

Sanitation                                                                      352

Silica                                                                           355

# Introduction



1. Environmental, Health and Safety (EHS) are core values for Skanska USA Building, Inc., and are the foundations for all policies, procedures, training programs, reporting requirements and incident response plans. These are designed to ensure the health and safety of all site personnel and minimize impacts on the surrounding community. Skanska´s senior management fully supports all EHS initiatives and conformance to the policies set forth in this EHS Manual.

2. The policies set forth in this EHS Manual apply to all Skanska construction projects where Skanska maintains operational and financial control and includes the Business Units below, Joint Venture Partners, their employees and those working on Skanska's behalf.

| Business Unit | Head Quarters Location |
|---|---|
| Skanska USA Building | New York, NY |
| Skanska USA Civil | Queens, NY |
| Skanska Commercial Development US | Arlington, VA |
| Skanska Asset Management | Alexandria, VA |

# Care for Life

Care
for Life

1.  In 2003, Skanska implemented an Injury-Free Environment (IFE®) initiative on all our projects. IFE is the shared corporate and individual belief that safety is a value, not compromised by cost or schedule. The program is designed to create for all workers a mindset intolerant of any frequency or severity of injury or incident.

2.  To further enhance IFE Skanska adopted Care for Life as the number one core value in 2016. Skanska has embraced the Plan, Do, Check, Act model of continuous improvement as an integral component to live this value.

3.  Everyone involved on projects, from craft workers to our client partners, has ownership of the EHS program and is held accountable for its implementation. The core principles of our Care for Life value include the following:
    - We care for life of people and the environment.
    - We work safely or not at all.
    - We never walk by if we notice unsafe actions.
    - We support health and well-being.
    - We promote green solutions, and we run our operations in a green way.
    - We are accountable for future generations.

4.  We manage our Care for Life through training and participation. All subcontractors and workers entering our jobsites are encouraged to attend Care for Life training, which focuses on workers' personal relationship to safety and three skills:
    - Assigning injury-free work
    - Recognizing and reinforcing safe work
    - Constructively correcting at-risk work

# SKANSKA

# Environmental, Health and Safety Policy

Skanska is attuned to the potential safety, health and environmental impacts of its operations and activities. In keeping with Skanska AB policies, which are incorporated here by reference, Skanska's management has established, implemented and maintains a safety, health and environmental management system to address these potential impacts and to carry out operations and activities in a manner that is protective of human health and the environment. This management system is designed to make safety, health and environmental care an integral part of all projects and a responsibility of all employees and any persons working for, or on behalf of, Skanska. It allocates appropriate resources and provides the training necessary to ensure the achievement of established safety, health and environmental objectives and targets.

Senior Skanska management is committed to keeping this system effective for its intended purpose and to continually improving it as a framework to achieve the following results:

### Regulatory Compliance
We will evaluate and comply with all applicable federal, state and local laws and regulations and any other requirements at each location where we conduct business.

### Prevention of Accidents
We will strive to identify and assess risk in all our activities and take actions to mitigate any high-risk conditions.

### Prevention of Pollution
We will seek first to cost-effectively avoid the creation of pollution and waste from our projects and operations, and second, to manage remaining waste through safe and responsible methods.

### Conservation
We will strive to reduce our consumption of natural resources through cost-effective use of recycled and reused materials and conservation of energy and water.

### Emissions and Effluents
We will work to diminish our emissions and effluents by employing cost-effective operational controls, by diligently monitoring operational indicators and by implementing corrective and preventive actions where necessary.

### Ecology and Habitat
We will protect habitats, wetlands and other sensitive ecological resources in accordance with applicable regulations and local ordinances.

### Hazardous and Toxic Substances
We will exercise caution when using hazardous materials and not use toxic substances if we cannot assess their human, ecological or environmental risks.

### Communication
We will communicate this policy to all employees, make it available to the public and establish procedures to receive and respond to inquiries from external interested parties. We will also alert potentially affected individuals and authorities of any safety, health or environmental incidents in a timely and effective manner. Thorough investigations will be conducted and corrective and preventive actions implemented and monitored. Senior management at Skanska believes that how we care for people and the environment today affects both current and future generations. We accept our responsibility for doing our best to maintain awareness and to minimize adverse safety, health and environmental impacts from our operations.

November 2018

# EHS POLICIES

1. These EHS policies address Skanska's expectations to protect the environment and the health and safety of everyone at or nearby Skanska project sites. To the extent these EHS policies relate to Skanska employees, Skanska has direct responsibility for enforcing these policies.[1]  To the extent the policies relate to subcontractors and their employees, workers or other personnel on a site at the behest of a subcontractor, the subcontractors are responsible for ensuring that their workers comply with these expectations.[2]

2. Skanska further reserves the right to supplement, modify or alter these policies at any time.

## Process for Variance Request



In situations where a gap in the system has been identified, or when an element of the program is not applicable or must be modified to address the risk effectively and comply with the SHEMS, a variance to the requirements contained in the manual may be granted. A written variance request must outline the initial requirement, the proposed variance, and a timeline for implementation and termination.

---

[1] As to Skanska employees, as stated in the applicable Employee Handbook, employment with Skanska is employment at will. This means that employment may be terminated for any or no reason, with or without cause or notice, at any time by an employee or by Skanska.  Nothing in this EHS Manual or in any other document or oral statement shall limit the right to terminate at will.  This employment at will policy is the sole and entire agreement between any Skanska employee and Skanska, as to the duration of employment and the circumstances under which employment may be terminated.

[2] Nothing in the EHS Manual is intended to or should be deemed to give Skanska the right to control any site personnel who are not Skanska employees.  This EHS Manual does not create any joint employment relationship, either direct or implied, between Skanska and any subcontractor worker.

Variances may be granted through agreement of the Regional General Manager, Regional Operations Manager and the regional EH&S Vice President/Director and applicable subject matter experts.

When a variance request is generated, granted, or rejected, a notification to the EH&S National level leadership must be made.

In the event that a variance decision cannot be made, the National EH&S VP in conjunction with the REO/EVP will assist till resolution.

The variance request and regional decision must be documented in writing and included in the Monthly Management Review at the project and regional level.

**EHS Manual Definitions**

1.  The term "employee" is defined as a person employed by Skanska USA Building, Inc., and, in the case of a joint venture includes all individuals employed by the joint venture or working at a project on behalf of the joint venture while remaining in the employ of a joint venture partner.

2.  The term "subcontractor" is defined as a business or person of any tier below Skanska USA Building, Inc. that performs any part of the labor or material requirements of a contract for construction, alteration or repair on the project.

3.  The term "subcontractor employee" is defined as a person employed by a subcontractor. The definition of project "subcontractor employee" shall apply to every tier of subcontractor, its employees, independent contractors, agents, suppliers, and all workers who enter the project and perform a portion of the contract involving labor.

4.  The terms "site personnel" and "worker" are defined to include employees of Skanska USA Building, Inc. as well as subcontractor employees performing work at the project site. Subcontractors maintain all responsibility for managing, controlling and setting the terms and conditions of work for subcontractor personnel. To the extent that a subcontractor of any tier performs any part of the contract scope of work, it assumes responsibility for complying with the applicable provisions of this EHS Manual.

DocuSign Envelope ID: 2941B65A-97FA-49F2-972D-AB5D4EE3292E

# SHEMS

## SHEMS Program



**Corporate Organization Structure**

Skanska USA Building, Inc. is a construction and development firm that encounters factors such as, occupational health and safety risk along with potential environmental aspects that influence the way we perform our work.

These factors often have the potential to influence the outcome of our projects by exposing our employees to unnecessary hazards and potentially having negative impacts to the environment. It is the obligation of all levels and functions within the organization to identify and mitigate potential negative impacts while being committed to promoting positive impacts through continual improvements to the program.

Skanska's Safety, Health and Environmental Management System (SHEMS) provides the format to conduct work on projects managed by Skanska in the context of increasingly stringent legislation, the development of economic policies and other measures that foster both safety and environmental protection. The program has been developed and is based on continual improvement associated with increased concern expressed by interested stakeholders regarding environmental matters and sustainable development.

The scope of Skanska's SHEMS applies to all sizes and types of projects where Skanska maintains operational and financial control. It is in this context that Skanska has developed a Corporate Safety, Health and Environmental Management System (SHEMS), which conforms to both the ISO 45001:2018 and the ISO 14001:2015 standards.

The following table illustrates how Skanska complies with both the ISO 45001:2018 and the ISO 14001:2015 standards:

### *ISO 14001 / ISO 45001 Standards SHEMS Procedures Correlation Table*

| *ISO 14001-2015 Elements* | *ISO 45001:2018 Elements* | *SHEMS Section* |
|---|---|---|
| 4.0 Context of Organization | 4.0 Context of | SHEMS Program |

| | Organization | |
|---|---|---|
| 5.0 Planning | 5.0 Leadership and Worker Participation | SHEMS Program<br><br>Communication<br><br>Identification and Management of EHS Impacts |
| 5.1 Leadership and commitment | 5.1 Leadership and Commitment | SHEMS Program<br><br>Communication<br><br>Identification and Management of EHS Impacts |
| 5.2 Environmental Policy | 5.2 OH&S Policy | Skanska USA Environmental Health and Safety Policy Statement |
| 5.3 Organizational Roles, responsibilities and authorities | 5.3 Organizational Roles, responsibilities and authorities | Organizational Chart |
| | 5.4 Consultation and participation of Workers | DHAs, Safety Committee Meetings, Tool Box talks |
| 6.0 Planning | 6.0 Planning | |
| 6.1 Actions to address risks and opportunities (title only) | 6.1 Actions to address risks and opportunities (title only) | Identification and Management of EHS Impacts |
| 6.1.2 Environmental aspects | 6.1.2 Hazard identification and assessment of risks and opportunities | |
| | 6.1.2.1 Hazard identification | |
| | 6.1.2.2 Assessment of OH&S risks and other risks for the OH&S Management system | |
| | 6.1.2.3 Assessment of OH&S opportunities and other opportunities for the OH&S Management system | |
| 6.1.3 Compliance obligations | 6.1.3 Determination of legal requirements and other requirements | |

| 6.1.4 Planning action | 6.1.4 Planning action | |
| 6.2 Environmental objectives and planning to achieve them (title only) | 6.2 OH&S objectives and planning to achieve them (title only) | Identification and Management of EHS Impacts

Determining Legal and Other Requirements |
| 6.2.1 Environmental objectives | 6.2.1 OH&S objectives | |
| 6.2.2 Planning actions to achieve environmental objectives | 6.2.2 Planning to achieve OH&S objectives | |
| 7.0 Support | 7.0 Support | |
| 7.1 Resources | 7.1 Resources | Identification and Management of EHS Impacts |
| 7.2 Competence | 7.2 Competence | Training |
| 7.3 Awareness | 7.3 Awareness | |
| 7.4 Communication | 7.4 Communication | Communication |
| 7.4.2 Internal communication | 7.4.2 Internal communication | |
| 7.4.3 External communication | 7.4.3 External communication | |
| 7.5 Documentation | 7.5 Documented information | Document/Record Control

Applicable documentation defined in specific procedure |
| 7.5.2 Creating and Updating | 7.5.2 Creating and Updating | |
| 7.5.3 Control of Documented information | 7.5.3 Control of Documented information | |
| 8.0 Operation | 8.0 Operation | |
| 8.1 Operational planning and control | 8.1 Operational planning and control | Identification and Management of EHS Impacts |
| | 8.1.2 Eliminating hazards and reducing OH&S risks | |
| | 8.1.3 Management of change | |
| | 8.1.4 Procurement | |
| | 8.1.4.2 Contractors | |

|  | 8.1.4.3 Outsourcing |  |
|---|---|---|
| 8.2 Emergency preparedness and response | 8.2 Emergency preparedness and response | Emergency Preparedness |
| 9.0 Performance Evaluation | 9.0 Performance Evaluation |  |
| 9.1 Monitoring, measurement, analysis and evaluation | 9.1 Monitoring, measurement, analysis and evaluation | Management Review |
| 9.1.2 Evaluation of compliance | 9.1.2 Evaluation of compliance | Communication, Management Review |
| 9.2 Internal Audit | 9.2 Internal Audit | Audits |
| 9.3 Management Review | 9.3 Management Review | Management Review |
| 10.0 Improvement | 10.0 Improvement |  |
| 10.2 Nonconformity and corrective action | 10.2 Incident, Nonconformity and corrective action | Incident Investigation, Nonconformance, Corrective Actions and Preventative Action |
| 10.3 Continual Improvement | 10.3 Continual Improvement | Communication, Management Review |

Through elements of the Skanska USA Building, Inc. Safety, Health and Environmental Management System (SHEMS) each requirement of both standards is satisfied. As part of the auditing process these elements of SHEMS are internally and externally audited to verify compliance with both ISO standards as well as to identify opportunities for improvement as part of the Plan>Do>Check>Act cycle.

The corporate management system is developed from policies and procedures established and endorsed by senior leadership in our policy statement. The program serves as the foundation for the management of all occupational health and safety risk as well as significant environmental aspects encountered during the development and construction of our projects in the US.

The scope of the Skanska USA Building, Inc. (SHEMS) applies for all Skanska construction projects where Skanska maintains operational and financial control.

As such, the context for each project's SHEMS reflects client requirements. The project team also takes into consideration external and internal issues as they relate to the needs and expectations of all stakeholders such as employees, clients, investors, contractors, government agencies and the immediate community associated with each project.

The program is a prescriptive approach to mitigate occupational health, safety and environmental risk and the program is managed at three levels.

<u>USA Inc. / Business Unit Executive Leadership</u>

The foundation of Skanska's SHEMS is based on an executive review of potential occupational health and safety risks in addition to potential environmental aspects (our inputs) associated with our work to develop corporate controlled programs to ensure success (our outputs). This is accomplished through the SHEMS and analysis of leading and lagging indicators.

| USA/BU Level | |
|---|---|
| Advise, review, prioritize and review EHS initiative | Governance Committee |
| Establish and ensure implementation of EH&S program. Maintain, measure and continually improve EH&S program. | Senior Leadership Team, SHEMS Director |
| Leadership and commitment/EH&S Policy | Senior Leadership Team |
| Responsibilities and Authorities | Senior Leadership Team |
| Coordinate External Audit process and ensure closeout of non-conformances | SHEMS Director |
| Review and determine adequacy of resources to successfully implement the program | Senior Leadership Team |
| Identify and develop applicable communication plans | Senior Leadership Team |
| Schedule and prepare for the execution of EHS specific meetings (Annual Management Review, etc.) | Chief of EH&S Officer |
| Responsible for Communication to HQ and Regional level | Senior Leadership Team |

<u>Regional/Operating Unit Leadership</u>

 It is the responsibility for each region/operating units Senior Leadership Team to ensure the SHEMS is implemented and maintained on all projects within their control. The status of the SHEMS is reviewed on a monthly basis utilizing a Regional/Operating Unit level leading indicator dashboard which highlights each group's performance. Any

DocuSign Envelope ID: 29A1B65A-97EA-49F2-972D-AB5D4EE3292E

potential for continual improvements, gaps in the system and action plans are meant to be addressed at this level and used as inputs into the senior level meetings.

| Regional Level | |
|---|---|
| Implement, maintain, measure and continually improve EH&S program | Regional Leadership |
| Identify and comply with legal and other requirements | Regional Safety Leadership Team |
| Leadership and commitment | Regional Leadership Team |
| Review and determine adequacy of resources to successfully implement the program | Regional Leadership Team |
| Responsible for Communication to Corporate and Project level | Regional Leadership Team |
| Ensure current documents are used and that records are properly prepared, maintained, retained and disposed | EHS VPs/EHS Directors |
| Sustainability Indicators track/report (e.g., office energy, fuel use for business travel) | Regional Leadership Team |
| Schedule and prepare for the execution of EHS specific meetings (Annual Management Review, Monthly Regional Review, etc.) | Regional Leadership Team |
| Ensure Internal Audits and PAS audits are conducted as required | EHS VP/EHS Director |
| Establish, measure and communicate performance indicators aligned with national targets of EH&S program | Regional Safety Leadership Team |

Project Leadership

This system is implemented at the project level by Project Leadership and supported by Regional/Operating Unit Leadership.

Project teams identify EHS risks utilizing Skanska's PlanIt tool. The PlanIt tool is used to create an EHS Manual complete with Skanska corporate controls which serve as the project SHEMS and is applicable to whoever performs work on Skanska´s behalf. This document is specific to the scope of work and the basis for the project specific SHEMS.

DocuSign Envelope ID: 29A1B65A-97FA-49F2-972D-A95D4EE3292E

During the design phase of alternative delivery projects, the SHEMS gives us the opportunity to control and influence environmental performance and provide our clients with a life cycle perspective associated with the project. These opportunities are evaluated using various sustainable rating systems (i.e. LEED, Envision, etc.) or other similar means (Skanska's Green Color Palette).

| Project Level | |
|---|---|
| Responsible for communication to project team, craft and regional level | Project Leadership Team |
| Schedule and prepare for the execution of EHS specific meetings (Monthly Management Review, PEHSLT, etc.) | Project Leadership Team |
| Implement, maintain, measure and continually improve EH&S program | Project Leadership Team |
| Develop and ensure implementation of EHS Manual and associated plans (e.g. environmental compliance plan, environmental targets, abatement plans, etc.) | Project Leadership Team |
| Leadership and commitment | Project Leadership Team |
| Review and determine adequacy of resources to successfully implement the program | Project Leadership Team |
| Hazard identification and mitigation | Project Leadership Team |
| Ensure current documents are used and that records are properly prepared, maintained, retained and disposed | Project Team / EHS professionals |

Skanska's SHEMS is designed to continuously improve based on internal and external factors. By using a continuous improvement model, the program is designed to be interdependent and incorporate input from all levels and functions within and outside of the organization, including workers and all interested parties. Together, we are able to ensure the health and wellbeing of all stakeholders associated with our work and control impacts to the natural environment in which we work in.

Below is a graphic of Skanska's SHEMS:



## Corporate Organization Chart



## Identification and Management of EHS Impacts



### Objective

The objective is to identify the EHS impacts of the company's activities, products and services and to develop operational controls, indicators, measurable objectives and targets as defined in the EHS Manual. This assessment will take into account our operations, subcontractor operations, visitors and vendor activities. EHS impacts will be identified before the start of work and updated as needed.

### Procedure

1. Identifying EHS Impacts and Determining Significance
    1.1. Prior to beginning work, project teams will identify and assess all potential EHS aspects and impacts utilizing the PlanIt Tool to create a project specific EHS Manual. The following criteria establish the EHS aspects and impacts as significant:
        - Any EHS impact with a regulatory requirement
        - An impact deemed significant by a client
        - Potential human exposure to a hazard
        - A solid waste stream that can be profitably recycled or reused related to a Skanska green strategic indicator or initiative
        - Any situation that could result in adverse publicity or negative public opinion
    1.2. The EHS Manual identifies the minimum requirements for all significant environmental aspects and health and safety hazards. For each EHS aspect and hazard identified, the project team will customize the project EHS Manual and ensure the following items are included:
        - Significant Environmental Aspects Objectives
        - Quantifiable Environmental Targets (where practical)
        - Health and Safety Objectives
        - Operational controls
        - Performance indicators
        - Legal and other requirements
        - Roles and responsibilities
        - Documents and records
        - Training
        - Emergency response

1.3. A formal life cycle approach to environmental management will be taken on projects when required by project specification or the owner's request to work within the guidelines of a Sustainability Rating System (e.g., Leadership in Energy and Environmental Design (LEED), Envision, Green Roads, Living Building, etc.).

1.4. All projects will be required to collect sustainability performance indicators data utilizing the SPI module in Intelex. This may include information regarding the following:

- Fuel quantity used for site equipment (can be collected from fuel delivery tickets)
- Electricity consumption records (typically obtained from electrical bill)
- Construction material quantities (take off quantities or quantities used in payment requisition to the Owner is sufficient)
- Water volume used for construction operations (potable and non-potable, metered or estimated—e.g., using water from a fire hydrant for dust control and recording meter readings)
- Construction and demolition debris quantities and handling/processing information (typically provided by the waste hauler via weight tickets and summary report- alternatively, send waste hauler the project's waste tracking form and request it be returned monthly with weight tickets as backup)

1.5. Each project uses an integrated approach to manage the environmental, health and safety risks associated with the project and the individuals have been assigned specific responsibilities associated with the management of the program.

1.6. For each individual construction activity, a Construction Work Plan will be developed to identify and mitigate EHS risks and impacts. The CWP will be developed using Skanska's planning tool (PlanIt/Excel worksheet).

1.7. The CWP will include:

- Plan identifies which will be a narrative description of each activity that details all elements of the task in a sequential order inclusive of means and methods.
- Identification of EHS Aspects related to the plan, and their associated initial and residual risk.
- Triggers which include the task environment, equipment, materials and tools associated with the activity and controls to be implemented for risk mitigation.
- Identification of competent person(s).
- Training requirements (documentation to be provided prior to work commencing).
- All equipment, materials, small tools and safety equipment.
- Emergency action plan, including, but not limited to, fall protection rescue, confined space rescue, SCBA standby, HazMat team, etc.
- Additional information as required (drawings, SDS sheets, cut sheets, etc.)

DocuSign Envelope ID: 29A1B65A-97FA-4953-972D-A95D4EE3292E

- A Take 5 form to be utilized in the field to plan through unforeseen conditions and document any required revisions to the CWP.

1.8.   The following hierarchy should be followed, in the prescribed order, when determining controls for each trigger:

- Elimination
- Substitution (i.e., substitution of a product that is less hazardous, or using the same product but in a different form)
- Engineering Controls (i.e., fitting mufflers to equipment to reduce noise at source, use of local exhaust ventilation systems, etc.)
- Administrative Controls (e.g., utilizing enclosures, shift rotation, signage, barriers, etc.)
- Personal Protective Equipment (PPE)

1.9.   The CWP will determine the highest remaining risk level for each task. The risk levels will be classified as extremely high risk, high risk, moderate risk or low risk.

1.10.  Skanska CWP's must be approved by an appropriate member of the management team. Subcontractor CWP's must be approved by subcontractor management and submitted to Skanska project management for review prior to starting work. As the risk associated with the task increases, the authorization for the activity advances through the organizational structure:

- Extremely high-risk operation—never authorized
- High risk operation—company officer
- Moderate risk operation—Project Manager, Superintendent and EHS
- Low risk operation—Superintendent

1.11.  Following management sign-off of the CWP, and before any activity begins, all crew members must be given training on the plan requirements, and are to sign the acknowledgement sheet.

1.12.  A change in conditions requires the plan to be updated to mitigate any adverse effects from original unforeseen conditions. The review and approval process stated above will be followed as the plan is updated.

2.  Ongoing Risk Assessment

2.1.   Daily Hazard Analysis

2.1.1.   All crews including self-performed and subcontractors will participate in the Daily Hazard Analysis. The DHA will:

- Be completed either electronically through PlanIt or utilizing a paper copy, which is located in the Intelex Document Control module.
- Begin with a pre-shift meeting in the area where work is to be performed.
- Include communications from project management to crew from the pre-shift meeting.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

- Include a 360 degree look around.
- Be conducted by the foreman at the activity's location to communicate the risks, hazards and environmental aspects associated with the CWP.
- Discuss the required controls to ensure safe performance and mitigate any negative impact to the environment.
- Address changing conditions including simultaneous operations or adjacent work activities.
- Provide an opportunity for craft employees to provide feedback or concerns to project management.
- Be completed at the end of each shift and provided to Skanska project management for review.

2.1.2.  A member of the Skanska project management team will review DHAs daily and provide any required feedback and address any EHS concerns.

## 2.2. Crew Reviews

2.2.1.  At a minimum, each project team member with operational responsibility will conduct one Crew Review per month of either a self-perform or subcontractor crew. Frequency of Crew Reviews may be modified by following the established EHS Policy Variance process. Subcontractor leadership should also engage in the Crew Review Process to ensure all crews are being reviewed.

2.2.2.  Crew reviews may occur at the beginning of the shift and include the foremen and all of their crew members. It is recommended for projects to create a rotating schedule to ensure that all project team members with operational responsibility complete Crew Reviews.

2.2.3.  The Crew Review shall be documented and ensure that the CWPs are:
- Current to the ongoing task
- Taking into account any changing conditions (i.e., the triggers noted on the original plan are still applicable)
- Reviewed in the field and revisions provided prior to the next shift
- Maintained in the project's EHS files

2.2.2. Project management will address all EHS concerns, discuss findings and ensure that CWPs are revised as necessary.

# Determining Legal and Other Requirements



**Objective**

The objective of this procedure is to provide projects with appropriate and relevant knowledge of federal, state and local safety, health and environmental regulations that are applicable to the hazards and environmental aspects of the activities and operations at their respective worksites.

**Procedure**

1. Authority and Responsibility
    1.1. This project EHS Manual assigns roles and responsibilities to Skanska USA Building, Inc. personnel to ensure legal compliance.
    1.2. The project management team is responsible for maintaining operations in compliance with all applicable legal requirements.
    1.3. The project management team will ensure all Skanska personnel are adequately trained in the risks they are exposed. Likewise, subcontractors shall ensure that their employees are adequately trained in the risks to which they are exposed.
    1.4. Information on legal requirements can be obtained from multiple sources, including PlanIt, Intelex, legal publications, bulletins, notices and person-to-person contact with government agencies and officials and other open sources.

    1.5. If regulatory requirements change, or activities or operations create a new EHS Aspect or Impact, the project management team will be responsible for identifying and enforcing all applicable legal requirements.
    1.6. The EHS Department may transmit new legal or regulatory requirements through PlanIt. A log will be maintained in PlanIt to document all applicable legal requirement updates/changes.
    1.7. The EHS Department may prepare management instructions, handbooks, interpretive statements and maintenance manuals to assist with legal compliance.

## Training



### Objective

EHS training will be conducted to ensure that employees understand how to execute their tasks safely while also protecting the environment.

Skanska/Client Requirements

- None

**1. Procedure**

1.1. These are minimum training requirements and are not intended to be all-encompassing. Training requirements are also referenced in the individual EHS aspects, CWPs and other EHS documents.

1.2. Prior to engaging in work, all Skanska employees will be trained on the EHS impacts of the tasks being performed. Likewise, all Subcontractors shall ensure all workers are trained on applicable EHS impacts of the tasks performed by those workers.

1.3. Timeline for completing required Skanska trainings will be listed as part of each individual's learning plan in Skanska Learning Center.

2. Project Orientation Training

2.1. All site personnel will receive project-specific orientation upon arrival at the project site.

2.2. Visitors to the project site shall be briefed on the associated project hazards that may be encountered during their visit and escorted by project personnel.

3. Care for Life Trainings

Care for Life training is required for Skanska employees working on Skanska USA Building, Inc. projects. Care for Life shall be completed within the first year of employment. Care for Life training is optional for Subcontractors. The project team will make this determination.

4. Awareness Training

4.1. The objective of awareness training is to enable employees to recognize potential EHS impacts and to understand Skanska's policies as defined in this EHS Manual. Workers' roles and responsibilities will be communicated during awareness training conducted by Skanska or the subcontractor as applicable.

4.2. A baseline training matrix has been developed (see below) to determine the minimum training requirements within the organization. The training identified in the matrix is not intended to be all-inclusive. Specific awareness training will be identified at the operating unit level.

5. <u>Training Matrix</u>

| | Topic | Who Needs Training | What Training is Needed |
|---|---|---|---|
| 5.1. | Project Specific EHS Orientation | All project management, supervision, and workers entering the project | At a minimum the training must cover following Skanska's Corporate Policies:<br><br>• Care for Life<br>• SHEMS Awareness<br>• Accountability<br>• Anti-harassment<br>• Environmental aspects<br>• Expectations for Stretch and Flex<br>• Code of Conduct<br>• Ethics<br><br>Site specific information may include:<br><br>• Site Emergency Action Plan,<br>• Site Specific and Owner Requirements,<br>• OSHA 10/30hr Construction Outreach Training requirements<br>• Fall Protection General Awareness Training |
| 5.2. | Hazard Communication | All workers entering the project | • Hazard Communication Basic Training |
| 5.3. | Hazardous Chemical or Substance | Workers exposed to hazardous chemicals or substances such as paints, solvents, lead, silica and asbestos | • Specific Hazard Training |

| Topic | Who Needs Training | What Training is Needed |
|---|---|---|
| 5.4. Respiratory Protection | Workers required to wear respiratory protection | • OSHA 29 CFR 1910.134 and 139 |
| 5.5. Fall Protection | Any worker who might be exposed to a fall hazard | • The nature of fall hazards<br>• Procedures for erecting, disassembling, maintaining and inspecting fall protection systems<br>• Use and operation of: guardrail systems, personal fall arrest systems, safety net systems, warding line systems, controlled access zones and other fall protection<br>• Fall protection standards |
| 5.6. Personal Protective Equipment (PPE) | All employees | • Refer to PPE policy or regulatory standards |
| 5.7. Powered Industrial Trucks (Forklifts) | Operators of powered industrial trucks | • Types of trucks operated<br>• Hazards of the workplace<br>• Hands-on performance evaluation |
| 5.8. Confined Spaces | Any worker attending to, supervising, entering or working within a confined space | • Hazards of the space<br>• Duties of entrants, attendants, supervisors<br>• Air monitoring |
| 5.9. Permit-Required Confined Spaces | Any worker attending to, supervising, entering or working within a permit-required confined space | • Hazards of the space<br>• Duties of entrants, attendants, supervisors<br>• Measures used to eliminate or control hazards<br>• Air monitoring requirements<br>• Emergency procedures/rescue equipment |

DocuSign Envelope ID: 2941B65A-97EA-4953-972D-AB5D4EE3292E

| Topic | Who Needs Training | What Training is Needed |
|---|---|---|
| | | • Communications<br>• Permitting procedure<br>• PPE |
| 5.10.  Excavations / Trenches | Workers entering or working within an excavation/trench | • Hazards of the space (slides, cave-ins, water accumulation, etc.)<br>• Safe means of access/egress<br>• Proper support system procedures (erection, maintenance, disassembly and inspection) |
| 5.11.  Lockout / Tagout | Workers affected by hazardous energy sources | • Nature of known hazardous energy sources<br>• Project-specific Lockout/Tagout procedures |
| 5.12.  Gas / Arc Welding & Cutting | Workers conducting welding and/or cutting | • Procedures for unattended machines and electrode holders<br>• Operations around water<br>• Shielding arc welding<br>• The safe use of fuel gas<br>• Respiratory training<br>• Occupational exposure training (i.e. lead, welding fumes, hexavalent chromium) |
| 5.13.  Hot Work | Workers conducting hot work activities | • Hazards of the area<br>• Permits<br>• Duties of fire watch<br>• How to use a fire extinguisher |
| 5.14.  Scaffolding | Workers working from scaffolding | • The nature of any known hazards<br>• Proper erection, maintenance and disassembly of fall protection systems |

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A85D4EE3292E

| Topic | Who Needs Training | What Training is Needed |
|---|---|---|
| | | • Falling object protection<br>• Material/equipment handling from scaffold<br>• Maximum load-carrying capacity<br>• Scaffold tagging system<br>• Access and egress |
| 5.15. Crane Suspended Personnel Baskets | Workers working from crane baskets | • Safety work rules<br>• 100% fall protection<br>• Lift plans contents<br>• Emergency procedures |
| 5.16. Shipyards and Vessel maintenance | Workers performing maintenance of vessel, to include floating cranes, whether at our site or at a shipyard | • Requirements of OSHA 29 CFR 1915 and 1926 |
| 5.17. Marine Operations | Employee working on or in the immediate vicinity of barges and other marine equipment | • Marine operations<br>• Man-overboard procedures<br>• Vessel access<br>• Safety equipment (life buoy, PFD, safety skiff) |
| 5.18. Flagger Training | Any worker directing traffic or heavy equipment | • Proper PPE<br>• Knowledge of traffic control devices<br>• Purpose of traffic control devices<br>• Principles of traffic control devices<br>• Placement and operation of traffic control devices<br>• Maintenance of traffic control devices<br>• Authority for placement of traffic control devices |

| Topic | Who Needs Training | What Training is Needed |
|---|---|---|
| 5.19. Mobile Elevating Work Platform (MEWP) Certified Operator Training | Any worker required to operate an aerial work platform | • Safe operations<br>• Knowledge of safety devices<br>• Equipment inspection<br>• Hazard awareness<br>• Pre-start operational check<br>• Safe shutdown procedures |
| 5.20. Silica Awareness | Any worker that is occupationally exposed to silica containing dusts generated as a result of concrete demolition, drilling, chipping or mixing operations | • What crystalline silica is<br>• Common exposures to crystalline silica<br>• The hazards of crystalline silica<br>• What to expect in your workplace<br>• Permissible Exposure Limits<br>• Medical Monitoring Requirements |
| 5.21. Small Spills and Leaks | Any worker that may potentially be involved with responding to a small spill or leak | • Spill prevention<br>• Spill response<br>• Proper storage<br>• Proper handling<br>• Hazard identification |
| 5.22. Rigging | Any worker involved with standard, major or critical lifts | • Rigging plans<br>• Load characteristics<br>• Equipment requirements<br>• Environmental factors<br>• Inspections<br>• Lift preparation<br>• Role of the rigger<br>• Types of slings, shackles<br>• Communication systems |

| Topic | Who Needs Training | What Training is Needed |
|---|---|---|
| 5.23. Hand / Voice Signaling | Any worker involved with communicating with heavy equipment operators to facilitate the movement of materials or equipment | <ul><li>Rigging awareness</li><li>Equipment capabilities/limitations</li><li>Hand signals</li><li>Voice commands</li></ul> |
| 5.24. Accident Investigations | Anyone participating in accident/incident investigations | <ul><li>How to respond to different types of accidents</li><li>Conducting an investigation</li><li>Techniques to get accurate results when interviewing witnesses</li><li>Documenting findings and corrective actions</li><li>Assessing accuracy of findings and effectiveness of corrective actions</li><li>Implementing improvements</li></ul> |

6. <u>Competency Training</u>

   6.1. Competency training is not the same as an OSHA competent person. Competency training is the minimum training that each Skanska employee must complete before beginning an assigned task or function.

   6.2. CWPs will be used as the basis for competency training. Any further training will be identified as part of the CWP process. Skanska and subcontractors will ensure their individual employees have received training prior to commencing an activity, and likewise subcontractor training will be subject to verification by Skanska at its discretion.

7. <u>Additional Training Requirements</u>

   7.1. All Skanska salaried personnel with field operation responsibilities must complete and/or provide proof of OSHA 30 training within the first six (6) months of employment.

   7.2. All Skanska employees identified as competent persons on the CWP are required to complete all associated web-based training modules or an equivalent program, approved by the local EHS Director. All training must be renewed every five (5) years.

   7.3. Selected employees onsite will be required to have CPR/First Aid Training. The project team will determine the required number of First Aid/CPR trained employees onsite.

   7.4. All Skanska personnel with field operation responsibilities may be required to complete one EHS training each month.

7.5. Any project specific requirements for this section are listed here.


8. <u>Training Links</u>
   - None


## 9. Documentation

9.1. All Skanska employee training will be documented and transmitted via email to the Skanska Learning Center administrator.

9.2. Subcontractor employee training records will be subject to verification by Skanska at its discretion throughout the duration of the project.

<u>EHS Forms and Documents</u>

   - None

DocuSign Envelope ID: 2941B65A-975A-40F2-972D-A85D4EE3292E

# Communication



## Objective

The objective of this procedure is to communicate our concern for the safety of all personnel, the environment and our desire to conduct business operations in a safe and environmentally sound manner to all employees, owners, suppliers and contractors. An additional objective is to communicate specific procedures and requirements to those owners, suppliers and subcontractors who provide goods and services associated with significant environmental aspects or known hazards. All written, external input regarding safety, health and environmental performance will be considered as being from an interested party. All such input will be processed in accordance with this procedure.environment and our desire to conduct business operations in a safe and environmentally sound manner to all employees, owners, suppliers and contractors. An additional objective is to communicate specific procedures and requirements to those owners, suppliers and subcontractors who provide goods and services associated with significant environmental aspects or known hazards. All written, external input regarding safety, health and environmental performance will be considered as being from an interested party. All such input will be processed in accordance with this procedure.

## Procedure

1. All projects will establish a Project EHS Leadership Team, inclusive of all levels of project management and craft for both Skanska and subcontractors. The team shall:
   - Meet monthly and use project EHS Leadership Team agenda and maintain meeting minutes.
   - Conduct a site inspection and address all potential hazards/risk identified. Findings and corrective actions should be documented and evaluated for potential trends and repetitive items.
   - Hold special meetings when warranted and after all lost-time incidents.
   - Report program status to the regional office management team.


2. Internal Communication
   2.1.  Skanska USA Building, Inc. will communicate the following to employees:
   - Skanska's EHS policy and the SHEMS will initially be communicated through SHEMS awareness training. Changes or updates will be communicated by senior management.

2.2.   Each Skanska USA Building, Inc. Region will create an EHS Leadership Team that meets on a monthly basis to set goals, policies and programs. Meetings may be held via teleconference; however, the team must meet in person at least once a quarter. See section Management Review meetings for guidance on monthly meeting requirements.

2.3.   The table in the Management Review/Meetings section of this Manual outlines the meeting frequency and attendees at each level of the organization in order to establish, implement and maintain a process(es) for monitoring, measuring, analyzing and evaluating performance.

3.   <u>External Communication</u>

3.1.   Skanska USA Building, Inc. will communicate the following information to external parties:

- Our concerns about EHS issues and desires to conduct business operations in a safe and environmentally sound manner.

- That we have an EHS Management System (SHEMS) that is accredited through an ISO 14001 and ISO 45001 Registrar. Relevant sections of the SHEMS will be communicated to subcontractors during the contract award process, orientation training and SHEMS Awareness Training.

- That we encourage our owners, suppliers and subcontractors to provide, at the same quality and price, products and services that have safe working conditions and the least environmental consequence of all available options.

3.2.   Skanska will communicate the following to suppliers:

- Where a supplier's product is creating a significant hazard/impact, the supplier should select the available option that minimizes the potential environmental impact or safety hazard.

- Where an owner, supplier or subcontractor is supplying goods or services associated with EHS aspects, the project will work with procurement to inform that party of applicable requirements to mitigate, minimize or otherwise control the potential EHS impacts.

3.3.   Communications with owners, suppliers and contractors are part of the subcontract agreement.

3.4.   All written, external inquiries concerning EHS performance will be directed to the Skanska EHS Department and, when appropriate, to the Skanska Communications Department, which will:

- Coordinate with the Operating Unit/Region's most senior EHS representative to evaluate the substance of the external communication and make a determination of whether the communication pertains to an existing significant aspect or hazard, or to one that may need to be added into the SHEMS.

3.5. Following this evaluation, the EHS department, or designee, will respond appropriately to the external interested party in a timely manner.

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

    3.6. All external communications will be kept for consideration when establishing and reviewing safety and environmental objectives and targets for the SHEMS and will initiate any necessary changes to the SHEMS.

**Documentation**

4.  Regional EHS Leadership Team meeting documentation will be maintained at the regional office.

5.  Project EHS Leadership Team meeting documentation will be maintained in accordance with Skanska´s document retention program, and will be housed with the project records.

6.  The EHS Department will document the contents and outcome of the external inquiry and records will be maintained in Intelex.

## Incident Investigation



**Objective**

The project team will conduct an incident investigation following all EHS incidents that occur on a project in order to identify root causes, develop corrective and preventive actions, and communicate lessons learned to prevent future occurrences.in order to identify root causes, develop corrective and preventive actions, and communicate lessons learned to prevent future occurrences.

**Procedure**

1. Following an incident, including near miss, project management and/or a Skanska EHS representative will investigate the incident and conduct a post incident review. The investigation will:

   - Provide a specific description of the incident, including any underlying deficiencies, root causes and other factors that may have caused or contributed to the incident.
   - Identify the need for corrective action and preventative action.
   - Identify opportunities for continual improvement.
   - Communicate preventative actions and lessons learned.

2. All serious accidents, near misses, lost time accidents, potential fatalities and serious environmental breaches must be followed by a Flash Report.

3. EHS Directors will review preventative actions to determine effectiveness and initiate policy changes when necessary.

4. If the incident investigation identifies a process or procedural failure, it will be addressed in accordance with the nonconformance, corrective action and preventive action section.

**Documentation**

5. All incident investigation documentation will be maintained in Intelex.

6. Records of system improvements will be maintained at each regional office.

7. Incident investigation and reporting should follow the protocol matrix below:

DocuSign Envelope ID: 2941B65A-97FA-4953-972D-A95D4EE3292E



**Incident/Injury Reporting**

| | First Aid | Medical Treatment | Lost Time Incident | Potential Fatality | Near Miss Incident | Environmental Incident |
|---|---|---|---|---|---|---|
| What | First Aid | Medical Treatment | Lost Time Incident | Potential Fatality | Near Miss Incident | Environmental Incident |
| From | PM/Supt. | PM/PS | Exec | Exec | PM/PS | PM/PS |
| To | EXEC, EHS Dir/EHS VP | EXEC, EHS Dir EHS VP, GM/REO | EHS Dire/EHS VP/EHS Chief, GM/REO/CEO | EHS Dire/EHS VP/EHS Chief, GM/REO/CEO | EXEC, EHS Dir/EHS VP, GM/REO | EXEC, EHS Dir/EHS VP, GM/REO |
| How | | | | | | |
| Time | 24 hours | 8 hours | 1 hour | 2 hours | 8 hours | 1 hour |

| | General Liability Reporting | | Incident Recording | |
|---|---|---|---|---|
| What | Auto/motor fleet incident | Prop. damage/ public liability | Written report | Statements (claimant/witness) |
| From | PM/PS | PM/PS | EHS Manager | EHS Manager |
| To | EXEC, EHS Dir/EHS VP, SVP GM | EXEC, EHS Dir/EHS VP, SVP GM | Intelex | Intelex |
| How | | | | |
| Time | 24 hours | 24 hours | 24 hours | 24 hours |

| | Post Incident Meeting | Post Incident Review |
|---|---|---|
| What | First Aid*, Recordable, Lost-time or Near Miss incident | Recordable, Lost-time or Near Miss incident, any incident requested by EHS Dir. |
| From | Project Team | All – EHS Chief, BP, Dir. Have final approval |
| To | Project manager, all superintendents, project engineer, safety manager, all foremen | Regional/Operating Unit Officer |
| How | | |
| Time | Close of business | 5 days |

*where an employee leaves the site for treatment of evaluation PS or designee to accompany

DocuSign Envelope ID: 2941B65A-975A-49F3-972D-AB5D4EE3292E

# Audits



## Objective

The objective of this procedure is to provide guidance for conducting SHEMS audits at our jobsites, which determine proper implementation and maintenance of both the ISO 14001 and ISO 45001 standards as well the project policies and procedures.

## Legal and Other Requirements

Federal, State, Local Regulations

- None

Skanska/Client Requirements

- None

## Procedure

1. Project Assessment System (PAS) reviews are intended to be an informal assessment to measure conformance and identify areas of improvement when implementing SHEMS. They are not intended to replace Internal Audits (IA) as IAs are designed to measure and monitor the SHEMS objectives in order to comply with ISO standards.
2. PAS reviews are to be conducted in the following manner:
   - At a minimum and beginning at the onset of each calendar year, projects that are greater than three (3) months in duration will receive a PAS review.
   - The review should be conducted by the EHS personnel not assigned to the project in order to provide an external perspective.
   - The PAS checklist will be utilized to assess conformance to the SHEMS.
   - Findings from the PAS review are to be reviewed with the project team and should be discussed at the next  Monthly Project Management Review
3. IAs are to be conducted in the following manner:
   - At a minimum and beginning at the onset of each calendar year projects that are greater than twelve (12) months in duration will receive an IA
4. The purpose of the IA is to assess:
   - Whether the project conforms to Skanska's Environmental, Health and Safety Policies, Procedures and Standards.

- Whether the SHEMS is being effectively implemented and maintained.
5. Internal auditors will rely on the following to assess conformance to the ISO 14001 and 45001 Standards:
    - Project records related to the functioning of the SHEMS and its objectives and targets.
    - Interviews with employees.
    - Observations of operating conditions to gauge EHS status and conditions on a site.
6. The IA checklist will be utilized to assess conformance to the ISO 14001 and 45001 standards. Findings identified during the assessment will be documented in accordance with the Non-Conformance, Corrective Action and Preventative Action process.

7. Regional leadership may elect to increase the frequency of PAS reviews and IAs based on the risk and performance of the work irrespective of project duration. Regional Leadership direction to increase frequency must be documented in the Regional Monthly Management Review.

## Responsibilities

8. <u>EHS</u>
    - Maintain a list of projects that qualify for audits
    - Maintain a schedule of audits
    - Select the auditor/audit team to ensure objectivity
    - Maintain documentation of auditor training
    - Be the point of contact for all communications with the registrar inclusive of scheduling the external audits
    - Coordinate external audit closing meeting (in person or via teleconference) with the respective Business Unit (BU) Senior Management Team and the project teams
    - Communicate all external audit reports to respective BUs inclusive of any potential non-conformances and corrective actions required to be taken by the affected BU
    - Ensure all findings are documented and closed out
    - Maintain audits
9. <u>Auditor/Audit Team</u>
    9.1. Auditors will receive auditor training and will have relevant work experience of at least five (5) years in EHS management. The audit may be conducted by a sole auditor or by a team. If conducted by a team, a lead auditor will be designated. The auditor/audit team is responsible for issuing/distributing a formal audit report within five (5) working days to the following:

- The project team (inclusive of all who attended either the opening or closing meeting, Vice President/Project Executive, Project Manager, General Superintendent)
- Regional EHS leads
- Corporate EHS

**Documentation**

10. All audit records will be maintained in Intelex.

## Nonconformance, Corrective Actions and Preventative Action



**Objective**

Following any deviations from established procedures and programs related to the SHEMS or whenever a non-conformance in the SHEMS is detected, a corrective and preventive action report will be completed.

**Classifications for Nonconformance**

1.  Major Nonconformance Classification
    1.1.  Report any systemic failure in the implementation of the SHEMS. For example:
        - Environmental aspects and hazard identification is not taking place.
        - Required documents are not maintained.
        - Construction planning, monitoring and measuring are not being implemented or are partially being implemented at site.
        - Training and management review/EHS meetings are not being conducted as per procedure.
        - Several similar minor nonconformances exist in documentation and/or implementation of a specific procedure or element of the ISO standards.

2.  Minor Nonconformance Classification
    2.1.  A single observed nonconformance to the SHEMS that is not considered to be a breakdown. For example:
        - Obsolete versions of policy are observed at the site.
        - Gaps exist in documented evidence of conformance.
        - Obsolete versions of SHEMS and its controlled documents are being utilized.
        - Orientation is not being conducted timely and consistently.
        - Roles and responsibilities have not been defined and communicated.

3.  Opportunity for Improvement (OFI) Classification
    3.1.  A finding not determined to be a nonconformance but that could be an enhancement of EHS programs.

4.  Event
    4.1.  This is an unanticipated occurrence onsite that has the potential to become a nonconformity if not addressed.

**Procedure**

5. The project team is responsible for responding to a nonconformance.

    5.1.    Nonconformance will be addressed at monthly project management review meetings.

    5.2.    The auditor/audit team is responsible for issuing/distributing a formal audit report within five (5) working days to the following:

- The project team (inclusive of all who attended either the opening or closing meeting, Vice President/Project Executive, Project Manager, General Superintendent)
- Regional EHS leads
- Corporate EHS

    5.3.    Within five (5) days of the auditor's findings being reported, the project team will complete and submit for approval a Corrective Action Report (CAR), which includes a root cause analysis and corrective and preventive actions required to mitigate the nonconformance.

    5.4.    The project team is responsible for ensuring that the correction is completed.

    5.5.    Any corrective action taken to eliminate the cause of nonconformance will be appropriate to the magnitude of the finding.

    5.6.    When additional time is required to complete the investigation and to identify corrective and preventive actions, the project team will notify their EHS Director who will determine the timeline for completion of the CAR.

    5.7.    Preventative and corrective actions will be reviewed at the management review meetings to assess implementation and effectiveness, with revisions made as needed.

    5.8.    Documentation of NCRs and CARs will be maintained in Intelex.

DocuSign Envelope ID: 2941B65A-97EA-40F3-972D-AB5D4EE3292E

# Emergency Preparedness



**Objective**

The company will implement procedures to identify and respond to an EHS emergency in order to minimize the potential negative impact. Each project will be responsible for coordinating its emergency response procedures.

**Procedure**

1.  Each project team will:
    - Consider all activities and hazards when developing the project-specific Emergency Action Plans (EAP), Crisis Management Plan (CMP) and Environmental Compliance Plans (ECP).
    - Identify a local environmental response contractor.
    - Provide the necessary resources and equipment available to manage minor EHS incidents (first aid kits, spills kits, properly trained personnel, etc.)
    - Post emergency phone numbers in visible locations on site.
    - Communicate the plan to all site personnel.

2.  The EAP will include:
    - Emergency escape routes
    - Emergency signals
    - Assembly points
    - Spill kit locations
    - Designated lines of authority

3.  The plan will be tested at least every six (6) months. Following any emergency response or drill, a debrief will be conducted to determine if EAP is effective.

**Documentation**

4.  A template EAP and ECP are available for use in Intelex Document Control.

All EAP training, the critique of all emergency drills and incident reports will be recorded and maintained with the project records.

# Management Review/Meetings



## Objective

This procedure specifies senior management review of the Safety, Health and Environmental Management System (SHEMS) at planned intervals to ensure its continuing effectiveness, suitability and adequacy, and provides for its continual improvement at the corporate and project level.suitability and adequacy, and provides for its continual improvement at the corporate and project level.

## Procedure

1. All non-project based executives and above will attend Monthly Project Management Review Meetings at a frequency directed by Regional Leadership. The frequency directed by Regional Leadership will be documented in the Annual Regional Monthly Management Review.

2. Project based executives are required to attend their own Monthly Project Management Review Meeting. In addition, the executives are required to attend peer projects' Monthly Project Management Review Meetings as directed by Regional Leadership. The frequency directed by Regional Leadership will be documented in the Annual Regional Monthly Management Review.

3. Annual Skanska USA/Business Units/Regional Management Meeting Review will utilize the following designated agenda to comply with ISO 14001 and 45001:

   **Agenda:**

   - Values Moment. *Example – A real life experience that relates to the core values of Skanska.*

   - Review open items from previous management reviews. *Previous minutes are to be reviewed. All outstanding action items are to be discussed and documented with status updates.*

   - Review of changes to the SHEMS as a result of:
     - Internal or external stakeholders.
       - *Has the program been modified based on feedback from operations personnel, EHS professionals or other internal clients?*
       - *Has the program been updated based on external changes in the industry (e.g., equipment advancements, safety initiatives or new technology)?*

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-AB5D4EE3292E

- o Have there been changes in law that may affect interpretations of SHEMS? Have we maintained compliance with OSHA standards?

- o Are there any significant environmental aspects or regulatory action that require a modification to the program?

- o Has the program been modified to address specific risks and opportunities that have been identified since the last management review?

- Review EHS performance: *This is to include discussion as to whether monthly or annual objectives and targets are being met (e.g., EHS Dashboard). Where issues are detected, alternative solutions should be discussed with a goal of improving performance.*

  - o Review lagging and leading performance indicators (e.g. BU dashboards).

  - o Audit results, closure of non-conformities and implementation of corrective actions.
    - ▪ Review audit results.
    - ▪ Review any non-conformities issued from previous internal/external ISO audits.
    - ▪ Review opportunities for improvement issued from internal/external ISO audits.
    - ▪ Review findings from recent incident investigations (potential fatalities, serious near misses/employee injuries) and the implementation of corrective and preventative actions.
    - ▪ Review effectiveness and the status of close out for corrective actions.
  - o Has the program been reviewed by internal stakeholder groups to solicit feedback? Is there a mechanism to capture suggestions, recommended changes or errors in the program?
  - o What opportunities and risks have been identified based on performance indicators and internal stakeholder feedback?

- Has the adequacy of resources been provided to implement the program as intended (e.g., organizational structure, leveraging technology, potential partnerships or other external resources)?

- Have there been any relevant communication(s) to internal or external stakeholders on EHS policy changes, performance updates or other feedback?

- What are areas of improvement to be focused on to drive continual improvement of the SHEMS program?

The following Conformance table illustrates SHEMS management review conformance with ISO-requirements.

| ISO Requirement | BU | Project |
|---|---|---|
| ISO 45001 and ISO 14001: 9.3 Management Review Requirements | USA/BU/Regional Management Review Agenda Item | Project Management Review Agenda Item |
| a) the status of actions from previous management reviews; | 2. Review open items from previous management reviews. | 2. Review open items from previous management reviews. |
| b) Changes that are relevant to the environmental and OH&S management system including: | 3. Review of changes to the SHEMS as a result of: | 3. Review of changes to the SHEMS: |
| external and internal issues that are relevant to the environmental and OH&S management system; | a. Internal or external stakeholders.<br>• Has the program been modified based on feedback from operations personnel, EHS professionals or other internal clients?<br>• Has the program been updated based on external changes in the industry (e.g. equipment advancements, safety initiatives or new technology)? | a. Have any changes been made to the system as a result of issues identified? Have these changes been communicated? |
| the needs and expectations of interested parties, including compliance obligations; | | d. Fulfillment of its project's compliance obligations.<br>• Review of compliance audits and field observations – positive findings and compliance issues<br>• Review the projects Emergency Action Plan and Environmental Compliance Program |
| legal or other requirements; | b. Have there been changes in law that may affect interpretations of SHEMS? Have we maintained compliance with OSHA standards? | b. Are all legal requirements identified for current and upcoming work and is the project in compliance (Federal, State, Local laws / Client Requirements)? |
| changes in significant environmental aspects; | c. Are there any significant environmental aspects or regulatory action that require a modification to the program? | c. Ensure all environmental aspects and risks associated with the project have been identified in your project manual.  Discuss any changes needed to be made or new risks identified that would require a revision to the |

DocuSign Envelope ID: 2941B65A-975A-49F2-972D-A95D4EE3292E

|  |  | manual. |
|---|---|---|
| risks and opportunities; | d. Has the program been modified to address specific risks and opportunities that have been identified since the last management review? | d. Status and quality of Construction Work Plans and Daily Hazard Analysis – Communication of risk assessments and opportunities for improvement.<br>e. Have all training requirements for the current and upcoming work been met? Assess the risk associated with the work and ensure that all applicable training is in place or scheduled. |
| **c) the extent to which OH&S policy and the OH&S and environmental objectives have been met;** | 4. Review EHS performance:<br>a. Review lagging and leading performance indicators (e.g. USA/BU dashboards). | 4. Review project EHS performance:<br>a. Review project lagging and leading performance indicators (e.g. project dashboard).<br>c. Monitoring and measurement results.<br>d. Environmental targets |
| **d) information on the OH&S and environmental performance, including trends in:** | 4. Review EHS performance: | 4. Review project EHS performance: |
| incidents, nonconformities, corrective actions and continual improvement; | b. Audit results, closure of non-conformities and implementation of corrective actions.<br>• Review audit results<br>• Review any non-conformities issued from previous internal/external ISO audits<br>• Review opportunities for improvement issued from internal/external ISO audits<br>• Review findings from recent incident investigations (potential fatalities, serious near misses/employee injuries) and the implementation of corrective and preventative actions<br>• Review effectiveness and the status of close out of corrective actions | b. Audit results, closure of non-conformities and implementation of corrective actions.<br>• Review audit results – PAS/internal/external<br>• Review any non-conformities issued from previous internal/external ISO audits<br>• Review opportunities for improvement issued from internal/external ISO audits<br>• Review findings from recent incident investigations and the implementation of corrective and preventative actions<br>• Review effectiveness and the status of close out of corrective actions |

DocuSign Envelope ID: 2941B65A-97FA-49F2-972D-A95D4EE3292E

| | | |
|---|---|---|
| monitoring and measurement results; | 4. Review EHS performance:<br>a. Review lagging and leading performance indicators (e.g. USA/BU dashboards). | 4. Review project EHS performance:<br>a. Review project lagging and leading performance indicators (e.g. project dashboard).<br>c. Monitoring and measurement results<br>o Environmental targets |
| fulfillment of its compliance obligations; results of evaluation of compliance with legal requirements and other requirements | b. Audit results, closure of non-conformities and implementation of corrective actions.<br>• Review audit results<br>• Review any non-conformities issued from previous internal/external ISO audits | d. Fulfillment of its project's compliance obligations.<br>• Review of compliance audits and field observations – positive findings and compliance issues<br>• Review the projects Emergency Action Plan and Environmental Compliance Program |
| audit results | • Review opportunities for improvement issued from internal/external ISO audits<br>• Review findings from recent incident investigations (potential fatalities, serious near misses/employee injuries) and the implementation of corrective and preventative actions<br>• Review effectiveness and the status of close-out of corrective actions | b. Audit results, closure of non-conformities and implementation of corrective actions.<br>• Review audit results – PAS/internal/external |
| consultation and participation of workers | c. Has the program been reviewed by internal stakeholder groups to solicit feedback? Is there a mechanism to capture suggestions, recommended changes or errors in the program? | 6.  Have there been any relevant communication(s) from interested parties, including complaints/feedback/suggestions?<br>a. Is a project EHS Safety Leadership Team in place and what are some of the agenda items covered from your last meeting and the status of open items? |
| risks and opportunities | d. What opportunities and risks have been identified based on performance indicators and internal stakeholder feedback? | d. Status and quality of Construction Work Plans and Daily Hazard Analysis – Communication of risk assessments and opportunities for improvement.<br>e. Have all training requirements for the current and upcoming work been met? Assess the risk associated with the work and ensure that all applicable training is in place or scheduled. |

| e) adequacy of resources for maintaining and effective OH&S and environmental management system | 5. Has the adequacy of resources been provided to implement the program as intended (e.g., organizational structure, leveraging technology, potential partnerships or other external resources)? | 5. Has the adequacy of resources been provided to implement the program as intended? a. Does the project team have what they need (staff to cover roles and responsibilities spelled out, equipment, other resources, etc.) to effectively run the program? |
|---|---|---|
| f) relevant communication (s) with interested parties; | 6. Have there been any relevant communication(s) to internal or external stakeholders on EHS policy changes, performance updates or other feedback? | 6. Have there been any relevant communication(s) from interested parties, including complaints: • Is a Project EHS Safety Leadership Team in place and what are some of the agenda items covered from your last meeting and the status of open 6. Have there been any relevant communication(s) from interested parties, including complaints/feedback/suggestions? a. Is a Project EHS Safety Leadership Team in place and what are some of the agenda items covered from your last meeting and the status of open items? b. Any complaints from owners, clients, agencies or community must be reviewed as part of the meeting. c. Review any formal responses and corrective actions if applicable. • Any complaints from owners, clients, agencies or community must be reviewed as part of the meeting. • Review any formal responses and corrective actions if applicable. |
| g) opportunities for continual improvement | 7. What are areas of improvement to be focused on to drive continual improvement of the SHEMS program? | 7. What are areas of improvement to be focused on to drive continual improvement of the SHEMS program? |

4. The following table outlines the meeting frequency and attendees at each level of the organization in order to establish, implement and maintain a process(es) for monitoring, measuring, analyzing and evaluating performance:

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

| Skanska USA INC. | | | |
|---|---|---|---|
| **Meeting** | **Frequency** | **Attendees** | **Guidance** |
| USA Management Review | Annually | USA/CD/USB/USC:<br><br>• Governance Committee | • See designated agenda to comply with ISO 14001/45001 - 9.3 Management Review |
| **BUSINESS UNIT** | | | |
| Business Unit Management Review | Annually | CD/USB/USC:<br><br>• SLT<br>• BUPs<br>• Civil: EVP<br>• Building: REOs, COO<br>• EHS Nat. VP | • See designated agenda to comply with ISO 14001/45001 - 9.3 Management Review<br>• Can be held in conjunction with one of the monthly SLT meetings |
| **REGIONAL** | | | |
| Regional Management Review | Annually | CD/USB/USC:<br><br>• Civil: GMs, EVPs, EHS VP, EHS Dir.<br>• Building: AMs/REOs, GMs, Ops VP, EHS VP, EHS Dir. | • See designated agenda to comply with ISO 14001/45001 - 9.3 Management Review<br>• Can be held in lieu of or in conjunction with one of the monthly Regional EHS Leadership Team meetings |
| Regional EHS Leadership Team | Monthly | • Representation of regional senior management (e.g. GM, AM, VP Ops, PX, EHS Dir.)<br>• Optional members (e.g. PM, PE, Supts, PSGs, etc.) | • Follow regional leadership direction in terms of agenda and topics covered in this discussion<br>• Some regions refer to this as the Corporate Safety Committee meeting |
| **PROJECT** | | | |
| Project Management Review | Monthly | • Representation from Skanska project management (e.g. PX, PM, PE, Superintendents, EHS) | • See designated agenda to comply with ISO 14001/45001 - 9.3 Management Review<br>• Can be held in conjunction with project staff/coordination meeting |
| Project EHS Leadership Team | Monthly | • Representation from Skanska project management (e.g. PX, PM, PE, Superintendents, EHS)<br>• Craft and | • Can be held in conjunction with monthly Project Management Review meeting<br>• Some regions refer to this as the project Corporate Safety Committee meeting |

| | | Subcontractor representation | |
|---|---|---|---|

## Document/Record Control



**Objective**

The purpose of this procedure is to ensure that only authorized and current documents are used to implement the requirements and that records are properly prepared, maintained, retained and disposed.retained and disposed.

**Procedure**

1. The following is to outline protocols that apply to potential changes that may be needed to effectively implement the EHS Manual at all levels.

    1.1. The EHS Manual and all associated documents will be controlled at the Skanska USA Building, Inc. level.

    1.2. All projects will implement the most current version of the EHS Manual available in PlanIt.

    1.3. Skanska will maintain a national library for all current documents that are applicable to the implementation of the EHS Manual. The library will be managed by the EHS Leadership team (Skanska USA Building, Inc.).

    1.4. EHS related documents will be reviewed periodically and revised as needed by the EHS Leadership team (Skanska USA Building, Inc.).

    1.5. Updated documents will be communicated by the EHS Leadership Team (Skanska USA Building, Inc.) to project teams.

    1.6. Regional specific addenda to the EHS Manual will be identified as such and maintained at the regional level by the EHS Director.

    1.7. Project-specific documents will be identified and maintained at the project level.

**Documentation**

2. All documents and records will be legible, identifiable and easily retrieved for review.

3. Documents and records will be maintained at all projects through a combination of hard copies and electronic copies.

4. All documents and records will be retained through the life of the project or otherwise as required by law or by contract.

# Policies

## Accountability Policy



### Objective

The project's Accountability Policy details the minimum standards all personnel (located at the site or otherwise) are required to observe regarding EHS issues. Regional policies may exceed the minimum requirements as the region deems necessary. For the purpose of this policy, a day suspended, is defined as a regularly scheduled work day suspended.'s Accountability Policy details the minimum standards all personnel (located at the site or otherwise) are required to observe regarding EHS issues. Regional policies may exceed the minimum requirements as the region deems necessary. For the purpose of this policy, a day suspended, is defined as a regularly scheduled work day suspended.

*1.* ***Adherence to EHS Policies Regarding Dangers***
   ***That ARE Immediately Dangerous to Life and Health ("IDLH")***

1.1. All personnel shall adhere to all EHS policies that protect against immediate dangers to life and health. Examples of such policies include, but are not limited to, those regarding fall protection, exposure to electricity, caught in-between hazards, struck by hazards, lockout/tag out hazards, exposure to unsafe trench excavation, failure to locate utilities pre-excavation, use of ear buds and confined space hazards and, when determined by Project Leadership, failure to adequately plan safe work through the use of the Construction Work Plan and Daily Hazard Analysis tools. While Skanska does not generally follow a progressive disciplinary practice, Skanska employees are, except as otherwise agreed in an applicable Collective Bargaining Agreement ("CBA") or Project Labor Agreement ("PLA"), subject to the following disciplinary actions for violations of any EHS policy designed to protect against immediate dangers to life and health:

- First Offense: Three (3) day suspension without pay
- Second Offense: Twenty (20) day suspension without pay
- Third Offense: Termination

1.2. Contractor may impose more serious penalties upon its offending employees if it deems such action to be appropriate for violations covered by this provision.

1.3. Subcontractors are likewise responsible for managing, supervising and disciplining subcontractor workers who fail to adhere to applicable EHS policies and rules set forth

in this EHS Manual, provided that Skanska may take actions necessary to address imminent threats to life and health and, if a subcontractor fails to take timely or appropriate corrective action, Skanska may, consistent with the terms of the applicable subcontract, bar from the project site any such subcontractor worker who poses a safety risk to the project.

## 2. Adherence to EHS Policies Regarding Activity NOT Immediately Dangerous to Life and Health ("Non – IDLH")

2.1.   All site personnel shall adhere to all EHS policies, including, but not limited to PPE requirements, equipment/tool inspections, use of tools, rebar caps and housekeeping.

2.2.   While Skanska does not generally follow a progressive disciplinary practice, Skanska employees are, except as otherwise agreed in an applicable ("CBA") or ("PLA"), subject to the following disciplinary actions for violations of any EHS policy that is not designed to protect against immediate dangers to life and health:

- First Offense: Written reprimand
- Second Offense: One (1) day suspension without pay
- Third Offense: Three (3) day suspension without pay

2.3.   Skanska may impose more serious penalties upon its offending employees if it deems such action to be appropriate for violations covered by this provision.

2.4.   Subcontractors are likewise responsible for managing, supervising and disciplining subcontractor workers who fail to adhere to applicable EHS policies and rules set forth in this EHS Manual, provided that Skanska may take actions necessary to address imminent threats to life and health and, if a subcontractor fails to take timely or appropriate corrective action, Skanska may, consistent with the terms of the applicable subcontract, bar from the project site any such subcontractor worker who poses a safety risk to the project.

## 3. Imposition of Discipline on Contractor Employees

3.1.   The level of offense will be considered over a rolling one (1) year period looking back from the date of each offense.

3.2.   The foregoing discipline policy shall be applicable to all Skanska supervisory personnel in relation to their respective obligation to properly and adequately manage their workforce so that they conduct themselves in a safe manner and in accordance with this EHS policy. Accordingly, should employees under the management of Skanska supervisory personnel commit multiple (i.e. more than one (1)) IDLH or Non-IDLH offense as stated above during a given one (1) year period, said multiple offenses may be construed as a violation of the workplace rule requiring supervisors to properly manage and maintain a safe working environment in accordance with this EHS policy and may result in the supervisor being subject to discipline as set forth herein.

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

3.3. With respect to supervisory personnel being indirectly associated with any single EHS policy violation constituting a danger that is either an IDLH or Non-IDLH by employees under his or her direct or indirect supervision and management, the supervisor may be disciplined by way of no less than a five (5) day suspension without pay. However, shorter suspension periods without pay for the supervisor may be considered in such situations where a supervisor could be considered directly involved due to the required roles and responsibilities outlined in the SHEMS.

3.4. The above is the minimum guideline. All offenses will be reviewed and more severe discipline may be implemented when conditions warrant.

3.5. Prior to any discipline being implemented, the proposed disciplinary action will be discussed with Human Resources and approved at or above the Project Executive level. The level of discipline imposed shall be documented for the employee file.

3.6. All disciplinary actions resulting in a suspension are to be reviewed and approved by the Project Leadership.

3.7. Skanska employees who are terminated for EHS non-compliance will not be deemed eligible for rehire for a minimum of six (6) months. The rehire of employees terminated for failure to comply with EHS policies requires Skanska approval at the senior management level, and such decision shall be made in consultation with Human Resources.

4. If in the judgment of the Skanska's project team, the extenuating circumstances of an individual incident warrant not adhering to the guidelines above, the team can petition an appropriate member of Skanska's senior management for relief from the guidelines. Only a member of Skanska's senior management, in consultation with Skanska's Legal Department and HR, can authorize deviations from these guidelines, except as expressly provided above.

## Cell Phone / Tablets / Smart Device User Policy



### Objective

When site personnel use communication technology on project sites, they are expected to utilize it in a safe, prudent manner that in no way jeopardizes the safety of themselves or others or puts equipment, facilities or other materials at risk. [3]

### Legal and Other Requirements

Federal, State, Local Regulations

- All site personnel shall comply with all applicable federal, state and local laws and regulations regarding the use of cell phones/smart device usage while driving.

Skanska/ Client Requirements

- None

### 1. Procedure While Operating Vehicles or Equipment

1.1. The following policy applies to all project personnel, including Skanska and subcontractor employees.

1.2. Subcontractor management shall ensure that subcontractor employees are aware of and compliant with this Policy.

1.3. Members of Skanska's project management team may purchase appropriate hands-free smart devices for use by Skanska USA Building, Inc. employees with the approval of the Project Executive for that site.

1.4. Members of Skanska management shall ensure that Skanska employees are aware of and compliant with this Policy and the related policy contained in any Handbooks.

1.5. Project Management shall ensure that cell phones, tablets and smart devices are being used in a safe manner when they must be utilized as part of the work. Project Management shall ensure that signage shall be posted where cell phones and smart device use is prohibited, and identify tasks that are not to be performed while using

---

[3] In the event this Policy is inconsistent with any information in any Skanska Employee Handbook and/or any applicable joint venture employee handbooks (together, the "Handbooks"), the more stringent safety requirement shall govern as to Skanska employees to the extent necessary to remove the conflict or inconsistency.

those devices, such as texting or emailing while driving, to the extent those activities are not already addressed by this Policy or in Handbooks.

1.6.    In no event shall the use of wired or wireless earpieces (earbuds, Bluetooth, etc.) in connection with cell phones, smart devices or music players be permitted in active work zones.

1.7.    The use of a cell phone for personal use (such as phone calls/social-media/data) and/or earbuds, ear pods, earphones, neck Bluetooth and any other smart device during working hours is not permitted in any construction/activity areas. The use of cell phones for personal use is limited to designated areas and/or outside of the construction site. Any person requiring the use of a cell phone, tablet or smart device as a tool for their work can only use them in a stationary position at a location in which the use of the device would not create a hazard to themselves or other employees.

1.8.    All site personnel, while operating a company fleet vehicle, whether company owned or rented, shall utilize a cell phone "Hands Free" product, whether portable or permanently installed in a vehicle or piece of equipment.

1.9.    Use of cell phones and smart devices in vehicles while on site is only permitted when the vehicle is parked (e.g., a cell phone or smart device may not be used when temporarily stopped at a traffic light).

1.10.    Any person requiring the use of a cell phone, tablet or smart device as a tool for their work can only use them in a stationary position at a location in which the use of the device would not create a hazard to themselves or other employees.

1.11.    Cell phones, tablets and smart devices may never be used when operating heavy machinery.

1.12.    The use of personal cell phones, tablets and smart devices and/or personal audio devices is subject to the same restrictions as Skanska-issued cell phones, tablets and smart devices.

1.13.    Personal cell phones, tablets and smart devices and/or personal audio devices may never be used when operating any equipment or machinery on an active project site.

1.14.    The use of personal cell phones, tablets and smart devices and/or personal audio devices may be entirely prohibited, in Skanska management's discretion, while on a project worksite if such use creates a safety risk.

1.15.    The use of personal cell phones by Skanska employees shall be limited to designated breaks and lunch periods.

1.16.    Regardless of whether personal cell use is permitted on break or in designated areas, in no event shall the use of earbuds or headphones of any type be permitted on the project worksite. The use of earbuds or headphones shall be considered an IDLH condition and the requirements of the accountability policy shall apply.

2.  In the event of an emergency requiring the use of communication equipment, comply with the project's emergency response plan and communication protocol.

3.  Any project specific requirements for this section are listed here.

<u>EHS Forms and Documents</u>

- None

<u>Training Links</u>

- None

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

# Vehicle Policy



## Objective

The purpose of this policy is to establish rules and regulations for safe operation of motor vehicles when used on a project site.

## Legal and Other Requirements

### Federal, State, Local Regulations

- All site personnel shall comply with all applicable federal, state and local laws and Regulations regarding the safe operation of equipment and motor vehicles

### Skanska / Client Requirements

- None

## 1. Rights and Responsibilities

1.1.    Project management will identify who will fulfill the responsibilities of monitoring and measuring the operational controls listed below. Site personnel will be responsible for complying with any imposed project-specific requirements by the Client or Skanska USA Building, Inc..

1.2.    Skanska Project Management
         Members of management shall:
- Enforce the policies and rules set forth in this EHS Manual.
- Ensure that proper access, egress and safe parking areas are available at the project site.
- Verify that daily walk-around inspections are being performed.

1.3.    EHS Staff
         Members of the EHS staff shall:
- Audit the inspection and maintenance records of company-owned vehicles.
- Recommend the appropriate safety accessories for company-owned vehicles when required (e.g., flashing beacons, whip flags, fire extinguisher size, etc.)
- Enforce the rules set forth in this EHS Manual.

1.4.    Subcontractors

Subcontractors shall:

- Ensure that their subcontractor employees operating a motor vehicle on an active project site are properly licensed and qualified to drive a motor vehicle.
- Ensure that vehicles utilized on an active project site meet the project safety requirements.
- Ensure that all subcontractor employees operating a vehicle on an active project site comply with the applicable policies and rules set forth in this EHS Manual.
- Coordinate with project vehicle routes, conflicts in parking, and access and egress logistics.

1.5.    In the event this Policy conflicts with or is inconsistent with any information in any Skanska Handbook, the more stringent requirement shall apply.

## 2.    Operational Controls/Documents

2.1.    The following documents should be maintained as part of the project files.  To the extent these documents are within the control of subcontractors, subcontractors shall maintain them and make them available for inspection by Skanska's EHS staff at the project site:

- Manufacturer's operating manual
- Driver's License
- Construction Work Plan
- Maintenance of Traffic (MOT)
- Traffic Control Program (TCP)
- Maintenance and Protection of Traffic (MPT)
- Vehicle equipment and maintenance records

2.2.    Motor Vehicle Records (MVR) shall be reviewed prior to issuing a vehicle. MVRs may also be reviewed periodically throughout vehicle use (for vehicles covered by this policy).

2.3.    Any vehicle or equipment that bares a license plate is required to be operated by an operator with a valid driver's license.

2.4.    Any project specific requirements for this section are listed here.

2.5.    Performance Indicators/Records

Performance indicators are the means by which projects monitor and measure their

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

compliance with operational controls and the status of achieving objectives and targets. Accordingly, the following records should be maintained as part of the project files:

- Daily vehicle inspections (when applicable)
- Maintenance records
- Incident reports involving vehicles

2.6.    Any project specific requirements for this section are listed here.

## 3.  Procedure and Rules

Rules for Safe Operation of Vehicles

The following procedures and rules apply to all Skanska and subcontractor drivers and vehicles, whether the vehicle is owned by the company or covered by a company auto allowance, used during the construction process, (e.g., material delivery and transport, hauling of debris, service and maintenance vehicles) or for related business purposes:

3.1. Every vehicle shall have a seatbelt for every occupant being transported.

3.2. Every vehicle over one ton in hauling capacity shall have a fire extinguisher and first aid kit.

3.3. Parked equipment one (1) ton or greater in capacity shall have a wheel chocked and parking brake set.

3.4. Every construction vehicle entering an active work zone must be equipped with an audible reverse signal alarm, and in urban areas, a "white noise" alarm is recommended. For non-construction vehicles, the driver will signal twice using the vehicle's horn prior to reversing near an active work zone; a spotter is required when there is an obstructed view to the rear.

3.5. A trained spotter shall be used whenever a heavy duty vehicle is put in reverse.

3.6. A trained spotter shall be used whenever a light duty vehicle (e.g., pickup truck) is put in reverse and conditions surrounding such use present a significant risk to person or property.

3.7. If a vehicle has an obstructed view to the rear, a trained spotter shall be used to direct the backing operations.

3.8. The spotter can only be removed if a CWP detailing the controls for safely backing without a spotter has been reviewed and approved by project management.

3.9. A worker shall not serve as a spotter unless properly trained and qualified to do so, and be designated and identifiable.

3.10.      It is the responsibility of each vehicle operator to perform a daily walk-around and vehicle inspection. Drivers are responsible for checking the mechanical condition of the vehicle, fire extinguishers or any other mandated equipment and keeping company-owned vehicles clean.

3.11.      All tools and equipment must be secured prior to being transported.

3.12.      All site personnel are required to know and comply with local, state and federal traffic laws for the locations in which they will operate their vehicles.

3.13.      Any Skanska employee must notify his/her supervisor immediately if he/she is issued a citation while operating a vehicle during the construction process or for project-related purposes, whether the vehicle is Skanska -owned or covered by an auto allowance.

3.14.      Continued violations of these rules by Skanska employees could result in the loss of a Skanska vehicle or auto allowance or potential further disciplinary action up to and including termination.

3.15.      Neither Skanska vehicles nor private vehicles used for Skanska purposes under auto allowances may be operated when the Skanska employee is under the influence of alcohol or drugs.

3.16.      Skanska employees are subject to disciplinary action if they are involved in an accident for which they are charged with a traffic violation or crime, or found liable in a civil lawsuit, including but not limited to drug or alcohol use, unacceptable driving record or evidence of any unsafe conditions or circumstances. All charges of traffic violations involving Skanska vehicles or private vehicles while used for Skanska purposes under auto allowances are to be immediately reported to a member of the project management team. Accidents must be reported in accordance with established Skanska corporate policies and procedures.

3.17.      Except in an emergency, only authorized drivers may operate a vehicle.

3.18.      Decals and unit-assigned numbers are not to be removed from Skanska-owned vehicles under any circumstance without written authorization of a Skanska equipment manager.

3.19.      All Skanska employee drivers are expected to conduct themselves appropriately, professionally and in a safe manner when operating a Skanska vehicle or private vehicle used for Skanska's purposes. Skanska employees found in violation of any of these rules will be subject to disciplinary action, up to and including dismissal. Subcontractors are likewise responsible for disciplining subcontractor workers who fail to adhere to applicable EHS policies and rules set forth in this EHS Manual, provided that Skanska may take actions necessary to address imminent threats to life and health and, if a subcontractor fails to take timely or appropriate corrective action, Skanska may,

consistent with the terms of the applicable subcontract, bar from the project site any such subcontractor worker who poses a safety risk to the project.

3.20.   Any project specific requirements for this section are listed here.

4. **Job Vehicles/Trucks**

4.1.   All company vehicle assignments will be made to the jobs as required. As with any other equipment, the project manager will request vehicle job assignments when the job is mobilized. The equipment manager will assign vehicles to the jobs. Job vehicles will be used on the job by qualified drivers and will remain on the job overnight.

4.2.   Any project specific requirements for this section are listed here.

EHS Forms and Documents
  - None

**Applicable Training**

  - None

Training Links
  - None

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-AB5D4EE3292E

## Fit For Duty Policy



### Objective

Site personnel are expected to report to work fit for duty, which means able to perform job duties legally and safely.

### Procedure

1. Project management, in conjunction with Skanska USA Building, Inc.'s Human Resources Department, will be responsible for ensuring that Skanska employees are fit for duty. It is the responsibility of subcontractors to ensure that their subcontractor employees are fit for duty. All site personnel on the project must be capable of carrying out their assigned task(s) in a legal and safe manner.

2. Foremen will be responsible for the following:

   2.1. Foremen will assign each worker tasks for which they are physically fit and mentally capable.

   2.2. Foremen will ensure that each employee reporting to work is not under the influence of drugs or alcohol.

During Stretch and Flex and the Daily Hazard Analysis (DHA), all foremen will observe their crew members to assure they are capable of performing each stretch and are not in distress. Employees are responsible for maintaining their own individual levels of fitness required to conduct their daily work.

# Personal Protection Equipment (PPE) Policy



## Objective

All site personnel shall, at a minimum, wear the following personal protective equipment while on the project site (except inside the jobsite office and designated safe zones.)

## Standards

- ANSI Class II reflectivity standard - vest or shirt with reflective striping
- ANSI Class III reflectivity standard - when working in traffic and/or at night
- ANSI cut level III - Glove standard
- ANSI Z87 - Eyewear standard
- ANSI Z89.1 - Hardhat standard

## Requirements

1. Head Protection
   1.1. Hardhats will be worn at all times on this project, in accordance with the following:
      - Hardhats will be worn according to manufacturer requirements.
      - The Skanska USA Building, Inc. or Skanska name and the wearer's personal name (first and last) will be displayed on the hardhat.
      - Expired hardhats, as determined by manufacture date, will not be worn.
      - Hardhats must meet ANSI Z89.1 requirements.

2. Eye and Face Protection
   2.1. Eye and face protection safety glasses with side-shields that meet ANSI Z87 criteria are to be worn at all times. Prescription glasses must meet ANSI Z87 requirements, or employees will be required to wear over the glasses (OTG) safety eyewear.
   2.2. In addition, the following eye/face protective equipment, at a minimum, must be used when performing the following work activities:

| Activity | Safety Equipment |
|---|---|
| Welding | Welding hood and safety glasses |
| Burning | Burning goggles with face shield |
| Abrasive grinding or cutting | Safety glasses and face shield |

| Activity | Safety Equipment |
|---|---|
| Drilling | Goggles or safety glasses and face shield |
| Reaming | Face shield and safety glasses |
| Chemical handling | Goggles and face shield |

Follow PPE guidelines as detailed in eye/glove chart detailed above.

3. Foot Protection
   3.1. Safety-toed work boots with a minimum of six (6) inch ankle support must be worn on all jobsites. Work boots that are in good condition must be worn (heel and sole will not show excessive wear) and puncture resistant sole is highly recommended. All other foot wear is not acceptable.

4. High-Visibility Attire
   4.1. All persons on the project site must wear a high visibility vest or shirt that has reflective striping consistent with ANSI Class II requirements.
   4.2. ANSI Class III reflectivity requirements must be met when working in traffic at night.

5. Work Attire
   5.1. Shirts will have a minimum sleeve length of three (3) inches. Tank tops and cut-off shirts are not permitted. Long pants that fit properly around the waist and ankles and that are not excessively worn are required. Pants that are worn low on the hips or thigh are not allowed. The length of the pants will be such as to not present a tripping hazard. Shorts are not permitted.

6. Hand Protection
   6.1. All personnel on the project shall wear ANSI cut level 3 gloves at all times. Each task shall be analyzed to determine if a higher cut level of glove is required. Specialty gloves may be required for handling sharp materials, chemicals, electrical work, etc.
   6.2. Specific tasks requiring high dexterity may be exempt from the requirement if agreed upon in advance by Skanska Supervision and appropriate controls are identified in the CWP. These exempt employees shall wear ANSI cut level 3 gloves when not performing high dexterity tasks.
   6.3. This requirement applies to all craft workers, supervisors, managers, visitors, vendors or any other individual onsite.
   6.4. Fingerless or modified gloves are not allowed.

7. Additional Protections

7.1. Respiratory protection and hearing protection are covered in the Health section of this manual.

Taking into consideration the hazards associated with a particular project or task, Skanska USA Building, Inc. may require site personnel to wear additional personal protective equipment to reduce the likelihood of a work-related injury or illness.

Training Links
- Eye Safety [Competent Person]  - Eye Safety [Competent Person]

## Stop Work Authority



1. Employees have been given the authority, without fear of reprimand or retaliation, to immediately:

   - Stop any work activity that presents a danger to any employees, the public or the environment.
   - Get involved, question and rectify any situation that is identified as not being in compliance with Skanska´s environmental, health and safety policies.
   - Report any unsafe conditions or potential negative environmental impacts.
   - Question any work activity that involves violation of established environmental, health and safety policies.

## EHS Policies Specific to Subcontractors



### Rights and Responsibilities

Each subcontractor shall participate in and enforce the project-specific environmental, health and safety programs that shall cover all work performed by it and its sub-subcontractors. Subcontractors shall comply with all applicable federal, state and local EHS requirements.

Federal, State, Local Regulations

- None

Skanska / Client Requirements

- None

1. Project Management shall:
   1.1. Inform subcontractors of the policies and rules contained in this EHS Manual.
   1.2. Ensure subcontractors have met Business Unit prequalification criteria prior to being allowed to work on a project.
   1.3. Conduct a preconstruction EHS meeting utilizing the Subcontractor Kick-Off Meeting Agenda Form with all tier subcontractors to inform them of the project-specific program. Owners and union business agents may also need to be invited, pending approval of site management and the EHS Director.
   1.4. Provide subcontractors with access to Skanska's PlanIt tool to develop a CWP.
   1.5. Review the subcontractor's written CWP, with the understanding that Skanska may reject any CWP that does not comply with the requirements of this EHS Manual.
   1.6. Conduct inspections of subcontractor operations to encourage compliance with applicable regulations and policies.
   1.7. Request that subcontractors attend Project SHEMS Leadership Team meetings.
   1.8. Conduct subcontractor EHS meetings as they deem necessary.
   1.9. Any project specific requirements for this section are listed here.

2. Subcontractor shall:
   2.1. Attend the preconstruction EHS meeting held by Skanska USA Building, Inc. project management.

DocuSign Envelope ID: 2941B65A-97EA-49F2-972D-A95D4EE3292E

2.2.   Provide a copy of their CWPs to include task-specific activities and associated competent persons.

2.3.   Submit all CWPs to Skanska project management for review one week prior to the commencement of each activity.

2.4.   Ensure that subcontractor employees and workers have all necessary training for the assigned tasks.

2.5.   Submit applicable employee training records to Skanska prior to work commencing.

2.6.   Attend a Skanska jobsite orientation at the commencement of employment (all subcontractor employees and tier subcontractor employees).

2.7.   Prepare Daily Hazard Analysis (DHA) prior to the commencement of each daily activity.

2.8.   Provide all required PPE to their employees, instruct employees on proper use, and ensure use/implementation at all times.

2.9.   Provide adequate safety measures against occupational exposures such as gases, fumes, vapors, dusts, chemicals and noise levels, including potential exposures to individuals in the vicinity of the work being performed.

2.10.  Provide all applicable occupational monitoring documentation, including but not restricted to, exposure assessments, employee blood levels and proof of respirator fit tests (including tier subcontractors).

2.11.  Maintain documentation that verifies that its EHS program is in compliance with applicable federal, state, local and project safety requirements. Documentation shall be made available upon request by Skanska.

2.12.  Conduct periodic safety observations and take corrective actions for recognized hazards. Report unsafe conditions outside their scope of work to Skanska personnel.

2.13.  Implement immediate corrective action to eliminate unsafe practices and conditions when they are observed or reported, in accordance with Skanska's Accountability Policy.

2.14.  Investigate all incidents resulting in a near miss, personal injury, general liability, negative environmental impact and third-party claims.

2.15.  Submit to Skanska in writing within 24 hours any incident findings, including root cause, corrective action and preventative action.

2.16.  Conduct weekly toolbox safety meetings (job foremen) for all site employees under their supervision with sign off and submission to the Skanska project team.

2.17.  Attend Skanska's Project SHEMS Leadership Team meeting on a monthly basis with the representatives of the various trades employed, to ensure that all employees understand and comply with the safety programs.

2.18.  Submit monthly safety performance report by the 5th of every month, to include hours worked and all incidents, or utilizing online reporting or paper copies of Skanska's Daily Report (where available).

2.19.  Designate an EHS representative prior to mobilization.

- Each subcontractor expected to have less than 30 workers onsite will designate an EHS representative.
- This onsite EHS representative will be a competent worker who has completed at least 30 hours of OSHA awareness training and who may have other onsite duties.

2.20.  Have a plan in place to onboard an onsite full-time EHS professional once the subcontractor's headcount reaches thirty (30) or more workers (including workers of lower tier subcontractors) on the project. Subcontractor will also provide details for additional EHS Staffing when workers may exceed 150 or when activities are deemed high risk by Skanska.

- In the event this policy conflicts with or is inconsistent with the applicable subcontract, the more stringent requirement shall govern to the extent necessary to remove the conflict or inconsistency.

2.21.  Submit the resume of their proposed EHS professional or representative to be reviewed by Skanska.

- Skanska will have the right to object to the use of the proposed EHS professional or representative if he/she does not have the training and experience required for this project.
- The subcontractor's designated EHS professional or representative will have the authority and responsibility to ensure the proper implementation of the policies and rules in this EHS Manual.
- Subcontractor full time onsite EHS professionals shall have the following minimum qualifications:
  - o  Three (3) years construction safety experience
  - o  Onsite full time and have no other responsibilities other than environmental, health and safety
  - o  Specialized training relevant to scope of work
  - o  Minimum of OSHA 30-hour construction safety awareness course
  - o  Working knowledge of EHS regulations and hazard control methods
  - o  Demonstrated ability to conduct EHS training

2.22.  Comply with project emergency action plan.

2.23.  Any project specific requirements for this section are listed here.


3.  <u>Designated Subcontractor EHS Professional or Representative</u>

3.1.  Designated EHS professionals and representatives will have the authority to stop any work they deem unsafe.

3.2.  Skanska reserves the right to object to designated subcontractor EHS professionals and EHS representatives if they do not strictly adhere to and enforce the requirements of this EHS Manual, including and without limitation, if they fail to:

- Investigate any incident or near miss and report the findings to Skanska

- Attend EHS meetings as required by Skanska
- Conduct regular EHS meetings with workers to instruct them on project EHS practices and requirements
- Conduct documented EHS inspections of their work activities and make available to Skanska for review

4. <u>Subcontractor EHS Submittals</u>

Prior to beginning work, each subcontractor shall submit to Skanska the following items listed below. In the event this policy conflicts with or is inconsistent with the applicable subcontract, the most stringent requirement shall govern to the extent necessary to remove the conflict or inconsistency.

4.1.   Subcontractor-prepared Construction Work Plan (CWP), at least one week prior to mobilization.

4.2.   Name(s) of designated EHS professional or EHS representative and a statement of his/her qualifications.

4.3.   Emergency contacts and telephone numbers for their senior operations person and company EHS representative who are available at all times.

4.4.   Verification of training completed by designated competent persons as required by the scope of work.

4.5.   Verification of training completed by qualified equipment operators as required by the scope of work for cranes, forklifts, aerial lifts, heavy equipment, etc.

4.6.   Verification that subcontractor workers designated as first responders have completed first aid and CPR training.

4.7.   Verification of required training completed by subcontractor workers responding to environmental incidents.

4.8.   Verification that current annual crane inspections by a certified third-party crane inspection firm have been completed for all cranes brought onto the project by subcontractor.

4.9.   Project-specific Master Chemical and Substance Inventory Sheet and Safety Data Sheets for all hazardous chemicals and materials to be used or stored on the project.

4.10.   Verification that OSHA or other project required training, as applicable, has been completed. Examples of OSHA or project required training may include:
- Fall Protection
- Confined Space
- Respiratory Protection
- Excavations and Trenches
- Scaffolding
- Crane Signals
- Annual Hazard Communication Training

- Ladders

5. <u>Permits or Plans as Required</u>

Prior to commencing work on the project, each Subcontractor will submit to Skanska for review all work permits or plans pertinent to its scope of work, including the following, as applicable:

5.1.   Confined Space Entry
5.2.   Hot Work
5.3.   Excavation and Trenching
5.4.   Crane Lift Plan
5.5.   Fall Protection Plan
5.6.   Lockout/tagout Checklist
5.7.   Other work plans and permits as deemed necessary

6. <u>Maintain While Working on the Project</u>

Throughout the course of the project, each subcontractor will maintain the following records or documents on site and submit electronically to Skanska weekly:

6.1.   OSHA documentation related to injuries
6.2.   EHS Inspection report
6.3.   Subcontractors shall be responsible for the following:
- Scaffold
- Trench
- Crane
- Forklift
6.4.   Skanska permits or forms, or their approved equivalent, such as:
- Confined space entry
- Hot work
- Excavation and trenching
- Crane lift permit
- Fall protection plan
- Lockout/tagout checklist
- Other work plans and permits as deemed necessary

7. <u>Subcontractor Pre-Mobilization Meeting</u>

Prior to mobilization, each subcontractor shall attend a pre-mobilization meeting to discuss site specific environmental, health and safety concerns. The meeting will address the following:

7.1.   Review the subcontractor's contract responsibilities.

7.2.   Confirm the Skanska policy that PPE shall be provided at no expense to its employee by the subcontractor. The subcontractor shall enforce the use of PPE.

7.3.   Review PPE: hard hats, safety glasses, hearing protection, face shields for grinding operations, welding and cutting shields, goggles, dust masks for nuisance dust, or a full respiratory protection program for respirator use for protection from hazardous atmospheric conditions, gloves, etc. Other items may be required depending on the task.

7.4.   Review the subcontractor's method of weekly jobsite inspection.

7.5.   Review required OSHA training with respect to scope of work, paying special attention to fall protection training.

7.6.   Review project-specific fall protection requirements, which may exceed the Skanska six-foot rule.

7.7.   Review other training required by the scope of work, which may include ladders, scaffolding, confined space, excavations, respiratory protection, rigging and hand signals, tools, etc.

7.8.   Confirm that task-specific preplanning meetings are required for all high risk activities.

7.9.   Review competent and qualified person sign-off.

7.10.  Review the use of the Guardrail Removal Permit and its appropriate application. This permit is optional but may be required if determined by the project team. If a component of a guardrail system must be removed, the competent person can complete a Guardrail Removal Permit. The permit ensures adequate communication of guardrail removal and that other means of fall protection are in place to protect affected employees while the guardrail is removed. If guardrails are removed without permission, Skanska will assume that the subcontractor is responsible for reinstalling the guardrails, and will charge the subcontractor's account accordingly.

7.11.  Review Skanska Fire Protection/Prevention requirements: The subcontractor must provide a fire extinguisher and fire watch in accordance with Skanska's Hot Work permit requirements.

7.12.  Review Skanska project-specific EAP and site evacuation plan.

7.13.  Confirm that all medical emergencies and accidents must be reported to Skanska immediately

7.14.  Confirm that Skanska will coordinate 911 responses. Subcontractors are required to submit injury report, insurance accident report forms and hospital release forms in a timely manner.

7.15.  Confirm that all property damage incidents must be reported to Skanska immediately.

7.16.  Review Skanska's Accountability Policy for environmental, health and safety violations. Subcontractors shall take corrective action to abate unsafe conditions immediately.

7.17.    Review process for Weekly Tool Box Talks to be submitted with employee sign-off.

7.18.    Confirm that each subcontractor is responsible for providing drinking water for its own employees.

7.19.    Confirm that each subcontractor is responsible for providing its own first aid kit, as well as a designated First Aid/CPR person(s) with current training.

7.20.    Confirm that subcontractors are responsible for protecting their own workers.

7.21.    Confirm that all workers must attend project orientation, sign in and receive a Skanska hardhat sticker regarding such orientation.

7.22.    Any project specific requirements for this section are listed here.


EHS Forms and Documents

- None

Training Links

- None

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

## Substance Abuse Policy



### Objective

The project has an alcohol and drug-free workplace program to ensure that our business is functioning safely, efficiently and cost-effectively. The project will require all employees and job applicants to participate in, consent to and comply with the dictates of this program as a condition of employment and continued employment. For those who refuse to cooperate fully with the terms and conditions of this program, the project will take appropriate measures to address the situation promptly and will not tolerate substance abuse. This policy applies to all the project, subcontractors at any tier, vendor and other third-party employees, including management working on or visiting the project.

### Legal and Other Requirements

<u>Federal, State, Local Regulations</u>

- None

<u>Skanska / Client Requirements</u>

- None

### Responsibilities

1. <u>Project Management</u>
   1.1. Address employee questions or requests for information relative to Skanska USA Building, Inc.'s substance abuse policy.
   1.2. Document any reasonable suspicion of prohibited drug and/or alcohol use by employees or subcontractors that requires a drug/alcohol test.
   1.3. Provide copy of positive/negative result to employee.
   1.4. Any project specific requirements for this section are listed here.

2. <u>Subcontractor</u>
   2.1. Each subcontractor will promote a drug free workplace with their employees and will communicate what constitutes prohibited activities.

2.2. Ensure all workers involved in an incident have a post incident drug/alcohol test within three (3) hours of the incident and report the results to Skanska. At a minimum, the drug test will follow current Substance Abuse Mental Health Services Administration (SAMHSA) five panel guidelines; the alcohol test will follow Department of Transportation (DOT) guidelines.

2.3. Any project specific requirements for this section are listed here.

**Procedure**

3. Jobsite Requirements

3.1. Whenever employees are working, operating Skanska vehicles or equipment, present on Skanska premises or present in any other location performing services for Skanska, they are prohibited from:

- Using, possessing, buying, selling, manufacturing, distributing, dispensing or transferring illegal drugs or controlled substances.
- Being under the influence of controlled substances.

3.2. Workers are expected to follow the medical advice given with prescribed medication.

3.3. Violation of this requirement will result in termination.

4. Testing

4.1. Skanska reserves the right to request drug and alcohol screenings from employees.

4.2. Skanska will conduct drug and alcohol testing within the parameters of any applicable state and federal laws and will use scientifically valid methods and procedures.

4.3. Skanska reserves the right to use onsite testing procedures per requirements of the project and Owner Contract, for both its employees and subcontractor employees where Skanska is required to do so.

4.4. Applicants for all positions will be notified that they may be required, once offered a position, to successfully pass a drug test as a condition of being hired.

4.5. Applicants will be required to sign a consent form and present a valid photo identification card (driver's license).

4.6. A positive drug test or refusal to participate in a drug test, or any effort to tamper with a sample or to alter a test result, will disqualify an applicant from employment.

4.7. This provision will apply to all former employees who are eligible to reapply for employment with Skanska after six months.

5. Reasonable Suspicion Testing

5.1. Employees and subcontractors will be required to submit to a drug and/or alcohol test when a supervisor and/or manager of that employee has reasonable suspicion of

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

prohibited drug and/or alcohol use. Reasonable suspicion will be documented and will not be based on rumor, speculation or unsubstantiated information.

6. Post-Accident Testing

    6.1. All employees and subcontractors who may have potentially caused or contributed to an incident or injury during work time in a Skanska office or at a Skanska jobsite will be subject to drug and alcohol testing.

    6.2. A post-accident drug and alcohol test must take place within three (3) hours of the time of the accident. A Skanska employee who fails to report a work-related accident is in violation of this program and is subject to disciplinary action, up to and including termination.

7. Organizational Response to Policy Violation

    7.1. An employee or job applicant who receives a confirmed positive test result may contest or explain the result to the medical review officer within five working days after receiving written notification of the test result. If an employee's or job applicant's explanation or challenge is unsatisfactory to the medical review officer, the medical review officer shall report a positive test result back to Skanska.

    7.2. In the event of a positive test result, after appeal, the Skanska employee shall be removed from the project and subject to termination, pending review by Human Resources.

8. Right to Search

    8.1. Employees and their property, including but not limited to lunch boxes and toolboxes, are subject to search while on Skanska premises. Searches may be conducted without prior warning and may include entire work groups or specific individuals, if management has reason to suspect the employee is in violation of this program. Trained narcotic dogs may be used in searches. Searches of employees and their clothing will be by a person of the same gender.

    8.2. Employees who refuse to cooperate will not be forcibly detained or searched, but failure to cooperate will result in disciplinary action up to and including termination.

9. Confidentiality

    9.1. All information, interviews, reports, statements, memoranda, documentation, and drug and alcohol test results, written or otherwise, are confidential. Skanska and any of its agents associated with drug and alcohol testing who receive or have access to information concerning test results shall keep all information confidential. No such information shall be released without the written consent of the employee unless the release is on a need-to-know basis, is required by law, and is relevant to a legal claim asserted by the employee, or as otherwise provided by law.

9.2. In the event of a positive drug test, the reason for termination shall be referred to as "employee failed to comply with company program."

9.3. Skanska workers' compensation carrier may be notified of results of post-accident tests that may affect Skanska insurance program as provided for by state laws.

10. <u>Reservation of Rights</u>

10.1. Skanska reserves the rights to administer, interpret, change or rescind the program in whole or in part, with or without notice or consideration. In addition, changes to applicable state and federal laws or regulations may require Skanska to modify or supplement the program.

10.2. The program does not create an employment contract and should not be interpreted or considered as such.

10.3. This program does not, in any way, change the nature of the at-will employment relationship on the part of the employee or Skanska.

<u>EHS Forms and Documents</u>

- None

<u>Training Links</u>

- None

# Safety

## Concrete and Masonry



**Objective**

The purpose of this program is to develop, implement, maintain and enforce safe work practices when working with concrete and masonry products.

**Legal and Other Requirements**

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3305 - MATERIAL PLACEMENT AND INSTALLATION
- OSHA 29 CFR 1926.700 Subpart: Q - Concrete and Masonry Construction  - Scope, application, and definitions
- OSHA 29 CFR 1926.701 Subpart Q - Concrete and Masonry Construction  - General requirements
- OSHA 29 CFR 1926.702 Subpart Q - Concrete and Masonry Construction  - Requirements for equipment and tools
- OSHA 29 CFR 1926.703 Subpart Q - Concrete and Masonry Construction  - Requirements for cast-in-place Concrete
- OSHA 29 CFR 1926.704 Subpart Q - Concrete and Masonry Construction  - Requirements for precast concrete
- OSHA 29 CFR 1926.705 Subpart Q - Concrete and Masonry Construction  - Requirements for lift-slab operations
- OSHA 29 CFR 1926.706 Subpart Q - Concrete and Masonry Construction  - Requirements for masonry construction

Skanska/Client Requirements

- None

**Procedure**

1. General Requirements

DocuSign Envelope ID: 29A1B65A-97FA-49F2-972D-A95D4EE3292E

1.1. Do not place construction loads on a concrete structure until it has been determined that it can support the load.
1.2. Do not permit employees, other than those essential to the work, behind the jack during post-tensioning operations. Erect signs and barriers to limit employee access.
1.3. Set up walkways for safe access/egress when feasible.
1.4. For any mixing, chipping, grinding or other dust-producing activities related to concrete or mortar, refer to the Silica and Respiratory Protection sections of this manual.
1.5. Any project specific requirements for this section are listed here.


2. Equipment and Tools
2.1. Concrete mixers with one cubic yard or larger loading skips shall be equipped with a mechanical device to clear the skip of materials and guardrails installed on each side of the skip.
2.2. Powered and rotating concrete troweling machines that are manually guided shall be equipped with a control switch (a.k.a. "dead man" switch) that will automatically shut off the power whenever the hands of the operator are removed from the equipment handles.
2.3. Slick line/distribution systems shall:
   - Be secured to prevent the release of stored energy.
   - Be cleared of any residual concrete upon completion of work or during extended periods of idle time.
   - Utilize thrust blocks during vertical operations or operations that include changes in direction based on engineering calculations.
2.4. Concrete buggy handles will not extend beyond the wheels on either side of the buggy.
2.5. Concrete pumping systems using discharge pipes will be provided with pipe supports designed for one hundred percent (100%) overload.
2.6. Route elevated concrete buckets so that employees are not exposed to hazards associated with falling concrete and/or buckets.
2.7. Do not permit employees to work under concrete buckets while buckets are being elevated or lowered.
2.8. Use taglines to control concrete tools (e.g., bucket, formwork, skip pans, etc.).
2.9. Use air horns, whistle or similar to signal when concrete tools (e.g., bucket, formwork, skip pans, etc.) are being hoisted overhead.
2.10. Concrete buckets equipped with hydraulic or pneumatic gates shall have positive safety latches to prevent premature or accidental dumping and ensure that the release is self-closing.
2.11. Concrete buckets shall be designed to prevent concrete from hanging up on top and the sides.

2.12. Equip buckets with a discharge device that an employee can operate without being exposed to the load.

2.13. Sections of tremies and similar concrete conveyances will be secured with wire rope (or equivalent materials) in addition to the regular couplings or connections.

2.14. Ensure that all concrete and masonry tools are inspected prior to use.

2.15. Bull float handles will be constructed of nonconductive material or insulated with a nonconductive sheath.

2.16. When using bull floats, inspect the area to ensure there is no energized equipment or power lines nearby that the handles could touch.

2.17. Finishers shall wear kneepads and impervious gloves when hand-finishing concrete.

2.18. Masonry saws shall be guarded with a semicircular enclosure over the blade. A method for retaining blade fragments will be incorporated in the design of the semicircular enclosure.

2.19. Do not permit employees to perform maintenance or repair on equipment unless all potentially hazardous energy sources have been locked out and tagged in accordance with Skanska's lockout/tagout policy.

2.20. Employees who operate vibrators, pump nozzles and concrete buckets shall wear appropriate eye and foot protection based on risk assessment. Long sleeve shirts are recommended to protect against concrete burns and dermatitis to bare skin.

2.21. Any project specific requirements for this section are listed here.


3. <u>Cast-In-Place Concrete</u>

3.1. Ensure drawings or plans, including all revisions for the jack layout, formwork (including shoring equipment), working decks and scaffolds are available at the jobsite

3.2. Inspect all shoring equipment (including equipment used in re-shoring operations) prior to erection, and once erected, immediately prior to, during and after concrete placement. If it is found damaged, reinforce immediately.

3.3. Establish controlled access zones  under concrete placement area with "Do Not Enter" signage

3.4. The sills for shoring shall be sound, rigid and capable of carrying the maximum intended load

3.5. All base plates, shore heads, extension devices and adjustment screws shall be in firm contact and secured when necessary with the foundation and the form.

3.6. Eccentric loads on shore heads and similar members shall be prohibited unless these members have been designed for such loading.

3.7. When single post shores are used on top of another (tiered):
- A qualified designer shall prepare the design of the shoring, and an engineer qualified in structural design shall inspect the erected shoring.

- The single post shores shall be vertically aligned, spliced to prevent misalignment and adequately braced in two mutually perpendicular directions at the splice level. Each tier shall also be diagonally braced in the same two directions.

3.8. No adjustments of single post shores to raise formwork shall be made after the placement of concrete

3.9. Erect re-shoring, as the original forms and shores are removed, whenever the concrete is required to support loads in excess of its capacity.

3.10. Construct walkways along form walls in accordance with OSHA scaffold and fall protection standards.

3.11. Any project specific requirements for this section are listed here.

4. Vertical Slip Forms

4.1. Formwork shall be designed, fabricated, erected, supported, braced and maintained so that it will be capable of supporting, without failure, all vertical and lateral loads anticipated to be applied to the formwork.

4.2. The steel rods or pipes on which jacks climb, or by which the forms are lifted, shall be specifically designed for that purpose and adequately braced where not encased in concrete.

4.3. Design forms will be designed to prevent excessive distortion of the structure during the jacking operation.

4.4. All vertical slip forms shall be provided with scaffolds or work platforms where employees are required to work or pass.

4.5. Position jacks and vertical supports in such a manner that the loads do not exceed the rated capacity of the jacks.

4.6. The jacks or other lifting devices shall be provided with mechanical dogs or other automatic holding devices to support the slip forms whenever failure of the power supply or lifting mechanism occurs.

4.7. Maintain the form structure with all design tolerances specified for plumb during the jacking operation.

4.8. Do not exceed the predetermined safe rate of lift.

4.9. Any project specific requirements for this section are listed here.

5. Reinforcing Steel

5.1. Take measures to prevent unrolled wire mesh from recoiling.

5.2. Protect all vertical and horizontal rebar, form stakes, metal and/or plastic conduit and/or small pipe stub-ups with approved caps or other industry accepted and tested alternatives to protect against impalement and injury.

5.3. Ensure that reinforcing steel and forms for walls, piers, columns, stairs and similar vertical structures are adequately supported to prevent overturning and collapse, and are designed and installed under the supervision of a qualified person.

5.4. Any project specific requirements for this section are listed here.

6. <u>Removal of Formwork</u>
   6.1. Do not remove forms and shores (except those used for slabs on grade and slip forms) until it has been determined that the concrete has gained sufficient strength to support its weight and superimposed loads.
   6.2. Do not remove re-shoring until the concrete being supported has attained adequate strength to support its weight and all loads in place upon it.
   6.3. All projects are to follow the Red Bolt Policy for removal of vertical formwork. See Red Bolt Policy below.
   6.4. Any project specific requirements for this section are listed here.

7. <u>Precast Concrete Erection</u>
   7.1. Adequately support precast concrete wall units, structural framing and tilt-up wall panels to prevent overturning and to prevent collapse until permanent connections are completed.
   7.2. Use proper lifting devices, such as lifting lugs, for precast. Prepare a Lift Plan in conjunction with the Construction Work Plan (CWP).
      • Lifting inserts attached to tilt-up precast concrete members shall support at least two times the maximum intended load.
      • Lifting attached to precast concrete members, other than the tilt-up members, shall support at least four times the maximum intended load.
      • Lifting hardware shall support at least five times the maximum intended load.
   7.3. Do not permit employees under precast concrete members being lifted or tilted into position except those employees required for the erection of those members.
   7.4. Any project specific requirements for this section are listed here.

8. <u>Lift Slab</u>
   8.1. All lift slab operations shall be designed by a registered professional engineer with experience in this field.
   8.2. Any project specific requirements for this section are listed here.

9. <u>Masonry Construction</u>
   9.1. Establish a limited access zone whenever a masonry wall is being constructed.
   9.2. The limited access zone shall:
      • Be established prior to the start of construction of the wall.
      • Be equal to the height of the wall to be constructed plus four (4) feet and run the entire length of the wall.
      • Be established on the side of the wall that does not have a scaffold.
      • Be restricted to entry by employees actively engaged in constructing the wall.

- Remain in place until the wall is adequately supported.

9.3. Adequately brace all masonry walls over eight (8) feet in height to prevent overturning and to prevent collapse unless the wall is adequately supported so that it will not overturn or collapse. Keep the bracing in place until permanent supporting elements of the structure are in place.

9.4. Do not lean or stack material against the wall until fully supported.

9.5. Any project specific requirements for this section are listed here.

10. Red Bolt Policy

10.1.      All formwork shall be stripped in a controlled manner.

10.2.      Each project shall administer the "Red Bolt Policy:"

- A Competent Person will determine whether or not the Red Bolt Policy shall be administered based on the weight, size and/or configuration of the forms.
- The Construction Work Plan shall identify the Competent Person for each shift that the work will be performed.
- The Construction Work Plan shall include a description of the Red Bolt Policy tagging system.
- The Competent Person shall identify the pre-determined bolts, braces or engineered systems that can only be removed once a lifting device is properly rigged to the form.
- The pre-determined bolts, braces or engineered systems shall be identified with red bolt tags, red spray paint, etc.
- Only the Competent Person shall authorize the removal of the bolts, braces or engineered systems.

10.3.      The Daily Hazard Analysis shall be used by the stripping crew to describe their means and methods, including the stripping sequence and identification of red bolts, braces or engineered systems.

Sample tag:




<u>EHS Forms and Documents</u>

- None

**Applicable Training**

- None

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

## Confined Spaces



**Objective**

The purpose of this program is to protect workers from the hazards associated with permit-required and non-permit required confined spaces on our jobsites. Projects will take the necessary steps to correctly evaluate confined spaces in order to safely enter and perform our work. All workers taking part in an entry will be trained in accordance with the requirements of this program.

**Legal and Other Requirements**

Federal, State, Local Regulations

- OSHA 29 CFR 1910.146 Subpart J - General Environmental Controls  - Permit-required confined spaces
- OSHA 29 CFR 1926 Subpart AA - Confined Spaces in Construction  - Authority for 1926 Subpart AA
- OSHA 29 CFR 1926.21 Subpart C - General Safety and Health Provisions  - Safety training and education

Skanska/Client Requirements

- None

**Procedure**

1. General Requirements
    1.1. Evaluate the work environment using the Confined Space Evaluation Checklist to determine if it is a confined space. A confined space meets the following conditions:
        - Is large enough for an employee to enter fully and perform assigned work
        - Is not designed for continuous occupancy by the employee
        - Has a limited or restricted means of entry or exit
    1.2. The Confined Space Evaluation Checklist will also determine if the space is a permit-required confined space or a non-permit-required confined space. A permit-required confined space meets one or more of the following conditions:
        - Contains or has the potential to contain a hazardous atmosphere
        - Contains a material with the potential to engulf someone who enters the space

- Has an internal configuration that might cause an entrant to be trapped or asphyxiated by inwardly converging walls or by a floor that slopes downward and tapers to a smaller cross section
- Contains any other recognized serious safety or health hazards

1.3. If the space is deemed a permit-required confined space, the Confined Space Entry Permit must be completed before entry.

1.4. Follow all procedures identified for safe entry according to this program.

1.5. Any project specific requirements for this section are listed here.


2. Non-permit required confined space

   2.1. Pre-Entry

   2.1.1. Identify tasks to be performed in the space and their potential hazards.

   2.1.2. Secure the following equipment prior to entry:
   - Testing and monitoring equipment.
   - Ventilation equipment needed to maintain acceptable entry conditions.
   - Adequate lighting equipment.
   - Rescue and emergency equipment as needed.
   - Any other equipment necessary for safe entry into and rescue from space.

   2.1.3. Isolate the space and implement measures to prevent unauthorized entry.

   2.1.4. Complete the air-monitoring log on the Confined Space Entry Permit and maintain at the jobsite for inspection. Properly calibrate air-monitoring equipment and maintain records of calibration.
   - Test the space for atmospheric hazards in this order: oxygen content, combustible gases, vapors, dusts, and toxic gases.
   - If necessary, purge, flush or ventilate the space to eliminate or control atmospheric hazard for at least thirty (30) minutes prior to retesting air quality.

   2.1.5. Implement Lockout/tagout as necessary.

   2.1.6. If necessary, select rescue and retrieval methods and/or notify proper emergency services that may be required to respond.

   2.2. Entry

   2.2.1. Only confined space trained personnel shall enter non-permit required confined spaces.

   2.2.2. Follow all entry procedures including, but not limited to:
   - Verification of acceptable entry conditions
   - Continuous air monitoring and documentation of readings every 15 minutes
   - Implementation of forced air ventilation if necessary
   - Proper use of equipment required
   - Any other procedures deemed necessary for safe operations

   2.2.3. Evacuate the space if a prohibited condition is detected inside or outside the space, entrant exhibits signs of hazard exposure or evacuation orders are given.

DocuSign Envelope ID: 2941B65A-97FA-4953-972D-A95D4EE8292E

3. Permit-required confined space
   3.1. Pre-Entry
      3.1.1.   Identify tasks to be performed in the space and their potential hazards.
      3.1.2.   Secure the following equipment prior to entry:
- Testing and monitoring equipment
- Ventilation equipment needed to maintain acceptable entry conditions
- Any necessary communications equipment
- Personal protective equipment when feasible engineering and work practice controls do not adequately protect employees
- Adequate lighting equipment
- Non-sparking hand tools
- Barriers and shields as required
- Rescue and emergency equipment needed
- Any other equipment necessary for safe entry into and rescue
- In an explosive environment, use explosion-proof mechanical equipment and lighting (Class one (1) Div one (1))

      3.1.3.   Isolate the space and implement measures to prevent unauthorized entry.
      3.1.4.   Complete the air-monitoring log on the Confined Space Entry Permit and maintain at the jobsite for inspection. Properly calibrate air monitoring equipment and maintain records of calibration.
- Test the space for atmospheric hazards in this order: oxygen content, combustible gases, vapors, dusts and toxic gases.
- Purge, flush or ventilate the space to eliminate or control atmospheric hazard for at least thirty (30) minutes prior to retesting air quality.
- No employee will be allowed to enter an oxygen-deficient or potentially toxic/explosive confined space until project management approves the Construction Work Plan.

      3.1.5.   Implement Lockout/tagout as necessary.
      3.1.6.   Identify appropriate controls if hot work is to be performed in the space.
      3.1.7.   Select rescue and retrieval methods and/or notify proper emergency services that may be required to respond. In addition:
- Evaluate a prospective rescuer's ability to respond to a rescue summons in a timely manner.
- To facilitate non-entry rescue, use retrieval systems or methods whenever an authorized entrant enters a confined space. Retrieval equipment is not required when its use would increase the overall risk of entry or would not contribute to rescue such as with confined spaces with side openings. Side openings in a confined space are those within three and a half (3½) feet off the bottom. Retrieval systems must meet the following requirements:
  - Each authorized entrant must use a chest or full body harness with the retrieval line attached at the center of the entrant's back near

shoulder level, or above the entrant's head. Wristlets may be used in lieu of the chest or full body harness if the use of a full body harness is infeasible or creates a greater hazard. The wristlets must be the safest and most effective alternative in this case.

o   The other end of the retrieval line must be attached to a mechanical device or fixed point outside the permit space in such a manner that rescue can begin as soon as the rescuer becomes aware that rescue is necessary. A mechanical device must be available to retrieve personnel from vertical-type permit spaces more than five (5) feet deep.

3.1.8.   Select a communication method based on configuration of space and work task.

3.1.9.   Before entry is authorized, the entry supervisor must complete and sign the entry permit. The permit must be posted for attendants and entrants to review. The duration of the permit may not exceed the time required to complete the work, or eight hours.

3.1.10. During pre-entry, the entry supervisor must:

- Evaluate the confined space to determine known and potential hazards.
- Identify acceptable entry conditions.
- Verify appropriate equipment (retrieval, personal protective equipment, air monitors, etc.) based on hazards in the confined space.
- Verify that rescue services are available and the means for summoning them are operable.
- Assign qualified and trained individuals as authorized entrants and attendants.
- Keep all Safety Data Sheets (SDS) for hazardous chemicals involved with entry available for emergency personnel if an employee is overexposed to a substance.
- Provide pedestrian, vehicle or other barriers as necessary to protect entrants from external hazards.
- Provide adequate lighting equipment.
- Provide equipment needed for safe access.
- Before signing the permit allowing entry to begin, verify the following:
  - o   The permit has been completed.
  - o   All tests specified by the permit have been conducted.
  - o   All procedures and equipment specified by the permit are in place.
- For confined space work extending beyond eight (8) hours, determine when responsibility for a confined space entry operation is transferred, at intervals dictated by the hazards and operations performed within the space, to maintain safe confined space operations.

3.1.11. During pre-entry the attendant must:

- Verify acceptable entry conditions.
- Monitor air continuously.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

- Implement forced air ventilation if necessary.
- Communicate with entrants.
- Ensure rescue controls are in place.
- Comply with any other procedures deemed necessary for safe operations.

3.1.12. Only authorized personnel shall enter confined spaces. Authorized entrants must review posted permit and verify the following before entry:

- Acceptable entry conditions
- Continuous air monitoring
- Implementation of forced air ventilation if necessary
- Proper use of equipment required
- Communication with attendant and other entrants
- Any other procedures deemed necessary for safe operations

## 3.2. Entry

3.2.1. During entry, the entry supervisor must:

- Remove unauthorized persons who enter or who attempt to enter the confined space during entry operations.
- Terminate the entry and cancel the permit when a prohibited condition is detected, or a condition that is not allowed under the entry permit criteria arises inside or near the confined space.
- Verify that operations covered by the entry permit have been completed.

3.2.2. During entry, the attendant must:

- Remain outside the confined space during entry operations until relieved by another approved attendant.
- Continuously maintain an accurate count of authorized entrants in the confined space and note time of entry and exit.
- Test or monitor the space continuously to determine if acceptable entry conditions are being maintained. Document readings every fifteen (15) minutes on the air monitoring log.
- Monitor activities inside and outside the space to determine if it is safe for entrants to remain in the space.
- Ensure continuous communication between themselves and the entrants in order to monitor their status.
- If unauthorized persons approach or enter a confined space while entry is in progress, take the following actions:
  - Warn the unauthorized person(s) that they must stay away from the confined space.
  - Advise the unauthorized persons that they must exit immediately if they have entered the confined space.
  - Inform the authorized entrants and the entry supervisor if an unauthorized person(s) has entered the confined space.

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

- Order evacuation if any of the following conditions occur:
  - A prohibited condition is detected.
  - The behavioral effects of hazard exposure are detected in an authorized entrant.
  - A situation outside the space could endanger the authorized entrants.
  - He/she cannot effectively and safely perform all the required duties of an attendant.
  - Summon rescue and other emergency services as soon as it is determined that authorized entrants may need assistance to escape from space hazards.
  - Perform non-entry rescues with retrieval equipment.

3.2.3.   During entry, entrants must:
  - Alert attendant when:
    - Any warning sign or symptom of exposure to a hazard is recognized.
    - A prohibited condition is detected.
  - Evacuate the permit space immediately when:
    - An order to evacuate is given by the attendant or the entry supervisor.
    - Any warning sign or symptom of exposure to a hazard is recognized.
    - A prohibited condition is recognized.
    - An evacuation alarm is sounded.

3.3. Post-Entry

3.3.1.   The entry supervisor must cancel the permit and file it with the safety department for one year to facilitate a review of the confined space program. Document any problems during entry operations, in order to make continuous improvements to the confined space program.

3.3.2.   Remove all entrants and equipment from space.

3.3.3.   Replace the cover, hatch, door, etc., in space to prevent unauthorized entry.

EHS Forms and Documents

- Confined Space Entry Permit  - Confined Space Entry Permit
- Confined Space Evaluation Checklist  - Confined Space Evaluation Checklist

**Applicable Training**

- Emergency response
- Confined space entrant, attendant, supervisor, and rescuer training

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

- Atmospheric testing
- Lockout/tagout

Training Links

- Confined Space Entry--Permit-Required [Competent Person]  - Confined Space Entry--Permit-Required [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Cranes and Crane Rigging



## 1.   General Policy                                                     98

1.3.   Applicable Regulations and Other Requirements                      98

1.4.   Definitions                                                         98

1.5.   General Policy:  Regional / Project-Specific Requirements          107

## 2.   Site Prep                                                        107

2.1.   Required Documentation                                            107

2.2.   Owner Notification Requirements                                   107

2.3.   Geotechnical and Crane Location Plan (CLP) Requirements           108

2.4.   Monthly Project Crane Meeting                                     108

2.5.   Site Prep:  Regional / Project-Specific Requirements              108

## 3.   Operations                                                       108

3.1.   Authority to Stop Operation / Emergency Stop                      108

3.2.   Notifications                                                     109

3.3.   Safety Devices                                                    109

3.4.   Assembly / Disassembly (A/D)                                      109

3.5.   Assembly / Disassembly Crew Responsibilities                      109

3.6.   Cell Phones or Other Devices                                      113

3.7.   Grounding                                                         114

3.8.   Leaving the Equipment Unattended                                  114

3.9.   Keeping Clear of the Load                                         115

3.10.    Receiving a Load                                          115

3.11.    Free Fall and Controlled Load Lowering                    116

3.12.    Compliance with Rated Capacity                            117

3.13.    Load Weight                                               118

3.14.    Use of Load Chart                                         118

3.15.    Work Area Control                                         119

3.16.    Pre‑Operational / Pre-Lift Meeting                        120

3.17.    Lift and Carry                                            120

3.18.    Operator Requirements and Responsibilities                121

3.19.    Fall Protection                                           121

3.20.    Operations:  Regional / Project-Specific Requirements     121

**4.   Lift Planning                                               121**

4.1.    Lift Classification                                        121

4.2.    Planned Personnel Lifts                                    122

4.3.    Critical Lift                                              137

4.4.    Major Lift                                                 138

4.5.    Standard Lift                                              138

4.6.    Repetitive / Similar Lifts                                 138

4.7.    Multiple Crane Lifts                                       139

4.8.    Lift Planning:  Regional / Project-Specific Requirements   139

**5.   Maintenance and Inspection                                  139**

5.1.    Inspection and Oversight Requirements                      140

5.2.    On‑Hire / Off‑Hire Inspections                             140

5.3.    Inspection Requirements                                    140

5.4.    Tagout                                                     145

DocuSign Envelope ID: 2941B65A-97EA-4953-972D-A95D4EE3292E

| | | |
|---|---|---|
| 5.5. | Wire Rope Inspection | 145 |
| 5.6. | Maintenance and Inspection:  Regional / Project-Specific Requirements | 153 |
| **6.** | **Electrical** | **153** |
| 6.1. | Power Line Safety – Assembly and Disassembly | 154 |
| 6.2. | Power Line Safety ‐ Equipment Operations | 157 |
| 6.3. | Electrical:  Regional / Project-Specific Requirements | 168 |
| **7.** | **Weather** | **168** |
| 7.1. | Wind | 169 |
| 7.2. | Lightning | 169 |
| 7.3. | Winter Months | 169 |
| 7.4. | Weather:  Regional / Project-Specific Requirements | 169 |
| **8.** | **Training Requirements** | **169** |
| 8.1. | Signal Training ‐ General Requirements | 169 |
| 8.2. | Electrical Training | 175 |
| 8.3. | Dedicated Spotter | 175 |
| 8.4. | Rigging Training | 176 |
| 8.5. | Applicable Links | 176 |
| 8.6. | Training:  Regional / Project-Specific Requirements | 176 |
| **9.** | **Unconventional Cranes** | **176** |
| 9.1. | Tower Cranes | 177 |
| 9.2. | Derricks | 185 |
| 9.3. | Floating Cranes, Derricks and Land Cranes, Derricks on Barges | 193 |
| **TABLE M2 – Equipment freeboard stability requirements** | | **199** |
| 9.4. | Overhead & Gantry Cranes | 203 |

9.5.    Unconventional Cranes:  Regional / Project-Specific Requirements        204

**10.    Program Management                                                   204**

10.1.    Crane Management System                                               204

10.2.    Program:  Regional / Project-Specific Requirement, Approvals and Storage    205

10.3.    Document Storage                                                      205

10.4.    Program Evaluation and Improvement                                    205

DocuSign Envelope ID: 2941B65A-97EA-40F3-972D-AB5D4EE3292E

# 1. General Policy

The following standards, definitions and procedures support the acquisition, erection, operation and maintenance of all cranes under Skanska USA Building, Inc. control on Skanska projects. This document is designed to be included as part of the EHS Manual. It includes basic requirements for the operation of cranes in all regions. Project and regional-specific requirements can be added at the end of each major section.

## 1.1.    Objective

This document is intended to standardize the efforts and actions required by project teams to safely and properly plan and manage the crane operations on each site. Therefore, this document, together with applicable project or agency specifications and OSHA regulations, will guide all project teams on the safe operation of and the administrative requirements for cranes.

On joint-venture projects where Skanska is not the lead managing partner, the lead managing partner's crane policy will take precedence; however, when not the lead managing partner, Skanska employees will make every effort to comply with Skanska's practices.

## 1.2.    Scope of Applicable Equipment

The requirements of this standard apply to equipment designed to hoist, lower and horizontally move a suspended load which includes mobile cranes, truck cranes, rough terrain cranes, crawler cranes, pile drivers, tower cranes and gantry cranes, but is not intended to provide guidelines for mobile equipment for which the hoisting of loads is a secondary purpose (e.g., an excavator equipped with a hook on the bucket).

## 1.3.    Applicable Regulations and Other Requirements

Federal, State, Local Regulations

- None

Skanska / Client Requirements

- None

## 1.4.    Definitions

**A/D director (Assembly / disassembly director)**: Individual who meets this policy's requirements for an A/D director, irrespective of the person's formal job title or whether the person is non-management or management personnel

**Anti-collision system**: An electronic device used to help the operator avoid swing collisions with other cranes and set swing boundaries and zones for safe operation

**Articulating crane**: A crane whose boom consists of a series of folding, pin-connected structural members, typically manipulated to extend or retract using power from hydraulic cylinders

**Assembly / disassembly**: The assembly and/or disassembly of equipment covered under this policy. With regard to tower cranes, ''erecting and climbing'' replaces the term ''assembly'' and ''dismantling'' replaces the term ''disassembly''. Regardless of whether the crane is initially erected to its full height or is climbed in stages, the process of increasing the height of the crane is an erection process.

**Assist crane**: A crane used to assist in assembling or disassembling a crane

**Attachments**: Any device(s) that expand(s) the range of tasks that can be done by the equipment. Examples include, but are not limited to, augers, drills, magnets, pile-drivers and boom-attached personnel platforms.

**Audible signal**: A signal made by a distinct sound or series of sounds. Examples include, but are not limited to, sounds made by bells, horns or whistles.

**Blocking (also referred to as ''cribbing'')**: Wood or other material used to support equipment or a component and distribute loads to the ground. It is typically used to support lattice boom sections during assembly / disassembly and under outrigger and stabilizer floats.

**Boatswain's chair**: A single-point, adjustable suspension scaffold consisting of a seat or sling (which may be incorporated into a full body harness) designed to support one employee in a sitting position

**Boom (equipment other than tower crane)**: An inclined spar, strut or other long structural member that supports the upper hoisting tackle on a crane or derrick. Typically, the length and vertical angle of the boom can be varied to achieve increased height, or height and reach, when lifting loads. Booms can usually be grouped into general categories of hydraulically extendible, cantilevered type, latticed section, cable-supported type or articulating type.

**Boom (tower cranes)**: On tower cranes, if the ''boom'' (i.e., principal horizontal structure) is fixed, it is referred to as a jib; if it is moveable up and down, it is referred to as a boom

**Boom angle indicator**: Device that measures the angle of the boom relative to horizontal

**Boom hoist limiting device**: Includes boom hoist disengaging device, boom hoist shut-off, boom hoist disconnect, boom hoist hydraulic relief, boom hoist kick-outs, automatic boom stop device or derricking limiter. This type of device disengages boom hoist power when the boom reaches a predetermined operating angle. It also sets brakes or closes valves to prevent the boom from lowering after power is disengaged.

**Boom length indicator**: Indicates the length of the permanent part of the boom (such as ruled markings on the boom) or, as in some computerized systems, the length of the boom with extensions / attachments

**Boom stop**: Includes boom stops (belly straps with struts / standoff), telescoping boom stops, attachment boom stops and backstops. These devices restrict the boom from moving above a certain maximum angle and toppling over backward.

**Boom suspension system**: System of pendants, running ropes, sheaves and other hardware that supports the boom tip and controls the boom angle

**Center of gravity**: Point in an object around which its weight is evenly distributed. If you could put a support under that point, you could balance the object on the support.

**Certified welder**: Welder who meets nationally recognized certification requirements applicable to the task being performed

**Climbing**: Process in which a tower crane is raised to a new working height either by adding tower sections to the top of the crane (top climbing) or by a system in which the entire crane is raised inside the structure (inside climbing)

**Come-a-long**: A mechanical device typically consisting of a chain or cable attached at each end that is used to facilitate movement of materials through leverage

**Competent person**: One who is capable of identifying existing and predictable hazards in the surroundings or working conditions that are unsanitary, hazardous or dangerous to employees and who has authorization to take prompt corrective measures to eliminate them. Training records are maintained and available.

**Controlled load lowering**: Lowering a hoisted load with maximum control using the gear train or hydraulic components of a hoist mechanism. Controlled load lowering requires the use of the hoist drive motor, rather than the load hoist brake, to lower the load.

**Counterweight**: A weight used to supplement the weight of equipment in providing stability for lifting loads by counterbalancing those loads

**Crane location plan (CLP)**: A drawing specific to a jobsite that identifies known hazards for underground and overhead crane operations. It specifies an individual area's ability to support the ground pressure produced by operating a crane. The drawing provides a visual representation of where specific cranes are approved to operate and are not approved to operate. The drawing is adjusted routinely to account for changes in site conditions and other factors that affect the safe operation of a crane on the site. The CLP must be approved by a qualified person.

If Skanska is the controlling entity on a jobsite, Skanska must also make the location of underground hazards in the set-up area (e.g., voids, tanks, utilities) available to the user and the operator of all cranes on the jobsite. If hazards are identified in documents (e.g., site drawings, as-built drawings and soil analyses) that are in the possession of Skanska (whether at the site or offsite) or are hazards that are otherwise known to Skanska.
Note: this does not relieve each respective user and operator of cranes on the jobsite (e.g., subcontractors) from their responsibility to meet the requirements as stated above.

**Crawler crane**: Equipment with base mounting that incorporates a continuous belt of sprocket-driven track

**Crossover points**: Locations on a wire rope spooled on a drum where one layer of rope climbs up on and crosses over the previous layer. This takes place at each flange of the drum as the rope is spooled onto the drum, reaches the flange and begins to wrap back in the opposite direction.

**Dedicated channel**: Line of communication assigned by the employer who controls the communication system to only one signal person and crane / derrick or to a coordinated group of cranes / derricks / signal person(s)

**Dedicated pile-driver**: A machine designed to function exclusively as a pile-driver. These machines typically have the ability to both hoist and pile-drive the material.

**Dedicated spotter (power lines)**: To be considered a dedicated spotter, the requirements of a signal person must be met. The dedicated spotter's sole responsibility is to watch the separation between the power line and the equipment, load line and load, including rigging and lifting accessories. They also ensure, through communication with the operator, that the applicable minimum approach distance is not breached

**Directly under the load**: When a part or all of an employee is directly beneath the load

**Dismantling**: Includes partial dismantling (i.e., dismantling to shorten a boom or substitute a different component)

**Drum rotation indicator**: A device on a crane or hoist that indicates in which direction and at what relative speed a particular hoist drum is turning.

**Electrical contact**: Occurs when a person, object or equipment makes contact or comes in close proximity with an energized conductor or equipment that allows the passage of current

**Encroachment**: Where any part of the crane, load line or load (including rigging and lifting accessories) breaches the minimum clearance distance required to be maintained from a power line

**Floating cranes / derricks**: Equipment designed by the manufacturer (or employer) for marine use by and is permanently attachment to a barge, pontoons, vessel or other means of flotation

**Free fall (of the load line)**: When only the brake is used to regulate the descent of the load line (i.e., the drive mechanism is not used to drive the load down faster or retard its lowering)

**Free surface effect**: The uncontrolled transverse movement of liquids in compartments which reduces a vessel's transverse stability

**Hoist**: A mechanical device for lifting and lowering loads by winding a line onto or off a drum

**Hoisting**: The act of raising, lowering or otherwise moving a load in the air with equipment. As used in this policy, ''hoisting'' can be done by means other than wire rope / hoist drum equipment.

**Insulating link / device**: An insulating device listed, labeled or accepted by a nationally recognized testing laboratory

**Jib (tower cranes)**: On tower cranes, if the ''boom'' (i.e., principal horizontal structure) is fixed, it is referred to as a jib; if it is moveable up and down, it is referred to as a boom

**Jib stop (also jib backstop)**: The same type of device as a boom stop but for a fixed or luffing jib

**Lift director**: Directly oversees the work being performed by a crane and the associated rigging crew. The lift director is someone appointed on the jobsite and can be in the capacity of a project manager, project superintendent, foreman or project crane coordinator (PCC).

**Lift plan**: A construction plan that outlines the step-by-step aspects of a particular lift in detail. It includes a rigging plan and a signal plan.

DocuSign Envelope ID: 2941B65A-97FA-40F2-972D-A95D4EE3292E

**List**: The angle of inclination about the longitudinal axis of a barge, pontoon, vessel or other means of floatation

**Load**: Object(s) being hoisted and/or the weight of the object(s); both uses refer to the object(s) and the load-attaching equipment (e.g., the load block, ropes, slings, shackles and any other ancillary attachment)

**Load moment (or rated capacity) limiter**: A system that aids the equipment operator by sensing (directly or indirectly) the overturning moment on the equipment (i.e., load multiplied by radius). It compares this lifting condition to the equipment's rated capacity and when the rated capacity is reached, shuts off power to those equipment functions that can increase the severity of loading on the equipment (e.g., hoisting, telescoping out or luffing out). Typically, those functions that decrease the severity of loading on the equipment remain operational (e.g., lowering, telescoping in or luffing in).

**Locomotive crane**: A crane mounted on a base or car equipped for travel on a railroad track

**Luffing jib limiting device**: Similar to a boom hoist limiting device except that it limits the movement of the luffing jib

**Marine hoisted personnel transfer device**: A device, such as a ''transfer net'', that is designed to protect the employees being hoisted during a marine transfer and to facilitate rapid entry into and exit from the device. Such devices do not include boatswain's chairs when hoisted by equipment covered in this document.

**Marine worksite**: A construction worksite located in, on or above the water

**Mobile crane**: A lifting device incorporating a cable-suspended latticed boom or hydraulic telescopic boom designed to be moved between operating locations by transport over the road

**Multi-purpose machine**: A machine designed to be configured in various ways, at least one of which allows it to hoist (by means of a winch or hook) and horizontally move a suspended load. For example, a machine that can rotate and can be configured with removable forks / tongs (for use as a forklift).

**Nonconductive**: An object that, because of the nature and condition of the materials used and the conditions of use (including environmental conditions and condition of the material), has the property of not becoming energized (i.e., it has high dielectric properties offering a high resistance to the passage of current under the conditions of use)

**Operational controls**: Levers, switches, pedals and other devices for controlling equipment

**Operator**: A person who is operating the equipment or a winch pack, jib (with a hook at the end) or jib used in conjunction with a winch Operators shall be certified by an accredited agency (such as NCCCO or CIC),

**Operational aids**: are devices that assist the operator in the safe operation of the crane by providing information or automatically taking control of a crane function

**Overhead and Gantry cranes**: includes overhead / bridge cranes, semi-gantry, cantilever gantry,  wall cranes, storage bridge cranes, launching gantry cranes and similar equipment irrespective of whether it travels on tracks, wheels or other means

**Pendants**: Includes both wire and bar types. Wire type: A fixed length of wire rope with mechanical fittings at both ends for pinning segments of wire rope together. Bar type: Instead of wire rope, a bar is used. Pendants are typically used in a latticed boom crane system to easily change the length of the boom suspension system without completely changing the rope on the drum when the boom length is increased or decreased.

**Portal crane**: A type of crane consisting of a rotating upper structure, hoist machinery and boom  mounted on top of a structural gantry which may be fixed in one location or have travel capability.  The gantry legs or columns usually have portal openings in between to allow passage of traffic  beneath the gantry.

**Project crane coordinator (PCC)**: The PCC is typically not a full-time position, but rather a multipurpose member of the project staff tasked with crane management for the jobsite. Some of the PCC's duties include verification of completion of daily periodic inspections, verification of operator's licensing and qualification, and completion of routine tasks maintaining the project's compliance with this document.

**Proximity alarm**: Device that provides a warning of proximity to a power line

**Qualified evaluator (not a certified third party)**: Person employed by the signal person's employer who has demonstrated that he/she is competent in accurately assessing whether individuals  meet the qualification requirements in this policy for a signal person, rigger and inspector.

**Qualified evaluator (certified third party)**: An entity that due to its independence and expertise, has demonstrated that it is competent in accurately assessing whether individuals meet the qualification requirements in this policy for a signal person, rigger and inspector.

**Qualified Inspector:** Skanska or crane rental / Owner company employee who is designated as a manufacture authorized inspector **Qualified person**: Person who, by possession of a recognized degree, certificate or professional standing, or who by extensive

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-AB5D4EE3292E

knowledge, training and experience, successfully demonstrates the ability to solve / resolve problems relating to the subject matter, the work or the project.

**Qualified rigger**: Rigger who meets the criteria for a qualified person. Note: Qualified rigger shall be certified by an accredited agency (such as NCCCO or CIC)

**Range control limit device**: Device that can be set by an equipment operator to limit movement of the boom or jib tip to a plane or multiple planes

**Range control warning device**: Device that can be set by an equipment operator to warn that the boom or jib tip is at a plane or multiple planes

**Rated capacity**: The maximum working load permitted by the manufacturer under specified working conditions. Such working conditions typically include a specific combination of factors such as equipment configuration, radii, boom length and other parameters of use.

**Rated capacity indicator**: An indicator that tells the operator what percent of capacity they are at. Refer to indicator on the crane.

**Rated capacity limiter**: See load moment limiter

**Regional crane coordinator (RCC)**: The regional crane coordinator may be a full-time position with duties that include oversight and planning of all monthly and annual crane inspections and the overall regional compliance with this document. The RCC shall track the location and status of all cranes and their inspections. Each region will have an RCC.

**Repetitive lift-up points**: When operating on a short cycle operation, the rope used on a single layer and spooled repetitively over a short portion of the drum

**Rigging plan**: Portion of the lift plan related to the method and materials used to rig a load. It specifically details all rigging to be used in the lift.

**Running wire rope**: A wire rope that moves over sheaves or drums

**Runway**: A firm, level surface designed, prepared and designated as a path of travel for the weight and configuration of the crane being used to lift and travel with the crane-suspended load. An existing surface may be used as long as it meets these criteria.

**Side boom crane**: Track-type or wheel-type tractor with a boom mounted on the side used for lifting, lowering or transporting a load suspended on the load hook. The boom or hook can be lifted or lowered in a vertical direction only.

**Signal person**: The individual who gives signals to the crane operator. Must be trained per 29 CFR 1926.1428(c) and designated. Qualified signalperson: One who meets the OSHA definition to signal a crane / derrick. Note: Signalperson, shall be certified by an accredited agency, such as NCCCO or CIC.

**Signal plan**: The portion of the lift plan related to signaling throughout the duration of the lift; outlines all signal-related details for the lift

**Special hazard warnings**: Warnings of site-specific hazards (e.g., proximity of power lines)

**Tagline**: A rope (usually fiber) attached to a lifted load for purposes of controlling load spinning and pendular motions or used to stabilize a bucket or magnet during material handling operations

**Tender**: Individual responsible for monitoring and communicating with a diver

**Third-party inspector**: Certified crane inspector (or qualified inspector approved by the RCC) contracted for a specific purpose, such as the oversight of the erection of a tower crane, monthly and annual inspections on rubber tire, crawler, or barge cranes and Non-Destructive Testing.

**Tilt up or tilt down operation / tripping**: Raising / lowering a load from the horizontal to vertical or vertical to horizontal position while using one or more lines or using more than one piece of equipment (e.g., cranes, excavators, loaders, dozers)

**Tower crane**: Type of lifting structure that uses a vertical mast or tower to support a working boom (jib) in an elevated position. Loads are suspended from the working boom.

**Travel bogie (tower cranes)**: An assembly of two or more axles arranged to permit vertical wheel displacement and equalize the loading on the wheels

**Trim**: Angle of inclination about the transverse axis of a barge, pontoon, vessel or other means of floatation

**Two blocking**: A condition in which a component that is uppermost on the hoist line, such as the load block, hook block, overhaul ball or similar component, comes in contact with the boom tip, fixed upper block or similar component. This binds the system and continued application of power can cause failure of the hoist rope or other component.

**Upper works**: The revolving frame of equipment on which the operating machinery (and in many cases the engine) is mounted, along with the operator's cab. The counterweight is typically supported on the rear of the upper structure and the boom or other front end attachment is mounted on the front.

**Wire rope**: A flexible rope constructed by laying steel wires into various patterns of multi-wired strands around a core system to produce a helically wound rope

### 1.5.    General Policy:  Regional / Project-Specific Requirements

**State**
- None

**Regional / Project**
- None

## 2.  Site Prep

### 2.1.    Required Documentation

It is the responsibility of the PCC to ensure the following documentation is available in the crane of the cab for review prior to crane operations.  Crane inspection documentation shall also be available at the Skanska project office.

2.1.1.   Current Annual Inspection

2.1.2.   Current Monthly Inspection

2.1.3.   Manufacturer's Load Chart

2.1.4.   Manufacturer's Operating Manual

### 2.2.    Owner Notification Requirements

It is the responsibility of the project team to comply with client specific requirements regarding crane operations.

**2.3.** **Geotechnical and Crane Location Plan (CLP) Requirements**

2.3.1.  Prior to commencing crane operations, the project team shall develop a Crane Location Plan (CLP).  The CLP will provide the following:

2.3.2.  Documentation from an Engineer confirming the geotechnical properties are capable of supporting the crane(s) at all crane working locations

    2.3.2.1.    All cranes greater than 250 ton will be placed on crane mats unless the requirement of 2.3.2 is met.

2.3.3.  The location(s) that the crane will be assembled and disassembled

2.3.4.  The location(s) that the crane will be operating

2.3.5.  Identification of potential underground concerns (e.g. utilities, tanks, voids)

2.3.6.  The CLP will be reviewed each month during the Monthly Crane and Rigging Meeting.  If a crane is required to perform operations outside of the designated area defined on the CLP or if a change in ground conditions occurs that could impact the crane's stability, the CLP must be updated to reflect new work location(s) or changed ground conditions.  The PCC is responsible for ensuring the geotechnical properties are capable of supporting the crane in the new work area or the area in which the ground conditions have changed.

2.3.7.  When a crane is moved, a spotter shall be utilized to assist the crane operator with visibility as well as to ensure all personnel and possible obstructions are clear of the crane's path.  Prior to crane relocation, the crane's route will be reviewed by the operator and the spotter.

**2.4.** **Monthly Project Crane Meeting**

Each month, the project team will conduct a documented Monthly Crane and Rigging Meeting utilizing the Project Crane and Rigging Meeting Agenda form.

**2.5.** **Site Prep:  Regional / Project-Specific Requirements**

- None

# 3. Operations

## 3.1. Authority to Stop Operation / Emergency Stop

All employees have the authority to stop a crane operation when there is a concern for safety.  All employees have the right to give an emergency stop signal.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

## 3.2.    Notifications

When there is a need for a Skanska owned or rented crane, the project team shall provide the RCC with a procurement notice 2 weeks prior to intended use date.

## 3.3.    Safety Devices

All cranes shall have functioning safety devices.  If a safety device is not working properly, the device and the crane shall be taken out of service.  The required safety devices are listed on the applicable crane inspection form.

## 3.4.    Assembly / Disassembly (A/D)

Skanska and/or Manufacture's Procedures

3.4.1.  A/D operations must be directed by a professional who meets the criteria for both a competent person and qualified person.  Or by a competent person that is assisted by one or more qualified persons.

3.4.2.  A/D operations are considered a critical pick.

3.4.3.  An A/D director who understands the applicable A/D procedures will be identified in the CWP and will be on site at all times during A/D operations.

3.4.4.  Prior to A/D, the A/D director shall review the applicable A/D procedures and ensure compliance with applicable procedures throughout the A/D process.

3.4.5.  Synthetic slings may only be used for A/D rigging when specifically approved or directed by the manufacturer

3.4.6.  A/D procedures shall prevent the unintended movement and collapse of any part of the crane by providing adequate support and stability

3.4.7.  A/D procedures shall not position employees in an area where a crushing hazard exists from unintended movement or collapse.

3.4.8.  The RCC should review the assembly / disassembly procedures with the A/D Director to ensure correct manufacture's procedures are on-site and being followed, particular the use of a stowed jib.

## 3.5.    Assembly / Disassembly Crew Responsibilities

Prior to commencing A/D operations, a detailed CWP shall be developed and reviewed with the crew performing the A/D activities.   The CWP shall be used to develop the lift plans associated with A/D.  Changes to the construction activities or in the event of unforeseen conditions, the CWP shall be updated and the crew will be instructed on the new CWP.

### 3.5.1. Protecting Assembly / Disassembly Crew Members out of Operator View

Prior to an employee positioning themselves in an area that is out of the view of the crane operator where a crushing hazard exists from the potential movement of the crane, the exposed worker shall inform the operator of their intended work location. The operator shall not move the crane until informed by the exposed employee the crushing hazard no longer exists.

### 3.5.2. Working under the Boom, Jib or Other Components

When pins (or similar devices) are being removed, employees shall not be under crane components that could result in a crushing injury.

Exception: If the A/D director demonstrates that site constraints require one or more employees to be under the boom, jib or other components when pins (or similar devices) are being removed. The A/D director must implement procedures that minimize the risk of unintended dangerous movement and minimize the duration and extent of exposure under the hazard. At a minimum, the components must be adequately blocked and, when possible, supported by an assist crane.

### 3.5.3. Capacity Limits

During all phases of A/D, rated capacity limits for loads imposed on the equipment, equipment components, rigging, lifting lugs and equipment accessories must not be exceeded.

### 3.5.4. Blocking Material

When blocking is used to support lattice booms or components, the size, amount, condition and method of stacking the blocking must be sufficient to sustain the loads and maintain stability.

### 3.5.5. Proper Location of Blocking

When blocking is used to support lattice booms or components, blocking must be placed to protect the structural integrity of the equipment and to prevent movement and collapse.

### 3.5.6. Boom and Jib Lift Points

The point(s) of attachment of rigging to a boom (or boom sections or jib or jib sections) must be suitable for preventing structural damage and facilitating safe handling of these components.

DocuSign Envelope ID: 29A1B65A-97FA-49F3-972D-A95D4EE3292E

### 3.5.7.   Center of Gravity

The center of gravity of the load must be identified if it is integral to maintaining stability.  Where there is insufficient information to accurately identify the center of gravity, measures designed to  prevent unintended dangerous movement resulting from an inaccurate identification of the center of gravity must  be used.

### 3.5.8.   Stability upon Pin Removal

The boom sections, boom suspension systems (such as gantry A-frames and jib struts) and components must be  rigged or supported to maintain stability upon the removal of the pins.

### 3.5.9.   Snagging

Suspension ropes and pendants must not be allowed to catch on the boom or jib connection pins or cotter pins, including keepers and locking pins.

### 3.5.10. Struck by Counterweights

Rigging and blocking must be sufficient to minimize the potential for unintended movement from inadequately  supported counterweights and from hoisting counterweights.

### 3.5.11. Boom Hoist Brake Failure

Each time the boom hoist brake is being relied on to prevent boom movement during A/D; the brake must first be tested. If the brake proves insufficient, a boom hoist pawl, other locking device / back-up braking device or another method of preventing dangerous movement of the boom, such as blocking or an assist crane, and a boom  hoist brake failure must be used.

### 3.5.12. Loss of Backward Stability

Backward stability must be ensured before swinging the upper works, travel and when attaching or removing  equipment components.

### 3.5.13. Wind Speed and Weather

The manufacture's requirements regarding the effects of wind speed shall be identified and adhered to.

### 3.5.14. Cantilevered Boom Sections

Manufacturer limitations on the maximum amount of boom supported only by cantilevering must not be  exceeded. If the manufacturer's limitations are not available, a

registered professional engineer (RPE) familiar with the type of equipment involved must determine the limitation and provide it in writing. The limitation must not be exceeded.

### 3.5.15. Weight of Components

The weight of each of the components must be readily available.

### 3.5.16. Components and Configuration

The selection of components and configuration of the equipment that affect the capacity or safe operation of the equipment must be in accordance with manufacturer specifications. If specifications are unavailable, a RPE familiar with the type of equipment involved must approve, in writing, the selection and configuration of components. Upon completion of assembly, the equipment must be inspected by a qualified inspector.

### 3.5.17. Shipping Pins

Reusable shipping pins, straps, links and similar equipment must be removed. Once removed, they must either be stowed or otherwise stored so they do not present a falling object hazard.

### 3.5.18. Pile Driving

Equipment used for pile driving must not have a jib attached during pile driving operations.

### 3.5.19. Outriggers and Stabilizers

When the load to be handled and the operating radius require the use of outriggers or stabilizers or at any time when outriggers or stabilizers are used, all of the following requirements must be met (except as otherwise indicated):

>  3.5.19.1. The outriggers or stabilizers must be either fully extended or, if the manufacturer's procedures permit, deployed as specified in the load chart

>  3.5.19.2. The outriggers must be set to remove the equipment weight from the wheels, except for locomotive cranes. This provision does not apply to stabilizers.

>  3.5.19.3. When outrigger floats are used, they must be attached to the outriggers. When stabilizer floats are used, they must be attached to the stabilizers.

>  3.5.19.4. Each outrigger or stabilizer must be visible to the operator or to a signal person during extension and setting

### 3.5.20. Outrigger and Stabilizer Material

>  Outrigger and stabilizer blocking must:

3.5.20.1. Be placed only under the outrigger or stabilizer float / pad of the jack or, where the outrigger or stabilizer is designed without a jack, under the outer bearing surface of the extended outrigger or stabilizer beam

3.5.20.2. Be a minimum 4" solid oak or the equivalent and be sized such that individual pad blocking covers an area equal to three times the overall pad dimension. All blocking will be tightly spaced and in contact with the outrigger pad (cross blocking may be required) or be suitably engineered to carry anticipated loads with a given soil capacity. Equivalent blocking shall be engineered type meeting the same capacity as 4" solid oak, such as composite crane mats.

3.5.20.3. Follow manufacturer's procedures when using locomotive cranes. When lifting loads without using outriggers or stabilizers, the manufacturer's procedures must be met regarding truck wedges or screws.

### 3.5.21. Rigging

When rigging is used for A/D, the following shall be adhered to:

3.5.21.1. The rigging is done by a qualified rigger

3.5.21.2. Synthetic slings are protected from abrasive, sharp or acute edges, and configurations that could cause a reduction of the sling's rated capacity, such as distortion or localized compression. "Sling Saver" rigging attachments are recommended.

3.5.21.3. When synthetic slings are used, the synthetic sling manufacturer's instructions, limitations, specifications and recommendations are followed

### 3.5.22. Operation

Crane users will comply with all manufacturer procedures applicable to the operational functions of the crane, including its use with attachments. Before starting the engine, the operator will verify that all controls are in the proper starting position and that all personnel are in the clear. The operator must be familiar with the equipment and its proper operation. If adjustments or repairs are necessary, the operator will promptly inform the appropriate party. Where there are successive shifts, the next operator shall also be informed. Safety devices and operational aids will not be used as a substitute for the exercise of professional judgment by the operator.

### 3.6.    Cell Phones or Other Devices

Only where specifically permitted in writing as part of a CWP, cell phones / tablets / smart devices maybe used in connection with work operations where such usage is required to

DocuSign Envelope ID: 2941B65A-97FA-4953-972D-A95D4EE3292E

carry out the work but then only in strict accordance with the guidelines set forth for such usage in the CWP.

See Cell Phone / Tablets / Smart Device User Policy located in the EHS Manual.

## 3.7.  Grounding

3.7.1.  While working in close proximity (twenty feet or less) to sources of electrical discharge, cranes are to be operated in compliance with OSHA 1926.1501 (a) (15) (vii) to ensure work crew safety.

3.7.2.  Additionally, all sites must have materials necessary to properly ground cranes and loads as specified in OSHA 1926.1501 (a) (15) (vii) readily available.

3.7.3.  Grounding procedures must ensure the grounding electrode (rod) or grounding connection has a resistance to ground of 25 ohms or less.

## 3.8.  Leaving the Equipment Unattended

Leaving the controls while a load is suspended is prohibited.

### 3.9.    Keeping Clear of the Load

3.9.1.  Where available, hoisting routes that minimize the exposure of employees to hoisted loads must be used, to the extent consistent with public safety. While the operator is not moving a suspended load, no employee shall be within the fall zone, except for employees:

3.9.1.1.  Engaged in hooking, unhooking or guiding a load

3.9.1.2.  Engaged in the initial attachment of the load to a component or structure

3.9.1.3.  Operating a concrete hopper or concrete bucket

3.9.2.  When employees are engaged in hooking, unhooking, guiding the load or in the initial connection of a load to a component or structure and are within the fall zone, all of the following criteria shall be met:

3.9.2.1.  The materials being hoisted must be rigged to prevent unintentional displacement

3.9.2.2.  Hooks with self- closing latches or their equivalent must be used

### 3.10.    Receiving a Load

3.10.1. Only those employees needed to receive a load are permitted to be within the fall zone when a load is being landed. These employees must be on the construction work plan.

3.10.2. During a tilt-up or tilt-down operation:

3.10.2.1. No employee can be directly under the load. Only employees essential to the operation are permitted in the fall zone (but not directly under the load).

An employee is essential to the operation if the employee is conducting one of the following operations and the employer can demonstrate it is infeasible for the employee to perform that operation from outside the fall zone:

3.10.2.2. Physically guiding the load

3.10.2.3. Closely monitoring and giving instructions regarding the load's movement

3.10.2.4. Either detaching it from or initially attaching it to another component or structure (such as, but not limited to, making an initial connection or installing bracing)

3.10.3. Note: Boom free fall is prohibited when an employee is in the fall zone of the boom or load, and load line free fall is prohibited when an employee is directly under the load.

### 3.11. Free Fall and Controlled Load Lowering

#### 3.11.1. Boom Free Fall Prohibitions

The use of equipment in which the boom is designed to free fall (live boom) is prohibited in each of the following circumstances:

3.11.1.1. An employee is in the fall zone of the boom or load

3.11.1.2. An employee is being hoisted

3.11.1.3. The load or boom is directly over a power line, or over any part of the area extending the Table A clearance distance to each side of the power line

3.11.1.4. The load is over a shaft or a cofferdam, except where there are no employees in the fall zone

#### 3.11.2. Preventing Boom Free Fall

Where the use of equipment with a boom that is designed to free fall (live boom) is prohibited, the boom hoist will have a secondary mechanism or device designed to prevent the boom from falling in the event the primary system used to hold or regulate the boom hoist fails, as follows:

3.11.2.1. Friction drums will have:

3.11.2.1.1.   A friction clutch and, in addition, a braking device to allow for controlled boom lowering

3.11.2.1.2.   A secondary braking or locking device that is manually or automatically engaged to back up the primary brake while the boom is held (such as a secondary friction brake or a ratchet and pawl device)

3.11.2.2. Hydraulic drums will have an integrally mounted holding device or internal static brake to prevent boom hoist movement in the event of hydraulic failure

3.11.2.3. Neither clutches nor hydraulic motors will be considered brake or locking devices for purposes of this document

3.11.2.4. Hydraulic boom cylinders will have an integrally mounted holding device

### 3.11.3. Preventing Uncontrolled Retraction

Hydraulic telescoping booms will have an integrally mounted holding device to prevent the boom from  retracting in the event of hydraulic failure.

### 3.11.4. Load Line Free Fall

In each of the following circumstances, controlled load lowering is required and free fall of the load line hoist is  prohibited:

3.11.4.1. An employee is directly under the load

3.11.4.2. An employee is being hoisted

3.11.4.3. The load is directly over a power line or over any part of the area extending the Table A clearance distance to each side of the power line (refer to the Electrical section)

3.11.4.4. The load is over a shaft or cofferdam where people may be present

### 3.12.   Compliance with Rated Capacity

The equipment will not be operated in excess of its rated capacity.

### 3.13. Load Weight

3.13.1. The weight of the load will be determined from a reliable source (such as the manufacturer of the contents of the load), by a reliable calculation method (such as calculating a steel beam from measured dimensions and a known per foot weight) or by other equally reliable means.

3.13.2. All load information will be provided to the operator via the Skanska lift plan / CWP prior to the lift. The operator will verify that the load is within the rated capacity of the equipment by slowly beginning to hoist the load to determine its weight, using a load weighing device, load moment indicator, rated capacity indicator or rated capacity limiter.

3.13.3. Additionally:

3.13.3.1. The boom or other parts of the equipment will not contact any obstruction

3.13.3.2. The equipment will not be used to drag or pull loads sideways

3.13.3.3. The operator will test the brakes each time a load that is 90 percent or more of the maximum line pull is handled by lifting the load a few inches and applying the brakes. In duty cycle and repetitive lifts where each lift is 90 percent or more of the maximum line pull, this requirement applies to the first lift but not to successive lifts.

3.13.3.4. Neither the load nor the boom will be lowered below the point where less than two full wraps of rope remain on their respective drums

3.13.3.5. A tag or restraint line will be used if necessary to prevent rotation of the load that would be hazardous

3.13.3.6. The brakes will be adjusted in accordance with manufacturer procedures to prevent unintended movement

3.13.3.7. The operator will obey a stop or an emergency stop signal, irrespective of who gives it

### 3.14. Use of Load Chart

The competent personnel involved in designing and executing a lift, including the operator, must know how to use a load chart. This includes understanding:

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-AB5D4EE3292E

3.14.1. The terminology necessary to interpret load charts

3.14.2. How to ensure that the load chart is the appropriate chart for the equipment in its particular configuration and application

3.14.3. The operational limitations of load charts and footnotes

3.14.4. How to relate the chart to the configuration of the crane, crawlers, outriggers / stabilizers extended or retracted, jib erected or offset and various counterweight configurations

3.14.5. The difference between structural capacity and capacity limited by stability

3.14.6. What is included in capacity ratings

3.14.7. The range diagram and its relationship to the load chart

3.14.8. The work area chart and its relationship to the load chart

3.14.9. Where to find and how to use the "parts- of- line" information

3.14.10.        How to use the load chart together with the load indicators and/or load moment devices

## 3.15.   Work Area Control

3.15.1. The following requirements apply where there are accessible areas in which the equipment's swing radius or rotating superstructure, whether permanently or temporarily mounted, poses a reasonably foreseeable risk of:

3.15.1.1. Striking and injuring an employee

3.15.1.2. Pinching / crushing an employee against another part of the equipment or another object

### 3.15.2. To Prevent Employees from Entering These Hazard Areas

3.15.2.1. Skanska / crane user must inform each employee assigned to work on or near the equipment ("authorized personnel") of how to recognize struck-by and pinch / crush hazard areas posed by the rotating superstructure. Control lines, warning lines, railings or similar barriers to mark the boundaries of the hazard  areas will be erected and maintained.

3.15.2.2. Exception: When Skanska / crane user can demonstrate that it is neither feasible to erect such barriers on the ground nor on the  equipment, the hazard areas must be clearly marked by a combination of warning signs (such as "Danger — Swing / Crush Zone") and high visibility markings on the equipment that identify the hazard areas. In addition,  Skanska / crane user must train each employee to understand what these markings signify.

### 3.15.3. Protecting Employees in the Hazard Area

DocuSign Envelope ID: 29A1B65A-975A-49F3-972D-A95D4EE3292E

3.15.3.1. Before an employee enters a location in the hazard area that is out of view of the operator, the employee (or someone instructed by the employee) must ensure that the operator is informed that he/she is going to that location.

3.15.3.2. Where the operator knows that an employee went to a location covered by this section, the operator must not rotate the superstructure until the operator is informed in accordance with a prearranged system of communication that the employee is in a safe position.

3.15.3.3. Where any part of a crane / derrick is within the working radius of another crane / derrick, the controlling entity must institute a system to coordinate operations.

3.15.3.4. If there is no controlling entity, the employer (if there is only one employer operating the multiple pieces of equipment), or employers, must institute such a system.

### 3.16.  Pre-Operational / Pre-Lift Meeting

3.16.1. For any operation requiring the use of a crane, a pre-  operational meeting is required to review the appropriate lift plan prior to making any lifts.

3.16.2. The meeting should include the operator, signal person and all crew members involved in rigging and handling the load.

3.16.3. During the meeting, a lift director will be appointed. The lift director's responsibility will be to directly oversee the work being performed by the crane and the associated rigging crew.

3.16.4. This meeting will be used to make sure everyone involved in the lift is well versed on all details, including what rigging will be used, how the load will be rigged, the exact lift path of the load, who will be giving signals, the method of signaling, where the signaler will be located, etc.  It should never be assumed that any member of the  crew is aware of any single aspect of the lift.  Therefore all aspects should be reviewed at the pre-operational / pre-lift meeting.

### 3.17.  Lift and Carry

3.17.1. A lift and carry is always treated as a critical lift and must be approved by the appropriate management personnel.

3.17.2. A competent person must supervise the operation, determine if it is necessary to reduce rated capacity and make  determinations regarding load position, boom location, ground support, travel route, overhead obstructions and  speed of movement necessary to ensure safety.

3.17.3. For equipment with tires, tire pressure and the load location specified by the manufacturer must be maintained.

3.17.4. The rotational speed of the equipment must be controlled that the load does not swing out beyond the radius at which it can be controlled.

### 3.18. Operator Requirements and Responsibilities

All crane operator shall be certified by a nationally accredited certification authority such as NCCCO (National Commission for the Certification of Crane Operators), Crane Institute Certification (CIC), National Center for Construction, Education and Research (NCCER) or equivalent and provide to the PCC satisfactory evidence to establish their qualification to operate the specific equipment. The operator is responsible for the safe operation of the crane and successful execution of lifts.

### 3.19. Fall Protection

All employees will be 100 percent protected while working six feet or higher off the ground or when hazards below six feet dictate enforcement at a lesser height. See the Fall Protection and Prevention policy in the EHS Manual.

### 3.20. Operations: Regional / Project-Specific Requirements

- None

## 4. Lift Planning

Operations requiring the use of a crane require the project team to develop a lift plan utilizing the Lift Plan section of the CWP. The use of an alternative lift plan, other than the CWP, is allowed, as long as all the CWP elements are addressed in the alternative lift plan. Upon completion of the lift plan, it will be utilized to train those involved in the crane operation on the specifics of the lift and the safety controls that will be implemented. Lift plans that are classified as a critical lift or involve the lifting of personnel require the RCC's review. If a revision to the lift plan is required, the operation must stop and the current lift plan must be updated and the PCC must be notified prior to any further action taking place.

### 4.1. Lift Classification

A classification of the lift must be determined after evaluating the weight of the object, capacity of the crane and the radius throughout the lift. It is important to note that "capacity" refers to the capacity listed on the load chart posted in the cab of the crane.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

## 4.2.    Planned Personnel Lifts

The use of a crane to hoist employees on a personnel platform will be prohibited except when the use of conventional means of reaching a task would be more hazardous or is not possible because of jobsite conditions. In such cases, the project team must request a dispensation for the use of personnel platforms by the Skanska EHS Department and the RCC. The CWP must address the use of the personnel platform or man basket and the Planned Personnel Lift Summary Sheet shall be completed and signed by required Skanska management team.

The personnel platform or man basket must be designed and stamped by a PE.

### 4.2.1.   Use of Personnel Platform

The use of personnel platforms shall meet the requirements set forth in this manual. An exception is drill shafts (refer to the Lift Planning – Planned Personnel Lift section for information).

### 4.2.2.   Equipment Criteria

#### 4.2.2.1.    Use of suspended personnel platforms

The total load (with the platform loaded, including the hook, load line and rigging) must not exceed 50 percent of the rated capacity for the radius and configuration of the equipment, except during proof testing. Check the Lift Plan section of the CWP to reduce lifting capacity to 50 percent.

When the occupied personnel platform is in a stationary working position, the load and boom hoist brakes, swing brakes and operator-actuated secondary braking and locking features, such as pawls or dogs, or automatic secondary brakes must be engaged.

#### 4.2.2.2.   Use of boom- attached personnel platforms

The total weight of the loaded personnel platform must not exceed 50 percent of the rated capacity for the radius and configuration of the equipment except during proof testing.

#### 4.2.2.3.   Hoisting personnel without a personnel platform

The total load, including the hook, load line, rigging and any other equipment that impose a load, must not exceed 50 percent of the rated capacity for the radius and configuration of the equipment when hoisting personnel without a personnel platform, except during proof testing.

### 4.2.3. Devices

4.2.3.1. Equipment (except for derricks and articulating cranes) with a variable angle boom must be equipped with all of the following:

    4.2.3.1.1. A boom angle indicator, readily visible to the operator

    4.2.3.1.2. A boom hoist limiting device

4.2.3.2. Articulating cranes must be equipped with a properly functioning automatic overload protection device.

4.2.3.3. Equipment with a luffing jib must be equipped with:

    4.2.3.3.1. A jib angle indicator, readily visible to the operator

    4.2.3.3.2. A jib hoist limiting device

4.2.3.4. Equipment with telescoping booms must be equipped with a device to indicate the boom's extended length clearly to the operator or must have measuring marks on the boom.

4.2.3.5. Anti two- block

    4.2.3.5.1. A device that automatically prevents damage and load failure from contact between the load block, overhaul ball or similar component and the boom tip (or fixed upper block or similar component) must be used. The device(s) must prevent such damage / failure at all points where two-blocking could occur.

    4.2.3.5.2. Exception: This device is not required when hoisting personnel in pile driving operations; rather it specifies how to prevent two-blocking during such operations.

    4.2.3.5.3. Removal of the Anti two-block must have approval by the RCC and a Vice President

4.2.3.6. Controlled load lowering

    4.2.3.6.1. The load line hoist drum must have a system, other than the load line hoist brake, that regulates the lowering rate of speed of the hoist mechanism. This system or device must be used when hoisting personnel.

    4.2.3.6.2. Free fall of the load line hoist is prohibited. The use of equipment in which the boom hoist mechanism can free fall is also prohibited.

    4.2.3.6.3. Personnel hoisting operations must not begin unless the devices listed in this section are in proper working order. If a device

stops working properly during such operations, the operator must safely stop operations. Personnel hoisting operations must not resume until the device is again working properly. Alternative measures are not permitted.

4.2.3.6.4.   Direct attachment of a personnel platform to a luffing jib is prohibited.

### 4.2.4.   Personnel Platform Criteria

4.2.4.1.   The system used to connect the personnel platform to the equipment must allow the platform to remain within 10 degrees of level, regardless of boom angle.

4.2.4.2.   The suspension system must be designed to minimize tipping of the platform due to movement of employees occupying the platform.

4.2.4.3.   The personnel platform itself (excluding the guardrail system and personal fall arrest system anchorages) must be capable of supporting, without failure, its own weight and at least five times the maximum intended load.

4.2.4.4.   All welding of the personnel platform and its components must be performed by a certified welder familiar with the weld grades, types and material specified in the platform design.

4.2.4.5.   The personnel platform must be equipped with a guardrail system that meets the requirements of OSHA 1926 Subpart M, and it must be enclosed at least from the toe board to mid- rail with either solid construction material or expanded metal having openings no greater than 1⁄2 inch (1.27 cm).

4.2.4.6.   Points to which personal fall arrest systems are attached must meet the anchorage requirements in OSHA 1926.502.  A grab rail must be installed inside the entire perimeter of the personnel platform except for access gates / doors.

4.2.4.7.   If installed, access gates / doors of all types (including swinging, sliding, folding or other types) must:

4.2.4.7.1.   Not swing outward. If, due to the size of the personnel platform, such as a one- person platform, it is not feasible for the door to swing inward and allow safe entry for the platform occupant, then the access gate / door may swing outward

4.2.4.7.2.   Be equipped with a device that prevents accidental opening

4.2.4.7.3.   Have headroom sufficient to allow employees to stand upright in the platform

4.2.4.8. In addition to the use of hard hats, employees must be protected by overhead protection on the personnel platform when employees are exposed to falling objects.

4.2.4.9. The platform overhead protection must not obscure the view of the operator or platform occupants (such as wire mesh that has up to 1⁄2" openings), unless full protection is necessary.

4.2.4.10. All edges exposed to employee contact must be smooth enough to prevent injury.

4.2.4.11. The weight of the platform and its rated capacity must be conspicuously posted on the platform with a plate or other permanent marking.

### 4.2.5. Personnel Platform Loading

4.2.5.1. The personnel platform must not be loaded in excess of its rated capacity. Personnel platforms must be used only for employees, their tools and the materials necessary to do their work. Platforms must not be used to hoist materials or tools when not hoisting personnel.

 Exception: Materials and tools to be used during the lift, if secured and distributed in accordance with paragraph (8.1.6) (c) of OSHA 1926, may be in the platform for trial lifts.

4.2.5.2. Materials and tools must be:

4.2.5.2.1. Secured to prevent displacement

4.2.5.2.2. Evenly distributed within the confines of the platform while it is suspended

4.2.5.3. The number of employees occupying the personnel platform must not exceed the maximum number the platform was designed to hold or the number required to perform the work, whichever is less.

### 4.2.6. Attachment and Rigging

Hooks and other detachable devices:

4.2.6.1. Hooks used in the connection between the hoist line and the personnel platform (including hooks on overhaul ball assemblies, lower load blocks, bridle legs or other attachment assemblies or components) must be:

    4.2.6.1.1. Of a type that can be closed and locked, eliminating the throat opening

    4.2.6.1.2. Closed and locked when attached

4.2.6.2. Shackles used in place of hooks must be of the alloy anchor type, with either a bolt, nut and retaining pin in place or of the screw type with the screw pin secured preventing accidental removal

4.2.6.3. Where other detachable devices are used, they must be of the type that can be closed and locked to the same extent as the devices addressed in the beginning of this section. Such devices must be closed and locked when attached.

4.2.6.4. When a rope bridle is used to suspend the personnel platform, each bridle leg must be connected to a master link or shackle in a manner that ensures that the load is evenly divided among the bridle legs

4.2.6.5. Rigging hardware (including wire rope, shackles, rings, master links and other rigging hardware) and hooks must be capable of supporting, without failure, at least five times the maximum intended load applied or transmitted to that component. Where rotation-resistant rope is used, the slings must be capable of supporting without failure at least ten times the maximum intended load.

4.2.6.6. Eyes in wire rope slings must be fabricated with thimbles

4.2.6.7. Bridles and associated rigging for suspending the personnel platform must be used only for the platform and the necessary employees, their tools and materials necessary to do their work.

4.2.6.8. The bridles and associated rigging must not have been used for any purpose other than hoisting personnel

### 4.2.7. Trial Lift and Inspection

4.2.7.1. A trial lift with the unoccupied personnel platform loaded at least to the anticipated lift weight must be made from ground level or from any other location where employees will enter the platform, to each location at which the platform will be hoisted and positioned. Where there is more than one location to be reached from a single set- up position, either individual trial lifts for each location or a single trial lift, in which the platform is moved sequentially to each location, must be performed. The method selected must

be the same as the method that will be used to hoist the personnel. The trial lift must be performed immediately prior to each shift in which personnel will be hoisted. In addition, the trial lift must be repeated prior to hoisting employees in each of the following circumstances:

4.2.7.1.1.    The equipment has been moved and set up in a new location or returned to a previously used location

4.2.7.1.2.    The lift route has changed, unless the competent person determines that the new route presents no new factors affecting safety

4.2.7.2.    The competent person must determine that:

4.2.7.2.1.    Safety devices and operational aids required by this section are activated and functioning properly

4.2.7.2.2.    Nothing interferes with the equipment or the personnel platform in the course of the trial lift

4.2.7.2.3.    The lift will not exceed 50 percent of the equipment's rated capacity at any time during the lift

4.2.7.2.4.    The load radius to be used during the lift has been accurately determined

4.2.7.3.    Immediately after the trial lift, the competent person must:

4.2.7.3.1.    Conduct a visual inspection of the equipment, base support or ground and personnel platform to determine whether the trial lift has exposed any defect or problem or produced any adverse effect

4.2.7.3.2.    Confirm that, upon the completion of the trial lift process, the test weight has been removed

4.2.7.4.    Immediately prior to each lift:

4.2.7.4.1.    The platform must be hoisted a few inches with the personnel and materials / tools on board and inspected by a competent person to ensure that it is secure and properly balanced

4.2.7.5.    The following conditions must be determined by a competent person to exist before the lift of personnel proceeds:

4.2.7.5.1.    Hoist ropes must be free of deficiencies

4.2.7.5.2.    Multiple part lines must not be twisted around each other

4.2.7.5.3.    The primary attachment must be centered over the platform; if the load rope is slack, the hoisting system must be inspected to ensure that all ropes are properly seated on drums and in sheaves

4.2.7.6.    Any condition found during the trial lift and subsequent inspections that fails to meet a requirement of this policy or otherwise creates a safety hazard must be corrected before hoisting personnel.

### 4.2.8. Proof Testing

4.2.8.1.    Prior to hoisting employees on the personnel platform and after any repair or modification, the platform and rigging must be proof tested to 125 percent of the platform's rated capacity. The proof test may be done concurrently with the trial lift.

4.2.8.2.    The platform must be lowered by controlled load lowering then braked and held in a suspended position for a minimum of five minutes with the test load evenly distributed on the platform.

4.2.8.3.    After proof testing, a competent person must inspect the platform and rigging to determine if the test has been passed. If any deficiencies are found that pose a safety hazard, the platform and rigging must not be used to hoist personnel unless the deficiencies are corrected, the test is repeated and a competent person determines that the test has been passed.

4.2.8.4.    Personnel hoisting must not be conducted until the competent person determines that the platform and rigging have successfully passed the proof test.

### 4.2.9. Work Practices

4.2.9.1.    Hoisting of the personnel platform must be performed in a slow, controlled, cautious manner with no sudden movements of the equipment or the platform.

4.2.9.2.    Platform occupants must:

4.2.9.2.1.    Keep all parts of the body inside the platform during raising, lowering and horizontal movement. This provision does not apply to an occupant of the platform when necessary to position the platform or while performing the duties of a signal person

4.2.9.2.2.    Refrain from standing, sitting on or working from the top or intermediate rail or toe board or use any other means / device to raise their working height

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

4.2.9.2.3.    Refrain from pulling the platform out of plumb in relation to the hoisting equipment

4.2.9.2.4.    Secure the platform to the structure where work is to be performed before exiting or entering a hoisted personnel platform that is not landed, unless the crane user can demonstrate that securing to the structure would create a greater hazard

4.2.9.3.    If the platform is tied to the structure, the operator must not move the platform until he/she receives confirmation that it is freely suspended.

4.2.9.4.    Tag lines must be used when necessary to control the platform.

**4.2.9.5.    Platforms without controls**

Where the platform is not equipped with controls, the equipment operator must remain at the equipment controls, onsite and in view of the equipment at all times while the platform is occupied.

**4.2.9.6.    Platforms with controls**

Where the platform is equipped with controls, all of the following must be met at all times while the platform is occupied:

4.2.9.6.1.    The occupant using the controls in the platform must be a qualified person with respect to their use, including the safe limitations of the equipment and hazards associated with its operation

4.2.9.6.2.    The equipment operator must be at a set of equipment controls that include boom and swing functions of the equipment and must be onsite and in view of the equipment

4.2.9.6.3.    The platform operating manual must be in the platform or on the equipment

**4.2.9.7.    Wind**

When wind speed, sustained or gusts, exceeds 20 mph at the personnel platform, a qualified person must determine if, in light of the wind conditions, it is safe to lift personnel.  If it is not, the lifting operation must not begin, or if already in progress, it must be terminated.

**4.2.9.8.    Other Weather and Environmental Conditions**

 A qualified person must determine if, in light of indications of dangerous weather conditions, or other impending or existing danger, it is safe to lift

personnel. If it is not, the lifting operation must not begin, or if already in progress, must be terminated.  Employees being hoisted must remain in direct communication with the signal person or the operator.

### 4.2.9.9.  Fall Protection

Except over water, employees occupying the personnel platform must be provided and use a personal fall arrest system. The system must be attached to a structural member within the personnel platform.  When working over or near water, the requirements of OSHA 1926.106 apply.  The fall arrest system, including the  attachment point (anchorage), must meet the requirements in OSHA 1926.502.

### 4.2.9.10.  Other Load Lines

No lifts will be made on any other of the equipment's load lines while personnel are being  hoisted, except in pile driving operations.

### 4.2.9.11.  Factory-  Produced Boom-  Mounted Personnel Platforms that Incorporate a Winch as Original Equipment

Loads are  permitted to be hoisted by such a winch while employees occupy the personnel platform only where the load on  the winch line does not exceed 500 pounds and does not exceed the rated capacity of the winch and platform.

### 4.2.9.12.  Traveling—Equipment other than Derricks

Hoisting of employees while the equipment is traveling is prohibited,  except for:

4.2.9.12.1.   Equipment that travels on fixed rails

4.2.9.12.2.   Where the employer demonstrates that there is no less hazardous way to perform the work. This exception does not apply to rubber-  tired equipment

Where employees are hoisted while the equipment is traveling, all of the following criteria must be met:

4.2.9.12.3.   Equipment travel must be restricted to a fixed track or runway

4.2.9.12.4.   Where a runway is used, it must be a firm, level surface designed, prepared and designated as a path of travel for the weight and configuration of the equipment being used to lift and travel with the personnel platform. An existing surface may be used as long as it meets these criteria.

4.2.9.12.5.   Equipment travel must be limited to boom length

4.2.9.12.6.   The boom must be parallel to the direction of travel, except where it is safer to do otherwise

4.2.9.12.7.   A complete trial run must be performed to test the route of travel before employees are allowed to occupy the platform. This trial run can be performed at the same time as the trial lift which tests the lift route

### 4.2.9.13. Traveling—Derricks Prohibited

Derricks are prohibited from traveling while personnel are hoisted.

### 4.2.10. Pre- Lift Meeting

A pre-lift meeting must be held to review the applicable requirements of this section and the procedures that will be followed. It will be attended by the equipment operator, signal person (if used for the lift), employee(s) to be hoisted and the person responsible for the task to be performed. The pre-lift meeting will be held prior to the trial lift at each new work location and must be repeated for any employees newly assigned to the operation.

### 4.2.11. Hoisting Personnel near Power Lines

Hoisting personnel within 25 feet of a power line that is up to 350 kV and hoisting personnel within 50 feet of a power line that is over 350 kV is prohibited, except for work covered by the Power Transmission and Distribution section.

### 4.2.12. Hoisting Personnel in Drill Shafts

When hoisting employees into and out of drill shafts that are up to and including 8 feet in diameter, all of the following requirements must be met:

4.2.12.1. The employee must be in either a personnel platform or on a boatswain's chair.

4.2.12.2. If using a personnel platform, paragraphs (a) through (n) of 1926.1400 apply.

4.2.12.3. If using a boatswain's chair, the following paragraphs of OSHA 1926.1400 apply:
(a), (c), (d) (1), (d) (3), (d) (4), (e) (1), (e) (2), (e) (3), (f) (1), (f) (2) (i), (f) (3) (i), (g), (h), (k) (1), (k) (6), (k) (8), (k) (9), (k) (11) (i), (m), (n).
Where the terms "personnel platform" or "platform" are used in these paragraphs, substitute "boatswain's chair".

4.2.12.4. A signal person must be stationed at the shaft opening.

4.2.12.5. The employee must be hoisted in a slow, controlled descent and ascent.

4.2.12.6. The employee must use personal fall protection equipment, including a full body harness, attached independent of the crane / derrick.

4.2.12.7. The fall protection equipment must meet the applicable requirements in OSHA 1926.502.

4.2.12.8. The boatswain's chair itself (excluding the personal fall arrest system anchorages) must be capable of supporting, without failure, its own weight and at least five times the maximum intended load.

4.2.12.9. No more than one person must be hoisted at a time.

### 4.2.13. Hoisting Personnel for Pile Driving Operations

When hoisting an employee in pile driving operations, the following requirements must be met:

4.2.13.1. The employee must be in a personnel platform or boatswain's chair.

4.2.13.2. For lattice boom cranes, clearly mark the cable (so that it can easily be seen by the operator) at a point that will give the operator sufficient time to stop the hoist to prevent two- blocking or use a spotter who is in direct communication with the operator to inform the operator when this point is reached.

4.2.13.3. For telescopic boom cranes, clearly mark the cable (so that it can be easily seen by the operator) at a point that will give the operator sufficient time to stop the hoist to prevent two blocking and use a spotter who is in direct communication with the operator to inform the operator when this point is reached.

4.2.13.4. If using a personnel platform, paragraphs OSHA 1926.1400 (b) through (n) of this section apply.

4.2.13.5. If using a boatswain's chair, the following paragraphs of OSHA 1926.1400 apply:
(a), (c), (d) (1), (d) (3), (d) (4), (e) (1), (e) (2), (e) (3), (f) (1), (f) (2) (i), (f) (3) (i), (g), (h), (j), (k) (1), (k) (6), (k) (8), (k) (9), (k) (11) (i), (m), and (n).

4.2.13.6. Where the terms ''personnel platform'' or ''platform'' are used in these paragraphs, substitute "boatswains chair."

4.2.13.7. The employee must be hoisted in a slow, controlled descent and ascent.

4.2.13.8. The employee must use personal fall protection equipment, including a full body harness, independently attached to the lower load block or overhaul ball.

4.2.13.9. The fall protection equipment must meet the applicable requirements in OSHA 1926.502.

4.2.13.10.  The boatswain's chair itself (excluding the personal fall arrest system anchorages) must be capable of supporting, without failure, its own weight and at least five times the maximum intended load.

4.2.13.11.  No more than one person may be hoisted at a time.

### 4.2.14. Operational Aids

4.2.14.1. The devices listed as operational aids are required on all equipment covered under Skanska's crane policy, unless otherwise specified.

4.2.14.2. Operations will not begin unless the listed operational aids are in proper working order, except where Skanska / crane user meets the specified

temporary alternative measures. More protective alternative measures specified by the crane / derrick manufacturer, if any, shall be followed.

4.2.14.3. If a listed operational aid stops working properly during operations, the operator will safely stop operations until the temporary alternative measures are implemented or the device is again working properly. If a replacement part is no longer available, the use of a substitute device that performs the same type of function is permitted and is not considered a modification under OSHA 1926.1434 -  Category I operational aids and alternative measures.

4.2.14.4. Operational aids that are not working properly will be repaired no later than seven days after the deficiency occurs.

Exception: If the employer documents that it has ordered the necessary parts within seven days  of the occurrence of the deficiency, the repair will be completed within seven days of receipt of the parts.

**4.2.15. Boom Hoist Limiting Device**

For equipment manufactured after December 16, 1969, a boom hoist limiting device is required. Temporary  alternative measures (use at least one) are as follows:

4.2.15.1. Use a boom angle indicator

4.2.15.2. Clearly mark the boom hoist cable (so that it can easily be seen by the operator) at a point that will give the operator sufficient time to stop the hoist to keep the boom within the minimum allowable radius. In addition, install mirrors or remote video cameras and displays if necessary for the operator to see the mark.

4.2.15.3. Clearly mark the boom hoist cable (so that it can easily be seen by a spotter) at a point that will give the spotter sufficient time to signal the operator and have the operator stop the hoist to keep the boom within the minimum allowable radius.

4.2.15.4. If the equipment was manufactured on or before December 16, 1969 and was not originally equipped with a boom hoist limiting device, at least one of the measures in paragraphs (d)(1)(i)(A) through (C) of OSHA 1926.1400 shall be used on a permanent basis

**4.2.16. Luffing Jib Limiting Device**

Equipment with a luffing jib will have a luffing jib limiting device. Temporary alternative measures are the same as  in paragraph (d) (1) (i) of OSHA 1926.1400, except to limit the movement of the luffing jib rather than the boom hoist.

### 4.2.17. Anti Two- Blocking Device

#### 4.2.17.1. Telescopic boom cranes

4.2.17.1.1.  Telescopic boom cranes manufactured after February 28, 1992, will be equipped with a device that automatically prevents damage from contact between the load block, overhaul ball or similar component and the boom tip (or fixed upper block or similar component). The device(s) must prevent such damage at all points where two-blocking could occur.

4.2.17.1.2.  Temporary alternative measures: Clearly mark the cable (so that it can easily be seen by the operator) at a point that will give the operator sufficient time to stop the hoist to prevent two-blocking, and use a spotter when extending the boom.

#### 4.2.17.2. Lattice boom cranes

4.2.17.2.1.  Lattice boom cranes manufactured after Feb 28, 1992, will be equipped with a device that either automatically prevents damage and load failure from contact between the load block, overhaul ball or similar component and the boom tip (or fixed upper block or similar component) or warns the operator in time for the operator to prevent two-blocking. The device(s) must prevent such damage / failure or provide adequate warning for all points where two-blocking could occur.

4.2.17.2.2.  Lattice boom cranes and derricks manufactured one year after the effective date of this standard will be equipped with a device that automatically prevents damage and load failure from contact between the load block, overhaul ball, or similar component and the boom tip (or fixed upper block or similar component). The device(s) must prevent such damage / failure at all points where two-blocking could occur.

4.2.17.2.3.  Exception: The requirements of this section do not apply to such lattice boom equipment when used for dragline, clamshell (grapple), magnet, drop ball, container handling, concrete bucket and marine operations that do not involve hoisting personnel and pile driving work.

4.2.17.2.4.  Temporary alternative measures: Clearly mark the cable (so that it can easily be seen by the operator) at a point that will give the operator sufficient time to stop the hoist to prevent two blocking or use a spotter.

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-AB5D4EE3292E

### 4.2.17.3. Category II operational aids and alternative measures

4.2.17.3.1.  Operational aids that are not working properly will be repaired no later than 30 days after the deficiency occurs.

4.2.17.3.2.  Exception: If the employer can document that it has ordered the necessary parts within seven days of the occurrence of the deficiency and the part is not received in time to complete the repair in 30 days, the repair will be completed within seven days of receipt of the parts.

### 4.2.17.4. Boom Angle or Radius Indicator

4.2.17.4.1.  The equipment will have a boom angle or radius indicator readable from the operator's station.

4.2.17.4.2.  Temporary alternative measures: Radii or boom angle will be determined by measuring the radii or boom angle with a measuring device.

### 4.2.17.5. Jib Angle Indicator (if the equipment has a luffing jib)

Temporary alternative measures: Radii or jib angle will be determined by ascertaining the main boom angle and then measuring the radii or jib angle with a measuring device.

### 4.2.17.6. Boom Length Indicator

When the equipment is equipped with a telescopic boom, except where the rated capacity is independent of the boom length, one of the following methods will be used:

4.2.17.6.1.  Mark the boom with measured marks to calculate boom length

4.2.17.6.2.  Calculate boom length from boom angle and radius measurements

4.2.17.6.3.  Measure the boom with a measuring device

### 4.2.17.7. Load weighing and similar devices

4.2.17.7.1.  Equipment (other than derricks) manufactured after March 29, 2003 with a rated capacity over 6,000 pounds will have at least one of the following:

a.      Load weighing device

b.      Load moment (or rated capacity) indicator

c.      Load moment (or rated capacity) limiter

4.2.17.7.2.   Temporary alternative measures: The weight of the load will be determined from a reliable source (e.g., the load's manufacturer), by a reliable calculation method (i.e., calculating a steel beam from measured dimensions and a known per foot weight) or by other equally reliable means. This information will be provided to the operator prior to the lift.

4.2.17.7.3.   The following devices are required on equipment manufactured after January 1, 2008:

a.   Outrigger position (horizontal beam extension) sensor / monitor. If the equipment has outriggers the operator will verify that the position of the outriggers is correct (in accordance with manufacturer procedures) before beginning operations requiring outrigger deployment.

b.   Hoist drum rotation indicator. If the drum is not visible from the operator's station mark the drum. In addition, install mirrors or remote video cameras and displays if necessary for the operator to see the mark.

## 4.3.   Critical Lift

### 4.3.1.   A lift is a critical lift when:

4.3.1.1.   More than 75 percent of the crane's load chart as configured is being utilized during the lift

4.3.1.2.   The lift requires more than one crane

4.3.1.3.   The load on the crane cannot be accurately determined including pulling or side loading

4.3.1.4.   Equipment that has an operator's seat is being lifted

4.3.1.5.   Lift and Carry: The lift is considered a critical lift and the critical lift checklist must be completed.

4.3.1.6.   Using a crane with partially extended outriggers

4.3.1.7.   The lift is to be performed where the possibility of contacting overhead power lines is present.

4.3.1.8.   The crane is on a barge.

Documented approval shall be obtained by the RCC, PCC, Project Manager and EHS prior to a critical lift.

### 4.3.2.  Plan Development

Planning for a crane operation in which more than one crane will be supporting the load must meet the following requirements:

4.3.2.1.  The plan must be developed by a qualified person

4.3.2.2.  Where the qualified person determines that engineering expertise is needed for the planning, Skanska must ensure that it is provided

### 4.3.3.  Plan Implementation

4.3.3.1.  The multiple-  crane lift must be supervised by a person who meets the criteria for both a competent person and a qualified person, or by a competent person who is assisted by one or more qualified persons

4.3.3.2.  The supervisor must review the plan with all workers who will be involved with the operation

4.3.3.3.  Some local governing agencies may require notification before a multiple crane lift

## 4.4.  Major Lift

### 4.4.1.  A lift is a major lift when:

The item lifted has a significant impact to the project schedule or budget.

Depending on the weight of the object and the capacity of the crane, a lift could be classified as both a critical and major lift, in which case the critical lift checklist and approvals are required.

## 4.5.  Standard Lift

If the weight of the object and its radius throughout the duration of the lift are such that it is less than 75 percent capacity of the crane's capacity, and if none of the major or critical lift items are present, then it is a standard lift.  A CWP and Lift Plan must be completed.

## 4.6.  Repetitive / Similar Lifts

4.6.1.  If a crew makes the same lift throughout the day, they need only go through the standard lift process once at the beginning of the day. For example, if the task is to remove spoils from an area with a 45-ton cherry lifter and a skip pan, then the weight of the skip pan and radius needs to be evaluated once.

4.6.2.  A pre-  operational meeting must take place before the first lift, and the crew can continue to work at the same operation with the same plan and no additional pre-

operational meetings are required, with the exception that all rigging must be visually inspected prior to every lift.

4.6.3. However, if any significant aspect of the operation changes (a larger skip pan is substituted for the one in the plan, the spoils need to be placed in a location that requires a longer boom and larger radius, the nature of the spoils change and therefore the weight of the load changes, or any change is made to any single detail of the operation), the pre-operational meeting should take place again.

### 4.7. Multiple Crane Lifts

A lift with more than one crane qualifies as a Critical Lift. See the Critical Lift Section.

### 4.8. Lift Planning: Regional / Project-Specific Requirements

- None

# 5. Maintenance and Inspection

## 5.1.    Inspection and Oversight Requirements

5.1.1.  Prior to crane operations, the PCC shall verify that the crane has a current annual and monthly inspection and present in the cab of the crane.

5.1.2.  For Skanska owned or rented cranes that are not current with the required inspections, the RCC will be notified who will schedule the inspection.

5.1.3.  Subcontractors will be responsible for ensuring their cranes are current with the required inspections.  Cranes shall not operate until inspections are current.

## 5.2.    On-Hire / Off-Hire Inspections

5.2.1.  It is the responsibility of the PCC to ensure Skanska owned and cranes being rented by Skanska receive an on-hire inspection when it arrives to the project, utilizing the On / Off Hire Checklist.  The intent is to identify and document incidental damage to the crane in order to protect Skanska from potential claims for pre-existing damage.  Photos of damage shall be taken.

5.2.2.  Prior to a Skanska owned or rented crane leaving the project, an off-hire inspection shall be conducted to document the condition of the crane with new photographs showing all previously existing damage as well as any new damage. Both reports will be included in the crane file maintained by the RCC.

## 5.3.    Inspection Requirements

5.3.1.1.  If a company-owned or rented crane does not have a current monthly inspection, the RCC will determine whether the crane will need to have a monthly inspection completed on that crane.

5.3.1.2.  The on-  hire inspection should be completed as soon as the crane is assembled and prior to going to work.

5.3.1.3.  A full monthly inspection will be completed on rentals longer than five consecutive days.

5.3.1.4.  If a rental is less than five consecutive days, then daily inspections should be performed by the appropriate parties.

5.3.1.5.  If a crane is performing in a "Low Boom / High Duty cycle" configuration, a weekly inspection shall be required. These inspections shall focus on the areas of the crane cables that are most frequently being exposed to high wear repeatedly over the sheaves.

**The following mandatory inspections apply to all cranes on Skanska USA Building, Inc. projects:**

### 5.3.2. Daily / Pre-Shift Inspections

5.3.2.1. It is the responsibility of the PCC to ensure a documented pre-shift inspection is conducted by the crane operator. A Skanska crane inspection form or equivalent shall be utilized to document the inspection.

5.3.2.2. For Skanska owned or rented cranes, all deficiencies must be reported to the RCC immediately. Deficiencies that are related to safety will result in the immediate removal of the crane from service until the deficiencies are corrected. Non-safety related deficiencies will be repaired as soon as deemed practical. A copy of the completed daily inspection form should be left in the cab of the crane or filed and made available at the jobsite.

### 5.3.3. Monthly Inspections

5.3.3.1. Monthly inspections must be conducted by a qualified inspector or an approved third-party inspection company.

5.3.3.2. Inspections for Skanska owned or rented cranes are to be scheduled by the RCC, who is responsible for keeping a current database of cranes on all projects and identifying when inspections are required and completed.

5.3.3.3. Any deficiencies identified during the inspection must be communicated to the PCC, who is required to provide documentation describing the deficiency as well as the corrective action taken to remedy it.

5.3.3.4. All deficiencies found must be reported to the RCC immediately.

5.3.3.5. Deficiencies that are safety related will result in the immediate removal of the crane from service until the deficiencies are corrected.

5.3.3.6. Non-safety related deficiencies will be repaired as soon as deemed practical.

5.3.3.7. A copy of the completed inspection form should be left in the cab of the crane or at the job site.

### 5.3.4. Annual Inspections / Nondestructive Testing

5.3.4.1. All cranes must have a current annual inspection conducted by a certified third-party crane inspection company or by a qualified Skanska inspector. Lattice boom cranes and hydraulic cranes that are erected onsite shall be inspected upon completion of the erection of the crane by a certified third-party crane inspection company or by a qualified Skanska inspector. Annual inspections and post erection inspections will be coordinated by the RCC or the crane user.

5.3.4.2. A nondestructive test, such as magnetic particle, ultrasound, x-ray or other means necessary to establish the structural integrity of boom and members,

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

may be required at the discretion of the RCC and/or the certified third party inspector. Discretion on the need and requirement for Non-Destructive Testing of welds, etc. will be based on:  the overall condition of the crane, age of the crane, local or State requirements and the consultation with the certified third-party inspector.

5.3.4.3.   On  lattice boom cranes, when intending to increase the boom length, the section of boom to be installed must inspected by a certified third party   to determine if nondestructive testing may be required at the discretion of the RCC and/or the certified third party   inspector. Discretion on the need and requirement for Non-Destructive Testing of welds, etc. will be based on:  the overall condition of the crane, age of the crane, local or State requirements and the consultation with the certified third-party inspector.

5.3.4.4.   Deficiencies identified during the inspection must be communicated to the PCC, who is required to provide  documentation describing the deficiency as well as the corrective action taken to remedy it. All deficiencies found  must be reported to the RCC immediately. Deficiencies that are safety related will result in the immediate  removal of the crane from service until the deficiencies are corrected. Non-safety related deficiencies will be  repaired as soon as deemed practical.

5.3.4.5.   When crane operations or the crane environment increase the "wear and tear" on the crane (e.g., pile driving, pulling sheets, barge-mounted mobile cranes), additional or more frequent inspections may be  required as determined by the RCC in conjunction  with the project team.

5.3.4.6.   If any unusual incident or accident occurs on a project involving a crane which may affect the strength, stability  or may potentially have damaged loadbearing components, the crane will be removed from service until the satisfactory completion of an inspection by a qualified Skanska inspector or a third-party inspection company.

### 5.3.5.  Modified Equipment Inspection

No modifications will be made to a crane without the manufacturer's approval or written approval from a RPE.

### 5.3.6.  Repaired / Adjusted Equipment

Equipment that has had a repair or an adjustment that relates to safe operation (e.g., a repair or adjustment to a safety device or operator aid, or to a critical part of a control system, power plant, braking system, load-sustaining  structural components, load hook, or in-use operating mechanism) must be inspected by a qualified person after  such a

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-AB5D4EE8292E

repair or adjustment has been completed, prior to initial use. The inspection must meet all of the following requirements:

5.3.6.1.  The qualified person must determine if the repair / adjustment meets manufacturer equipment criteria (where applicable and available).

5.3.6.2.  Where manufacturer equipment criteria are unavailable or not applicable, the qualified person must:

5.3.6.2.1.  Include functional testing of the repaired / adjusted parts and other components that may be affected by the repair / adjustment.

5.3.6.2.2.  Determine if a RPE is needed to develop criteria for the repair / adjustment. If an RPE is not needed, criteria will be developed by the qualified person.

5.3.6.2.3.  Determine if the repair / adjustment meets the criteria developed in accordance with OSHA 1926.1412 (b).

5.3.6.3.  The inspection must include functional testing of the repaired / adjusted parts and other components that may be affected by the repair / adjustment.

### 5.3.7.  Post- Assembly Inspection

Upon completion of assembly, the equipment must be inspected by a certified third-party crane inspection company or by a qualified Skanska inspector to ensure that it is configured in accordance with manufacturer equipment criteria. Where manufacturer equipment criteria are unavailable, an inspector must determine if an RPE familiar with the type of equipment involved is needed to develop criteria for the equipment configuration. If an RPE is not needed, Skanska must ensure that the criteria are developed by the qualified person. If an RPE is needed, Skanska must ensure that they are developed by an RPE.

Equipment must not be used until an inspection and function test are complete and the equipment is configured in accordance with the applicable criteria.

### 5.3.8.  Equipment Modifications

Modifications or additions that affect the capacity or safe operation of the equipment are prohibited, except when the manufacturer approves the modification in writing.  Upon completion of the modification, the load charts, instructions manuals / plates / tags / decals will be updated to reflect the modifications.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

### 5.3.9.  Manufacturer Refusal to Review Request

If the manufacturer is provided a detailed description of the proposed modification and is asked to approve the modification but declines to review the technical merits of the proposal or fails to acknowledge the requestor within 30 days of the review, then an RPE who is a qualified person with respect to the equipment involved must approve the modification and specify the equipment configurations to which that approval applies and modify the load  charts, procedures, instruction manuals and instruction plates / tags / decals as necessary to align with the modification without reducing the original safety factor of the equipment.

### 5.3.10. Unavailable Manufacturer

Modifications or additions that affect the capacity or safe operation of the equipment are prohibited where the  manufacturer, after a review of the technical safety merits of the proposed modification, rejects the  proposal and explains the reasons for the rejection in a written response. If the manufacturer rejects the proposal  but does not explain the reasons for the rejection in writing, the employer may treat this as a manufacturer refusal  to review the request under the Maintenance and Inspection – Inspection Requirements section of this policy.

### 5.3.11. Severe Service

5.3.11.1. Where the severity of use / conditions is such that there is a reasonable probability of damage or excessive wear  (e.g., loading that may have exceeded rated capacity, shock loading that may have exceeded rated capacity,  prolonged exposure to a corrosive atmosphere), the crane shall be removed from service and inspected by a by a certified third-party crane inspection company or by a qualified Skanska inspector for structural damage to determine if the equipment can continue to be used safely.

5.3.11.2. If a deficiency is found and it is deemed unsafe, the crane shall be removed from service until the deficiency is  repaired and re-inspected by a Skanska qualified person or a certified third-party inspection company

### 5.3.12. Equipment not in Regular Use

Prior to use, cranes that have been idle for three months or more will receive a monthly inspection by a certified third-party crane inspection company or by a qualified Skanska inspector.

## 5.4.    Tagout

### 5.4.1.  Tagging Out of Service Equipment / Functions

Cranes that have been taken out of service will be receive a tag in the cab in a conspicuous location stating the specific function that is out of service and if necessary, that the crane is out of service and is not to be used.

### 5.4.2.  Response to "Do Not Operate" / Tagout Signs

If there is a warning (tag-out or maintenance / do not operate) sign on the equipment or starting control, the  operator will not activate the switch or start the equipment until the sign has been removed by a person authorized to remove it.

### 5.4.3.  Maintenance and Repair Employees

Maintenance, inspection and repair personnel without NCCCO Operators certification, or equivalent, are permitted to operate the  equipment only where the following requirements are met:

> 5.4.3.1.   The operation is limited to those functions necessary to perform maintenance, inspect or verify the performance of the equipment
>
> 5.4.3.2.   The personnel are familiar with the operation, safe limitations, characteristics and hazards associated with the type of equipment
>
> 5.4.3.3.   Maintenance and repair personnel meet the definition of a qualified person with respect to the equipment and maintenance / repair tasks performed

## 5.5.    Wire Rope Inspection

### 5.5.1.  Shift inspection

A visual inspection of all wire ropes (running and standing) that are likely to be used during the shift shall take by a competent person prior the equipment being used. Untwisting (opening) of wire rope or booming down is not required as part of this inspection.  Observed deficiencies shall be categorized as the following:

#### 5.5.1.1.  Apparent Deficiencies

**Category I**

Apparent deficiencies in this category include significant corrosion, electric arc damage (from a source other than  power lines) or heat damage, improperly applied end connections or significantly corroded, cracked, bent or worn  end connections (such as from severe service).

**Category II**

Apparent deficiencies in this category are visible, broken wires, as follows:

> 5.5.1.1.1.  In running wire ropes: Six randomly distributed broken wires in one rope lay or three broken wires in one strand in one rope lay, where a rope lay is the length along the rope in which one strand makes a complete revolution around the rope

> 5.5.1.1.2.  In rotation resistant ropes: Two randomly distributed broken wires in six rope diameters or four randomly distributed broken wires in 30 rope diameters

> 5.5.1.1.3.  In pendants or standing wire ropes: More than two broken wires in one rope lay located in rope beyond end connections and/or more than one broken wire in a rope lay located at an end connection

> 5.5.1.1.4.  A diameter reduction of more than five percent from nominal diameter.

**Category III**

Apparent deficiencies in this category include rotation-resistant wire rope core protrusion or any other distortion indicating core failure, and prior electrical contact with a power line.

**5.5.2.  A Broken Strand**

**5.5.2.1.  Critical Review Items**

The competent person must give particular attention to all of the following:

5.5.2.1.1.    Rotation-resistant wire rope in use

5.5.2.1.2.    Wire rope being used for boom hoists and luffing hoists, particularly at reverse bends

5.5.2.1.3.    Wire rope at flange points, crossover points and repetitive lift-up points on drums

5.5.2.1.4.    Wire rope at or near terminal ends

5.5.2.1.5.    Wire rope in contact with saddles, equalizer sheaves or other sheaves where rope travel is limited

### 5.5.3. Removal from Service

5.5.3.1.    If a deficiency in Category I is identified, an immediate determination must be made by the competent person as to whether the deficiency constitutes a safety hazard. If the deficiency is determined to constitute a safety hazard, operations involving use of the wire rope in question must be prohibited until the wire rope is replaced.

If the deficiency is localized, the problem is corrected by severing the wire rope in two; the undamaged portion may continue to be used. Joining lengths of wire rope by splicing is prohibited. If a rope is shortened, the competent person must  ensure that the drum will still have two wraps of wire when the load and/or boom are in its lowest position.

5.5.3.2.    If a deficiency in Category II is identified, operations involving use of the wire rope in question must be prohibited until it complies with the wire rope manufacturer's established criterion for removal from service or a different criterion that the wire rope manufacturer has approved in writing for that specific wire rope, or until the wire rope is replaced.

If the deficiency is localized, the problem is corrected by severing the wire rope in two; the undamaged portion may continue to be used. Joining lengths of wire rope by splicing is prohibited. If a rope is shortened, the competent person must ensure that the drum will still have two wraps of wire when the load and/or boom are in its lowest position.

5.5.3.3.   Significant distortion of the wire rope structure such as kinking, crushing, un-stranding, bird caging, signs of core failure or steel core protrusion between the outer strands is grounds for removal from service.

5.5.3.4.   If a deficiency in Category III is identified, operations involving use of the wire rope in question must be prohibited until the wire rope is replaced.

If the deficiency (other than power line contact) is localized and the problem is corrected by severing the wire rope in two, the undamaged portion may continue to be used. Joining lengths of wire rope by splicing is prohibited. Repair of wire rope that contacted an energized power line is also prohibited. If a rope is shortened, the competent person must ensure that the drum will still have two wraps of wire when the load and/or boom are in its lowest position.

Where a wire rope is required to be removed from service per this section, either the equipment (as a whole) or the hoist with that wire rope must be tagged-out, until the wire rope is repaired or replaced.

### 5.5.4.   Monthly Inspection

Each month an inspection must be conducted in accordance with the Maintenance and Inspection – Wire Rope Inspection section of this policy. The inspection must include any deficiencies that the inspector who conducted the annual inspection determines under the Maintenance and Inspection – Wire Rope Inspection section must be monitored.

5.5.4.1.  Wire ropes on equipment must not be used until an inspection demonstrates that no corrective action under the Maintenance and Inspection – Wire Rope Inspection section is required

5.5.4.2.  The inspection must be documented

### 5.5.5.  Annual / Comprehensive Inspection

5.5.5.1.  At least every 12 months, wire ropes in use on equipment must be inspected by a certified third-party crane inspection company or by a qualified Skanska inspector as defined in this policy.  The inspection must identify deficiencies of the types listed below. The inspection must be complete and thorough, covering the surface of the entire length of the wire ropes, with particular attention given to all of the following:

    5.5.5.1.1.  Critical review items

    5.5.5.1.2.  Those sections that are normally hidden during shift and monthly inspections

    5.5.5.1.3.  Wire rope subject to reverse bends

    5.5.5.1.4.  Wire rope passing over sheaves

5.5.5.2.  Exception: In the event an inspection is not feasible due to existing set-up and configuration of the equipment (such as where an assist crane is needed) or due to site conditions (such as a dense urban setting), such inspections must be conducted as soon as it becomes feasible but no longer than an additional 6 months for running ropes and for standing ropes at the time of disassembly.

5.5.5.3.  If a deficiency is identified, an immediate determination must be made by the certified third-party crane inspection company or by a qualified Skanska inspector as to whether the deficiency constitutes a safety hazard. If the deficiency is determined to constitute a safety hazard, operations involving use of the wire rope in question must be prohibited until the wire rope is replaced.  If the deficiency is localized, the problem is corrected by severing the wire rope in two; the undamaged portion may continue to be used.  Joining lengths of wire rope by splicing is prohibited. If a rope is shortened, Skanska must ensure that the drum will still have two wraps of wire when the load and/or boom are in its lowest position. If the qualified person determines that, though not presently a safety hazard, the deficiency needs to be monitored, the employer must ensure that the deficiency is checked in the monthly inspections. The inspection must be documented.

### 5.5.6.  Rope Lubricants

Lubricants that hinder inspection must not be used. All documents produced under this section must be available, during the applicable document retention period, to all persons who conduct inspections under this section.

### 5.5.7.  Wire Rope Selection and Installation Criteria

Original equipment wire rope and replacement wire rope must be selected and installed in accordance with the requirements of this section. Selection of replacement wire rope must be in accordance with the recommendations of the wire rope manufacturer, the equipment manufacturer or a qualified person.

#### 5.5.7.1.  Wire Rope Design Criteria

Wire rope (other than rotation-resistant rope) must comply with either Option 1 or Option 2 of this section, as follows:

> **Option 1**: Wire rope must comply with section 5–1.7.1 of ASME B30.5– 2004 (incorporated by reference, see OSHA 1926.6) except that section's paragraph (c) must not apply.

> **Option 2**: Wire rope must be designed to have, in relation to the crane's / derrick's rated capacity, a sufficient minimum breaking force and design factor so that compliance with the applicable inspection provisions in OSHA 1926.1413 will be an effective means of preventing sudden rope failure

Wire rope must be compatible with the safe functioning of the equipment.

#### 5.5.7.2.  Boom Hoist Reeving

Fiber core ropes must not be used for boom hoist reeving, except for derricks.

Rotation-resistant ropes must be used for boom hoist reeving only where the requirements of this section are met.

### 5.5.8.  Rotation-Resistant Ropes

Definitions

> **Type I rotation-resistant wire rope (Type I)**: Type I rotation-resistant rope is stranded rope constructed to have little or no tendency to rotate or, if guided, transmits little or no torque. It has at least 15 outer strands and comprises an assembly of at least three layers of strands laid helically over a center in two operations. The direction of lay of the outer strands is opposite to that of the underlying layer.

**Type II rotation-resistant wire rope (Type II)**: Type II rotation-resistant rope is stranded rope constructed to have significant resistance to rotation. It has at least 10 outer strands and comprises an assembly of two or more layers of strands laid helically over a center in two or three operations. The direction of lay of the outer strands is opposite to that of the underlying layer.

**Type III rotation resistant wire rope (Type III)**: Type III rotation-resistant rope is stranded rope constructed to have limited resistance to rotation. It has no more than nine outer strands and comprises an assembly of two layers of strands laid helically over a center in two operations. The direction of lay of the outer strands is opposite to that of the underlying layer.

### 5.5.9.  Requirements

5.5.9.1.   Types II and III with an operating design factor of less than 5 must not be used for duty cycle or repetitive lifts.

5.5.9.2.   Rotation-resistant ropes (including Types I, II and III) must have an operating design factor of no less than 3.5.

5.5.9.3.   Type I must have an operating design factor of no less than 5, except where the wire rope manufacturer and the equipment manufacturer approves the design factor, in writing.

5.5.9.4.   Types II and III must have an operating design factor of no less than 5, except where the requirements of paragraph OSHA 1926.1414(e)(3) are met.

5.5.9.5.   When Types II and III with an operating design factor of less than 5 are used (for non- duty cycle, non- repetitive lifts), the following requirements must be met for each lifting operation:

    5.5.9.5.1.   A qualified person must inspect the rope. The rope must be used only if the qualified person determines that there are no deficiencies constituting a hazard. In making this determination, more than one broken wire in any one rope lay must be considered a hazard.

    5.5.9.5.2.   Operations must be conducted in such a manner and at such speeds as to minimize dynamic effects

    5.5.9.5.3.   Each lift made under OSHA 1926.1414(e) (3) must be recorded in the monthly and annual inspection documents. Such prior uses must be considered by the qualified person in determining whether to use the rope again.

  Additional requirements for rotation resistant ropes for boom hoist reeving:

    5.5.9.5.4.   Rotation-resistant ropes must not be used for boom hoist reeving, except where the requirements of this section are met

    5.5.9.5.5.   Rotation-resistant ropes may be used as boom hoist reeving when load hoists are used as boom hoists for attachments such as luffing attachments or boom and mast attachment systems. Under these conditions, all of the following requirements must be met:

      a.   The drum must provide a first layer rope pitch diameter of not less than 18 times the nominal diameter of the rope used.

b. The requirements in OSHA 1926.1426(a) (irrespective of the date of manufacture of the equipment) and OSHA 1926.1426(b) are met.

c. All sheaves used in the boom hoist reeving system must have a rope pitch diameter of not less than 18 times the nominal diameter of the rope used.

d. The operating design factor for the boom hoist reeving system must be not less than 5.

e. The operating design factor for these ropes must be the total minimum breaking force of all parts of rope in the system divided by the load imposed on the rope system when supporting the static weights of the structure and the load within the crane's / derrick's rated capacity.

f. When provided, a power controlled lowering system must be capable of handling rated capacities and speeds as specified by the manufacturer.

g. Wire rope clips used in conjunction with wedge sockets must be attached to the unloaded dead end of the rope only, except that the use of devices specifically designed for dead- ending rope in a wedge socket is permitted.

h. Socketing must be done in the manner specified by the manufacturer of the wire rope or fitting.

i. Prior to cutting a wire rope, seizing must be placed on each side of the point to be cut. The length and number of seizing must be in accordance with the wire rope manufacturer's instructions.

**5.6.   Maintenance and Inspection:  Regional / Project-Specific Requirements**

- None

# 6. Electrical

**6.1.**    **Power Line Safety – Assembly and Disassembly**

6.1.1.   Regarding assembly and/or disassembly, all Table A clearances apply.

6.1.2.   Before beginning equipment A/D, Skanska / crane user must have a CWP
identifying the electrical hazards associated with the work. Identify the work zone
by either:

6.1.3.   Demarcating boundaries (such as with flags, or a device such as a range limit
device or range control warning device) and prohibiting the operator from
operating the equipment past those boundaries

6.1.4.   Defining the work zone as the area 360 degrees around the equipment, up to the
equipment's maximum working radius

6.1.5.   For power lines < 350kV, determine if any part of the equipment, load line or load
(including rigging and lifting accessories), if operated up to the equipment's
maximum working radius in the work zone, could get closer than 20 feet to a
power line. If so, Skanska / crane user must meet the following requirements in
Option 1, Option 2, or Option 3 of this section, as follows.

6.1.6.   For power Lines > 350kV – Option 3 only.

**Option 1**: Insure power is de-energized and grounded

Confirm from the utility owner / operator that the power line has been de-
energized and visibly grounded at the jobsite.

**Option 2**: Insure a 20-foot clearance.

Ensure that no part of the equipment, load line or load (including rigging and
lifting accessories) gets closer than 20 feet to the power line by implementing
the measures specified in paragraph 11.7.2.2, Titled Preventing encroachment
/ electrocution.

**Option 3**: Insure a clearance which abides by Table A.

TABLE A—Minimum Clearance Distances

**Note: The value that follows ''to'' is up to and includes that value.
For example, "up to 200" means up to and including 200kV.**

| Voltage (nominal, kV, alternating current) | | Minimum clearance distance (feet) |
|---|---|---|
| < 50 | …..……... | 10 |
| Over 50 up to 200 | …….…... | 15 |
| Over 200 to 350 | …….…... | 20 |
| Over 350 to 500 | …….…... | 25 |

|                    |          |                                                                                                                          |
|--------------------|----------|--------------------------------------------------------------------------------------------------------------------------|
| Over 500 to 750    | ……….     | 35                                                                                                                       |
| Over 750 to 1,000  | ……….     | 45                                                                                                                       |
| Over 1,000         | ……….     | as established by the utility owner / operator or registered professional engineer who is a qualified person with respect to electrical power transmission and distribution |

### 6.1.7. Preventing Encroachment Electrocution

Where encroachment precautions are required under Option (2) or Option (3) of this section, all of the following requirements must be met:

6.1.7.1. Conduct a planning meeting with the assembly / disassembly (A/D) director, operator, A/D crew and the other workers who will be in the A/D area to review the location of the power line(s) and the steps that will be implemented to prevent encroachment / electrocution

6.1.7.2. Tag lines must be non- conductive

6.1.7.3. At least one of the following additional measures must be in place. The measure selected from this list must be effective in preventing encroachment. The additional measures are:

6.1.7.3.1. Use a dedicated spotter who is in continuous contact with the equipment operator. The dedicated spotter must:

a. Be equipped with a visual aid to assist in identifying the minimum clearance distance. Examples of a visual aid include, but are not limited to, clearly visible line painted on the ground, a clearly visible line of stanchions a set of clearly visible line-of-sight landmarks (e.g., a fence post behind the dedicated spotter and a building corner ahead of the dedicated spotter).

b. Be positioned to effectively gauge the clearance distance

6.1.7.3.2. Where necessary, use equipment that enables the dedicated spotter to communicate directly with the operator

6.1.7.3.3. Give timely information to the operator so that the required clearance distance can be maintained

6.1.7.3.4. Use a proximity alarm that is set to give the operator sufficient warning to prevent encroachment.

a. A device that automatically warns the operator when to stop movement, such as a range control warning device. Such a device

must be set to give the operator sufficient warning to prevent encroachment.

b. A device that automatically limits range of movement, set to prevent encroachment

c. An elevated warning line, barricade or line of signs in view of the operator, equipped with flags or similar high-visibility markings

### 6.1.8.  Assembly / Disassembly below Power Lines Prohibited

During A/D, no part of a crane / derrick, load line or load (including rigging and lifting accessories), whether partially or fully assembled, is allowed below a power line unless the crane user has confirmed that the utility owner / operator has de-energized and (at the jobsite) visibly grounded the power line.

### 6.1.9.  Assembly / Disassembly inside Table A Clearance Prohibited

During A/D, no part of a crane / derrick, load line or load (including rigging and lifting accessories), whether partially or fully assembled, is allowed closer than the minimum approach distance under Table A (see below) to a power line unless the employer has confirmed that the utility owner / operator has de-energized and (at the jobsite) visibly grounded the power line.

### 6.1.10. Voltage Information

Where Option 3, in the Electrical – Power Line Safety – Equipment Operations section is used, the utility owner / operator of the power lines must provide the requested voltage information within two working days of the employer's request.

### 6.1.11. Power Lines Presumed Energized

Skanska / crane user must assume that all power lines are energized unless the utility owner / operator confirms that the power line has been and continues to be de-energized and visibly grounded at the jobsite.

### 6.1.12. Posting of Electrocution Warnings

There must be at least one electrocution hazard warning conspicuously posted in the cab so that it is in view of the operator and, except for overhead gantry and tower cranes, at least two on the outside of the equipment.

**6.2.    Power Line Safety-Equipment Operations**

**6.2.1.    Hazard Assessments and Precautions inside the Work Zone**

6.2.1.1.    Before beginning equipment operations, Skanska / crane user must have a CWP identifying the electrical hazards associated with the work. Identify the work zone by either:

6.2.1.1.1.    Demarcating boundaries (e.g., with flags or a device such as a range limit device or range control warning device) and prohibiting the operator from operating the equipment past those boundaries

6.2.1.1.2.    Defining the work zone as the area 360 degrees around the equipment, up to the equipment's maximum working radius

6.2.1.2.    For power lines < 350kV: Determine if any part of the equipment, load line or load (including rigging and lifting accessories), if operated up to the equipment's maximum working radius in the work zone, could get closer than 20 feet to a power line. If so, Skanska / crane user must meet the following requirements in Option 1, Option 2 or Option 3 of this section, as follows.

6.2.1.3.    For power Lines > 350kV: Refer to Option 3 only.

**Option 1**: Insure power is de-energized and grounded.

Confirm from the utility owner / operator that the power line has been de-energized and visibly grounded at the jobsite.

**Option 2**: Insure a 20-foot clearance.

Ensure that no part of the equipment, load line or load (including rigging and lifting accessories) gets closer than 20 feet to the power line by implementing the measures specified in the Electrical – Power Line Safety – Equipment Operations section.

**Option 3**: Insure a clearance which abides by Table A.

TABLE A—Minimum Clearance Distances

**Note: The value that follows ''to'' is up to and includes that value. For example, "up to 200" means up to and including 200kV.**

| Voltage (nominal, kV, alternating current) | | Minimum clearance distance (feet) |
|---|---|---|
| < 50 | …..…….. | 10 |

|                    |            |    |
|--------------------|------------|----|
| Over 50 up to 200  | …………..     | 15 |
| Over 200 to 350    | …..……..    | 20 |
| Over 350 to 500    | …..……..    | 25 |
| Over 500 to 750    | …..……..    | 35 |
| Over 750 to 1,000  | …..……..    | 45 |
| Over 1,000         | …………..     | as established by the utility owner / operator or registered professional engineer who is a qualified person with respect to electrical power transmission and distribution |

6.2.1.4.  Determine if any part of the equipment, load line or load (including rigging and lifting accessories), while operating up to the equipment's maximum working radius in the work zone, could get closer than the minimum approach distance of the power line permitted under Table A. If so, then Skanska / crane user must follow the requirements for preventing encroachment / electrocution of this section to ensure that no part of the equipment, load line, or load (including rigging and lifting accessories), approaches the overhead source.

Diagram A.1



Diagram A.2



Diagram A.3



Diagram A.1-A.3 are examples of Table A – Minimum clearance while operating

### 6.2.2. Preventing Encroachment / Electrocution Equipment Operations

Here encroachment precautions are required under Option 2 or Option 3 of this section, all of the following requirements must be met:

6.2.2.1.  Conduct a planning meeting reviewing the CWP with the operator and the other workers who will be in the area of the equipment or load to review the location of the power line(s) and the steps that will be implemented to prevent encroachment / electrocution

6.2.2.2.  Tag lines must be non- conductive

6.2.2.3.  Erect and maintain an elevated warning line, barricade or line of signs, in view of the operator, equipped with flags or similar high- visibility markings at 20' from the power line (if using Option 2 of this section) or at the minimum approach distance under Table A, above (if using Option 3 of this section).

6.2.2.4.  Implement at least one the following measures:

   6.2.2.4.1.  A proximity alarm, set to give the operator sufficient warning to prevent encroachment

   6.2.2.4.2.  A dedicated spotter who is in continuous contact with the operator. Where this measure is selected, the dedicated spotter must:

   a.  Be equipped with a visual aid to assist in identifying the minimum clearance distance. Examples of a visual aid include, but are not limited to, a clearly visible line painted on the ground, a clearly visible line of stanchions or a set of clearly visible line-of-sight landmarks (e.g., a fence post behind the dedicated spotter and a building corner ahead of the dedicated spotter).

   b.  Be positioned to effectively gauge the clearance distance. Where necessary, use equipment that enables the dedicated spotter to communicate directly with the operator. Give timely information to the operator so that the required clearance distance can be maintained.

6.2.2.5.   A device that automatically warns the operator when to stop movement, such as a range control warning device. Such a device must be set to give the operator sufficient warning to prevent encroachment.

6.2.2.6.   A device that automatically limits range of movement, set to prevent encroachment.

6.2.2.7.   An insulating link / device installed at a point between the end of the load line (or below) and the load.

### 6.2.3.   Voltage Information

Where Option 3 of this section is used, the utility owner / operator of the power lines must provide the requested voltage information within two working days of the employer's request.

### 6.2.4.   Operations below Power Lines

No part of the equipment, load line or load (including rigging and lifting accessories) is allowed below a power line; unless the crane user has confirmed that the utility owner / operator has de-energized and (at the jobsite) visibly grounded the power line.

Exceptions:

DocuSign Envelope ID: 2941B65A-97FA-49F2-972D-AB5D4EE3292E

6.2.4.1.   For equipment with non- extensible booms: The uppermost part of the
equipment, with the boom at true vertical, would be more than 25' below
the plane of the power line and more than the minimum clearance distance
below the plane of the power line, as established in Table A.

6.2.4.2.   For equipment with articulating or extensible booms: The uppermost part of
the equipment, with the boom in the fully extended position, at true vertical,
would be more than 25' below the plane of the power line or more than the
minimum clearance distance below the plane of the power line, as
established in Table A of this section.

### 6.2.5.   Power Lines Presumed Energized

6.2.5.1.   Skanska / crane user must assume that all power lines are energized unless
the utility owner / operator confirms that the power line has been and
continues to be de-energized and visibly grounded at the jobsite.

6.2.5.2.   When working near transmitter / communication towers where the
equipment is close enough for an electrical charge to be introduced to the
equipment or materials being handled, the transmitter must be de-energized
or the following precautions must be taken:

6.2.5.2.1.    The equipment must be provided with an electrical ground

6.2.5.2.2.    Tag lines must be non-conductive

### 6.2.6.   Training

To be prepared in the event of electrical contact with a power line, Skanska / crane user
must ensure each operator and crew member assigned to work with the equipment are
trained on all of the following:

6.2.6.1.   Information regarding the danger of electrocution from the operator simultaneously touching the equipment and the ground

6.2.6.2.   The importance to the operator's safety of remaining inside the cab except where there is an imminent danger of fire, explosion or other emergency that necessitates leaving the cab

6.2.6.3.   The safest means of evacuating from equipment that may be energized

6.2.6.4.   The danger of the potentially energized zone around the equipment (step potential)

6.2.6.5.   The need for crew in the area to avoid approaching or touching the equipment and the load

6.2.6.6.   Safe clearance distance from power lines

6.2.6.7.   The limitations of an insulating link / device, proximity alarm and range control (and similar) device, if used

6.2.6.8.   The procedures to be followed to properly ground equipment and the limitations of grounding

6.2.6.9.   Power lines are presumed to be energized unless the utility owner / operator confirms that the power line has been and continue to be de-energized and visibly grounded at the jobsite.

6.2.6.10.  Power lines are presumed to be uninsulated unless the utility owner / operator or a registered engineer who is a qualified person with respect to electrical power transmission and distribution confirms that a line is insulated.

6.2.6.11.  Employees working as dedicated spotters must be trained to effectively perform their task, including training on the applicable requirements of this section. Devices originally designed by the manufacturer for use as a safety device, operational aid or a means to prevent power line contact or electrocution when used to comply with this section, must meet the manufacturer's procedures for use and conditions of use.

6.2.6.12.   The crane user must determine that it is not feasible to do the work without breaching the minimum approach distance under Table A

6.2.6.13.  The crane user may determine that, after consultation with the utility owner / operator, it is infeasible to de-energize and ground the power line or relocate the power line.

### 6.2.7.  Power Line with Unknown Voltage

Refer to Option 1 in the Electrical – Power Line Safety – Equipment Operations section

### 6.2.8. Power Line Safety (All Voltages)—Equipment Operations Closer than the "Table A" Zone

Equipment operations in which any part of the equipment, load line or load (including rigging and lifting accessories) is closer than the minimum approach distance under Table A to an energized power line is **prohibited**, except where the crane user demonstrates that the following requirements are met:

6.2.8.1.  Hazards are identified in the CWP

6.2.8.2.  Minimum clearance distance is identified

6.2.8.3.  The power line owner / operator or registered professional engineer who is a qualified person with respect to electrical power transmission and distribution determines the minimum clearance distance that must be maintained to prevent electrical contact in light of the onsite conditions. The factors that must be considered in making this determination include, but are not limited to, conditions affecting atmospheric conductivity, time necessary to bring the equipment, load line and load (including rigging and lifting accessories) to a complete stop, wind conditions, degree of sway in the power line lighting conditions and other conditions affecting the ability to prevent electrical contact.

6.2.8.4.  A planning meeting with the employer and utility owner / operator (or registered professional engineer who is a qualified person with respect to electrical power transmission and distribution) is held to determine the procedures that will be followed to prevent electrical contact and electrocution. At a minimum these procedures must include:

6.2.8.4.1.  If the power line is equipped with a device that automatically reenergizes the circuit in the event of a power line contact, the automatic reclosing feature of the circuit interrupting device must be made inoperative if the design of the device permits before the work begins

6.2.8.4.2.  The dedicated spotter must be equipped with a visual aid to assist in identifying the minimum clearance distance. Examples of a visual aid include, but are not limited to, a line painted on the ground; a clearly visible line of stanchions; a set of clearly visible line- of- sight landmarks (such as a fence post behind the dedicated spotter and a building corner ahead of the dedicated spotter) positioned to effectively gauge the clearance distance. Where necessary, use equipment that enables the dedicated spotter to communicate directly with the operator.

DocuSign Envelope ID: 2941B65A-97EA-49F2-972D-AB5D4EE3292E

Give timely information to the operator so that the required clearance distance can be maintained.

6.2.8.4.3.    An elevated warning line or barricade (not attached to the crane) is in view of the operator (either directly or through video equipment) equipped with flags or similar high-visibility markings to prevent electrical contact

6.2.8.4.4.    An insulating link / device is installed at a point between the end of the load line (or below) and the load

6.2.8.4.5.    All employees, excluding equipment operators located on the equipment, who may come in contact with the equipment, the load line, or the load are insulated or guarded from the equipment, the load line, and the load through an additional means other than an insulating link device. Insulating gloves rated for the voltage involved are adequate additional means of protection for the purposes of this paragraph.

6.2.8.4.6.    Nonconductive rigging is used if the rigging is within the Table A distance during the operation

6.2.8.4.7.    The equipment is equipped with a device that automatically limits range of movement and that is set to prevent any part of the equipment, load line or load (including rigging and lifting accessories) from breaching the minimum approach distance established in Table A

6.2.8.4.8.    Tag lines are of the nonconductive type

6.2.8.4.9.    Barricades forming a perimeter at least 10' away from the equipment are used to prevent unauthorized personnel from entering the work area. In areas where obstacles prevent the barricade from being at least 10' away, the barricade must be as far from the equipment as feasible.

6.2.8.4.10.    Workers other than the operator are prohibited from touching the load line above the insulating link / device and crane. Operators remotely operating the equipment from the ground must use either wireless controls that isolate the operator from the equipment or insulating mats that insulate the operator from the ground.

6.2.8.4.11.    Only personnel essential to the operation are permitted to be in the area of the crane and load

6.2.8.4.12.    The equipment is properly grounded

6.2.8.4.13. Insulating line hose or cover- up is installed by the utility owner / operator except where such devices are unavailable for the line voltages involved

6.2.8.4.14. The procedures developed comply with this section and are documented and immediately available onsite

6.2.8.4.15. The equipment user and utility owner / operator (or RPE) meets with the equipment operator and the other workers who will be in the area of the equipment or load to review the procedures that will be implemented to prevent breaching the minimum approach distance established in Table A of this section and prevent electrocution.

6.2.8.4.16. The procedures developed to comply with this section are implemented

6.2.8.4.17. The utility owner / operator (or RPE) and all employers of employees involved in the work identify one person who will direct the implementation of the procedures. The person identified in accordance with this paragraph must direct the implementation of the procedures and must have the authority to stop work at any time to ensure safety.

6.2.8.4.18. If a problem occurs implementing these procedures or indicating that those procedures are inadequate to prevent electrocution, the employer must safely stop operations and either develop new procedures to comply with this section or have the utility owner / operator de- energize and visibly ground or relocate the power line before resuming work

6.2.8.4.19. Devices originally designed by the manufacturer for use as a safety device operational aid or a means to prevent power line contact or electrocution, when used to comply with this section, must comply with the manufacturer's procedures for use and conditions of use

## 6.2.9. Safety while Traveling Under or Near Power Lines with No Load

The crane user shall ensure that:

6.2.9.1.   The power lines are identified on the crane location plan.

6.2.9.2.   The boom / mast and boom / mast support system are lowered sufficiently to meet the requirements of this paragraph.

6.2.9.3.   The clearances specified in Table T (see below) of this section are maintained.

6.2.9.4.   The effects of speed and terrain on equipment movement (including movement of the boom / mast) are considered so that those effects do not cause the minimum clearance distances specified in Diagram B of this section to be breached.

6.2.9.5.   There is a dedicated spotter. If any part of the equipment while traveling will get closer than 15' to the power line, must ensure that a dedicated spotter who is in continuous contact with the driver / operator is used. The dedicated spotter must be positioned to effectively gauge the clearance distance. Where necessary, use equipment that enables the dedicated spotter to communicate directly with the operator. Give timely information to the operator so that the required clearance distance can be maintained.

6.2.9.6.   Additional precautions for traveling in poor visibility:

6.2.9.7.   When traveling at night or in conditions of poor  visibility, in addition to the measures previously specified in this section, the crane user will ensure that the  power lines are illuminated or another means of identifying the location of the lines is used and a safe  path of travel is identified and used

TABLE T —Minimum Clearance Distances While Traveling with No Load

| Voltage (nominal, kV, alternating current) while traveling | | Minimum clearance distance  (feet) |
|---|---|---|
| up to 0.75 | …..……... | 4 |
| over .75 to 50 | ……….. | 6 |
| over 50 to 345 | ..……… | 10 |
| over 345 to 750 | ………….. | 16 |
| Over 750 to 1,000 | ………….. | 20 |
| Over 1,000 | ………….. | as established by the utility owner / operator    or registered professional engineer who is a qualified person with respect to electrical power  transmission and distribution |

Diagram B – Examples of Table T – Required clearances while traveling



## 6.2.10. Unavailable Operation Procedures

Where the manufacturer's procedures are unavailable, the crane user will ensure compliance with all procedures necessary for the safe operation of the equipment and attachments. Procedures for the operational controls must be developed by a qualified person.

## 6.2.11. Accessibility of Procedures

The procedures applicable to the operation of the equipment, including rated capacities (load charts), recommended operating speeds, special hazard warnings, instructions and operator's manual will be readily  available in the cab at all times for use by the operator. Where rated capacities are available in the cab only in electronic form and in the event of a failure that makes the rated capacities inaccessible, the operator must immediately cease operations or follow safe shut-down procedures until the rated capacities (in electronic or other form) are available.

### 6.3.    Electrical:  Regional / Project-Specific Requirements

- None

# 7. Weather

The project team shall develop a means to continually monitor weather conditions (e.g. NOAA, web based weather alerts, lightning strike app, local radar, etc.).  It will be at the discretion of the project team and crane operator to implement manufactures recommendations for securing the equipment.

## 7.1.    Wind

The manufacture's requirements regarding the effects of wind speed shall be identified and adhered to.  Cranes that are not equipped with an anemometer shall have a means (e.g. handheld device, etc.) to identify local wind speeds that could potentially have an adverse effect on the crane operations.  Objects with large surface areas, such as formwork,  may require a lower threshold in order to be safely lifted.

## 7.2.    Lightning

The use of a crane during a lightning event will be at the discretion of the project team.  A means to track lightning strikes and alert workers shall be implemented.

## 7.3.    Winter Months

Prior to crane operations during the winter months, the boom and head sheaves shall be inspected for the presence of ice.  If possible, the boom shall be lowered for the inspection. The CWP shall address the hazard of the potential of falling ice from the crane.  Personnel working with the crane shall stand in front of the crane beyond the hook or headache ball. Barge cranes have a higher likely hood of ice buildup.

## 7.4.    Weather:  Regional / Project-Specific Requirements

*   None

# 8.  Training Requirements

## 8.1.    Signal Training-General Requirements

8.1.1.    Personnel with the responsibility of signaling a crane will possess a certificate from a nationally recognized accredited organization / trainer or have passed Skanska's or subcontractor's hand signal training course.

8.1.2.    Qualified signal persons shall display visual marking on their hardhat.  It is recommended that the signal person dons a unique visual identifier (e.g. green hardhat, vest and gloves).

8.1.3.    During operations requiring signals, the ability to transmit signals between the operator and designated signal person will be maintained. If that ability is

interrupted at any time, the operator will safely stop operations requiring signals until the signal is reestablished and a proper signal is given and understood.

8.1.4.   If the operator becomes aware of a safety problem and needs to communicate with the signal person, the operator must safely stop operations. Operations will not resume until the operator and signal person agree that the problem has been resolved.

8.1.5.   Only one person gives signals to a crane / derrick at a time, except in circumstances where the operator cannot see the assigned signal person.  In this case, a second signal person can relay signals to the operator from the signal person who is out of view. The CWP must be amended at this time.

8.1.6.   Anyone who becomes aware of a safety problem must alert the operator or signal person by giving the stop or emergency stop signal. All directions given to the operator by the signal person will be given from the operator's direction perspective.

8.1.7.   A designated signal person must be provided for any working or traveling crane on site.

8.1.8.   Signals to operators must be by hand or dedicated two-way communication. When using hand signals, the standard method must be used.

Exception: where use of the standard method for hand signals is infeasible, or where an operation or use of an attachment is not covered in the standard method, non-standard hand signals may be used.

### 8.1.9.   Non- Standard Hand Signals

When using non-standard hand signals, the signal person, operator and lift  supervisor (where there is one) will contact each other prior to the operation and agree on the non-standard  hand signals that will be used.

### 8.1.10. New Signals

8.1.10.1. Signals other than hand, voice or audible signals may be used where the employer on any project, demonstrates that:

8.1.10.1.1.  The new signals provide communication at least equally effective as voice, audible or standard  method hand signals, and are suitable.

8.1.10.1.2.  The signals used (e.g., hand, voice, audible or new) and means of transmitting the signals to the operator (e.g., direct line of

sight, video, radio, etc.) must be appropriate for the site conditions.

8.1.10.2. Prior to crane operations, the operator, designated signal person and when applicable, the lift supervisor shall agree upon the voice signals that will be used.  If any personnel are changed, or if there is confusion regarding the voice signals, operations shall cease and a meeting shall be held to clarify the voice signals.

8.1.10.3. Each voice signal must contain the following three elements, given in the following order: function (such as hoist, boom, etc.), direction; distance and/or speed; function, stop command.

8.1.10.4. The operator, signal person and lift supervisor, if there is one, must be able to effectively communicate in the language used.

8.1.10.5. When using any electronic device for voice / audible signals, back-up batteries must be with the signal person prior to operation. A proactive plan for device failure must be discussed and documented.

### 8.1.11. Communication with Multiple Cranes / Derricks

Where a signal person(s) is in communication with more than one crane / derrick, a system for identifying which crane / derrick each signal is for must be established.

### 8.1.12. Radio or Other Electronic Transmission of Signals

The device(s) used to transmit signals will be tested onsite before beginning operations to ensure that the signal  transmission is clear and reliable. Signals must be transmitted through a dedicated channel.

Exception: Multiple  cranes / derricks and one or more signal persons may share a dedicated channel for the purpose of coordinating  operations. The operator's reception of signals must be by a hands-free system

### 8.1.13. Signals

Hand signal charts must be both posted on the equipment and readily available at the site.

Upon completion of the hand signal training course or if the signalman possesses a nationally recognized certificate from an accredited organization, each individual will be issued the appropriate project- specific signalman visual identifier. See images below.

| Corresponding Hand Signal | Function | Initiate Voice Function | Terminate Function |
|---|---|---|---|

| Corresponding Hand Signal | Function | Initiate Voice Function | Terminate Function |
|---|---|---|---|
|  | HOIST | "Hoist"<br>"Hoist up"<br>"Hoist load"<br>"Hoist hook" | "Hoist stop" |
|  | LOWER | "Lower"<br>"Lower down"<br>"Lower load"<br>"Lower hook" | "Lower stop" |
|  | BOOM UP | "Boom up" | "Boom stop" |
|  | BOOM DOWN | "Boom down" | "Boom stop" |
|  | TELESCOPE OUT (Mobile Telescopic Boom Cranes ONLY) | "Telescope out" | "Telescope stop" |

| Corresponding Hand Signal | Function | Initiate Voice Function | Terminate Function |
|---|---|---|---|
|  | TELESCOPE IN (Mobile Telescopic Boom Cranes ONLY) | "Telescope in" | "Telescope stop" |
|  | TROLLEY TRAVEL (Tower Cranes ONLY) | "Trolley in" "Trolley out" | "Trolley stop" |
|  | SWING | "Swing right" "Swing left" | "Swing stop" |
|  | TRAVEL | "Travel forward" "Travel reverse" | "Travel stop" |
|  | DOG EVERYTHING | "Dog everything" | N/A |

| Corresponding Hand Signal | Function | Initiate Voice Function | Terminate Function |
|---|---|---|---|
|  | USE MAIN HOIST (Mobile Crane ONLY) | "Use main hoist" "Use main drum" | N/A |
|  | USE WHIPLINE (AUXILIARY HOIST) (Mobile Crane ONLY) | "Use whipline" "Use auxiliary hoist" "Use auxiliary drum" | N/A |
|  | BOOM DOWN AND RAISE THE LOAD | NO VOICE COMMAND | N/A |
|  | BOOM UP AND LOWER THE LOAD | NO VOICE COMMAND | N/A |
|  | STOP | Function STOP | N/A |

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

| Corresponding Hand Signal | Function | Initiate Voice Function | Terminate Function |
|---|---|---|---|
|  | EMERGENCY STOP | "Emergency Stop" | N/A |

## 8.2.   Electrical Training

<u>General Requirements</u>

Each crew member working with a crane must have completed the electrical training defined in the Electrical – Power Line Safety – Equipment Operations section.

## 8.3.   Dedicated Spotter

<u>General Requirements</u>

A person working as a dedicated spotter around electrical hazards must be trained to fit the definition of signal person.

**8.4.    Rigging Training**

8.4.1.  Personnel with the responsibility of rigging will possess a certificate from a nationally recognized accredited organization / trainer or have passed Skanska's or subcontractor's rigging training course.

8.4.2.  Qualified riggers shall display visual marking on their hardhat.  It is recommended that the signal person dons a unique visual identifier (e.g. green hardhat, vest and gloves).

8.4.3.  At a minimum, a qualified rigger shall:

8.4.3.1.  Possess a recognized degree, certificate, or professional standing, or has extensive knowledge, training, and experience, and can successfully demonstrate the ability to solve problems related to rigging loads.

8.4.3.2.  Know the weight of the load

8.4.3.3.  Know how to select the appropriate rigging for the load

8.4.3.4.  Know the differences between hitching configurations

8.4.3.5.  Know how to inspect rigging

8.4.3.6.  Understand the concept of center of gravity and balancing of the load

**8.5.    Applicable Links**

EHS Forms and Documents

- None

Training Links
- Mobile Crane Safety - Construction [Competent Person] - Mobile Crane Safety - Construction [Competent Person]

**8.6.    Training:  Regional / Project-Specific Requirements**

- None

# 9.  Unconventional Cranes

## 9.1.    Tower Cranes

This section contains supplemental requirements for tower cranes. All sections apply to tower cranes unless specified otherwise.

### 9.1.1.   Erecting, Climbing and Dismantling

The following sections apply to tower cranes (except as otherwise noted), except that the term assembly / disassembly (A/D) is replaced by "erecting, climbing and dismantling," and the term "disassembly" is replaced by "dismantling":

> Assembly / Disassembly — Selection of manufacturer or employer procedures
>
> Assembly / Disassembly — General requirements (applies to all assembly and disassembly operations)
>
> Disassembly – Additional requirements for dismantling of booms and jibs (applies to both the use of manufacturer procedures and employer procedures)

### 9.1.2.   Dangerous Areas (Self- Erecting Tower Cranes)

In addition to the requirements for self-erecting tower cranes, the following applies:

9.1.2.1.   Employees will not be in or under the tower, jib or rotating portion of the crane during erecting, climbing and dismantling operations until the crane is secured in a locked position and the competent person in charge indicates it is safe to enter this area, unless the manufacturer's instructions direct otherwise and only the necessary personnel are permitted in this area

9.1.2.2.   In some jurisdictions, a master rigger and proper notification to local governing agencies are required. This is the responsibility of the project team.

### 9.1.3.   Foundations and Structural Supports

Tower crane foundations and structural supports will be designed by the manufacturer or a RPE.

### 9.1.4.   Addressing Specific Hazards

In addition to assembly / disassembly requirements, the A/D supervisor will address the following:

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

9.1.4.1.  Foundations and structural supports: The A/D supervisor will verify that the tower crane foundations and structural supports are installed in accordance with their design.

9.1.4.2.  Loss of backward stability: Backward stability must be considered before swinging self-erecting cranes or cranes on traveling or static undercarriages.

9.1.4.3.  Wind speed: Wind must not exceed the speed recommended by the manufacturer or where the manufacturer does not specify this information, the speed determined by a qualified person.

### 9.1.5.  Plumb Tolerance

Towers will be erected plumb to the manufacturer's tolerance and verified by a qualified person. Where the manufacturer does not specify plumb tolerance, the crane tower will be plumb to a tolerance of at least 1:500 (approximately 1" in 40').

### 9.1.6.  Multiple Tower Crane Jobsites

On jobsites where more than one fixed jib (hammerhead) tower crane is installed, the cranes will be located so no crane will come in contact with the structure of another crane. Cranes are permitted to pass over one another.

### 9.1.7.  Climbing Procedures

Prior to, and during, all climbing procedures (including inside climbing and top climbing), the employer will:

9.1.7.1.  Comply with all manufacturer prohibitions

9.1.7.2.  Have an RPE verify that the host structure is strong enough to sustain the forces imposed through the braces

9.1.7.3.  Brace anchorages and supporting floors

9.1.7.4.  Ensure that no part of the climbing procedure takes place when wind exceeds the speed recommended by the manufacturer or, where the manufacturer does not specify this information, the speed determined by a qualified person. Some local governing agencies require 48-hour notifications.

### 9.1.8.  Counterweight / Ballast

Equipment will not be erected, dismantled or operated without the amount and position of counterweight and/or ballast in place as specified by the manufacturer or an RPE familiar with the equipment. The maximum counterweight and/or ballast specified by the manufacturer or an RPE familiar with the equipment will not be exceeded.

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE2292E

### 9.1.9.  Signs

The size and location of signs installed on tower cranes must be in accordance with manufacturer specifications. Where these are unavailable, an RPE familiar with the type of equipment involved must approve in writing the size and location of any signs.

### 9.1.10. Safety Devices

The following safety devices are required on all tower cranes unless otherwise specified:

9.1.10.1. Boom stops on luffing boom type tower cranes

9.1.10.2. Jib stops on luffing boom type tower cranes if equipped with a jib attachment

9.1.10.3. Travel rail end stops at both ends of travel rail

9.1.10.4. Travel rail clamps on all travel bogies

9.1.10.5. Integrally mounted check valves on all load-supporting hydraulic cylinders

9.1.10.6. Hydraulic system pressure limiting device

9.1.10.7. The following brakes, which automatically set in the event of pressure loss or power failure:

>    9.1.10.7.1.   A hoist brake on all hoists
>
>    9.1.10.7.2.   Swing brake
>
>    9.1.10.7.3.   Trolley brake
>
>    9.1.10.7.4.   Rail travel brake

9.1.10.8. Dead man control or forced neutral return control (hand) levers

9.1.10.9. Emergency stop switch at the operator's station

9.1.10.10.  Trolley end stops at both ends of travel of the trolley

Proper operation required

Operations will not begin unless the devices listed in this section are in proper working order. If a device stops working properly during operations, the operator will safely stop operations.  Operations will not resume until the device is again working properly. Alternative measures are not permitted to be used.

### 9.1.11. Operational Aids

9.1.11.1. The devices listed in the following sections ("operational aids") are required on all tower cranes, unless otherwise specified.

9.1.11.2. Operations will not begin unless the operational aids are in proper working order, except where Skanska / crane user meets the specified temporary alternative measures. More protective alternative measures specified by the tower crane manufacturer, if any, will be followed.

9.1.11.3. If an operational aid stops working properly during operations, the operator will safely stop operations until the temporary alternative measures are implemented or the device is again working properly. If a replacement part is no longer available, the use of a substitute device that performs the same type of function is permitted and is not considered a modification.

**Category I Operational Aids and Alternative Measures**

Operational aids listed in this below that are not working properly will be repaired no later than seven days after the deficiency occurs.

Exception: If the employer documents that it has ordered the necessary parts within seven days of the occurrence of the deficiency, the repair will be completed within seven days of receipt of the parts.

### 9.1.11.4. Trolley Travel Limiting Device

The travel of the trolley will be restricted at both ends of the jib by a trolley-travel limiting device to prevent the trolley from running into the trolley end stops.

Temporary alternative measures:

9.1.11.4.1.  Option A: The trolley rope will be marked (so it can be seen by the operator) at a point that gives the operator sufficient time to stop the trolley prior to the end stops

9.1.11.4.2.  Option B: A spotter will be used when operations are conducted within 10' of the outer or inner trolley end stops

### 9.1.11.5. Boom Hoist Limiting Device

The range of the boom will be limited at the minimum and maximum radius.

Temporary alternative measures: Clearly mark the cable (so it can be seen by the operator) at a point that gives the operator sufficient time to stop the

boom hoist within the minimum and maximum boom radius or use a spotter.

### 9.1.11.6. Anti Two- Blocking Device

The tower crane will be equipped with a device that automatically prevents damage from contact between the load block, overhaul ball or similar component and the boom tip (or fixed upper block or similar component). The device(s) must prevent such damage at all points where two-blocking could occur.

Temporary alternative measures: Clearly mark the cable (so it can be seen by the operator) at a point that will give the operator sufficient time to stop the hoist to prevent two-blocking or use a spotter.

### 9.1.11.7. Hoist Drum Lower Limiting Device

Tower cranes manufactured more than one year after January 1st, 2011 must be equipped with a device that prevents the last three wraps of hoist cable from being spooled off the drum.

Temporary alternative measures: Mark the cable (so it can be seen by the operator) at a point that will give the operator sufficient time to stop the hoist prior to the last three wraps of hoist cable being spooled off the drum or use a spotter.

### 9.1.11.8. Load Moment Limiting Device

The tower crane must have a device that prevents moment overloading

Temporary alternative measures: A radius-indicating device will be used (if the tower crane is not equipped with a radius indicating device, the radius will be measured to ensure the load is within the rated capacity of the crane). In addition, the weight of the load will be determined from a reliable source (e.g., the load's manufacturer), by a reliable calculation method (i.e., calculating a steel beam from measured dimensions and a known per foot weight) or by other equally reliable means. This information will be provided to the operator prior to the lift.

### 9.1.11.9. Hoist Line Pull Limiting Device

The capacity of the hoist will be limited to prevent overloading including each individual gear ratio if equipped with a multiple-speed hoist transmission.

Temporary alternative measures: The operator will ensure that the weight of the load does not exceed the capacity of the hoist (including for each individual gear ratio if equipped with a multiple speed hoist transmission).

### 9.1.11.10. Rail Travel Limiting Device

The travel distance in each direction will be limited to prevent the travel bogies from running into the end stops or buffers.

Temporary alternative measures: A spotter will be used when operations are conducted within 10' of either end of the travel rail end stops.

### 9.1.11.11. Boom Hoist Drum Positive Locking Device

The boom hoist drum will be equipped with a device to positively lock the boom hoist drum.

Temporary alternative measures: The device will be manually set when required if an electric, hydraulic or automatic type is not functioning.

### 9.1.12. Category II Operational Aids and Alternative Measures

Operational aids listed in below that are not working properly will be repaired no later than 30 days after the deficiency occurs.

Exception: If the employer can document that it has ordered the necessary parts within seven days of the occurrence of the deficiency, and the part is not received in time to complete the repair in 30 days, the repair will be completed within seven days of receipt of the parts.

### 9.1.12.1. Boom Angle or Hook Radius Indicator

9.1.12.1.1.  Luffing boom tower cranes will have a boom angle indicator readable from the operator's station.

9.1.12.1.2.  Hammerhead tower cranes will have a hook radius indicator readable from the operator's station.

9.1.12.1.3.  If either of the above criteria is not met, the following temporary alternative measures may be implemented:

### 9.1.12.2. Temporary alternative measures:

9.1.12.2.1.  Hook radii or boom angle will be determined by measuring the hook radii or boom angle

9.1.12.2.2.  Trolley travel deceleration device: the trolley speed will be automatically reduced prior to the trolley reaching the end limit in both directions

9.1.12.2.3.  The operator will reduce the trolley speed when approaching the trolley end limits

9.1.12.2.4.  Boom hoist deceleration device: the boom speed will be automatically reduced prior to the boom reaching the minimum or maximum radius limit

9.1.12.2.5.  The operator will reduce the boom speed when approaching the boom maximum or minimum end limits

9.1.12.2.6.  Load hoist deceleration device: the load speed will be automatically reduced prior to the hoist reaching the upper limit

9.1.12.2.7.  The operator will reduce the hoist speed when approaching the upper limit

9.1.12.2.8.  Wind speed indicator: a device will be provided to display the wind speed and mounted above the upper rotating structure on tower cranes. On self-erecting cranes, it will be mounted at or above the jib level.

9.1.12.2.9.  Use of wind speed information from a properly functioning indicating device on another tower crane on the same site or a qualified person estimates the wind speed

9.1.12.2.10.  Load indicating device: Cranes manufactured after 2012 will have a device that displays the magnitude of the load on the hook. Displays that are part of load-moment limiting devices that display the load on the hook meet this requirement.

DocuSign Envelope ID: 29A1B65A-97FA-49F3-972D-A95D4EE3292E

> 9.1.12.2.11.  The weight of the load will be determined from a reliable source (e.g., the load's manufacturer), by a reliable calculation method (i.e., calculating a steel beam from measured dimensions and a known per foot weight) or by other equally reliable means. This information will be provided to the operator prior to the lift.

### 9.1.13. Pre- Erection Inspections

Before each crane component is erected:

> 9.1.13.1.  It must be inspected by a qualified person for damage or excessive wear. The qualified person must pay particular attention to components that will be difficult to inspect thoroughly during shift inspections.

> 9.1.13.2. If the qualified person determines that a component is damaged or worn to the extent that it would create a safety hazard if used on the crane, that component must not be erected on the crane unless it is repaired and, upon re- inspection by the qualified person, found to no longer create a safety hazard.

> 9.1.13.3. If the qualified person determines that, though not presently a safety hazard, the component needs to be monitored, the employer must ensure that the component is checked in the monthly inspections. Any such determination must be documented and the documentation must be available to any individual who conducts a monthly inspection.

### 9.1.14. Post- Erection Inspection

The following requirements will be met:

> 9.1.14.1. A load test using certified weights or scaled weights using a certified scale with a current certificate of calibration will be conducted after each erection. The load test will be conducted in accordance with the manufacturer's instructions. Where these instructions are will develop written load-test procedures.

> 9.1.14.2. See the Annual Inspections / Nondestructive Testing section for additional requirements

### 9.1.15. Daily / Pre-shift Inspection

See the Daily / Pre-shift Inspections section for additional requirements

### 9.1.16. Monthly Inspection

The following additional items will be included:

9.1.16.1. Tower (mast) bolts and other structural bolts (for loose or dislodged condition) from the base of the tower crane up or, if the crane is tied to or braced by the structure, those above the upper- most brace support

9.1.16.2. The uppermost tie- in, braces, floor supports and floor wedges where the tower crane is supported by the structure, shall be inspected for loose or dislodged components

9.1.16.3. See the Daily / Pre-shift Inspections section for additional requirements

### 9.1.17. Annual Inspection

9.1.17.1. In addition to the items that must be inspected, all turntable and tower bolts must be inspected for proper condition and torque.

9.1.17.2. See the Annual Inspections / Nondestructive Testing section for additional requirements

## 9.2.    Derricks

This section contains supplemental requirements for derricks. Whether temporarily or permanently mounted, all sections of this subpart apply to derricks unless specified otherwise. A derrick is powered equipment consisting of a mast or equivalent member that is held at or near the end by guys or braces, with or without a boom and its hoisting mechanism. The mast / equivalent member and/or the load is moved by the hoisting mechanism (typically base-mounted) and operating ropes. Derricks include: A-frame, basket, breast, Chicago boom, gin pole (except gin poles used for erection of communication towers), guy, shearleg, stiffleg and variations of such equipment.

### 9.2.1.   Operation – Procedures

Section OSHA 1926.1417 (Operation) applies except for OSHA 1926.1417(c) Accessibility of procedures.

#### 9.2.1.1.  Load Chart Contents

Load charts will contain at least:

9.2.1.1.1.   Rated capacity at corresponding ranges of boom angle or operating radii

9.2.1.1.2.   Specific lengths of components to which the rated capacities apply

9.2.1.1.3.   Required parts for hoist reeving

9.2.1.1.4.   Size and construction of rope

9.2.1.1.5.   Load chart location

### 9.2.1.2.   Permanent Installations

For permanently installed derricks with fixed lengths of boom, guy and mast, a load chart  will be posted where it is visible to personnel responsible for the operation of the equipment.

### 9.2.1.3.   Non-  Permanent Installations

For derricks that are not permanently installed, the load chart will be readily  available at the job site to personnel responsible for the operation of the equipment.

### 9.2.2.   Construction and Anchoring

General Requirements

9.2.2.1.  Derricks will be constructed to meet all stresses imposed on members and components when installed and operated in accordance with the manufacturer's procedures and within its rated capacity

9.2.2.2.  Welding of load-sustaining members will conform to recommended practices in ANSI/AWS D14.3 - 94 or D1.1- 2

### 9.2.3.  Guy Derricks

9.2.3.1.  The minimum number of guys is six, with equal spacing, except where a qualified person or derrick manufacturer approves variations from these requirements and revises the rated capacity to compensate for such variations. Guy derricks will not be used unless the employer has the following guy information:

9.2.3.1.1.  The number of guys

9.2.3.1.2.  The spacing around the mast

9.2.3.1.3.  The size, grade and construction of rope to be used for each guy

9.2.3.2.  The anchorage and guying will be designed to withstand maximum horizontal and vertical forces encountered when operating within rated capacity with the particular guy slope and spacing specified for the application.

9.2.3.3.  For guy derricks manufactured after December 18, 1970, in addition to the information required in this section, the employer will have the following guy information:

9.2.3.3.1.  The amount of initial sag or tension

9.2.3.3.2.  The amount of tension in guy line rope at anchor

9.2.3.4.  The mast base will permit the mast to rotate freely with allowance for slight tilting of the mast caused by guy slack.

The mast cap will:

9.2.3.4.1.    Permit the mast to rotate freely

9.2.3.4.2.    Withstand tilting and cramping caused by the guy loads

9.2.3.4.3.    Be secured to the mast to prevent disengagement during erection

9.2.3.4.4.    Be provided with means for attaching guy ropes

### 9.2.4.  Stiffleg Derricks

9.2.4.1.    The mast will be supported in the vertical position by at least two stifflegs. One end of each will be connected to the top of the mast and the other end securely anchored. The stifflegs will be capable of withstanding the loads imposed at any point of operation within the load chart range, and the mast base will:

9.2.4.1.1.    Permit the mast to rotate freely (when necessary)

9.2.4.1.2.    Permit deflection of the mast without binding

9.2.4.1.3.    Be prevented from lifting out of its socket when the mast is in tension

9.2.4.1.4.    Be anchored

9.2.4.1.5.    Be designed to withstand maximum horizontal and vertical forces encountered when operating within rated capacity with the particular stiffleg spacing and slope specified for the application

9.2.4.2.    The stiffleg connecting member at the top of the mast will:

9.2.4.2.1.    Permit the mast to rotate freely (when necessary)

9.2.4.2.2.    Withstand the loads imposed by the action of the stifflegs

9.2.4.2.3.    Be secured so as to oppose separating forces

9.2.4.2.4.    Be anchored

9.2.4.2.5.    Be designed to withstand maximum horizontal and vertical forces encountered when operating within rated capacity with the particular stiffleg spacing and slope specified for the application

### 9.2.5.  Gin Pole Derrick

Guy lines will be sized and spaced to stabilize the gin pole in both boomed and vertical positions.

Exceptions:

9.2.5.1.  Where the size and/or spacing of guy lines do not result in the gin pole being stable in both boomed and vertical positions, the employer will ensure that the derrick is not used in an unstable position

9.2.5.2.  The base of the gin pole will permit movement of the pole (when necessary). The gin pole shall be anchored at the base against horizontal forces (when such forces are present)

### 9.2.6.  Chicago Boom Derrick

The fittings for stepping the boom and for attaching the topping lift will be arranged to:

9.2.6.1.  Permit the derrick to swing at all permitted operating radii and mounting heights between fittings

9.2.6.2.  Accommodate attachment to the upright member of the host structure

9.2.6.3.  Withstand the forces applied when configured and operated in accordance with the manufacturer's procedures and within its rated capacity

9.2.6.4.  Prevent the boom or topping lift from lifting out under tensile forces

### 9.2.7.  Swingers and Hoists

The boom, swinger mechanisms and hoists will be suitable for the derrick work intended and will be anchored to prevent displacement from the imposed loads.  Base-mounted drum hoists will meet the requirements in the  following sections of ASME B30.7–2001:

9.2.7.1.  Sections 7- 1.1 (Load ratings and markings)

9.2.7.2.  Section 7- 1.2 (Construction), except: 7- 1.2.13 (Operator's cab) 7- 1.2.15 (Fire extinguishers)

9.2.7.3.  Section 7- 1.3 (Installation)

9.2.7.4.  Applicable terms in section 7- 0.2 (Definitions)

### 9.2.8.  Load Tests for New Hoists

The employer will ensure that new hoists are load tested to a minimum of 110 percent of rated capacity, but not  more than 125 percent of rated capacity, unless otherwise recommended by the manufacturer. This requirement  is met where the manufacturer has conducted this testing.

### 9.2.9.  Repaired or Modified Hoists

Hoists that have had repairs, modifications or additions affecting their capacity or safe operation will be  evaluated by a qualified person to determine if a load test is necessary.

If it is, load testing will be conducted in accordance with this policy and manufacturer requirements.

### 9.2.10. Load Test Procedure

Load tests required by this policy will be conducted as follows:

9.2.10.1. The test load will be hoisted a vertical distance to assure that the load is supported by the hoist and held by the hoist brake(s)

9.2.10.2. The test load will be lowered, stopped and held with the brake(s)

9.2.10.3. The hoist will not be used unless a competent person determines that the test has been passed

### 9.2.11. Operational Aids

Section OSHA 1926.1416 (Operational aids) applies, except for:
OSHA 1926.1416 (d)(1) Boom hoist limiting device  and
OSHA 1926.1416(e)(1) Boom angle or radius indicator and
OSHA 1926.1416(e)(4) Load weighing and similar devices.

#### 9.2.11.1. Boom Angle Aid

The employer will ensure that either:

9.2.11.1.1. The boom hoist cable is marked with caution and stop marks. The stop marks will correspond to maximum and minimum allowable boom angles. The caution and stop marks will be in view of the operator or a spotter who is in direct communication with the operator.

9.2.11.1.2. An electronic or other device that signals the operator in time to prevent the boom from moving past its maximum and minimum angles, or automatically prevents such movement, is used

#### 9.2.11.2. Load Weight / Capacity Devices

9.2.11.2.1. Derricks manufactured after 2012 with a maximum rated capacity over 6,000 pounds will have at least one of the following: load weighing device, load moment indicator, rated capacity indicator or rated capacity limiter.

9.2.11.2.2. Temporary alternative measures: The weight of the load will be determined by a reliable source (e.g., the load's manufacturer), by a reliable calculation method (i.e., calculating a steel beam from measured dimensions and a known per foot weight) or by

other equally reliable means. This information will be provided to the operator prior to the lift.

### 9.2.12. Post- Assembly Approval and Testing – New or Reinstalled Derricks

#### 9.2.12.1. Functional Test

Prior to initial use, new or reinstalled derricks will be tested with no hook load by a competent person to verify proper operation. This test will include:

9.2.12.1.1.   Lifting and lowering the hook(s) through the full range of hook travel

9.2.12.1.2.   Raising and lowering the boom through the full range of boom travel

9.2.12.1.3.   Swinging in each direction through the full range of swing

9.2.12.1.4.   Actuating the anti two- block and boom hoist limit devices (if provided)

9.2.12.1.5.   Actuating the locking, limiting and indicating devices (if provided)

#### 9.2.12.2. Load Test

Prior to initial use, new or reinstalled derricks will be load tested by a qualified person.

9.2.12.2.1.   The test load will meet the following requirements:

a.   Test loads will be at least 100 percent and no more than 110 percent of the rated capacity unless otherwise recommended by the manufacturer or qualified person but in no event will the test load be less than the maximum anticipated load

9.2.12.2.2.   The test will consist of:

a.   Hoisting the test load a few inches and holding to verify that the load is supported by the derrick and held by the hoist brake(s)

b.   Swinging the derrick, if applicable, the full range of its swing, at the maximum allowable working radius for the test load

c.   Booming the derrick up and down within the allowable working radius for the test load

d.   Lowering, stopping and holding the load with the brake(s).

9.2.12.2.3.    The derrick will not be used unless the qualified person determines that the test has been passed.

9.2.12.2.4.    Documentation

Tests conducted under this section will be documented. The document will contain the date, test results and the name of the tester. The document will be retained until the derrick is re-tested or dismantled, whichever occurs first.

### 9.2.12.3. Load Testing Repaired or Modified Derricks

Derricks that have had repairs, modifications or additions affecting the derrick's capacity or safe operation will be evaluated by a qualified person to determine if a load test is necessary. If a load test is necessary, it will be conducted and documented in accordance with this policy.

### 9.2.13. Power Failure Procedures

If power fails during operations, the derrick operator will safely stop operations. This includes setting all brakes or locking devices and moving all clutch and other power controls to the off position.

### 9.2.14. Use of Winch Heads

Ropes will not be handled on a winch head without the knowledge of the operator. While a winch head is being used, the operator will be within reach of the power unit control lever.

### 9.2.15. Securing the Boom

9.2.15.1. When the boom is being held in a fixed position, dogs, pawls or other positive holding mechanisms on the boom hoist will be engaged. When taken out of service for 30 days or more, the boom will be secured by one of the following methods:

9.2.15.1.1.    Laid down

9.2.15.1.2.    Secured to a stationary member, as nearly under the head as possible, by attachment of a sling to the load block for guy derricks, lifted to a vertical position and secured to the mast for stiffleg derricks, secured against the stiffleg

The process of jumping the derrick will be supervised by the A/D supervisor.

Derrick operations will be supervised by a competent person.

### 9.2.15.2. Inspections

In addition to the requirements in OSHA 1926.1412, the following additional items will be included in the inspections:

9.2.15.2.1.   Daily: Guys for proper tension

9.2.15.2.2.   Annual: Gudgeon pin for cracks, wear and distortion

9.2.15.2.3.   Foundation supports for continued ability to sustain the imposed loads. OSHA 1926.1427 Operator qualification and certification does not apply.

## 9.3.    Floating Cranes, Derricks and Land Cranes, Derricks on Barges

This section contains supplemental requirements for floating cranes / derricks and land cranes / derricks on barges, pontoons, vessels or other means of flotation (vessel / flotation device). All sections of this subpart apply to floating  cranes / derricks and land cranes / derricks on barges, pontoons, vessels or other means of flotation, unless specified  otherwise. The requirements of this section do not apply when using jacked barges when the jacks are deployed to the river / lake / sea bed and the barge is fully supported by the jacks

### 9.3.1.   General Requirements

The following this section apply to both floating cranes / derricks and  land cranes / derricks on barges, pontoons, vessels or other means of flotation

### 9.3.2.   Work Area Control

The requirements of OSHA 1926.1424 Work area control apply, except for OSHA 1926.1416 (a) (2) (ii).

The employer  must either:

9.3.2.1.   Erect and maintain control lines, warning lines, railings or similar barriers to mark the boundaries of the  hazard areas

Or:

9.3.2.2.   Clearly mark the hazard areas using a combination of warning signs (such as "Danger — Swing / Crush  Zone") and high visibility markings on the equipment that identify the hazard areas. In addition, the  employer will train the employees to understand what these markings signify.

### 9.3.3.   Keeping Clear of the Load

OSHA 1926.1425 does not apply.

### 9.3.4.  Additional Safety Devices

In addition to the safety devices listed in OSHA 1926.1415, the following safety devices are required:

> 9.3.4.1.  Barge, pontoon, vessel or other means of flotation list and trim device, located in the cab or, where there is no cab, at the operator's station
>
> 9.3.4.2.  Horn
>
> 9.3.4.3.  Positive equipment house lock
>
> 9.3.4.4.  Wind speed and direction indicator: A competent person will determine if wind is a factor that needs to be considered. If it needs to be considered, a wind speed and direction indicator will be used

### 9.3.5.  Operational Aids

An anti two-block device is required only when hoisting personnel or hoisting over an occupied  cofferdam or shaft.

OSHA 1926.1416(e)(4) Load weighing and similar devices does not apply to dragline, clamshell (grapple),  magnet, drop ball, container handling, concrete bucket and pile driving work.

### 9.3.6.  Accessibility of Procedures Applicable to Equipment Operation

If the crane / derrick has a cab, the requirements of OSHA 1926.1417(c) apply. If the crane / derrick does not have a cab, rated capacities (load charts) will be posted at the operator's station. If the operator's station is moveable (such as  with pendant-controlled equipment), the load charts will be posted on the equipment

Procedures applicable to the operation of the equipment (other than load charts), recommended operating speeds,  special hazard warnings, instructions and operators manual, will be readily available on board.

### 9.3.7.  Inspections

In addition to meeting the requirements of OSHA 1926.1412 for inspecting the crane / derrick, the employer will ensure  that the barge, pontoons, vessel or other means of flotation used to support a floating crane / derrick or land  crane / derrick is inspected as follows:

### 9.3.7.1.  Shift Inspections

The means used to secure / attach the equipment to the vessel / flotation device will be inspected for proper condition, including wear, corrosion, loose or missing fasteners, defective welds and (where applicable) insufficient tension.

See the Daily / Pre-Shift Inspections section for additional requirements

### 9.3.7.2.  Monthly Inspections

The vessel / flotation device used will be inspected for the following:

9.3.7.2.1.   The means used to secure / attach the equipment to the vessel / flotation device will be inspected for proper condition, including wear, corrosion and (where applicable) insufficient tension.

9.3.7.2.2.   The vessel/flotation device is not taking on water.

9.3.7.2.3.   The deck load is properly secured.

9.3.7.2.4.   Chain lockers, storage, fuel compartments and battening of hatches for serviceability as a water-tight appliance.

9.3.7.2.5.   Firefighting and lifesaving equipment in place and functional.

The shift and monthly inspections will be conducted by a competent person. If any deficiency is identified, an immediate determination will be made by a qualified person as to whether the deficiency constitutes a hazard. If the deficiency is determined to constitute a hazard, the vessel / flotation device will be removed from service until it has been corrected.

See the Monthly Inspections section for additional requirements

### 9.3.7.3.  Annual Inspections

External vessel / flotation device inspection

9.3.7.3.1.   The external portion of the barge, pontoons, vessel or other means of flotation used will be inspected annually by a qualified person who has expertise with respect to vessels / flotation devices. The inspection will include the items identified above as Shift and Monthly of this section.

9.3.7.3.2.   In addition, cleats, bitts, chocks, fenders, capstans, ladders and stanchions will be inspected for significant:

a.      Corrosion, wear, deterioration and deformation

b.      External evidence of leaks and structural damage

       c.       Four-  corner draft readings checked

       d.       Firefighting equipment for serviceability

       e.       Rescue skiffs, lifelines, work vests, life preservers and buoys for condition

9.3.7.3.3.    If any deficiency is identified, an immediate determination will be made by the qualified person as to whether the  deficiency constitutes a hazard or, though not yet a hazard, needs to be monitored in the monthly inspections.

9.3.7.3.4.    If the deficiency is determined to constitute a hazard, the vessel / flotation device will be removed from service until it has been corrected.

9.3.7.3.5.    If the qualified person determines that, though not presently a hazard, the deficiency needs  to be monitored, the employer will ensure that the deficiency is checked in the monthly inspections.

9.3.7.3.6.    See the Annual / Comprehensive Inspections section for additional requirements

**9.3.7.4.  Quadrennial Inspections (4-year Inspections)**

Internal vessel / flotation device inspection

9.3.7.4.1.    The internal portion of the barge, pontoons, vessel or other means of flotation used will be surveyed once every four years by a marine engineer, marine architect, licensed surveyor or other qualified person who has expertise with respect to vessels / flotation devices.

9.3.7.4.2.    If any deficiency is identified, an immediate determination will be made by the surveyor as to whether the deficiency constitutes a hazard or, though not yet a hazard, needs to be monitored in the monthly or annual inspections, as appropriate.

9.3.7.4.3.    If the deficiency is determined to constitute a hazard, the vessel / flotation device will be removed from service until it has been corrected.

9.3.7.4.4.    If the surveyor determines that, though not presently a hazard, the deficiency needs to be monitored, the employer will ensure that the deficiency is checked in the monthly or annual inspections, as appropriate.

### 9.3.7.5.  Documentation

The monthly and annual inspections required in this section (above) will be documented in accordance with OSHA 1926.1412 (e) (3) and 1926.1412(f)(7), respectively.

The quadrennial inspection required in this section will be documented in accordance with OSHA 1926.1412(f) (7), and the documentation for that inspection will be retained for a minimum of four years.

### 9.3.8.  Working with a Diver

The following additional requirements apply when working with a diver in the water:

9.3.8.1.  If a crane / derrick is used to get a diver into and out of the water, it will not be used for any other purpose until the diver is back on board. When used for more than one diver, it will not be used for any other purpose until all divers are back on board.

9.3.8.2.  The operator will remain at the controls of the crane / derrick at all times.  In addition to the requirements in OSHA 1926.1419 through 1422 Signals, either:

9.3.8.2.1.  A clear line of sight will be maintained between the operator and tender

9.3.8.2.2.  The signals between the operator and tender will be transmitted electronically

9.3.8.3.  The means used to secure the crane / derrick to the vessel / flotation device must not allow any amount of shifting in any direction.

9.3.8.4.  The employer must ensure that the manufacturer's specifications and limitations with respect to environmental, operational and in- transit loads for the barge, pontoons, vessel or other means of flotation are not exceeded or violated.

### 9.3.9.  Load Charts

9.3.9.1.  The manufacturer load charts applicable to operations on water will not be exceeded. When using these  charts, the employer will comply with all parameters and limitations (such as dynamic / environmental  parameters) applicable to the use of the charts.

9.3.9.2.  The load charts will take into consideration a minimum wind  speed of 40 miles per hour.

9.3.9.3.  The requirements for maximum allowable list and maximum allowable trim as  specified in Table M1 of this section will be met.  Reference OSHA 1926.1437(m) (1) -  (m) (4)

| TABLE M1 – Maximum Allowable List and Trim | | |
|---|---|---|
| Rated Capacity | Maximum Allowable List | Maximum Allowable Trim |
| Equipment designed for marine use by permanent attachment (other  than derricks): | | |

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

| TABLE M1 – Maximum Allowable List and Trim | | |
|---|---|---|
| Rated Capacity | Maximum Allowable List | Maximum Allowable Trim |
| 25 tons or less | 5 degrees | 5 degrees |
| Over 25 tons | 7 degrees | 7 degrees |
| Derricks designed for marine use by permanent attachment: | 10 degrees | 10 degrees |

9.3.9.4.   The equipment will be stable under the conditions specified in Tables M2 and M3 of this section.  Anything  less than minimum freeboard list needs to be approved by an RPE.

| TABLE M2 – Equipment freeboard stability requirements | | |
|---|---|---|
| Operated at | Wind speed | Minimum freeboard |
| Rated capacity | 60 mph | 2 ft. |
| Rated capacity plus 25% | 60 mph | 1 ft. |
| High boom, no load | 60 mph | 2 ft. |

| TABLE M3 – Equipment freeboard stability requirements | |
|---|---|
| Operated at | Wind speed |
| For backward stability of the boom: High boom, no load, full back list (least stable condition) | 90 mph |

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

9.3.9.5.  If the equipment is employer-made, it will not be used unless the employer has documents demonstrating that the load charts and applicable parameters for use meet the requirements of this policy. Such documents will be signed by an RPE who is a qualified person with respect to the design of this type of equipment (including the means of flotation). The barge, pontoons, vessel or other means of flotation used will:

9.3.9.5.1.  Be structurally sufficient to withstand the static and dynamic loads of the crane / derrick when operating at the crane / derrick's maximum rated capacity with all anticipated deck loads and ballasted compartments

9.3.9.5.2.  Have a subdivided hull with one or more longitudinal watertight bulkheads for reducing the free surface effect

9.3.9.5.3.  Have access to void compartments to allow for inspection and pumping

9.3.9.6.  The rated capacity of the equipment (load charts) applicable for use on land will be reduced to account for increased loading from list, trim, wave action and wind, be applicable to a specified location(s) on the specific barge, pontoons, vessel or other means of flotation that will be used, under the expected environmental conditions and ensure that the conditions required in this section are met.

9.3.9.7.  The equipment manufacturer, or a qualified person who has expertise with respect to both land crane / derrick capacity and the stability of vessels / flotation device, will complete the rated capacity modification required in this section.

### 9.3.10. List and Trim

9.3.10.1.  The maximum allowable list and the maximum allowable trim for the barge, pontoon, vessel or other means of flotation will not exceed the amount necessary to ensure that the conditions in Table M2 of this section are met. In addition, the maximum allowable list and the maximum allowable trim will not exceed the least of the following:

9.3.10.1.1.  Five degrees

9.3.10.1.2.  The amount specified by the crane / derrick manufacturer

9.3.10.1.3.  The amount specified by the qualified person, when an amount is not specified by the manufacturer

9.3.10.2.  The maximum allowable list and the maximum allowable trim for the land crane / derrick will not exceed the amount specified by the crane / derrick

manufacturer or, where an amount is not so specified, the amount specified by the qualified person.

9.3.10.3. The following conditions will be met:

9.3.10.3.1.   All deck surfaces of the barge, pontoons, vessel or other means of flotation used will be above water

9.3.10.3.2.   The entire bottom area of the barge, pontoons, vessel or other means of flotation used will be submerged

### 9.3.11. Physical Attachment, Corralling, Rails System and Centerline Cable System

The employer will meet the requirements in Option 1, Option 2, Option 3 or Option 4 of this section. Whichever option is used, the requirements of this subsection must also be met.

#### Option 1 – Physical attachment

The crane / derrick will be physically attached to the barge, pontoons, vessel or other means of flotation. Methods of physical attachment include crossed-cable systems attached to the crane / derrick and vessel / flotation device (this type of system allows the crane / derrick to lift up slightly from the surface of the vessel / means of flotation), bolting or welding the crane / derrick to the vessel / flotation device, strapping the crane / derrick to the vessel / flotation device with chains or other methods of physical attachment.

#### Option 2 – Corralling

The crane / derrick will be prevented from shifting by installing barricade restraints (a corralling system). Corralling systems will not allow any amount of shifting in any direction by the equipment.

#### Option 3 – Rails

The crane / derrick will be mounted on a rail system to prevent shifting. Rail clamps and rail stops are required unless the system is designed to prevent movement during operation by other means.

#### Option 4 – Centerline cable system

The crane / derrick will be mounted to a wire rope system to prevent shifting. The wire rope system will meet the following requirements:

9.3.11.1.1.    The wire rope and attachments will be of sufficient size / strength to support the side load of crane / derrick

9.3.11.1.2.    The wire rope will be physically attached to the vessel / flotation device

9.3.11.1.3.    The wire rope will be attached to the crane / derrick by appropriate attachment methods (such as shackles or sheaves) on the undercarriage, which will allow the crew to secure the crane / derrick from movement during operation and to move the crane / derrick longitudinally along the vessel / flotation device for repositioning

9.3.11.1.4.    Means shall be installed to prevent the crane / derrick from passing the forward or aft end of the wire rope attachments

9.3.11.1.5.    The crane / derrick will be secured from movement during operation

9.3.11.2.  The systems / means used to comply with Option 1, Option 2, Option 3 or Option 4 of this section will be designed by a marine engineer, an Registered Professional Engineer (RPE) familiar with floating crane / derrick design, or a qualified person familiar with floating crane / derrick design.

9.3.11.3.  Exception: For mobile auxiliary cranes used on the deck of a floating crane / derrick, the requirement to use Option 1, Option 2, Option 3 or Option 4 of this section does not apply when the employer demonstrates implementation of a plan and procedures that meet the following requirements:

9.3.11.3.1.    A marine engineer or RPE familiar with floating crane / derrick design develops and signs a written plan for the use of the mobile auxiliary crane.

9.3.11.3.2.    The plan will be designed so that the applicable requirements of this section are met despite the position, travel, operation and lack of physical attachment (or corralling, use of rails or cable system) of the mobile auxiliary crane.

9.3.11.3.3.    The plan will specify the areas of the deck where the mobile auxiliary crane is permitted to be positioned, travel and operate, and the parameters / limitations of such movements and operation.

9.3.11.3.4.    The deck will be marked to identify the permitted areas for positioning, travel and operation.

9.3.11.3.5.  The plan will specify the dynamic / environmental conditions that must be present for use of the plan.

9.3.11.4. If the dynamic / environmental conditions of this subsection are exceeded, the mobile auxiliary crane will be physically attached or corralled in accordance with Option 1, Option 2 or Option 4 of this section.

9.3.11.5. The barge, pontoons, vessel or other means of flotation used will:

9.3.11.5.1.  Be structurally sufficient to withstand the static and dynamic loads of the crane / derrick when operating at the crane / derrick's maximum rated capacity with all anticipated deck loads and ballasted compartments.

9.3.11.5.2.  Have a subdivided hull with one or more longitudinal watertight bulkheads for reducing the free surface effect.

9.3.11.5.3.  Have access to void compartments to allow for inspection and pumping.

## 9.4.    Overhead & Gantry Cranes

### 9.4.1.   Permanently Installed Overhead and Gantry Cranes

This paragraph applies to the following equipment when used in construction and permanently installed in a  facility: overhead and gantry cranes, including semi gantry, cantilever gantry, wall cranes, storage bridge cranes,  and others having the same fundamental characteristics.

The requirements of OSHA 1910.179, except for OSHA 1910.179(b) (1), apply to the equipment identified in the paragraph above of this section.

### 9.4.2.   Overhead and Gantry Cranes that are Not Permanently Installed in a Facility

This section applies to the following equipment when used in construction and not permanently installed in a facility: overhead and gantry cranes, overhead / bridge cranes, semi gantry, cantilever gantry, wall cranes, storage bridge cranes, launching gantry cranes and similar equipment, irrespective of whether it travels on tracks, wheels, or other means.

The following requirements apply to equipment identified in the paragraph directly above in this section:

9.4.2.1.  OSHA 1926.1400 through 1414; OSHA 1926.1417 through 1425; OSHA 1926.1426(d), OSHA 1926.1427 through 1434; OSHA 1926.1437, OSHA 1926.1439, and OSHA 1926.1441

9.4.2.2.  The following portions of OSHA 1910.179:

9.4.2.3.  Paragraphs (b)(5),(6),(7); (e)(1),(3),(5),(6); (f)(1),(4); (g); (h)(1),(3); (k); and (n) of OSHA 1910.179

9.4.2.4.  The definitions in OSHA 1910.179 (a) except for "hoist" and "load." For those words, the definitions in OSHA 1926.1401 apply

9.4.2.5.  OSHA 1910.179 (b)(2) applies only to equipment identified in paragraph (b)(1) of this section manufactured before September 19, 2001

9.4.2.6.  For equipment manufactured on or after September 19, 2001, the following sections of ASME B.30.2–2011 apply: 2-1.3.1; 2-1.3.2; 2-1.4.1; 2-1.6; 2-1.7.2; 2-1.8.2; 2-1.9.1; 2-1.9.2; 2-1.11; 2-1.12.2; 2-1.13.7; 2-1.14.2; 2-1.14.3; 2-1.14.5; 2-1.15.; 2-2.2.2; 2-3.2.1.1. In addition, 2-3.5 applies, except in 2-3.5.1 (b), "29CFR 1910.147" is substituted for "ANSI Z244.1"

### 9.5.  Unconventional Cranes:  Regional / Project-Specific Requirements

- None

## 10.  Program Management

### 10.1.  Crane Management System

10.1.1. For Skanska owned and rented cranes, the RCC will utilize Intelex for reporting and tracking purposes.  The database will include all information related to each Skanska owned or rented crane.  It will include size, capacity, make, model, location, status of inspections, certification number, historical maintenance data and all other applicable information related to each crane.

10.1.2. Intelex will alert the RCC to upcoming expiring monthly, annual and periodic inspections. The RCC will schedule inspections with the PCC.

10.1.3. If at any time a PCC is not available on a jobsite and an action needs to take place, the following hierarchy of authority governs:

Superintendent
Project manager
Project executive

10.1.4. If a PCC is removed from the jobsite, there will be a transition period of one month while a new PCC is selected and trained.

## 10.2.   Program:  Regional / Project-Specific Requirement, Approvals and Storage

Each region and project may require amendments to this minimum policy for a specific owner and/or regional variations. Regional and project-specific requirements need to be approved by the EHS and Equipment Departments.

- None

## 10.3.   Document Storage

Monthly and periodic inspections will be stored in multiple locations.  Hard copies of the most recent inspection  must be stored in the crane and in the equipment file. These documents will be available upon request at the site of operation.

## 10.4.   Program Evaluation and Improvement

The Skanska Crane Policy will be evaluated and revised routinely in conjunction with Skanska's EHS manual.



# Demolition



## Objective

The purpose of this program is to establish project-specific guidelines to ensure the highest level of safety during demolition operations.

## Legal and Other Requirements

Federal, State, Local Regulations

- NFPA 241
- NYC DOB CH.33 SECTION BC3310 – Demolition
- NYC DOB CH.33 SECTION BC3310 – Requirements for the Construction or Demolition of Major Buildings
- OSHA 29 CFR 1926.850   - Preparatory operations

Skanska/Client Requirements

- None

## Procedure

1. Demolition plan
    1.1. Prior to demolition activities, a hazardous material survey must be accomplished to identify all hazardous materials (e.g. asbestos, lead, PCBs mercury, etc.).
    1.2. Before starting any demolition activities, each job must develop a project-specific demolition plan.
    1.3. The demolition plan must indicate the phases of work by method. Risk assessment is a critical component when selecting the final method.
    1.4. The plan should include (if they are applicable):
        - Engineering survey report
        - Hazardous materials survey
        - Abatement plans for each hazardous material
        - Demolition method plan
        - Utility protection plan
        - Shoring or bracing plan
        - Fall protection plan

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-AB5D4EE8292E

- Worker access plan
- Maintenance of Traffic (MOT) plans
- Dust control plan
- Waste/debris disposal plan
- Pest and rodent control (vermin control)
- Noise and vibration assessment based on demolition means and methods
- Permits

1.4. Any project specific requirements for this section are listed here.

2. <u>Engineering survey</u>

    2.1. Prior to demolition operations, an engineering survey report will be made by a competent person of the structure per OSHA 29 CFR 1926.850, Subpart T.

    2.2. The completed engineering survey report form must be kept onsite during all operations.

    2.3. Any project specific requirements for this section are listed here.

3. <u>Hazardous materials survey and abatement plan</u>

    3.1. Prior to the disturbance/removal of any identified or suspect hazardous materials, take the necessary precautions to ensure worker and community safety.

    3.2. Any project specific requirements for this section are listed here.

4. <u>Utility protection plan</u>

    4.1. All known or suspected utilities must be clearly identified (using Call Before You Dig or other utility locate service) and marked before demolition work begins.

    4.2. The demolition plan must list each known or suspected utility and indicate the following:

- Is the utility scheduled to remain or will it be removed before demolition begins?
- If the utility remains, is protection required including any bracing or shoring?
- Project management must decide if demolition work can safely proceed if high-risk utilities are suspected in the demolition area.
- Testing and purging of pipes, tanks or other equipment containing hazardous, flammable or explosive substances must be considered and highlighted in the demolition plan.

    4.3. Any project specific requirements for this section are listed here.

5. <u>Shoring or bracing plan</u>

5.1. The demolition plan must identify the structures impacted by demolition, including internal walls, flooring or bracing and external structure (for example party walls that may rely on or be impacted by the demolished structure).

5.2. Any project specific requirements for this section are listed here.

6. Dust control plan

6.1. The demolition plan must state if permitting requires dust control, the type of dust suppressant used (i.e., water, chemical or both), the source (i.e., fire hydrant, ponded water, or tanker) and what equipment is needed to spray the water (i.e., type of pump, length of hose, nozzles, etc.)

6.2. Any project specific requirements for this section are listed here.

7. Disposal plan

7.1. The demolition plan must list the type of debris requiring disposal and must state where each waste is being disposed and how it will be removed from the structure.

7.2. Any project specific requirements for this section are listed here.

8. Pest and rodent control plan

8.1. The demolition plan must state if permitting requires a pest and rodent control plan and the procedures that will be taken.

8.2. Any project specific requirements for this section are listed here.

9. Noise and vibration assessment

9.1. The demolition plan must assess noise and vibration impacts and appropriate controls.

9.2. Any project specific requirements for this section are listed here.

EHS Forms and Documents
- Demolition - Pre-Demolition Survey Checklist  - Demolition - Pre-Demolition Survey Checklist

**Applicable Training**

- Respiratory training
- Specific hazardous material training

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Dropped Object Protection



## Objective

This plan establishes the guidelines to prevent materials, such as construction materials, tools, equipment, debris, hard hats/helmets, radios, phones, etc., from falling from elevation and causing harm to workers, members of the public, and damage to tools, material and property., such as construction materials, tools, equipment, debris, hard hats/helmets, radios, phones, etc., from falling from elevation and causing harm to workers, members of the public, and damage to tools, material and property.

## Legal and Other Requirements

Federal, State, Local Regulations

- OSHA 29 CFR 1910 Subpart D Walking-Working Surfaces
- OSHA 29 CFR 1926 Subpart H Material Handling, Storage, Use, and Disposal
- OSHA 29 CFR 1926 Subpart M Fall Protection
- ANSI/ASSE A10.34-2001 (R2012) Protection of the Public on or Adjacent to Construction Sites

Skanska/Client Requirements

- None

## Procedure

1. General Requirements
   1.1. Include dropped object prevention controls in Construction Work Plans and Daily Hazard Analyses.
   1.2. The following items shall be included in the plan: construction materials, tools, equipment, debris, hard hats/helmets, radios, phones, etc.
   1.3. Controls may include the following:
      - Sequencing of work to prevent trade stacking
      - Tool tethering
      - Debris netting
      - Barricades
      - Cocoon systems

  1.4. If there is a potential for materials or equipment to fall, all areas below must be secured with barricades and signage.

  1.5. If there is a potential for tools to fall, tool tethers, barricades and signage shall be used.

  1.6. Any project specific requirements for this section are listed here.

2. <u>Tool and Material Storage</u>

  2.1. Tools, loose materials and equipment with the potential of being displaced shall not be stored within six (6) feet of any hoist way or inside floor openings, nor within 10 feet of an exterior edge unless the opening/edge is protected sufficiently.

  2.2. All tools, loose materials, and equipment that are not in use while working at heights shall be secured against accidental displacement.

  2.3. Any project specific requirements for this section are listed here.

<u>EHS Forms and Documents</u>

- None

**Applicable Training**

- Dropped object awareness training will be developed in accordance with project needs

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

# Electrical



## Objective

The purpose of this program is to protect against the hazards associated with electricity. Our safeguards against electrical hazards include lockout/tagout (LOTO) procedures and general requirements for work involving any type of electricity or electric tool.

## Legal and Other Requirements

Federal, State, Local Regulations

- NEC
- NFPA 70 and 70E
- NYC DOB CH.33 SECTION BC3303 – Safeguards and Maintenace of Site
- OSHA 29 CFR 1926 Subpart K
- OSHA 29 CFR 1926 Subpart V  - Electric Power Transmission and Distribution

Skanska/Client Requirements

- None

## Procedure

1. General Requirements
   1.1. All cords shall be elevated above the work surface when practical.
   1.2. Wire, nails or other conductive material shall not be used to hang or attach cords or welding leads.
   1.3. Cords that cross roadways shall be protected from damage by vehicle and equipment traffic by devices such as hose bridges.
   1.4. Nationally Recognized Testing Laboratories (NRTL) approved (e.g., UL) covers are required on all panels, load centers, pull boxes, etc. prior to energizing. Equipment shall be secured to prevent unauthorized/unqualified workers access to energized electrical parts or equipment.
   1.5. No work will be performed on any energized electrical circuit, busbars, equipment or panels unless a work plan is developed in accordance with Chapter 1 of NFPA 70E and submitted to Skanska management for review prior to performance of work.
   1.6. Electrical equipment and tools shall be inspected by a competent person to prevent any worker from receiving an electrical shock. This rule applies to all cords, portable

electrical equipment, tools and appliances not part of any permanent building or structural electrical systems.

1.7. All temporary cords shall be three-wire, 16 gauge or heavier, with a hard or extra-hard duty rating.

1.8. Electrical tape cannot be used to repair electrical cords.

1.9. All cords shall be visually inspected daily.

1.10.     Repairs shall be completed by a designated competent person and be done in accordance with manufacturer's specifications.

1.11.     Once permanent power is energized all exposed live conductors shall be covered (e.g., outlet covers and panels).

1.12.     Prior to drilling through floors and walls where an energized electrical hazard exists, confirmation of the location of existing electrical hazards shall be verified and communicated to the workers. Means of identification may include, but are not limited to x-ray, electronic stud finder with AC detection, review of as-builts, etc.

1.13.     Any project specific requirements for this section are listed here.

2. Ground Fault Circuit Interrupters (GFCI)

2.1. All cords, tools and appliances that are 120 volts shall be connected to a GFCI. Office equipment and appliances in site offices do not require GFCI devices.

2.2. All GFCIs shall be tested prior to use. If a damaged GFCI is identified it shall not be used and it should be reported to a supervisor.

2.3. Any project specific requirements for this section are listed here.

3. Double-Insulated Tools

3.1. All tools must have a grounding conductor/prong or be double-insulated.

3.2. If the double-insulated label has been removed, painted over or is otherwise not legible, the tool shall be removed from service.

3.3. Any project specific requirements for this section are listed here.

4. Electrical Systems

4.1. Electrical systems shall be inspected and maintained.

4.2. All equipment shall have positive indication of "ON" (energized) and "OFF" (de-energized) clearly labeled on the device/equipment.

4.3. Electrical equipment shall not be opened, repaired or otherwise handled until it is de-energized, locked, and tagged according to the Lockout/tagout program.

4.4. Perform a voltage test on de-energized equipment prior to performing any work.

4.5. All metal panels, boxes, covers, conduit, etc. that are part of the electrical system shall be grounded.

4.6. All electrical equipment exposed to flammable gases or vapors, combustible dust, or ignitable fibers shall be explosion-proof.

4.7. Circuit breakers shall be labeled to show what they control.

4.8. All circuit breaker panels shall be labeled to show what voltage, phase and feeder source they contain and shall be marked in accordance with ANSI standards and National Electrical Code (NEC).

4.9. All cables exiting metal panels or boxes shall be secured with stress relieving clamps.

4.10. Waterproof clamps shall be used as necessary.

4.11. All splices shall be enclosed inside an approved box. Repairs shall be sealed with epoxy or vulcanizing kits; tape alone is not acceptable.

4.12. All energized panels shall be equipped with a lockable door so that power can be turned off and locked out for repairs.

4.13. Adequate space is needed to open the door at least ninety (90) degrees.

Clearance will be according to the table below:

| Nominal voltage to ground | Minimum clear distance for conditions[1] | | |
|---|---|---|---|
| | (A) | (B) | (C) |
| | Feet[2] | Feet[2] | Feet[2] |
| 0-150 | 3 | 3 | 3 |
| 151-600 | 3 | 3 ½ | 4 |

[1]Conditions (A), (B), (C) are as follows: (A) Exposed live parts on one side and no live or grounded parts on the other side of the working space, or exposed live parts on both sides effectively guarded by insulating material. Insulated wire or insulated busbars operating at no more than 300 volts are note considered live parts. (B) Exposed live parts on one side and grounded parts on the other side. (C) Exposed live parts on both sides of the workplace [not guarded as provided in condition (A)] with the operator between.

[2]For all international systems of units (SI): one foot = 0.3048 meters

4.14. Any project specific requirements for this section will be listed here.

EHS Forms and Documents
- None

**Applicable Training**
- None

Training Links
- Electrical Safety [Competent Person]  - Electrical Safety [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- Lockout/tagout

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

# Excavation and Trenching



## Objective

The purpose of this program is to protect against the hazards associated with trenching and excavation operations.

## Legal and Other Requirements

### Federal, State, Local Regulations

- OSHA 29 CFR 1926.650  - Scope, application, and definitions applicable to this subpart
- OSHA 29 CFR 1926.651  - Specific Excavation Requirements
- OSHA 29 CFR 1926.652  - Requirements for protective systems
- OSHA Technical Manual (OTM) Section V: Chapter 2

### Skanska/Client Requirements

- None

## Procedure

1. General Requirements
    1.1.  A competent person must supervise all trenching and excavations and be onsite at all times during trenching and excavation operations. Employees may not work in any excavation that the competent person deems unsafe. The competent person shall inspect all excavations each shift and when conditions of the excavation have changed, in accordance with Skanska's Excavation Checklist.
    1.2.  A Dig Permit is required to be completed prior to any ground intrusive activities (trenching and/or excavation, etc.) to prevent underground utility strikes. A Dig Permit shall be completed and attached to the CWP for the ground intrusive operations.
    1.3.  Review utility drawings and contact "one call" or other entities to determine which utilities may be encountered during excavation work.
        - If damage occurs to any line, terminate work and contact the utility owner. Work may only proceed after the utility company and project management give authorization.
        - When approaching the estimated location of the underground installation, use hand digging or alternative safe method.

- While the excavation is open, protect, support or remove underground installations as necessary to safeguard employees and the utility.

1.4. Provide adequate barriers around the perimeter of all excavations.

1.5. Employees must stand away from any vehicle being loaded or unloaded to avoid being struck by spillage or falling materials. Employees will not be under any loads handled by equipment.

1.6. Keep all spoil piles a minimum of two (2) feet from the edge of the excavation, or detain spoils using a sufficient retaining device.

1.7. Provide a stairway, ramp, or ladder, in all trench excavations four (4) feet or more in depth. The maximum travel distance to the point of access must be less than 25 feet.

- When a ramp is used, the employee must be able to exit the excavation upright without having to scale the slope.
- If structural ramps are used, the competent person must design the ramp. If the ramp is for vehicle use, the competent person must be qualified in structural design. All structural members of ramps and runways shall be of uniform thickness.

1.8. Scale all excavations to remove loose material that could pose a hazard by falling or rolling into the excavation.

1.9. Where oxygen deficiency (less than 19.5 percent oxygen) or a hazardous atmosphere exists or could reasonably be expected to exist in an excavation greater than four (4) feet deep, test the atmospheres in the excavation before entry, and do the following:

- Use a ventilation system to be monitored by the competent person.
- Make emergency rescue equipment available.

1.10. Employees will not work in excavations in which there is accumulated water or water is accumulating. Employees may re-enter the excavation after the water has been removed and the competent person has inspected and approved the excavation.

1.11. Remove or support surface encumbrances such as signs, poles, and foundations to protect employees from the hazards they pose.

1.12. Shore, brace, or underpin adjacent structures such as buildings, sidewalks, pavement, etc. as required. Do not excavate below footings or foundations unless an appropriate shoring system designed by a professional engineer is in place.

1.13. Provide proper guardrails at walkways over excavations.

1.14. Any project specific requirements for this section are listed here.


2. Soil

2.1. Consider all soil Type C until otherwise determined by a competent person.

2.2. Perform a visual test by observing the soil during excavation specifically looking for cohesiveness, cracks, layered systems, surface water, vibration, other existing underground structures, etc., that can affect the stability of the excavation. In addition

to the visual test, perform a plasticity, dry strength, thumb penetration or pocket penetrometer test to determine the soil classification:

| Stable Rock | • Natural solid material<br>• Can be excavated with vertical sides remaining intact |
| --- | --- |
| Type A | • Highly cohesive soil<br>• Unconfined compressive strength 1.5 tons per square foot (tsf) or greater<br>• Contains significant clay content of is a cemented soil |
| Type B | • Less cohesive than type A<br>• Unconfined compressive strength between 0.5 tsf and 1.5 tsf<br>• Can include certain angular gravel and previously disturbed soils that are well compacted |
| Type C | • Little or no cohesive properties<br>• Unconfined compressive strength less than 0.5 tsf<br>• Includes mostly granular soil |

2.3.    Any project specific requirements for this section are listed here.

3.  <u>Protective Systems</u>



3.1.    At a minimum, trenches five (5) feet deep or greater must have a protective system, or be properly sloped or benched in accordance with the table below:

| Maximum Allowable Slopes |
| --- |

| Stable Rock | Vertical | 90 Degrees |
|---|---|---|
| Type A | ¾ h : 1 v | 53 Degrees |
| Type B | 1 h : 1 v | 45 Degrees |
| Type C | 1 ½ h : 1 v | 34 Degrees |

- Trenches less than five (5) feet in depth may require protective systems, sloping, or benching depending on soil conditions and/or activities.

3.2.   If a protective system is used, the below requirements must be met:

- The protective system must be designed by a registered professional engineer or be a commercially available system.
- Protective systems designed by a registered professional engineer must include sizes, types and configurations of the materials, and be in written form and properly stamped. Keep at least one copy at the jobsite.
- Material used for the protective systems must be free from damage that may impair their function, and used per manufacturer's recommendations. Keep manufacturer's data sheet available at the jobsite.
- Install and remove support systems in a manner that protects employees. Before temporary removal of individual members begins, take additional precautions to ensure the safety of employees, such as installing other structural members to carry the loads imposed on the support system.
- Begin removal at the bottom of excavation and progress from there. Backfilling will progress together with the removal of support systems from excavations. Do not excavate more than two (2) feet below the bottom member of a support system unless it is so designed.

3.3.   If timber or aluminum shoring is used, use it in accordance with specifications and manufacturer's recommendations. Keep all manufacturer's data at the jobsite. Deviations will only be allowed with the manufacturer's written approval.

3.4.   If shield systems are used, install them in a manner to restrict lateral or other hazardous movement of the shield in the event of the application of sudden lateral loads. Do not excavate more than two (2) feet below the bottom of a shield unless it is so designed.

3.4.1.   Protect employees from the hazard of cave-ins when entering or exiting the areas protected by shields, and do not allow them in shields when shields are being installed, removed or moved vertically.

3.5.   Any project specific requirements for this section are listed here.

EHS Forms and Documents
- Dig Permit SKANSKA Final - Dig Permit SKANSKA Final
- Excavation Checklist - Excavation Checklist

**Applicable Training**
- As of May 4, 2019, additional training is required for "excavators" (the company performing the excavation work) working around utilities in NY State. All excavations in NY State that have the potential to impact utilities must have a certified Supervisor and Competent Person assigned to the work.
  - To satisfy this requirement, in addition to notifying 811 prior to digging around utilities, all Skanska Superintendents and Competent Persons assigned to these operations must complete the 811 Excavation Training and Education Program before work begins. The training will be good for 5 years.

Training Links
- Excavations Trenches and Shoring [Competent Person]  - Excavations Trenches and Shoring [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**
- None

# Fall Prevention and Protection



## Objective

The purpose of this program is to develop, implement, enforce and maintain 100 percent continuous fall protection for employees who are exposed to potential fall hazards, based on risk assessment.

## Legal and Other Requirements

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3308 – Protection of Unenclosed Perimeters
- OSHA 29 CFR 1926.500 Subpart M - Fall Protection  - Scope, application, and definitions applicable to this subpart
- OSHA 29 CFR 1926.501 Subpart M - Fall Protection  - Duty to have fall protection
- OSHA 29 CFR 1926.502 Subpart M - Fall Protection  - Fall protection systems criteria and practices
- OSHA 29 CFR 1926.503 Subpart M - Fall Protection  - Training requirements
- OSHA 29 CFR 1926.959 Subpart V - Electric Power Transmission and Distribution  - Electric Power Transmission and Distribution

Skanska/Client Requirements

- None

## Procedure

1. All employees will be one hundred percent (100%) protected while working six (6) feet or higher off the ground or when hazards below six (6) feet dictate enforcement at a lesser height. This policy will apply to all trades, even when OSHA allows for exceptions. In the event where local statutes require fall protection at less than six (6) feet, the more stringent standard will apply.

2. <u>Guardrail systems</u>



2.1. Standard rail will consist of:
- Top rail – 42 inches, plus or minus three (3) inches. When wire rope is selected it will be at least one-quarter inch diameter and will be flagged at six (6) foot intervals with high visibility material such as "Caution" ribbon or equivalent.
- Mid-rails – must be installed halfway between top edge of guardrail and the walking/working surface.

2.2. Toe-board – must be a minimum of one by three-and-a-half inches.

2.3. A maximum allowable deflection in the system will not exceed three (3) inches.

2.4. When pipe railings are used, posts, top rails and intermediate railings will be at least one and a half inches nominal diameter (schedule 40 pipe) with posts spaced not more than eight (8) feet apart on center.

2.5. When structural steel railings are used, posts, top rails and intermediate rails will be at least two (2) inches by two (2) inches by three-eighths (3/8) inch angles, with posts spaced not more than eight (8) feet apart on center.

2.6. Guardrail systems will be capable of withstanding, without failure, a force of at least two hundred (200) pounds for the top rail, and one hundred fifty (150) pounds for the mid-

rail, applied within two (2) inches of the top edge, in any outward or downward direction, at any point along the top edge.

2.7. Guardrail systems will be surfaced to prevent injury to an employee from punctures or lacerations and to prevent snagging of clothing.

2.8. Duplex nails are not allowed in the construction of guardrails.

2.9. When guardrail systems are used at access ways and hoisting areas, a chain, gate or removable guardrail section will be installed.

2.10. When guardrail systems are used around holes that are used as points of access (such as ladder ways), they will be provided with a gate, or be offset so that a person cannot walk directly into the hole.

2.11. Guardrail systems used on ramps and runways will be erected along each unprotected side or edge.

2.12. When guardrail systems are used around holes, they will be erected on all unprotected sides or edges of the hole. Holes used for the passage of materials will have no more than two sides provided with removable guardrail sections. When the hole is not in use, provide a guardrail system along unprotected edges or close it over with a cover. If a component of a guardrail system must be removed, additional controls shall be identified in the Construction Work Plan and operation completed under the supervision of the competent person. The competent person is responsible for immediately replacing and restoring the protective system upon completion of the task. The project team may choose to utilize the Skanska Guardrail Removal Permit.

2.13. Any project specific requirements for this section are listed here.

3. Safety Nets

3.1. Safety nets will never be relied upon as a sole form of fall protection.

3.2. Nets are designed to provide fall arrest under or around an elevated surface, such as a bridge or steel structure.

3.3. The following criteria must be met when using nets:

- Place nets as close to the work as possible, and not more than thirty (30) feet below the work surface.
- Install nets so an object does not contact any lower surface when dropped.
- Extend the net outward from the outermost projection of the work surface as follows:

| Distance Below Work Surface | Projection Distance |
|---|---|
| Up to 5 feet | 8 feet |
| 5 to 10 feet | 10 feet |
| Over 10 feet | 13 feet |

3.4. Nets will be drop-tested, using a four hundred (400)-pound bag of sand dropped from forty two (42) inches above the highest working surface that employees would be exposed to a fall, on the following occasions:
- Immediately after installation
- Prior to beginning work in the area
- After relocation
- Following any repairs
- At six-month intervals, if left in one place

3.5. A copy of the test results will be maintained at the jobsite.

3.6. If it is unreasonable to perform a test drop, a competent person may certify its compliance with the standards.

3.7. The compliance certificate must include the identification of the net and its installation, date it achieved compliance and the signature of the competent person. This certification must be located at the jobsite.

3.8. Mesh openings will not exceed six (6) inches by six (6) inches.

3.9. Remove material that may have fallen into the net as soon as possible .

3.10. A border rope for webbing capable of withstanding a minimum breaking strength of five thousand (5,000) pounds must be used.

3.11. Connections will be as strong as the integral net components and not spaced greater than six inches apart.

3.12. Visually inspect all nets on a weekly basis for wear, damage or other deterioration, and after any occurrence that could affect the integrity of the net.

3.13. Remove all defective nets immediately from service.

3.14. Any project specific requirements for this section are listed here.


4. Warning Line System
    4.1. When a guardrail system is not feasible, a warning line system can be used for working on elevated slabs or roof with approval via the variance request procedure.

    4.2. Warning lines should be set up around the work and be a minimum of ten (10) feet back from any unprotected or leading edge.

    4.3. Lines should be thirty six (36) inches high and flagged every six (6) feet to ensure visibility.   They should withstand a minimal side load to avoid tipping over.

    4.4. Post signage in the area.

    4.5.  Establish a delineated path leading to the work area.

    4.6. Any project specific requirements for this section are listed here.


5. Safety Monitoring System
    5.1. A safety monitor system is not approved at any Skanska project.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

6. Covers
    6.1. All holes two inches or greater in a floor, roof or other walking/working surface shall be covered and labeled "Hole" or "Hole Cover."
    6.2. Secure covers by nails or a chocking device to prevent displacement.
    6.3. Covers will be capable of supporting, without failure, at least twice the maximum weight of employees, materials and equipment.
    6.4. Holes in roadways will be capable of supporting, without failure, at least twice the maximum axle load of the largest vehicle expected to cross over the cover based on an engineered design.
    6.5. Any project specific requirements for this section are listed here.


7. Personal Fall Arrest Systems

General Requirements

    7.1. Inspect all personal fall arrest equipment prior to use.
    7.2. Remove any damaged, defective, or worn equipment from service.
    7.3. In the event of a fall, employees will self- rescue or be rescued in accordance with established rescue procedure.
    7.4. Immediately remove personal fall arrest systems and components subjected to impact loading.
    7.5. Any project specific requirements for this section are listed here.


8. Full Body Harness/Self-Retracting Lifelines or "Connectors"

    8.1. Use an approved full body harness as part of the personal fall arrest system. It is required to utilize trauma straps with full body harnesses. The only exception is for lineman performing power transmission work (refer to OSHA 1926.959 for specific requirements).
    8.2. Decelerating lanyards will not be permitted. Self-retracting lifelines (SRL) with decelerating lanyards are acceptable.
    8.3. All connectors shall be SRLs. Select the appropriate SRL according to the task/work area (i.e., leading edge work) with a locking snap hook with a gate rated for 3,600 pounds.
    8.4. All SRL's will be equipped with a locking snap hook with a gate rated for 3,600 pounds to prevent disengagement. The gate shall remain locked until engaged for connection or disconnection.
    8.5. Self-retracting lifelines will be inspected prior to use by the user.
    8.6. The anchorage point must be able to withstand a minimum load of 5,000 pounds per person.

8.7. The anchorage point should ideally be located above the user's head in order to prevent "swing" type falls.

8.8. The D-ring of the body harness will be located in the center of the wearer's back.

8.9. Any project specific requirements for this section are listed here.



9. <u>Horizontal/Vertical Lifelines</u>

9.1. Design, installation and use of lifelines will be under the supervision of a qualified person and maintain a safety factor of at least two.

9.2. Lifeline systems will be engineered either by the manufacturer or a qualified engineer prior to use and should consider at a minimum:

- The number of personnel connected to the lifeline

- The size of wire rope to be used will be a minimum seven (7) strands by nineteen (19) wires per strand and three-eighths (3/8) inch galvanized aircraft cable

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-AB5D4EE2292E

- One shock absorber shall be connected from the anchorage point (stanchion) to the wire rope and must provide adequate protection for two (2) people using self-retracting lifelines (deceleration) devices
- Distance between anchorage points (slack)
- Obstructions, permanent material, etc., which may cause injury in an event of a fall

9.3. Synthetic rope may only be used for vertical applications, unless an engineered system is approved for horizontal use. Store rope to protect against exposures to UV rays, extreme weather and abrasion activities. Certain types of work may also degrade the integrity of synthetic rope systems (e.g., hot work).

9.4. Ladder climbing safety devices and rope grabs that require hand manipulation are unacceptable.

- Where a self-retracting lanyard is incorporated in the system, the device shall be located overhead to limit fall distance.

9.5. The use of knot(s) anywhere in a horizontal/vertical lifeline is prohibited.

9.6. Any project specific requirements for this section are listed here.

## 10. Positioning Devices

10.1. At no time will a positioning device be used without fall protection via full-body harness, lanyard and anchorage point.

10.2. Positioning devices will be rigged such that an employee cannot free fall more than two (2) feet and secured to an anchorage capable of supporting at least twice the potential impact load of an employee's fall or three thousand (3,000) pounds (13.3 kN), whichever is greater.

10.3. Connectors will be drop forged, pressed or formed steel or made of equivalent materials.

10.4. Any project specific requirements for this section are listed here.

## 11. Fall Protection Plan

The fall protection identified in the Construction Work Plan shall:

11.1. Identify all fall hazards in the work area.

11.2. Describe the method of fall arrest or fall restraint to be provided.

11.3. Describe the proper procedures for the assembly, maintenance, inspection and disassembly of the fall protection system to be used.

11.4. Describe the proper procedures for the handling, storage and securing of tools and materials.

11.5. Describe the method of providing overhead protection for workers exposed below overhead work.

11.6. Describe the method(s) for prompt, safe removal of injured workers.

11.7. Be available on the job site for inspection

11.8. Any project specific requirements for this section are listed here.

EHS Forms and Documents
- Guard Rail Removal Permit  - Guard Rail Removal Permit
- SRL Inspection  - SRL Inspection

**Applicable Training**
- None

Training Links
- None

**Potential Related Safety, Health and/or Environmental Aspects**
- None

# Fire Prevention and Protection



## Objective

The purpose of this program is to establish procedures for jobsite fire protection and prevention measures. The company will take all necessary measures to protect employees from fire hazards and the hazards associated with flammable liquid storage, temporary heating devices, liquid propane (LP) gas and propane.

## Legal and Other Requirements

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3303 – Safeguards and Maintenance of Site
- NYC DOB CH.33 SECTION BC3313 – Flammable and Combustible Mixtures, Compressed Gases, and Other Hazardous Materials
- NYC FIRE CODE CH.14 SECTION FC1403 – Portable Fueled Space Heaters
- NYC FIRE CODE CH.14 SECTION FC1404 – Precautions Against Fire
- NYC FIRE CODE CH.14 SECTION FC1405 – Flammable and Combustible Liquids
- NYC FIRE CODE CH.14 SECTION FC1406 – Flammable Gases and Oxygen
- OSHA 29 CFR 1926.150 Subpart F -  Fire Protection and Prevention  - Fire Protection
- OSHA 29 CFR 1926.151 Subpart F -  Fire Protection and Prevention  - Fire  Prevention
- OSHA 29 CFR 1926.152 Subpart F -  Fire Protection and Prevention  - Flammable liquids
- OSHA 29 CFR 1926.153 Subpart F -  Fire Protection and Prevention  - Liquefied petroleum gas (LP-Gas).
- OSHA 29 CFR 1926.154 Subpart F -  Fire Protection and Prevention  - Temporary heating devices
- OSHA 29 CFR 1926.155 Subpart F -  Fire Protection and Prevention  - Definitions applicable to this subpart
- Standard methods of Fire Tests of Building Construction and Materials, NFPA 251-1995

Skanska/Client Requirements

- None

## Procedure

1.  Fire Extinguishers

1.1.   All fire extinguishers will be ABC type, except for the two and one half (2 ½) point extinguishers kept in project vehicles such as pick-up trucks which will be type BC.

1.2.   Inspect extinguishers monthly for damage, leakage, discharge and block accessibility, and document inspections on metal tags or equivalent.

1.3.   Mount, label and display fire extinguishers in planned locations of building projects (e.g., stair cases, ingress and egress points, etc.) every three thousand (3,000) square feet and within one hundred (100) feet.

1.4.   Keep additional fire extinguishers readily available during any hot work operation.

1.5.   Install a twenty (20) pound ABC type extinguisher on all heavy equipment, trucks (other than pick-ups), connex boxes, welders, compressors and asphalt/batch plants.

1.6.   Mount two extinguishers to all fuel and lube trucks such that:
- They will not both be made inaccessible by a localized fire.
- They will not be knocked off or clogged with mud or ice.
- They will not become blocked by loose equipment if they are mounted inside a cabinet. Put a sign on the cabinet to indicate that a fire extinguisher is located inside.

1.7.   Employees shall be trained on the proper use of fire extinguishers.

1.8.   Any project specific requirements for this section are listed here.


2.   Flammable Liquid Storage


General Requirements

2.1.   Smoking is not permitted in any flammable liquid storage areas.

2.2.   Keep an inventory for all flammable or combustible storage areas.

2.3.   Use only approved containers and portable tanks for storage and handling of flammable and combustible liquids.

2.4.   Do no store flammable or combustible liquids in areas used for exits, stairways or those normally used for the safe passage of people.

2.5.   Store waste containers on a firm working base that is impervious and at least four (4) inches thick. Maintain a berm, or similar, of at least six (6) inches around the base.

2.6.   The storage structure must have a secondary containment system that is capable of holding at least twenty percent (20%) of the total capacity of all containers or one hundred percent (100%) of the capacity of the largest container or tank, whichever is greater.

2.7.   Any project specific requirements for this section are listed here.


3.   Indoor Storage

3.1.    Flammable liquids or other hazardous materials should be stored outdoors or in small detached structures. If flammable liquids or other hazardous material are stored indoors, in buildings, shops and ventilated connex boxes, the requirements of this section must be met.

3.2.    Design inside storage rooms per Fire Tests of Building Construction and Materials, NFPA 251-1995. In addition, the room must:

- Be liquid tight, so that liquid cannot leak through the walls and floors
- Provide adequate fire resistance to adjoining building areas
- Have non-combustible openings to other rooms
- Have liquid tight raised sill or ramps that are at least six (6) inches in height, make the floor in the storage area six (6) inches lower than the floors in the adjoining rooms

3.3.    Locate at least one portable twenty (20) pound ABC extinguisher no more than ten (10) feet outside of the door opening into any room used for flammable or combustible liquid storage.

3.4.    Use lighting fixtures that are explosion proof and ventilate general storage.

3.5.    No more than twenty five (25) gallons of flammable and combustible chemicals shall be stored in a room outside of the flammable chemical storage cabinet. No more than sixty (60) gallons of Category 1, 2 and/or 3 flammable liquids, or one hundred and twenty (120) gallons of Category 4 flammable liquids can be stored inside in a storage cabinet. Liquid petroleum gas shall not be stored within a building.

| Classifying Flammable Liquids | |
|---|---|
| Category 1 | A flashpoint below 73.4°F (23℃) and boiling point at or below 95°F (35℃) |
| Category 2 | A flashpoint below 73.4°F (23℃) and boiling point above 95°F (35℃) |
| Category 3 | A flashpoint at or above 73.4°F (23℃) and at or below 140°F (60℃) |
| Category 4 | A flashpoint at or above 140°F (60℃) and at or below 199.4°F (93℃) |

3.6.    Label cabinets "Flammable – Keep Away from Open Flames."

3.7.    Transfers of flammable chemicals inside a building must be done in the flammable chemical storage area, or in another room in the building that is separated from other operations, protected by walls with adequate fire resistance and provided with adequate ventilation.

3.8.    Any project specific requirements for this section are listed here.

4. <u>Outdoor Storage</u>

 4.1. Locate at least one portable fire extinguisher not less than twenty five (25) feet, nor more than seventy five (75) feet, from any flammable liquid storage area located outside.

 4.2. Storage of containers (not more than sixty (60) gallons each) shall not exceed eleven hundred (1,100) gallons in any one pile or area. Piles or groups of containers shall be separated by a five (5) foot clearance and shall not be nearer than twenty (20) feet to a building.

 4.3. Maintain at least ten (10) feet of distance between the storage area and any street, alley or public way.

 4.4. Maintain a twelve (12) foot wide access way within two hundred (200) feet of each storage area to permit approach of fire control apparatus.

 4.5. Grade the storage area to divert possible spills away from buildings or other exposures, or surround them by a curb at least six (6) inches high. When curbs or dikes are used, make provisions for draining off accumulations of ground or rainwater or spills of flammable or combustible liquids. Terminate drains at a safe location and keep them accessible to operation under fire conditions.

 4.6. An outside storage building that is located fifty (50) feet or less from another building or adjoining property line must have a two-hour rated fire wall.

 4.7. Secure storage areas against tampering by trespassers.

 4.8. Keep storage areas and a twenty five (25) foot perimeter around the storage area, free of weeds, debris or other combustible materials.

 4.9. When feasible, provide a covering over all containers.

 4.10. Keep lighting fixtures used in outdoor flammable chemical storage areas at least eight (8) feet above the containers. If not feasible, use an explosion proof lighting and electrical system.

 4.11. Any project specific requirements for this section are listed here.

5. <u>Outdoor Portable Tank Storage</u>

 5.1. Do not store portable tanks within twenty (20) feet of any building.

 5.2. Maintain a minimum five (5) foot clearance between portable tanks with a combined capacity of two thousand two hundred (2,200) gallons, and around a single portable tank exceeding one thousand one hundred (1,100) gallons.

 5.3. Maintain a twelve (12) foot wide access way within two hundred (200) feet of each storage area to permit approach of fire control apparatus.

 5.4. Keep storage areas and a twenty five (25) foot perimeter around the storage area, free of weeds, debris, or other combustible materials.

5.5.   Locate at least one portable fire extinguisher not less than twenty five (25) feet, nor more than seventy five (75) feet, from any flammable liquid storage area located outside.

5.6.   Label each tank "(Contents of Tank) – Flammable, No Smoking."

5.7.   Any project specific requirements for this section are listed here.


6.   <u>Temporary Heating Devices</u>

General Requirements

6.1.   Keep combustible materials at least ten (10) feet away from heating devices.

6.2.   Fire barrels are not allowed on any project.

6.3.   Clothes, gloves, shoes, etc., cannot be placed on, overhead or immediately next to a heater.

6.4.   Never store compressed gas (acetylene, propane, etc.), gasoline, diesel fuel, paint thinner or any flammable liquid in a trailer or room where a temporary heating device is in use.

6.5.   Do not use paint or thinner in areas where a heater may ignite the explosive.

6.6.   Maintain escape routes in case a heater malfunctions.

6.7.   Keep fire extinguishers readily available and fully charged.

6.8.   Inspect the entire heating unit frequently for any defects, leaks or worn parts. Make repairs immediately.

6.9.   Any project specific requirements for this section are listed here.


7.   <u>Combustion Heaters</u>

7.1.   Read manufacturer's instructions before lighting a heater.

7.2.   Provide adequate ventilation and monitor the area for oxygen and carbon monoxide levels.

7.3.   Each unit shall be equipped with an automatic shut-off valve to stop the flow of gas or oil any time the flame goes out.

7.4.   Refuel only after turning off the heater and allowing it to become cool to the touch.

7.5.   Safety cans with funnels or spouts are required for all flammable liquids, including diesel fuel.

7.6.   Any project specific requirements for this section are listed here.


8.   <u>Electric Heaters</u>

8.1.   Properly ground all electric heaters and use them in a dry area to prevent electric shock.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

8.2.    An automatic shut-off device must be built into the unit to prevent fire in the event the unit is tipped over.

8.3.    Keep electric cords out of mud, snow, ice and water.

8.4.    Any project specific requirements for this section are listed here.

9.    Liquefied Petroleum Gas and Propane Requirements

9.1.    Each system will have containers, valves, manifolds, assemblies and regulators of an approved type and in good repair.

9.2.    Connect valves and fittings with a rated working pressure of at least two hundred fifty (250) P.S.I.G. directly to the container.

9.3.    Every container and vaporizer will be provided with one or more approved safety relief valves or devices. These valves will be arranged to afford free venting to the outer air.

9.4.    Cylinder connectors will be provided with an excess flow valve to minimize the flow of gas in the event the fuel lines become ruptured.

9.5.    Any project specific requirements for this section are listed here.

10.    Storage

10.1.    Store containers in cages upright on firm foundations or otherwise firmly secured.

10.2.    Do not store propane cylinders within buildings or connex boxes.

10.3.    Where propane is stored, provide at least an approved portable twenty (20) pound ABC fire extinguisher.

10.4.    Do not store propane within twenty five (25) feet of the nearest building.

10.5.    Clearly label storage areas/cages "Flammable Gas—No Open Flames."

10.6.    Any project specific requirements for this section are listed here.

11.    Use

11.1.    Locate containers, regulating equipment, manifolds, pipe, tubing and hose to minimize exposure to high temperatures or physical damage.

11.2.    For temporary heating, locate heaters six (6) feet from any LP gas container. Do not direct blower and radiant type heaters toward any LP gas container within twenty (20) feet.

11.3.    Arrange valves in the assembly of multiple container systems so that containers can be replaced without shutting off the flow of gas in the system.

11.4.    Separate propane and ignition sources, such as compressors, light plants, etc., at least twenty five (25) feet.

11.5.  Remove combustible material such as weeds and long dry grass within ten (10) feet of the container.

11.6.  Use a soap and water solution to detect leaks and correct leaks immediately.

11.7.  Do not weld on containers or tanks.

11.8.  Any project specific requirements for this section are listed here.

EHS Forms and Documents

- Hot Work Permit Re  - Hot Work Permit

**Applicable Training**

- Fire extinguisher training

Training Links

- Fire Safety [Competent Person]  - Fire Safety [Competent Person]
- Hot Work [Competent Person]  - Hot Work [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Housekeeping



## Objective

The purpose of this program is to establish guidelines to protect employees from the hazards associated with poor housekeeping. This program details general housekeeping and the handling of waste and debris.

## Legal and Other Requirements

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3303 – Safeguards and Maintenance of Site
- NYC FIRE CODE CH.14 SECTION FC1410 – Access for Firefighting
- NYC FIRE CODE CH.14 SECTION FC1411 – Means of Egress and Elevators
- OSHA 29 CFR 1926.25 Subpart C - General Safety and Health Provisions - Housekeeping
- OSHA 29 CFR 1926.252 Subpart H - Materials Handling, Storage, Use, and Disposal - Disposal of waste materials.

Skanska/Client Requirements

- None

## Procedure

1. General Housekeeping
    1.1. Work areas will be kept in an orderly manner at all times and all waste will be removed by the end of the shift.
    1.2. Trash receptacles will be provided throughout each jobsite with safe means to facilitate removal and will be emptied regularly to prevent overflow.
    1.3. Any extra materials from activities will be returned to storage facilities at the end of each shift.
    1.4. Oily rags will be kept and disposed of separately in metal containers with tops.
    1.5. All scrap lumber, forms and crates will be kept cleared from work areas, passageways, stairs, in and around buildings or other structures.
    1.6. All nails will be bent or removed from lumber or other material.
    1.7. Receptacles will have self-closing or securable lids to prevent pest and rodent infestation.

1.8.  A trash receptacle will be placed in all designated break areas.

1.9.  All trailers and office space will be kept clean at all times.

1.10.  Any project specific requirements for this section are listed here.

2.  Trash Chute

2.1.  When materials must be dropped more than twenty (20) feet to any point lying outside the exterior walls of a structure, an enclosed chute of wood or equivalent material will be used as a ramp.  For the purpose of this subsection, an enclosed chute is a slide, closed in on all sides, through which material is moved from a high place to a lower one.

2.2.  When debris is dropped through holes or openings in the floor without the use of a chute, the area onto which the material is dropped will be completely enclosed with barricades.

2.3.  Enclosure requirements:

- Barricades must be at least forty two (42) inches high and at least six (6) feet back from the projected edge of the opening above.
- Wind velocity and its potential for carrying materials should be calculated into the disposal plan.
- Signs warning of the hazard of falling materials should be posted at each level.
- A spotter may be posted at the area of retrieval to keep area clear of unnecessary traffic.
- Debris will not be removed from the disposal site until all handling ceases from above.

2.4.  A dumpster or truck will be maintained at the bottom of the chute at all times.

2.5.  A physical barrier will be maintained around the trash receptacle at the bottom of the chute.

2.6.  "Caution" signs will be posted on the barrier to warn employees of potential hazards.

2.7.  Any project specific requirements for this section are listed here.

EHS Forms and Documents

- None

**Applicable Training**

- None

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Illumination – Project Lighting



**Objective**

Ensure that adequate lighting is provided during all work operations. In addition to providing necessary illumination for our workers, ensure that adequate lighting is provided for vehicular and pedestrian traffic.PlanIt

**Legal and Other Requirements**

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3303 – Safeguards and Maintenance of Site
- OSHA 29 CFR 1926.56 Subpart D - Occupational Health and Environmental Controls - Illumination

Skanska/Client Requirements

- None

**Procedure**

1. Fixtures:
    1.1. Fixtures are to be rated for the project environment and/or classification.
    1.2. Fixtures are recommended to be made out of metal or high-strength plastics with suitable diffusers.
    1.3. Fixture guards are required to reduce breakage.
    1.4. Fixtures are to be fastened to a solid surface or suspended with proper cable or hangers to support the weight of the fixture, wire and environmental conditions (e.g., ice load).
    1.5. All fixtures are to be UL listed for the application.
    1.6. Stringers are discouraged and may only be used when allowed by local jurisdiction.
    1.7. Any stringers (e.g., streamer) shall have guards/cages of either plastic or metal.
    1.8. Team shall consider using energy efficient lighting.
    1.9. Any project specific requirements for this section are listed here.

2. Power Source

DocuSign Envelope ID: 2941B65A-97EA-49F2-972D-AB5D4EE3292E

2.1. Power to all light fixtures shall have a dedicated circuit(s) designated for temporary lighting.

2.2. Egress signs will be on a separate circuit from general lighting.

2.3. A minimum of two (2) circuits will be required in a work area/floor.

2.4. All circuits will be clearly labeled to indicate that they are served at the source panel. Fixtures connected to 277/480VAC circuits will have a separate label indicating voltage.

2.5. Temporary power system shall be located in areas that do not interfere with construction activities (e.g., low hanging wires, wires on the floors, etc.).

2.6. Any project specific requirements for this section are listed here.

3. Task Lighting

3.1. Task lighting may be achieved for work activities utilizing commercially available fixtures/tripods.

3.2. All task lighting fixtures are to be UL listed for the application.

3.3. The use of halogen lamps for task lighting is acceptable, providing the fixture has tempered glass and a wire shield. Highly recommended to use high efficient fixtures.

3.4. Any project specific requirements for this section are listed here.

4. Lighting Levels

4.1. The minimum lighting levels will be in accordance with OSHA 1926.56 – Illumination.

4.2. Measurements will be made from a calibrated light meter either new out of box or calibrated per the manufacturer's requirements.

4.3. Any project specific requirements for this section are listed here.

5. General Requirements

5.1. Construction areas, ramps, runways, corridors, offices, shops and storage areas will be illuminated to the intensities at a minimum listed in the table below while any work is in progress.

5.2. Lighting plans will include additional fixtures to be installed when interior walls and elements constructed reduced the lighting levels.

5.3. At a minimum, lighting in stairways, hallways, egress paths and elevator lobbies shall be maintained at all times.

5.4. Any project specific requirements for this section are listed here.

6. Illumination Requirements

6.1. See the chart below:

| Foot-Candles | Area of Operation | |
|---|---|---|
| 5 | General construction area lighting. | -- |
| 3 | Concrete placement, excavation and waste areas, access ways, active storage areas, loading platforms, refueling and field maintenance areas. | -- |
| 5 | Indoors: warehouses, corridors, hallways and exits. | -- |
| 5 | Tunnels, shafts and general underground work areas. (Exception: minimum of 10-foot candles is required at tunnel and shaft heading during drilling, mucking and scaling. Bureau of Mines approved cap lights will be acceptable for use in the tunnel heading). | -- |
| 10 | General Construction Work Plant and shops (e.g., batch plants, screening plants, mechanical and electrical equipment rooms, carpenter shops, rigging lofts and active store rooms, barracks or living quarters, locker or dressing rooms, mess halls, and indoor toilets and work rooms). | -- |
| 30 | First aid stations, infirmaries and offices. | -- |

6.2. For areas or operations not covered above, refer to the American National Standard A11.1-1965, R1970, Practice for Industrial Lighting, for recommended values of illumination or local governing codes.

6.3. Any project specific requirements for this section are listed here.

EHS Forms and Documents

- None

**Applicable Training**

- None

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

## Maintenance and Protection of Traffic (Vehicular and Pedestrian)



### Objective

The purpose of the Maintenance and Protection of Traffic (MPT) program is to protect our employees and the public when our projects directly impact traffic. This program will be project-specific according to the environment and needs of the site.

### Legal and Other Requirements

Federal, State, Local Regulations

- American Traffic Safety Services Association (ATSSA)
- Manual on Uniform Traffic Control Devices (MUTCD)
- NYC DOB CH.33 SECTION BC3303 – Safeguards and Maintenance of Site
- NYC DOB CH.33 SECTION BC3307 – Protection of Pedestrians
- OSHA 29 CFR 1926.200 Subpart G - Signs, Signals, and Barricades  - Accident prevention signs and tags
- OSHA 29 CFR 1926.201 Subpart G - Signs, Signals, and Barricades  - Signaling

Skanska/Client Requirements

- None

### Procedure

When it becomes necessary to temporarily close a public street or alley, a written traffic control plan is required to show how the closure will occur. The plan must be submitted to Skanska for review.

1. Maintenance of Traffic (MT) plan shall include:
    1.1. Copy of current specifications
    1.2. Barricade log
    1.3. Duration of plan
    1.4. Traffic survey identifying conditions (volume, speed, etc.)
    1.5. Existing traffic control measures
    1.6. Photos and/or video of existing conditions along with periodic photos as the plan changes
    1.7. Applicable permits

2.  Specialized Vehicles

Projects that require extensive traffic control may set up specific traffic control vehicles with flashing/rotating lights or beacons, sign racks, cone racks, worker platforms, protective railing and impact absorption capabilities, (attenuator trucks). Use the following at a minimum:

2.1. The cone truck should be a one-ton flatbed outfitted with two warning beacons visible from all directions and a Type II flashing arrow sign controlled from within the cab.

2.2. There should be two (2) platforms on the truck for employees to stand on while setting out the cone pattern, one (1) on each side built into the bed frame. These can be a stand-in type cages so that the employee can stand upright while placing or removing the cones. This design will help to ensure the safety of the worker while reducing the possibility of an injury due to excessive bending.

2.3. Fall protection equipment shall be provided to the employees if required.

2.4. The crash truck should be a five-ton flatbed, outfitted with the same warning devices as the cone truck. Check with local authorities for your area as some require Type I arrow signs on crash trucks.

2.5. There will be an approved truck-mounted attenuator attached to the rear of the truck for added protection against vehicle impacts.

2.6. There will be two-way communication between all vehicles and the superintendent in charge of traffic control.

2.7. Any project specific requirements for this section are listed here.


3.  Flagger Control

3.1. Flaggers are required when:
   - Workers or equipment intermittently block a traffic lane.
   - Plans call for one (1) lane to be used for two (2) directions of traffic with a flagger at each end.
   - EHS and/or project staff determines there is a need.
   - Required by the owner.

3.2. Flaggers will be trained in the techniques of flagging traffic (i.e., ATSSA and/or state equivalent) before performing this duty.

3.3. Flaggers will be far enough away from the work to slow or stop traffic before it enters the work zone.

3.4. During daylight hours, all flaggers must wear a reflectorized garment (ANSI/ISEA 107-240 Class II).

3.5. At night, all flaggers must wear a reflectorized garment (ANSI/ISEA 107-240 Class III). It is recommended that they also wear reflectorized gloves.

3.6.  From sunset to sunrise, flagger stations must be illuminated so the flagger is clearly visible to approaching traffic.

3.7.  When communicating through radios, a spare battery pack should be readily available.

3.8.  If communication breaks down between the flaggers, the operation is to be shut down immediately until the situation is remedied.

3.9.  Any project specific requirements for this section are listed here

4.  <u>Documentation</u>

4.1.  One (1) person should be responsible for documenting traffic control.

4.2.  The same individual should carry out routine inspections of the traffic control installation.

4.3.  A traffic control inspection report should be completed and signed every day by the designated traffic control person and included in the documentation.

4.4.  Further documentation will include a camera for recording any accidents or incidents. These pictures will be in a successive series from advance warning, all the way up to and including termination of the traffic pattern.

4.5.  Documentation records should include:
- Starting and ending times of work
- Location of work
- Names of crew members
- Types of equipment used
- Changes in temporary or permanent regulatory devices
- Installation, change and removal of traffic control devices
- Drawing of working closure to include all devices

4.6.  When an inspection requires correction to include maintenance, the documentation should include:
- A description of the corrections needed, when it was noted and by whom
- Corrections made or deferred and why
- Replacements made or deferred and why
- Any other needed actions

4.7.  Any project specific requirements for this section are listed here.

5.  <u>Control Warning and Guidance Devices</u>

5.1.  Effective warning and guidance devices are planned out in advance and should be uniformly placed and well maintained. There are six (6) categories of devices:
- Signs
- Barricades
- Delineators

- High-level warning devices
- Warning lights/illumination
- Flashing arrow/message boards

5.2. Utilization of Halo has been determined to be a best practice and is recommended for Skanska projects. All signage and traffic control shall comply with the Federal Manual on Uniform Traffic Control Devices (MUTCD) and can be viewed and downloaded at: http://mutcd.fhwa.dot.gov/

6. Traffic Signs for Functional Groups

6.1. Construction signs are used only for construction or maintenance work on or adjacent to the roadway.

6.2. Warning signs generally apply to a permanent situation but may have some applications on temporary construction sites.

6.3. Regulatory signs are used for posting speed limits, enforced by local law enforcement agencies and maintained by the contractor when placed within or adjacent to the work area.

6.4. Sign location depends on alignment, grade, location of street intersections and posted speed limits. The signs must face and be visible to oncoming traffic and be mounted to resist displacement.

6.5. Advance warning signs are located on the right-hand side of traffic lanes.

6.6. On divided highways, supplemental advance warning signs will be placed on the divider.

6.7. Messages conveyed during hours of darkness must be on reflectorized or illuminated signs.

6.8. Signs will be installed before work begins and will be removed or covered immediately after work has been completed.

6.9. If at any time a sign is not required, it will remain covered or be removed.

6.10. Any project specific requirements for this section are listed here.

7. Barricades

7.1. Barricades will be used to mark or block off specific hazard or to channel traffic. They may not be placed in a moving lane of traffic without advance warning, such as high level warning devices (e.g., flashing arrow signs) and appropriate delineators.

7.2. When closing off a street, barricades should be placed to prevent vehicles from passing through, except where access is necessary for local traffic or emergency vehicles.

7.3. Barricades will be aligned with MUTCD.

7.4. Marking barricade rails is done by alternating orange and white stripes on a downward slant at 45 degrees. The entire area of white and orange must be reflectorized for night

time use. The width of the stripes depends on the size of the rails. Rails less than three feet require four (4) inch wide stripes; all other rails require six (6) inch stripes.

7.5. Barricades will have a minimum of two hundred seventy (270) square inches of retro-reflective area facing traffic when used on freeways, expressways and other high-speed highways.

7.6. Barricades with stripes that begin in the upper right side and slope downward to the lower left are designated right barricades. Barricades with stripes that begin in the upper left side and slope downward to the lower right are designated left barricades. Barricades should slope with the direction of traffic.

7.7. On highways or in situations where barricades are susceptible to overturning in the wind, sandbags should provide ballasting. Sandbags may be placed on lower parts of the frame or stays to provide the required ballast but will not be placed on top of any striped rail.

7.8. Any project specific requirements for this section are listed here.

8. <u>Delineators</u>

8.1. Delineators will be used to aid a driver in determining the location and alignment of the traffic lane.

8.2. During daylight hours, maximize delineator effectiveness by evaluating position, spacing, form, texture, size and color.

8.3. During night time, maximize effectiveness by evaluating position and visibility.

8.4. All delineators used at night must be adequately reflectorized.

8.5. Delineators are used for the following instances:

- To channel and divert traffic in advance of work zones.
- To define traffic lanes through work zones.
- To define a change in the position of the existing lane around work zones.
- To define curves and edges of the roadway on detours.
- Delineators will be constructed to withstand impact without appreciable damage to the device, the striking vehicle or passing traffic, including damage from knockdown by wind or turbulence from passing vehicles.

| Minimum Recommended Delineator and Sign Placement | | | | |
|---|---|---|---|---|
| Traffic Speed | Taper Length (Each Lane) | Delineator (Taper) | Spacing (Tangent) | Sign Spacing (Advance of Taper & Between Signs) |

DocuSign Envelope ID: 29A1B65A-97EA-49F3-972D-A95D4EE3292E

| 25 MPH | 150 Feet | 25 Feet | 50 Feet | 150 Feet |
|---|---|---|---|---|
| 30 MPH | 200 Feet | 30 Feet | 60 Feet | 200 Feet |
| 35 MPH | 250 Feet | 35 Feet | 70 Feet | 250 Feet |
| 40 MPH | 350 Feet | 40 Feet | 80 Feet | 350 Feet |
| 45 MPH | 550 Feet | 45 Feet | 90 Feet | 550 Feet |
| 50 MPH | 600 Feet | 50 Feet | 100 Feet | 600 Feet |
| 55+MPH | 1000 Feet | 50 Feet | 100 Feet | 1000 Feet |

9. <u>Warning Lights/Illumination</u>
   9.1. Lights should be used on top of channelizing devices for intermediate and long-term closures especially at tapers, shifts and turnarounds.
   9.2. Illumination should be provided in lane closures at night.
   9.3. Any project specific requirements for this section are listed here.

10. <u>Flashing Arrow/Message Signs</u>
   10.1. Panels with a matrix of electric lights, capable of sequential arrows displays or messages are intended to supplement, not replace, other work area traffic control devices by providing additional, high level, advance warning of lane closures. They are effective for all lane closures and should be considered for all high-speed situations.
   10.2. Flashing arrow/message signs will be repaired immediately or taken out of service if:
      • Any of the lamps are out.
      • The panel is not dimming properly.
      • Lamps are out of alignment.
   10.3. Any project specific requirements for this section are listed here.

11. <u>Day Closures</u>
   11.1. Devices should be installed in the direction of traffic in the following order:
      • First advance warning sign
      • Advance warning zone
      • Transition zone
      • Buffer zone
      • Work zone
      • Termination zone

DocuSign Envelope ID: 2941B65A-975A-49F3-972D-AB5D4EE3292E

11.2.  When signs and channelizing devices are installed and removed several times during an operation, a spot should be painted or marked where each sign or device is located to minimize time required to reset the signs or devices.

11.3.  Flashing vehicle lights should be used to warn the drivers of the presence of workers.

11.4.  All aspects of the closure should provide clear, concise direction to all drivers. Be sure of positioning and visibility of all signs, flashing arrow/message signs, barricades and delineators.

11.5.  Any part of the pattern that has been disturbed should be reset as soon and as quickly as possible.

11.6.  Any project specific requirements for this section are listed here.


12. Night Closures

12.1.  During night operations, a back-up, shadow or protection vehicle should be used and should be positioned one hundred (100) feet or more behind the cone truck as the first signs are placed. This process is to be followed for set-up and teardown.

12.2.  All crews working in or around the closure need to be outfitted with personal protective equipment, including bright clothes conforming to ANSI standards, hard hats, safety glasses, gloves and Class III reflectorized vests.

12.3.  All employees should be visible at a distance of one thousand (1,000) feet.

12.4.  If working together, crews/workers should wear the same clothing to prevent confusing approaching motorists.

12.5.  Other applicable accessories may include retro reflective striping on hard-hats.

12.6.  Before making night-time closures, all materials and equipment must be inspected and in good working order.

- All message boards and flashing arrow signs will be tested to ensure all lights and switches are functioning properly and that the equipment is fueled and fully charged.
- All inspections and maintenance procedures will be documented daily and/or nightly.

12.7.  Devices maintained in project inventory will be kept clean, stored properly to avoid marring and organized to verify that all items are in stock and readily retrievable.

12.8.  Devices will be inspected when they are returned to inventory.

12.9.  Any devices that are non-standard or in poor condition will be retired, modified or repaired.

12.10. Any project specific requirements for this section are listed here.


EHS Forms and Documents

- None

**Applicable Training**

- ATSSA supervision training
- ATSSA technical training
- ATSSA flagger training

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

## Marine and Diving Operations



**Objective**

The purpose of this program is to protect workers from the hazards of working in or around water. Preventative and protective measures must be provided in case an emergency arises.

**Legal and Other Requirements**

Federal, State, Local Regulations

- OSHA 29 CFR 1910.401 Subpart T - Commercial Diving Operations  - Scope and application
- OSHA 29 CFR 1915 Subparts A, B, C, D, H, I  - Occup. Safety and Health Standards for Shipyard Employment
- OSHA 29 CFR 1926.106 Subpart E - Personal Protective and Life Saving Equipment  - Working over or near water
- OSHA 29 CFR 1926.605  Subpart O -   Motor Vehicles, Mechanized Equipment, and Marine Operations  - Marine operations and equipment

Skanska/Client Requirements

- None

**Procedure**

1. General Requirements
   1.1. A United States Coast Guard (USCG) approved thirty (30) inch life ring with ninety (90) foot line attached and at least one portable or permanent ladder, which will reach the top of the apron to the surface of the water, is required. Distance between rescue equipment will not exceed two hundred (200) feet.
   1.2. All employees will wear Coast Guard-approved life vests with a USCG approved whistle and water actuated emergency light when they are on boats, barges, near the water's edge or over water.
   1.3. Employees will work in pairs, particularly in isolated areas.
   1.4. Projects must consider float coats and pants in high hazard and cold weather conditions.
   1.5. Make retrieval hooks readily available.
   1.6. Skanska's fall prevention policy applies to all marine operations.
   1.7. Any project specific requirements for this section are listed here.

1.8. Lifesaving Boats

    1.8.1.    Keep a boat that meets regulatory requirements ready and immediately available for emergency rescue. The boat must be in the water or capable of being quickly launched by one designated person.

    1.8.2.    There must be at least one person present and specifically designated to respond to water emergencies and operate the boat at all times when there are employees over water.

- The designated operator must remain in the immediate area to be able to quickly reach the boat and get underway.
- When the operator is on break, another operator must be designated to provide coverage.
- The boat operator may be assigned other tasks provided they do not interfere with the operator's ability to quickly reach the boat.

    1.8.3.    Use a communication system, such as a walkie-talkie, to inform the operator of the emergency and its location.

    1.8.4.    Equip the boat with both a motor and oars. Some jurisdictions restrict the use of two-stroke engines.

    1.8.5.    Do not overload boats.

    1.8.6.    Secure boats to prevent theft or vandalism (secure the oar(s) to prevent use by unauthorized individuals) during non-working hours.

    1.8.7.    Employees must stay seated when traveling in small boats to keep them stable.

    1.8.8.    Any project specific requirements for this section are listed here.


1.9. U.S. Coast Guard Requirements for Boats include the following:

- Anchor or mooring lines
- Horn or whistle
- Twenty (20) pound ABC dry chemical fire extinguishers
- Lights for night operation
- USCG approved thirty (30) inch life ring with ninety (90) foot line attached
- First aid kit

    1.9.1.    Any project specific requirements for this section are listed here.


1.10.    Water Rescue

    1.10.1.    The following factors must be evaluated to determine the number of skiffs required and the appropriate maximum response time:

- The number of work locations where there is a danger of falling into water
- The distance to each of those locations
- Water temperature
- Currents
- Other hazards, such as, rapids, dams and water intakes

1.10.2. Any project specific requirements for this section are listed here.

2. Barges

2.1. General Requirements

2.1.1. Equip each barge with:

- USCG approved thirty (30) inch life rings with ninety (90) foot line attached and secured either to a stationary anchor or stanchion
- Guardrails, where practicable
- Two twenty (20) pound ABC dry chemical fire extinguishers
- A first aid kit to handle severe injuries and to stop bleeding from large wounds, and a floating stokes basket (stretcher) with removable back board and neck brace/stabilizer
- A gangplank with standard guardrails (height forty two (42) inches plus or minus three (3) inches) along the full length on both sides
- Mooring lines
- Spill kits
- Flashlights
- Additional life preservers
- A two-way radio

2.1.2. Ladders for access and rescue must be of sufficient length to be able to reach the water.

2.1.3. The foreman on each barge is responsible for keeping a supply of personal protective equipment on hand.

2.1.4. All superintendents, engineers and foremen will have up-to-date First Aid/CPR/AED training.

2.1.5. Signs should be posted on the barge with company name and emergency contact phone number so the company can be contacted should the barge break free.

2.1.6. Post "NO WAKE" signs. When working on float stages, the wake can cause the workers to lose their balance and fall into the water.

2.1.7. Maintain tires on the sides of barges near ladders to prevent damage to ladders and provide a safe zone if someone falls into the water.

2.1.8. Barges that have fuel storage compartments must have a Shipboard Oil Pollution Emergency Plan ("SOPEP").

2.1.9. Barges must have the capability to accommodate crane tie-downs.

2.1.10. Any project specific requirements for this section are listed here.

2.2. Access to Barges

2.2.1. Vehicular ramps will be of adequate strength, provided with sideboards, well maintained, and properly secured.

- These should be treated as temporary works and should be tagged, inspected, and display signage with weight capacity and number of people allowed on the ramps.

2.2.2. Personnel ramps or gangways shall be sturdy, equipped with standard guardrails on both sides and a minimum of twenty (20) inches wide.

2.2.3. Ramps or gangways are required at all times for access from barge to barge and barge to shore.

2.2.4. Ramps or gangways should be secured at one end only to allow for movement and tidal fluctuations.

2.2.5. Adequately illuminate ramps or gangways for their full length.

2.2.6. Non-slip paint or tape should be used to improve traction. Cleats are required on steep walkways.

2.2.7. Keep walkways clean and clear of mud, ice, snow, trash, oil spills, ropes, hoses, electric cords and other obstructions.

2.2.8. Do not climb over materials such as timber piling or debris unless they are stable and a reasonable walkway has been provided.

2.2.9. Any project specific requirements for this section are listed here

2.3. Working Surface of Barges

2.3.1. Provide a three (3) foot clear walkway grab rail or taut hand line around the perimeter of barges.

2.3.2. Marine superintendents will have an access and lay-down area to assist in housekeeping.

2.3.3. Keep rigging materials on racks.

2.3.4. Fuel and oil tanks must not be filled beyond the manufacturer's capacity.

2.3.5. Keep spill kits readily available to contain and clean up spills.

2.3.6. Before storing large quantities of fuel or oil on a barge, contact an environmental clean-up service, who can respond immediately if a large spill occurs that the project team cannot handle.

2.3.7. In the event of a spill, contact local environmental authorities, the USCG and construction manager.

2.3.8.  Any project specific requirements for this section are listed here.

2.4.  Securing Barges

2.4.1.  Each barge, tug, crew boat or other sizeable vessel should be secured with at least two spuds, anchors or mooring lines. Inspect all lines on a daily basis and replace rotted, worn or undersized ropes. Do not leave a vessel until it has been properly secured.

2.4.2.  Superintendents must monitor the rise and fall of the tide and make sure that mooring lines have enough slack so they will not be stretched to the breaking point.

2.4.3.  Paint areas where anchor lines cross barge decks with bright colored striping.

2.4.4.  Do not sit or stand on anchor lines or use them as a handhold.

2.4.5.  Post signs stating, "Do Not Stand Here," in areas where cables can potentially strike employees if they break (i.e., anchor lines, snatch blocks, fairleads).

2.4.6.  Lights are required to warn boaters of barges, anchor lines and other marine obstructions. When lights are not possible, use buoys, flags, signs, Styrofoam® (or equivalent) blocks, balls or other visual warnings.

2.4.7.  Give written notice to the USCG requesting that they publish the location of barges and other marine obstructions in the "Notice to Mariners." Post the names and phone numbers of the USCG representatives in case of an emergency.

2.4.8.  On docks, roads, ramps, flexi-floats, barges, etc., where vehicles or equipment are being driven or operated, use berms or sideboards of adequate strength and height to keep equipment from driving off into the water.

2.4.9.  Secure all rubber tired equipment and unstable objects that can roll or be thrown overboard by wind, waves or vandals.

2.4.10. Remove stub ups and tie downs that are no longer in use from the decks of the barges to prevent tripping. Mark protrusions that cannot be removed with a bright colored paint, cone or other obvious marking.

2.4.11. Equip cranes and other heavy equipment with swing radius protection.

2.4.12. Tie down cranes and other heavy equipment to the barge.

2.4.13. De-rate crane load charts while operating on marine barges in accordance with manufacturer requirements.

2.4.14. Post a marine rated load chart in every crane that is set up on a barge or other marine vessel. Make operators aware of the reduced lifting capacity and other different handling characteristics of a barge-mounted crane.

2.4.15. Cranes and other aerial equipment such as man lifts must stop immediately (except to correct the list) on any barge that is listing out of the ordinary.

2.4.16. Load and unload boats, barges, and Flexifloats® (or equivalent) carefully to keep them stable and balanced.

2.4.17. The competent person on each shift will visually check floating equipment for listing or instability due to leaks or unbalanced loads.

2.4.18. Keep pumps readily available for leaking boats and barges.

2.4.19. Only enter barge voids under the supervision and direction of a trained and designated Shipyard Competent Person acting under the guidance of a Certified Marine Chemist. Follow the Confined Space Procedures in this EHS Manual.

2.4.20. Install guardrails or temporary barricades around all open hatches.

2.4.21. Include a severe weather plan in the project's emergency action plan.

2.4.22. Project team shall determine what conditions, such as strong currents or large waves, will halt the use of small boats.

2.4.23. Any project specific requirements for this section are listed here.

3. <u>Diving</u>

3.1. General Requirements

3.1.1.  Divers will not be used if work can be accomplished by other means. Otherwise, coordinate all diving operations with the regional EHS Director.

3.1.2.  Diving contractor will develop and maintain a safe practice manual that encompasses the entire diving program.

3.1.3.  Use surface supplied air whenever possible in accordance with the practical constraints of diving operations.

3.1.4.  Provide breathing air Grade D or higher in accordance with the type of work being performed.

3.1.5.  Make arrangements with the local facility associated with the Diver's Alert Network.

3.1.6.  Dive operations that require surface decompression shall have a decompression chamber on site and a trained and designated competent person whose sole purpose is to attend to the decompression chamber operation. The competent person shall be able to communicate with a diving physician.

3.1.7.  See US Army Corps of Engineers EM 385-1-1 Safety and Health Requirements Manual, Contract Diving Operations (section 30) for additional information.

3.1.8.  Any project specific requirements for this section are listed here.

3.2. Divers/Dive Team

3.2.1.  Subcontractors will demonstrate that:

- Each diver is medically fit as attested by a licensed physician
- Each diver has documented training

3.2.2.   Divers must wait a minimum of twelve (12) hours before flying after every dive and twenty-four (24) hours after multiple days of repetitive diving.

3.2.3.   Each diver will have nationally recognized certification in first aid and CPR that covers the use of oxygen systems.

3.2.4.   Maintain diving logs and submit them to Skanska daily.

3.2.5.   Any project specific requirements for this section are listed here.

EHS Forms and Documents

- None

**Applicable Training**

- First Aid/CPR/AED training
- Diver certification

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

DocuSign Envelope ID: 29A1B65A-97FA-49F2-972D-AB5D4EE3292E

# Material Handling and Storage



## Objective

The purpose of this program is to establish safe procedures for material loading/unloading, storage, use and disposal. By properly handling materials with mechanical means, safe work practices and correct storage methods, the risk of injury and illness is reduced.

## Legal and Other Requirements

Federal, State, Local Regulations

- DOT 49 CFR Parts 393.100-136
- Federal Highway Administration
- Federal Motor Carrier Safety Administration 40 CFR 112.7(h)(2) & (3)
- NYC DOB CH.33 SECTION BC3305 – Material Placement and Installation
- NYC DOB CH.33 SECTION BC3320 – Material Handling Equipment
- OSHA 29 CFR 1926.1501
- OSHA 29 CFR 1926.250 Subpart H - Materials Handling, Storage, Use, and Disposal - General requirements for storage
- OSHA 29 CFR 1926.251 Subpart H - Materials Handling, Storage, Use, and Disposal - Rigging equipment for material handling.

Skanska/Client Requirements

- None

## Procedure

1. Loading and Unloading
   1.1. All employees involved with the loading or unloading of materials will be trained in accordance with the requirements of this program. Exceptions to this program must be approved by the Skanska regional EHS Director.
   1.2. Designate roles in loading/unloading operations, such as escort, spotter, flagmen, operator and competent person who will be involved in any activity involving loading/unloading.
   1.3. Implement measures necessary to prevent unauthorized or unsupervised material handling for loading/unloading operations by competent person.
   1.4. Ensure procedures are reviewed regularly to verify adequacy and adherence.

1.5. Ensure deficiencies in procedures are corrected before subsequent loading/unloading operations are authorized to continue.

1.6. Ensure safe access to truck bed during loading and unloading operations.

1.7. Examples of circumstances requiring the review of the loading/unloading program are:

- Any observed unsafe acts that are against this policy or any other company policy.
- Any observance of an unescorted delivery.
- Any observance of an unsupervised loading/unloading activity.
- The occurrence of an injury or near-miss during loading/unloading.
- Employee complaints about the effectiveness of the program.

1.8. The decals below shall be applied to all Skanska-owned vehicles involved in loading or unloading on jobsites.



2. Escorting

  2.1. Preloading/Unloading Procedure

    2.1.1. All deliveries must be scheduled in advance of the anticipated delivery date and time.

    2.1.2. A crewmember shall meet the delivery driver at project entrance.

    2.1.3. Inspect load for movement/shifting during transit prior to accepting delivery.

    2.1.4. Any loads that exhibit signs of shifting or movement during transit will not be accepted.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

2.1.5.    Use a flagger to spot vehicles in designated unloading area.

2.1.6.    Loads must remain strapped/chained until in the designated unloading area.

2.1.7.    Ensure that the truck or trailer does not move during loading or unloading with any piece of equipment by engaging the parking brake and chocking the wheels.

2.1.8.    Designated loading and unloading areas shall be:

- Clear of other traffic, pedestrians and people not involved in loading or unloading of materials
- Clear of overhead electrical hazards/obstructions
- Firm level ground

2.2. Loading the Truck and Trailer: Before the Tie-Downs Are Applied

2.2.1.    The gross vehicle weight rating (GVWR) of a truck and trailer stipulates the maximum cargo weight that the unit may carry. Exceeding the GVWR is dangerous: brakes work less efficiently, tires loose air pressure and springs may be stressed to the limit.

2.2.2.    Proper placement of materials must always be pre-planned. Placing a load too far back on a long trailer may cause fishtailing and placing it too far forward on a trailer can overload the tongue, making steering difficult.

2.2.3.    Considerations:

- Vehicles must never be overloaded.
- Loading should allow for safe unloading.
- The load must be distributed so that the maximum permitted gross vehicle weight and axle weights are not exceeded.

2.2.4.    The load center of gravity is kept as low as possible to achieve maximum stability when the vehicle is braked, or accelerated or changes direction.

2.2.5.    Unauthorized individuals will not be permitted into the loading area.

2.2.6.    The designated competent person shall be in place to observe all loading activities.

2.2.7.    Ensure the designated loading area is clear of all obstructions.

2.2.8.    Ensure vehicle and trailer brakes applied and all stabilizers, wheel chocks and interlocks are in engaged prior to the commencement of loading activities.

2.2.9.    Drivers shall not remain in their cabs during loading activities unless required and authorized by Skanska management.

2.2.10.    Ensure all vehicle floors and/or decking areas are inspected for debris, broken boarding, etc. prior to the placement of any loads.

2.2.11.    Spotter should be in place when opposite side of load is not visible and maintain visual/audible communication with the operator and where needed.

2.2.12.    Proper personal fall protection equipment shall be in place for all employees who are required to work from heights (six (6) feet or greater fall hazard) while loading materials onto trucks.

2.2.13.   Proper dunnage/cribbing must be in place prior to landing/placing the materials on the trailer.

2.2.14.   Ensure lift plan, as required, is developed in the construction work plan.

2.2.15.   Taglines are required if load is being moved overhead.

2.2.16.   Rope hooks shall not be used to anchor loads. Rope hooks are not subject to construction standards and vary in strength, size and material content and are rarely designed to withstand forces.

2.2.17.   All materials being loaded shall be secured to ensure no loose items.

2.2.18.   Secure load in place with two straps at a minimum.

2.2.19.   Fixed jacks may be necessary to support a semitrailer and prevent upending during loading or when the trailer is not coupled to a tractor.

2.2.20.   Material handling form used for logging in materials being loaded and unloaded are as follows:

| # | ITEM | CHECK | OK/NA/NG | COMMENT |
|---|------|-------|----------|---------|
| 1 | Cargo | Material or equipment is not damaged or leaking | | |
| 2 | Cargo/Material Distribution | Cargo is evenly distributed and lighter cargo is stacked on top of heavier freight. Is the cargo level and uniformed? | | |
| 3 | Cargo/ Material | Cargo is blocked, braced, banded or wrapped and on dunnage to prevent movement | | |
| 4 | Cargo/ Material | Check clearance of cargo to vehicle envelope. Does the cargo need to be flagged in the rear? Is the load wider than the bed? Is a DOT Permit | | |
| 5 | Surfaces | Check the surface of the deck against the cargo. | | |
| 6 | Weather | Does the cargo need to be covered by tarps? Can | | |
| 7 | Chains and binders | Marks, nicks, gouges, cracks, wear, twists, bends, stretching, and distortion | | |
| 8 | Ratchet binder straps | Edge protectors or softeners in place. Check for holes, tears, cuts, broken stitching in load bearing | | |
| 9 | Securing points for tie downs | Ensure securing points are not rusted, damaged and of equal or greater break strength ratings | | |
| 10 | Equipment that is being transported | Brakes are set, wheels are chocked, boom, arm, bucket and turntable locked down. Ensure that stored energy will not cause a release and cause | | |
| 11 | Inspect during transportation | Driver shall inspect cargo within the first 50 miles of the trip and 3 Hrs or 150 miles. The cargo shall be | | |
| QTY | UNITS | ITEM | | TOTAL |

**DRIVER**
DO NOT REMOVE BINDERS

**RECEIVER**
Do Not begin any offloading until you have reviewed the checklist on rear of card

2.3. Unloading

2.3.1.   Unauthorized individuals will not be permitted into the unloading area.

2.3.2.   The designated competent person shall be in place to inspect the load for stability and any shifting that may have taken place during transit and to observe all unloading activities.

2.3.3.   Ensure the designated unloading area is clear of all obstructions.

2.3.4.   Ensure vehicle and trailer brakes are applied and all stabilizers, wheel chocks and interlocks are engaged prior to the commencement of unloading operations.

2.3.5.   Drivers shall not remain in their cabs during unloading operations unless required and authorized by project management.

2.3.6.   Spotter should be in place where needed  and maintain visual/audible communication with the operator.

2.3.7.    Proper personal fall protection equipment shall be in place for all employees who are required to work from heights (six (6) feet or greater fall hazard ) while unloading materials.

2.3.8.    Proper dunnage/cribbing must be in place prior to landing/placing the materials in the designated storage area.

2.3.9.    Ensure lift plan, as required, is developed in the construction work plan.

2.3.10.    Taglines are required if load is being moved overhead.

2.3.11.    Rope hooks should not be used to anchor loads. Rope hooks are not subject to construction standards and vary in strength, size and material content and are rarely designed to withstand forces.

2.3.12.    The delivered material shall be in a condition to ensure safe unloading.

2.3.13.    Fixed jacks may be necessary to support a semitrailer and prevent upending during the unloading when the trailer is not coupled to a tractor.

2.4. Hazardous material loading/unloading

2.4.1.    Identify and communicate special handling and storage requirements for all hazardous materials prior to loading and unloading.

2.5. Pocket Guide for Unloading/Loading Trucks

 

Dunnage Do's and Don'ts



## 2.6. Load Distribution on Trailers









## 2.7. Material Storage

2.7.1.  Plan for accessibility and safe clearances of designated storage space.

2.7.2.  Passageways, traffic routes and rail beds will be identified and not be obstructed.

2.7.3.  All storage space will be kept organized and free of debris.

2.7.4.  Materials stacked above six (6) feet in height shall be banded or otherwise secured and warning signs posted.

2.7.5.  Permanent passageways should be marked to ensure safe access.

2.7.6.  Proper drainage must be established before the storage of materials is initiated.

2.7.7.  All parts of cranes and material handling equipment, including loads hoisted, should be kept at least ten (10) feet from energized overhead electrical lines or equipment. Minimum clearance will change according to line voltage in cases where voltage exceeds 50 kV.

2.7.8.  Underground utilities must be given sufficient protection from loads imposed by equipment and materials.

2.7.9.  Material must be stored in accordance with its compatibility as indicated on the Safety Data Sheet.

2.7.10. Materials shall be secured to prevent sliding, falling or collapsing.

2.7.11. Load limits for the floor or shelf being used for storage must be determined by a qualified person and not exceeded.

2.7.12. Equipment or materials stored inside a building under construction will not be placed within six (6) feet of any hoist way or inside floor openings, nor within ten (10) feet of an unenclosed exterior perimeter.

2.7.13. Materials will not be stacked above or against the guardrails.

2.7.14. Stacking of materials should be based on the frequency of need. Special bins shall be used for odd shapes or fragile material and height limitations shall be determined when planning storage space.

2.7.15. Lumber shall not be stacked more than sixteen (16) feet high if moved by hand or more than twenty (20) feet high if moved by forklift.

2.7.16. All nails must be removed from used lumber before stacking. Lumber must be stacked and leveled on solid supports and the stacks must be stable and self-supporting.

2.7.17. Stacks of loose bricks shall not be greater than seven (7) feet high. At four (4) feet, the stack will be tapered back two (2) inches for every foot above four (4) feet. At six (6) feet, the stack will be tapered back one-half block for each tier above six (6) feet.

2.7.18. Bags and bundles must be stacked in interlocking rows to remain secure.

2.7.19. Bagged material must be stacked by stepping back the layers and cross-keying the bags at least every ten (10) layers.

2.7.20. Boxed materials must be banded or held in place with cross-ties or shrink wrap plastic fiber when stacked.

2.7.21. Drums, barrels and kegs must be stacked symmetrical. When stored on their sides, bottom tiers must be blocked to prevent rolling.

2.7.22. If stacking material two (2) or more tiers high, the bottom tier must be choked to prevent shifting in either direction.

2.7.23. When stacked on end, planks or sheets of plywood or pallets must be placed between each tier to provide a flat, firm surface.

2.7.24. Cylindrical materials, bar stock and structural steel must be blocked or stored in racks.

2.7.25. Racks will not face main aisles or traffic lanes nor create hazards to passersby when supplies are being removed. When racks are not available, material will be stacked and blocked to prevent spreading or tilting.

2.7.26. Large structural steel beams will be placed on solid level ground. They should be braced, especially when the height exceeds the width, to prevent accidental tipping over.

2.7.27. Any project specific requirements for this section are listed here.


2.8. Banding

2.8.1. Hazards associated with steel strapping include shifting or moving loads, loose ends, whipping, improper use of banding as handholds, tripping over banding and cuts from sharp edges.

2.8.2. Banding shall be removed with caution because loads may have shifted during transport and can tumble when tension is released.

2.8.3. When tension is released from removal of banding or breaks caused by incorrect strapping, loose ends will whip away from the package with enough force to cause serious injury. Always use caution when working around bundles strapped under pressure.

2.8.4. Banding is not to be used as a handhold to access the load.

2.8.5. Steel straps shall be disposed of as soon as possible to avoid tripping or cutting hazards.

2.8.6. Banding machines must be kept in good condition and employees using the machine will be properly trained.

2.8.7. When applying or removing banding, ensure proper hand protection is utilized.

2.8.8. Loose fitting clothes are not permitted when working around strapping machines.

2.8.9. Safe removal of banding from bound material will be with tools designed to cut steel banding. Claw hammer, crowbar, chisel or anything that applies leverage is prohibited when removing banding.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

2.8.10.  Employees and/or machinery must be clear of the work area when removing banding.

2.8.11.  Two-hand operated strap cutters are recommended because they are designed to cut the strap and absorb the energy released when the strap is cut.

2.8.12.  Straps should be cut square and not at an angle.

2.8.13.  Any project specific requirements for this section are listed here.

## 2.9. Manually Moving Materials

2.9.1.   Inspect materials for any laceration hazards or splintering.

2.9.2.   Determine the weight of the load before applying force to move it.

2.9.3.   Identify and walk the intended pathway and ensure it is clear of any hazards.

2.9.4.   Use gloves and forearm protection when handling sharp-edge materials.

2.9.5.   Get assistance for large and/or heavy loads.

2.9.6.   Get assistance when visibility is imposed due to load size.

2.9.7.   Use dunnage blocks under raised loads that require manual placement.

2.9.8.   Attach handles and holders to loads when possible to reduce pinching or smashing fingers.

2.9.9.   Any project specific requirements for this section are listed here.

## 2.10. Manually Operated Mechanisms

2.10.1.  Wheel wells with safety hooks, jibs or other lifting mechanisms should be used when manually lifting material overhead.

2.10.2.  Equipment is to be installed as per manufacturer's recommendations.

2.10.3.  Lifts are to be reviewed by competent person.

2.10.4.  Hoist all loads with tag lines.

2.10.5.  When lifting all loose materials shall be secured to prevent materials from slipping out of rigging.

2.10.6.  Any project specific requirements for this section are listed here.

## 2.11.  Moving Long and/or Bulky Materials

2.11.1.  Any material that may carry a wind load requires two (2) or more employees to handle.

2.11.2.  Any project specific requirements for this section are listed here.

## 2.12.  Mechanically Moving Materials

2.12.1.  Barrels must always be picked with a proper lifting device. Cutting lifting eyes into barrels to move is not acceptable.

2.12.2.  Weight, size and shape of the material must be determined when selecting equipment to move it.

2.12.3.  Consult the equipment's rated load chart to determine maximum weight and condition capacity. Rating charts shall be available to the operator and not exceeded.

2.12.4.  Ensure that loads are centered and stable against shifting.

2.12.5.  Keep the load in the lowest position possible on the equipment for traveling.

2.12.6.  Stacked loads on pallets shall be correctly piled and cross-tiered and secured with banding if necessary.

2.12.7.  The water line and weight capacity of scale boxes and skip buckets must be clearly identified.

2.12.8.  Scale boxes or skip buckets used for moving material or debris must be permanently rigged with a bolt and pin shackle and may not be loaded above their water line or exceed weight capacity.

2.12.9.  Lifting boxes must be proof tested by a qualified person to one hundred twenty five percent (125%) capacity.

2.12.10. Daily visual inspections must be performed on all lifting boxes.

2.12.11. Any project specific requirements for this section are listed here.


3.  <u>Conveyors</u>

3.1. General Requirements

3.1.1.  Employees must never ride on material handling conveyors.

3.1.2.  Where the conveyor passes over work areas or aisles, guards must be provided to keep employees from being struck by falling objects.

3.1.3.  Crossovers must be guarded to protect employees and either marked with a warning sign or painted a highly visible color.

3.1.4.  Screw conveyors must be completely covered except at loading and discharge points.

3.1.5.  Any project specific requirements for this section are listed here.


3.2. Guards and Emergency Stops

3.2.1.  Guards must be provided at loading and discharge points to protect employees from contacting the moving screw.

3.2.2.  Guards are moveable and must be interlocked to prevent conveyor movement when not in place.

3.2.3.  Emergency buttons or pull cords designed to stop the conveyor must be installed at the employee workstation or the station must be adequately guarded to positively prevent all injury exposure.

3.2.4.  Access points on the conveyor should have an emergency stop cable that extends the entire length of exposed belt or be guarded.

3.2.5.  The emergency stop switch must be designed to be reset before the conveyor can be restarted.

3.2.6.  Any project specific requirements for this section are listed here.

4.  <u>Disposal of Waste Material</u>
  4.1. General Requirements

4.1.1.  When materials must be dropped more than twenty (20) feet to any point lying outside the exterior walls of a structure, an enclosed chute of wood or equivalent material will be used as a ramp.

4.1.2.  When debris is dropped through holes or openings in the floor without the use of a chute, the area onto which the material is dropped will be completely enclosed with barricades.

4.1.3.  Enclosure requirements:

- Physical barricades must be at least forty-two (42) inches high and at least six (6) feet back from the projected edge of the opening above.
- Wind velocity and its potential for carrying materials should be calculated into the disposal plan.
- Signs warning of the hazard of falling materials should be posted at each level.
- A spotter shall be posted at the area of retrieval to keep area clear of unnecessary traffic.
- Debris will not be removed from the disposal site until all handling ceases from above.

4.1.4.  All scrap lumber, waste material and rubbish shall be removed from the immediate work area as the work progresses.

4.1.5.  All solvent waste, oily rags and flammable liquids shall be kept in fire resistant covered containers until removed from the jobsite.

4.1.6.  Any project specific requirements for this section are listed here.

<u>EHS Forms and Documents</u>

- <u>Material Handling Inspection Form</u>  - Material Handling Inspection Form

**Applicable Training**

- None

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

# Mobile Elevating Work Platforms



## Objective

The purpose of this program is to establish safe working practices for all employees working on or around mobile elevating work platforms (MEWPs).

## Legal and Other Requirements

Federal, State, Local Regulations

- ANSI A92
- OSHA 29 CFR 1926.453 Subpart L Scaffolds  - Aerial lifts
- OSHA 29 CFR 1926.502 Subpart M Fall Protection  - Fall protection systems criteria and practices
- OSHA 29 CFR 1926.952 Subpart K Electrical  - Authority for 1926 Subpart K
- OSHA 29 CFR 1926.952 Subpart V Electric Power Transmission and Distribution  - Job briefing

Skanska/Client Requirements

- None

## Procedure

Mobile Elevating Work Platforms (MEWPs), including telescoping boom platforms, articulating boom platforms, scissor lifts and vertical towers/lifts are covered by this program.

1. All Group B MEWPs (e.g., boom lifts) shall be fitted with appropriate primary or secondary guarding devices in an effort to eliminate operator crushing incidents. A primary guarding device is a physical structure that prevents the operator from being crushed. A secondary guarding device is an alarm and/or sensor bar that alerts ground personnel when the operator is in a potential crush hazard. In the event that primary guarding or secondary guarding is not available, a spotter who has no other responsibilities shall be at the MEWP's emergency controls at all time.

2. MEWPs designated as "indoor" only models shall not be used outdoors (i.e., anywhere the MEWP would be subjected to wind). For MEWPs with "indoor/outdoor" settings, only the "outdoor" setting shall be used when the MEWP is subjected to wind.

3. The working surface shall be assessed prior to MEWP operation to ensure it is adequate to support the weight of the MEWP.

4. A written rescue plan shall be in place prior to MEWP operation. The rescue plan shall:

   4.1. Be incorporated into operator, supervisor and occupant training

   4.2. Limit the time that a worker is suspended in the air

   4.3. Define type(s) of rescue to be employed:

   - Self-rescue = by the person involved
   - Assisted rescue = by others in the work area
   - Technical rescue = by emergency services

   4.4 All MEWPs used must be equipped with a one-step emergency lowering procedure. Those with a 2-3 step emergency lowering procedure will not be allowed to be used

5. During operation of the MEWP, an individual trained on emergency ground control processes shall be in reasonable proximity to ground controls to respond to an emergency.

6. In the event that an MEWP is stuck, the operator must immediately shut off the MEWP and summon help.

7. MEWPs shall be maintained and inspected in accordance with the manufacturer's recommendations and ANSI standards. Required documented inspections include:

   - Frequent inspections=every three months or 150 operating hours, whichever comes first
   - Annual inspections at least every twelve (12) months shall be documented on the MEWP to identify the date of the last annual inspection

8. MEWP operators shall be trained on the safe operation of the equipment, selection of the proper MEWP, risk assessment, rescue planning and occupant training.

9. MEWP occupants (anyone in the MEWP who is not an operator) shall receive training on fall protection systems and what to do if the operator is unable to operate the lift.

10. Employees who directly supervise one or more MEWP operators shall receive MEWP supervisor training.

11. Prior to use, employees shall perform a documented inspection on the MEWP. Inspections shall be in accordance with the manufacturer's requirements.

12. Employees shall ensure that copies of the manufacturer's operating manual are with each MEWP.

13. Employees shall wear a full body harness and be tied off with a self-retracting lifeline (SRL) to the manufacturer's designated anchorage point at all times while operating the MEWP.

    13.1.     Decelerating lanyards are not permitted. SRLs manufactured with decelerating lanyards are acceptable.

    13.2.     Static fall restraint lanyards are permitted in 3A MEWPs (e.g., scissor lifts).

14. While working from a MEWP, tying off to an adjacent structure or equipment shall not be permitted unless designed for that purpose or appropriate engineering design checks have been conducted.

15. Operators and their supervisors shall be held accountable for the safe operation of the MEWP to which they are assigned. If the MEWP is operated in an unsafe manner, the operator shall be subject to disciplinary action up to, and including, termination.

16. Employees shall always stand firmly on the platform of the lift. An employee shall never stand, sit or climb on the edge of the platform, or use any type of ladder, plank or other device as a work positioning system unless approved by the MEWP manufacturer.

17. The gates of MEWPs shall be properly engaged whenever the MEWP is in use.

18. Boom or basket load limits shall not be exceeded for any reason.

19. MEWPs shall not be used as material hoists unless the load is contained within the basket and meets the MEWP's rated capacity. The MEWP shall not be modified for hoisting, lifting or positioning of material unless approved by the manufacturer.

20. An MEWP shall not be moved when the boom is extended in a working position and employees are in the platform, unless the equipment has been specifically designed for this purpose.

21. The insulating components of an MEWP shall not be altered or integrity compromised in any way to reduce its insulating value.

22. Operational MEWPs must maintain a minimum of 10 feet clearance from power lines in accordance with OSHA 1926 subpart K.

23. Any project specific requirements for this section are listed here.

## EHS Forms and Documents

- Mobile Elevated Work Platform Inspection  - inspection form

**Applicable Training**

- Operator training
- Supervisor training
- Occupant training


Training Links

- Aerial Lift Safety [Competent Person]  - Aerial Lift Safety [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Motor Vehicles and Mechanized Equipment



## Objective

The purpose of this program is to establish rules and regulations for safe operation of motor vehicles and mechanized equipment.

## Legal and Other Requirements

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3317 – Material Hoists and Bucket Hoists
- NYC DOB CH.33 SECTION BC3318 – Personnel Hoists
- NYC FIRE CODE CH.14 SECTION FC1416 – Internal-Combustion-Powered Equipment
- OSHA 29 CFR 1910.178 Subpart N - Materials Handling and Storage  - Powered industrial trucks
- OSHA 29 CFR 1926.20 Subpart C - General Safety and Health Provisions  - General safety and health provisions
- OSHA 29 CFR 1926.600 Subpart O - Motor Vehicles, Mechanized Equipment, and Marine Operations  - Equipment.
- OSHA 29 CFR 1926.601 Subpart O - Motor Vehicles, Mechanized Equipment, and Marine Operations  - Motor vehicles

Skanska/Client Requirements

- None

## Procedure

1. General Requirements
    1.1.  Employees shall have appropriate license and/or training to operate vehicles and equipment.
    1.2.  Parked equipment, one (1) ton or greater in capacity, shall have a wheel chocked and parking brake set.
    1.3.  Modifications affecting the equipment's safe operation shall not be made.
    1.4.  Complete visual equipment inspections and applicable checklists prior to each use and submit to supervisor daily.
    1.5.  Correct identified safety defects before equipment use. Seat belts shall be worn while operating vehicles and equipment with roll over protective structures (ROPS).

1.6. Equip construction vehicles greater than a pickup truck with an audible reverse signal alarm. A "white noise" alarm may be required in urban areas. Remove construction equipment without alarms from service or provide a spotter.

1.7. Parked -equipment unattended overnight any must have lights or reflectors. All hauling vehicles, loaders, cranes, shovels, etc., shall have a cab shield and/or canopy.

1.8. Equip all rubber-tired equipment with manufacturer provided fenders.

1.9. Secure tools and equipment in employee compartment when transported.

1.10. Never short across the starter terminals batteries as this could bypass the engine neutral-start system as well as damage the electrical system.

1.11. Mount and dismount the equipment at the manufacturers recommended access points.

1.12. Passengers are not permitted in equipment cabs unless additional seat, seat belt, and ROPS or falling object protective structure (FOPS) are provided.

1.13. Riding in the bed of pick-up trucks is prohibited.

1.14. Do not operate equipment above posted speed limits.

1.15. Pushing equipment with vehicles or other equipment is strictly prohibited.

1.16. Any project specific requirements for this section are listed here.


2. <u>Backing and Spotters</u>

2.1. All equipment reversing operations shall be controlled.

2.2. Use a spotter when workers on foot are exposed to reversing operations.

2.3. Designated Spotters shall be used where the vehicle or equipment has an obstructed view to the rear, except when approved controls are identified in the Construction Work Plan.

2.4. Spotters shall be trained, designated and identified.

2.5. Designated spotters will be personnel assigned to reverse signaling activities and shall have the following:

- A minimum ANSI approved Class 2 safety vest and spotter gloves during daytime operations
- A minimum ANSI Class 3 safety vest and two lighted red traffic wands during nighttime operations
- During all operations the designated spotter shall be visible at a minimum distance of one thousand (1,000) feet.

2.6. Spotters shall not engage in any activities other than those related to the signaled vehicle or equipment.

2.7. Spotters shall always maintain a safe working distance from the vehicle or equipment and visual contact with the operator, and shall not cross behind vehicles or equipment.

2.8. If the operator loses visual contact with the spotter, the vehicle shall immediately stop until visual contact with the spotter is reestablished.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

2.9.   Light duty vehicles, which DO NOT have a reverse signal alarm and an obstructed view to the rear, are required to do the following:

- Before reversing, perform a three hundred sixty (360) degree visual inspection, sound the horn with two (2) short blasts and wait two (2) seconds before proceeding.
- Reverse the vehicle into a parking space upon arrival or pull through to eliminate the need to back out of a parking space or work area.

2.10.  Vehicles and equipment with video or proximity sensor technology are NOT exempt from the use of a spotter if the operator has an obstructed view.

3.  Maintenance

3.1.   Implement an equipment maintenance program.

3.2.   All equipment is required to be locked and tagged out prior to maintenance operations.

3.3.   Block or crib heavy equipment suspended by slings, hoists or jacks to prevent falling and shifting. Provide safety tire rack cage or equivalent protection when changing tires with split rims or rims equipped with locking rings.

3.4.   Equip trucks with dump bodies with permanent positive protection capable of locking to prevent accidental lowering of the body during maintenance or inspection work.

3.5.   Replace all damaged or worn parts prior to use.

3.6.   Any project specific requirements for this section are listed here.

4.  Safe walkways

4.1.  Delineate safe walkways, haul routes and work zones.

4.2.  The following are best practices used when installing walkways:

- Avoid personnel versus machine interface. All personnel shall stay at least 25 feet away from active heavy equipment until visual contact has been made with the operator and the operator has acknowledged the close proximity.
- Maintain eye contact with operators when walking near any equipment or vehicles.
- Use barricades and delineators to establish pedestrian and safe access walkways within work zones. Established walkways are NOT PPE free zones, unless otherwise posted.
- Use construction barrels to delineate haul routes and equipment paths.
- Maintain barricades, delineators and barrels on a daily basis.
- Consider installing swing gates at the entrance/exit of each walkway.

*Delineators used for walkway*                                        *Entrance/Exit swing gate*

   

EHS Forms and Documents

- Fork Lift Checklist  - Fork Lift Checklist
- Heavy Equipment Motor Vehicle Inspection  - Heavy Equipment Motor Vehicle Inspection

**Applicable Training**

- Equipment Operator Training

Training Links

- Decision Driving [Competent Person]  - Decision Driving [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Pile Driving



## Objective

The purpose of this program is to establish a safe operating procedure for the use of pile drivers and pile driving equipment.

## Legal and Other Requirements

Federal, State, Local Regulations

- American Society of Mechanical Engineers, Pressure Vessels Codes Section VIII
- OSHA 29 CFR 1926 Subpart O - Motor Vehicles, Mechanized Equipment, and Marine Operations

Skanska/Client Requirements

- None

## Procedure

1. General Requirements
   1.1. Identify potential risks (overhead power lines, underground utility vaults, unstable ground, existing utilities, etc.) pertaining to driving and cutting piles.
   1.2. Provide adequate manpower for safe execution of all pile driving and cutting activities.
   1.3. Pile paths will be clear. Pile driving work will not occur until verification of underground utilities is completed and existing underground utility locations are verified by hand or vacuum excavation.

   1.4. Identify geologic bearing strata profiles prior to executing pile driving operations.
   1.5. Procure the appropriate pile lengths and place in relation to the geologic bearing profiles to limit excessive pile lengths cut above grade.
   1.6. Loading and offloading of piles or sheets from trucks with beds over six (6) feet high requires fall protection.
   1.7. All employees conducting pile operations above six (6) feet will use one hundred percent (100%) fall protection, including while in a mobile elevating work platform (MEWP).
   1.8. Keep all personnel clear when piling is hoisted into the leads.

1.9.    Outriggers and rubber-tired equipment must be in position to provide maximum stability when in use.

1.10.    Use mats and cribbing for support in cuts, fills or other areas where soil may be unstable

1.11.    Ground operated mechanical pile-threaders and remote release shackles shall be the first choice when planning operations.

1.12.    Steam or air supply lines shall have shut off valves within easy reach of operators.

1.13.    Use appropriate support of excavation (SOE) for piles driven in an excavated pit.

1.14.    Keep employees beyond the range of falling materials as steel pipe piles are "blown out."

1.15.    Attach a tag line to steady the blow pipe during operations.

1.16.    Take precautions to prevent exposure to falling objects (cushion blocks, auger spoils, pile chips, and steel debris).

1.17.    Personnel involved with the pile driving operation will not stand in front of the leads while driving piles.

1.18.    Workers guiding piles into the leads, shall not place arms or hands between the pile and the inside guide or on top of the pile.

1.19.    Provide blocking on top of booms to prevent damage to lacings from hoist line whipping.

1.20.    A secured ladder shall extend the height of the rig and be maintained in good condition.

1.21.    Provide stop-blocks for the leads to prevent the hammer from raising against the head-block.

1.22.    Protect employees working below the hammer, by providing a blocking device capable of safely supporting the weight of the hammer. Provide guards across the top of the head-block to prevent the cable from jumping out of the sheaves.

1.23.    When the leads must be inclined in the driving of batter piles, stabilize the leads.

1.24.    Fixed leads will be provided with a ladder, adequate rings and a safety climbing device.

1.25.    Use guardrails to protect leads provided with platforms.

1.26.    Use a closed shackle or a positive means of attachment when hoisting piling to prevent accidental disengagement.

1.27.    Riding the ball, hook or loads is prohibited.

1.28.    A boatswain's chair is not allowed during any pile driving activity.

1.29.    Use a pile extractor if piling cannot be pulled without exceeding the load rating of equipment.

1.30.    Dogs on pile driver hoist drums that automatically disengage either by relieving the load or rotating the drum will be prohibited.

1.31.    Lower pile hammers to the bottom of leads while pile driver is moved.

1.32.    Provide safe access to the top of the crane and any attached power units.

DocuSign Envelope ID: 29A1B65A-97FA-49F2-972D-AB5D4EE3292E

1.33.  A certified and/or qualified signal person shall perform all signaling.

1.34.  Coordinate access into a pile driving area with the pile driving foreman.

1.35.  Secure hose connections with at least one and a quarter (1 ¼) inch diameter chain or equivalent wire rope to prevent whipping.

1.36.  Stirrups will be provided on sheet piling to aid in guiding the pile into place.

1.37.  A driving head or bonnet is required to bell the head for piles other than sheet piles.

1.38.  Provide pit access ladders and edge protection methods to prevent material from falling into the pit.

1.39.  Follow engineered design solutions specific to the pile type/dimensions, including support tab patterns, allowing for safe removal.

1.40.  Review plumb of pile prior to cutting to determine potential for eccentric loading risk.

1.41.  Pile sections more than five (5) feet above grade must be secured, removed and lowered by mechanical means (e.g., loader, excavator, pile driving rig, crane, etc.).

1.42.  Pile sections less than five (5) feet may be manually displaced, using tab utilization process, in conjunction with safe working practices detailed in Construction Work Plan.

1.43.  Establish, when possible, a controlled access zone two and a half (2 ½) times the length of the longest pile that is to be cut during pile top cutting operations.

1.44.  No pile driving activity is to take place within the controlled access zone (CAZ).

1.45.  Any project specific requirements for this section are listed here.


2.  Personal Protective Equipment (PPE)

2.1.  Provide adequate hearing protection based on occupational noise monitoring.

2.2.  When driving creosoted wood piles, hammer impact may spray creosote, injuring the eyes, skin and lungs. Double eye protection, protective suits and respiratory protection may be required.

2.3.  Any project specific requirements for this section are listed here.


3.  Inspection and Maintenance of Pile Driving Equipment

3.1.  The use of metal-armored hoses is recommended when possible.

3.2.  Secure all hose connections with at least one and a quarter (1 ¼) inch diameter chain or equivalent wire rope to prevent whipping or spraying of steam or air.

3.3.  Repair or replace defective air or steam hoses in accordance with the manufacturer's recommendations before reuse.

3.4.  Lubricate all moving parts in the lead in accordance with manufacturer's recommendations.

3.5.  Provide whip checks, or equivalent means, to prevent hoses from thrashing around if couplings disconnect.

3.6.    Check hooks, slings, leads and all other connections for damage and cracking prior to mobilization and periodically during use.

3.7.    Relieve pressure from lines when shutting down rigs.

3.8.    Lower hammer to the base of the leads and block when not in use.

3.9.    Lock and tag out all equipment prior to maintenance operations. Consider steam and/or air pressure.

3.10.  Any project specific requirements for this section are listed here.


EHS Forms and Documents

- None

**Applicable Training**

- None

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292F

# Rigging



## Objective

The following policy and procedures support the safe use, maintenance, and inspection of rigging equipment and associated gear on all projects.

## Legal and Other Requirements

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3316 – Hoisting Equipment
- NYC DOB CH.33 SECTION BC3317 – Material Hoists and Bucket Hoists
- NYC DOB CH.33 SECTION BC3320 – Material Handling Equipment
- OSHA 29 CFR 1910.184 Subpart N - Materials Handling and Storage  - Slings
- OSHA 29 CFR 1926.251 Subpart H - Materials Handling, Storage, Use, and Disposal  - Rigging equipment for material handling
- OSHA 29 CFR 1926.32 Subpart C - General Safety and Health Provisions  - Definitions

Skanska/Client Requirements

- None

## Procedure

1. Rigging Plan
    1.1. A detailed rigging plan must be attached to the CWP for all categories of lifts. The rigging plan must be completed by a qualified person and documented on the rigging plan form triggered in lift plan.


2. General Requirements
    2.1. A designated person shall inspect all new rigging equipment before it is placed into service.
    2.2. Visual inspection for damage shall be performed by the user or other designated person prior to each use on each shift and as necessary to ensure there is no damage and is safe to be used.  Written records are not required for these inspections.

DocuSign Envelope ID: 2941B65A-97EA-49F2-972D-A95D4EE3292E

2.3. A documented monthly inspection of all rigging shall be completed by a designated person. RFID technology may be used to document monthly inspections.

2.4. Chains shall not be used for rigging purposes.

2.5. Any project specific requirements for this section are listed here.

3. <u>Lifting Devices</u>

   3.1. Any lifting device must be stamped with the (1) maximum working load limit, (2) weight of the devise, (3) serial number and (4) manufacturer's name.  Skanska fabricated lifting devises must also include date of the load test.

   3.2. Custom below-the-hook lifting devices, as defined by ASME BTH-1, must be designed by a Professional Engineer. Drawings must be made available upon request.

   3.3. Before use, the custom lifting device shall be load tested per the requirements of OSHA, ASME BTH-1, ASME B30.20, or as directed by the Engineer.

   3.4. The load test shall be performed by either a professional testing service or under the supervision of a qualified person at a Skanska facility or project site.

   3.5. All testing documentation must be kept on file at the jobsite.

   3.6. Any project specific requirements for this section are listed here.

4. <u>Storage</u>

   4.1. All rigging must be properly stored at the end of each shift or when not in use.

   4.2. All rigging will be stored in an area where it will not be subjected to mechanical damage, corrosive action, moisture, direct sunlight, extreme temperatures, or kinking.

   4.3. A storage box will be supplied and designated for rigging storage.

   4.4. Proper storage needs for wire rope rigging shall be determined by the team.

   4.5. Any project specific requirements for this section are listed here.

5. <u>Synthetic, Round, and Wire Rope Slings</u>

   5.1. Proper use:

      5.1.1.  Synthetic slings shall not be shortened with knots, bolts, or other makeshift devices.

      5.1.2.  Sling legs shall not be kinked, crushed or broken.

      5.1.3.  Slings shall not be loaded in excess of their rated capacities.

      5.1.4.  Slings used in a basket hitch shall have the loads balanced to prevent slippage.

      5.1.5.  Slings shall be securely attached to their loads.

      5.1.6.  Slings shall be padded or protected from the sharp edges of their loads.

      5.1.7.  Shock loading is prohibited.

      5.1.8.  All loads shall be placed on dunnage so the load is not resting on the sling.

5.1.9.   A competent person shall inspect slings and attachments before and after each lift.

5.1.10.  All damaged equipment shall be taken out of service and destroyed to prevent future use.

5.1.11.  Any project specific requirements for this section are listed here.

5.2. Removal criteria for synthetic web/round slings:

5.2.1.   Acid or caustic burns

5.2.2.   Melting or charring of any part of the sling surface

5.2.3.   Snags, punctures, tears or cuts

5.2.4.   Broken or worn stitches or distortion of fittings

5.2.5.   Missing or illegible identification tags

5.2.6.   Holes, tears, cuts, abrasive wear, or snags that expose the core yarns

5.2.7.   Discoloration, brittle, or stiff areas on any part of the sling that may indicate damage

5.2.8.   Any project specific requirements for this section are listed here.

5.3. Removal criteria for wire rope sling:

5.3.1.   Ten randomly distributed broken wires in one rope lay, or five broken wires in one strand in one rope lay

5.3.2.   Wear or scraping of one-third the original diameter of outside individual wires

5.3.3.   Kinking, crushing, bird caging or any other damage resulting in distortion of the wire rope structure

5.3.4.   Evidence of heat damage

5.3.5.   Missing or illegible identification tags

5.3.6.   Any project specific requirements for this section are listed here.

6.  Hardware

6.1. Proper Use:

6.1.1.   Only hardware that is in compliance with ANSI requirements will be permitted.

6.1.2.   Crosby brand shackles recommended.

6.1.3.   For long-term installations (i.e. shackles on skips, pans, welding machines, air compressors, concrete buckets, bolt type shackles shall be used.

6.1.4.   If screw pin type shackles are used, the pin shall be secured from rotation or loosening.

6.1.5.   The screw pin will be fully engaged and in contact with the shackle body.

6.1.6.    The load applied to the shackle will be centered in the bow of the shackle to prevent side loading.

6.1.7.    Multiple sling legs will not be applied to the shackle pin.

6.1.8.    Multiple slings in the body of a shackle will not exceed 120 degrees in angle.

6.1.9.    If the shackle is to be side loaded, the rated load will be reduced at a minimum of the manufacturer's specifications (50%) or higher as designated by a qualified person.

6.1.10.  The screw pin shackle will not be rigged in a manner that would cause the pin to unscrew.

6.1.11.  When a shackle is used in a choker hitch, the pin will be connected to the choking eye of the sling.

6.1.12.  Any project specific requirements for this section are listed here.


6.2. Steel Sorting/Shake Out

6.2.1.    All sorting hooks must have a handle at the top of the hook.



6.2.2.    Sorting hooks can only be used for shaking out and separating steel.

6.2.3.    At no time will sorting hooks be used to fly steel during erecting operations (no higher than chest level).

6.2.4.    The competent person shall directly oversee the use of sorting hooks and ensure proper use at all times.

6.2.5.    The improper use of sorting hooks will be subject to reprimand.


6.3. Hardware Removal Criteria

6.3.1.    Missing or illegible manufacturer's name or trademark and/or rated load identification.

6.3.2.    A ten percent (10%) or more reduction of the original dimension.

6.3.3.    Indications of bends, twists, distortions, stretching, elongation, cracking or broken load bearing components, excessive nicks, gouges, pitting and corrosion.

DocuSign Envelope ID: 29A1B65A-97FA-49F3-972D-AB5D4EE3292E

6.3.4.   Indications of heat damage including weld spatter or arc strikes.

6.3.5.   Loose or missing nuts, bolts, cotter pins, snap rings or other fasteners and retaining devices.

6.3.6.   Unauthorized replacement components.

6.3.7.   Other visible conditions that cause doubt as to the continued use of the hardware.

6.3.8.   Any project specific requirements for this section are listed here.

EHS Forms and Documents

- Monthly Rigging Inspections  - Monthly Rigging Inspections

**Applicable Training**

- Rigging training

Training Links

- Rigging Safety [Competent Person]  - Rigging Safety [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- None

## Signs, Signals, and Barricades



**Objective**

The purpose of this program is to establish safe working guidelines for using signs, signals and barricades as part of a hazard warning system.

**Legal and Other Requirements**

Federal, State, Local Regulations

- ANSI D6.1-1971
- ANSI Z53.1-1967
- NYC DOB CH.33 SECTION BC3307 – Protection of Pedestrians
- OSHA 29CFR 1926.200 Subpart G - Signs, Signals, and Barricades  - Accident prevention signs and tags

Skanska/Client Requirements

- None

**Procedure**

1. General Requirements
   1.1. The project shall have a consistent means of identifying local or general hazards with appropriate signs, signals or barricades.
   1.2. The signs, signals and barricades must be understandable by all employees, subcontractors and visitors.
   1.3. Any project specific requirements for this section are listed here.


2. Signs/Signals
   2.1. Signs shall be visible at all times when applicable work is being performed and shall be removed promptly when the purpose for them no longer exists.
   2.2. Danger signs shall be used where an immediate hazard exists and have red as the predominating color for the upper panel, black outline on the borders and a white lower panel for additional sign wording.
   2.3. Caution signs shall be used to warn against potential hazards and have yellow as the dominant color, black upper panel and borders, yellow lettering of "caution" on the

DocuSign Envelope ID: 2941B65A-97FA-49F2-972D-AB5D4EE3292E

black panel and a lower yellow panel for additional sign wording. Black lettering shall be used for additional wording.

2.4.  Exit signs shall be lettered in legible red letters, not less than six (6) inches high, on a white field and the principal stroke of the letters shall be at least three-fourths (3/4) inch in width.

2.5.  Safety instruction signs shall be white with a green upper panel with white letters to convey the principal message. Any additional wording on the sign shall be black letters on the white background.

2.6.  Directional signs, other than automotive traffic signs, shall be white with a black panel and a white directional symbol. Any additional wording on the sign shall be black letters on the white background.

2.7.  Construction areas shall be posted with legible traffic signs at points of hazards.

2.8.  All traffic control signs or signals shall comply with the Manual on Uniform Traffic Control Devices (MUTCD).

2.9.  Accident prevention tags shall be used as a temporary means of warning employees of an existing hazard, such as defective tools, equipment, etc. They shall not be used in place of, or as a substitute for, accident prevention signs.

2.10. Any project specific requirements for this section are listed here.

3.  Barricades

3.1.  Barricades shall be visible at all times when work is being performed and shall be removed promptly when the hazard no longer exists.

3.2.  Yellow and red chain/rope shall be the preferred method.

3.3.  If barricade tape is to be used, it shall only be reinforced barricade tape.

3.4.  All red danger barricades shall have a sign identifying the hazard that the barricade is protecting.

3.5.  Red and black barricade tape, minimum of two (2) inches wide, shall be used to designate an area of danger.

3.6.  Employees are not allowed to enter a red barricaded area without permission from the supervisor/crew responsible for the hazard in that area.

3.7.  Yellow and black barricade tape, minimum of two (2) inches wide, shall be used to designate an area of caution.

3.8.  Employees shall be allowed to move through an area marked with caution tape once the hazard is identified.

3.9.  Any project specific requirements for this section are listed here.

EHS Forms and Documents

- None

**Applicable Training**

- None

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

## Stairways and Ladders



## Objective

The purpose of this program is to establish rules regarding the proper design and the safe use of stairways and ladders on our projects.

## Legal and Other Requirements

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3303 – Safeguards and Maintenance of Site
- OSHA 29 CFR 1926.1050 Subpart X - Stairways and Ladders - Scope
- OSHA 29 CFR 1926.1051 Subpart X - Stairways and Ladders - General requirements
- OSHA 29 CFR 1926.1052 Subpart X - Stairways and Ladders - Stairways
- OSHA 29 CFR 1926.1053 Subpart X - Stairways and Ladders - Ladders
- OSHA 29 CFR 1926.1060 Subpart X - Stairways and Ladders - Training

Skanska/Client Requirements

- ANSI A14 1992 Job Made Wooden Ladders

## Ladders Last

1. Prior to beginning work, the crew will evaluate all tasks that require individuals to work from elevated heights. It is the expectation that these tasks shall be performed using methods other than using a ladder. Portable scaffold devices, scissor lifts, scaffold towers, podium ladders (acceptable only with the top rail at least thirty (30) inches above the platform), lift pods, etc. are the preferred method to performing work at heights.

2. A-Frame Ladder use will be allowed only when it has been determined by the crew in conjunction with Skanska USA Building, Inc. project management that it is not feasible to use any other options to complete the task.  If it is determined that a ladder must be used, the need shall be documented in the Construction Work Plan.

## Procedure

3. General Requirements
   3.1. Where there is a break in access elevation of nineteen (19) inches or more a stair/step must be installed.

3.2.  Workers must maintain three (3) points of contact at all times when climbing or descending from a ladder.

3.3.  Fall protection is required when an employee's feet are at or above the sixth rung from the bottom.

3.4.  Manufactured ladders are not to be modified without manufacturer's consent.

3.5.  Ladder rungs, cleats and steps must be parallel, level and uniformly spaced.

3.6.  Ladders must not be tied or fastened together to create longer sections.

3.7.  During pit excavations, a job-built ladder will be used to accommodate the adding of additional rungs as the depth of the excavation increases.

3.8.  Two or more separate ladders used to reach an elevated work area must be offset with a platform or landing between the ladders.

3.9.  Wooden ladders will not be painted, except for identification or warning labels placed only on one face of a side rail.

3.10. Metal ladders are prohibited on all job sites.

3.11. Ladders will not be used in a horizontal position for use as platforms, runways or scaffolds.

3.12. The minimum clear distance between side rails for all portable ladders is eleven and a half (11 ½) inches.

3.13. All stepladders must have a metal spreader or locking device.

3.14. Stepladders may not be used in any configuration other than completely open, locked in place and sitting on firm, level ground.

3.15. Where access is required for elevation difference of thirty (30) feet or greater, ladders are not permitted.

3.16. All ladders must be used per the manufacturer's requirements.

3.17. Portable ladders must be capable of supporting at least four (4) times the maximum intended load, except Type 1A (Extra Heavy Duty), which must sustain 3.3 times the maximum intended load.

3.18. Any project specific requirements for this section are listed here.

4.  Ladder Safety Practices
    Set-up and Use

    4.1.  When ladders are used to access an upper landing, the side rails must extend at least three (3) feet above the upper landing. An employee can walk through the ladder by gripping the side rails while stepping onto the landing.

    4.2.  When an extension is not possible, the ladder must be secured at the top to a rigid support that will not deflect and a grasping device, such as a grab rail, will be provided to assist employees in accessing the ladder.

    4.3.  The grasping device must be close enough for an employee to reach without stooping or stretching.

4.4.   Under no circumstance may the extension cause the ladder to deflect under a load or slip off its support.

4.5.   Non-self-supporting ladders must be angled so that the horizontal distance from the top support to the toe of the ladder is approximately one-quarter (¼) the working length of the ladder.

4.6.   Ladders must be maintained free of oil, grease and other slipping hazards.

4.7.   Ladders must not be loaded beyond the maximum intended load or beyond the manufacturer's rated capacity.

4.8.   Ladders must be used only for the purpose for which they were designed.

4.9.   Ladders must be used only on stable and level surfaces unless secured to prevent accidental displacement.

4.10.  Ladders must not be used on slippery surfaces unless secured or provided with slip-resistant feet to prevent accidental displacement. Slip-resistant feet must not be used as a substitute for care in placing, lashing or holding a ladder that is used upon slippery surfaces.

4.11.  A physical barrier must be placed around ladders that are located in passageways, doorways or driveways to keep the activities or traffic away from the ladder.

4.12.  The area around the top and bottom of ladders must be kept clear of debris.

4.13.  The top of a non-self-supporting ladder must be placed with the two (2) rails supported equally unless it is equipped with a single support attachment.

4.14.  Ladders must not be moved, shifted or extended while occupied.

4.15.  The top or top step of a stepladder must not be used as a work platform.

4.16.  Cross-bracing on the rear section of stepladders must not be used for climbing unless the ladders are designed for and provided with steps for climbing on both front and rear sections.

4.17.  Single-rail ladders must not be used.

4.18.  Ladders will be tied, blocked or otherwise secured to prevent displacement.

4.19.  Any project specific requirements for this section are listed here.


5.  Housekeeping

5.1.   Electrical cords, air hoses, welding leads and other obstructions will not impede access at the top or bottom of ladder.

5.2.   Should the ladder be located in an area susceptible to mud, water or snow, it will be inspected prior to use and relocated as needed.

5.3.   In areas where muddy conditions are present, crushed stone and/or grating will be located at the bottom to prevent slipping while climbing.

5.4.   Any project specific requirements for this section are listed here.


6.  Ladder Inspection and Repair

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-AB5D4EE3292E

6.1. At least every shift a competent person will inspect ladders each shift for visible defects and address any situation that may have affected their safe use. Job-built- ladders will be inspected each shift and documented each week with a tag.

6.2. Portable and fixed ladders with structural defects must be withdrawn from service by immediately removal from the project site or marking the ladder in a manner that readily identifies it as defective and tagging it with "Do Not Use" or similar notices.

6.3. A ladder can also be removed from service by blocking it with plywood or other attachment that spans several rungs.

6.4. Any project specific requirements for this section are listed here.

EHS Forms and Documents

- None

**Applicable Training**

- Competent person training
- General awareness training

Training Links

- Ladder Safety [Competent Person]  - Ladder Safety [Competent Person]
- Ladder Safety--Every Step Counts [Competent Person]  - Ladder Safety--Every Step Counts [Competent Person]
- Stairways and Ladders - Construction [Competent Person]  - Stairways and Ladders - Construction [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Steel Erection



## Objective

The purpose of this program is to establish safe working practices for all employees associated with steel erection activities.

## Legal and Other Requirements

Federal, State, Local Regulations

- ANSI Z359-1-2007
- NYC DOB CH.33 SECTION BC3305 – Material Placement and Installation
- OSHA 29 CFR 1926 Subpart M Fall Protection
- OSHA 29 CFR 1926 Subpart R  - Steel Erection

Skanska/Client Requirements

- None

## Procedure

1. General Requirements
   1.1.   All workers engaged in steel erection activities shall follow Skanska's one hundred percent (100%) fall protection requirements when working from heights. Regulatory height requirements may vary by jurisdiction and be more restrictive, but in no circumstance shall any worker be exposed to an unprotected fall greater than (six) feet.

2. Preconstruction Requirements
   2.1.   A written steel erection plan must be developed and approved.
   2.2.   Verification and sign off on concrete foundations and/or piers reaching design strength must be provided to steel erector prior to commencement of steel erection.
   2.3.   Skanska's Notice to Commence Steel Erection form shall be completed prior to any steel erection.
   2.4.   Complete a Construction Work Plan and Lift Plan prior to all steel erection activities.

3. Steel Erection Crane Activities

3.1. Preplan all overhead crane lifting operations to prevent lifting over personnel.

3.2. Coordinate all steel deliveries with Skanska to ensure pedestrian/vehicular traffic around the project is controlled.

3.3. No deliveries shall be unbound/unloaded until inspected and deemed secure by a qualified person.

3.4. Inspect loads to ensure there are no sharp edges that will cut into lifting slings. Use softeners where needed.

3.5. Use a tag line on all loads.

3.6. During the placement of solid web structural members, the load will not be released from the crane hoisting line until the members are secured with no less than two (2) bolts or the equivalent at each connection and drawn up wrench tight.

3.7. Multiple lifts (Christmas treeing) shall only be performed if the following criteria are met:

- A multiple lift rigging assembly is used.
- A maximum of five (5) members are hoisted per lift.
- Only beams and similar structural members are lifted.
- They are rigged at least seven (7) feet apart.

4. Decking Operations

4.1. Metal decking bundles shall be landed on adequately supported framing members.

4.2. Metal decking shall be secured against displacement at the end of the shift or when environmental/jobsite conditions require.

4.3. All openings shall be decked over. Where large size, configuration or other structural design does not allow openings to be decked over (such as elevator shafts, stair wells, etc.) employees shall be provided with appropriate fall protection equipment.

5. Dropped Object Prevention

5.1. Covers for roof/floor openings shall be capable of supporting, without failure, twice the weight of the employees, equipment and materials that may be imposed on the cover at any one time.

5.2. All covers shall be secured to prevent accidental displacement by the wind, equipment or employees.

5.3. All covers shall be painted with high-visibility paint or shall be marked with the word "HOLE."

5.4. Wire mesh, exterior plywood or equivalent, shall be installed around columns where planks or metal decking do not fit tightly. The materials used must be of sufficient strength to provide fall protection for personnel and prevent objects from falling through.

5.5. All materials, equipment and tools shall be secured against accidental displacement.

DocuSign Envelope ID: 2941B65A-97FA-40F3-972D-AB5D4EE3292E

5.6.  The controlling contractor shall prohibit other construction activities below steel erection.

5.7.  Containers shall be provided for storing or carrying bolts, nuts and drift pins and secured against accidental displacement.

5.8.  Impact wrenches shall be provided with a locking device for retaining the socket.

5.9.  All workers engaged in steel erection activities shall follow Skanska's one hundred percent (100%) fall protection requirements when working from heights of six (6) feet or greater (including where local thresholds are more stringent). Regulatory height requirements may vary by jurisdiction and be more restrictive, but in no circumstance shall any worker be exposed to an unprotected fall greater than six (6) feet, including but not limited to connecting, decking and bolt up crews.

5.10.  Establish controlled access zones when necessary utilizing physical barriers.

5.11.  Safety signs will be posted where necessary to keep people out of danger areas (i.e., Workers Overhead).
Projecting or protruding reinforcing rods that create tripping or falling hazards will be bent or covered.
Commercially available rebar caps or job-built protection devices significant enough to provide impalement protection will be used.

5.12.  Before cutting any large or heavy structural steel member, the member will be secured or supported by ropes, cables or other means to prevent dropping or uncontrolled swinging.

5.13.  A tag line will be attached to all loads.

5.14.  All openings in floors, temporary or permanent, will be securely planked over or guarded and properly marked as a "FLOOR OPENING."

5.15.  Keep working area in orderly condition with necessary equipment and materials safely arranged. Unused material should be properly stored at all times.

5.16.  Lateral lines for perimeter guarding and anchorage for personal fall arrest systems should be installed on the ground before the lift.

5.17.  A safety railing of five-sixteenths (5/16) of an inch wire rope or equal will be installed, approximately forty-two (42) inches high (not less than thirty-nine (39) inches nor more than forty-five (45) inches), around the perimeter of all temporary-planked or temporary metal-decked floors during structural steel assembly.

5.18.  Bright colored flagging should be tied to the railing at not more than six (6) foot intervals to increase visibility.

5.19.  Any project specific requirements for this section are listed here.

6.  <u>Steel Assembly</u>

6.1.  A safety guardrail system shall be installed around the perimeter of all temporary-planked or temporary metal-decked floors during structural steel assembly. It shall be five-sixteenths (5/16) of an inch wire rope or equal, approximately forty-two (42)

inches high (not less than 39 inches nor more than 45 inches), and a midrail equidistant between the top rail and the steel. Toe boards will be installed. Bright colored flagging shall be tied to the top cable railing at six (6) foot intervals to increase visibility.

6.2.    Horizontal lifelines for personal fall arrest systems shall be installed on the ground before the lift.

6.3.    Keep working areas in orderly condition with necessary equipment and materials safely arranged. Unused material shall be properly stored at all times.

6.4.    The permanent floors (i.e., concrete) shall be installed as the erection of structural members progresses. There shall be not more than eight stories between the erection floor and the upper-most permanent floor.

6.5.    At no time shall there be more than four (4) floors or forty-eight (48) feet, whichever is less, of unfinished bolting or welding above the foundation or uppermost permanently secured floor.

6.6.    A fully planked/decked floor or nets shall be maintained within two (2) stories or thirty (30) feet, whichever is less, directly under any erection work being performed.

6.7.    All columns shall be anchored by a minimum of four (4) anchor bolts/rods.

6.8.    All columns shall be evaluated by a competent person to determine whether guying or bracing is needed.

6.9.    Anchor bolts/rods shall not be repaired, replaced or field-modified without the approval of the structural engineer of record.

6.10.    Solid web structural members used as diagonal bracing shall be secured by at least one (1) bolt per connection drawn up wrench-tight or the equivalent as specified by the project structural engineer of record.

6.11.    Utilize physical barriers and signage to establish controlled access zones.

6.12.    Power sources shall be secured and hose lines shall be bled off before disconnecting tools or hose sections.

6.13.    Whip checks and positive protection shall be installed on all airline hose connections/fittings.

6.14.    When plumbing-up a building, related equipment shall be placed so that connection points are accessible.

6.15.    Equipment used in plumbing-up shall be properly secured at all times.

6.16.    Plumbing-up equipment shall be removed only with the approval of a competent person.

6.17.    Turn buckles shall be secured to prevent unwinding under stress.

6.18.    During the placement of any solid web structural members, the load will not be released from the hoisting line until the members are secured with no less than two (2) bolts or the equivalent at each connection and drawn up wrench tight.

6.19.    Containers will be provided for storing or carrying bolts, nuts and drift pins, and secured against accidental displacement when aloft.

6.20. When bolts or drift pins are being knocked out, means shall be provided to keep them from falling.

6.21. Impact wrenches will be provided with a locking device for retaining the socket.

6.22. Any project specific requirements for this section are listed here.

EHS Forms and Documents

- Notice to Commence Steel Erection  - Notice to Commence Steel Erection

**Applicable Training**

- None

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

## Temporary Works



**Objective**

The purpose of this program is to ensure that all "temporary works" or "false works," such as temporary shoring, platforms, walkways or scaffolds, required for the construction of the "permanent works" are identified and the appropriate criteria are executed.

**Legal and Other Requirements**

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3303 – Safeguard and Maintenance of Site
- NYC DOB CH.33 SECTION BC3305 – Material Placement and Installation
- NYC DOB CH.33 SECTION BC3307 – Protection of Pedestrians
- NYC DOB CH.33 SECTION BC3315 – Structural Ramps, Runways, and Platforms
- NYC DOB CH.33 SECTION BC3318 – Personnel Hoists
- OSHA 1926 Subpart P-  Excavations  - Falsework
- OSHA 1926 Subpart Q - Concrete and Masonry Construction  - Falsework
- OSHA 29 CFR 1926.450 Subpart L - Scaffolds  - General requirements

Skanska/Client Requirements

- ANSI A14 1992 Job Made Wooden Ladders

1. **Procedure**

   1.1. Operations shall take steps to ensure that all temporary works are adequately deployed and maintained for their intended use.
   1.2. Fit for purpose review must take place prior to installing temporary works systems.
   1.3. Review must include the application requirements with design engineers for task-specific design and review of manufacturer's specifications for proprietary systems.
   1.4. The documented design of the temporary works by a competent engineer or manufacturer, including working drawings and specifications, must be maintained on site and available for review.
   1.5. Temporary works shall be identified on project schedules as part of the project look-ahead and risk assessment process.
   1.6. Temporary works shall be assembled by qualified persons per the engineer's or manufacturer's designed criteria.

1.7. Temporary works shall be inspected daily by a competent person prior to use and tagged at all access points.

1.8. Any project specific requirements for this section are listed here.

EHS Forms and Documents

- None

**Applicable Training**

- Temporary works general awareness
- Qualified persons training
- Manufacturer recommended training

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Tools – Hand and Power



## Objective

The purpose of this program is to establish safe work practices for the proper use and maintenance of hand and power tools.

## Legal and Other Requirements

Federal, State, Local Regulations

- 29 CFR 1910.240 Subpart P -  Hand and Portable Powered Tools and Other Hand-Held Equipment  - Authority for 1910 Subpart P
- NYC DOB CH.33 SECTION BC3311 – Explosive Powered and Projectile Tools
- NYC FIRE CODE CH.14 SECTION FC1418 – Powder-Actuated Tool Loads
- OSHA 29 CFR 1910.242 Subpart P - Hand and Portable Powered Tools and Other Hand-Held Equipment General Requirements  - Hand and portable powered tools and equipment, general
- OSHA 29 CFR 1910.243  Subpart P - Hand and Portable Powered Tools and Other Hand-Held Equipment  - Guarding of portable powered tools.
- OSHA 29 CFR 1926.300 Subpart I Tools - Hand and Power  - General requirements
- OSHA 29 CFR 1926.301 Subpart I Tools - Hand and Power  - Hand tools
- OSHA 29 CFR 1926.302 Subpart I Tools - Hand and Power  - Power-operated hand tools
- OSHA 29 CFR 1926.303 Subpart I Tools - Hand and Power  - Abrasive wheels and tools
- OSHA 29 CFR 1926.304 Subpart I Tools - Hand and Power  - Woodworking tools

Skanska/Client Requirements

- None

## Procedure

1. General Requirements
   1.1. Maintain all hand and power tools in a safe condition and visually inspect prior to each use
   1.2. Power tools equipped with belts, gears, shafts, pulleys, sprockets, spindles, drums, fly wheels, chains or other reciprocating, rotating or moving parts of equipment will be properly guarded.

1.3. Impact tools, such as drift pins, wedges, and chisels will be kept free of mushroomed heads.

1.4. The wooden handles of tools will be kept free of splinters or cracks and will be kept tight in the tool.

1.5. Any project specific requirements for this section are listed here.

2. <u>Power Operated Hand Tools</u>

2.1. Refer to the manufacturer's instruction manual prior to using all power operated tools.

2.2. Electric power operated tools will either be the approved double-insulated type or grounded.

2.3. Comply with electrical section regarding requirements for the use of ground fault circuit interrupters (GFCI).

2.4. Electric power operated tools will have free-spinning clutches designed to protect against wrist injuries.

2.5. Do not use a power tool with broken or defective insulation on the cord, defective plugs, or loose or broken switches.

2.6. The use of electric cords for hoisting or lowering tools is not permitted.

2.7. Power tools with secondary handles must be used according to the manufacturer's requirements.

2.8. All components on the tool must be compatible per the manufacturer's requirements.

2.9. Before changing out wheels/blades or bits, disconnect the power cords or remove the battery power pack.

2.10. If using a gas-powered tool, considerations should be made for exhaust in enclosed working spaces.

2.11. Any project specific requirements for this section are listed here.

3. <u>Powder Actuated Tools</u>

3.1. <u>Loading:</u>

3.1.1. Tools will not be loaded until just prior to the intended firing time.

3.1.2. The tool will be tested each day before loading to see that the safety devices are in proper working condition. The method of testing will be in accordance with the manufacturer's recommended procedure.

3.1.3. Any project specific requirements for this section are listed here.

3.2. <u>Use:</u>

3.2.1. Only trained individuals are permitted to use powder actuated tools and proof of training must be carried on the individual at all times.

3.2.2. The lowest velocity to suit the specific task/working material shall be used at all times.

3.2.3.   Neither loaded nor empty tools are to be pointed at any employees.

3.2.4.   Keep hands clear of the open barrel end.

3.2.5.   Loaded powder actuated tools shall never be left unattended.

3.2.6.   Fasteners will not be driven into very hard or brittle materials, including, but not limited to, cast iron, glazed tile, surface-hardened steel, glass block, face brick or hollow tile.

3.2.7.   Sufficient backing must be in place to prevent the pin or fastener from passing completely through the surface.

3.2.8.   No fastener will be driven into a spalled area.

3.2.9.   The operator will never fasten closer than three (3) inches from the edge of masonry work.

3.2.10. Ensure that the masonry work be at least three (3) times as thick as the fastener penetration.

3.2.11. Tools will not be used in an explosive or flammable atmosphere.

3.2.12. All tools will be used with the correct shield, guard or attachment recommended by the manufacturer.

3.2.13. Ensure that all tools are required with constant pressure switch that will shut off the power when the pressure is released.

3.2.14. Safety glasses and face shields are required when using powder actuated tools.

3.2.15. Any tool found not in proper working order or that develops a defect during use, will be immediately removed from service, tagged out and not used until properly repaired or replaced.

3.2.16. Any project specific requirements for this section are listed here.

3.3. <u>Charge Storage:</u>

3.3.1.   Live loads/cartridges must be stored in an approved, locked storage cabinet.

3.3.2.   Unfired loads shall be disposed of per manufacturer's recommendations.

3.3.3.   Explosive charges shall not be disposed of in trash containers or left unattended.

3.3.4.   Any project specific requirements for this section are listed here.


4. <u>Pneumatic/Hydraulic Tools</u>

4.1.   Ensure that all couplings are installed properly.

4.2.   All hose-connections shall be inspected before each use and periodically throughout the operation.

4.3.   All hoses shall be inspected prior to each use by looking for bends, kinks or swelled areas.

4.4.   Worn out hoses shall be removed from service. Duct tape is not to be used for repairs.

4.5.   Hoses under pressure must be a reinforced wire braided type.

4.6.   Couplings under pressure shall not be disconnected unless specifically designed.

4.7.   Hoses that are not in service shall be stored properly.

4.8.   Hoses will not be placed in access ways or across ladder passage. Where this is unavoidable, lines should be rerouted, blocked over or otherwise protected.

4.9.   Hoses placed across vehicle roadways will be protected by means of modular hose protectors, manmade jobsite ramps, protection boards, such as wood blocking (two (2) inches by four (4) inches, four (4) inches by four (4) inches) engineered to withstand a minimum of ten (10) tons per wheel.

4.10.   Whip checks will be used on all hoses and tools to prevent against the hazards when uncoupling occurs.

4.11.   Whip checks will be properly positioned on the hose based on the maximum working pressure not exceeding two hundred (200) pounds per square inch (PSI).

    4.11.1.   Hoses up to one and a half (1 ½) inches in diameter require a three-sixteenths (3/16) whip check.

    4.11.2.   Hoses up to three (3) inches in diameter require a one-quarter (1/4) inch whip check.

    4.11.3.   Hoses four (4) inches in diameter require a three-eighths (3/8) inch whip check.

4.12.   If the hose diameter is larger than four (4) inches or the pressure is greater than two hundred (200) PSI, consult the manufacturer and/or jobsite engineering department for proper protection.

4.13.   All hose clamps must be crimped into place. Double band clamps can be used per the manufacturer's recommendations.

4.14.   Hoses with worn gear clamps shall be tagged and taken out of service.

4.15.   Ensure safety clips or other wire–type retainers are used at the fittings and the flanges are lined up properly.

4.16.   Any project specific requirements for this section are listed here.


EHS Forms and Documents

- None


**Applicable Training**

- Powder-actuated tool training


Training Links

- Hand & Power Tools [Competent Person]  - Hand & Power Tools [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Welding and Cutting (Hot Work)



## Objective

The purpose of this program is to establish guidelines to protect employees from the hazards of welding and cutting and the compressed gases used in these operations.

## Legal and Other Requirements

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3313 – Flammable and Combustible Mixtures, Compressed Gases, and Other Hazardous Materials
- NYC FIRE CODE CH.14 SECTION BC1404 – Precautions Against Fire
- NYC FIRE CODE CH.14 SECTION BC1405 – Flammable and Combustible Liquids
- NYC FIRE CODE CH.14 SECTION BC1406 – Flammable Gases and Oxygen
- NYC FIRE CODE CH.14 SECTION BC1415 – Portable Fire Extinguishers
- NYC FIRE CODE CH.14 SECTION BC1417 – Safeguarding Roofing Operations
- NYC FIRE CODE CH.26 – Welding and Other Hot Work
- OSHA 29 CFR 1910.251 - Subpart Q - Welding, Cutting, and Brazing  - Definitions
- OSHA 29 CFR 1926.134 Subpart I - Personal Protective Equipment  - Respiratory Protection
- OSHA 29 CFR 1926.252 Subpart H - Materials Handling, Storage, Use, and Disposal  - Disposal of waste materials
- OSHA 29 CFR 1926.350 Subpart J - Welding and Cutting  - Gas welding and cutting
- OSHA 29 CFR 1926.351 Subpart I - Welding and Cutting  - Arc welding and cutting
- OSHA 29 CFR 1926.352  Subpart I - Welding and Cutting  - Fire prevention
- OSHA 29 CFR 1926.353 Subpart J - Welding and Cutting  - Ventilation and protection in welding, cutting, and heating

Skanska/Client Requirements

- None

## Procedure

1. Compressed Gas Handling, Storage and Use
   1.1.   All cylinder valve assemblies shall be protected when not in use.
   1.2.   Cylinders will be moved by tilting and rolling them on their bottom edges. They will not be intentionally dropped, struck or permitted to strike each other violently.

1.3.  Valve protection caps will not be used for lifting cylinders from one vertical position to another. Bars will not be used under valves or valve protection caps to pry cylinders loose when frozen.

1.4.  Secure cylinders in an upright position. Use carriers/carts and isolate them from welding and cutting operations.

1.5.  Cylinders, when transported by vehicle, will be transported in an upright position.

1.6.  When hoisting cylinders, they will be secured on manufacturer engineered and approved carts or designed for hoisting to ensure they are fully secure. They will not be hoisted or transported by means of magnets or choker slings.

1.7.  Do not hoist individual cylinders with a chain or a choker sling.

1.8.  Compressed gas cylinders must be stored in accordance with applicable regulatory requirements.

1.9.  Cylinders should be stored in designated areas away from elevators, stairs or gangways.

1.10.  Storage areas will be located where cylinders will not be knocked over or damaged.

1.11.  Cylinders will not be kept in unventilated enclosures.

1.12.  Storage of propane inside a building is prohibited.

1.13.  Gas fuel hoses with potential for accumulation and release of fuel gas shall be stored in a secured, ventilated storage box.

1.14.  Carts will have half-hour fire-resistant wall between cylinders.

1.15.  Fuel gas and oxygen manifolds must be located in well-ventilated areas.

1.16.  Do not take oxygen, acetylene or other gas cylinders into a confined space.

1.17.  Reverse flow check valves will be installed at the torch end.

1.18.  Flashback arrestors will be installed at both the torch end and the regulator.

1.19.  Inspect hoses and fittings daily and replace damaged hoses to prevent leaking gases. Leaking equipment shall be repaired or replaced.

1.20.  Keep hoses, cables and other equipment clear of passageways, ladders and stairs.

1.21.  Place cylinders away from the work, so that sparks, hot slag or flame cannot reach them.

1.22.  Use only approved regulators, gauges and torches.

1.23.  Use only friction lighters, "strikers," to ignite torches. Butane lighters are not allowed as an ignition source.

1.24.  "Crack" (open and close quickly) all cylinder valves to remove any dirt or dust, prior to connecting a regulator.

1.25.  Keep all hose, regulators, cylinders, valve protection caps, couplings, apparatus and torch connections free of grease and oil.

1.26.  Do not weld or cut on any containers that have contained toxic or flammable materials.

1.27.  Do not place anything on or near a manifold or cylinder top that may interfere with prompt shutoff in case of an emergency.

1.28.  When shutting down a system make sure to shut off regulators and bleed lines.

1.29. Do not use oxygen for cleaning off surfaces, ventilation or blowing dust from clothing.

1.30. Any project specific requirements for this section are listed here.

2. Arc Welding and Cutting Safe Practices and Procedures

2.1. A welding hood must be properly attached to a hard hat and in place before striking an arc and during welding.

2.2. Wear safety glasses under the hood or shield.

2.3. When leaving electrode holders unattended, remove the electrode and place the holder in a place so that electrical contact will not occur.

2.4. The welding machine should be shut off when not in use or if it is being moved.

2.5. Use noncombustible or flameproof screens to protect employees and others from arc flash whenever practical.

2.6. Rod stubs shall be placed in a metal container.

2.7. Do not use cables with repairs or splices within ten (10) feet of the holder unless the insulation is valued equivalent to the original.

2.8. Do not weld on any drum or container that has contained gasoline, oils or other flammable liquids.

2.9. Use appropriate hearing protection when performing plasma arc welding or cutting.

2.10. Any project specific requirements for this section are listed here.

3. Ventilation

3.1. Ventilation must be sufficient to supply respirable air to the welder and to passersby.

3.2. Natural ventilation is considered sufficient when the above restrictions are not present.

3.3. Any project specific requirements for this section are listed here.

4. Respiratory Protection

4.1. Welding and gas cutting generate carbon monoxide, carbon dioxide and nitrous gases. When these potentially hazardous materials are present in amounts that exceed OSHA's permissible exposure limits, and engineering controls are not sufficient to eliminate the hazard, appropriate respiratory protection will be provided. An air-purifying respirator will not protect you from carbon monoxide, carbon dioxide and toxic gases.

4.2. Refer to the Respiratory Protection section of this EHS Manual.

4.3. Refer to the Safety Data Sheet (SDS) for all products being used to determine what toxic materials the process may emit.

4.4. Any project specific requirements for this section are listed here.

5. Eye Protection

   5.1.  Welders shall wear filter lenses to protect their eyes against infrared and ultraviolet light.

   5.2.  When feasible, screens or barriers shall be utilized around welding operations. If not feasible employees within thirty (30) feet will need appropriate eye protection.

   5.3.  The guide below shows shade numbers of filter lenses and their application:

| Welding Operation | Shade Number |
|---|---|
| Shielded metal-arc welding 1/16, 3/32, 1/8, 5/32-inch diameter electrodes | 10 |
| Gas-shielded arc welding (non-ferrous) 1/16, 3/32, 1/8, 5/32-inch diameter electrodes | 11 |
| Gas-shielded arc welding (ferrous) 1/16, 3/32, 1/8, 5/32-inch diameter electrodes | 12 |
| Shielded metal-arc welding 3/16, 7/32, ¼ inch diameter electrodes | 12 |
| 5/16, 3/8-inch diameter electrodes | 14 |
| Atomic hydrogen welding | 10-14 |
| Carbon arc welding | 14 |
| Soldering | 14 |
| Torch brazing | 3 or 4 |
| Light cutting, up to one inch | 3 or 4 |
| Medium cutting, 1 inch to 6 inches | 4 or 5 |
| Heavy cutting, over 6 inches | 5 or 6 |
| Gas welding (light), up to 1/8 inch | 4 or 5 |
| Gas welding (medium), 1/8 inch to ½ inch | 5 or 6 |
| Gas welding (heavy), over ½ inch | 6 or 8 |

   5.4.  Any project specific requirements for this section are listed here.

6. Fire Protection

   6.1. Prior to commencing any hot work operation, workers must thoroughly inspect area to make sure that there are no combustible materials nearby. Clear and maintain a minimum twenty-five (25) foot radius.

   6.2. Institute a hot work permit.

   6.3. Workers will keep a fire extinguisher within thirty (30) feet of their work area.

6.4. A thorough visual inspection of the work area should be made after each shift (a minimum 1/2 hour) to make sure that combustible material is not smoldering and that all equipment has been shut down and properly secured. Consideration should be given to areas above and below hot work operations.

6.5. A fire watch will be assigned and stationed with a fire extinguisher. More than one fire watch/extinguisher may be required if the hot work operation could impact more than one floor.

6.6. Any project specific requirements for this section are listed here.

EHS Forms and Documents

- Hot Work Permit  - Hot Work Permit

**Applicable Training**

- None

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

DocuSign Envelope ID: 2941B65A-97FA-49F2-972D-ABED4EE3292E

# Environmental

## Biodiversity Protection



**Objective**

To mitigate negative impacts to wetland areas, plant and animal species and their habitats.

**Target**

The team will not only mitigate impacts to flora, fauna, wetlands and habitat areas, but will enhance positive impacts when possible. Assess natural resources and habitat locations and regulatory permit stipulations when developing means and methods of performing the work to ensure adequate protection is taken into account near sensitive habitats.

1.  Any project specific requirements for this section are listed here.

**Legal and Other Requirements**

<u>Federal, State, Local Regulations</u>

- Clean Water Act –Section 404
- Endangered Species Act
- Environmental Assessment (EA)
- Environmental Impact Statement (EIS)
- National Historic Preservation Act

<u>Skanska/Client Requirements</u>

- Green strategic indicators

**Procedure**

1.  Each project team shall develop, implement and maintain project-specific environmental programs to mitigate potential negative impacts to flora, fauna, wetlands and the associated habitats. Monitor and document plan compliance, and periodically review for effectiveness.
    1.1.  Review project specifications and drawings to determine if any operations may impact flora, fauna, wetlands and their associated habitats.

1.2.  Conduct or review preconstruction surveys.

1.3.  Communicate the mitigation plan to internal and external stakeholders, and update them on changes and impacts periodically.

1.4.  Secure required regulatory permits, and comply with permit stipulations.

1.5.  Properly calibrate and maintain all monitoring equipment.

1.6.  Any project specific requirements for this section are listed here.

EHS Forms and Documents

- None

**Applicable Training**

Regulatory training requirements

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

## Community Impacts: Transportation and Local Economy



### Objective

To evaluate construction-related activities and develop programs that will mitigate negative impacts to utility services, (e.g., water, power, sewage and fiber optics) and disruptions to the community.

### Target

The team will conduct a monthly Transportation, Traffic Circulation and Economic assessment of the surrounding community when work requires it. If negative impacts are identified, the team will take action to eliminate or lessen the impact to the community.

1.  Any project specific requirements for this section are listed here.

### Legal and Other Requirements

Federal, State, Local Regulations

- Department of Transportation Permits
- Environmental Impact Statement (EIS)
- Environmental Permits
- NYC DOB CH.33 SECTION BC3303 – Safeguards and Maintenance of Site
- NYC DOB CH.33 SECTION BC3307 – Protection of Pedestrians
- NYC DOB CH.33 SECTION BC3309 – Protection of Adjoining Property
- Preconstruction Traffic Studies

Skanska/Client Requirements

- None

### Procedure

1.  Each project team shall develop, implement and maintain project-specific programs to mitigate potential impacts on transportation, traffic circulation and the economy in the community. Teams will monitor and document plan compliance, and periodically review for effectiveness.

1.1.   Review project specifications and drawings to determine if operations will impact the transportation, traffic circulation or economy of the surrounding community.

1.2.   Conduct or review preconstruction traffic surveys.

1.3.   Communicate the mitigation plan to internal and external stakeholders, and update them on changes and impacts periodically.

1.4.   Secure required regulatory permits, and comply with permit stipulations.

1.5.   Any project specific requirements for this section are listed here.

<u>EHS Forms and Documents</u>

- None

**Applicable Training**

- Regulatory inspection requirements

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Materials and Waste Management



**Objective**

To reduce the upfront demand on materials placed into our projects and minimize the amount of solid waste generated on site.

**Target**

The project team will divert 95% or more of all waste generated from construction materials used to build the project.  The project leaders will conduct a formal review of at least 1 waste facility / hauler per year (AB Target).

1.  Any project specific requirements for this section are listed here.

**Legal and Other Requirements**

Federal, State, Local Regulations

- None

Skanska/Client Requirements

- Environmental Compliance Program
- For projects pursuing LEED/Envision certification, follow USGBC or ISI requirements
- Green Strategic indicator – landfill diversion rate

**Procedure**

1.  Each project team shall develop, implement and maintain a project-specific Construction Waste Management Plan to ensure effective materials management and promote the diversion of recyclable materials from landfills. Monitor and document plan compliance, and periodically review for effectiveness.
    1.1.    Review project specifications and drawings to determine if any operations may present opportunities to reduce, reuse or recycle materials.
    1.2.    Communicate the plan to internal and external stakeholders, and update them of changes and impacts periodically.
    1.3.    Educate the employees via project orientation, monthly toolbox talks or DHAs regarding materials and waste management.

1.4.    Any project specific requirements for this section are listed here.

EHS Forms and Documents

- None

**Applicable Training**

- None

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Noise and/or Vibration



## Objective

To properly plan for and control noise or vibration generating activities to mitigate any negative impacts to surrounding communities.

## Target

The project team will communicate monthly with stakeholders who might be impacted by noise and/or vibration-generating activities on the project, to ensure that all potential concerns are properly documented and addressed.

1. Any project specific requirements for this section are listed here.

## Legal and Other Requirements

Federal, State, Local Regulations

- Local noise ordinances
- NYC DEP Construction Noise Mitigation Plan
- NYC Local Law 113 – Noise Mitigation Rules
- Work hour restrictions

Skanska/Client Requirements

- Truck route restrictions
- Work hour restrictions (e.g., project specifications, permit stipulations other contract conditions)

## Procedure

1. Each project team shall develop, implement and maintain project-specific noise and vibration programs to mitigate negative impacts. Monitor and document plan compliance, and periodically review for effectiveness.
    1.1. Review project specifications and drawings to determine if any operations may create any noise or vibration risk.
    1.2. Conduct or review preconstruction ambient noise and vibration monitoring.
    1.3. Any project specific requirements for this section are listed here.

EHS Forms and Documents

- NYC DEP Construction Noise Mitigation Plan

**Applicable Training**

- None

Training Links

- Hearing Safety [Competent Person]  - Hearing Safety [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Outdoor Air Quality



## Objective

To maintain healthy air quality in the communities surrounding our project sites.

## Target

The project team will define specific dust control methods in the Construction Work Plan for all dust generating activities.

1.  Any project specific requirements for this section are listed here.

## Legal and Other Requirements

Federal, State, Local Regulations

- 40CFR part 63, Subpart C- List of Hazardous Air Pollutants
- Clean Air Act
- Local law regulations
- National Ambient Air Quality Standards (NAAQS)
- National Emission Standards for Hazardous Air Pollutants (NESHAP)

Skanska/Client Requirements

- Envision
- LEED
- Material/equipment specific management programs
- Project specifications

## Procedure

1.  Each project team shall develop, implement and maintain project-specific environmental programs to mitigate potential negative impacts to outdoor air quality. Monitor and document compliance with the plan, and periodically review for effectiveness.
    1.1.  Review project specifications and drawings to determine if any operations may contribute to negative outdoor air quality.
    1.2.  Conduct or review potential sources of dust, such as equipment exhaust, dust caused by wind erosion, and demolition activities, etc.
    1.3.  Secure required regulatory permits, and comply with permit stipulations.

1.4.    Properly calibrate and maintain all monitoring equipment.

1.5.    Any project specific requirements for this section are listed here.

<u>EHS Forms and Documents</u>

- None

**Applicable Training**

- Monitoring equipment use and calibration training

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Potential and Unforeseen/Take 5 Conditions (e.g. Spills / Leaks)



## Objective

To exercise caution when utilizing substances that have the potential to cause a negative environmental impact when released on land, into the atmosphere or in the water.PlanIt

## Target

The project leaders will ensure (1) that all individuals on the project site understand the spill response plan, and (2) that a minimum of 3 trained spill response employees will be on site at all times when conditions warrant it.PlanIt.

1.  Any project specific requirements for this section are listed here.

## Legal and Other Requirements

Federal, State, Local Regulations

- 40 CFR 112 – SPCC Regulations
- Comprehensive Environmental Response Compensation and Liability Act
- Hazardous Waste Operations and Emergency Response Standard (HAZWOPER)1910.120(a)(l)(i-v) and 1926.65(a)(l)(i-v)
- NYC DOB CH.33 SECTION BC3303 – Safeguards and Maintenance of Site
- Oil Pollution Act
- Resource Conservation and Recovery Act
- Section 311(j)(l)(c) Clean Water Act
- State Wetlands Information Tool
- Superfund Amendment and Re-authorization Act Title III - Right to know

Skanska/Client Requirements

- Emergency Action Plan
- Environmental Compliance Program
- Equipment Maintenance Program
- HQ Spill Reporting Protocol

**Procedure**

1. Each project team shall develop, implement and maintain project-specific environmental programs related to potential spills and leaks. Monitor and document program compliance, and periodically review for effectiveness. The plan shall include, at a minimum:
   1.1.   Daily/weekly/quarterly inspections
   1.2.   Equipment maintenance reports/repairs
   1.3.   Waste storage inspections
   1.4.   Waste disposal/manifesting reports
   1.5.   Training requirements
   1.6.   Spill kits and fire extinguishers
   1.7.   Environmental incident reports
   1.8.   Corrective and preventive action plans and closure reports
   1.9.   Monitor and measure the adequacy of controls, and evaluate effectiveness
   1.10.  Any project specific requirements for this section are listed here.


EHS Forms and Documents

- None

**Applicable Training**

- Spill response training


Training Links
- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

# Water Impacts



## Objective

To reduce the demand for potable water and manage storm water runoff in order to reduce the negative impact on water resources.

## Target

The project team will utilize 2% of water generated from de-watering activities on the project.

## Legal and Other Requirements

<u>Federal, State, Local Regulations</u>

- 33 CFR Ch. II
- Clean Water Act
- National Environmental Policy Act (NEPA)
- National Pollution Discharge Elimination System (NPDES)
- Storm Water Pollution Prevention Plan (SWPPP)

<u>Skanska/Client Requirements</u>

- Environmental Compliance Plan
- For projects pursuing LEED/Envision certification, refer to USGBC or ISI requirements

## Procedure

1. Each project team shall develop, implement and maintain project-specific programs to mitigate potential negative impacts on water resources. Monitor and document compliance with the program, and periodically review for effectiveness.
   1.1. Review project specifications and drawings to determine if any operations require the use of potable water or the management of storm water (e.g., dewatering, dust suppression, tire wash, temporary irrigation, street sweeping, erosion sediment control), and asses the opportunities to use this effluent.
   1.2. Properly identify all potential impacts to water bodies.
   1.3. Secure required regulatory permits, and comply with permit stipulations (e.g., effluent sampling, erosion and sedimentation controls).
   1.4. Any project specific requirements for this section are listed here.

DocuSign Envelope ID: 2941B65A-97FA-49F3-972D-A95D4EE3292E

EHS Forms and Documents

- None

**Applicable Training**

- Regulatory training requirements

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Health

## First Aid and Bloodborne Pathogens



**Objective**

The purpose of this program is to ensure that all employees are provided proper medical treatment and are safeguarded from the occupational health and safety risks associated with bloodborne pathogens.

**Legal and Other Requirements**

Federal, State, Local Regulations

- OSHA 29 CFR 1910 1030 Subpart Z Toxic and Hazardous Substances  - Bloodborne pathogens
- OSHA 29 CFR 1926.50 Subpart D Occupational Health and Environmental Controls  - Medical services and first aid

Skanska/Client Requirements

- Bloodborne Pathogen Control Plan
- Emergency Action Plan (EAP)

**Procedure**

1. First Aid Requirements:
   1.1.  Skanska and each subcontractor shall have, at all times, a minimum of one (1) employee per shift trained in first aid/CPR/AED and bloodborne pathogens in accordance with 29 CFR 1926.50 Subpart D.
   1.2.  The EAP shall include, at a minimum:
      - Contact details and maps to the nearest clinic or hospital
      - Communication systems in the event of a medical emergency

2. First Aid Station:

2.1.  Employees shall not eat, drink, smoke, apply cosmetics or lip balm, or handle contact lenses at the First Aid Station.

2.2.  A fully stocked first aid kit in accordance with ANSI-Z308.1-1978 must include:

- An eye-wash station capable of at least a fifteen (15) minute flush
- Running water, hot (if feasible) and cold
- CPR resuscitation masks and non-latex gloves as PPE for first aid providers

3.  <u>First Aid and AED Supplies:</u>

3.1.  Each site shall have at least one (1) first aid kit. Evaluate the workplace to determine the need for additional kits, different types of supplies or any additional quantities according to location, size, number of employees, etc.

3.2.  Check contents of the first aid kit prior to initial use and thereafter on a weekly basis, and replace any expended and expired items.

3.3.  Place the contents of the first aid kit in a weatherproof container with individually sealed packages.

3.4.  Provide access to an AED on each site

3.5.  Any project specific requirements for this section are listed here.

4.  <u>Bloodborne Pathogens:</u>

4.1.  Employees who work at job sites that have the following conditions have the potential for exposure to bloodborne pathogens:

- Effluent waste in Waste Water Pollution Control Plants
- Effluent drained on ground when plumbers hook up to sewer systems
- Contaminants in restrooms when plumbers complete hook ups
- Exposure to contaminants in portable toilets
- Exposures to the following as a result of an injury:
  - o  Human blood components
  - o  Body fluid visibly contaminated with blood
  - o  Any unfixed tissue or organ (other than intact skin)

4.2.  Any project specific requirements for this section are listed here.

5.  <u>Bloodborne Pathogen Control Plan:</u>

5.1.  Maintain an exposure control plan on the project site consisting of:

- Identification of all job classifications with occupational exposure, without regard to the use of personal protective equipment
- The procedure for evaluating circumstances surrounding an exposure incident
- The process for disinfecting manageable contaminated surface areas  (no more than four (4) square feet)

- The contact information for the firm contracted to manage larger contaminated areas

6. <u>Site Preparation and Engineering Controls</u>
   6.1. Train employees involved in the decontamination procedures according to 29 CFR 1910.1030.
   6.2. Post highly visible warning signs at the entrance of the contaminated area.
   6.3. Don the following personal protective equipment at all times within the contaminated work area.

   - Eye protection, such as splash goggles, safety glasses with solid side shields or full-face shields
   - Rubber utility gloves (preferred) or disposable gloves (single use)
   - Rubber boots or boot covers
   - Protective outer clothing, such as impervious coveralls, bibs or aprons
   - Respiratory protection

   6.4. Employees shall not eat, drink, smoke, handle contact lenses or apply cosmetics inside contaminated areas.
   6.5. After clean up, remove PPE and wash hands with soap and running. Use antiseptic hand wipes or gels in conjunction with clean cloth/paper towels in the absence of hand washing facilities or water.
   6.6. Seal all infectious waste materials in double-bagged, heavy-duty trash bags and tag or mark them as hazardous materials prior to removal from the contaminated area.

7. <u>Hard Surface Cleaning and Disinfection</u>
   7.1. Remove liquid blood or fluids by blotting with absorbent pads, paper towels or absorbent materials, such as kitty litter or diatomaceous earth powder.
   7.2. Thoroughly clean affected areas with a disinfectant solution.
   7.3. Apply disinfectant to the cleaned surface and allow it to remain wet for at least ten (10) minutes, then wipe dry or air dry.
   7.4. Decontaminate all infectious materials, including cleaning supplies or materials contaminated with blood or body fluids by wetting thoroughly with disinfectant prior to being placed in biohazard bags for disposal.

8. <u>Regulated Waste Disposal</u>
   8.1. Place materials soiled with blood or bodily fluids, such as paper towels, cloths, sponges and mop heads, in double-bagged trash bags, sealed with tape, labeled and disposed of as hazardous materials in accordance with local and state regulations.
   8.2. Any project specific requirements for this section are listed here.

EHS Forms and Documents

- None

**Applicable Training**

- First Aid/CPR/AED Training
- Bloodborne pathogen awareness training

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Hazard Communication



## Objective

The purpose of this program is to communicate the hazards associated with chemicals on the jobsite to all affected employees.

## Legal and Other Requirements

Federal, State, Local Regulations

- OSHA 29 CFR 1910.1200 Subpart Z Toxic and Hazardous Substances  - Hazard Communication
- OSHA 29 CFR 1926.59 Subpart D Occupational Health and Environmental Controls  - Hazard Communication

Skanska/Client Requirements

- None

## Procedure

1. Train all employees on the proper use, storage, labeling and disposal of chemicals in the work place.
2. Properly label all chemicals, including laboratory bottles, solvent cans and dispensers. All information contained on labels must comply with federal, state and local laws and/or regulations and include the identity of the chemical products or substances in the container, hazard warnings and names and addresses of the manufacturer or the responsible parties. Replace all illegible labels. Chemicals that can be classified "For Immediate Use" meaning under the control of and used during that shift only by the person who transfers it from the labeled container are exempted from the stated labeling procedures.
3. In storage areas where similar chemical products are stored, signs or placards to identify the material may be posted in lieu of container labels.
4. If any hazardous materials are transferred from a storage tank or container through a pipeline, affix labels with the required information to the line at the discharge point (valve).
5. If a chemical product other than that specified on the container label is placed in a container, relabel the container to accurately reflect the hazards of the current contents.
6. Provide all employees access to safety data sheets (SDS) for chemicals in the work place.

7. All contractors must maintain a master chemical inventory list for chemicals brought on site.

8. Any project specific requirements for this section are listed here.


EHS Forms and Documents

- None

**Applicable Training**

- Annual Hazard Communication training


Training Links

- HazCom--In Sync with GHS [Competent Person]  - HazCom--In Sync with GHS [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Heat and Cold Related Illness



**Objective**

The purpose of this program is to establish safe working guidelines when employees are working in hot or cold environment that could result in an injury or illness.

**Legal and Other Requirements**

Federal, State, Local Regulations

- OSHA 29 CFR 1904.7 Subpart CRecording and Reporting Occupational Injuries and Illness  - General recording criteria
- OSHA 29 CFR 1910.132 Subpart I Personal Protective Equipment  - General requirements
- OSHA 29 CFR 1910.141 Subpart J Occupational Safety and Health Standards  - Sanitation
- OSHA 29 CFR 1915.152 Subpart I Occup. Safety and Health Standards for Shipyard Employment  - Personal Protective Equipment
- OSHA 29 CFR 1917.95 Subpart E Marine Terminals  - Personal Protection
- OSHA 29 CFR 1926.21 Subpart C General Safety and Health Provisions  - Safety training and education
- OSHA 29 CFR 1926.28 Subpart C General Safety and Health Provisions  - Personal protective equipment
- OSHA 29 CFR 1926.50 Subpart D Occupational Health and Environmental Controls  - Medical services and first aid
- OSHA Technical Manual Section III: Chapter 4  - Heat Stress

Skanska/Client Requirements

- None

**Procedure**

1. General Requirements
    1.1. Evaluate work environment to identify potential exposures to hot or cold conditions.
    1.2. Acclimate all employees to the ambient temperatures prior to working a full work schedule.
    1.3. Train employees in the recognition of a heat or cold related illness and have a means to initiate emergency response.
    1.4. Remind employees to drink plenty of water throughout the work shift.

    1.5. Any project specific requirements for this section are listed here.


2. <u>Hot Environment</u>
    2.1. Provide an accessible shaded area in accordance with local requirements.
    2.2. Structures such as bridges, false work, etc. can be utilized as shaded areas.
    2.3. During a heat wave, supervisors shall closely observe all employees. For purposes of this section only, "heat wave" means any day in which the predicted high temperature for the day will be at least eighty-five (85) degrees Fahrenheit and at least ten (10) degrees Fahrenheit higher than the average high daily temperature in the preceding five (5) days.
    2.4. Supervisors shall closely observe all employees who have been newly assigned to a high heat area for the first fourteen (14) days.
    2.5. Any project specific requirements for this section are listed here.


3. <u>Cold Environment</u>
    3.1. Employees shall wear layered clothing.
    3.2. Establish areas where employees can warm up.
    3.3. Closely observe employees to identify signs of frost bite or hypothermia.
    3.4. Provide winter hard hat liners during times of cold weather.
    3.5. Employees shall wear insulated gloves (water resistant if necessary) to protect the hands.
    3.6. Project teams shall monitor the weather conditions during a winter storm and have a reliable means of communicating with workers in order to stop work or evacuate when necessary.
    3.7. Any project specific requirements for this section are listed here.



<u>EHS Forms and Documents</u>
- None

**Applicable Training**

- Heat and cold illness awareness training


<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

## Infectious Disease Prevention and Response



### Objective

This section of the EHS Manual establishes guidelines concerning prevention and response concerning infectious disease to limit the exposure of the project and subcontractor employees at work in order to reduce illness of employees as well as safeguard against the spread of diseases such as influenza, norovirus and COVID-19.

### Legal and Other Requirements

Federal, State, Local Regulations

- None

Skanska / Client Requirements

- Project Response Investigations

### Procedure

According to the World Health Organization, infectious diseases are caused by pathogenic microorganisms, such as bacteria, viruses, parasites or fungi; the diseases can be spread, directly or indirectly, from one person to another.

    I.   Prevention

        1.  Zero-Tolerance Policy and Work Force Communication

             a.  The project observes a zero-tolerance policy for coming to work while feeling unwell and exhibiting any of the following symptoms: onset of fever, cough (usually dry), headache, muscle and joint pain, sore throat and a runny nose, shortness of breath or any other flu-like symptom. The individual is not permitted to return to the project or office until they are no longer ill or are able to secure a release from their healthcare provider, certifying that they can return to work without risk to others.

             b.  Distribute notice of zero-tolerance policy to all employees, subcontractors and partners explaining the expectation on their commitment to the program. Include a summary of the policy during site orientations, morning meetings and part of the DHA process.

  c. Review all related Toolbox talks with Skanska and subcontractor employees on site such as *Understanding the Novel Coronavirus and Preventative Guidelines.* In the case of a potential outbreak (see below item Response to an Outbreak of an Infectious Disease) Toolbox talks are to be reviewed by crews with as few as possible employees gathering in one area.

2. <u>Identification Of High Risk Areas</u>
  a. A team consisting of the project superintendent, project manager, and onsite EHS will meet to identify potential exposure areas for the spread of infectious disease. Areas for consideration are lunch rooms, break areas, kitchens, bathrooms (temporary and permanent), shared computers/work stations, meeting rooms, water stations, shared equipment/vehicles, high capacity transportation (buses/vans), and highly trafficked storage areas / Conex boxes.
  b. The team will implement strategies for preventing exposure within the identified areas.

3. <u>Implement Strategy For Preventing Exposure</u>
  a. Clean and disinfect high-touch surfaces frequently as determined by project leadership depending on current occupancy of the space. Examples of high-touch surfaces include but are not limited to tables, hard backed chairs, doorknobs, handles, light switches, toilets, and sinks.
    • Use cleaning products effective against infectious disease. If these products are not available, a diluted household bleach solution can be used of 5 tablespoons (1/3rd cup) bleach per gallon of water or 4 teaspoons bleach per quart of water.
    • Personnel involved with cleaning/disinfecting activities will wear disposable nitrile gloves over the standard cut level 3 gloves and other PPE as required by the manufacturer of the disinfecting agent. The nitrile gloves are disposed of after each cleaning. The personnel involved in cleaning will be familiarized with the cleaning agent's required contact time to ensure the agent is used effectively.
  b. Assess all available hand wash stations and consider providing additional locations for easier and more frequent hand washing with soap and water. Promote hand washing with soap and water for at least 20 seconds and thoroughly drying after hands have been cleaned.
  c. Clean bathroom facilities and hand wash stations at a frequency commensurate with the current occupancy of the space. Inspect these

facilities regularly to ensure availability of soap, hand towels or air dryer and hand sanitizer.

d.  Add stations with commercially available hand sanitizer containing 60% alcohol and or sanitizing wipes to jobsite entrances, break areas, common use computers/workstations, and high traffic or storage areas.

e.  Sanitizing wipes should be available in shared-use vehicles and equipment used by multiple operators, ex: a shared job truck, golf cart, or forklift.

f.  Disinfect vehicles transporting multiple employees such as vans or shuttles frequently and as a minimum at the end of each shift. Clean surfaces of service/fleet vehicles, steering wheel, gear shift, instrument panels, etc.; use aerosol sanitizers inside closed cabs.

g.  Provide sanitizing wipes at break areas and promote daily cleansing of eye wear, cell phones, radios and hard hats.

h.  All single use products for cleaning or personal hygiene such as paper towels, sanitizing wipes or tissues must be disposed of after use in trash receptacles and not carried on the person or left behind on surfaces.

4.  <u>Response to an Outbreak of an Infectious Disease:</u>

According to the Center for Disease Control an outbreak refers to an increase, often sudden, in the number of cases of a disease above what is normally expected in that population in that area. Therefore project leadership, in coordination with onsite EHS and project superintendent, must determine the point at which there has been an onsite outbreak unless otherwise directed by Regional leadership or Regulatory Authority.

a.  **Reduction of Personnel On-Site**: The project superintendent, project manager, and onsite EHS will meet to discuss Skanska project staffing requirements and create a staffing plan.
   - Personnel who can conduct their job responsibilities remotely will work from a remote location unless otherwise directed by project leadership.
   - Skanska personnel directly involved in the day to day management of field operations report to the jobsite as usual unless otherwise directed by project leadership.

b.  **Implement Social Distancing**: The following guidelines should be evaluated to potentially reduce the size of groups.

- Suspend or stagger start times of stretch and flex- and/or implement multiple starting locations to reduce the number of personnel gathering in one area.
- Stagger times for coffee and lunch breaks throughout the day.
- Stagger times for transporting employees to or from the job site (vans/ shuttles) and reduce the number of employees in transit at one time within a vehicle.
- Remove common potable water sources such as drinking fountains and water coolers as appropriate. If common water sources are removed ensure water is available for employees by other means such as providing single use water bottles.

c. **In-person, Non-Essential Meetings**:  Suspend entirely or reduce attendance for meetings/gatherings that are non-essential.  Consider conducting virtual meetings/teleconferences.  All essential meetings will be determined by project leadership.

d. **In-person, Non-Essential Site tours or visits:** Suspend entirely or reduce attendance for job tours / site visits that are non-essential.  All essential visits and tours will be determined by project leadership.

- Examples of non-essential site tours may include: job tours by external stakeholders, subcontractor or vendor promotional meetings, public groups, student visits, political visits, etc.

## II.    Response Action Levels:

1. Risk Profile:

    In response to an outbreak of an infectious disease, projects shall use the following risk profiles to prepare workplaces to limit or eliminate the transfer of infectious diseases.

    OSHA (in OSHA publication 3990-03 2020-Guidance on Preparing Workplaces for COVID-19) identifies the following four worker exposure risk levels: Lower Risk (Caution), Medium, High and Very High.  Infectious diseases like COVID-19 are spread primarily from person to person through respiratory droplets produced when an infected person coughs or sneezes. These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.

**Lower Exposure Risk (Caution)** includes work that does not require contact with people known to be, or suspected of being, infected nor does the work require frequent close contact with (i.e., within six6 feet of) the general public. Workers in this category have minimal occupational contact with the public and other coworkers.

**Medium Exposure Risk** includes work that requires frequent and/or close contact with (i.e., within six 6 feet of) people who may be infected, but who are not known or suspected patients. In areas without ongoing community transmission, workers in this risk group may have frequent contact with travelers who may return from international locations with widespread disease transmission. In areas where there is ongoing community transmission, workers in this category may have contact be with the general public (e.g., in schools, high-population-density work environments, and some high-volume retail settings).

The **High and Very High Risk** levels generally apply to workers involved in healthcare (e.g., doctors, nurses etc.), morgue/ mortuary, medical transport and medical laboratory testing activities.

**Additional resources can be found in the following protocols developed for the Safety Stand Down - Implementing project site guidelines to minimize COVID-19 exposure risk:**
o   Project Activity Risk Assessment (PAA)
o   Mitigation Strategies/Considerations
o   General Jobsite Guidance/Recommendations

2.  Criteria for initiating a Project Response Investigation
    a.  In the event an individual or individual(s) on a project site has come into close contact (as defined by CDC – see below) with someone who has tested positive for an infectious disease, the project team must notify the account manager, regional HR, and general manager. Note the CDC defines close contact as one of the following:

    > Being within approximately 6 feet (2 meters) of an infected person for a prolonged period of time; close contact can occur while caring for, living with, visiting, or sharing a healthcare waiting area or room with a confirmed case
    >
    > – or –
    >
    > Having direct contact with infectious secretions of an infected person (e.g., being coughed on).

DocuSign Envelope ID: 2941B65A-97EA-40F3-972D-AB5D4EE3292E

b.  Additionally, a Project Response Investigation must be completed by the project team. The project superintendent, project manager, and EHS manager will be responsible for the completion of the investigation (see form entitled **Skanska USA Project Response Investigation Requirements**)

<u>EHS Forms and Documents</u>

- Safety Stand Down: Implementing project site guidelines to minimize COVID-19 exposure risk
- Skanska USA Project Response Investigation Requirements

**Applicable Training**

- COVID-19 Tool box talk

<u>Training Links</u>

- <u>CDC information on COVID-19</u>
- <u>List N: Disinfectants for use against SARS-CoV-2, the cause of COVID-19</u>
- <u>OSHA COVID-19 General Information</u>
- <u>OSHA Guidance on Preparing Workplaces for COVID-19</u>

**Potential Related Safety, Health and/or Environmental Aspects**

- First Aid
- Emergency Services
- Bloodborne Pathogens

DocuSign Envelope ID: 2941B65A-975A-49F3-972D-AB5D4EE3292E

# Noise Exposure



## Objective

The purpose of this program is to ensure that all employees are safeguarded from the occupational health and safety risks associated with noise.

## Legal and Other Requirements

Federal, State, Local Regulations

- ANSI S3.19
- OSHA 29 CFR 1910.95 Subpart G Occupational Health and Environmental Control  - Occupational noise exposure
- OSHA 29 CFR 1926.101 Subpart E Personal Protective and Life Saving Equipment  - Hearing protection
- OSHA 29 CFR 1926.52 Subpart D Occupational Health and Environmental Controls  - Occupational noise exposure

Skanska/Client Requirements

- None

## Procedure

1. General
   1.1.   Identify and monitor workplace noise levels using a calibrated sound level meter during daily work activities and whenever there is a change in production processes, equipment or controls.
   1.2.   Determine if employees are exposed to noise exceeding OSHA regulations (table below).
   1.3.   Employees exposed to sound levels greater than 85dBA/8-Hour Time Weighted Average (TWA) shall use hearing protection complying with ANSI S3.19.
   1.4.   Control noise at the source utilizing engineering controls before any other measures are implemented.
   1.5.   Post warning signs in conspicuous locations near the high noise level areas to notify employees that hearing protection is required.
   1.6.   When the following tasks are performed, hearing protection is mandatory. Exposure to impulsive or impact noise should not exceed 140 dB peak sound pressure level:

- Pile driving
- Jack hammering
- Chipping concrete or steel with power tools
- Operating gasoline chain or cut-off saws
- Arc gouging
- Hoe ram operating

1.7.    OSHA Permitted Noise Exposure
(A-scale readings on sound level meter at slow response)

| Duration per Day (Hours) | Sound Level dBA Slow Response |
|---|---|
| 8 | 90 |
| 6 | 92 |
| 4 | 95 |
| 3 | 97 |
| 2 | 100 |
| 1.5 | 102 |
| 1 | 105 |
| .5 | 110 |
| .25 or less | 115 |

2.    <u>Hearing Protection</u>
2.1.    Provide a variety of appropriate hearing protection devices for employees working in high noise areas.
2.2.    Employees shall wear company-provided hearing protection. Employees shall not tamper with or modify any hearing protection equipment.
2.3.    Discard and replace any damaged or defective equipment.
2.4.    Failure to follow the hearing conservation program and rules set forth by the company may result in disciplinary action.
2.5.    Any project specific requirements for this section are listed here.

<u>EHS Forms and Documents</u>
- None

**Applicable Training**

- None

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Respiratory Protection



**Objective**

The purpose of this program is to establish, implement and maintain an appropriate respiratory protection program to protect employees from respiratory hazards on our jobsites.

**Legal and Other Requirements**

Federal, State, Local Regulations

- OSHA 29 CFR 1910.134 Subpart I Personal Protective Equipment  - Respiratory Protection
- OSHA 29 CFR 1926.103 Subpart E Personal Protective and Life Saving Equipment  - Respiratory protection

Skanska/Client Requirements

- None

**Procedure**

1. Medical Evaluation
   1.1. Prior to respirator use, each employee shall complete a Medical Evaluation Questionnaire (MEQ) in accordance with CFR 1910.134 to be sent to a licensed healthcare provider for approval.
   1.2. The licensed healthcare provider will evaluate the MEQ and certify clearance for respirator use. Forward this clearance to the employer for processing and recordkeeping.
   1.3. Provide additional medical evaluations when:
      - An employee has a change in medical status.
      - An employee reports medical signs or symptoms related to ability to use a respirator.
      - The licensed healthcare provider states that employee needs to be re-evaluated.

2. Fit Test
   2.1. Full-face respirators require quantitative fit tests to achieve OSHA protection factors.
   2.2. A qualitative fit test may be used for half face air purifying respirators.

2.3.   Fit tests will be done:
- Before using the respirator in the field
- At least annually
- When a different type or brand of respirator is worn
- When there is a significant physical difference in the employee such as body weight changes, facial scarring or dentures

2.4.   Do not conduct fit testing if there is any hair growth between the skin and the face piece seal surface.

2.5.   If an employee exhibits difficulty in breathing during the tests, refer them to a licensed healthcare provider.

2.6.   If the employee does not pass a fit test, provide them with another make, model or size of the required respirator and perform a fit test.

2.7.   Maintain a summary of all fit test results for three years. The summary shall, at a minimum, include:
- The name of the individual tested
- The date of the test
- The name of the individual who administered the test
- The fit factors obtained from quantitative tests, if performed
- The manufacturer, model and size of respirator

3.   <u>Selection of Respirators</u>

3.1.   Filtering face pieces/dust masks are only permitted for voluntary use when respiratory protection is not required per the applicable OSHA standard or this EHS Manual. Voluntary use must be in accordance with OSHA 1910.134 Appendix D.

3.2.   The respirator furnished shall provide adequate respiratory protection against the particular hazard for which it is designed.

3.3.   Choose respirators according to an assigned protection factor (APF).

3.4.   Respirators are required at fifty percent (50%) of the permissible exposure limit, except for silica where respirators are only required above the permissible exposure limit.

3.5.   To determine which respirator is adequate to protect against the contaminant, the following calculation shall be used:

Applicable PEL* x APF = Maximum Use Concentration/2**

\* PEL = Permissible Exposure Limit

\*\* Skanska's safety factor of two

3.6.   Select respirators based on the specific hazard and in accordance with the manufacturer's instructions or other related requirements (OSHA, ANSI, NIOSH, etc.).

4.   <u>Use of Respirators</u>

4.1.   Specify the respirator in the Construction Work Plan.

4.2.   Assign each employee their own respirator.

4.3.   The wearer shall perform a fit check prior to the use of a negative pressure air-purifying respirators.

4.4.   Standby personnel with suitable rescue equipment shall be present when a self-contained breathing apparatus (SCBA) is used in immediately dangerous to life or health (IDLH) atmospheres.

4.5.   Employees shall be permitted to leave the work area to maintain, clean, change filters, replace parts or to inspect their respirator if it is impeding their ability to work or if the respirator stops functioning.

4.6.   Employees shall notify supervisor when leaving the work area.

4.7.   The competent person shall monitor work area conditions to assure respirator effectiveness.

4.8.   Provide employees requiring corrective vision for full-face respirators with manufacturer approved optical inserts.

5.   Filter/Cartridge Selection

5.1.   Each cartridge is color coded as indicated in the table below.

DocuSign Envelope ID: 2941B65A-97EA-49F2-972D-AB5D4EE3292E

| ATMOSPHERIC CONTAMINANT(S) | ASSIGNED COLOR(S) |
|---|---|
| Acid gases | WHITE |
| Hydrocyanic acid gas | WHITE with a ½ inch GREEN stripe completely around the canister near the bottom |
| Chlorine gas | WHITE with a ½ inch YELLOW stripe completely around the canister near the bottom |
| Organic vapors | BLACK |
| Ammonia gas | GREEN |
| Acid gases and ammonia gas | GREEN with ½ inch WHITE stripe completely around the canister near the bottom |
| Carbon monoxide | BLUE |
| Acid gases and organic vapors | YELLOW |
| Hydrocyanic acid gas and chloropicrin vapor | YELLOW with ½ inch BLUE strip completely around the canister near the bottom |
| Acid gases, organic vapors, and ammonia gases | BROWN |
| Particulates (dusts, fumes, mists, fogs, or smokes) Radioactive materials, (except tritium and noble gases) | PURPLE (Magenta) – High Efficiency Particulate Filter (HEPA)* |
| Particulates (dusts, fumes, mists, fogs, or smokes) in combination with any of the gases or vapors | Canister color for contaminant as designated above, with ½ inch GRAY stripe completely around the canister near the top |
| All of the above atmospheric contaminants | RED with ½ inch GRAY stripe completely around the canister near the top |

* Only P-100 Series HEPA filters are permitted

6. Air Quality/Requirements for In-Line Respiratory Systems

    6.1.    Cylinders of purchased breathing air shall meet at least the requirements of the specification for Type 1 – Grade D breathing air as described in Compressed Gas Association Commodity Specifications G-7.1-1989.

    6.2.    Breathing air may be supplied to respirators from cylinders or air compressors.

    6.3.    Supplied air compressors shall be equipped with the necessary safety and standby devices.

    6.4.    Position compressors to prevent contaminated air from entering the system and install inline air purifying absorbent beds and filters to assure breathing air quality.

6.5.　An authorized person shall sign a tag indicating the last absorbent bed and filter change.

6.6.　Each employee shall have an emergency escape bottle of sufficient capacity to evacuate the contaminated atmosphere in the event of compressor failure.

6.7.　Equipment must have alarms to indicate compressor failure and overheating.

6.8.　If an oil lubricated compressor is used, it shall have a high-temperature and carbon monoxide alarm.

6.9.　Maintain carbon monoxide levels below ten (10) ppm.

6.10.　Respirator hose length shall not exceed three hundred (300) linear feet.

7.　<u>Cleaning and Disinfecting</u>

7.1.　Clean and disinfect respirators daily.

7.2.　Respirator wipes are intended for the cleaning/sanitizing prior to each use throughout the shift and shall not be used in lieu of the daily cleaning requirements.

8.　<u>Storage</u>

8.1.　Store respirators to protect against dust, sunlight, heat, extreme cold, excessive moisture or damaging chemicals.

8.2.　Store respirators in a plastic bag or other container in a sanitary location.

8.3.　Do not store respirators in lockers or toolboxes unless they are in carrying cases or cartons.

8.4.　Place emergency use respirators at stations and work areas as required.

8.5.　Emergency use respirators shall be immediately accessible at all times.

8.6.　Store emergency use respirators in clearly marked compartments built for the purpose and in accordance with the manufacturer's recommendations.

8.7.　Place instructions for the use and storage of emergency use respirators inside the carrying case lid.

9.　<u>Inspections</u>

9.1.　Employees must document the daily inspection of their respirator.

9.2.　Inspect emergency use respirators after each use, monthly and per the manufacturer's recommendations.

9.3.　Keep a record of inspection dates and findings for emergency use respirators.

9.4.　Inspect rubber or elastomeric parts for pliability and signs of deterioration.

9.5.　Only use NIOSH approved parts for respirator repairs.

- Do not replace components, adjust or repair beyond the manufacturer's recommendations.

9.6.　Return reducing/admission valves or regulators to the manufacturer for adjustment or repair.

9.7.　Respirators that have failed inspection shall be taken out of service.

9.8.   Inspect self-contained breathing apparatuses (SCBAs) monthly.
- Charge cylinders according to the manufacturer's instructions.
- Ensure regulator and warning devices function properly.
- Check the tightness of connections and the condition of the face piece, headband, valves, connecting tube and canisters.

9.9.   Inspect SCBA tanks annually.

EHS Forms and Documents
- Respirator Inspection  - Respirator Inspection

**Applicable Training**

- Respiratory protection training

Training Links

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Sanitation



## Objective

The purpose of this program is to ensure all workers are provided with a sanitary work environment inclusive of drinking water, adequate facilities and an area free of vermin.

## Legal and Other Requirements

Federal, State, Local Regulations

- NYC DOB CH.33 SECTION BC3303 – Safeguards and Maintenance of Site
- OSHA 29 CFR 1926.51 Subpart D  Occupational Health and Environmental Controls  - Sanitation

Skanska/Client Requirements

- None

## Procedure

1. Drinking Water
    1.1.   Provide clean drinking water to all employees.
    1.2.   Containers used to dispense drinking water shall be constructed of materials that maintain water quality, sanitized daily, clearly marked and equipped with a tap and tight fitting lid.
    1.3.   Do not dip or scoop water from containers.
    1.4.   Use of a drinking cup by more than one person is not acceptable.
    1.5.   Provide drinking cups in a sanitary container and trash cans at water stations.
    1.6.   Clearly mark water sources that are not suitable for drinking.

2. Toilets
    2.1.   Make toilets available at the worksite. This does not apply to mobile crews that have transportation available to nearby toilet facilities.
    2.2.   Toilet facilities shall be adequately ventilated, appropriately screened, have self-closing doors that can be closed and latched from inside and shall be constructed to insure privacy.
    2.3.   Provide females with keys and combinations for designated locked toilets.
    2.4.   Service and clean toilets as often as necessary to maintain sanitary conditions.

2.5.  Remove or repair toilets in poor condition.

2.6.  Provide the following minimum amount of toilets at each jobsite:

| Number of Employees | Minimum Facilities |
|---|---|
| Less than 20 | 1 toilet seat |
| 20 or more | 1 toilet seat and 1 urinal for each 40 workers |
| 200 or more | 1 toilet seat and 1 urinal for each 50 workers |

3.  <u>Washing Facilities</u>

3.1.  Provide washing facilities with cleaning agents and towels near the worksite.

3.2.  Provide one handwashing facility for each twenty (20) employees or fraction thereof.

3.3.  Refill hand washing facilities with an adequate supply of potable water, soap and single use towels.

4.  <u>Change Rooms</u>

4.1.  Provide change rooms to employees handling hazardous materials.

5.  <u>Eating and Drinking</u>

5.1.  Do not allow eating or drinking in hazardous materials areas.

6.  <u>Vermin Control</u>

6.1.  Construct, maintain, clean and organize enclosed workplaces, buildings, storage trailers, etc. to prevent the entrance and harborage of rats, mice, insects and other vermin. Utilize extermination measures when their presence is detected.

7.  <u>Insect Control</u>

7.1.  Reduce areas of standing water to prevent mosquitoes breeding. Where standing water cannot be removed treat with larvicides per the manufacturer's instructions. If these controls are ineffective, an industrial-style pesticide will be used per EPA guidelines. Provide insect repellant containing DEET ® (N,N-Diethyl-meta-toluamide) to employees.

7.2.  Minimize mosquito breeding grounds to prevent nuisance and reduce the risk of communicable diseases.

    7.3.    Store wheelbarrows, buckets and other containers upside down when not in use so they do not collect standing water.

<u>EHS Forms and Documents</u>
- None

**Applicable Training**

- None

<u>Training Links</u>

- None

**Potential Related Safety, Health and/or Environmental Aspects**

- None

# Silica



## Objective

The purpose of this program is to ensure that all employees are safeguarded from the occupational health and safety risks associated with exposures to silica. guarded from the occupational health and safety risks associated with exposures to silica.

## Legal and Other Requirements

Federal, State, Local Regulations

- OSHA 1926.1153  - Respirable Crystalline Silica
- OSHA 29 CFR 1910.1020 Subpart Z Toxic and Hazardous Substances  - Access to employee exposure and medical records
- OSHA 29 CFR 1910.134 Subpart I Personal Protective Equipment  - Respiratory Protection
- OSHA 29 CFR 1926.103 Subpart E Personal Protective and Life Saving Equipment  - Respiratory protection
- OSHA 29 CFR 1926.20 Subpart C General Safety and Health Provisions  - General safety and health provisions - Compliance
- OSHA 29 CFR 1926.21 Subpart C General Safety and Health Provisions  - Safety training and education
- OSHA 29 CFR 1926.55 Subpart D Occupational Health and Environmental Controls  - Gases, vapors, fumes, dusts, and mists
- OSHA 29 CFR 1926.57 Subpart D Occupational Health and Environmental Controls  - Ventilation- Appendix A
- OSHA 29 CFR 1926.59 Subpart D Occupational Health and Environmental Controls  - Hazard Communication
- OSHA Silica General  - "Crystalline Silica Exposure" Health Hazard Information for General Industry Employees

Skanska/Client Requirements

- None

## Procedure

1. Activities that may disturb crystalline silica-containing materials include, but are not limited to:
   - Jack hammering and chipping
   - Grinding concrete

DocuSign Envelope ID: 2941B65A-97EA-4953-972D-AB5D4EE2292E

- Tunneling
- Sandblasting
- Dry sweeping or blowing concrete debris, sand or rock dust
- Demolition of concrete/masonry structures
- Drilling rock or concrete
- Crushing, loading, dumping rock or concrete
- Saw cutting concrete or rock

2. <u>Controls</u>

    2.1.   Use either Table 1 from OSHA 1926.1153 or occupational monitoring to establish PPE and engineering controls. If tasks are not included in Table 1, occupational monitoring must be done.

    2.2.   Engineering controls may include, but are not limited to:
- Dust collection systems
- Wetting down surfaces with a fine mist sprayer
- Equipment that provides water to the blade during saw cutting
- Water through the drill stem during rock drilling
- Abrasives with a low silica or no silica content
- Local exhaust ventilation

    2.3.   Where engineering controls cannot be utilized, or are not effective to reduce silica exposure, use administrative controls to reduce the time of exposure for employees. These may include, but are not limited to:
- Job rotation
- Activity rescheduling to off hours
- Shift change
- Reassignment to a work area away from silica generating activities

    2.4.   Give appropriate respirators and protective clothing to employees that are potentially exposed above the permissible exposure limit.

    2.5.   Provide trash bins at the exit to each area to allow employees to discard used protective clothing is provided. Post signs and barricades around areas where create potential silica exposure exist.

**Warning  Hazard**

# Silica Work Area

**Authorized employees only beyond this point**
**No smoking, eating or drinking allowed beyond this point**

3. Respiratory Protection
   3.1. Create a Worksite Specific Respiratory Plan for all activities that may potentially disturb crystalline silica.
   3.2. Use respiratory protection as the last line of defense in the protection against exposure to silica.
   3.3. Select respirators based on the criteria identified in OSHA Table 1 or occupational monitoring.

4. Medical Examinations
   4.1. Occupational medical surveillance shall be made available for each employee required to use a respirator for thirty (30) or more days per year.
   4.2. Initial examination:
      4.2.1. Initial (baseline) medical examination shall be made available within thirty (30) days after initial assignment, unless the employee has received a medical examination that meets the requirements of this section within the last three (3) years. The examination shall consist of:
      
      - A medical and work history, with emphasis on: past, present, and anticipated exposure to respirable crystalline silica, dust and other agents affecting the respiratory system
      - A physical examination with special emphasis on the respiratory system
        o A chest x-ray
        o A pulmonary function test
        o Testing for latent tuberculosis infection
        o Any other tests deemed appropriate by the physician or other licensed health care professional (PLHCP)
   4.3. Periodic examination:
      4.3.1. Provide medical examinations at least every three (3) years or more frequently if recommended by the PLHCP.
   4.4. Obtain a written medical opinion from the PLHCP within thirty (30) days of the medical examination.

5. Personal Hygiene
   5.1. Do not permit food, drink, or tobacco products to be present or consumed in the work area.
   5.2. Provide a wash station for employees to use following work in designated silica work areas.

EHS Forms and Documents
   - Respirator Inspection  - Respirator Inspection

**Applicable Training**

   - None

Training Links

- Silica Safety Awareness [Competent Person]  - Silica Safety Awareness [Competent Person]

**Potential Related Safety, Health and/or Environmental Aspects**

- Respiratory Protection

DocuSign Envelope ID: 2941B65A-97EA-49F3-972D-A95D4EE3292E

# EXHIBIT PS-05

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

### SUPPLEMENTAL TERMS AND CONDITIONS TO AGREEMENT

**Agreement No.** 1215024-100.030 **between** Skanska USA Building Inc. **and** KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP **dated** May 21, 2021 **is hereby modified as follows:**

### Owner Contract Flow-Through Provisions

**In addition to all other requirements and terms of the Subcontract/Purchase Order Agreement, the following provisions/requirements from the Owner Contract ("Owner Agreement") shall be expressly incorporated:**

**(1) Contract Flow-through.** Subcontractor/Seller, to the extent of the Work/Goods/Services to be performed by the subcontractor, supplier, or consultant, shall be bound to Contractor/Buyer by terms of the Contract Documents, and assumes toward the Contractor/Buyer all the obligations and responsibilities that the Contractor/Buyer assumes toward the Parties through those documents. Each subcontract, purchase order, and consulting agreement will preserve and protect the rights of the Parties under the Owner Agreement with respect to the Work/Goods/Services to be performed by others so that subcontracting will not prejudice the Parties' rights. Each subcontractor, supplier, and consultant that enters into an agreement with lower-tier subcontractors, suppliers, and consultants shall enter into similar agreements. For the purposes of this Exhibit the term "Subcontractor" shall be used universally to apply to "Subcontractor" and "Seller", and "Work" shall universally apply to the terms work, goods, or services provided. The term "Corporation" refers to the New York City Economic Development Corporation.

**(2) Owner Contract Requirements for Subcontractors/Suppliers.** Subcontractor agrees that:

(a) Payment hereunder shall be made only for work performed to the satisfaction of the Corporation and only after written approval by the Corporation of a written voucher (which must include certified payroll reports) submitted by the Subcontractor.

(b) Owner shall withhold 1% retainage through the one-year guarantee period, which amount shall be withheld from Subcontractor.

(c) There is no privity of contract between the Subcontractor and the Corporation or the City.

(d) Neither the Corporation nor the City will incur any liability by virtue of any act, omission, negligence, or obligation of the Subcontractor.

(e) Subcontractor shall indemnity, defend and hold harmless the Corporation and the City, their agents, employees, members, directors officials and officers against any and all claims, judgments or liabilities to which they may be subject (including, without limitation, any and all claims for injuries to persons (including death) and damage to property) because of any

**Page 1 of 4**

**PS-05 – Supplemental Terms and Conditions to Agreement**                    **Version 0.1, Draft for Review**
**(08.2020 ed. Rev. 0)**

# EXHIBIT PS-05

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

negligence or any fault or default of the Subcontractor, its agents, employees or subcontractors or the breach of the Subcontractor's obligations under the Subcontract.

(f)  Subcontractor's Requisitions shall conform to the same requirements and include the representations, warranties and agreements set forth in Sections 2.1.2 and 2.1.3 of the Owner Contract;

(g)  the "Events of Default" set forth in Section 3.3.2 of the Owner Contract as grounds for termination for cause shall be "Events of Default" and grounds for termination of the Subcontractor for cause;

(h)  the Subcontract may be assigned without the written consent of the Subcontractor to the City, NYCEDC or any other corporation, agency or instrumentality having authority to accept the assignment; and

(i)  all Work and Services performed under the Subcontract shall strictly comply with the requirements of the Owner Contract.

(j)  payment upon substantial completion of the Work shall include the amount of the retainage, minus twice the value of any uncompleted work (including uncompleted work pursuant to change orders), minus the value of any claims or judgments on behalf of the Corporation arising out of said Subcontract, and minus any sum retained as security for any guarantee or warranty. Final payment shall be made on approval of work in accordance with subparagraph II(a) of Appendix D in the Owner Contract;

(k)  Neither the Subcontractor nor any of its employees nor any of the Subcontractor's subcontractors is or shall be an agent, servant or employee of the Corporation (or, if applicable, its affiliate) or the City by virtue of the Construction Subcontract or by virtue of any approval, permit, license, grant, right or other authorization given by the Corporation (or, if applicable, its affiliate), or the City or any of its officers, agents or employees; and that the Subcontractor shall indemnify, defend and hold harmless the Corporation (or, if applicable, its affiliate) and the City, their agents and employees from any and all claims, judgments or liabilities to which they may be subject because of any act or omission of the Subcontractor, its agents, employees or subcontractors in connection with the Construction Subcontract or because of any negligence or any fault or default of the Subcontractor, its agents, employees or subcontractors;

(l)  Subcontractor shall comply with and the Subcontract shall include (i) if any other type of Federal or State funds are being used, all applicable laws, rules, terms, provisions, conditions or other requirements required by the governmental entity providing such funds; and (ii) the provisions contained in Equal Employment and Affirmative Action Compliance for Construction Contracts;

(m) If the Subcontract provides for at least $250,000 of Capital Budget funds (or such smaller amount deemed appropriate by the Director), the Subcontractor shall provide payment and performance bonds each in an amount equal to 100% of the contract price, except that the

**PS-05 – Supplemental Terms and Conditions to Agreement**
**(08.2020 ed. Rev. 0)**

**Version 0.1, Draft for Review**

## EXHIBIT PS-05

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

Director may approve such alternative security as the Director reasonably finds satisfactory (in consultation with, if deemed desirable by the Corporation, the Deputy Mayor and the City's Corporation Counsel), provided that such alternative security has value and liquidity reasonably comparable to payment and performance bonds;

(n) When applicable, Subcontractor shall be obligated to pay liquidated damages, in amounts determined by the Corporation, in the event of failure to complete the Construction Subcontract on schedule;

(o) Subcontractor shall be obligated to comply with the provisions of Section 24-216 (relating to noise control) of the City's Administrative Code to the same extent as if the Corporation were a "contracting agency" under such Section 24-216;

(p) tropical hardwoods, as defined in Section 165 of the New York State Finance Law, shall not be utilized in the performance of the Construction Subcontract except as expressly permitted by the foregoing provision of law; and

(q) Subcontractor shall comply with the MacBride Principles.

(r) Subcontractor shall comply with the following regarding Minimum Wages: Except for any employees whose prevailing wage is required to be fixed pursuant to Section 220, et seq. and Section 230, et seq. of the New York State Labor Law, which employees shall be paid such prevailing wage, all persons employed by the Consultant or any Subcontractor in the manufacture or furnishing of the supplies, materials, or equipment, or the furnishing of work, labor or services, used in the performance of this Contract, shall be paid, without subsequent deduction or rebate unless expressly authorized by law, not less than the minimum hourly rate required by law, unless a higher amount is required pursuant to any other provision of this Contract.

(s) Subcontractor shall comply with all provisions of the City Master Contract, between the City of New York and the New York City Economic Development Corporation, dated June 30, 2015.

(t) Subcontractor acknowledges that the Owner Agreement contains a six-month limitations period, commencing at termination of the contract or the accrual of the cause of action, whichever is earlier, for actions arising out of the contract. Subcontractor agrees to comply with and be bound by this limitations period.

**(3) Owner Contract Requirements for Consulting Agreements.** Consultant agrees that:

(a) Except as otherwise approved by the Director, Consulting Agreements shall contain:

(i)     the General Terms and Conditions of a Consultant Contract for Architectural and Engineering Assistance (Exhibit 3 to the Owner Contract), where applicable;

# EXHIBIT PS-05

Attachment to **Agreement No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**.

      (ii)      if any federal or State funds are being used, all applicable laws, rules, terms, provisions, conditions or other requirements required by the governmental agency providing such funds; and

      (iii)     Equal Employment and Affirmative Action Compliance for Non-Construction Contracts (Appendix F to the Owner Contract).

(b) Neither the Consultant nor any of its employees nor any of its subcontractors is or shall be an agent, servant or employee of the Corporation (or, if applicable, its affiliate) or the City by virtue of the Consulting Agreement or by virtue of any approval, permit, license, grant, right or other authorization given by the Corporation or the City or any of its officers, agents or employees; and that the Consultant shall indemnify, defend and hold harmless the Corporation (and, if applicable, its affiliate) and the City, their agents and employees from any and all claims, judgments or liabilities to which they may be subject because of any act or omission of the Consultant, its agents, employees or sub-subcontractors in connection with the Consulting Agreement or because of any negligence or any fault or default of the Consultant, its agents, employees or subsubcontractors:

(c) Such Consulting Agreement shall be assignable to the City and the Corporation (or any affiliate thereof).

## EXHIBIT PS-06

Attachment to **Subcontract No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**

## SUPPLEMENTAL TERMS AND CONDITIONS TO SUBCONTRACT

**Agreement No. 1215024-100.030 between Skanska USA Building Inc. and KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP dated May 21, 2021 is hereby modified as follows:**

Exhibit "E" to the Subcontract, entitled **"STANDARD SUBCONTRACT TERMS AND CONDITIONS,"** is modified as follows:

## Section 2.2 is amended as follows:

2.2    *Project Investigation.*
Subcontractor represents that it has, or has had full opportunity to, examine the Project site and Contract Documents; that it has satisfied itself as to the requirements of the Work and all reasonably discoverable conditions which may affect the Work, including but not limited to the availability and costs of labor, services, equipment, materials, supplies and other items required for the Work, the observable condition of the Project site and access thereto to perform the Work and actual and anticipated local weather conditions; that the Subcontract Amount and Schedule have been determined with due regard for all such requirements and conditions which do or may affect the Work; and that its entry into the Subcontract has not been induced either wholly or in part by any promises, representations or statements by or on behalf of Contractor, Owner and/or the Architect, other than those set forth in the Subcontract. Subcontractor acknowledges and accepts the risk of mistake or error with respect to all matters within the scope of its Project investigation, and agrees that it shall not be entitled to, and shall make no claim for, any additional compensation or damages of any kind or character or an extension of time for performance should any requirements or conditions applicable to the Work be different from or in addition to those identified by Subcontractor through such reasonable investigation.

## Section 2.3 is amended as follows:

2.3    *Existing Conditions.*
Subcontractor shall inspect the work provided by others onto which the Work is to be placed or to which the Work is to be applied or attached and shall notify Contractor in writing of any observable defect or other reasonably discoverable detrimental condition in any such work prior to the performance of the affected Work. If Subcontractor fails to so notify Contractor, Subcontractor shall be deemed to have accepted the condition of such work as suitable for its Work. Subcontractor shall be liable for any Damages resulting from its performance of any Work involving any unsuitable work provided by others of which Subcontractor has not notified Contractor as required, including any re-performance and related costs of correction and any additional costs incurred by the Contractor, Owner or their respective other contractors.

## Section 2.5 is amended as follows:

2.5    *Protection of Work.*
Subcontractor shall protect the Work at all times prior to its acceptance by Owner. Subcontractor shall bear the risk of loss or any damage to the Work or a portion thereof prior to Owner's acceptance (regardless of the holder of title thereto), and Subcontractor shall promptly replace, repair, restore or rebuild any such damaged Work so that it conforms to the requirements of the Subcontract, except to the extent such loss or damage is caused by Contractor or Owner, or any individual or entity acting at the direction of the Contractor or Owner (excepting Subcontractor). If the damage is recognized by the insurer to be covered by a first party property insurance policy maintained by Owner or Contractor for the Project, Contractor will reimburse Subcontractor its direct costs to replace, repair, restore or rebuild damaged Work to the extent of insurance proceeds Contractor actually receives for that Work, less Contractor's cost to prepare and adjust the claim. Subcontractor shall cooperate with Contractor and Owner in connection with the preparation and adjustment of any insurance claim for damage to the Work. Under no circumstances will Contractor or Owner be required to take any legal action to pursue coverage for damage to the Work in the event the insurer fails or refuses to recognize the existence or applicability of coverage for such damage. If requested by Subcontractor, Contractor shall assign and shall request that the Owner assign to Subcontractor its rights in connection with any such coverage issues, but only to the extent thereof.

## Section 2.6 is amended as follows:

## EXHIBIT PS-06

Attachment to **Subcontract No. 1215024-100.030**, dated **May 21, 2021**, by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**

2.6    *Quality and Protection of Equipment, Materials and Supplies.*
Unless otherwise expressly agreed, all equipment, material, supplies and other items furnished by Subcontractor and incorporated into the Work shall be new, unused, of first rate quality, suitable for use in the Work and in strict conformity with the requirements of the Subcontract. Subcontractor shall at all times cover and protect from damage and theft all equipment, materials, supplies and other items that are to be used in the performance of, or incorporated into, the Work at the Project. Subcontractor is solely responsible for and shall bear the risk of loss for all equipment, materials, supplies and other items stored by it at the Project site (regardless of the holder of title thereto) except to the extent such loss is caused by Contractor, or any individual or entity acting at the direction of the Contractor (excepting Subcontractor), and Subcontractor shall replace any shortages thereof at its expense. If any damage or theft is recognized by the insurer to be covered by a first party property insurance policy maintained by Owner or Contractor for the Project, Contractor will reimburse Subcontractor its direct costs to replace damaged or stolen equipment, materials, supplies or other items to the extent of insurance proceeds Contractor actually receives for that replacement, less Contractor's cost to prepare and adjust the claim. Subcontractor shall cooperate with Contractor and Owner in connection with the preparation and adjustment of any insurance claim for any damage or theft. Under no circumstances will Contractor or Owner be required to take any legal action to pursue coverage for any damaged or stolen equipment, materials, supplies or other items in the event the insurer fails or refuses to recognize the existence or applicability of coverage for the damage or loss in question. If requested by Subcontractor, Contractor shall assign and shall request that the Owner assign to Subcontractor its rights in connection with any such coverage issues, but only to the extent thereof.

## Section 3.1 is amended as follows:

3.1    *Time for Performance.*
Subcontractor acknowledges that the dates required in the Schedule for the performance and completion of the Work are essential conditions of the Subcontract and agrees that Subcontractor's failure to perform and complete the Work consistent with such dates, subject to extensions of time as permitted by this Subcontract, shall constitute a material violation of the Subcontract. Subcontractor represents that it has taken into consideration and made allowances for all hindrances and delays incident to its Work as provided in Sections 2.2 and 2.4.

## Section 3.2 is amended as follows:

3.2    *The Project Schedule.*
If not prepared and attached to the Subcontract as an Exhibit, Contractor will develop a Project schedule that will schedule and coordinate the times required for each area of work on the Project, including the Work (the "Schedule"). Subcontractor shall participate and cooperate with Contractor in scheduling the times and sequences required to perform Subcontractor's Work, and Subcontractor agrees to perform its Work in accordance with the Schedule, as it may be revised and amended from time to time by Contractor, including as provided in Section 9.2. In the event Subcontractor is directed to accelerate its Work and/or perform overtime or premium time work, for reasons not caused by Subcontractor, Subcontractor shall be entitled to reimbursement of all premium time and overtime costs. The terms "Schedule", "Project Schedule", "Contractor's Schedule", "CPM Schedule" and like terms are used interchangeably in the Contract Documents and each shall refer to the "Schedule" pursuant to this Section 3.2.

## Section 4.2.1 is amended as follows:

4.2.1    *Estimates for Payment.*
Unless otherwise stipulated by Contractor, on or before the earlier of: (i) the 25th day of each month; or (ii) no later than five (5) days prior to the date, if any, in the Owner Contract for the submission of estimates for payment, Subcontractor shall submit a written estimate for payment to Contractor in the form annexed as Exhibit H along with all substantiating data and information required by the Contract Documents or as reasonably requested by Contractor. The amount due Subcontractor on each estimate shall be calculated as provided in Section 4.2.2. If approved by Owner and Contractor, Contractor shall pay the net amount due to Subcontractor within fourteen (14) seven (7) days after Owner pays the corresponding amount to Contractor under the Owner Contract. Subcontractor acknowledges and agrees that Owner's payment to Contractor under the Owner Contract of amounts due Subcontractor under the Subcontract is a condition precedent to Contractor's obligation to pay such amounts to Subcontractor. Subcontractor further acknowledges that it is relying on the credit and ability of the Owner to pay for Work performed and not Contractor and accepts the risk that Subcontractor will not be paid by Contractor for Work performed in the event Contractor is not paid by Owner for such Work.

Architect on prior versions of the submittal. If Subcontractor does not provide written notice of such additional or different revisions to Contractor, Contractor's and/or Architect's approval of the submittal shall not include such additional or different revisions. Notwithstanding the foregoing, Subcontractor acknowledges that the Project Schedule does not allow for the

Page 2 of 7

Exhibit PS-06
Modifications to Standard Subcontract Terms and Conditions
(08/2020 ed. Rev. 0)

## EXHIBIT PS-06

Attachment to **Subcontract No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**

resubmission of shop drawings and other submittals and that Subcontractor is required to ensure its initial submittals meet the requirements of the Contract Documents. Subcontractor shall be liable for any added Damages resulting from its failure to furnish submittals when and as required by the Subcontract, including any re-performance and related costs of correction and any additional costs incurred by the Contractor, Owner or their other contractors.

## Section 9.3 is amended as follows:

9.3    **_Recovery Plan._**
If Contractor determines that Subcontractor has fallen behind in the progress of the Work or is in danger of falling behind at its then current rate of progress, or is responsible for any Project Schedule delays, Contractor may direct Subcontractor on written notice to take the steps Contractor deems necessary to improve the rate of progress of the Work, including requiring Subcontractor to increase its labor force, number of shifts and/or overtime operations, days of work, or to provide additional equipment or materials, all without additional cost to the Contractor. Within two (2) business days of such written notice from Contractor, Subcontractor shall submit for Contractor's approval a recovery plan, including, but not limited to, schedule, resources, manpower, safety assessment, additional equipment, and all other required steps to attain the required rate of progress while maintaining an injury-free environment. Subcontractor will implement the recovery plan immediately upon Contractor's approval. If Subcontractor fails to provide a recovery plan within the required time period or Contractor determines that Subcontractor's proposed plan will not attain the required rate of progress, Subcontractor will take the steps Contractor directs in that regard and perform the Work accordingly. If Subcontractor fails to submit or follow a recovery plan as required or to perform the Work in accordance with Contractor's directives, Contractor may, upon written notice to Subcontractor and Subcontractor's failure to cure within three (3) business days of its receipt of same, perform all or part of the Work through supplementing the workforce, hiring of a supplemental subcontractor, or as Contractor otherwise deems necessary to attain the required rate of progress. Contractor may backcharge Subcontractor for all Damages incurred by Contractor as a result of Subcontractor's failure to comply with the requirements of this Section. In the event the Subcontract balance is insufficient to cover the Damages, Subcontractor shall pay the difference to the Contractor within ten (10) days of Contractor's demand for payment of same.

## Section 10.3 is amended as follows:

10.3    **_Requirements for Pricing Changes._**
10.3.1 Unless the Owner Contract requires different pricing, the amount of additional compensation paid to Subcontractor, if any, shall be determined by one of the following methods at the sole discretion of the Contractor:

(a)    Lump sum price in an amount proposed by Subcontractor (properly itemized and supported by sufficient substantiating data to permit evaluation) and accepted by Contractor;

(b)    Unit Prices or Alternates as set forth in Exhibit C (if applicable); or

(c)    Time and material basis plus overhead and profit pursuant to Exhibit C.

10.3.2 If a Change is performed by Subcontractor on other than a lump sum basis, Subcontractor shall furnish documentation sufficient for Contractor to verify the actual costs reasonably incurred by Subcontractor, including, but not limited to, daily time sheets, receiving and inspection reports, purchase orders, invoices, and Sub-subcontractor quotes. Subcontractor shall obtain the signature of Contractor on a daily basis for time sheets and field tickets. Notwithstanding the above, Contractor's signature shall not entitle Subcontractor to a Subcontract Adjustment, but shall only serve to document the hours reported by Subcontractor. All labor, services, equipment, materials, supplies and other items provided by Subcontractor on other than a lump sum basis shall be purchased at competitive market prices and reflect Subcontractor's actual cost after rebates and discounts. Subcontractor acknowledges and agrees that any request for an adjustment will be inclusive of all additional costs and time extensions related to the Change, whether resulting from delays, inefficiencies, interferences or any other impact to Subcontractor's performance of the Work. Subcontractor's failure to request a Subcontract Adjustment in connection with a Change shall constitute a representation by Subcontractor that no such adjustment is required and shall constitute a waiver by Subcontractor of its right to any Subcontract Adjustment.

10.3.3 Subcontractor's failure to timely submit a proposed credit for deleted Work shall render Contractor's and/or Owner's or Architect's determination of the proper credit final and binding.

## EXHIBIT PS-06

Attachment to **Subcontract No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**

## Section 10.5 is amended as follows:

**10.5** _**Impacts to the Work.**_
10.5.1 If Subcontractor wishes to assert a claim concerning an adverse Impact Event attributable to the Owner or the Architect or their separate contractors, Subcontractor shall furnish Contractor with written notice of such claim and appropriate supporting documentation in a manner that will enable Contractor to satisfy its corresponding claim notice and submission requirements under the Owner Contract. To that end, Subcontractor shall furnish Contractor with written notice of and supporting documentation for any such claim within the earlier of: (i) the time periods set forth in Section 10.5.2; or (ii) two (2) business days before the expiration of the time period(s) specified, if any, under the Owner Contract. Contractor's liability to the Subcontractor for any adverse Impact Event to Subcontractor's performance under the Subcontract attributable to the Owner, Architect or their separate contractors is limited to the cost, schedule or other relief, if any, actually granted by the Owner.

10.5.2 If Subcontractor wishes to assert a claim concerning an adverse Impact Event that is not attributable to the Owner or the Architect or their separate contractors, Subcontractor shall, subject to Section 11.3, give written notice for all claims for any Subcontract Adjustment due to an Impact Event under the Subcontract within two (2) business days from when Subcontractor knew or should have known about following the occurrence of the event giving rise to the claim. All claims shall be supported by appropriate documentation and, in the case of requests for extensions of time, sufficiently detailed to demonstrate that the impact is to work activities on the critical path, and all such documentation shall be submitted within five (5) business days after Subcontractor's written notice of claim. Notwithstanding the foregoing, in the event the Subcontractor suffers an Impact Event because of the acts or omissions of any other subcontractor or contractor on the Project, the Subcontractor and each subcontractor or other contractor shall be directly responsible to the other and shall look solely to the other for compensation.

## Section 11.1 is amended as follows:

**11.1** _**Liability for Delays.**_
Subject to Section 19.1 herein, Subcontractor shall be liable to Contractor for any and all loss or damage Contractor sustains as a result of Subcontractor's delay in the performance of the Work or delay to the Project attributable to Subcontractor, including any amounts due from Contractor to Owner under the Owner Contract. Permitting the Subcontractor to continue to perform its Work after the agreed time for performance has expired shall not be construed as or constitute a waiver by Contractor of any claims for any Damages it may have against Subcontractor as a result of such delay.

## Section 11.2 is amended as follows:

**11.2** _**Liquidated Damages.**_
Subcontractor shall be liable for any specific liquidated damages negotiated and agreed to by Contractor and Subcontractor in the Subcontract and that portion of any liquidated damages payable by Contractor under the Owner Contract attributable to Subcontractor's failure to discharge one or more of its obligations when and as required under the Subcontract. Subcontractor acknowledges that any liquidated damages payable by it are reasonable and appropriate in light of the probable increased costs and other anticipated damage to Contractor in the event of the performance failure by Subcontractor in connection with which such damages become payable. Subcontractor agrees to and does hereby waive any defense as to the validity or enforceability of any liquidated damages payable by it under the Subcontract on the grounds that such damages are void as penalties or are not reasonably related to actual damages, whether the damages were specifically established by Contractor and Subcontractor under the Subcontract or were established by Contractor and Owner under the Owner Contract. Subcontractor further agrees that Contractor shall be entitled to recover from Subcontractor any Damages Contractor incurs as a result of Subcontractor's failure to discharge a Subcontract obligation that exceeds any liquidated damages paid by Subcontractor in connection with that failure, subject to Section 19.6 herein.

## Section 12.2 is amended as follows:

**12.2** _**Remedies for Default.**_
12.2.1 In addition to Contractor's rights under Applicable Law to terminate Subcontractor's right to the proceed with the Work, Contractor may on written notice to Subcontractor at any time after it is in default: (a) supplement the Subcontractor's workforce or hire a supplemental subcontractor as necessary to progress or complete the Work; or (b) terminate Subcontractor's right to proceed with all or part of the remaining Work, take possession of the Work and any and all of Subcontractor's materials, tools, appliances, equipment and other items at the Project site, and complete the Work by whatever method Contractor may deem expedient, including without limitation entering into agreements with Sub-subcontractors. Contractor shall deduct all Damages incurred by Contractor as a result of Subcontractor's default from the Subcontract balance. In the event the Subcontract balance is insufficient

**Page 4 of 7**

Exhibit PS-06
**Modifications to Standard Subcontract Terms and Conditions**
**(08/2020 ed. Rev. 0)**

**EXHIBIT PS-06**

Attachment to **Subcontract No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**

to cover the Damages, Subcontractor shall pay the difference to the Contractor within ten (10) days of Contractor's demand for payment of same. If the Subcontract balance exceeds the Damages, the difference shall be paid to Subcontractor, subject to Owner's acceptance of the Work as provided in Section 12.3. Any termination of Subcontractor for default that is subsequently determined to have been erroneous shall be deemed to have been termination for convenience under Section 12.4 and the party's rights and obligations shall be adjusted accordingly.

12.2.2 Prior to exercising its remedies under Section 12.2.1 with respect to Subcontractor's default under clauses (b)(i), (ii), (iii), (iv) or (v) of Section 12.1, Contractor will provide Subcontractor written notice of the default and an opportunity to cure the default. If Subcontractor fails to commence curing the default within five (5) ~~two (2)~~ business days after receipt of said written notice and thereafter diligently proceed to fully cure the default and provide Contractor with reasonable evidence of such cure, Contractor may exercise its remedies under Section 12.2.1

12.2.3 In the event Subcontractor's performance under the Subcontract is secured by a surety performance bond or other guarantee of performance, Contractor may, in the event of a Subcontractor default, demand that Subcontractor's surety or guarantor complete performance of the Work. In the event the surety or guarantor fails to perform and complete Subcontractor's Work and other obligations in accordance with the Subcontract and bond or guarantee (as applicable), Contractor may proceed to remedy Subcontractor's default in accordance with this Section 12.2. To the extent Contractor's damages exceed the Subcontract balance at time the Subcontract is terminated, Contractor shall be entitled to pursue its remedies against Subcontractor's surety or guarantor for breach of its bond or guarantee obligations..

## Section 12.4 is amended as follows:

*12.4*  **Termination for Convenience.**
Contractor may upon written notice to Subcontractor, without cause and without prejudice to any other right or remedy, elect to terminate the remaining Work for Contractor's convenience. The termination shall be effective in the manner specified in Contractor's notice. Unless Contractor's notice directs otherwise, Subcontractor shall immediately discontinue performance of the Work and the placing of orders for equipment, materials, supplies and other items and demobilize from the Project. Subcontractor shall take the steps necessary to preserve and protect Work in progress and shall use its best efforts to mitigate its costs in connection with the termination. Contractor shall pay Subcontractor a termination payment as Subcontractor's sole and exclusive remedy in connection with Contractor's convenience termination. The termination payment shall be comprised of: (i) amounts invoiced and due for Work performed but not yet paid; (ii) payment for Work satisfactorily completed but not yet invoiced by Subcontractor prior to the termination; (iii) retainage held by Contractor at the date of termination; and, (iv) all reasonable, actual termination costs incurred by Subcontractor in terminating the Work (but excluding any and all costs and expenses incurred by Subcontractor from and after the date of termination for those of its employees who are not directly performing required termination activities); provided, that if the termination was effected by Contractor due to the elimination or termination of work by Owner under the Owner Contract or other Owner action, or, as a result of the order of a court or public authority, then Subcontractor's termination payment shall be limited to the amount paid by Owner to Contractor for the terminated Work under the Owner Contract, less Contractor's proportionate and reasonable costs to obtain that amount from Owner. Retainage held by the Owner on account of Work performed by Subcontractor shall be released in accordance with the terms of the Owner Contract. In no event shall Subcontractor be entitled to recover any profit or overhead on terminated Work. Subcontractor's termination payment under this Section 12.4 will constitute its final payment for the Work and will be processed and become due to Subcontractor in accordance with Section 5.1.

## Section 16.1 is amended as follows:

*16.1*  **No Liens or Encumbrances.**
Subcontractor warrants and guarantees free and clear title to the Work and all equipment, materials, supplies and others items supplied by Subcontractor for incorporation into the Work shall pass to Contractor and Owner, and that the Work, the Project site and the Project and any and all interests and estates therein and any and all improvements and materials placed on the Project site by Subcontractor or its Sub-subcontractors shall be free and clear of, all liens, claims, security interests and other encumbrances made by, through or under Subcontractor or any of its Sub-subcontractors. In the event of any nonconformity with the requirements of this Section 16.1, Subcontractor shall promptly: (i) defend Contractor's and Owner's title to the Work, the Project site and Project and such interests, estates, improvements and materials, as the case may be; (ii) remove and discharge any such lien, claim, security interest or other encumbrance by paying the claimant, by posting a bond or other instrument as required by Applicable Law, or by providing Contractor collateral that is satisfactory in form and substance to Contractor and Owner; and (iii) fully indemnify and hold harmless Contractor and Owner from and against any Damages resulting from such encumbrance, except to the extent such lien, claim or encumbrance is caused by Contractor's failure to pay undisputed amounts due pursuant to the Subcontract. Contractor

**Page 5 of 7**

## EXHIBIT PS-06

Attachment to **Subcontract No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**

may withhold from any amount due or to become due to Subcontractor an amount sufficient to remove and discharge such encumbrance until Subcontractor has removed and discharged such encumbrance as required by Section 16.1. If Subcontractor has not removed and discharged a lien, claim, security interest or other encumbrance covered by this Section 16.1 within ten (10) days after it has been made or filed, Contractor may cause the encumbrance to be removed and discharged with the moneys withheld, or by posting a bond, whereupon for purposes of this Subcontract such moneys or bonding costs (along with other costs incurred by Contractor in connection with the encumbrance), shall be deemed to have been paid to Subcontractor hereunder.

## Section 17.1 is amended as follows:

17.1 *Work Warranties and Guarantees and Correction of Defects or Deficiencies.*

17.1.1 Subcontractor warrants and guarantees that all Work (i) shall be free of defects in design, workmanship and material, (ii) shall be performed in accordance with the generally accepted industry codes and standards applicable to the Work, (iii) shall be performed in a good and workmanlike manner; and (iv) shall strictly conform to the requirements of the Subcontract (including any warranties required of the Contractor under the Owner Contract to the extent applicable to the Work).

17.1.2 Upon receipt of written notice of a defect or deficiency in the Work, Subcontractor shall, at no cost to Contractor, promptly repair, replace, or re-perform such defective or deficient Work so that it conforms to the requirements of the Subcontract. Subcontractor's obligation to repair, replace, or re-perform defective or deficient Work under this Section 17.1.2 shall extend for a period of one (1) year from Substantial Completion of Subcontractor's Work, or such longer period of time as required by Owner specifically for Subcontractor's Work. ~~: (i) for the period(s) established for correction of Work specifically established in the Subcontract; or, (ii) if no such period(s) has been established, for the period(s) for correction of Work established for Contractor's work under the Owner Contract.~~ Notwithstanding the foregoing, if Contractor deems it inexpedient or if Subcontractor indicates, by its actions or inactions, that it is unable or unwilling to proceed with corrective action in a reasonable time, Contractor may, upon written notice to Subcontractor and Subcontractor's failure to cure within three (3) business days of its receipt of same, deduct the cost of the repair, replacement and re-performance from the Subcontract Amount. Subcontractor shall provide information and execute documents as requested or required by Contractor to assign any Subcontractor warranty or guarantee to Owner or another party.

## Section 19.6 is amended as follows:

19.6 *Damages Limitation.*

19.6.1 In no event shall any of the Indemnified Parties be liable to Subcontractor or any of its Sub-subcontractors, whether based on delay, contract, tort, negligence, warranty, indemnity, strict liability, error or omission or otherwise, for any consequential, special, incidental, indirect, exemplary, multiple or punitive damages or damages arising from or in connection with loss of use or loss of revenue or profit, actual or anticipated or otherwise, and Subcontractor hereby releases

## EXHIBIT PS-06

Attachment to **Subcontract No. 1215024-100.030,** dated **May 21, 2021,** by and between **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** and **Skanska USA Building Inc.** for **Coney Island Creek Ferry Landing Electrical Work** at **NYCEDC Citywide Ferry Service Project, N/A**

each of the Indemnified Parties from any such liability.   Subcontractor shall obtain similar releases from each of its Sub-subcontractors.

19.6.2   Except as provided below, in no event shall Subcontractor or any of its Sub-subcontractors be liable to Contractor, whether based on delay, contract, tort, negligence, warranty indemnity, strict liability, error or omission or otherwise, for any consequential, special, incidental, exemplary, multiple or punitive damages or damages arising from or in connection with loss of use or loss of revenue or profit, actual or anticipated, and Contractor hereby releases Subcontractor and its Sub-subcontractors from any such liability.  Notwithstanding the foregoing, Contractor shall be entitled to recover against Subcontractor (a) any liquidated damages that Owner may assess against Contractor which are attributable to Subcontractor's failure to fulfill its MWBE participation goals set forth in this Subcontract, and (b) consequential, special, incidental, exemplary, multiple or punitive damages or damages arising from or in connection with loss of use or loss of revenue or profit, actual or anticipated, (i) that are imposed upon Contractor under the Owner Contract to the extent attributable to Subcontractor or its Sub-subcontractors, (ii) for which Subcontractor has agreed to indemnify, defend and hold harmless the Indemnified Parties from and against under Section 18.1 of this Subcontract, (iii) that are the result of Subcontractor's or its Sub-subcontractors gross negligence or willful misconduct, and/or (iv) that are the result of penalties or other sanctions imposed by a court, regulatory agency or governmental body to the extent attributable to Subcontractor or its Sub-subcontractors.  For the avoidance of doubt, costs incurred by Contractor to compensate other subcontractors or to accelerate the Work of other subcontractors to the extent incurred by Contractor as a result of delay caused by Subcontractor as well as additional overhead or extended general conditions costs incurred by Contractor as a result of delay caused by Subcontractor are direct damages not subject to the waiver contained in this Section 19.6.2.  Notwithstanding the foregoing, the cumulative liability of Subcontractor for consequential damages due to delays by Subcontractor as described within Section 11.2, 19.6 or elsewhere herein, shall in no event exceed ten percent (10%) of the final Subcontract Amount.

| Contractor: | Subcontractor: |
|---|---|
| **SKANSKA USA BUILDING INC.** | **KND LICENSED ELECTRICAL CONTRACTING & SERVICES CORP** |
| By: *Sean A Szatkowski* <br> 504B850EE8EC473 <br> (Signature) | By: *Nanci-Jean DeNapoli* <br> D2A8C781A61243l... <br> (Signature) |
| May 27, 2021 <br><br> (Date) | May 27, 2021 <br><br> (Date) |
| Sean A Szatkowski <br><br> (Printed Name) | Nanci-Jean DeNapoli <br><br> (Printed Name) |
| Sr VP – Account Manager <br><br> (Title) | Vice President <br><br> (Title) |

Exhibit PS-06
**Modifications to Standard Subcontract Terms and Conditions**
**(08/2020 ed. Rev. 0)**

DocuSign®

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: 2011B65A97FA49F3972DABED4EE3292E | | Status: Completed |
| Subject: Please sign this document: Skanska Subcontract 2020 1215024-100.030.pdf | | |
| Source Envelope: | | |
| Document Pages: 536 | Signatures: 4 | Envelope Originator: |
| Certificate Pages: 5 | Initials: 0 | Ahmed Elkhouly |
| AutoNav: Enabled | | 4235 South Stream Boulevard |
| EnvelopeId Stamping: Enabled | | Suite 200 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | Charlotte, NC  28217 |
| | | ahmed.elkhouly@skanska.com |
| | | IP Address: 144.57.62.224 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Ahmed Elkhouly | Location: DocuSign |
|     5/26/2021 4:26:22 PM |     ahmed.elkhouly@skanska.com | |

## Signer Events

| Signer Events | Signature | Timestamp |
|---|---|---|
| Nanci-Jean DeNapoli<br>nanci-jean@kndelectric.com<br>Vice President<br>KND Licensed Electrical<br>Security Level: Email, Account Authentication (None) | *Nanci-Jean DeNapoli*<br>D2A8C781A612431...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 96.56.110.218 | Sent: 5/26/2021 4:35:16 PM<br>Viewed: 5/27/2021 11:15:28 AM<br>Signed: 5/27/2021 11:15:54 AM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 5/27/2021 11:15:28 AM<br>   ID: 6ad2ff79-6b9b-4790-a097-db4fa4f561e3 | | |
| Sean A Szatkowski<br>sean.szatkowski@skanska.com<br>Sr VP - Account Manager<br>Security Level: Email, Account Authentication (None) | *Sean A Szatkowski*<br>504B850EF8EC473...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 65.114.45.187 | Sent: 5/27/2021 11:16:03 AM<br>Viewed: 5/27/2021 12:12:31 PM<br>Signed: 5/27/2021 2:12:06 PM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 5/27/2021 12:12:31 PM<br>   ID: 9024bec0-44ef-4474-915e-023ce2097e49 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Ahmed Elkhouly<br>ahmed.elkhouly@skanska.com<br>Skanska USA Building Inc.<br>Security Level: Email, Account Authentication (None) | **COPIED** | Sent: 5/27/2021 2:12:13 PM<br>Resent: 5/27/2021 2:12:14 PM |
| **Electronic Record and Signature Disclosure:**<br>   Not Offered via DocuSign | | |

| Carbon Copy Events | Status | Timestamp |
|---|---|---|
| Jack De Donato<br>JDeDonato@kndelectric.com<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | **COPIED** | Sent: 5/27/2021 2:12:13 PM |
| Nancymarie Delorenzo<br>nancy.delorenzo@skanska.com<br>Skanska USA Building Inc.<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Not Offered via DocuSign | **COPIED** | Sent: 5/27/2021 2:12:13 PM<br>Viewed: 5/28/2021 10:47:19 AM |
| Nichol Nunez<br>nichol.nunez@skanska.com<br>Project Manager<br>Security Level: Email, Account Authentication (None)<br>**Electronic Record and Signature Disclosure:**<br>    Accepted: 5/28/2021 8:19:01 AM<br>    ID: 4f11e684-f7ee-41d3-810d-0d7fb537c41e | **COPIED** | Sent: 5/27/2021 2:12:13 PM |

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 5/26/2021 4:35:16 PM |
| Certified Delivered | Security Checked | 5/27/2021 12:12:31 PM |
| Signing Complete | Security Checked | 5/27/2021 2:12:06 PM |
| Completed | Security Checked | 5/27/2021 2:12:13 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on 5/19/2021 10:36:23 AM
Parties agreed to: Nanci-Jean DeNapoli, Sean A Szatkowski, Nichol Nunez

Case 2:26-cv-01139-KSH-JRA    Document 1    Filed 02/04/26    Page 548 of 575 PageID: 548

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Skanska USA Inc. (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Skanska USA Inc.:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: customer.service@skanska.com

**To advise Skanska USA Inc. of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at customer.service@skanska.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Skanska USA Inc.**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to customer.service@skanska.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Skanska USA Inc.**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to customer.service@skanska.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..


**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.


**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Skanska USA Inc. as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Skanska USA Inc. during the course of your relationship with Skanska USA Inc..

# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

-----------------------------------------------------------------X

MICHAEL HOUCK,                                          Index No.:
                                                        Date Filed:
                              Plaintiff,

              -against-                                 **SUMMONS**

NEW YORK CITY DEPARTMENT OF PARKS
AND RECREATION and CITY OF NEW YORK,                    Plaintiff designates
                                                        Bronx County
                              Defendants.               as the place of trial

-----------------------------------------------------------------X

**TO THE ABOVE NAMED DEFENDANTS:**

      You are hereby summoned to answer the complaint in this action, and to serve a copy of your answer, or if the complaint is not served with this summons, to serve a notice of appearance on the plaintiff's attorneys within twenty days after the service of this summons exclusive of the day of service, where service is made by delivery upon you personally within the state, or within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

      The basis of venue is place of occurrence pursuant to CPLR 505(b).

Dated: New York, New York
      May 25, 2022

                        Yours etc.,
                        SIEGEL & COONERTY, LLP

                        _____

                        By: Sean E. Coonerty
                        Attorneys for Plaintiff
                        419 Park Avenue South, 7th Floor
                        New York, New York 10016
                        Telephone Number: (212) 532-0532

TO:

NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION
The Arsenal at Central Park
830 Fifth Avenue
New York, NY 10065

CITY OF NEW YORK
Office of the New York City Comptroller
1 Centre Street, Room 1225
New York, NY 10007

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------------X
MICHAEL HOUCK,                                          Index No.:

                  Plaintiff,                    **<u>VERIFIED COMPLAINT</u>**

        -against-

NEW YORK CITY DEPARTMENT OF PARKS
AND RECREATION and CITY OF NEW YORK,

                 Defendants.
-----------------------------------------------------------------------X

       Plaintiff MICHAEL HOUCK as and for his Verified Complaint, by his attorneys,

SIEGEL & COONERTY, LLP respectfully alleges as follows:

**AS AND FOR A FIRST CAUSE OF ACTION**
**<u>ON BEHALF OF PLAINTIFF, MICHAEL HOUCK</u>**

      1.     On October 22, 2021, and at all times hereinafter mentioned, Plaintiff, MICHAEL

HOUCK, was a lawful resident of the County of Queens, State of New York.

      2.     This action falls within one or more of the exemptions set forth in CPLR § 1602.

      3.     Pursuant to CPLR §1602(2) (iv), Defendants are jointly and severally liable for all

of Plaintiff's damages, including but not limited to Plaintiff's non-economic losses, irrespective

of the provisions of CPLR §1601, by reason of the fact that Defendants owed the Plaintiff a non-

delegable duty of care.

      4.     Pursuant to CPLR §1602(2)(iv), Defendants are jointly and severally liable for all

of Plaintiff's damages, including but not limited to plaintiff's non-economic losses, irrespective

of the provisions of CPLR §1601, by reason of the doctrine of respondeat superior and the fact

that each of the answering defendants are vicariously liable for the negligent acts and omissions

Case 2:25-cv-01139-KSH-JRA     Document 1     Filed 02/04/26     Page 555 of 575 PageID: 555

of his/her/its agents, servants, or employee, which persons or entities may be one or more of the co-Defendants to this action.

5.      Pursuant to CPLR §1602(7), Defendants are jointly and severally liable for all of Plaintiff's damages, including but not limited to Plaintiff's non-economic losses, irrespective of the provisions of CPLR §1601, by reason of the fact that Defendants acted with reckless disregard to the safety of others, including Plaintiff, MICHAEL HOUCK.

6.      Pursuant to CPLR §1602(8), Defendants are jointly and severally liable for all of Plaintiff's damages, including but not limited to Plaintiff's non-economic losses, irrespective of the provisions of CPLR §1601, by reason of the application of Article Ten of the Labor Law to defendants' liability herein.

7.      Pursuant to CPLR §1602(11), Defendants are jointly and severally liable for all of Plaintiff's damages, including but not limited to Plaintiff's non-economic losses, irrespective of the provisions of CPLR §1601, by reason of the fact that Defendants acted knowingly or intentionally, and in concert, to cause the acts or failures which are a proximate cause of Plaintiff, MICHAEL HOUCK's injuries.

8.      That at all times hereinafter mentioned, the defendant, NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION was a municipal corporation duly organized and existing under and by virtue of the laws of the State of New York.

9.      That at all times hereinafter mentioned, the defendant, NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION was a public authority duly organized and existing under and by virtue of the laws of the State of New York.

10.     On or about October 22, 2021, and at all times herein mentioned, the defendant, NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION, was authorized to do business under and by virtue of the Laws of the State of New York.

11.     On or about October 22, 2021, and at all times herein mentioned, the defendant, NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION  had a principal place of business located at 830 Fifth Avenue, New York, New York 10016.

12.     That prior hereto on November 16, 2021, and within the time prescribed by law, a sworn Notice of Claim stating, among other things, the time when and place where the injuries and damages were sustained, together with Plaintiff's demands for adjustment thereof was duly served on the claimant's behalf on Defendant, NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION and that thereafter said NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION refused or neglected for more than thirty (30) days and up to the commencement of this action to make any adjustment or payment thereof, and that thereafter, and within the time provided by law, this action was commenced.

13.     That at all times mentioned herein, the defendant, CITY OF NEW YORK was a municipal corporation duly organized and existing under and by virtue of the laws of the State of New York.

14.     On or about October 22, 2021, and at all times herein mentioned, the defendant, CITY OF NEW YORK, was authorized to do business under and by virtue of the Laws of the State of New York.

15.     On or about October 22, 2021, and at all times herein mentioned, the defendant, CITY OF NEW YORK had a principal place of business located at 1 Centre Street, New York, NY 10007.

16.     That prior hereto on November 16, 2021, and within the time prescribed by law, and within a sworn Notice of Claim stating, among other things, the time when and place where the injuries and damages were sustained, together with Plaintiff's demands for adjustment thereof was duly served on the claimant's behalf on Defendant, CITY OF NEW YORK and that thereafter said CITY OF NEW YORK refused or neglected for more than thirty (30) days and up to the commencement of this action to make any adjustment or payment thereof, and that thereafter, and within the time provided by law, this action was commenced.

17.     That on February 16, 2022, Plaintiff MICHAEL HOUCK, duly attended a 50-H Hearing held at the behest of Defendants, and answered all questions posed.

18.     On or about October 22, 2021 and at all times hereinafter mentioned, there existed a construction site at the Ferry Point Park located at 10 Hutchinson River Parkway, Bronx, NY 10465 (hereinafter the "construction site").

19.     On October 22, 2021, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION owned the construction site.

20.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION operated the construction site.

21.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION managed the construction site.

22.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION maintained the construction site.

23.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION supervised the construction site.

24.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION repaired the construction site.

25.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION controlled the construction site.

26.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION leased the construction site.

27.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION was the General Contractor at the construction site.

28.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION was a contractor at the construction site.

29.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION was the owner's agent at the construction site.

30.     On or about October 22, 2021, and at all times hereinafter mentioned, defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION, its agents, servants,

contractors and/or employees, was engaged in performing certain renovation, alteration, demolition, construction, and/or repair work, labor and/or services at the construction site.

31.     On or about October 22, 2021, and at all times hereinafter mentioned, defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION, its agents, servants, contractors and/or employees, hired a contractor to perform certain renovation, alteration, demolition, construction, and/or repair work, labor and/or services at the construction site.

32.     On October 22, 2021, Defendant CITY OF NEW YORK owned the construction site.

33.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK operated the construction site.

34.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK managed the construction site.

35.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK maintained the construction site.

36.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK supervised the construction site.

37.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK repaired the construction site.

38.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK controlled the construction site.

39.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK leased the construction site.

Case 2:25-cv-01139-KSH-JRA    Document 1    Filed 02/04/26    Page 560 of 575 PageID: 560

40.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK was the General Contractor at the construction site.

41.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK was a contractor at the construction site.

42.     On or about October 22, 2021 and at all times hereinafter mentioned, Defendant CITY OF NEW YORK was the owner's agent at the construction site.

43.     On or about October 22, 2021, and at all times hereinafter mentioned, Defendant CITY OF NEW YORK, its agents, servants, contractors and/or employees, was engaged in performing certain renovation, alteration, demolition, construction, and/or repair work, labor and/or services at the construction site.

44.     On or about October 22, 2021, and at all times hereinafter mentioned, Defendant CITY OF NEW YORK, its agents, servants, contractors and/or employees, hired a contractor to perform certain renovation, alteration, demolition, construction, and/or repair work, labor and/or services at the construction site.

45.     On October 22, 2021, and at all times hereinafter mentioned, Plaintiff was employed as a construction worker by KND Electrical.

46.     Prior to October 22, 2021, Defendant, NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION  hired plaintiff's employer, KND Electrical, to perform certain construction, renovation, alteration, maintenance, repair work, labor and/or services at the aforementioned construction site.

47.     Prior to October 22, 2021, Defendant, CITY OF NEW YORK hired plaintiff's employer, KND Electrical, to perform certain construction, renovation, alteration, maintenance, repair work, labor and/or services at the aforementioned construction site.

48.     On or about October 22, 2021, defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION   its agents, servants, contractors, and/or employees, had the non-delegable duty to provide plaintiff with a safe place to work, as well as a safe means and method of performing said work and proper protection for the performance of that work.

49.     On or about October 22, 2021, defendant NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION, its agents, servants, contractors, and/or employees, had the duty to provide plaintiff with a safe place to work, as well as a safe means and method of performing said work and proper protection for the performance of that work.

50.     On or about October 22, 2021, defendant CITY OF NEW YORK its agents, servants, contractors, and/or employees, had the non-delegable duty to provide plaintiff with a safe place to work, as well as a safe means and method of performing said work and proper protection for the performance of that work.

51.     On or about October 22, 2021, defendant CITY OF NEW YORK, its agents, servants, contractors, and/or employees, had the duty to provide plaintiff with a safe place to work, as well as a safe means and method of performing said work and proper protection for the performance of that work.

52.     That on October 22, 2021, while Plaintiff, MICHAEL HOUCK, was lawfully upon said construction site, and while Plaintiff, MICHAEL HOUCK was acting in the scope of his employment for KND Electrical, he was caused to sustain serious and permanent personal injuries due to the joint and/or several negligence of the Defendants herein, and/or their agents, servants, contractors and/or employees, in the ownership, inspection, maintenance, management, operation, direction, supervision, possession, control, construction, rehabilitation, excavation, demolition,

renovation, protection, repair, and/or alteration of the aforementioned premises, construction site and construction project.

53.     That on October 22, 2021, the Plaintiff, MICHAEL HOUCK, while lawfully working at the construction site, inadvertently stepped backwards and fell approximately 3 feet down into an open trench which was not covered, hazardous, unsafe, inadequately guarded, protected, supplied, furnished and/or maintained with safe, proper and appropriate equipment and safeguards for workers performing construction work and/or work exposed to the hazards of falling.

54.     That on October 22, 2021, while acting within the scope of his employment at the site as aforesaid, and as a result of the foregoing, the Plaintiff, MICHAEL HOUCK, was caused to sustain severe and permanent personal injuries when he fell while performing construction work at the aforementioned premises construction site and/or construction project due to defendants' aforesaid negligence.

55.     The accident was caused by reason of the negligence, recklessness, and carelessness of Defendants its agents, servants, employees, and/or licensees in the ownership, operation, management, maintenance, supervision and control of said construction site and/or said Park. Defendants failed to cover, guard, place safety/guard rails, post notice, place toe boards, warn, provide proper safety equipment, or in any other way protect Plaintiff from falling into the open trench.

56.     That the aforementioned accident and injuries were caused solely by and through the negligence, joint and/or several, of the Defendants, and/or their agents, servants, contractors or employees, without any negligence on the part of the plaintiff contributing thereto.

57.    That the Defendants, and/or each of them, had prior written, actual, and constructive notice of the dangerous and defective conditions and practices that caused the accident and injuries.

58.    That as a result of the joint and/or several negligence of the Defendants, and/or their agents, servants, contractors and/or employees, the plaintiff was injured, and upon information and belief, said injuries are permanent.

59.    That by reason of the foregoing, the plaintiff was obligated to and did necessarily employ medical aid, hospital services, medicines and medical supplies in an attempt to cure the aforesaid injuries, and has been prevented from his usual duties and will be so prevented for a long time to come.

60.    That as a result of the foregoing, the plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

## AS AND FOR A SECOND CAUSE OF ACTION
## ON BEHALF OF PLAINTIFF, MICHAEL HOUCK

61.    Plaintiff repeats, reiterates and realleges each and every allegation contained in the paragraphs of this complaint above with the same force and effect as though more fully set forth at length herein.

62.    That on October 22, 2021, there existed in full force and effect within the State of New York, Section 200 of the Labor Law of the State of New York.

63.    That by reason of the aforesaid the Defendants, NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION AND CITY OF NEW YORK violated and are liable to the plaintiff pursuant to Section 200 of the Labor Law of the State of New York.

64.    That by reason of the foregoing, the plaintiff suffered severe and serious personal injuries and was obligated to and did necessarily employ medical aid, hospital services,

medicines and medical supplies in an attempt to cure the aforesaid injuries, and has been prevented from his usual duties and will be so prevented for a long time to come.

65.    That as a result of the foregoing, the plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### AS AND FOR A THIRD CAUSE OF ACTION
### ON BEHALF OF PLAINTIFF, MICHAEL HOUCK

66.    Plaintiff repeats, reiterates and realleges each and every allegation contained in the paragraphs of this complaint above with the same force and effect as though more fully set forth at length herein.

67.    That on October 22, 2021, there existed in full force and effect within the State of New York, Section 240(1) of the Labor Law of the State of New York.

68.    That by reason of the negligence of the defendants as aforesaid, the defendants, NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION AND CITY OF NEW YORK failed to provide the plaintiff with proper and adequate protection for the work then and there being performed.

69.    That by reason of the negligence of the defendants aforesaid, defendants NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION AND CITY OF NEW YORK violated and are liable to the plaintiff pursuant to Section 240(1) of the Labor Law of the State of New York.

70.    That by reason of the foregoing, the plaintiff suffered severe and serious personal injuries and was obligated to and did necessarily employ medical aid, hospital services, medicines and medical supplies in an attempt to cure the aforesaid injuries, and has been prevented from his usual duties and will be so prevented for a long time to come.

Case 2:25-cv-01139-KSH-JRA    Document 1    Filed 02/04/26    Page 565 of 575 PageID: 565

71.     That as a result of the foregoing, the plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

## AS AND FOR A FOURTH CAUSE OF ACTION
## ON BEHALF OF PLAINTIFF, MICHAEL HOUCK

72.     Plaintiff repeats, reiterates and realleges each and every allegation contained in the paragraphs of this complaint above with the same force and effect as though more fully set forth at length herein.

73.     That on October 22, 2021, there existed in full force and effect within the State of New York, Section 241(6) of the Labor Law of the State of New York.

74.     That by reason of the aforesaid, the defendants, NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION AND CITY OF NEW YORK violated and are liable to the plaintiff pursuant to Section 241(6) of the Labor Law of the State of New York.

75.     That by reason of the foregoing, plaintiff suffered severe and serious personal injuries and the plaintiff was obligated to and did necessarily employ medical aid, hospital services, medicines and medical supplies in an attempt to cure the aforesaid injuries, and has been prevented from his usual duties and will be so prevented for a long time to come.

76.     That as a result of the foregoing, the plaintiff has been damaged in a sum that exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

FILED: BRONX COUNTY CLERK 05/25/2022 11:11 AM

NYSCEF DOC. NO. 1

INDEX NO. 807947/2022E

RECEIVED NYSCEF: 05/25/2022

**WHEREFORE,** plaintiff prays for judgment against the defendants granting plaintiff damages, together with the costs and disbursements of this action, and states that the amount of damages sought herein exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

Dated: New York, New York
      May 25, 2022

                                  Yours etc.,
                                  SIEGEL & COONERTY, LLP

                                  By: Sean E. Coonerty
                                  Attorneys for Plaintiff
                                  419 Park Avenue South, 7th Floor
                                  New York, New York 10016
                                  Telephone Number: (212) 532-0532

## ATTORNEY'S VERIFICATION

STATE OF NEW YORK   }
                           }        ss.:
COUNTY OF NEW YORK   }

SEAN COONERTY, an attorney duly licensed to practice law in the State of New York hereby affirms the following statements to be true under penalties of perjury:

I am associated with the law firm of SIEGEL & COONERTY, LLP attorneys of record for the Plaintiff s herein. I have read the foregoing SUMMONS AND COMPLAINT and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

This verification is made by me and not by the Plaintiff because the Plaintiff is not within New York County, the County in which my office is located.

The grounds of my belief as to all matters not stated to be upon my own knowledge are as follows:

Interviews with the Plaintiff, review of records, reports, documents and letters contained in the file.

Dated: New York, New York
       May 25, 2022

_____
SEAN COONERTY

# EXHIBIT C

⊖ Utica National Insurance Group®

PO Box 6610
Utica, NY 13504-6610
TELEPHONE: 800-598-8422
FAX: 888-538-2018

**CERTIFIED MAIL RETURN RECEIPT REQUESTED**

**TENDER DENIAL**

August 19, 2024

The City of New York
Law Department – Tort Division
Attn: Ismael Gonzalez
100 Church Street
New York, NY 10007
File No.: 2022-029549

RE:  **Michael Houck v. New York City Department of Parks and Recreation and City of New York**
(New York Supreme Court, Bronx County; Index No. 807947/2022E)

Date of Loss:      October 22, 2021
Insured:           KND Licensed Electrical Contracting & Services Corp.
Policy:            CPP 5272732
Policy Period:     June 30, 2021 – June 30, 2022
Plaintiff:         Michael Houck
Claim No.:         10429563

Dear Mr. Gonzalez:

Utica National Insurance of Ohio, a member of Utica National Insurance Group ("Utica National"), acknowledges receipt of your dated June 26, 2024, which was received by our office on July 11, 2024, wherein you request defense, indemnification, and additional insured status for The City of New York and New York City Department of Parks and Recreation (together, the "City") in connection with the above-captioned lawsuit.

**SUMMARY OF ALLEGATIONS**

The plaintiff submitted a Notice of Claim to the City in November 2021 and filed suit against the City on or about May 25, 2022. However, your letter dated June 26, 2024, is Utica National's first notice of the loss and the lawsuit.

In any event, the plaintiff alleges that on or about October 22, 2021 he was injured while lawfully working at the construction site, inadvertently stepped backwards and fell approximately 3 feet down into an open trench which was not covered, hazardous, unsafe, inadequately guarded,

protected, supplied, furnished and/or maintained with safe, proper and appropriate equipment and safeguards for workers performing construction work and/or work exposed to the hazards of falling at the construction site at the Ferry Point Park, located at 10 Hutchinson River Parkway, Bronx, New York (the "premises"), due to the negligence of the defendants New York City Department of Parks and Recreation and City of New York ("the City"). We understand that the City retained Skanska USA Building Inc. ("Skanska") to perform certain work at the premises known as the "NYCEDC Citywide Ferry Service Project". In turn, Skanska retained KND Licensed Electrical Contracting & Services Corp. ("KND") to perform the electrical work for the project. However, there are no allegations or facts known to date to suggest a reasonable possibility that KND caused the plaintiff's injuries.

## POLICY

Utica National issued Commercial Package Policy No. 5272732 to KND, for the effective policy period from June 30, 2021 to June 30, 2022.  The policy contains the Commercial General Liability Coverage (CGL) Form (CG 00 01 04 13)—as modified by the New York Changes – Commercial General Liability Coverage Form endorsement (CG 01 63 04 17) and the Contractors Liability Extension Plus Endorsement (8-E-3799(NY) 02-2012), among other forms—which is subject to a $1,000,000 per occurrence limit and provides coverage for "bodily injury" caused by an "occurrence", as those terms are defined.

I direct your attention to the **Contractors Liability Extension Plus Endorsement (8-E-3799(NY) 02-2012)**, which provides in pertinent part:

11. **ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT – INCLUDING LESSOR OF LEASED EQUIPMENT, OWNER OF LEASED LAND, MANAGERS OR LESSORS OF PREMISES, ENGINEERS, ARCHITECTS AND SURVEYORS AND VENDORS**

    The following is added to **SECTION II - WHO IS AN INSURED:**
    a. **Additional Insureds - By Contract, Agreement or Permit**
       (1) Any person or organization with whom you have entered into a written contract, agreement or permit requiring you to provide insurance such as is afforded by this Commercial General Liability Coverage Form will be an additional insured, but only:
          (a) To the extent that such additional insured is held liable for acts or omissions committed by you or your subcontractors during the performance of your ongoing operations for the additional insured.
          (b) With respect to property owned or used by, or rented or leased to, you.
       The insurance afforded any additional insured under this paragraph **a.(1)** will be subject to all applicable exclusions or limitations described in paragraphs **b.(1), (2), (3) (5)** and **(6)** and in **c.(1), (2), (3), (4), (5)** and **(6)** below.
       (2) Such insurance as is provided by paragraph **a. (1)** for any additional insured will be primary, if so required by the written contract, agreement or permit. Any other insurance available to such person or organization shall be excess over this insurance.

    c. Such insurance as is afforded for any additional insured under paragraph **a.** or **b.** above is subject to all applicable exclusions of **2.** Exclusions, **COVERAGE A** (Section I), other than exclusion **b. Contractual Liability**, to all exclusions or

limitations stated with the coverage language, and to the following additional exclusions:

This insurance does not apply to:

**(1)** The independent acts or omissions of such additional insured.

I also direct your attention to the **Additional Insured – Owners, Lessees Or Contractors – Automatic Status When Required In Construction Agreement With You (CG 20 33 04 13)**, which provides in pertinent part:

**A. Section II - Who Is An Insured** is amended to include as an additional insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

1. Your acts or omissions; or
2. The acts or omissions of those acting on your behalf;
   In the performance of your ongoing operations for the additional insured.
   However, the insurance afforded to such additional insured:

1. Only applies to the extent permitted by the law; and
2. Will not be broader than that which you are required by the contract or agreement to provide for such additional insured.
   A person's or organization status as an additional insured under this endorsement ends when your operations for that additional insured are completed.

I further direct your attention to the **Additional Insured – Owners, Lessees Or Contractors – Schedule Person or Organization (CG 20 10 04 13)**, which similarly provides additional insured coverage to any person or organization for whom KND is performing operations when KND and such purported additional insured agreed in a written contract or agreement that such person or organization be added as an additional insured under the policy for liability caused, in whole or in part, by KND's acts or omissions in the course of its ongoing operations performed.

## COVERAGE POSITION

While we note that the policy provides certain additional insured coverage, such coverage is only available when required by written contract between KND and any purported additional insured. Importantly, all endorsements require a written contract between KND and any purported additional insured. The subcontract was entered into by KND and Skanska only. There is no contractual privity between KND and the City. As such, the City does not qualify as an additional insured under the policy.

Even if the City qualified as an additional insured (which it does not), the plaintiff alleges that the loss was caused specifically by the negligence of the City in connection with the trenches at the project. KND was not responsible for the trenches. As such, based on the claim as presented, the City is not being held, or alleged to be held, liable for KND's acts or omissions in the course of KND's ongoing operations for the City, nor was the loss caused, in whole or in part, by KND. **Accordingly, Utica National must reject your tender, deny additional insured coverage to**

**the City, and disclaim any obligation to defend or indemnify the City in connection with the loss and lawsuit.**

The foregoing statement of Utica National's coverage position is premised upon the investigation conducted to date and is subject to change if additional facts relevant to the claim is presented to us that necessitate additional review under the above-referenced policy. This recitation is not necessarily exhaustive, however, and to the extent that a particular term, condition, limitation or exclusion has not been cited, or any issue not referenced, that was not intended, it should not be considered as a waiver of any right that Utica National may have under the policy. Utica National reserves the right to alter or amend this tender response at any time in the future, should it become necessary. Neither the investigation conducted, nor any acts performed by the company, shall be construed as a waiver of any rights under the policy.

**If you have any questions as to our position in this case, please contact Richard Butts, Litigation Specialist assigned to this claim, at 716-639-2308 or Richard.Butts@uticanational.com.**

Sincerely,

UTICA NATIONAL INSURANCE GROUP
*Utica National Ins of Ohio*

Richard Butts
Litigation Specialist

CC:    USI Insurance Services LLC
        RXR Plaza, East Tower, 7th Floor
        Uniondale, NY 11556

        KND Licensed Electrical & Services Corp.
        120B Brook Ave
        Deer Park, NY 11729

# EXHIBIT D



**CERTIFIED MAIL - RETURN RECEIPT**

December 12, 2025

Richard.Butts@uticanational.com
homeofficeclaimsmailbox@uticanational.com

*Re:  Michael Houck v. NYC Department of Parks and Recreation, et al .*

| | |
|---|---|
| Our Insured: | Skanska USA Building Inc. |
| Our Policy Number: | GLO 4896018 14 |
| Our Claim Number: | 9510214966 |
| Your Claim Number: | 10429563-001 |
| Your Insured: | KND Licensed Electrical Contractors and Service Corp. |
| Date of Loss: | 10/22/2021 |
| Plaintiff's Name: | Michael Houck |
| Location: | Ferry Park, 10 Hutchinson River Parkway, Bronx, NY |

**Zurich North America**
**Claims**

P.O. Box 968044
Schaumburg, IL 60196

Telephone  (800) 255-3612
Fax  (800) 887-1335
http://www.zurichna.com

Dear Sir:

Please be advised that we are the general liability carrier for Skanska USA Building Inc. ("Skanska"). The purpose of this letter is to place you on notice of the subject suit and to make a demand upon you to assume the defense and indemnity of New York City Department of Parks and Recreation and the City of New York (collectively, "City") at your sole cost and expense. Additionally, City is required to be named as an additional insured on your insured's general liability and umbrella policies.

It is our understanding that Mr. Houck was your insured's employee and was injured while in the course and scope of his employment due to allegedly unsafe work conditions.  Claims are made seeking recovery under a variety of theories.

Our insured entered into a contract containing an indemnity and hold harmless agreement and requiring that your insured name our insured and City as additional insureds on your insured's general liability policy. This tender is being made under the terms of that contract, in accordance with

Confidential \ Non Personal Data

December 12, 2025
Page 2

both the indemnity and hold harmless agreement and the requirement that City be named as an additional insured. If Skanska is named in the suit, make the same request on their behalf.

The contract specifically requires coverage on a primary and non-contributory basis. A copy of the contract and suit were previously provided to you.

In addition to our demand for additional insured status on a primary and non-contributory basis for City and Skanska, we demand indemnity on their behalf as per the contract terms and conditions.

If you fail, refuse, or neglect to undertake the defense and indemnity and provide additional insured status as per the contract, Utica and your insured will be deemed bound by the results of the trial should one result thereafter, and an action will be brought against you for the amount of the judgment, interest, court costs, investigative and trial expenses, and attorney's fees, all of which were necessarily incurred as a result of your failure to take over the defense and handling of this claim.

Sincerely,
Zurich American Insurance Co.

*Liesl DeMartini*

Claims Specialist IV
973-394-5234
Email:  liesl.demartini@zurichna.com